**SIGN-IN SHEET**

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER: 25-11195  JKS | DATE: 7/8/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Maria Kotsiras | Potter Anderson | Cerberus + Wilmington Trust |
| Matthew Lunn | YCST | DIP Lender |
| Jamie Copeland | Norton Rose | " " |
| Sarah Carnes | Cole Schotz | "Committee of Unsecured Creditors" |
| Melissa Hartlipp | Cole Schotz | " " |
| Lucian Murley | Saul Ewing | Equinix |
| Candace Arthur | Latham + Watkins | Debtors |
| Robert C. Maddox | Richards Layton + Finger | Debtors |
| Zachary I. Shapiro | " | " |
| Clint Carlisle | " | " |
| | | |
| | | |
| | | |
| | | |

## SIGN-IN SHEET

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11195  JKS | DATE:  7/8/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Linda Casey | UST | UST |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## 2:00 PM

**25-11195-JKS Zen JV, LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Julie A. Aberasturi | Cole Schotz P.C. | Committee | 2:00 PM | Zoom(Video and Audio) | yes |
| Candace Arthur | LATHAM & WATKINS LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Rony Arzoumanian | Valnet inc. | Stalking Horse Bidder | 2:00 PM | Audio Only | yes |
| John Ashmead | Seward & Kissel LLP | ashmead@sewkis.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Brett A. Axelrod | Fox Rothschild LLP | EHJob, LLC | 2:00 PM | Audio Only | yes |
| Lauren Blanchard | Mayer Brown LLP | lblanchard@mayerbrown.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Kevin Bostel | Weil, Gotshal & Manges LLP | Ontario Teachers' Pension Plan Board | 2:00 PM | Zoom(Video and Audio) | yes |
| Clint Michael Carlisle | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Chad Corazza | YCST LLP | ccorazza@ycst.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Catherine Corey | catherine@9fin.com | catherine@9fin.com | 2:00 PM | Audio Only | no |
| Sherri Davis | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Jesse DelConte | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Andrew Ehrmann | Potter Anderson & Corroon | aehrmann@potteranderson.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Randall Eisenberg | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Paul Fabsik | paul.fabsik@weil.com | paul.fabsik@weil.com | 2:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| David Felicissimo | david.f@valsoftcorp.com | david.f@valsoftcorp.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Jeff Furman | Zen JV, LLC | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 2:00 PM | Audio Only | no |
| Bryan T Glover | Stoel Rives LLP | Cascade Commons, LLC | 2:00 PM | Zoom( Video and Audio) | yes |
| Jonathan Gordon | LATHAM & WATKINS LLP | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Uday Gorrepati | uday.gorrepati@gmail.com | uday.gorrepati@gmail.com | 2:00 PM | Audio Only | no |
| Adam Harris | Schulte Roth & Zabel | adam.harris@srz.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Taylor Harrison | taylor.harrison@iongroup.com | taylor.harrison@iongroup.com | 2:00 PM | Audio Only | no |
| David M Hillman | Proskauer | dhillman@proskauer.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Patrick Holohan | patrick.holohan@levfininsights.com | patrick.holohan@levfininsights.com | 2:00 | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| | | | PM | | |
| Christina Johnson | Weil, Gotshal & Manges LLP | Ontario Teachers' Pension Plan Board | 2:00 PM | Zoom( Video and Audio) | yes |
| Andy Kim | andykim@enduring.ventures | EHJob LLC | 2:00 PM | Audio Only | no |
| Elazar A. Kosman | Cole Schotz P.C. | Committee | 2:00 PM | Zoom( Video and Audio) | yes |
| Maria Kotsiras | Potter Anderson & Corroon LLP | mkotsiras@potteranderson.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Sieva Kozinsky | sieva@enduring.ventures | EHJob LLC | 2:00 PM | Audio Only | no |
| LP Lacasse | l.lacasse@valsoftcorp.com | l.lacasse@valsoftcorp.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Leah Victoria Lerman | DOJ-Civ | USA | 2:00 PM | Zoom( Video and Audio) | yes |
| Montana Licari | LATHAM & WATKINS LLP | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| James Lilly | PJT Partners | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |

| Allie Lisner | LATHAM & WATKINS LLP | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Alexandra Lisner | Allie.Lisner@lw.com | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Huiqi Liu | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Catherine LoTempio | Seward & Kissel LLP | lotempio@sewkis.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Dylan Marker | Proskauer Rose LLP | Stalking Horse Bidder | 2:00 PM | Zoom( Video and Audio) | yes |
| Nicholas Marks | nicholas.m@valnetinc.com | Stalking Horse Bidder | 2:00 PM | Zoom( Video and Audio) | yes |
| Kristin McCloskey | Potter Anderson | kmccloskey@potteranderson.com | 2:00 PM | Zoom( Video and Audio) | yes |
| Colin Meehan | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom( Video and Audio) | yes |
| Daniel J. Merrett | Jones Day | Party in Interest | 2:00 PM | Zoom( Video and Audio) | yes |
| Steve Peck | Proskauer | speck@proskauer.com | 2:00 | Zoom( Video | yes |

| | | | P M | and Audio) | |
|---|---|---|---|---|---|
| Daniel Pierce | Duane Morris LLP | Job Get Inc. | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | JMB Capital Partners Lending, LLC | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Echo Yi Qian | Morris Nichols Arsht and Tunnell | Party in Interest | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 2:0 0 P M | Audio Only | no |
| Vincent Richard | v.richard@valsoftcorp. com | v.richard@valsoftcorp. com | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Avi Robbins | PJT Partners | Debtors | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Christopher M. Samis | Potter Anderson & Corroon LLP | csamis@potteranders on.com | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Ray Schrock | LATHAM & WATKINS LLP | Debtors | 2:0 0 P M | Zoom( Video and Audio) | yes |
| Allison Selick | Kelley Drye | aselick@kelleydrye.co m | 2:0 0 P M | Zoom( Video and Audio) | yes |

| Name | Firm | Party | Time | Connection | Speaking |
|---|---|---|---|---|---|
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| James Shen | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Yury Smagorinsky | Valnet US Inc. | Valnet US Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| William Sopp | Blank Rome LLP | Interested Party | 2:00 PM | Zoom(Video and Audio) | yes |
| Thom St. Henry | Proskauer | csthenry@proskauer.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | astulman@potteranderson.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Suhajda | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 2:00 PM | Audio Only | no |
| Brett S Theisen | Gibbons | Interested Party | 2:00 PM | Zoom(Video and Audio) | yes |

| Ben Thomson | Cooley | Prospective Bidder | 2:00 PM | Zoom(Video and Audio) | yes |
| Brian Vargason | Province | Interested Party | 2:00 PM | Audio Only | no |
| Lucian Wang | Paul, Weiss | lwangt@paulweiss.com | 2:00 PM | Audio Only | no |
| Ellen Wheeler | Proskauer | ewheeler@proskauer.com | 2:00 PM | Zoom(Video and Audio) | yes |
| Christopher Winter | Duane Morris LLP | Job Get Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Alex Wittenberg | Law360 | | 2:00 PM | Audio Only | no |
| David Zubkis | legalteam@octus.com | legalteam@octus.com | 2:00 PM | Audio Only | no |