## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 3, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of (I) Entry of Interim Order (A) Authorizing Debtors to (I) Obtain Postpetition Financing and (II) Use Cash Collateral, (B) Granting Liens and Providing Claims with Superpriority Administrative Expense Status, (C) Granting Adequate Protection, (D) Modifying Automatic Stay, (E) Scheduling Final Hearing, and (F) Granting Related Relief; and (II) Final Hearing Thereon [Docket No. 59]**

Dated: July 10, 2025



Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

1   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# EXHIBIT A

**Exhibit A**

Service List

| Creditor | Address | | | | Method of Service |
|---|---|---|---|---|---|
| ACE American Insurance Co | 436 Walnut St | Philadelphia, PA 19106-3703 | | | First Class Mail |
| Allianz Global Risks US Insurance Co | 225 W Washington St, Ste 1800 | Chicago, IL 60606 | | | First Class Mail |
| Allied World National Assurance Co | 199 Water St, 24th and 29th Fls | New York, NY 10038 | | | First Class Mail |
| American International Companies (AIG) | 1271 Avenue of the Americas | New York, NY 10020 | | | First Class Mail |
| Aon UK Limited | The Aon Centre, The Leadenhall Bldg | 122 Leadenhall St | London,  EC3V 4AN | United Kingdom | First Class Mail |
| Arch Insurance Co | Harborside 3, 210 Hudson St, Ste 300 | Jersey City, NJ 07311 | | | First Class Mail |
| AXIS Insurance Co | 10000 Avalon Blvd, Ste 200 | Alpharetta, GA 30009 | | | First Class Mail |
| Berkley Insurance Co | 475 Steamboat Rd | Greenwich, CT 06830 | | | First Class Mail |
| Berkley Professional Liability | 757 3rd Ave, 10th Fl | New York, NY 10017 | | | First Class Mail |
| Chubb National Ins Co | 202B Hall's Mill Rd | Whitehouse Station, NJ 08889 | | | First Class Mail |
| Federal Insurance Co | 202B Hall's Mill Rd | Whitehouse Station, NJ 08889 | | | First Class Mail |
| Hartford Insurance Group | 1 Hartford Plz | Hartford, CT 06155 | | | First Class Mail |
| Hiscox Insurance Co Inc | 5 Concourse Pkwy, Ste 2150 | Atlanta, GA 30328 | | | First Class Mail |
| Illinois National Insurance Co | 1271 Avenue of the Americas, 37th Fl | New York, NY 10020 | | | First Class Mail |
| Lexington Insurance Co | 99 High St, 24th Fl | Boston, MA 02110-2378 | | | First Class Mail |
| Liberty International Underwriters | 55 Water St, 23rd Fl | New York, NY 10041-0024 | | | First Class Mail |
| Liberty Surplus Insurance Corp | 175 Berkeley St | Boston, MA 02116-5066 | | | First Class Mail |
| Lloyd's Syndicate No 3000 | Office 202, Level 2, Gate Village 11 | The Exchange, Dubai Int'l Fin Ctr (DIFC) | P.O. Box 506914 | Dubai | United Arab Emirates | First Class Mail |
| National Union Fire Ins Co of Pittsburgh | 1271 Avenue of The Americas, 35th Fl | New York, NY 10020-1304 | | | First Class Mail |
| Risk Specialists Companies Ins Agcy,Inc | 99 High St, 26th Fl | Boston, MA 02110-2320 | | | First Class Mail |
| Twin City Fire Insurance Co | 1 Hartford Plz | Hartford, CT 06155 | | | First Class Mail |
| XL Professional | Seaview House, 70 Seaview Ave | Stamford, CT 06902-6040 | | | First Class Mail |
| XL Specialty Insurance Co | 190 S La Salle St, Ste 3900 | Chicago, IL 60603-3431 | | | First Class Mail |
| Zurich American Ins Co | 1299 Zurich Way ZAIC | Schaumburg, IL 60196 | | | First Class Mail |