IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 5, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 82]**

Dated: July 10, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 10th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC, Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

Case 25-11195-JKS    Doc 118    Filed 07/10/25    Page 2 of 6

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Absolut Info Systems Pvt. Ltd. | Second Floor 39 | Shahpur Jat, Shahpur Jat | New Delhi, Delhi 110049 | India | | First Class Mail |
| ACOUSTIC LP | PO Box 645842 | PITTSBURGH, PA 15264-5842 | | | KELLY.GESSELMAN@ACOUSTIC.COM; PORTALSERVICES@ACOUSTIC.COM; BILLING@ACOUSTIC.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| ACQUIA INC | PO BOX 674660 | DALLAS, TX 75267-4660 | | | JAKE.KOKOS@ACQUIA.COM; ACCTSREC@ACQUIA.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| ADOBE Inc. | 345 PARK AVENUE | San Jose, CA 95110-2704 | | | REMITTANCE@ADOBE.Com; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Adobe Inc. (ADUS) | 345 Park Avenue | San Jose, 95110 | | | | First Class Mail |
| Adworks LTD | Hayetzira 31 | Ramat Gan, | Israel | | | First Class Mail |
| Adzerk, Inc., | dba Kevel | 505 S DUKE ST STE 500 | DURHAM NC 27701 | | JMARION@ADZERK.COM; JMARION@ADZERK.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| AHA! LABS INC | PO BOX 748621 | LOS ANGELES, CA 90074-8621 | | | BILLING@AHA.IO; BILLING@AHA.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| AHEAD INC | PO BOX 844248 | BOSTON, MA 02284-4248 | | | RTT.TREASURY@AHEAD.COM; REMITTANCES@AHEAD.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| ALWINE, REBECCA | Address Redacted | | | | Email Redacted | Email First Class Mail |
| Amazon Web Services | PO BOX 84023 | SEATTLE, WA 98124-8423 | | | AWS-RECEIVABLES-SUPPORT@EMAIL.AMAZON.COM; AWS-RECEIVABLES-SUPPORT@EMAIL.AMAZON.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| AMPCUS INC | 14900 CONFERENCE CNTR DR STE 500 | CHANTILLY, VA 20151 | | | ABHISHEK.KRISHNAN@AMPCUS.COM; ABHISHEK.KRISHNAN@AMPCUS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Amplitude, Inc. | 201 3RD ST STE 200 | SAN FRANCISCO, CA 94103 | | | BILLING@AMPLITUDE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| ANDERSON, JUSTIN | Address Redacted | | | | Email Redacted | Email First Class Mail |
| AON RISK SERVICES NORTHEAST I | AON RISK SERVICES COMPANIES IN | P.O. BOX 7247-7376 | PHILADELPHIA, PA 19170-7376 | | DANIEL.MUNRO@AON.COM | Email First Class Mail |
| APPCAST INC | PO BOX 392472 | PITTSBURGH, PA 15251-9472 | | | ACCOUNTING@APPCAST.IO | Email First Class Mail |
| APPIAN CORPORATION | 7950 JONES BRANCH DR | MCLEAN, VA 22102 | | | KRISTEN.MEYER@APPIAN.COM; REMITTANCE@AR.APPIAN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Applause App Quality, Inc. | PO BOX 783672 | PHILADELPHIA, PA 19178-3672 | | | LBESSEN@APPLAUSE.COM; BILLING@APPLAUSE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| APPNEXUS YIELDEX LLC | APPNEXUS INC | DEPT CH 19467 | PALATINE, IL 60055-9467 | | REMITTANCE@XANDR.COM;BILLING@XANDR.COM;ACCOUNTSPAYABLE@MONSTER WORLDWIDE.COM | Email First Class Mail |
| APTTUS CORPORATION ("CONGA") | 1840 GATEWAY DR STE 300 | SAN MATEO, CA 94404 | | | AR@APTTUS.COM | Email First Class Mail |
| ASSOCIATED PRESS | 200 LIBERTY STREET | NEW YORK, NY 10281 | | | MLUTTS@AP.ORG; COLLECTIONS@AP.ORG;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Atlan Inc. | CORPORATE TRUST CENTER | 1209 ORANGE ST | WILMINGTON, DE 19801 | | ANDREW@ATLAN.COM; AR@ATLAN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Atlassian PTY LTD. | 32151 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693-0321 | | | | First Class Mail |
| AVALARA INC | DEPT. CH 16781 | PALATINE, IL 60055-6781 | | | COLLECTIONS@AVALARA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Awardco, Inc. | PO BOX 736712 | DALLAS, TX 75373-6712 | | | TANNER.LAUB@AWARDCO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BEACON HILL SOLUTIONS GROUP LLC | PO BOX 846193 | BOSTON, MA 02284-6193 | | | AR@BEACONHILLSTAFFING.COM; AR@BEACONHILLSTAFFING.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BeyondTrust Corporation | PO Box 734433 | Dallas, TX 75373 | | | billings@beyondtrust.com | Email First Class Mail |
