IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:**<br><br>**ZEN JV, LLC, et al.** [1],<br><br>　　　　　　　　　　Debtors. | **Chapter 11**<br><br>**Case No. 25-11195 (JKS)**<br><br>**Jointly Administered** |

**NOTICE OF APPEARANCE AND REQUEST
FOR NOTICES AND SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that undersigned counsel hereby represents Hidden Talent LLC in the above case. The undersigned hereby enter their appearance pursuant to Section 1109(b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010(b) and request copies of all notices and pleadings pursuant to Federal Rules of Bankruptcy Procedure 2002(a). All such notices should be addressed to the following:

| | |
|---|---|
| Kate Roggio Buck, Esq.<br>Chelsea A. Botsch, Esq.<br>McCarter & English, LLP<br>405 North King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6323<br>kbuck@mccarter.com<br>cbotsch@mccarter.com | Courtney A. Schael, Esq.<br>Ashford – Schael LLC<br>100 Quimby Street<br>Suite 1<br>Westfield NJ 07090<br>Telephone: (908) 232-5566<br>　　　　　　(908) 255-0462<br>cschael@AshfordNJLaw.com |

PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application,

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

complaint, demand, hearing, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telex, or otherwise filed with regard to the above case and proceedings therein.

                      Respectfully submitted,

Dated: July 11, 2025
      Wilmington, Delaware

**McCARTER & ENGLISH LLP**

By: */s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)
Chelsea A. Botsch (DE #6715)
McCarter & English LLP
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, Delaware 19801
Tel: 302-984-6300
Fax: 302-984-6399
Email: kbuck@mccarter.com
       cbotsch@mccarter.com

**ASHFORD – SCHAEL LLC**
Courtney A. Schael, Esq.
100 Quimby Street
Suite 1
Westfield NJ 07090
Telephone: (908) 232-5566
               (908) 255-0462
Email: cschael@AshfordNJLaw.com

*Attorneys for Hidden Talent LLC*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **ZEN JV, LLC, et al.** [1], | **Case No. 25-11195 (JKS)** |
| Debtors. | **Jointly Administered** |

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2025, I did cause the foregoing Notice of Appearance and Request for Notices and Service of Papers to be filed using the Court's CM/ECF system, which will automatically send email notification to all parties and counsel of record.

*/s/ Kate Roggio Buck*
Kate Roggio Buck (DE #5140)

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.