# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ZEN JV, LLC, *et al.*, | ) Case No. 25-11195 (JKS) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Lucian Murley, Esquire, hereby certify that on July 14, 2025, a copy of *Equinix, Inc.'s Objection to Cure Notices* was served through the Court's CM/ECF system upon all registered electronic filers appearing in this case and via Electronic Mail on the parties on the attached service list.

**SAUL EWING LLP**

By: */s/ Lucian Murley*
Lucian Murley (DE Bar No. 4892)
1201 North Market Street, Suite 2300
P. O. Box 1266
Wilmington, DE 19801-1266
(302) 421-6898

Dated: July 14, 2025

**SERVICE LIST**

| | |
|---|---|
| Ray C. Schrock, Esquire<br>Candace M. Arthur, Esquire<br>Latham & Watkins LLP<br>1271 Avenue of the Americas<br>New York, NY 10020<br>ray.schrock@lw.com<br>candace.arthur@lw.com | Seth Van Aalten, Esquire<br>Sarah A. Carnes, Esquire<br>Cole Schotz P.C.<br>1325 Avenue of Americas, 19th Floor<br>New York, NY 10019<br>svanaalten@coleschotz.com<br>scarnes@coleschotz.com |
| Jonathan Gordon, Esquire<br>Latham & Watkins LLP<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>jonathan.gordon@lw.com | Matthew B. Lunn, Esquire<br>Robert F. Poppiti, Jr., Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>bankfilings@ycst.com<br>mlunn@ycst.com<br>rpoppiti@ycst.com |
| Daniel J. DeFranceschi, Esquire<br>Zachary I. Shapiro, Esquire<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>defranceschi@rlf.com<br>shapiro@rlf.com | James Billingsley, Esquire<br>Daniel R. Pierce, Esquire<br>Duane Morris, LLP<br>100 Crescent Court, Suite 1200<br>Dallas, TX 75201<br>JBillingsley@duanemorris.com<br>DRPierce@duanemorris.com |
| Linda J. Casey, Esquire<br>Office of the United States Trustee for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE 19801<br>Linda.Casey@usdoj.gov | Steven Boender, Esquire<br>Halley F. Shanley, Esquire<br>Brandon E. Lira, Esquire<br>Stoel Rives LLP<br>760 SW Ninth Ave., Suite 3000<br>Portland, OR 97205<br>steven.boender@stoel.com<br>halley.shanley@stoel.com<br>brandon.lira@stoel.com |
| Robert M. Hirsh, Esquire<br>James A. Copeland, Esquire<br>Norton Rose Fulbright US LLP<br>1301 Avenue of the Americas<br>New York, NY 10019-6022<br>robert.hirsh@nortonrosefulbright.com<br>james.copeland@nortonrosefulbright.com | David M. Hillman, Esquire<br>Dylan J. Marker, Esquire<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY<br>dhillman@proskauer.com<br>dmarker@proskauer.com |
| Justin R. Alberto, Esquire<br>Melissa M. Hartlipp, Esquire<br>Elazar A. Kosman, Esquire<br>Cole Schotz P.C.<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19081<br>jalberto@coleschotz.com<br>mhartlipp@coleschotz.com<br>ekosman@coleschotz.com | |