UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:  Chapter 11

Case No. 25—11195 (JKS)

Debtor: ZEN JV, LLC, et al.,

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Courtney A. Schael, Esquire to represent Hidden Talent LLC in this action.

/s/ Kate Roggio Buck

Firm Name: McCarter & English LLP
Renaissance Centre
Address: 405 N. King Street, 8th Floor
Wilmington Delaware 19801
Phone: 302-984-6300
Email: kbuck@mccarter.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, New York, and Pennsylvania and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Firm Name: Ashford - Schael LLC
Address: 100 Quimby Street
Suite 1
Westfield, NJ 07090
Phone: (908) 232-5566; (908) 255-0462
Email: cschael@AshfordNJLaw.com

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

Dated: July 13th, 2025
Wilmington, Delaware

Local Form 105