## EXHIBIT A

**(Invoice)**

55866648.4



# Invoice

Invoice Number
INV07946

Invoice Date
4/09/2025

**Bill To**
Zen JV
200 N La Salle St Ste 1100
Chicago IL 60601-1084
United States

**Ship To**
Careerbuilder.com
200 N La Salle St Ste 1100
Chicago IL 60601-1084
US

| TOTAL | **$100,000.00** |
|---|---|
| Due Date | 5/24/2025 |

| Terms | Due Date | Purchase Order | Contract Start Date | Contract End Date | Contract ID |
|---|---|---|---|---|---|
| Net 45 | 5/24/2025 | MWUS061602 | 3/28/2025 | 3/27/2026 | |

| Product | Amount |
|---|---|
| **Custom Survey Research Bank** | $100,000.00 |

| | Subtotal | $100,000.00 |
|---|---|---|
| | Tax (0%) | $0.00 |
| | **Total** | **$100,000.00** |

**Remittance Information**



1 of 1