# **EXHIBIT A**

**TSA Cure Schedule**

## TSA CURE SCHEDULE

### Randstad NV

| Invoice Number | Invoice Date | Note | Invoice Amount |
|---|---|---|---|
| 10251609 | May 15, 2025 | Global IT Services spend April 2025 | $507,721.29 |
| 10251755 | May 28, 2025 | Global IT Projects recharges | $200,435.00 |
| 10251867 | June 12, 2025 | Global IT Services spend May 2025 | $64,905.52 |
|  | July 11, 2025 | Global IT Services spend June 2025 | $81,981.75 |
|  | July 11, 2025 | Guarantee charges | $27,418.75 |
|  | July 11, 2025 | Global IT Services spend July 1-13 | $39,111.85 |
| Subtotal |  |  | $921,574.16 |
| Plus estimated reasonable attorneys' fees through July 14, 2025 |  |  | $15,660.00 |
| **TOTAL** |  |  | **$937,234.16** |

### Randstad US

| Invoice Number | Invoice Date | Note | Invoice Amount |
|---|---|---|---|
| Apr-25 | May 5, 2025 | Various | $68,676.62 |
| May-25 | June 9, 2025 | Various | $68,881.72 |
| June-25 | July 9, 2025 | Various | $96,468.41 |
| July-25 | July 11, 2025 | Charges from July 1-13, 2025 | $25,013.37 |
| **TOTAL** |  |  | **$259,040.12** |