**EXHIBIT C**

**INVOICES**

***RANDSTAD NV INVOICES***

**Randstad NV**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam
corporate.accounting@randstad.com



**INVOICE**

| | |
|---|---|
| Invoicenumber | 10251609 |
| Date | 15/5/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

| Your VAT number: | 13-3906555 |
|---|---|

| Description | global it services spend 2025 april | Clientnumber 22292746 |
|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **GIS Spend April 2025** | | Sub Total: | EUR | 470,548 | USD | 507,721 |
| We herewith charge you for: | | | | | | |
| Global IT cloud recharge | | | EUR | 404,486 | USD | 436,440 |
| Global IT security recharge | | | EUR | 834 | USD | 900 |
| Global IT software and services recharge | | | EUR | 64,992 | USD | 70,126 |
| Global IT support: TCS support based on RU billing | | | EUR | 236 | USD | 255 |

| | | |
|---|---|---|
| We kindly ask you to transfer the amount to | Amount excl. VAT    USD | 507,721.29 |
| Randstad NV, Diemen | VAT reversed charge    0.0% | 0.00 |
| Bankaccountnumber:    48.31.15.126   ABN-AMRO Bank, Amsterdam | Total inclusive VAT    USD | **507,721.29** |
| IBAN code:              NL51ABNA0483115126 | | |
| BIC / Swift code:         ABNANL2A | | |
| VAT number  NL 800077672.B.01 | | |
| HR Amsterdam number 33216172 | Please mention the invoicenumber with your payment | |

**Randstad NV**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam z.o.
Telephone 00 31 20 5695630
Telefax  00 31 20 6901101



**Invoice**

| | |
|---|---|
| Invoicenumber | 10251755 |
| Date | 28/5/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

Your VAT number:    13-3906555

| Description | Charged Expenses | | | | Clientnumber 22292746 |
|---|---|---|---|---|---|

We herewith charge you for:

**Global IT Projects recharges**     EUR     178,909.00     USD     200,435.00
see page 2

For more info contact beth.zukowsky@monster.com

If further clarification is needed kindly reach out to Niels van Weeren (niels.van.weeren@randstad.com)

| | | | | |
|---|---|---|---|---|
| We kindly ask you to transfer the amount to | | Amount excl. VAT | USD | 200,435.00 |
| Randstad NV, Diemen | | VAT | 0.00% | 0.00 |
| Bankaccountnumber: | 48.31.15.126    ABN-AMRO Bank, Amsterdam | Total inclusive VAT | USD | **200,435.00** |
| IBAN code: | NL51ABNA0483115126 | | | |
| BIC / Swift code: | ABNANL2A | | | |
| VAT number  NL 800077672.B.01 | | | | |
| HR Amsterdam number 33216172 | | Please mention the invoicenumber with your payment | | |

| # | Name Company | Invoice currency | Description | Contact person | EUR | Local currency |
|---|---|---|---|---|---|---|
| 22292746 | US_MAC_L | USD | Jobdigger license cost for July-Dec of 2024 | beth.zukowsky@monster.com | 9,875.00 | 10,655.00 |
| 22292746 | US_MAC_L | USD | Textkernel Datafeed license cost for July-Dec of 2024 | beth.zukowsky@monster.com | 50,000 | 53,950 |
| 22292746 | US_MAC_L | USD | Lightcast Datafeed cost for July-Dec 2024 | beth.zukowsky@monster.com | 44,034 | 50,247 |
| 22292746 | US_MAC_L | USD | RMI app and data cost for July-Dec 2024 | beth.zukowsky@monster.com | 25,000 | 28,528 |
| 22292746 | US_MAC_L | USD | Textkernel Datafeed license cost for Jan-June of 2024 | beth.zukowsky@monster.com | 50,000 | 57,055 |

**Randstad NV**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam
corporate.accounting@randstad.com



**INVOICE**

| | |
|---|---|
| Invoicenumber | 10251867 |
| Date | 12/6/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

| Your VAT number: | 13-3906555 |
|---|---|

| Description | global it services spend 2025 may | | | | Clientnumber 22292746 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **GIS Spend May 2025** | | Sub Total: | EUR | 56,880 | USD | 64,906 |
| We herewith charge you for: | | | | | | |
| Global IT cloud recharge | | | EUR | 21,830 | USD | 24,910 |
| Global IT security recharge | | | EUR | 834 | USD | 952 |
| Global IT software and services recharge * | | | EUR | 34,105 | USD | 38,917 |
| Global IT support: TCS support based on RU billing | | | EUR | 111 | USD | 127 |

