## **CERTIFICATE OF SERVICE**

      I, Echo Yi Qian, certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on July 14, 2025, in the manner indicated upon the parties identified in the service list below and via CM/ECF on all counsel and parties registered to receive such electronic notifications.

                                              */s/ Echo Yi Qian*
                                              Echo Yi Qian (No. 7330)

**SERVICE LIST**

**VIA ELECTRONIC MAIL**

Latham & Watkins LLP,
1271 Avenue of the Americas
New York, New York 10020
Attn: Ray C. Schrock
Candace M. Arthur
candace.arthur@lw.com
ray.schrock@lw.com

Latham & Watkins LLP,
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Attn: Jonathan Gordon
jonathan.gordon@lw.com

U.S. Trustee
844 King Street, Suite 2207
Lockbox 35, Wilmington, DE 19801
Attn: Linda J. Casey
Linda.Casey@usdoj.gov

Young Conaway Stargatt & Taylor, LLP
Rodney Square, 1000 North King Street
Wilmington, Delaware 19801
Attn: Matthew Lunn, Esq.
Robert Poppiti
mlunn@ycst.com
rpoppiti@ycst.com

Stoel Rives LLP
760 SW Ninth Ave., Suite 3000
Portland, OR 97205
Attn: Steven Boender
Halley F. Shanley
Brandon E. Lira
steven.boender@stoel.com
halley.shanley@stoel.com
brandon.lira@stoel.com

Cole Schotz P.C.
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Attn: Justin R. Alberto
Melissa M. Hartlipp
Elazar A. Kosman
jalberto@coleschotz.com
mhartlipp@coleschotz.com
ekosman@coleschotz.com

Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Attn: Seth Van Aalten
Sarah A. Carnes
svanaalten@coleschotz.com
scarnes@coleschotz.com

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019
Attn: Robert M. Hirsh
James Copeland
robert.hirsh@nortonrosefulbright.com
james.copeland@nortonrosefulbright.com

Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201
Attn: James Billingsley
Daniel R. Pierce
JBillingsley@duanemorris.com
DRPierce@duanemorris.com

Richards, Layton & Finger, P.A.
One Rodney Square,
920 North King Street,
Wilmington, DE 19801
Attn: Daniel J. DeFranceschi
Zachary I. Shapiro
shapiro@rlf.com
defranceschi@rlf.com

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036
Attn: David M. Hillman
Dylan J. Marker
dhillman@proskauer.com
dmarker@proskauer.com