# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 25-11195 (JKS) <br> ) <br> ) **(Jointly Administered)** <br> ) <br> ) Sale Hearing Date: July 24, 2025 at 1:00 PM <br> ) Cure Objection Date: July 14, 2025 at 4:00 PM <br> ) Sale Objection Date: July 16, 2025 at 4:00 PM <br> ) <br> ) **Docket Nos. 28 & 82** |
| **ZEN JV, LLC,** *et al.*, | |
| Debtors. | |

## CERTIFICATE OF SERVICE

I, James E. Huggett, hereby certify that on July 14, 2025, I served a copy of *ORACLE'S LIMITED OBJECTION TO AND RESERVATION OF RIGHTS REGARDING DEBTORS' SALE MOTION AND RELATED NOTICE OF POSSIBLE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES* on the parties listed on the attached Service List via service as indicated.

/s/ James E. Huggett
James E. Huggett (#3956)

**BY ECF**

| | |
|---|---|
| Cole Schotz P.C. <br> *counsel to the Unsecured Creditors' Committee* <br> 500 Delaware Avenue, Suite 600 <br> Wilmington, Delaware 19801 <br> Justin Alberto, Esq. <br> jalberto@coleschotz.com <br> Melissa Hartlipp, Esq. mhartlipp@coleschotz.com <br> Elazar Kosman, Esq. <br> ekosman@coleschotz.com <br> Seth Van Aalten, Esq. <br> svanaalten@coleschotz.com <br> Sarah Carnes, Esq. <br> scarnes@coleschotz.com | RICHARDS, LAYTON & FINGER, P.A. <br> *counsel to Debtors* <br> One Rodney Square <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> Daniel J. DeFranceschi, Esq. <br> defranceschi@rlf.com <br> Zachary I. Shapiro, Esq. <br> shapiro@rlf.com <br> Huiqi Liu, Esq. <br> liu@rlf.com <br> Clint M. Carlisle, Esq. <br> carlisle@rlf.com <br> Colin A. Meehan, Esq. <br> meehan@rlf.com |
| Young Conaway Stargatt & Taylor, LLP, <br> *counsel to the DIP Lender* <br> Rodney Square, 1000 North King Street <br> Wilmington, Delaware 19801 <br> Attn: Matthew Lunn, Esq. <br> mlunn@ycst.com <br> Robert Poppiti, Esq. <br> rpoppiti@ycst.com | **United States Trustee** <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 <br> Linda J. Casey, Esq. <br> Linda.Casey@usdoj.gov |
| Richards, Layton & Finger, P.A., <br> *proposed co-counsel to the Debtors* <br> One Rodney Square, 920 North King Street, <br> Wilmington, Delaware 19801 <br> Attn: Daniel J. DeFranceschi, Esq. <br> defranceschi@rlf.com <br> Zachary I. Shapiro, Esq. <br> shapiro@rlf.com | |

**BY REGULAR MAIL & EMAIL**

| | |
|---|---|
| Latham & Watkins LLP<br>*proposed co-counsel to the Debtors*<br>1271 Avenue of the Americas,<br>New York, New York 10020<br>Ray C. Schrock, Esq.<br>ray.schrock@lw.com<br>Candace M. Arthur, Esq.<br>candace.arthur@lw.com<br>John Zhang, Esq.<br>john.zhang@lw.com | Latham & Watkins LLP<br>*counsel to Debtors*<br>330 North Wabash Avenue, Suite 2800,<br>Chicago, Illinois 60611<br>Jonathan C. Gordon, Esq.<br>jonathan.gordon@lw.com |
| Norton Rose Fulbright US LLP<br>*counsel to the DIP Lender*<br>1301 Avenue of the Americas,<br>New York, New York 10019<br>Attn: Robert M. Hirsh, Esq.<br>robert.hirsh@nortonrosefulbright.com<br>James Copeland, Esq.<br>james.copeland@nortonrosefulbright.com | Stoel Rives LLP<br>*counsel to the Stalking Horse Bidders, Valnet*<br>760 SW Ninth Ave., Suite 3000,<br>Portland, OR 97205<br>Attn: Steven Boender, Esq.<br>steven.boender@stoel.com<br>Halley F. Shanley, Esq.<br>halley.shanley@stoel.com<br>Brandon E. Lira, Esq.<br>brandon.lira@stoel.com |
| Duane Morris LLP<br>*counsel to the Stalking Horse Bidders, JobGet*<br>100 Crescent Court, Suite 1200,<br>Dallas, TX 75201<br>Attn: James Billingsley, Esq.<br>JBillingsley@duanemorris.com<br>Daniel R. Pierce, Esq.<br>DRPierce@duanemorris.com | Proskauer Rose LLP<br>*counsel to the Stalking Horse Bidders, Valsoft*<br>Eleven Times Square,<br>New York, NY 10036<br>Attn: David M. Hillman, Esq.<br>dhillman@proskauer.com<br>Dylan J. Marker, Esq.<br>dmarker@proskauer.com |
| Norton Rose Fulbright US LLP<br>*counsel to the DIP Lender*<br>1301 Avenue of the Americas,<br>New York, New York 10019<br>Attn: Robert M. Hirsh, Esq.<br>robert.hirsh@nortonrosefulbright.com<br>James Copeland, Esq.<br>james.copeland@nortonrosefulbright.com | |