# Exhibit A



# INVOICE

Invoice# ITPL-2526-0042
Invoice Date: 03rd June 2025

## IKOKAS Technologies Private Limited

1917/19, Govind Puri Extension, Kalkaji, New Delhi, India
Pin Code:110019

Tax ID GSTN: 07AAFCI0130D2Z9

Phone +9109873097024
parvinder@ikokas.com
www.ikokas.com
PAN: AAFCl0130D, HSN Code: 9983 SAC: 998314
CIN: U74999DL2018PTC339223

Amount due
**$7000**

Bill to
**Monster Government Solutions, LLC.**
**Attn: Eric Boudin**
**200 North LaSalle Street, Suite 900**
**Chicago, IL 60601**

| S.No | Descriptions | Quantity | Price | Amount |
|---|---|---|---|---|
| | **Work Order:** MGS SoW 2025-03<br>**Month:** May 2025<br><br>1. Senior Software Developer- Naga Suresh<br>2. Database Developer - Jasti Chandramouli<br><br>(Work executed From 1st May to 31st May'2025)<br>Days worked for: 31Days | NA | $7000 | $ 7000 |
| | **Total** | | | $ 7000 |

Notes

Supply Meant For Export Under Letter Of Undertaking Without Payment Of GST.



# INVOICE

Invoice# ITPL-2526-0056
Invoice Date: 01st July 2025

## IKOKAS Technologies Private Limited

1917/19, Govind Puri Extension, Kalkaji, New Delhi, India
Pin Code:110019

Tax ID GSTN: 07AAFCI0130D2Z9

Phone +9109873097024
parvinder@ikokas.com
www.ikokas.com
PAN: AAFCI0130D, HSN Code: 9983 SAC: 998314
CIN: U74999DL2018PTC339223

Amount due
**$6300**

Bill to
**Monster Government Solutions, LLC.**
**Attn: Eric Boudin**
**200 North LaSalle Street, Suite 900**
**Chicago, IL 60601**

| S.No | Descriptions | Quantity | Price | Amount |
|---|---|---|---|---|
| | **Work Order:** MGS SoW 2025-03<br>**Month:** June 2025<br><br>1. Senior Software Developer- Naga Suresh<br>2. Database Developer - Jasti Chandramouli<br><br>(Work executed From 1st June to 27th June'2025)<br>Days worked for: 27Days | NA | $6300 | $ 6300 |
| | **Total** | | | $ 6300 |

Notes

Supply Meant For Export Under Letter Of Undertaking Without Payment Of GST.