# Exhibit B

Thursday, July 10, 2025 at 5 20 26 AM India Standard Time

| | |
|---|---|
| Subject | FW Ikokas_Monster Gov Formal Notice |
| Date | Monday, 7 July 2025 at 4 27 28 PM India Standard Time |
| From | SS-NA-AccountsPayable |
| To | Arun Kaushal |
| CC | Eric Boudin, Parvinder Singh, Ronald Harrell |
| Attachments | image005 png, image006 png, image007 jpg, image008 png, image009 png, ITPL-2526-0027 pdf, ITPL-2526-0042 pdf, ITPL-2526-0055 pdf, Ikokas_MGS_MSA FINAL_MGS Endorsed_4Apr25-signed pdf, kokas_MGS_SOW FINAL_FE_3Apr2025 pdf, Monster + CB Supplier Letter pdf |

Hello Arun,

Thank you for your response.

Monster + CareerBuilder has voluntarily initiated Chapter 11 proceedings in the U.S. Bankruptcy Court for the District of Delaware. As a result, all previously posted invoices are on hold, pending approval from the court. This includes the following invoices related to the June 2025 period and earlier: # ITPL-2526-0027, # ITPL-2526-0042 & # ITPL-2526-0055

Although these invoices are posted in our internal system, we are legally unable to process payments until we receive direction from the court in Delaware. At this stage, we don't have a clear timeline for when payments will be approved.

That said, please rest assured: the invoices haven't been lost or forgotten – they're simply paused as part of the Chapter 11 process.

Let me know if you have any questions.

Regards,



Petra Drahosova
Senior Accounts Payable Representative
Monster Worldwide
+420234775068
River Garden
Rohanske Nabrezi 670/19
186 00 Praha 8
Czech Republic

---

From: Arun Kaushal <arun.kaushal@ikokas com>
Sent: Monday, July 7, 2025 9:36 AM
To: SS-NA-AccountsPayable <accountspayable@Monsterworldwide.com>
Cc: Eric Boudin <Eric.Boudin@Monster.com>; Parvinder Singh <parvinder@ikokas.com>; Ronald Harrell <Ronald.Harrell@Monster.com>
Subject: RE: Ikokas_Monster Gov: Formal Notice

Dear Petra

Thanks for your response and the details shared. We understand that CB+M has filed a Chapter 11 process in the US. As per the Chapter 11 copy the cure amount against MGS for the Contract counterparty i.e. Ikokas Technologies Pte Ltd is filed at $0 where as per the records and emails shared with MGS team we have raised 3 invoices for the total amount of $20,097.00 till 27th June 2025. In this, 2 invoices amounting to $14000.00 have been raised before the filing date of 24th June 2025 and one invoice amounting to $6097.00 has been raised after the filing date.
We would like to file a cure-amount objection for the same amount and request you to kindly include the same or guide us on our next steps immediately to file the same. I am attaching the 3 invoices again for your reference along with the MSA and SOW.

Thanks for your understanding and looking forward to hearing soon from you.

Thanks
Arun

---

From: SS-NA-AccountsPayable <accountspayable@Monsterworldwide.com>
Sent: 04 July 2025 16:29
To: Arun Kaushal <arun.kaushal@ikokas.com>
Cc: Eric Boudin <Eric.Boudin@Monster.com>; SS-NA-AccountsPayable <accountspayable@Monsterworldwide.com>; Parvinder Singh <parvinder@ikokas.com>; Ronald Harrell <Ronald.Harrell@Monster.com>
Subject: FW: Ikokas_Monster Gov: Formal Notice

Hello Arun,

Hope this email finds you well.

Eric Boudin has forwarded me the below email querying the invoices ITPL-2526-0027 & ITPL-2526-0042

I can confirm both invoices have been posted and are already fully processed on our end.

However, we're currently unable to advise on the payment timeline, as Monster + CareerBuilder has voluntarily initiated a Chapter 11 process in the U.S. Bankruptcy Court for the District of Delaware. Please find the enclosed statement, which contains more details for your reference

At this stage, I'm unable to share any additional information beyond what is included in the attached letter.

