**CERTIFICATE OF SERVICE**

I, Kevin S. Mann, hereby certify that on July 14, 2025, a true and correct copy of the foregoing *Objection of Ikokas Technologies Private Limited to the Notice of Potential Assumption and Assignment of Executory Contracts and Proposed Cure Costs* was served upon all interested parties via CM/ECF and upon following persons by electronic mail:

Ray C. Schrock, Esq. (ray.schrock@lw.com)

Candace M. Arthur, Esq. (candace.arthur@lw.com)

Jonathan Gordon, Esq. (jonathan.gordon@lw.com)

Daniel J. DeFranceschi, Esq. (defranceschi@rlf.com)

Zachary I. Shapiro, Esq. (shapiro@rlf.com)

Linda J. Casey, Esq. (Linda.Casey@usdoj.gov)

Robert M. Hirsh, Esq. (robert.hirsh@nortonrosefulbright.com)

James Copeland, Esq. (james.copeland@nortonrosefulbright.com)

Matthew Lunn, Esq. (mlunn@ycst.com)

Robert Poppiti, Esq. (rpoppiti@ycst.com)

James Billingsley, Esq. (JBillingsley@duanemorris.com)

Daniel R. Pierce, Esq. (DRPierce@duanemorris.com)

Steven Boender, Esq. (steven.boender@stoel.com)

Halley F. Shanley, Esq. (halley.shanley@stoel.com)

Brandon E. Lira, Esq. (brandon.lira@stoel.com)

David M. Hillman, Esq. (dhillman@proskauer.com)

Dylan J. Marker, Esq. (dmarker@proskauer.com)

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)