**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 8, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **CareerBuilder + Monster Filing Notice of Commencement Cover Note**

- **Notice of Telephonic Section 341 Meeting [Docket No. 25]**

- **Notice of Chapter 11 Bankruptcy Case [Docket No. 26]**

Dated: July 14, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California       }
{                          } ss.
{County of Los Angeles     }

Subscribed and sworn to (or affirmed) before me on this 14th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

1    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **<u>EXHIBIT A</u>**

Exhibit A
Service List

| Name | Address | | | | Method of Service |
|---|---|---|---|---|---|
| 42Group | 123 Bloomfield Rd Brislington | BRISTOL, BS43QP | | United Kingdom | First Class Mail |
| Absolut Info Systems | Second Floor 39 | Shahpur Jat, Shahpar Jat | Delhi, 110049 | India | First Class Mail |
| Absolut Info Systems Private | Second Floor 39 | Shahpur Jat, Shahpar Jat | Delhi, 110049 | India | First Class Mail |
| Absolut Info Systems Pvt. Ltd. | Second Floor 39 | Shahpur Jat, Shahpar Jat | New Delhi, Delhi 110049 | India | First Class Mail |
| Adp International Services Bv | Lylantse Baan 1 | CAPELLE AAN DEN IJSSEL, 2908 LG | | Netherlands | First Class Mail |
| Agreeya Solutions India Pvt | B-38, C/2, Sector - 57 | Airtel Building | Noida, 201301 | India | First Class Mail |
| Airtel | Local City Office | Okhla Ind Area | New Delhi, 110020 | India | First Class Mail |
| Aman Bus Services Private Ltd. | 526, Ecotech-3, | Industrial Plot, G.B. Nagar | Uttar Pradesh, 201304 | India | First Class Mail |
| Aon Reed Stenhouse Inc. | Aon Canada Inc. (Aon Reed | 20 Bay Street, Suite 2400 | Toronto, On M5J 2N9, | Canada | First Class Mail |
| Apeejay Business Centre | Tresorie, 1St Floor, The Park | 22 Raj Bhavan Road | Hyderabad, 500082 | India | First Class Mail |
| Apeejay Surrendra Park Hotels | 22 Raj Bhavan Rd | Somajiguda, Hyderabad 500082 | | India | First Class Mail |
| Avtel Services India Llp | Western House 7Th Flr | Andheri Kurla Rd | Maharashtra, Mumbai 400059 | India | First Class Mail |
| Bajaj Allianz Gen Ins Co | 3Rd Flr, Jmd Regent Plaza | Sikanderpur, Gurgaon,Gurgaon | Haryana, 122001 | India | First Class Mail |
| Bibo, Claudia Dr | Address Redacted | | | | First Class Mail |
| Black Box Ltd (India) | E/1/1, Gandhinagar Electronics | Estate, Sector-25 | Gujarat, 382028 | India | First Class Mail |
| Botify | 23 Copenhagen St | LONDON, N1 0JB | | United Kingdom | First Class Mail |
| Botify Ltd | 23 Copenhagen St | LONDON, N1 0JB | | United Kingdom | First Class Mail |
| Broadbean Technology Limited | The South Quay Building | 6Th Flr 189 Marsh Wall | London, E14955h | United Kingdom | First Class Mail |
| Capital Nursery | E Block Hari Nagarpart Ii | Jaitpur, Badarpur | New Delhi, 110044 | India | First Class Mail |
| Carpiness S.R.O. | Pod Pekárnami 245 | Praha 9-Vysocany, 190 00 | | Czech Republic | First Class Mail |
| Centre For Skill Development & Training | A - 388 Trigi Ambedkar Nagar | NEW DELHI, 110062 | | India | First Class Mail |
| Chans Teq India Private Limite | Mf.8/11, 2Nd Flr Bda Sfs Flats | Btm 2Nd Stage | Bengaluru, 560076 | India | First Class Mail |
| China Business Engine | Room 39088 Zhongyi Building | West Nanjing Road | Shanghai, 200041 | China | First Class Mail |
| Citco Nederland B.V. | Teleston 8 - Teleport | Naritaweg 165 | | Netherlands | First Class Mail |
| Clientserver Tech Systems Inc | 2560 Matheson Blvd East Ste 225 | MISSISSAUGA, ON L4W 4Y9 | | Canada | First Class Mail |
| Cloudessentials | 88 North Street | Hornchurch Essex | London, Rm11 15r | United Kingdom | First Class Mail |
| Cms Cameron Mckenna Nabarro | Olswang Llp | Cannon Place | London, Ec4N 6AF | United Kingdom | First Class Mail |
| Cogniteev Sas - Oncrawl.Com | 3 Impasse Rudolf Diesel | MERIGNAC, 33700 | | France | First Class Mail |
| Confect Mngmnt Sol Pvt Ltd | S-9, 2Nd Floor | Star City Mall | New Delhi, 110051 | India | First Class Mail |
| D.B.Computronics | 36.A.C. Cellar, Chency Trade | Hyderabad, 500003 | | India | First Class Mail |
