# Exhibit A



**SecureIT Consulting Group, Inc.**
12110 Sunset Hills Rd. #600
Reston, VA  20190
accounting@secureit.com

# Invoice #MON166

| BILL TO | Monster Worldwide LLC | INVOICE TOTAL | $133,870.00 |
| --- | --- | --- | --- |
| | 200 North LaSalle Street, Suite 900, Chicago, IL 60601 | ISSUED ON | 3/31/2025 |
| SUBJECT | *TEMP* 2025 FedRAMP AA | SERVICES THROUGH | 3/31/2025 |
| | | PAYMENT DUE BY | 4/30/2025 |

| ITEM | DETAILS | TAX | QTY | RATE | AMOUNT |
| --- | --- | --- | --- | --- | --- |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Associate | | 25 | 165.00 | 4,125.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Executive | | 26 | 350.00 | 9,100.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Lead Consultant | | 77 | 250.00 | 19,250.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Manager/ Consultant | | 234.75 | 205.00 | 48,123.75 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Principal SME | | 153 | 275.00 | 42,075.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Associate | | 59 | 185.00 | 10,915.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Consultant | | 1.25 | 225.00 | 281.25 |

**NOTES**

Thank you for your business.

Contact accounting@secureit.com for any questions regarding this invoice. Please pay via ACH. Banking information:  Old Dominion National Bank; Routing # ▇▇▇▇▇▇▇▇ Account # ▇▇▇▇▇▇▇▇

Payment terms for this invoice are Net 30.

| | |
| --- | --- |
| **Total Invoiced** | **$133,870.00** |
| **Balance Due** | **$133,870.00** |



SecureIT Consulting Group, Inc.
12110 Sunset Hills Rd. #600
Reston, VA  20190
accounting@secureit.com

# Invoice #MON167

| BILL TO | Monster Worldwide LLC | | INVOICE TOTAL | $132,797.50 |
|---|---|---|---|---|
| | 200 North LaSalle Street, Suite 900, Chicago, IL 60601 | | ISSUED ON | 4/30/2025 |
| | | | SERVICES THROUGH | 4/30/2025 |
| SUBJECT | *TEMP* 2025 FedRAMP AA | | PAYMENT DUE BY | 5/30/2025 |

| ITEM | DETAILS | TAX | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Associate | | 57.5 | 165.00 | 9,487.50 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Executive | | 42 | 350.00 | 14,700.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Lead Consultant | | 72 | 250.00 | 18,000.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Manager/ Consultant | | 246.5 | 205.00 | 50,532.50 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Principal SME | | 125.5 | 275.00 | 34,512.50 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Associate | | 24 | 185.00 | 4,440.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Consultant | | 5 | 225.00 | 1,125.00 |

**NOTES**

Thank you for your business.

**Total Invoiced** $132,797.50

**Balance Due** $132,797.50

Contact accounting@secureit.com for any questions regarding this invoice. Please pay via ACH. Banking information:  Old Dominion National Bank; Routing # ▉▉▉▉▉▉▉; Account # ▉▉▉▉▉▉▉

Payment terms for this invoice are Net 30.



**SecureIT Consulting Group, Inc.**
12110 Sunset Hills Rd. #600
Reston, VA  20190
accounting@secureit.com

# Invoice #MON168

| | | | |
|---|---|---|---|
| **BILL TO** | Monster Worldwide LLC<br>200 North LaSalle Street, Suite 900, Chicago, IL 60601 | **INVOICE TOTAL** | $110,173.75 |
| | | **ISSUED ON** | 5/31/2025 |
| **SUBJECT** | *TEMP* 2025 FedRAMP AA | **SERVICES THROUGH** | 5/31/2025 |
| | | **PAYMENT DUE BY** | 6/30/2025 |

| ITEM | DETAILS | TAX | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Associate | | 6.5 | 165.00 | 1,072.50 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Executive | | 9.5 | 350.00 | 3,325.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Manager/ Consultant | | 268.75 | 205.00 | 55,093.75 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Principal SME | | 160.5 | 275.00 | 44,137.50 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Associate | | 33.25 | 185.00 | 6,151.25 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Senior Consultant | | 1.75 | 225.00 | 393.75 |

**NOTES**

Thank you for your business.

| | |
|---|---|
| **Total Invoiced** | $110,173.75 |
| **Balance Due** | $110,173.75 |

Contact accounting@secureit.com for any questions regarding this invoice. Please pay via ACH. Banking information:  Old Dominion National Bank; Routing # ▮▮▮▮▮▮▮; Account # ▮▮▮▮▮▮▮.

Payment terms for this invoice are Net 30.



SecureIT Consulting Group, Inc.
12110 Sunset Hills Rd. #600
Reston, VA  20190
accounting@secureit.com

# Invoice #MON169

| | | |
|---|---|---|
| **BILL TO** | Monster Worldwide LLC<br>200 North LaSalle Street, Suite 900, Chicago, IL 60601 | |
| **SUBJECT** | *TEMP* 2025 FedRAMP AA | |

| | |
|---|---|
| **INVOICE TOTAL** | $11,042.50 |
| **ISSUED ON** | 6/30/2025 |
| **SERVICES THROUGH** | 6/30/2025 |
| **PAYMENT DUE BY** | 7/30/2025 |

| ITEM | DETAILS | TAX | QTY | RATE | AMOUNT |
|---|---|---|---|---|---|
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Executive | | 1.5 | 350.00 | 525.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Manager/ Consultant | | 1 | 205.00 | 205.00 |
| Audit & Assessment | *TEMP* 2025 FedRAMP AA - Principal SME | | 37.5 | 275.00 | 10,312.50 |

**NOTES**

Thank you for your business.

Contact accounting@secureit.com for any questions regarding this invoice. Please pay via ACH. Banking information:  Old Dominion National Bank; Routing # ▮▮▮▮▮▮▮▮ Account # ▮▮▮▮▮▮▮▮

Payment terms for this invoice are Net 30.

| | |
|---|---|
| **Total Invoiced** | **$11,042.50** |
| **Balance Due** | **$11,042.50** |