**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 14, 2025, a true and correct copy of *SecureIT Consulting Group, Inc.'s Objection to Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* was s electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Proposed Counsel to the Debtors:*

Latham & Watkins LLP
1271 Avenue of the Americas
New York, New York 10020
Attn: Ray C. Schrock, Esq.
ray.schrock@lw.com
Candace M. Arthur, Esq.
candace.arthur@lw.com

Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Attn: Jonathan Gordon, Esq.
jonathan.gordon@lw.com

Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Attn: Daniel J. DeFranceschi, Esq.
defranceschi@rlf.com
Zachary I. Shapiro, Esq.
shapiro@rlf.com

*U.S. Trustee:*

Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Attn: Linda J. Casey
Linda.Casey@usdoj.gov

*Counsel to the DIP Lender:*

| | |
|---|---|
| Norton Rose Fulbright US LLP | Young Conaway Stargatt & Taylor, LLP |
| 1301 Avenue of the Americas | One Rodney Square |
| New York, New York 10019 | 1000 North King Street |
| Attn: Robert M. Hirsh, Esq. | Wilmington, Delaware 19801 |
| robert.hirsh@nortonrosefulbright.com | Attn: Matthew Lunn, Esq. |
| James Copeland, Esq. | mlunn@ycst.com |
| james.copeland@nortonrosefulbright.com | Robert Poppiti, Esq. |
| | rpoppiti@ycst.com |

*Counsel to the Stalking Horse Bidders:*

| Counsel to JobGet: | Counsel to Valnet: |
|---|---|
| Duane Morris LLP | Stoel Rives LLP |
| 100 Crescent Court, Suite 1200 | 760 SW Ninth Ave., Suite 3000 |
| Dallas, TX 75201, | Portland, OR 97205, |
| Attn: James Billingsley, Esq. | Steven Boender, Esq. |
| JBillingsley@duanemorris.com | steven.boender@stoel.com |
| Daniel R. Pierce, Esq. | Halley F. Shanley, Esq. |
| DRPierce@duanemorris.com | halley.shanley@stoel.com |
| | Brandon E. Lira, Esq. |
| | brandon.lira@stoel.com |

Counsel to Valsoft:

Proskauer Rose LLP
Eleven Times Square
New York, NY 10036,
Attn: David M. Hillman, Esq.
dhillman@proskauer.com
Dylan J. Marker, Esq.
dmarker@proskauer.com


| | |
|---|---|
| <u>July 14, 2025</u> | <u>*/s/ William A. Hazeltine*</u> |
| Date | William A. Hazeltine |