**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 14, 2025, I caused the foregoing to be electronically filed with the Clerk of Court using the ECF system that will send notification of such filing to the parties indicated on the Notice of Electronic Filing. I further certify that I caused a copy of the foregoing to be served via electronic mail on the following parties as requested by the Cure Notice:

Daniel R. Pierce (DRPierce@duanemorris.com)
*Counsel to JobGet*

Steven Boender (steven.boender@stoel.com)
Halley F. Shanley (halley.shanley@stoel.com)
Brandon E. Lira (brandon.lira@stoel.com)
*Counsel to Valnet*

David M. Hillman (dhillman@proskauer.com)
Dylan J. Marker (dmarker@proskauer.com)
*Counsel to Valsoft*

                                                   */s/ Jennifer R. Hoover*
                                                   Jennifer R. Hoover (DE #5111)

                                                   *Counsel to Verinext Corp.*