**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Sven T. Nylen, Esq., of Benesch, Friedlander, Coplan & Aronoff LLP, to represent Verinext Corp. in this action.

Dated: July 14, 2025
    Wilmington, Delaware

    */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE #5111)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Phone: (302) 442-7010
Email: jhoover@beneschlaw.com

**CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2025
    Chicago, Illinois

    */s/ Sven T. Nylen*
Sven T. Nylen, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Phone: (312) 624-6388
Email: snylen@beneschlaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

27246641