**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Mary V. Gilmore, Esq., of Benesch, Friedlander, Coplan & Aronoff LLP, to represent Verinext Corp. in this action.

Dated: July 14, 2025  /s/ *Jennifer R. Hoover*
 Wilmington, Delaware Jennifer R. Hoover (DE #5111)
 Benesch, Friedlander, Coplan & Aronoff LLP
 1313 N. Market Street, Suite 1201
 Wilmington, Delaware 19801
 Phone: (302) 442-7010
 Email: jhoover@beneschlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2025  /s/ *Mary V. Gilmore*
 Chicago, Illinois Mary V. Gilmore, Esq.
 Benesch, Friedlander, Coplan & Aronoff LLP
 71 South Wacker Drive, Suite 1600
 Chicago, IL 60606-4637
 Phone: (872) 302-6477
 Email: mgilmore@beneschlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

27246678