IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Mary V. Gilmore, Esq., of Benesch, Friedlander, Coplan & Aronoff LLP, to represent Verinext Corp. in this action.

Dated: July 14, 2025
Wilmington, Delaware

/s/ Jennifer R. Hoover
Jennifer R. Hoover (DE #5111)
Benesch, Friedlander, Coplan & Aronoff LLP
1313 N. Market Street, Suite 1201
Wilmington, Delaware 19801
Phone: (302) 442-7010
Email: jhoover@beneschlaw.com

## CERTIFICATION OF COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 14, 2025
Chicago, Illinois

/s/ Mary V. Gilmore
Mary V. Gilmore, Esq.
Benesch, Friedlander, Coplan & Aronoff LLP
71 South Wacker Drive, Suite 1600
Chicago, IL 60606-4637
Phone: (872) 302-6477
Email: mgilmore@beneschlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 14th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

27246678