| Blackline Systems, Inc. | PO BOX 841433 | DALLAS, TX 75284-1433 | | | BILLING@BLACKLINE.COM | Email First Class Mail |
| Bonterra Tech LLC | f/k/a Social Solutions Global, Inc. | 10801-2 N MOPAC EXPRESSWAY STE 300 | AUSTIN, TX 78759 | | CGALLAGHER@SOCIALSOLUTIONS.COM; BILLING@SOCIALSOLUTIONS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BONTERRA TECH LLC | 10801-2 N MOPAC EXPRESSWAY STE 300 | AUSTIN, TX 78759 | | | CGALLAGHER@SOCIALSOLUTIONS.COM; BILLING@SOCIALSOLUTIONS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Bounteous, Inc. | PO Box 713297 | Chicago, IL 60677 1297 | | | ERIC.BUHMAN@BOUNTEOUS.COM | Email First Class Mail |
| Box Inc. | 900 JEFFERSON AVE | REDWOOD CITY, CA 94063 | | | BILLING@BOX.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BRAZEN TECHNOLOGIES INC | PO BOX 2310 | HICKSVILLE, NY 11802 | | | ASHLEY@BRAZEN.COM; ASHLEY@BRAZEN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Brightcove Inc. | 281 SUMMER ST | BOSTON, MA 02210 | | | FINEXPRESS@BRIGHTCOVE.COM; FINEXPRESS@BRIGHTCOVE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Bump Boxes | 7719 N PIONEER LANE | PEORIA IL 61615, IL 61615 | | | SARAH@BUMPBOXES.COM;ACCOUNTING@BUMPBOXES.COM;RACHEL.FLESSNER@BUMPBOXES.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BUSINESS OBJECTS SOFTWARE LTD | PO BOX 5166 | CAROL STREAM, IL 60197-5166 | | | FINANCEAR@SAP.COM; FINANCEAR@SAP.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BVR PRODUCTIONS INC | 436 B AVENUE | CORONADO, CA 92118 | | | VINCENT@BVRPRO.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Camelot Communications Ltd | 2845 WEST 7TH ST | FORT WORTH, TX 76107 | | | REMITTANCES@PMG.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| CAZENOVIA SOFTWARE | 707 ANNESLIE ROAD | BALTIMORE, MD 21212 | | | TDURKIN@CAZENOVIASOFTWARE.COM; TDURKIN@CAZENOVIASOFTWARE.COM | Email First Class Mail |
| CDW Direct LLC | PO BOX 75723 | CHICAGO, IL 60675-5723 | | | eprocurement@cdw.com; ACHREMITTANCE@CDW.COM;NIHARIKA.NEGI@CDW.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| CELTRA INC | 545 BOYLSTON STREET | 11TH FLR | BOSTON, MA 02116 | | CECE@CELTRA.COM | Email First Class Mail |
| CenturyLink Communications, LLC | dba Lumen Technologies Group | 100 CenturyLink Dr | Monroe, LA 71203 | | | First Class Mail |
| CEROS INC | PO BOX 8127 | CAROL STREAM, IL 60197-8127 | | | BILLING@CEROS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Charles Schwab | 3000 Schwab Way | Westlake, TX 76262 | | | | First Class Mail |
| CHARTBEAT INC | 826 BROADWAY | FLR 6 | NEW YORK, NY 10003 | | ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Chili Piper Inc | 228 PARK AVE S, Ste 78136 | NEW YORK, NY 10003-1502 | | | AR@CHILIPIPER.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Cloudflare, Inc. | 101 Townsend Street | San Francisco, CA 94107 | | | remittance@cloudflare.com | Email First Class Mail |
| Coalfire Systems, Inc. | DEPT 3754 | PO BOX 123754 | DALLAS, TX 75312-3754 | | REMITTANCE@COALFIRE.COM;DIANA.PITT@COALFIRE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Concur Technologies, Inc. | 62157 COLLECTIONS CENTER DR | CHICAGO, IL 60693 | | | REMITTANCE.ADVICES.US@SAP.COM | Email First Class Mail |
| CONSEGUIR LLC | 3270 SUNTREE BLVD | SUITE 101 C | MELBOURNE, FL 32940 | | | First Class Mail |
| COUPA SOFTWARE INC | 950 TOWER LN FLR 20 | FOSTER CITY, CA 94404 | | | BILLING@COUPA.COM;AR@COUPA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| CozyRoc LLC | 4350 Lassiter at North Hills Ave. Ste 235 | Raleigh, NC 27609 | | | | First Class Mail |
| CQ-ROLL CALL | 1201 PENNSYLVANIA AVE NW | 6TH FLR | WASHINGTON, DC 20004 | | CONTRACTS@CQROLLCALL.COM; CONTRACTS@CQ.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Crain Communications Ltd. | 29588 NETWORK PLACE | CHICAGO, IL 60673-1295 | | | LTUCKER@CRAIN.COM; CREDIT@CRAIN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| CROWN CASTLE FIBER LLC | PO BOX 28730 | NEW YORK, NY 10087-8730 | | | | First Class Mail |