\* Global IT software and services recharge includes a credit of EUR 16,752 for cloud management costs March + April

| We kindly ask you to transfer the amount to | | Amount excl. VAT | USD | 64,905.52 |
|---|---|---|---|---|
| Randstad NV, Diemen | | VAT reversed charge | 0.0% | 0.00 |
| Bankaccountnumber: 48.31.15.126  ABN-AMRO Bank, Amsterdam | | Total inclusive VAT | USD | **64,905.52** |
| IBAN code: NL51ABNA0483115126 | | | | |
| BIC / Swift code: ABNANL2A | | | | |
| VAT number  NL 800077672.B.01 | | | | |
| HR Amsterdam number 33216172 | | Please mention the invoicenumber with your payment | | |

**Randstad NV**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam
corporate.accounting@randstad.com



**INVOICE**

| | |
|---|---|
| Invoicenumber | PRO FORMA |
| Date | 11/7/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

| Your VAT number: | 13-3906555 |
|---|---|

| Description | global it services spend 2025 june | | | | Clientnumber 22292746 |
|---|---|---|---|---|---|

| | | | | | | |
|---|---|---|---|---|---|---|
| **GIS Spend June 2025** | | Sub Total: | EUR | 69,897 | USD | 81,982 |
| We herewith charge you for: | | | | | | |
| Global IT cloud recharge | | | EUR | 20,024 | USD | 23,486 |
| Global IT security recharge | | | EUR | | USD | 0 |
| Global IT software and services recharge | | | EUR | 49,844 | USD | 58,462 |
| Global IT support: TCS support based on RU billing | | | EUR | 29 | USD | 34 |

| | | | |
|---|---|---|---|
| We kindly ask you to transfer the amount to | Amount excl. VAT | USD | 81,981.75 |
| Randstad NV, Diemen | VAT reversed charge | 0.0% | 0.00 |
| Bankaccountnumber:    48.31.15.126   ABN-AMRO Bank, Amsterdam | Total inclusive VAT | USD | **81,981.75** |
| IBAN code:               NL51ABNA0483115126 | | | |
| BIC / Swift code:          ABNANL2A | | | |
| VAT number  NL 800077672.B.01 | | | |
| HR Amsterdam number 33216172 | Please mention the invoicenumber with your payment | | |

**Randstad nv**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam
Telephone 00 31 20 5695630
email corporate.accounting@randstad.com



## Invoice

| | |
|---|---|
| Invoicenumber | PRO FORMA |
| Date | 11/07/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

| Your VAT number: | 13-3906555 |
|---|---|

| Description | Charged expenses guarantees | 22292746 |
|---|---|---|

We herewith charge you for:

**Fee of attached guarantee:**        **Q2 2025**

9017 Citibank
　　　Guarantee amount　　　　　　USD　　　26,750,000.00
　　　Fee　　　3 months　　　　　　USD　　　　　27,418.75　　　　　　USD　　　27,418.75

| | | | |
|---|---|---|---:|
| We kindly ask you to transfer the amount to | Amount excl. VAT | USD | 27,418.75 |
| Randstad Holding NV, Diemen | VAT | 0.00% | 0.00 |
| Bankaccountnumber:    48.31.15.126    ABN-AMRO Bank, Amsterdam | Total inclusive VAT | USD | **27,418.75** |
| IBAN code:           NL51ABNA0483115126 | | | |
| BIC / Swift code:    ABNANL2A | | | |
| VAT number  NL 800077672.B.01 | | | |
| HR Amsterdam number 33216172 | Please mention the invoicenumber with your payment | | |

## Annex to RSH guarantee invoice

Year 2025
Quarter Q2
Date 30.06.2025

Guarantee number 9017
Applicant
Third party beneficiary Citibank

Guarantee amount 26,750,000 USD

**type**

|  | amount | billing rate | fee (annual) |
|---|---|---|---|
| non-contingent | 26,750,000 | 0.410% | 109,675 |
| contingent |  | 0.250% | 0 |
| unavailable |  | 0.000% | 0 |
| **total** | **26,750,000** |  | **109,675** |