I will keep you informed of any updates as soon as I receive news from our management.

Thank you for your understanding.

Sincerely,



Petra Drahosova
Senior Accounts Payable Representative
Monster Worldwide
+420234775068
River Garden
Rohanske Nabrezi 670/19
186 00 Praha 8
Czech Republic

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Date:** Thursday, July 3, 2025 at 8:37 AM
**To:** Terralynn Fortune <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>, Ronald Harrell <Ronald.Harrell@Monster.com>, Eric Boudin <Eric.Boudin@Monster.com>
**Subject:** RE: Ikokas_Monster Gov: Formal Notice

Hi Terralynn

We noticed that we have not received payments for our April'25 and May'25 invoices including the latest June'25 one as well. Could you help us with an update for these pending payments.

Awaiting your response.

Thanks
Arun

---

**From:** Terralynn Fortune <Terralynn.Fortune@Monster.com>
**Sent:** 30 June 2025 19:34
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Ronald Harrell <Ronald.Harrell@Monster.com>
**Subject:** RE: Ikokas_Monster Gov: Formal Notice

Hi Arun,

Thank you for this update!
We appreciate working with your team as well and we truly value the collaboration.

Looking forward to the possibility of working together again.

Best regards,

**Terralynn Fortune, Esq.**
Contract Specialist
Direct:    703.269.4941
Mobile:   703.653.4208
terralynn.fortune@monster.com
200 N LaSalle St, Suite 900,
Chicago, IL 60601



---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Monday, June 30, 2025 2:34 AM
**To:** Terralynn Fortune <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Ronald Harrell <Ronald.Harrell@Monster.com>
**Subject:** RE: Ikokas_Monster Gov: Formal Notice

Hi Terralynn

Both the resources served their notice period and their last working day as mentioned earlier was 27th June 2025. We will be proceeding with their exit formalities today.

We appreciate the opportunity to work with your team and look forward to any future collaborations.

Thanks
Arun

---

**From:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Sent:** 29 May 2025 23:21
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** RE: Ikokas_Monster Gov: Formal Notice

Hi Arun,

Thank you for this confirmation.
If any changes occur MGS will keep you informed.

Much appreciation,
Terralynn

**Terralynn Fortune, Esq.**
Contract Specialist
Direct:   703.269.4941
Mobile:  703.653.4208
terralynn.fortune@monster.com
200 N LaSalle St, Suite 900,
Chicago, IL 60601



---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Thursday, May 29, 2025 1:18 AM
**To:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Ikokas_Monster Gov: Formal Notice

Hi Terralynn

I understand sometimes the business requirements change and hence certain other changes need to be made. Thanks for the notice. We will consider your email as a 30 day's notice period for termination of our SOW for the 2 resources. Their last working day will be 27th June 2025.
In case there is any change in the business requirement please do let me know of the change so as to continue the contract.

Thanks for your relationship and we look forward to collaborating with your team in the near future.

Thanks and regards



Program Director – Strategic Accounts
A R U N   K U M A R   K A U S H A L
📞 +91 9810757018    🌐 www.ikokas.com    ✉ arun.kaushal@ikokas.com

---

**From:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Sent:** Tuesday, May 27, 2025 8:53 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Ikokas_Monster Gov: Formal Notice

Good morning, Arun,

This is to formally inform Ikokas that Monster Gov will no longer require the services provided by Ikokas, as stated in the pdfs attached.
If you have any questions or concerns, please feel free to reach out.

Thank you,
Terralynn

**Terralynn Fortune, Esq.**
Contract Specialist
Direct:   703.269.4941
Mobile:  703.653.4208
terralynn.fortune@monster.com
200 N LaSalle St, Suite 900,
Chicago, IL 60601

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Monday, April 7, 2025 5:32 AM

**To:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Terralynn

Please find attached the endorsed copy of MSA for your reference. Thanks for your support and collaboration.

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Monday, April 7, 2025 11:35 AM
**To:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Terralynn

Thanks for quick response. Will share back the endorsed copy soon with you.

Thanks and regards



**From:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Sent:** Friday, April 4, 2025 9:55 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hello Arun,

I've attached a new copy of the MGS endorsed MSA.