| Dell Financial Services Canada | 155 Gordon Baker Road | Suite 155 | New York, On M2H3N5 | Canada | First Class Mail |
| Depret, Nathalie | Address Redacted | | | | First Class Mail |
| Duclos, Thorne, Mollet - Vieville Et Associes | Et Associes | 164, Rue Du Faubourg | Paris, 75008 | France | First Class Mail |
| Echobox Ltd | 107 Cheapside | 9Th Floor | London, Ec2V 6Dn | United Kingdom | First Class Mail |
| Fastspring | Office #2 Flr S Twr A Bldg 9 | Dlf Cyber City Complex Phase Iii | Haryana Gurgaon, 122002 | India | First Class Mail |
| Flyp Technologies Inc., Dba Uberflip | 325 Front St W 2Nd Fl | Toronto, On M5V2Y1 | | Canada | First Class Mail |
| Forma Ai | 1 Yonge St | Suite: 2000 | Toronto, On M5E 1E5 | Canada | First Class Mail |
| Forma Ai, Inc. | 1 Yonge St | Suite: 2000 | Toronto, On M5E 1E5 | Canada | First Class Mail |
| Gahrmann, Miranda | Address Redacted | | | | First Class Mail |
| Grant Thornton | 45/F Raffles City | 268 Xizang Zhong Rd | Shanghai, 200001 | China | First Class Mail |
| Greenfort | Arndtstraße 28 60325 | Frankfurt am Main, 60325 | | Germany | First Class Mail |
| Group M | Amsteldijk 166 | AMSTERDAM, 079 LH | | Netherlands | First Class Mail |
| Hays Information Technology S.R.O. | Na Florenci 2116/15 | Prague, 110 00 | | Czech Republic | First Class Mail |
| Hirequotient | 67 Ayer Rajah Crescent #02-10/17 | SINGAPORE, 139950 | | Singapore | First Class Mail |
| Hopkins Corporate Solutions | Po Box 1288 | MONA VALE, NSW 1660 | | Australia | First Class Mail |
| Hotjar | Dragonara Bus Centre | 5Th Flr Dragonara Rd | Paceville, Stj 3141 | Malta | First Class Mail |
| Hotjar Ltd. | Dragonara Bus Centre | 5Th Flr Dragonara Rd | Paceville, Stj 3141 | Malta | First Class Mail |
| Icici Lombard Gic Ltd | 414, P.Balu Marg | Off Veer Sawarkar Marg | Mumbai, 400025 | India | First Class Mail |
| Ikitaab Web | Shalimar Bagh, Delhi | New Delhi, 110088 | | India | First Class Mail |
| Ikokas Technologies Pte Ltd | A-105, Unitech Business Zone, | Golf Course Extension Road, | Haryana, 122018 | India | First Class Mail |
| Indo Gulf Pest Control Private Limited | C71 A Malviya Nagar | NEW DELHI, 110017 | | India | First Class Mail |
| Info Edge India Limited | B-8 Sector 1332 | Noida | Uttar Pradesh, 201304 | India | First Class Mail |
| Insight Direct Usa Inc | Po Box 15320 | Station A | Toronto, On M5W 1C1 | Canada | First Class Mail |
| Insight Enterprise (Canada) | Po Box 15320 | Station A | Toronto, On M5W 1C1 | Canada | First Class Mail |
| Jit Industries | Village Habibpur Noida | Dadri Road | Greater Noida Up | India | First Class Mail |
| Joom Solutions | Gustava Zemgala Gat. 78-1 | Riga, LV-1039 | | Latvia | First Class Mail |
| Kausar Parveen | Address Redacted | | | | First Class Mail |
| Knight Watch Security Limited | Kh No30 Chaudhary Charan Singh | Saidulajab, Mehrauli | New Delhi, 110030 | India | First Class Mail |
| Kocian Solc Balastik | Jungmannova 745/24 | 110 00 Praha 1 | Prague, 11000 | Czech Republic | First Class Mail |
| Linksoft Technologies A.S. | Radlicka 14 | Prague, 150 00 | | Czech Republic | First Class Mail |
| Loyens & Loeff | Postbus 71170 | AMSTERDAM, 1088 | | Netherlands | First Class Mail |
| Lumino Health | 1 York St | Toronto, On M5J 0B6 | | Canada | First Class Mail |
| M/S Sparkling India | First Floor, C.83 Sector 2 | UTTAR PRADESH, 201307 | Noida, 201301 | India | First Class Mail |
| M/S V M Traders | Shop No 1 Near Baratghar | Sec 93 Vill Gheja | | India | First Class Mail |
| M/S.S.R Infotech | Ground Floor, B-78, Ashoka Enc | Sec-37, Faridabad | Haryana, 121003 | India | First Class Mail |
| Mahendra Facilities Pvt Ltd | 1St Floor, No 32 | 32Nd Cross, 7Th Block Jayanaga | Bangalore, 560082 | India | First Class Mail |
| Mcmillan Llp | Brookfield Place, Suite 4400 | 181 Bay Street | Toronto, On M5J 2T3 | Canada | First Class Mail |
| Mightyhive Ltd | Mazars Llp The Pinnacle | 160 Midsummer Blvd Milton Keynes | Buckinghamshire, Mk9 1FF | United Kingdom | First Class Mail |
| Monday.Com | 6 Yitzhak Sadeh St | Tel Aviv, 6777506 | | Israel | First Class Mail |
| Natek Czech Republic S.R.O. | Rohanské Nábřeží 678/29 | Prague, 186 00 | | Czech Republic | First Class Mail |