| CSC CORPORATE DOMAINS INC. | PO BOX 7410023 | CHICAGO, IL 60674-5023 | | | PAYMENTS@CSCGLOBAL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| DataDome Solutions Inc | 524 BROADWAY 11TH FLR | NEW YORK, NY 10012, NY 10012 | | | ACCOUNTING@DATADOME.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| DAYMARK SOLUTIONS INC | 42 3RD AVE | BURLINGTON, MA 01803 | | | MCHAMPAGNE@DAYMARKSI.COM; MCHAMPAGNE@DAYMARKSI.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| DELL MARKETING LP | C/O DELL USA LP | PO BOX 802816 | CHICAGO, IL 60680-2816 | | ERIC_J_WHITE@DELL.COM; US_WIRE/ACH_REMITTANCE_ADVICE@DELL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| DELTA DENTAL OF IL | PO BOX 804067 | CHICAGO, IL 60680-4067 | | | MMARTINEZ@DELTADENTALIL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Deltek, Inc. | PO BOX 715967 | PHILADELPHIA, PA 19171-5937 | | | BILLINGINQUIRY@DELTEK.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Descartes Systems (USA) LLC | 2030 POWERS FERRY ROAD SE | ATLANTA, GA 30339-5066 | | | ACCOUNTSRECEIVABLE@DESCARTES.COM | Email First Class Mail |

Exhibit A
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Device42 Inc | 600 SAW MILL RD | WEST HAVEN, CT 06516 | | | LIZA.BARRY@DEVICE42.COM; ASHLEY.TAYLOR@DEVICE42.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| DOUGLAS MANHATTAN LLC | 655 NEW YORK AVE NW STE 830 | WASHINGTON, DC 20001 | | | SSHERRON@THEMARKOFFICES.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Drift.com, Inc. | 222 BERKELEY ST FLR 6 | BOSTON, MA 02116 | | | ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| dtx company | d/b/a Flowcode | DTX COMPANY | 45 GRAND ST | NEW YORK, NY 10013 | MADELINE@FLOWCODE.COM;MADELINE@FLOWCODE.COM;AR@FLOWCODE.COM;KATHLEEN@FLOWCODE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Duende Software, Inc. | 44 Montgomery St | Suite 3450 | San Francisco, CA 94104 | | contact@duendesoftware.com | Email First Class Mail |
| EBSCO INDUSTRIES INC. | ATTN: PAYMENT PROCESSING CENTER | PO BOS 204661 | DALLAS, TX 75320-4661 | | JKENNEDY@EBSCO.COM; PAYMENTADVICE@EBSCO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Elastic Engineering | 155 Bovet Rd, Suite 400 | San Mateo, CA 94402 | | | | First Class Mail |
| Embrace Mobile Inc | 8569 HIGUERA ST | CULVER CITY, CA 90232 | | | ERIC@EMBRACE.IO; ERIC@EMBRACE.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Empower Trust Company, LLC | 8515 E Orchard Rd | Suite 2T3 | Greenwood Village, CO 80111 | | | First Class Mail |
| Ephox Corporation | DBA Tiny Technologies, Inc. | 2100 GENG ROAD | SUITE 220 | PALO ALTO, CA 94303 | FINANCE@EPHOX.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| EPHOX CORPORATION | 2100 GENG ROAD | SUITE 220 | PALO ALTO, CA 94303 | | FINANCE@EPHOX.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Ephox Corporation DBA Tiny Technologies, Inc. | | | | | FINANCE@EPHOX.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email |
| EQUINIX, INC. | AR | PO BOX 736031 | DALLAS, TX 75373-6031 | | REMITTANCE@EQUINIX.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| EVERLONG MEDIA LLC | 4025 Spencer St., Ste 103 | Torrance, CA 90503 | | | chad@everlongmedia.com | Email First Class Mail |
| EXCEL MANAGEMENT SYSTEMS INC | 691 N HIGH STREET | 2ND FLR | COLUMBUS, OH 43215 | | SUSAN.WOOD@EMSI.COM; ACCOUNTING@EMSI.COM.;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Experian Information Solutions, Inc. | 475 Anton Blvd | Costa Mesa, CA 92626 | | | | First Class Mail |
| Factor Systems, LLC dba Billtrust | FACTOR SYSTEMS INC | 75 REMITTANCE DRIVE | CHICAGO, IL 60675-1394 | | | First Class Mail |
| FIDELITY SECURITY LIFE INSURANCE COMPANY | PO BOX 632530 | CINCINNATI, OH 45263-2530 | | | NSHUMAKER@EYEMED.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Figma, Inc | 760 MARKET ST FLR 10 | SAN FRANCISCO, CA 94102 | | | JBACKS@FIGMA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| FINQUERY LLC | 3 RAVINIA DR NE STE P7 | ATLANTA, GA 30346 | | | CHRIS.HANNAFORD@FINQUERY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| FIVE9 INC | 4000 EXECUTIVE PKWY Ste 400 | SAN RAMON, CA 94583 | | | SCOTT.MELESKI@FIVE9.COM; SCOTT.MELESKI@FIVE9.COM;BILLING@FIVE9.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| FIVETRAN INC | 405 14TH ST STE 1100 | OAKLAND, CA 94612 | | | AR@FIVETRAN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| FRANCHISE QUALIFICATION PLUS | 7260 W AZURE DR | LAS VEGAS, NV 89130 | | | TOM@FRANCHISEQUALIFICATIONPLUS.COM | Email First Class Mail |