Fee amount 27,419 USD

Comments

**Randstad NV**
Diemermere 25,  Diemen
P.O. Box  12600,  NL 1100 AP  Amsterdam
corporate.accounting@randstad.com



**INVOICE**

| | |
|---|---|
| Invoicenumber | PRO FORMA |
| Date | 11/7/2025 |

Monster Worldwide Inc.
Att. Matthew Darnell/Mike Suhajda
133 Boston Post Road
Weston, MA, 02493
USA

| Your VAT number: | 13-3906555 |
|---|---|

| Description | global it services spend 2025 july | | | | | Clientnumber 22292746 |
|---|---|---|---|---|---|---|
| **GIS Spend 1 July - 13 July 2025** | | Sub Total: | EUR | 33,346 | USD | 39,112 |
| We herewith charge you for: | | | | | | |
| Global IT cloud recharge | | | EUR | 10,012 | USD | 11,743 |
| Global IT security recharge | | | EUR | | USD | 0 |
| Global IT software and services recharge * | | | EUR | 23,334 | USD | 27,369 |
| Global IT support: TCS support based on RU billing | | | EUR | 0 | USD | 0 |

| | | | |
|---|---|---|---|
| We kindly ask you to transfer the amount to | Amount excl. VAT | USD | 39,111.85 |
| Randstad NV, Diemen | VAT reversed charge | 0.0% | 0.00 |
| Bankaccountnumber:   48.31.15.126   ABN-AMRO Bank, Amsterdam | Total inclusive VAT | USD | **39,111.85** |
| IBAN code:            NL51ABNA0483115126 | | | |
| BIC / Swift code:        ABNANL2A | | | |
| VAT number  NL 800077672.B.01 | | | |
| HR Amsterdam number 33216172 | Please mention the invoicenumber with your payment | | |

*RANDSTAD US INVOICES*



**FROM**  
**Randstad North America, Inc.**  
One Overton Park  
3625 Cumberland Blvd SE, Ste 500  
Atlanta, GA 30339

**TO:**  
**Monster Worldwide, Inc.**  
133 Boston Post Road  
Weston, MA 02493

Invoice Number: Apr-25

Date: 05 May 2025

Due Date: 19 June 2025

| Description of Charges | Description | | Amount in $ |
|---|---|---|---|
| RBE Recharge - Monster- TSA-APR | Internal Payroll | $ | 18,800.00 |
| RBE Recharge - Monster- TSA-APR | Treasury | $ | 2,700.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Coupa Admin | $ | 1,300.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Coupa License | $ | 4,700.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - HFM Admin Su | $ | 25,000.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Automation A | $ | 1,400.00 |
| RBE Recharge - Monster- TSA-APR | Tax | $ | 14,175.00 |
| Annual Report | CSC | $ | 522.00 |
| San Francisco Business Registration | Tax Collection | $ | 79.62 |
| **TOTAL** | | **$** | **68,676.62** |

**Payment Options**
**Cash Payment to:**

### Randstad Wiring/ACH Instructions

#### Miscellaneous / Non-AR

| | |
|---|---|
| **Bank Name:** | Wells Fargo Bank, NA |
| **Bank Address:** | 420 Montgomery Street |
| | San Francisco, CA 94104 |
| **Account Name:** | Randstad General Partner (US) LLC |
| **Address:** | One Overton Park |
| | 3625 Cumberland Blvd., Ste. 600 |
| | Atlanta, GA 30339 |
| **Account Number:** | 2080000698760 |
| **ABA\Routing Number:** | 121000248 |
| **Account Type:** | Checking |
| **For Incoming USD Wires from overseas only:** | |
| **SWIFT Number:** | WFBIUS6S |



**FROM**  
**Randstad North America, Inc.**  
One Overton Park  
3625 Cumberland Blvd SE, Ste 500  
Atlanta, GA 30339

**TO:**  
**Monster Worldwide, Inc.**  
133 Boston Post Road  
Weston, MA 02493

| Invoice Number: | May-25 |
|---|---|
| Date: | 09 June 2025 |
| Due Date: | 24 July 2025 |

| Description of Charges | Description | | Amount in $ |
|---|---|---|---|
| RBE Recharge - Monster- TSA-APR | Internal Payroll | $ | 18,800.00 |
| RBE Recharge - Monster- TSA-APR | Treasury | $ | 2,700.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Coupa Admin | $ | 1,300.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Coupa License | $ | 4,700.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - HFM Admin Su | $ | 25,000.00 |
| RBE Recharge - Monster- TSA-APR | Systems Support - Automation A | $ | 1,400.00 |
| RBE Recharge - Monster- TSA-APR | Tax | $ | 14,175.00 |
| Annual Report | CSC | $ | 89.49 |
| Annual Report | CSC | $ | 89.49 |
| Annual Report | CSC | $ | 354.00 |
| Annual Report | CSC | $ | 273.74 |
| **TOTAL** | | **$** | **68,881.72** |