- Exhibit A SOW has been added, but there is no MGS signature on page 12 as the terms have not been inserted.
- MGS accepts removal of the Insurance section.

Thank you,

Terralynn



**Terralynn Fortune, Esq.**

Contract Specialist

Direct:   703.269.4941

Mobile:  703.653.4208

terralynn.fortune@monster.com

133 Boston Post Road

Weston, MA  02493

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Friday, April 4, 2025 7:12 AM
**To:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>

**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Terralynn

Thanks for your quick response.

I wanted to request you to kindly accept my 2 requests in the MSA copy endorsed by you.

1. In the MSA original I shared there is Exhibit A which is missing in this endorsement copy. Would request you to kindly add it.
2. The Insurance section 12 has to be omitted since it is not applicable for 2 individual resources for this insurance amount. This was something that was an oversight and I would like to apologize for this.

Kindly consider these 2 request to be modified before the final endorsement by both. I am attaching the copy for your reference with the above 2 mentioned updates.

Thanks and regards



**From:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Sent:** Friday, April 4, 2025 2:51 AM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hello Arun,

Please find the MGS endorsed copy of the MSA, I will await a fully endorsed version in return.

Also is the fully endorsed copy of the SOW.

Thank you for your collaboration!

Much appreciation,

Terralynn



**Terralynn Fortune, Esq.**

Contract Specialist

Direct:   703.269.4941

Mobile:   703.653.4208

terralynn.fortune@monster.com

133 Boston Post Road

Weston, MA  02493

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Thursday, April 3, 2025 5:39 AM
**To:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Terralynn

Thanks for your response. I have addressed your suggestions in the attached copies of both the documents. Request you to kindly review these one final time and help us with your initials on the same.

Eric- Looking forward to closing this at your earliest. Please feel free to reach me if in case you have any questions for me.

Thanks and regards



---

**From:** Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Sent:** Wednesday, April 2, 2025 10:18 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hello Arun,

We've reviewed the documents, thank you for addressing the changes!

Regarding the MSA, the only other thing that was brought to our attention is the Net 45-day payment terms. MGS is only capable of Net 60-day payment terms, I've inserted a new comment pointing this out.

If this can be updated to Net 60, then all else looks good.

Regarding the SOW, I've made updates to the performance locations and Invoicing instructions.

Thank you,

Terralynn



**Terralynn Fortune, Esq.**

Contract Specialist

Direct:   703.269.4941

Mobile:  703.653.4208

terralynn.fortune@monster.com

133 Boston Post Road

Weston, MA  02493

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Tuesday, April 1, 2025 2:06 AM
**To:** Harrell, Ronald <Ronald.Harrell@Monster.com>; Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA


Hi Ron and Terralynn


Do we have any updates here?


Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Monday, March 24, 2025 11:58 AM
**To:** Harrell, Ronald <Ronald.Harrell@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA


Hi Ron


I have made the suggested changes as per the replies to my comments on the document. Please find attached the updated MSA for your review. Just so you are aware, the SOW in the MSA is a sample of what to expect as an SOW which will be separate for all the resources categorized under certain profiles. Please find attached the SOW as well for your reference that I have shared with Eric as well. I have put some comments on the SOW document as well for your review.


Once you review these updated documents, both parties will sign, agree and share the signed copies to each other for reference.


Thanks and regards



**From:** Harrell, Ronald <Ronald.Harrell@Monster.com>
**Sent:** Saturday, March 22, 2025 1:28 AM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>; Fortune, Terralynn <Terralynn.Fortune@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA


Hi Arun,


Edits attached.  Getting close to final.

Ron



**Ron Harrell**

Director – Capture/Contracts

Direct:   703.270.7202

Mobile:  571.230.3420

ronald.harrell@monster.com

133 Boston Post Road

Weston, MA  02493

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Friday, March 21, 2025 3:41 AM
**To:** Harrell, Ronald <Ronald.Harrell@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Ron

A gentle reminder on this. Do we have any updates here?