| Nautadutilh | Po Box 7113 | 1007 Jc Amsterdam | Amsterdam, 1077kv | Netherlands | First Class Mail |
| Neer Info Solutions Pvt. Ltd. | B 84, Sector 64 Noida | Gautam Buddha Nagar | Uttar Pradesh, 201301 | India | First Class Mail |
| New Era India | Plot 245 Okhla Industrial Area | 2Nd Flr Phase 3 | New Delhi, 110020 | India | First Class Mail |
| Nexus Cafe Services | Ground Floor, D-304, Sector 10 | Noida, Gautam, Buddha Nagar | Uttar Pradesh, 201301 | India | First Class Mail |
| Nimbus Harbor Facilities | H-305 Sushant Shopping Arcade | Sushant Lok | Gurugram, Haryana 122009 | India | First Class Mail |
| Nomtek | Swidnicka 22/12 | WROCLAW, 50-068 | | Poland | First Class Mail |
| Orca Content & Copywriting | Carla Cino | 252 Rte Des Baraquest | Andert-Et-Condon, 01300 | France | First Class Mail |
| Rahul Kumar | Address Redacted | | | | First Class Mail |
| Randstad Nv | Diemermere 25 | 1112 Tc Diemen | Diemen | Netherlands | First Class Mail |
| Remus Global | #A-53 Silver Astra 5Th Flr | J B Nagar Above Pmc Bank | Mumbai, 400059 | India | First Class Mail |
| Reverie International | S/144 Oda Flats | East Of Kailash | New Delhi, 110065 | India | First Class Mail |
| Ritika E Solution | H No 34 | Kishan Nagar | Ghaziabad, Uttar Pradesh 201001 | India | First Class Mail |
| Rmg Mileage Llp | K-5, 10Th Cross Road | Rajamahal Villas, | Karnataka, 560080 | India | First Class Mail |
| Royal Courier & Cargo | Shop N 3 Tomar Market | Rohillapur Village | Noida, 201301 | India | First Class Mail |
| Royal Destination Travel | B-34 Sector-32 Institutional | Jharse Chowk | Gurgaon, 122001 | India | First Class Mail |
| Rum Uk Audit Llp | Freepost Rtht-Bgba-Gayk | Rsm Credit Control | Preston, Pr2 5Pe | United Kingdom | First Class Mail |
| Rsm Uk Group Llp | 25 Farringdon Street | London, EC4A 4AB | | United Kingdom | First Class Mail |
| S M Catering | Plot No. 25, Uma Nagar | Begumpet, Hyderabad | Telangana, 500016 | India | First Class Mail |
| Saxonica | 37 St Peter'S Avenue | Berkshire, RG4 7DH | | United Kingdom | First Class Mail |
| Sba Stone Forest | 5Th Floor | No 211 Yan'An Road West | Shanghai, 200336 | China | First Class Mail |
| Schonherr Rechtsanwalte Gmbh | Schottenring 19 | Wien, 1010 | | Austria | First Class Mail |
| Screamingfrog | Century House, Wargrave Road, Henley-On-Thames | Oxfordshire, RG9 2LT | | England | First Class Mail |
| Shanghai Center Real Estate | No. 500 South Pudong Road | SHANGHAI | | China | First Class Mail |
| Shanghai Zhi Cheng Shi Xi | Sanitation Services Ltd | SHANGHAI | | China | First Class Mail |
| Shree Ojas Systems & Techinfra | 603, 603/59, Shakuntala Apt | Nehru Place | Delhi, 110019 | India | First Class Mail |
| Shweta Mishra | Address Redacted | | | | First Class Mail |
| Sonarsource | Po Box 765 | GENEVA 15, CH-1215 | | Switzerland | First Class Mail |
| Sounarsource Sa | Po Box 765 | GENEVA 15, CH-1215 | | Switzerland | First Class Mail |
| Sterling Information Resources | G-Corp Tech Park, 9Th Floor | Kasarvadavali, Ghodbunder Road | Maharashtra, 400 615 | India | First Class Mail |
| Storykit Ab | Tulegatan 4 | STOCKHOLM, 113 53 | | Sweden | First Class Mail |
| Sun Life Assurance Company Of Canada | 227 King Street South | Waterloo, ON N2J 1R2 | | Canada | First Class Mail |
| Sun Life Canada | 227 King Street South | Waterloo, ON N2J 1R2 | | Canada | First Class Mail |
| Sunlifyumino Health Eap | 1 York St | Toronto, ON M5J 0B6 | | Canada | First Class Mail |
| Symphoni Hr Private Limited | 401, Adwent Atria, Chincholi B | Malad West | Mumbai Suburban, 400064 | India | First Class Mail |
| Systeum S.R.O. | Olšanská 2643/1A | Prague, 130 00 | | Czech Republic | First Class Mail |
| Talent Solutions | 58, Pocket 6, Sector 12 | Dwarka | New Delhi, 110075 | India | First Class Mail |
| Tata Teleservices Limited | A1 30/1 Silicon Terrances | Hosur Road | Karnataka, 560095 | India | First Class Mail |
| Tata Teleservices Ltd | A-37 Gate No 4 | Sector 60 | Noida, 201301 | India | First Class Mail |
| Techjockey Infotech Private Li | 81/1, 1St Floor, Aurobindo Tow | Sri Aurobindo Marg, Adchini | Delhi, 110017 | India | First Class Mail |