| Getty Images (US), Inc. | PO BOX 953604 | ST LOUIS, MO 63195 | | | ARPROCESSING@GETTYIMAGES.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| GOOGLE LLC | DEPT. 33654 | PO BOX 39000 | SAN FRANCISCO, CA 94139 | | COLLECTIONS@GOOGLE.COM;REMITTANCE-REQUEST@GOOGLE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| GOOGLE LLC -USD | 1600 AMPHITHEATRE PARKWAY | MOUNTAIN VIEW, CA 94043 | | | | |
| Growthbook Inc | 1950 W CORPORATE WAY, Ste 34560 | ANAHEIM, CA 92801 | | | IVAN@GROWTHBOOK.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| GTT Americas LLC | PO BOX 842630 | DALLAS, TX 75284-2630 | | | BILLING@GTT.NET | Email First Class Mail |
| HeroDevs, Inc. | 8850 S 700 E Ste 2437 | SANDY, UT 84070 | | | AR@HERODEVS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| HIGH SCHOOL COUNSELOR MARKETING | PO BOX 270071 | WEST HARTFORD, CT 06127 | | | GLEN@HIGHSCHOOLCOUNSELORCONNECT.COM | Email First Class Mail |
| HR | 4208 Six Forks Rd, Suite 1700 | Raleigh, NC 27609 | | | | First Class Mail |
| HUB Technology Group | 1636 GREAT PLAIN AVE | NEEDHAM, MA 02492 | | | | First Class Mail |
| HUB TECHNOLOGY GROUP LLC | 1636 GREAT PLAIN AVE | NEEDHAM, MA 02492 | | | | First Class Mail |
| HYGRADE BUSINESS GROUP INC | PO BOX 21774 | NEW YORK, NY 10087-1774 | | | PCANTORE@HYGRADEBUSINESS.COM; ARREMIT@HYGRADEBUSINESS.COM | Email First Class Mail |
| INFOR (US), INC. | NW 7418 | PO BOX 1450 | MINNEAPOLIS, MN 55485-7418 | | INFOR.COLLECTIONS@INFOR.COM | Email First Class Mail |
| Informatica LLC | PO BOX 741089 | LOS ANGELES, CA 99074-1089 | | | | First Class Mail |
| INFOSEC INSTITUTE INC | CENGAGE LEARNING INC DBA | PO BOX 936743 | ATLANTA, GA 31193-6743 | | NATALIE.SCHOENFIELD@CENGAGE.COM;INFOSEC.AR@CENGAGE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Interactive Marketing Solutions, Corp. | 1177 SUMMER ST. | 2ND FLR | STAMFORD, CT 06905 | | SOLUTIONS@IMS-DM.COM; FRIGANO@IMS-DM.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| INTOCAREERS (UNIVERSITY OF OREGON) | 5258 UNIVERSITY OF OREGON | EUGENE, OR 97403-5258 | | | | First Class Mail |
| IRON MOUNTAIN | PO BOX 27128 | NEW YORK, NY 10087-7128 | | | AREFTREMIT@IRONMOUNTAIN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Iterable, Inc. | 2261 Market Street Ste 5212 | SAN FRANCISCO, CA 94114 | | | FINANCE@ITERABLE.COM | Email First Class Mail |
| JACEY ECKHART LIVE | 905 ELDEN ST | HERNDON, VA 20170 | | | JACEY.ECKHART@MONSTER.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| JETBRAINS AMERICAS INC | 989 EAST HILLSDALE BLVD | STE 200 | FOSTER CITY, CA 94404 | | BILLING.US@JETBRAINS.COM; BILLING.US@JETBRAINS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Jfrog Inc. | 270 E CARIBBEAN DR | SUNNYVALE, CA 94089 | | | AR@JFROG.COM | Email First Class Mail |
| Jfrog Inc. | DEPT LA 24906 | PASADENA, CA 91185-4906 | | | TALIN@JFROG.COM; AR@JFROG.COM | Email First Class Mail |
| Jobcase, Inc. | 201 BROADWAY ST STE 7 | CAMBRIDGE, MA 02139 | | | FINANCE@JOBCASE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Jobverse, Inc. | 5106 MARYLAND WAY STE 209 | BRENTWOOD, TN 37027 | | | KEVIN@ONEREDCENT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Joveo | 101 Jefferson Drive | Floor 1 | Menlo Park, CA 94025 | | | First Class Mail |
| JUNTO COMPANY LTD, THE | 4 VICTORIAN GATE WAY | STE 306 | COLUMBUS, OH 43215 | | JMERMIS@JUNTOCOMPANY.COM | Email First Class Mail |
| Kate Horrell | Address Redacted | | | | Email Redacted | Email First Class Mail |
| KIME, PATRICIA N | Address Redacted | | | | Email Redacted | Email First Class Mail |
| KNIME Inc. | 10900 Stonelake Blvd | Quarry Oaks 2, Suite 150 | Austin, TX 78759 | | catalina.solari@knime.com | Email First Class Mail |
| KOTARA CONSULTING | 10212 SHINING WILLOW DR | ROCKVILLE, MD 20850 | | | TKOSSARI@KOTARACON.COM; TKOSSARI@KOTARACON.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Kyriba Corp. | PO BOX 207796 | DALLAS, TX 75320 | | | ewiseman@metlife.com | Email First Class Mail |
| Lida Citroen | Address Redacted | | | | Email Redacted | Email First Class Mail |
| Lincoln Financial Services | 1021 E LINCOLNWAY STE 7607 | CHEYENNE, WY 82001 | | | ACCOUNTING@SHIFTCLICKS.COM; ACCOUNTING@SHIFTCLICKS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Litmus US, L.P. | PO Box 735297 | Chicago, IL 60673 5297 | | | AccountsReceivable@litmos.com | Email First Class Mail |