**Payment Options**  
**Cash Payment to:**

**Randstad Professionals US LLC – Master**  
**(For Miscellaneous \ Non-AR Payments Only)**

| For ACH Payments | |
|---|---|
| Beneficiary \Payee Name and Address: | Randstad Professionals US LLC  3625 Cumberland Blvd, Suite 500  Atlanta, GA 30339 |
| Beneficiary Bank Name and Address: | Bank of America NA  1401 Elm Street  Dallas, TX 75202 |
| Account Number: | 8188213439 |
| Routing Number: | 071000039 |



**FROM**  
**Randstad North America, Inc.**  
One Overton Park  
3625 Cumberland Blvd SE, Ste 500  
Atlanta, GA 30339

**TO:**  
**Monster Worldwide, Inc.**  
133 Boston Post Road  
Weston, MA 02493

Invoice Number:   June-25

Date:   09 July 2025

Due Date:   23 August 2025

| Description of Charges | Description | | Amount in $ |
|---|---|---|---|
| RBE Recharge - Monster- TSA-JUNE | Internal Payroll | $ | 18,800.00 |
| RBE Recharge - Monster- TSA-JUNE | Treasury | $ | 2,700.00 |
| RBE Recharge - Monster- TSA-JUNE | Systems Support - Coupa Admin | $ | 1,300.00 |
| RBE Recharge - Monster- TSA-JUNE | Systems Support - Coupa License | $ | 4,700.00 |
| RBE Recharge - Monster- TSA-JUNE | Systems Support - HFM Admin Su | $ | 25,000.00 |
| RBE Recharge - Monster- TSA-JUNE | Systems Support - Automation A | $ | 1,400.00 |
| RBE Recharge - Monster- TSA-JUNE | Tax | $ | 14,175.00 |
| Professional Services | Responsive Invoice | $ | 13,500.00 |
| Professional Services | Canada Mazar Fees | $ | 7,095.54 |
| Professional Services | Canada EHT Payment | $ | 7,524.87 |
| Annual Report | CSC | $ | 273.00 |
| **TOTAL** | | **$** | **96,468.41** |

**Payment Options**  
**Cash Payment to:**

**Randstad Professionals US LLC – Master**  
**(For Miscellaneous \ Non-AR Payments Only)**

| For ACH Payments | |
|---|---|
| Beneficiary \Payee Name and Address: | Randstad Professionals US LLC<br>3625 Cumberland Blvd, Suite 500<br>Atlanta, GA 30339 |
| Beneficiary Bank Name and Address: | Bank of America NA<br>1401 Elm Street<br>Dallas, TX  75202 |
| Account Number: | 8188213439 |
| Routing Number: | 071000039 |



**FROM**
**Randstad North America, Inc.**
One Overton Park
3625 Cumberland Blvd SE, Ste 500
Atlanta, GA 30339

**TO:**
**Monster Worldwide, Inc.**
133 Boston Post Road
Weston, MA 02493

Invoice Number:     JULY-25

Date:     11 July 2025

Due Date:

| Description of Charges | Description | | Amount in $ |
|---|---|---|---|
| RBE Recharge - Monster- TSA-JULY 1-13 | Internal Payroll | | $ 6,836.36 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Treasury | | $ 981.82 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Systems Support - Coupa Admin | | $ 472.73 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Systems Support - Coupa License | | $ 1,709.09 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Systems Support - HFM Admin Su | | $ 9,090.91 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Systems Support - Automation A | | $ 509.09 |
| RBE Recharge - Monster- TSA-JULY 1-13 | Tax | | $ 5,154.55 |
| CDW Direct | NCE Teams | | $ 21.82 |
| Annual Report | CSC | | $ 237.00 |
| **TOTAL** | | | **$ 25,013.37** |

**Payment Options**
**Cash Payment to:**

**Randstad Professionals US LLC – Master**
**(For Miscellaneous \ Non-AR Payments Only)**

| For ACH Payments | |
|---|---|
| Beneficiary \Payee Name and Address: | Randstad Professionals US LLC<br>3625 Cumberland Blvd, Suite 500<br>Atlanta, GA 30339 |
| Beneficiary Bank Name and Address: | Bank of America NA<br>1401 Elm Street<br>Dallas, TX 75202 |
| Account Number: | 8188213439 |
| Routing Number: | 071000039 |