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Wednesday, March 19, 2025 10:45 PM
**To:** Harrell, Ronald <Ronald.Harrell@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Ron

Please find attached the draft MSA as suggested. Kindly review the document as I have put a few comments and rest feel free to make changes and highlight for us to review mutually and close it at the earliest.

Looking forward to your response on the same.

Thanks and regards



---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Wednesday, March 19, 2025 10:21 AM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA


Thanks for the confirmation, Eric.

Pleasure to e-meet you Ron. I'll work with my team to provide you a MSA between Ikokas and MGS as suggested by Eric along with the modified version of the SoW as well for your review. If there is any specific format for the MSA that your organization follows, may I request a sample for us please.

Else, give me a day's time to respond with a copy of a standard document format that we follow.

Regards

Arun Kumar Kaushal

Client Success Manager | +91 9810757018

---

**From:** Boudin, Eric <Eric.Boudin@Monster.com>
**Sent:** Tuesday, March 18, 2025 11:22:16 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Harrell, Ronald <Ronald.Harrell@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA


Hi Arun,

Thanks for your prompt reply.

Let me introduce Ron Harrell , our Director of Contract at MGS.

Regarding the SOW, we need it to be targeting MGS not CB+M.

We also need to have a dedicated MSA between Ikokas and Monster Government Solutions LLC.

Could you pls issue these documents, Ron will work with you on these.

Last,  Adnan clarified his candidate selection.

So the final selection is. :

- dBE : Jasti Chandramouli
- SAP : Naga Suresh

Many thanks.



**Eric Boudin**

Senior Vice President

Product & Technology

Monster Government Solutions

+1 (978) 831 7534

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Date:** Tuesday, March 18, 2025 at 4:45 AM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>, Jarek, Christopher <Christopher.Jarek@Monster.com>, Strujic, Adnan <Adnan.Strujic@monster.com>, Krejci, Rachel <Rachel.Krejci@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric

As requested, please find attached the SoW for your review or suggestions. We shall include all resources under this SoW which fall under the category of being a Normal Resource.

Also, I included the rate of resources as an annual figure for the standard process for all our SoWs. You will notice I have used US$ 3500.00 per month as Normal Resource annual rate instead of US$ 3200.00 per month since our existing SoW is due for renewal next month and we are expecting this increment. Just so you know, it is yet to be approved by CB management for this increase.

If this is okay with you, would request to kindly consider this change in our SoW itself. I am open to discussion on this if you have any suggestions or questions.



Thanks and regards



---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Tuesday, March 18, 2025 1:03 PM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric

Thanks for the response on this.

Rachel's selection is duly noted. Kindly confirm if you would like us to roll out the offer?

For SAP BO we will wait for your feedback.

Give me today's time to share the SoW for a review.

Thanks and regards



CLIENT SUCCESS MANAGER
ARUN KUMAR KAUSHAL
+91 9810757018   www.ikokas.com   arun.kaushal@ikokas.com

**From:** Boudin, Eric <Eric.Boudin@Monster.com>
**Sent:** Tuesday, March 18, 2025 2:59 AM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Arun,

Thanks for your cooperation, much appreciated.

As regards to QA, it was decided to source this need from our KL dev center, thanks for your cooperation on this.

For the SAP BO mission, Rachel dBE selectee is Jasti Chandramouli.

Adnan, Chris and I need to provide you with the final selection for the SAP BO expert, you'll have this by tomorrow.

Regardless of the selection, and since the rates will be identical, can you provide a SOW so that we can engage on the contractual part ?

Many thanks,

Eric.

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Date:** Monday, March 17, 2025 at 9:17 AM
**To:** Strujic, Adnan <Adnan.Strujic@monster.com>, Krejci, Rachel <Rachel.Krejci@Monster.com>, Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>, Jarek, Christopher <Christopher.Jarek@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Adnan

Althaf is occupied this whole week with his existing employer and would be available next week. He is yet to confirm on the available date though. I'll keep you posted on his availability.

Meanwhile, may I request feedback for the other 2 candidates you interviewed?

Hi Rachel- May I request your feedback on the candidates you interviewed as well?

Hi Eric- Any update for us on the QA profiles I have shared with you?