Zen IV, LLC, et al., (Case No. 25-11195)

**Exhibit A**
Service List

| Name | Address | | | Method of Service |
|---|---|---|---|---|
| Textkernel | Asterweg 15D | Amsterdam, 1031 HL | Netherlands | First Class Mail |
| Thoughtsol Infotech Pvt Ltd | First Floor, F-12, Kalkaji | New Delhi, 110019 | India | First Class Mail |
| Timesaved Inc | 202-19 Singer Court | TORONTO, ON M2K 0B2 | Canada | First Class Mail |
| Trafficcake Limited | Third Flr 12 East Passage | LONDON, EC1A 7LP | United Kingdom | First Class Mail |
| Tricor Services Limited | 15/F Manulife Place | 348 Kwun Tong Road | Kowloon | Hong Kong | First Class Mail |
| Uberflip | 325 Front St W 2Nd Fl | Toronto, ON M5V2Y1 | Canada | First Class Mail |
| Uria Menendez Abogados S.L.P | C/Principe De Vergara 187 | MADRID, 28002 | Spain | First Class Mail |
| Usk Consultants Private Limite | 16A/20 W.E.A Main Ajmal | Khan Road | New Delhi, 110005 | India | First Class Mail |
| Uttara Corporate Services Pvt. | Level Iii, No. 25, Tunga Compl | 32Nd 'A' Cross Road | Bengaluru, 560082 | India | First Class Mail |
| V.V. Kale & Co | 16A/20 W.E.A | Main Ajmal Khan Road | New Delhi, 11005 | India | First Class Mail |
| Voip Office Telecommunications | Trendz Utility Plot No.25 3Fl | Shilpi Enclave Extension | Madhapur, 500081 | India | First Class Mail |
| Wework India Mngmnt Pvt Ltd | Dalamal Towers 8Th Floor | #809 - 810 | Mumbai, 400021 | India | First Class Mail |
| Wickwire Holm Barristers Solicitors | 1801 Hollis Street | Suite 300, Po Box 1054 | Halifax, Ns B3J 2X6 | Canada | First Class Mail |
| Winheller Rechtsanwaltsgesells | Tower 185 | Friedrich-Ebert-Anlage 35-37 | Frankfurt Am Main, 60327 | Germany | First Class Mail |
| Words Here Ltd | Ste 17 Essex House Station Rd | UPMINSTER ESSEX, RM14 2SJ | United Kingdom | First Class Mail |
| Yoast Bv | Don Emanuelstraat 3 | WIJCHEN, 6602 GX | Netherlands | First Class Mail |
| York Tech Llp | Express Trade Towers 2 | B-36 Sector 132 | Noida, Uttar 201301 | India | First Class Mail |
| Zvasti Marketing | 3Rd Floor, T-1 | Manish Plaza-Ii | New Delhi, 110075 | India | First Class Mail |