| Litmus Software, Inc. | PO BOX 360628 | PITTSBURGH, PA 15251-6628 | | | BILLING@LITMUS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Lockton | 444 W 47th St. Suite 900 | Kansas City, MO 64112 | | | | First Class Mail |
| Mach1 Consulting Group LLC | 1 Wildwood Gdns | Port Washington, NY 11050-2308 | | | | First Class Mail |
| Mentis Inc. | ATTN: PAULA CAPPS | PO BOX 1246 LENOX HILL STATION | NEW YORK, NY 10021 | | PAULACS@MENTISOFTWARE.COM; SHARONSC@MENTISOFTWARE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email |
| MessageBird USA, Inc. | 1621 Bay Road | Miami Beach, FL 33139 | | | | First Class Mail |
| META PLATFORMS INC | 15161 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | | | AR@META.COM;PAYMENT@META.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| MICROSOFT CORPORATION | LB 842467 MICROSOFT LICENSING | 1950 N STEMMONS FWY STE 5010 | DALLAS, TX 75207 | | MSCREDIT@MICROSOFT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| MICROSOFT CORPORATION | P.O. BOX 847543 | 1950 N STEMMONS FWY | DALLAS, TX 75207 | | adbill@microsoft.com | Email First Class Mail |
| MICROSOFT ONLINE INC | PO BOX 847543 | DALLAS, TX 75284-7543 | | | atlascol@microsoft.com; ADBILL@MICROSOFT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| MullenLowe U.S., Inc. | PO BOX 74008224 | CHICAGO, IL 60674-8224 | | | JACKIE.CORDERO@MULLENLOWE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| MURDOCK, SCOTT | Address Redacted | | | | Email Redacted | Email First Class Mail |
| National Association of State Workforce Agencies | ATTN ACCOUNTING | 444 N CAPITOL ST, STE 300 | WASHINGTON, DC 20001 | | GLUELLEN@NASWA.ORG; ACCOUNTING@NASWA.ORG;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| NETSERV APPLICATIONS | 1410 BITTERCRESS COURT | ALPHARETTA, GA 30005 | | | | |
| NEUSTAR IP INTELLIGENCE INC | A TRANSUNION CO - BOFA | PO 277833 | ATLANTA, GA 30384-7833 | | REMITTANCE@TEAM.NEUSTAR;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Nintex USA, Inc. | 411 108th Avenue NE | Suite 600 | Bellevue, WA 98004 | | | |
| Northern Virginia Technology Council | NVTC | 1069 W BROAD ST, STE 743 | FALLS CHURCH, VA 22046 | | nhedrick@nvtc.org; CKRAFFT@NVTC.ORG;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| NYE, DAVID LOGAN | Address Redacted | | | | Email Redacted | Email First Class Mail |

**Exhibit A**
**Service List**

| Creditor | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| OH, JENNY | Address Redacted | | | Email Redacted | Email / First Class Mail |
| OKTA INC | PO BOX 743620 | LOS ANGELES, CA 90074-3620 | | AR@OKTA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ONESIGNAL INC | 2850 S DELAWARE ST STE 201 | SAN MATEO, CA 94403 | | MATT@ONESIGNAL.COM; AR@ONESIGNAL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email |
| OneTrust LLC | P. O. Box 735381 | Chicago, IL 60673 5381 | | BFELDMAN@ONETRUST.COM | Email / First Class Mail |
| Onix Networking Corp | PO BOX 74184 | CLEVELAND, OH 44194-0002 | | ZACK@ONIXNET.COM; ARPAYMENTS@ONIXNET.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ONSEEN MARKETING INC | 257 CHAMPION CT | DESTIN, FL 32541 | | ANITA.SMITH@ONSEEN.COM; RANDY.SMITH@ONSEEN.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| OPEN AI LLC | 548 MARKET ST PMB 97273 | SAN FRANCISCO, CA 94104-5401 | | AR@OPENAI.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ORACLE AMERICA INC | PO BOX 203448 | DALLAS, TX 75320-3448 | | DELPHINE.OURSAIRE@ORACLE.COM; CASH-APPSIN_WW@ORACLE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| OwnCompany, Inc. | 940 SYLVAN AVE | ENGLEWOOD CLIFFS, NJ 07632 | | ROBERT.MARIN@OWNDATA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Pagerduty | PO BOX 123817 | DALLAS, TX 75312-3817 | | SALES@PAGERDUTY.COM; ACCOUNTSRECEIVABLE@PAGERDUTY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| PAGERDUTY INC | DEPT 3817 | PO BOX 123817 | DALLAS, TX 75312-3817 | SALES@PAGERDUTY.COM; ACCOUNTSRECEIVABLE@PAGERDUTY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| People.ai | 548 Market Street | No 58279 | San Francisco, CA 94104 | | First Class Mail |