Awaiting your responses on these positions please, as it would help my team to align these resources further for you else, we shall provide you with a few more resumes for your consideration.

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Saturday, March 15, 2025 12:10 AM
**To:** Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Adnan

Martin and Michal along with me tried connecting with Althaf today but his microphone wasn't of a good quality which rendered us unable to interview him. I have asked the candidate to work out his microphone issue by Monday 11 am IST, so that he can communicate properly for a fruitful interview. If I am satisfied with the call quality then only I shall share an interview link with you for the same time we did this past week.

I hope this works for you. Also, wanted to request you to kindly share a quick summary of your feedback for the interviews you have already conducted.

Happy weekend...!!

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Wednesday, March 12, 2025 4:41 PM
**To:** Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Sure Adnan, thanks.

Thanks and regards



**From:** Strujic, Adnan <Adnan.Strujic@monster.com>
**Sent:** Wednesday, March 12, 2025 4:39 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hi Arun,
We finished interview today with Bala. We will wait for last interview on Friday and let you know our decision after that.

Thank you,
Adnan

**From:** Strujic, Adnan
**Sent:** Tuesday, March 11, 2025 12:17
**To:** Arun Kaushal <arun.kaushal@ikokas.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hi Arun,
We had an interview with Naga today, interview went ok. We would like to complete our call with other two candidates, before our final decision.

Thank you,
Adnan

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Friday, March 7, 2025 11:49
**To:** Krejci, Rachel <Rachel.Krejci@Monster.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Rachel

Thanks for your quick response and for sharing your availability. I have confirmation from 2 candidates, and I am sharing invites.

Thanks and regards



**From:** Krejci, Rachel <Rachel.Krejci@Monster.com>
**Sent:** Friday, March 7, 2025 3:03 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>; Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>
**Subject:** RE: Monster Careers, MGS : Request for manual QA

Hello Arun,

Nice to meet you. For interviews next week, the best times for me would be

Wednesday March 12 between 9:30 and 12:00 CET

Thursday March 13 between 10:30 and 12:00 CET

Friday March 14 between 9:30 and 10:30 CET.

Looking forward to hearing from you.

Thanks,

Rachel

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Friday, March 7, 2025 5:50 AM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Thanks Eric.

Hi Rachel- Please to e-meet you. Please share your preferred/available times of the day that works for you for the interviews. All the candidates are on IST time zone just so you know, and I think you are on CET so will coordinate based on that.

Regards

Arun Kumar Kaushal

Client Success Manager | +91 9810757018

---

**From:** Boudin, Eric <Eric.Boudin@Monster.com>
**Sent:** Thursday, March 6, 2025 10:36:20 PM
**To:** Arun Kaushal <arun.kaushal@ikokas.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Jarek, Christopher <Christopher.Jarek@Monster.com>; Strujic, Adnan <Adnan.Strujic@monster.com>; Krejci, Rachel <Rachel.Krejci@Monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Arun,

Thanks for sharing this list of candidate.

Rachel Krejci, Director of dB engineering , will be conducting interviews for the 3 candidates we have selected :

- Bhanupriya P
- Panduranga
- Jasti Chandramouli

Feel free to interact directly with Rachel for the inteviews schedule, in parallel of the stream led by Adnan for the SAP BO candidates.

Thanks, your responsiveness, and swift execution, it helps !

Eric.

---

**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Date:** Monday, March 3, 2025 at 2:43 PM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>, Jarek, Christopher <Christopher.Jarek@Monster.com>, Strujic, Adnan <Adnan.Strujic@monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric

Please find attached profiles for Database Engineer. Below is a quick summary as well:

| Candidate Name | Experience (Years) | SQL Expertise (MSSQL Oracle MySQL) | Stored Procedures | ETL (SSIS) | Data Modeling Tools | Cloud Exp. (AWS/GCP) | NoSQL/ |
|---|---|---|---|---|---|---|---|
| Panduranga | 4.7 Years | 4.7 Years | 4.2 years | 4.2 years | 4.2 years | 2 years | 2 years |
| Bhanupriya P | 4 years | 4 years | 4 years | 2 years | 2 years | 6 months | 1 years |
| Akshat Shukla | 5 years | 5 years | 5 years | 5 years | 2.5 years | 2 5 years | 3.5 year |
| Suraj yadav | 5 years | MSSQL-5 Years | 5 years | 5 years | 2 years | AWS-1 year | Big data |
| Chirag Singh | 7 years | MSSQL-6 Years | 6 years | 5 years | 3 years | AWS-2 year | None |
| Jasti Chandramouli | 4.1 years | 4.1 years | 4.1 years | 4.1 years | 3 years | 6 months | NA |

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Tuesday, March 4, 2025 1:07 AM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Christopher.Jarek@Monster.com <Christopher.Jarek@Monster.com>; Adnan.Strujic@monster.com <Adnan.Strujic@monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric

Please find attached CVs for SAP BO, below is a quick summary of the profiles.

| Name | Total Exp | Data Analytics/ Business Analytics 5+ | SAP BO technology 3+ | Design Tool (IDT) | Universe Design Tool (UDT) | MS SQL | SAP certification |
|---|---|---|---|---|---|---|---|
| Saurabh Singh | 10+ Years | 10 Years | 9 Years | 5 Years | 5 Years | 4 Years | No |
| Bala Mastan Dhupati | 5.7 Years | 5 7 Years | 5.7 Years | 5.7 Years | 5.7 Years | 5.7 Years | Yes |
| Kamaluri Althaf | 7.5 Years | relevant | 7.5 Years | 7.5 Years | 7.5 Years | 3 Years | No |
| Naga Suresh | 6.4 Years | 6.4 Years | 6.4 Years | 4.5 Years | 4.5 Years | 3.2 Years | No |

Sharing the CVs for Database in my next email.

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Friday, February 28, 2025 6:35 PM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>; Christopher.Jarek@Monster.com <Christopher.Jarek@Monster.com>; Adnan.Strujic@monster.com <Adnan.Strujic@monster.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric

Thanks for the quick introduction and a warm hello to Chris and Adnan, looking forward to working with you all.

Eric I would also like to request to kindly use my Ikokas email address (arun.kaushal@ikokas.com) in our communication as my CB email address has been deactivated due to my lower engagement requirement through that email. Parvinder was kind enough to forward me your email hence this new email trail.

Please find below my response to your points and suggestions in BLUE.

1. Ok to screen CVs, as long as they match the Job description requirements. We also need a view on the informational quote upfront since it is part of the decision process.- **CAN YOU HELP ME WITH ANY FORMAT OF INFORMATIONAL QUOTE PLEASE.**

2. Ok to proceed with the L1-L4 workflow, but it must be applied in parallel for all candidates we would have screened, not in series as mentioned in the L4 step below.-**AS YOU HAVE MENTIONED L1-L4 WORKFLOW WILL BE APPLIED IN PARALLEL FOR ALL.**
   Time is of essence, most of our demands will address backfills and special emergency missions, which needs a quick turnaround.- **NOTED**

   We cannot stand to lose time and we already proceed similarly with other contracting companies.- **NOTED**

3. When getting to level 3, and regarding note 2, we conduct standalone interviews, this is a best-practice we apply when evaluating candidates identified by Contracting companies.- **I AM OKAY WITH THE STANDALONE INTERVIEWS. I WOULD ONLY REQUEST YOU TO KEEP ME IN THE LOOP ON THE CANDIDATE'S FEEDBACK.**

Thanks for sharing the detailed job description and we will make sure that the right CVs are shared across to you keeping in mind the timelines. We are working on the CV will be sharing with you soon.

Thanks and regards



**From:** Arun Kaushal <arun.kaushal@ikokas.com>
**Sent:** Thursday, February 27, 2025 8:18 PM
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Parvinder Singh <parvinder@ikokas.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Thanks, Parvinder for the introduction.

Hi Eric

It's a pleasure to e-meet you. I would like to share our interview process. We'll divide our interviews in 4 Levels **L1, L2, L3,** and **L4**.