| Perforce Software Inc. | PO BOX 742263 | LOS ANGELES, CA 90074-2263 | | MDELLECAVE@PERFORCE.COM; FINANCE@PERFORCE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| PERFORMANCE ASSESSMENT NETWORK INC | 11590 N MERIDIAN STREET | STE 200 | CARMEL, IN 46032 | PPHILLIPS@PANPOWERED.COM; PPHILLIPS@PANPOWERED.COM | Email / First Class Mail |
| Pinnacle Technology Partners Inc | 83 MORSE STREET | UNIT 6B | NORWOOD, MA 02062 | SMELESKI@PINNACLETECHPARTNERS.COM; ACCOUNTING@PTP.CLOUD;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Placements, Inc. | 506 2ND AVE | SUITE 1825 | SEATTLE, WA 98104 | EVANB@PLACEMENTS.IO; AR@PLACEMENTS.IO;EVANB@PLACEMENTS.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| PRECISELY SOFTWARE INCORPORATED | PO BOX 911304 | DALLAS, TX 75391-1304 | | ACCOUNTRECEIVABLE@PRECISELY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Presidio Networked Solutions LLC | P.O. BOX 822169 | Philadelphia, PA 19182 2169 | | | First Class Mail |
| Progress Software Corporation | PO BOX 84-5828 | Boston, MA 02284 5828 | | accountsreceivable@progress.com | Email / First Class Mail |
| Prosoft dba Number8 | PO Box 772353 | Detroit, MI 48277 | | JUSTIN@NUMBER8.COM | Email / First Class Mail |
| Publish Press | 6635 Pirate Perch Trail | Lakewood Ranch, FL 34202 | | | First Class Mail |
| QUALITY TECHNOLOGY SERVICES | PO BOX 74604 | CLEVELAND, OH 44194-4487 | | billing@qualitytech.com | Email / First Class Mail |
| QUEST SOFTWARE INC | PO BOX 731381 | DALLAS, TX 75373-1381 | | ASHLEY.VANCE@QUEST.COM; ACCOUNTSRECEIVABLE@QUEST.COM | Email |
| QUIRK CREATIVE LLC | 55 BROADWAY 3RD FLR | NEW YORK, NY 10006 | | MERYL@QUIRKCREATIVE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| RACKSPACE US INC | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO, TX 78218 | irene.ali@rackspace.com | Email / First Class Mail |
| RANDSTAD NORTH AMERICA INC | 3625 CUMBERLAND BLVD STE 500 | ATLANTA, GA 30339 | | ANAND.THAKKAR@RANDSTADUSA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Randstad Risesmart | PO BOX 74008804 | CHICAGO, IL 60674-8804 | | CMEELER@RISESMART.COM; BILLINGTEAM@RISESMART.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Rapid7 LLC | LOCK BOX | PO BOX 347377 | PITTSBURGH, PA 15251-4377 | KEVIN_BRESNAHAN@RAPID7.COM; AR@RAPID7.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Rapid7 LLC | PO BOX 347377 | PITTSBURGH, PA 15251-4377 | | KEVIN_BRESNAHAN@RAPID7.COM; AR@RAPID7.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| RECRUITICS INC | PO BOX 21425 | New York, NY 10087 1425 | | billing@recruitics.com | Email / First Class Mail |
| RED CEDAR TG-MTE LLC | 2115 STEPHENS PLACE STE 310 | NEW BRAUNFELS, TX 78130 | | BUD.COOL@MTEAUTHORITY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Ripple IT | 1345 Seaboard Industrial Blvd NW | Atlanta, GA 30318 | | | First Class Mail |
| SAASEE LLC | 3276 LAS VEGAS BLVD S UNIT 307 | LAS VEGAS, NV 89158 | | ERIC@AVIQUA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SAGE SERVICES LLC | PO BOX 985 | SUMMERFIELD, NC 27358 | | LACE@MILMO.CO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SALESFORCE, INC. | P.O. BOX 203141 | DALLAS, TX 75320-3141 | | | First Class Mail |
| SAP America, Inc. | PO BOX 734595 | Chicago, IL 60673 4595 | | FINANCEAR@SAP.COM | Email / First Class Mail |
| SCALEOUT SOFTWARE INC | 12725 SW MILLIKAN WAY  STE 270 | BEAVERTON, OR 97005 | | danm@scaleoutsoftware.com; ACCOUNTING@SCALEOUTSOFTWARE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SECUREIT CONSULTING GROUP INC | 12110 SUNSET HILLS RD | #600 | RESTON, VA 20190 | ACCOUNTING@SECUREIT.COM; ACCOUNTING@SECUREIT.COM | Email / First Class Mail |
| SEMRush, Inc. | 800 BOYLSTON ST STE 2475 | BOSTON, MA 02199 | | TIM.SHARBLE@SEMRUSH.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Sertifi Inc. | P.O. BOX 74008769 | CHICAGO, IL 60674-8769 | | accounting@sertifi.com | Email / First Class Mail |