**Level L1**- The Ikokas HR team will interview the candidate and verify all the information they provided in their CV. Also, we ask the candidates to rate their technical and communication skills.

**Level L2**- The Ikokas Program Director does an internal technical interview and matches the candidate with the technical and communication ratings they shared during L1.

**Level L3**- Candidates shortlisted after L2 will be shared with the Monster team for a further round of technical interviews and feedback will be shared with the Ikokas team via email or on the interview call itself after the candidate has dropped.

**Level L4**- If the candidate is selected by the Monster team, Ikokas HR will proceed with the onboarding formalities, or else we begin from L1 for other suitable candidates.

**NOTE:** 1. <u>In all these levels of interviews, I would like to suggest marking my emails of Monster and Ikokas in all your communications with candidates before and after the interview if you wish to communicate with the candidate.</u>

<u>2. I would request to be a part of your interview calls where the</u> <u>Monster team is interviewing shortlisted candidates.</u>

<u>3. During all technical interviews at Ikokas and Monster, candidates can be asked to share their entire screen, open a notepad and use it only when asked to avoid any external internet support.</u>

If you have any suggestions, please feel free to write back to me. We look forward to streamlining the hiring process and helping close these requirements to your utmost satisfaction. All your support is always appreciated.

We have already started working on the requirements shared by you. Please find attached 3 SAP BO/BI profiles along with a quick introduction and skill chart below:

| Name | Email id | Total exp | Relevant exp | Joining Availability | Data Analytics/Business Analytics | SAP BO | Design Tool (IDT) Uni & webI |
|---|---|---|---|---|---|---|---|
| Saurav Negi | sauravnegi108@gmail.com | 5 years | 5 years | LWD-18 March | 5 years | 3.5 years | 3 Years |
| Mukesh Thakur | nishu31093@gmail.com | 7.5 years | 4 years | immediate | 4 Years | 2 years | 2 Years |
| Mahesh | mmr25051992@gmail.com | 6.5 Years | 5 years | immediate | 4 Years | 2 Years | 2 Years |

I shall await your feedback on the profiles shared and available for the next steps of the interview process. Looking forward to connecting with you soon.

Thanks and regards



CLIENT SUCCESS MANAGER
**ARUN KUMAR KAUSHAL**
IKOKAS   +91 9810757018   www.ikokas.com   arun.kaushal@ikokas.com

---

**From:** Parvinder Singh <parvinder@ikokas.com>
**Sent:** Thursday, February 27, 2025 06:11
**To:** Boudin, Eric <Eric.Boudin@Monster.com>
**Cc:** Arun Kaushal <arun.kaushal@ikokas.com>
**Subject:** Re: Monster Careers, MGS : Request for manual QA

Hi Eric,

Thank you for your email and the opportunity.

I just realized that my response to your last email was still in drafts and never left my mailbox—apologies for the delay.

We will certainly work on this along with your earlier requirement. I've also looped in Arun Kaushal, who is the Program Director handling CB, to ensure smooth coordination.

Looking forward to moving ahead.

Best regards,

Parvinder Singh

Get [Outlook for iOS](#)

---

**From:** Boudin, Eric <Eric.Boudin@Monster.com>
**Sent:** Wednesday, February 26, 2025 9:43:36 PM
**To:** Parvinder Singh <parvinder@ikokas.com>
**Subject:** Monster Careers, MGS : Request for manual QA

Hello Parvinder,

hope you are doing well.

He is the role description of another vacancy we are looking in the MGS (Monster Gov Solutions).

Pls let me know asap if you would SMEs matching this profile since we're also considering other venues to fulfill this gap.

Many thanks.

**MONSTER**

**Eric Boudin**

Senior Vice President

Product & Technology

Monster Government Solutions

+1 (978) 831 7534

NOTICE:

This message, and any attachments, contain(s) information that may be confidential or protected by privilege from disclosure and is intended only for the individual or entity named above. No one else may disclose, copy, distribute or use the contents of this message for any purpose. Its unauthorized use, dissemination or duplication is strictly prohibited and may be unlawful. If you receive this message in error or you otherwise are not an authorized recipient, please immediately delete the message and any attachments and notify the sender.