| Seyfarth Shaw LLP | 3807 COLLECTIONS CENTER DR | CHICAGO, IL 60693 | | WIREPAYMENT@SEYFARTH.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Shared Services Leadership Coalition | 7918 JONES BRANCH DR STE 400 | MCLEAN, VA 22102 | | JOHNMARSHALL@SHAREDSERVICESNOW.ORG; JOHNMARSHALL@SHAREDSERVICESNOW.ORG;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SHI International Corp | PO BOX 952121 | DALLAS, TX 75395-2121 | | SAM_BRODSKY@SHI.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SIFT SCIENCE INC | 525 MARKET ST 6TH FLR | SAN FRANCISCO, CA 94105 | | AR@SIFTSCIENCE.COM; ABAICHER@SIFTSCIENCE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SKILLFUL COMMUNICATIONS INC | PO BOX 21975 | NEW YORK, NY 10087-1975 | | ABBEY@BIGINTERVIEW.COM; ABBEY@BIGINTERVIEW.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SOLARWINDS NET INC | PO BOX 730720 | DALLAS, TX 75373-0720 | | CUSTOMERSERVICE@SOLARWINDS.COM; ACCOUNTSRECEIVABLE@SOLARWINDS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SOLILOQUIE LLC (Emma Smith) | 2017 CREEKLAND VIEW BLVD | NASHVILLE, TN 37207 | | EMMA@SOLILOQUIE.CO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| SOLO.IO Inc | 222 THIRD ST STE 3300 | CAMBRIDGE, MA 02142 | | AP@SOLO.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Sonatype, Inc | PO BOX 22697 | NEW YORK, NY 10087-2697 | | ACCOUNTING@SONATYPE.COM; ACCOUNTING@SONATYPE.COM | Email / First Class Mail |
| Splunk, Inc. | 3098 Olsen Dr | San Jose, CA 95128 | | | First Class Mail |
| SPYTALK LLC | PO BOX 5583 | WASHINGTON, DC 20016 | | SPYTALK@ME.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Stew Smith | Address Redacted | | | Email Redacted | Email / First Class Mail |
| SurveyMonkey Inc | 32330 COLLECTIONS CENTER DR | CHICAGO, IL 60693-2330 | | TAIMURG@SURVEYMONKEY.COM; INVOICING@SURVEYMONKEY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| TALENT.COM INC | PO BOX 95729 | CHICAGO, IL 60694-5729 | | PAYMENT@TALENT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| TALENTNEURON LLC | 590 MADISON AVE 40TH FL | NEW YORK, NY 10022 | | FINANCE@TALENTNEURON.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Talroo Inc. | PO BOX 201342 | DALLAS, TX 75320-1342 | | ACCOUNTING@TALROO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Tata Consultancy Services Limited | PO BOX 74007582 | CHICAGO, IL 60674-7582 | | ATUL.TAYAL@TCS.COM; US.AR@TCS.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Textkernel US LLC, | C/O NEAL, GERBER & EISENBERG LLP | 2 N LASALLE ST STE 1700 | CHICAGO, IL 60602 | ORDERS@TEXTKERNEL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| THE MERGE, LLC | 217 Emmett Drive | Niceville, FL 32578 | | | First Class Mail |
| The Morning Consult LLC | 1025 F St NW Suite 800 | Washington, DC 20004 | | | First Class Mail |
| Translations.com, Inc. | 3 Park Avenue | 39th Floor | New York, NY 10016 | | First Class Mail |
| TransPerfect Translations International Inc. | 1250 BROADWAY 32ND FLR | NEW YORK, NY 10001 | | JBARTLETT@TRANSPERFECT.COM; AR@TRANSPERFECT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| TRIBUNE CONTENT AGENCY | 15158 COLLECTIONS CENTER DR | CHICAGO, IL 60693 | | RDECHANTAL@TRIBPUB.COM; SSCCASH-TRIBADV@MEDIANEWSGROUP.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Trintech Inc. | PO BOX 734950 | DALLAS, TX 75373-4950 | | FINANCE@TRINTECH.COM; FINANCE@TRINTECH.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Tripwire Inc | 29039 NETWORK PLACE | CHICAGO, IL 60673-1290 | | MARY.GOMOLL@FORTRA.COM; AR@TRIPWIRE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| TrustArc Inc | 835 MARKET ST  STE 800  BOX 137 | SAN FRANCISCO, CA 94103 | | AR@TRUSTARC.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Twilio, Inc. | SENDGRID | PO BOX 735926 | DALLAS, TX 75373 | AR@TWILIO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |

**Exhibit A**
**Service List**

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Unanet | 22970 INDIAN CREEK DR | STE 200 | DULLES, VA 20166 | | ctroia@unanet.com; FINANCE@UNANET.COM | Email / First Class Mail |
| UNITAS GLOBAL INC | 910 WEST VAN BUREN ST STE 605 | CHICAGO, IL 60607 | | | BILLING@UNITASGLOBAL.COM; BILLING@UNITASGLOBAL.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| United Healthcare | 9700 Health Care Ln | Hopkins, MN 55343 | | | | First Class Mail |
| UserTesting Technologies, Inc. | PO BOX 103643 | PASADENA, CA 91189-3643 | | | ACCOUNTING@USERTESTING.COM; ARTEAM@USERTESTING.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| VALIDITY INC | 100 SUMMER ST STE 2900 | BOSTON, MA 02110 | | | LYNDA.MCNALLY@VALIDITY.COM; AR@VALIDITY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| VANTAGE LEARNING USA LLC | 6805 ROUTE 202 | NEW HOPE, PA 18938 | | | SMIAO@EMAIL.VANTAGE.COM; SMIAO@EMAIL.VANTAGE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| VELARO INC | 1234 N LA BREA AVE STE 508 | WEST HOLLYWOOD, CA 90038 | | | BILLING@VELARO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Verinext Corp | 510 TOWNSHIP LINE RD STE 120 | BLUE BELL, PA 19422 | | | AR@VERINEXT.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Verint Systems, Inc. | P.O. BOX 978702 | DALLAS, TX 75397-8702 | | | HELEN.NERO@VERINT.COM | Email / First Class Mail |
| Verizon Business | PO BOX 15043 | ALBANY, NY 12212-5044 | | | VZ.EMITT.WIRE@VERIZON.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Verizon Deutschland GMBH | PO BOX 15043 | ALBANY, NY 12212-5044 | | | VZ.EMITT.WIRE@VERIZON.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Verizon France | PO BOX 15043 | ALBANY, NY 12212-5044 | | | VZ.EMITT.WIRE@VERIZON.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| VICKI SALEMI MEDIA LLC | 2110 W SLAUGHTER LANE STE 107 | AUSTIN, TX 78748 | | | VICKI@VICKISALEMI.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Victor Insurance Managers Inc. | 7700 Wisconsin Ave | Suite 400 | Bethesda, MD 20814 | | | First Class Mail |
| VOLKMANN, MICHELLE | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| WALKER CAITLIN | Address Redacted | | | | Email Redacted | Email / First Class Mail |
| WARD & BERRY PLLC | 1751 PINNACLE DR STE 900 | TYSONS, VA 22102 | | | KERRY@WARDBERRY.COM | Email / First Class Mail |
| Wayspire, LLC | 1541 AIRPORT DR | TALLAHASSEE, FL 32304 | | | LUCAS@WAYSPIRE.COM; LUCAS@WAYSPIRE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Wells Fargo Financial Leasing, Inc. | PO BOX 650016 | DALLAS, TX 75265-0016 | | | INDIA.ECHOLS@LEASINGCONNECTION.COM; CASHTEAM@LEASINGCONNECTION.COM | Email / First Class Mail |
| WINMO, LLC | PO BOX 117638 | ATLANTA, GA 30368-7638 | | | ACCOUNTING@WINMO.COM; ACCOUNTING@WINMO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| WORK4 LABS, INC. | 990 Biscayne Blvd | Office 701 | Miami, FL 33132 | | accounts@adzuna.com | Email / First Class Mail |
| Workday, Inc. | PO BOX 886106 | LOS ANGELES, CA 90088-6106 | | | ACCOUNTS.RECEIVABLE@WORKDAY.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| WP Engine, Inc. | PO BOX 734427 | DALLAS, TX 75373-4427 | | | AR@WPENGINE.COM; AR@WPENGINE.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| WSO2 LLC | PO BOX 201390 | DALLAS, TX 75320-1390 | | | DILIBAN@WSO2.COM; DILIBAN@WSO2.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Xactly Corporation | DEPT CH 16399 | PALATINE, IL 60055-6399 | | | avardeh@xactlycorp.com; AR@XACTLYCORP.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| XANDR INC. | DEPT CH 19467 | PALATINE, IL 60055-9467 | | | BRYAN.EISENBERG@XANDR.COM;XANDR_CASHMANAGEMENT@MICROSOFT.COM;BILLING@XANDR.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ZAYO GROUP LLC | P.O BOX 785876 | PHILADELPHIA, PA 19178-5876 | | | NA | Email / First Class Mail |
| ZCROO CORP | REZSCORE | C/O GERRIT HALL | 792 HIGHLAND VIEW LANE | CAMANO, WA 98282 | ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ZENDESK INC | PO BOX 734287 | CHICAGO, IL 60673-4287 | | | AR@ZENDESK.COM; AR@ZENDESK.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Zeplin Inc. | 832 SANSOME ST 3RD FLR | SAN FRANCISCO, CA 94111 | | | SUPPORT@ZEPLIN.IO;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| ZIP RECRUITER | 604 ARIZONA AVENUE | SANTA MONICA, CA 90401 | | | billing@ziprecruiter.com | Email / First Class Mail |
| ZOOM VIDEO COMMUNICATIONS INC | 55 ALMADEN BLVD 6TH FLR | SAN JOSE, CA 95113 | | | FINANCE@ZOOM.US;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Zoom Video Communications Inc. | 55 Almaden Blvd | 6th Floor | San Jose, CA 95113 | | | First Class Mail |
| Zoomforth, Inc. | 100 PINE STREET | SUITE 1250 | SAN FRANCISCO, CA 94111 | | billing@zoomforth.com | Email / First Class Mail |
| ZoomInfo Technologies | 805 BROADWAY ST STE 900 | VANCOUVER, WA 98660 | | | ALEX.LAZEROWICH@ZOOMINFO.COM; ALEX.LAZEROWICH@ZOOMINFO.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |
| Zuora, Inc. | 101 REDWOOD SHORES PKWY | REDWOOD CITY, CA 94065 | | | AR@ZUORA.COM; AR@ZUORA.COM;ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email / First Class Mail |