**<u>EXHIBIT C</u>**

**Eisenberg Declaration**

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
-------------------------------------------------------- x
                                          :
In re:                                    :    Chapter 11
                                          :
ZEN JV, LLC, et al.,¹                     :    Case No. 25-11195 (JKS)
                                          :
            Debtors.                      :    (Jointly Administered)
                                          :
                                          :
-------------------------------------------------------- x
```

**DECLARATION OF RANDALL EISENBERG
IN SUPPORT OF THE DEBTORS' APPLICATION TO EMPLOY
AND RETAIN ALIXPARTNERS, LLP AS FINANCIAL ADVISOR
TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

I, Randall Eisenberg, make this declaration pursuant to 28 U.S.C. § 1746, and state:

1.      I am a Partner and Managing Director of AlixPartners, LLP ("**AlixPartners**"), [2] which has a principal place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2.      I submit this declaration (the "**Declaration**") on behalf of AlixPartners in support of the *Debtors' Application for an Order Authorizing Debtors to Retain and Employ AlixPartners, LLP as Financial Advisor Effective as of the Petition Date* (the "**Application**"), by which the Debtors are seeking retention of AlixPartners on the terms and conditions set forth in the Application and the engagement letter between the Debtors and AlixPartners attached to the

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]    Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

Application as **Exhibit B** (the "**Engagement Letter**").  Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein.  If called and sworn as a witness, I could, and would, testify competently to the matters set forth herein.

### ALIXPARTNERS' QUALIFICATIONS

3.      AlixPartners is an internationally recognized restructuring and turnaround firm with substantial experience in providing financial advisory services and has an excellent reputation for its work in large and complex chapter 11 cases on behalf of debtors and creditors throughout the United States.  In light of the size and complexity of these Chapter 11 Cases, the Debtors require a qualified and experienced financial advisor with the resources, capabilities, and experience of AlixPartners to assist them in taking steps that are crucial to the success of the Chapter 11 Cases.  AlixPartners performs critical services that complement the services provided by the Debtors' other professionals.

4.      AlixPartners has assisted, advised, and provided strategic advice to debtors, creditors, bondholders, investors, and other entities in numerous chapter 11 cases of similar size and complexity to these Chapter 11 Cases.  Its professionals have provided restructuring or crisis management services in numerous large cases, including recent filings in this district.  *See, e.g.*, *In re Danimer Scientific, Inc.*, No. 25-10518 (MFW) (Bankr. D. Del. May 5, 2025); *In re Liberated Brands LLC*, No. 25-10168 (JKS) (Bankr. D. Del. Mar. 4, 2025); In *re Big Lots, Inc.*, No. 24-11967 (JKS) (Bankr. D. Del. Oct. 21, 2024); *In re Silvergate Capital Corp.*, No. 24-12158 (KBO) (Bankr. D. Del. Oct. 10, 2024); *In re DermTech Inc.*, No. 24-11378 (JTD) (Bankr. D. Del. July 15, 2024); *In re NanoString Techs., Inc.*, No. 24-10160 (CTG) (Bankr. D. Del. Mar. 13, 2024); *In re*

---

[3]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at AlixPartners and are based on information provided by them.

2

*Cano Health, Inc.*, No. 24-10164 (KBO) (Bankr. D. Del. Mar. 5, 2024); *In re Mallinckrodt plc*, No. 23-11258 (JTD) (Bankr. D. Del. Oct. 2, 2023); *In re KDC Agribusiness LLC*, No. 23-10786 (CTG) (Bankr. D. Del. Jul. 18, 2023); *In re Clovis Oncology, Inc.*, No. 22-11292 (JKS) (Bankr. D. Del. Jan. 20, 2023); *In re FTX Trading Ltd.*, No. 22-11068 (JTD) (Bankr. D. Del. Jan. 20, 2023); *In re Phoenix Services Topco, LLC*, No. 22-10906 (MFW) (Bankr. D. Del. Oct. 25, 2022);  *In re Kabbage Inc. d/b/a KServicing*, No. 22-10951 (CTG) (Bankr. D. Del. Oct. 21, 20220; *In re Carestream Health, Inc.*, No. 22-10778 (JKS) (Bankr. D. Del. Oct. 7, 2022); *In re MD Helicopters, Inc.,* No. 22-10263 (KBO) (Bankr. D. Del. Apr. 25, 2022); *In re Alto Maipo Delaware LLC*, No. 21-11507 (KBO) (Bankr. D. Del. Dec. 16, 2021); *In re Riverbed Tech., Inc.*, No. 21-11503 (CTG) (Bankr. D. Del. Dec. 8, 2021); *In re Alpha Latam Mgmt., LLC*, No. 21-11109 (JKS) (Bankr. D. Del. Sept. 15, 2021); *In re Nine Point Energy, LLC*, No. 21-10570 (MFW) (Bankr. D. Del. Apr. 20, 2021); *In re HighPoint Res. Corp.*, No. 21-10565 (CSS) (Bankr. D. Del. Apr. 13, 2021); *In re Mallinckrodt plc*, No. 20-12522 (JTD) (Bankr. D. Del. Nov. 19, 2020); *In re RGN-Grp. Holdings, LLC*, No. 20-11961 (BLS) (Bankr. D. Del. Sept. 15, 2020); *In re Skillsoft Corp.*, No. 20-11532 (MFW) (Bankr. D. Del. July 23, 2020).

5.      If the Application is approved, the individuals working on this matter (the "**AlixPartners Personne**l"), all with substantial expertise in the areas discussed above, will continue to provide necessary services to the Debtors.  Such personnel will work closely with the Debtors' management and other professionals throughout the reorganization process.  By virtue of the expertise of its restructuring personnel and the significant prepetition work that AlixPartners performed for the Debtors, AlixPartners is well-qualified to provide services to and represent the Debtors' interests in these Chapter 11 Cases.

## SERVICES TO BE PROVIDED

6.      Prior to the Petition Date, the Debtors and AlixPartners entered into the Engagement Letter, which governs the relationship between them.  The terms and conditions of the Engagement Letter were negotiated between the Debtors and AlixPartners and reflect the parties' mutual agreement as to the substantial efforts that will be required in this engagement. Subject to further order of the Court, AlixPartners may provide the services described in the Engagement Letter and as set forth in this Application, as AlixPartners and the Debtors shall deem appropriate and feasible in order to advise the Debtors in the course of these Chapter 11 Cases, including, but not limited to, the following:

- Assist with the preparation of the plan of reorganization and disclosure statement, including relevant supporting exhibits.

- Assist with treasury activities, including developing short-term cash flow forecasting, and monitoring overall liquidity including disbursements.

- Prepare documents such as the statements of financial affairs, schedules of assets and liabilities, potential preference analysis, claims analysis, monthly operating reports, and other reporting that may be required by the Court, or to support emergence.

- Negotiate and/or communicate with outside constituents, including the preparation of materials and maintenance of a data room to support diligence requests.

- Claims management and claims reconciliation.

- Provide testimony during these Chapter 11 Cases as required.

- Assist in the identification of executory contracts and unexpired leases and the performing of cost/benefit evaluations with respect to the assumption or rejection of each as necessary.

- Provide assistance with implementation and tracking of Court orders.

- Assist in developing accounting and operating procedures to segregate prepetition and postpetition business transactions, and to track payments of prepetition obligations against the various motions.

- Assist with plan distribution activities.

4

- Support as needed the sales process and closing.

- Provide assistance with implementing vendor management programs to maintain vendor support.

- Provide assistance to management in connection with development of business plans, and such other related forecasts, as may be required.

- Assist management and its other professionals in sourcing, negotiating and implementing any financing, including DIP and exit financing facilities, in conjunction with a plan of reorganization and the overall restructuring.

- Assist in the evaluation and analysis of avoidance actions, including fraudulent conveyances and preferential transfers, to the extent necessary.

- Conduct eDiscovery, document review and forensic data services required in conjunction with any document requests or other discovery.

- Render such other restructuring and general business consulting or such other assistance for the Debtors or the Debtors' subsidiaries and affiliates as the Debtors' management or counsel may request, that are not duplicative of services provided by other professionals retained in these Chapter 11 Cases.

7.     Such financial advisory services are necessary to the Debtors' restructuring efforts and in the ongoing operation and management of the Debtors' businesses while subject to chapter 11 of the Bankruptcy Code.

## NO DUPLICATION OF SERVICES

8.     AlixPartners understands that the Debtors may retain additional professionals during the term of its engagement and will work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.  The services provided by AlixPartners will complement, and not duplicate, the services to be rendered by any other professional retained in these Chapter 11 Cases.

## FEE AND EXPENSE STRUCTURE

9.     AlixPartners' decision to accept this engagement to provide services to the Debtors is conditioned upon its ability to be retained in accordance with its customary terms and conditions

5

of employment, compensated for its services, and reimbursed for the out-of-pocket expenses it incurs in accordance with its customary billing practices, as set forth in **Schedule 1** of the Engagement Letter (the "**Fee and Expense Structure**").

10.     AlixPartners' current standard hourly rates, subject to periodic adjustments, are as follows:

| Title | Hourly Rate |
|---|---|
| Partner/ Partner & Managing Director | $1,225 – $1,540 |
| Senior Vice President/ Director | $850 – $1,150 |
| Vice President/ Consultant/ Analyst | $250 – $835 |

11.     AlixPartners generally reviews and revises its billing rates semi-annually.  Changes in applicable hourly rates will be noted on the invoices for the first time period in which the revised rates become effective.

12.     To the extent the Debtors request services related to electronic discovery and data collection, certain monthly hosting fees and consulting fees will apply.

13.     To the extent AlixPartners uses the services of independent contractors (the "**Contractors**") in these Chapter 11 Cases, AlixPartners shall:  (a) pass through the cost of such Contractors to the Debtors at the same rate that AlixPartners pays the Contractors; (b) seek reimbursement for actual costs only; (c) ensure that the Contractors are subject to the same conflict checks as required for AlixPartners; and (d) file with the Court such disclosures required by Bankruptcy Rule 2014.

14.     In addition to compensation for services rendered by the AlixPartners Personnel, AlixPartners will seek reimbursement for reasonable and necessary expenses incurred in

connection with these Chapter 11 Cases, including, but not limited to, transportation costs, lodging, and meals.

15.     AlixPartners intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with these Chapter 11 Cases, subject to the Court's approval and in compliance with *U.S. Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330* (Appendix A to 28 C.F.R. § 58), applicable provisions of the Bankruptcy Code, including sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other further orders of the Court, both in connection with this Application and the interim and final fee applications to be filed by AlixPartners in these Chapter 11 Cases.

16.     AlixPartners will maintain records in support of any fees (in 1/10th of an hour increments), costs, and expenses incurred in connection with services rendered in these Chapter 11 Cases.  Records will be arranged by category and nature of the services rendered and will include reasonably detailed descriptions of those services provided on behalf of the Debtors.

17.     AlixPartners often works for compensation that includes hourly-based fees and performance-based, contingent-incentive compensation earned upon achieving meaningful results. AlixPartners does not currently request a success fee in connection with these Chapter 11 Cases.

18.     AlixPartners received an initial retainer in the amount of $250,000 from the Debtors (the "**Retainer**").  According to AlixPartners' books and records, during the 90-day period prior to the Petition Date, the Debtors paid AlixPartners $858,375.00 in aggregate for professional services performed and expenses incurred, including advanced payments and the Retainer.

19.     AlixPartners is requesting that any balance of the Retainer constitute an evergreen retainer as security for post-petition services and expenses.  An evergreen retainer is appropriate

in these Chapter 11 Cases because it reflects normal business terms in the marketplace and because AlixPartners and the Debtors are sophisticated business entities that have negotiated the Retainer at arm's length.

20.     Due to the ordinary course and unavoidable reconciliation of fees and submission of expenses immediately prior, and subsequent to, the Petition Date, AlixPartners may have incurred fees and reimbursable expenses related to the prepetition period which remain unpaid. Approval is sought from this Court for AlixPartners to apply the Retainer and advanced payments to any such unpaid amounts. Upon entry of an order approving the relief requested in the Application, AlixPartners will apply the Retainer and advanced payments to any unpaid amounts, and the Debtors will not owe AlixPartners any sums for prepetition services.

## **INDEMNIFICATION PROVISIONS**

21.     The Engagement Letter contains standard indemnification language with respect to AlixPartners' services including, without limitation, an agreement by the Debtors to indemnify AlixPartners and its affiliates, partners, directors, officers, employees, and agents (each, an "**AlixPartners Party**" and collectively, the "**AlixPartners Parties**") from and against all claims, liabilities, losses, expenses, and damages arising out of or in connection with the engagement of AlixPartners that is the subject of the Engagement Letter, except to the extent caused by gross negligence, bad faith, fraud, or willful misconduct of any AlixPartners Party.

22.     AlixPartners believes that the indemnification provisions contained in the Engagement Letter, as may be amended in the Proposed Order, are customary and reasonable for AlixPartners and comparable firms providing financial advisory services, and as would be modified pursuant to the foregoing limitations, reflect the qualifications and limitations on indemnification provisions that are customary in this district.

8

23.    Moreover, the terms and conditions of the indemnification provisions were negotiated by the Debtors and AlixPartners at arm's length and in good faith.  The provisions contained in the Engagement Letter, viewed in conjunction with the other terms of AlixPartners' proposed retention, are reasonable and in the best interest of the Debtors, their estates, and all parties in interest in light of the fact that the Debtors require AlixPartners' services to ensure the success of these Chapter 11 Cases.

## ALIXPARTNERS' DISINTERESTEDNESS

24.    In connection with its proposed retention by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth in Schedule 2, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.  Specifically, AlixPartners obtained from the Debtors and/or their representatives a potential parties in interest list in these Chapter 11 Cases (each party a "**Party in Interest**", and collectively the "**Parties in Interest List**").  The Parties in Interest List is attached hereto as Schedule 1.  A search was performed for connections to each Party in Interest as to AlixPartners Holdings, LLP, AlixPartners' parent company ("**Holdings**"), and each of Holdings' U.S. and non-U.S. subsidiaries ("**Holdings Enterprise**", collectively "**AP**").  Results for connections to the Parties in Interest List are disclosed on Schedule 2.

25.    Based on that review, AlixPartners represents that, to the best of its knowledge, AlixPartners knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested, or hold or represent an interest adverse to the Debtors' estates.

26.    AlixPartners and its affiliates are advisors and crisis managers providing services and advice in many areas, including restructuring and distressed debt.  As part of its diverse

9

practice, AlixPartners appears in numerous cases, proceedings, and transactions involving many different law firms, accountants, investment bankers, and financial consultants, some of whom may represent claimants and parties in interest in these Chapter 11 Cases.  Further, AlixPartners has in the past, and may in the future, be represented by various attorneys and law firms, some of whom may be involved in these Chapter 11 Cases.  In addition, AlixPartners has been in the past, and likely will be in the future, engaged in matters unrelated to the Debtors or these Chapter 11 Cases in which it works with or in opposition to other professionals involved in these Chapter 11 Cases.  Moreover, AlixPartners might have referred work to other professionals retained in these Chapter 11 Cases.  Likewise, professionals retained in these Chapter 11 Cases might have referred work to AlixPartners.  To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of these business relationships constitute interests adverse to the Debtors' estates.

27.    From time to time, AlixPartners has provided services, and likely will continue to provide services, to certain creditors of the Debtors and various other parties adverse to the Debtors in matters wholly unrelated to these Chapter 11 Cases.  As described herein, however, AlixPartners has undertaken a detailed search to determine, and to disclose, whether it is providing or has provided services to any significant creditor, equity security holder, insider, or other party in interest in such unrelated matters.

28.    To the best of my knowledge, information, and belief, insofar as I have been able to ascertain after reasonable inquiry, none of the AlixPartners Personnel (a) have any connection with the United States Trustee for the District of Delaware (the "**U.S. Trustee**"), or any employee in the Office of the U.S. Trustee; or (b) are related or connected to any United States Bankruptcy Judge for the District of Delaware, except as otherwise set forth <u>Schedule 2</u>.

10

29.     To the best of my knowledge, neither the AlixPartners Personnel nor AP is a direct holder of any of the Debtors' securities.  It is possible that certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing, may own interests in the Debtors, mutual funds or other investment vehicles (including various types of private funds) that own the Debtors' or other parties in interest's debt or equity securities or other financial instruments, including bank loans and other obligations.  Typically, the holders of indirect interests have no control over investment decisions related to such investment funds or financial instruments. Per the procedures set forth in Schedule 1, AlixPartners makes certain inquiries regarding direct interests and, to the extent required, will file a supplemental declaration reflecting additional details. AlixPartners' policy prohibits its employees from personally trading in the Debtors' securities.

30.     To the best of my knowledge, information and belief, insofar as I have been able to ascertain after reasonable inquiry, AlixPartners has not been retained to assist any entity or person other than the Debtors on matters relating to, or in direct connection with, these Chapter 11 Cases. AlixPartners will continue to provide professional services to entities that may be creditors or equity security holders of the Debtors or other parties in interest in these Chapter 11 Cases, provided that such services do not relate to, or have any direct connection with, these Chapter 11 Cases.

31.     Certain of AlixPartners' employees, managing directors, board members, equity holders, or an affiliate of any of the foregoing may have financial accounts or insurance relationships with a potential party in interest.

32.     Despite the efforts described above to identify and disclose the connections that AP and its affiliates have with parties in interest in these Chapter 11 Cases, because the Debtors form

11

a large enterprise with numerous creditors and other relationships, AlixPartners is unable to state with certainty that every client relationship or other connection has been identified and disclosed.

33.     In accordance with section 504 of the Bankruptcy Code and Bankruptcy Rule 2016, neither I nor AlixPartners has entered into any agreements, express or implied, with any other party in interest, including the Debtors, any creditor, or any attorney for such party in interest in these Chapter 11 Cases, (a) for the purpose of sharing or fixing fees or other compensation to be paid to any such party in interest or its attorneys for services rendered in connection therewith, (b) for payment of such compensation from the assets of the estates in excess of the compensation allowed by the Court pursuant to the applicable provisions of the Bankruptcy Code, or (c) for payment of compensation in connection with these Chapter 11 Cases other than in accordance with the applicable provisions of the Bankruptcy Code.

34.     Accordingly, except as otherwise set forth herein, insofar as I have been able to determine, neither I, AlixPartners, nor any of the AlixPartners Personnel hold or represent any interest adverse to the Debtors or their estates, and AlixPartners is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that AlixPartners and the AlixPartners Personnel:

        (a)     are not creditors, equity security holders, or insiders of the Debtors;

        (b)     were not, within two years before the Petition Date, a director, officer or employee of the Debtors; and

        (c)     do not have an interest materially adverse to the interest of the Debtors' estates or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

35.     If AlixPartners discovers additional information that requires disclosure, AlixPartners will promptly file a supplemental disclosure with the Court as required by Bankruptcy Rule 2014. AlixPartners reserves the right to supplement this Declaration in the event that

AlixPartners discovers any facts bearing on matters described in this Declaration regarding AlixPartners' employment by the Debtors.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 14, 2025

ALIXPARTNERS, LLP

By:    */s/ Randall Eisenberg*
         Randall Eisenberg
         Partner & Managing Director

13

**SCHEDULE 1**

**Potential Parties in Interest**

## Agents

Wilmington Trust, National Association

## Banks

Bank of America

## Benefits

| | |
|---|---|
| ADP Inc | Eyemed |
| Calm.Com Inc | Guardian |
| Cigna Group | Lincoln National Life Ins Co |
| Concur Technologies, Inc. | Metlife |
| Delta Dental of California | Schwab Retirement Plan Services |
| Delta Dental of Il | Telus Health (Us) Ltd |
| Empower Trust Company, LLC | United Healthcare Services Inc |

## Bankruptcy Professionals

| | |
|---|---|
| AlixPartners | PJT Partners LP |
| Latham & Watkins LLP | Richards, Layton & Finger, P.A. |
| Omni Agent Solutions, Inc. | |

## Delaware Court Personnel

| | |
|---|---|
| Al Lugano | Judge Mary F. Walrath |
| Amanda Hrycak | Judge Thomas M. Horan |
| Annamarie Martino | Laura Haney |
| Cacia Batts | Laurie Capp |
| Chief Judge Karen B. Owens | Lora Johnson |
| Claire Brady | Marquietta Lopez |
| Danielle Gadson | Nickita Barksdale |
| Demitra Yeager | Nikki Washington |
| Jill Walker | Paula Subda |
| Judge Brendan L. Shannon | Rachel Bello |
| Judge Craig T. Goldblatt | Stephen Grant |
| Judge J. Kate Stickles | Todd Kirk |
| Judge John T. Dorsey | Una O'boyle |
| Judge Laurie Selber Silverstein | Xavier Hurt |

## Delaware UST's office

| | |
|---|---|
| Benjamin Hackman | Dion Wynn |
| Christine Green | Edith A. Serrano |

Elizabeth Thomas
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon

Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Shakima L. Dortch
Timothy J. Fox, Jr.

## Debtors

Camaro Acquisition LLC
CareerBuilder France Holding, LLC
CareerBuilder Government Solutions, LLC
CareerBuilder, LLC
Fastweb, LLC

Luceo Solutions, LLC
Military Advantage LLC
Monster Government Solutions LLC
Monster Worldwide LLC
Zen, JV, LLC

## Direct and Indirect Equity Holders

2584172 Ontario Inc.
AP Special Sits Camaro Holdings, LLC
Apollo Global Management, Inc.
Apollo Special Situations Fund, L.P.

Camaro Holdings, LLC
Ontario Teacher's Pension Plan
Randstad N.V.

## Directors and Officers

Ahern Dull
Anna Phillips
Daniel Silvers
Fiona van Lede
Gregory Binder
Jarnail Badwal
Jeff Furman
Kenneth Shea

Mark Pacioni
Maxwell David
Michael Suhajda
Rebecca Henderson
Sam Gallagher
Sheri Davis
Stef Leijdekkers

## Insurers

ACE American Insurance Company
Allianz Global Risks US Insurance Co.
Allied World National Assurance Company
American International Companies (AIG)
Aon UK Limited
Arch Insurance Company
AXIS Insurance Company

Berkley Insurance Company
Berkley Professional Liability
Chubb National Ins Co
Federal Insurance Company
Hartford Insurance Group
Hiscox Insurance Company Inc.
Illinois National Insurance Co

Lexington Insurance Company
Liberty International Underwriters
Liberty Surplus Insurance Corporation
Lloyd's Syndicate No. 3000
National Union Fire Ins Co of Pittsburgh

Risk Specialists Companies Ins Agcy,Inc.
Twin City Fire Insurance Company
XL Professional
XL Specialty Insurance Co
Zurich American Ins Co

**Litigation**

Jobget, Inc.
S Risius Ross, Llc

The New York City Commission on Human
Rights

**LOC Beneficiary**

Dell Financial Services LLC

**LOC Guarantor**

Bank of America

**Non-Debtors**

CareerBuilder Brasil Atividades de Internete
e Participacoes LTDA.
CareerBuilder Canada Co
CareerBuilder com India Private Limited
CareerBuilder Information Technology
(Shanghai) Co., Ltd
CareerBuilder International Holdings B.V.
CareerBuilder ProfilSoft Dutch Holdings
B.V.
CareerBuilder Romania S.R.L.
CareerBuilder UK Holdings Limited
CB Solutions Pty Ltd
Monster Belgium nv
Monster Luxembourg SA
Monster Technologies Malaysia Sdn. Bhd

Monster Worldwide Austria GmbH
Monster Worldwide Canada Operations Inc.
Monster Worldwide CZ s.r.o.
Monster Worldwide Germany GmbH
Monster Worldwide International Holding
bv
Monster Worldwide Ireland Ltd
Monster Worldwide Italia Srl
Monster Worldwide Limited
Monster Worldwide Netherlands bv
Monster Worldwide S.L.
Monster Worldwide SAS
Monster Worldwide Sweden AB
Monster Worldwide Switzerland AG
Monster.com Asia Pacific Ltd.

**Other Parties**

Blue Torch Capital
HIG Capital LLC
JMB Capital Partners Lending, LLC
Norton Rose Fulbright US LLP

Paul Hastings
Valnet
Valsoft
Young Conaway Stargatt & Taylor, LLP

**RE Lease**

622 Building Company LLC (Cohen Bros)
Equinix, INC
Iron Mountain Data Centers LLC

Onni 200 LaSalle Limited Partnership
TMG 8280 Greensboro LLC
VEF V Atlanta office Two, LLC

**Seller Note**

Randstad MWW Inc.

**Tax Authorities**

Alabama Department of Revenue
Alaska Department of Revenue
Arizona Department of Revenue
California Franchise Tax Board
City of Philadelphia Department of Finance
Colorado Department of Revenue
Connecticut Department of Revenue
Delaware Division of Revenue
Department of the Treasury Internal
Revenue Service Center
District of Columbia Department of
Revenue
Florida Department of Revenue
Georgia Department of Revenue
Hawaii Department of Revenue
Idaho Department of Revenue
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue
Kansas Department of Revenue
Kentucky Department of Revenue
Louisiana Department of Revenue

Maryland Department of Revenue
Massachusetts Department of Revenue
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Nebraska Department of Revenue
New Hampshire Department of Revenue
New Jersey Department of Revenue
New York City Department of Finance
New York Department of Revenue
North Carolina Department of Revenue
Oklahoma Department of Revenue
Oregon Department of Revenue
Pennsylvania Department of Revenue
Philadelphia Department of
Revenue
South Carolina Department of Revenue
Tennessee Department of Revenue
Texas Department of Revenue
Utah Department of Revenue
Virginia Department of Revenue
Wisconsin Department of Revenue

**Term Loan Lenders**

Arbour Lane
ArrowMark
Canaras
Cerberus
Constitution Capital
Crescent Capital
Ellington
Fortinbras Enterprise
FourSixThree
InvestCorp
Morgan Stanley

Nassau
OFS
Par Four / Benefit Street
Saratoga Partners
Zais Group

**Top Unsecured Creditors**

Acoustic LP
Adworks Ltd
Ahead Inc
Aimwel B.V.
Akin Gump Strauss Hauer & Feld
Amplitude Inc
Appcast Inc
Appian Corporation
Brazen Technologies Inc
Camelot Communications Ltd
Daymark Solutions Inc
Equinix Inc
Everlong Media LLC
Getty Images Inc
Google LLC
Ikokas Technologies Private Ltd
Iron Mountain Inc
Jobcase Inc
Jobget Inc
Jobverse Inc.

Joveo Inc
Microsoft Online Inc
Morgan Lewis & Bockius LLP
Nexxt Inc
Okta Inc
Oracle America Inc
Pwc Us Tax LLP
Quality Technology Services
Rackspace Us Inc
Recruitics Inc
Salesforce.Com Inc
Secureit Consulting Group Inc
Skadden, Arps, Slate, Meagher & Flom
Talroo Inc
Tanzilli Sociedade De Advogado
Textkernel BV
Vedder Price PC
Velaro Inc
Verinext Corp
Winston & Strawn LLP

**UCC Lien Search**

Dell Financial Services L,L,C.
Greatamerica Financial Services
Corporation
Randstad MWW Solutions Inc., As
Collateral Agent

Verinext Capital, LLC
Wells Fargo Financial Leasing, Inc.
Wilmington Trust, National Association, As
Collateral Agent

## SCHEDULE 2

**AlixPartners' Disinterestedness**

- In connection with the proposed employment and retention of AlixPartners, LLP ("**AlixPartners**") by the Debtors in these Chapter 11 Cases, AlixPartners undertook a complex process, the details of which are set forth below, to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors' estates.

AlixPartners Holdings, LLP, AlixPartners' parent company ("**Holdings**"), directly or indirectly owns Holdings' U.S. and non-U.S. subsidiaries (collectively, the "**Holdings Enterprise**"). The equity capital of Holdings is owned by the following investors:

  (i)     Lakeview Capital Holdings, Inc., the Jay Alix Living Trust and other trusts established by Jay Alix (collectively the "**Lakeview Parties**");

  (ii)    Caisse de dépôt et placement du Québec ("**CDPQ**");

  (iii)   Investcorp Holdings B.S.C. ("**IVC**");

  (iv)    Public Sector Pension Investment Board ("**PSP**"); and

  (v)     Current Partners and Managing Directors and certain former Managing Directors of AP (as defined below) and their individual and family trusts, as well as certain other individuals, including current members of the Boards (as hereinafter defined) and employees of the Lakeview Parties, and their individual and family trusts.

(Collectively, (i) – (v) above are hereinafter referred to as the "**Investors**", and the subset (ii) – (iv) above are hereinafter referred to as the "**Institutional Investors**").

Holdings and AlixPartners, each have a board of directors (together, the "**Boards**"). No individual or entity controls either of the Boards. Designees of each of the Investors (i) – (iv) above serve as members of the Boards. The Holdings Enterprise does not invest in distressed assets of any class, nor does it have any investment affiliates.

CDPQ is one of Canada's largest institutional investment managers.  It manages investments on behalf of most of Quebec Canada's public and parapublic pension and insurance funds. CDPQ invests globally in numerous industries.

IVC is a leading global provider and manager of alternative investment products.

PSP is one of Canada's largest pension investment managers. It invests funds for the pension plans of the Public Service, the Canadian Armed Forces, the Royal Canadian Mounted Police and the Reserve Force. PSP manages a diversified global portfolio in numerous industries throughout the world.

The Lakeview Parties and related entities are entities owned or controlled by Jay Alix that, among other things, make investments on behalf of Mr. Alix and his family.

In addition to their investments in Holdings, the Institutional Investors have substantial investments unrelated to AlixPartners.

2

The Boards are not involved in the delivery of client services and their members do not have access to client files, except for a minority of members of the Boards that are AlixPartners employees. As a precautionary matter, AlixPartners maintains information barriers and guidelines designed to prevent certain confidential client information, including the names of clients likely to be involved in a not-yet-filed case under the Bankruptcy Code, from being shared with the Investors or their designees on the Boards.

To that end, no material nonpublic information about the Debtors (including, before the filing of these Chapter 11 Cases, the fact that AlixPartners was about to undertake an assignment involving the Debtors) has been or will be furnished by AlixPartners to the Investors or their Board designees, and AlixPartners will continue to abide by its confidentiality obligations to the Debtors. Each Investor is independent of each other Investor and is governed by its own board of directors or similar body and managed by its own management team.    AlixPartners operates independently and does not share employees, officers or other management with any of the Investors. AlixPartners and each of the Investors have separate offices in separate buildings, use separate internet email addresses, and do not otherwise share IT systems.

AlixPartners formed and currently holds a majority and controlling ownership interest in GSS UK Holdings Limited ("**GSS**").  GSS and its subsidiaries developed a regulatory technology platform to provide global, centralized sanctions screening services to financial institutions. Various Investors, including certain AlixPartners Partners and Managing Directors and Board members, hold minority ownership interests in GSS.  AlixPartners currently has a majority of the seats on the board of directors of GSS.  GSS does not share office space or IT systems with AlixPartners, but does share certain employees and services such as finance systems. The names of GSS's investors and customers (but not its vendors and employees) are loaded into the database where AlixPartners' connections are stored and are disclosed as part of the disclosure process described herein.

AlixPartners has one database where connections are stored for all entities in the Holdings Enterprise. The process for the preparation of disclosures is as follows: upon receipt of a potential parties in interest list from the Debtors and/or their representatives (the "**Parties in Interest List**"), all such parties are input to the database by team members familiar with the database.  A report of the "hits" is generated, and the team members review those "hits" for connections. Where there is a connection, a disclosure is drafted. After the team completes draft disclosures, the disclosures are reviewed by an in-house bankruptcy attorney. The attorney coordinates with the team to finalize the disclosures, which are then reviewed by the engagement's Partner and Managing Director. These initial disclosures (the "**Initial Disclosures**") are thereafter filed with the Bankruptcy Court as part of the retention pleadings.

Promptly thereafter, a bankruptcy paralegal in the firm uses the Initial Disclosures and the Parties in Interest List to draft a firmwide email for each bankruptcy filing, including the Debtors' cases. This email is sent to every firm employee as well as the members of the Boards and the Lakeview Parties.  The firmwide email requests each recipient to review

the attached file that includes the parties in interest and corresponding disclosures, and asks that every recipient: (a) contact the legal department in the event that they have a connection or relationship with an interested party that is not included in our disclosures; (b) if they have a connection or relationship with an interested party that is included in our disclosures, confirm that it is accurately described; and (c) contact the legal department if they own securities of the Debtors. Members of the legal team review all email responses and draft any supplemental disclosures appropriate to reflect information received in response to the firmwide email. After the review process described in the immediately preceding paragraph, supplemental disclosures are thereafter filed with the Bankruptcy Court.

After the Initial Disclosures are filed with the Bankruptcy Court, AlixPartners also provides the names of the Debtors, their owners/investors, lenders and, on a case-by-case basis, other named entities (collectively, the "**Investor Search Parties**"), to the Institutional Investors, and requests that each Institutional Investor run a check of the Investor Search Parties across all investment portfolios including, upon reasonable investigation, (i) private and public funds, (ii) loan positions, and (iii) known positions across CLO holdings (all of the foregoing subject to the exceptions listed below, the "**Investor Connections Check**"). The exceptions to the Investor Connections Check are (i) investments over which the Institutional Investors do not possess actual investment authority and discretion ("direct control"), (ii) index replication position, (iii) investments owned in separate accounts managed by independent parties not affiliated with the Institutional Investors, and (iv) pooled investment vehicles in which the Institutional Investors do not exercise actual control or in which the Institutional Investors do not have visibility sufficient to ascertain such vehicle's investments. Members of the legal team review all responses received from the Institutional Investors and draft disclosures appropriate to reflect information received from the Institutional Investors that, following review, are filed with the Bankruptcy Court.

Upon receipt of the responses from the Institutional Investors to the Investor Connections Check, AlixPartners will file any supplemental disclosures which may be required.

To the extent AlixPartners learns of connections that are not included herein, AlixPartners will promptly file a supplemental disclosure.

Further, AlixPartners may have had, currently have or may in the future have business relationships with, among other entities, portfolio companies of the Institutional Investors and portfolio companies of private equity funds in which they are limited partners, in matters unrelated to the Debtors or their affiliates in these Chapter 11 Cases. Based on, among other things, the business separation between each of the Investors and AlixPartners, the contractual client confidentiality obligations of AlixPartners and the information barriers referred to above, AlixPartners believes that it does not hold or represent an interest adverse to the estate with respect to any such engagement.

Other than as specifically noted herein, AlixPartners has not undertaken to determine the existence, nature, and/or full scope of any business relationships or connections that the

4

Investors may have with the Investor Search Parties, the Debtors and their affiliates, and other parties in interest in these Chapter 11 Cases.

Specifically, AlixPartners obtained from the Debtors and/or their representatives the Parties in Interest List, which is attached hereto as Schedule 1 and conducted a search for connections in accordance with the procedures set forth above.

AlixPartners represents that, to the best of its knowledge, it knows of no fact or situation that would represent a conflict of interest, cause it not to be disinterested or hold or represent an interest adverse to the Debtors' estates, and furthermore wishes to the disclose the following with respect to the Holdings Enterprise (collectively, "**AP**", unless otherwise noted):

- AP interacts with U.S. Bankruptcy Court judges and representatives of the U.S. Trustee Program regularly in its capacity as a professional consulting firm that offers turnaround and restructuring services.

- AP has issued debt in the form of a USD-denominated senior secured term loan, and a Euro-denominated senior secured term loan (collectively, the "**Term Loans**"), as well as revolving credit facility (the "**Revolving Credit Facility**").

Bank of America, N.A. serves as the Administrative Agent for the Term Loans and the Revolving Credit Facility and as such manages all trading of the Term Loans and Revolving Credit Facility between investors. Many of the holders of the Term Loans are pools organized by banks, mutual fund management companies and other fund managers (collectively, "**Fund Managers**") who pool debt instruments issued by multiple / different borrowers and offer interests in the pools to investors. The identities of the investors in the pools cannot be ascertained by AP. The Term Loans are actively traded. Thus, the list of Fund Managers and other investors directly holding the Term Loans can become outdated quickly. On a monthly basis, AP reviews the list of investors in the Term Loans for the purpose of making relationship disclosures in chapter 11 cases. As of the last monthly report, no Fund Manager or other investor in the Term Loans held greater than 10% of the combined US-denominated and Euro-denominated Term Loans. In the event that any entity accumulates a 10% or greater interest in the combined US-denominated and Euro-denominated Term Loans, AP will disclose the name of such entity.

The participants in the Revolving Credit Facility are Bank of America, N.A., Credit Suisse, Deutsche Bank AG Host Bank, Goldman Sachs Lending Partners LLC, HSBC Bank USA, NA, and JPMorgan Chase Bank N.A.

- The Internal Revenue Service ("**IRS**") is a former AP client in matters unrelated to the Debtors. The IRS is a lienholder and adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

- The United States Department of Justice ("**DOJ**"), including the United States Attorney General's Office, is a current and former client of AP in matters unrelated to the

5

Debtors. The DOJ is a litigation party, adverse litigation party, lessor and professional to current and former AP clients in matters unrelated to the Debtors.

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

    o ACE American Insurance Company, Federal Insurance Company and Chubb National Ins Co., insurance providers to the Debtors, are vendors to an AP investor or one of its affiliates. AP has a group insurance program in place for all US managing directors and AP board members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates.

    o Allianz Global Risks US Insurance Co., and affiliated entities, are insurance providers to the Debtors. An AP investor or one of its affiliates has an investment in an affiliated entity, Pimco Bravo Fund Onshore Feeder II LP.

    o Bank of America, a banking provider and LOC guarantor to the Debtors, is a lender to an AP investor or one of its affiliates.

    o HIG Capital LLC, and affiliated entities, are parties to the Debtors. H.I.G. WhiteHorse SSG CC SMA LLC and WhiteHorse Finance Credit I, LLC were lenders to an AP investor or one of its affiliates. A member of AP's board of directors was also a board member of Whitehorse Liquidity Partners II LP.

    o InvestCorp is a term loan lender to the Debtors. An AP investor or one of its affiliates has an investment in Investcorp Keras Coinvest III, L.P. (Resultant) and Investcorp North American Private Equity Fund I, L.P. An AP board member is Investcorp's Head of Private Equity for North America. Another AP board member is a managing director at Investcorp.

    o PWC US Tax LLP is an unsecured creditor to the Debtors. An AP Board member and an employee of one of his affiliates are former employees of PwC.

    o United Healthcare Services Inc. is a benefit provider to the Debtors. A member of AP's board of directors is a member of the board of directors of UnitedHealth Group, Inc. Additionally, another member of AP's board of directors is an officer of Optum (a UnitedHealth Group company) and a former employee of United Healthcare.

- ACE American Insurance Company, Federal Insurance Company and Chubb National Ins Co., insurance providers to the Debtors, and affiliated entities ("**Chubb**"), are affiliates, bondholders, litigation parties, adverse litigation parties, lenders, lessors, lienholders and non-adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Chubb is a current and former AP client in matters unrelated to the Debtors. AP has a group insurance program in place for all US managing directors and AP board

6

members under which personal excess liability (umbrella) insurance may be purchased from Chubb at group rates. Chubb is an insurance provider to AP.

- ADP Inc., a benefit provider to the Debtors, and affiliated entities ("**ADP**"), are adverse litigation parties, lessors, director-affiliated companies and professionals to current and former AP clients in matters unrelated to the Debtors.  ADP is a former AP client in matters unrelated to the Debtors.  ADP is a former employer of a current AP employee.  ADP is an employee benefits provider to AP.

- Ahead Inc., an unsecured creditor to the Debtors, is a vendor to AP.

- Akin Gump Strauss Hauer & Feld ("**Akin Gump**"), an unsecured creditor, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors.  Akin Gump is a current and former AP client in matters unrelated to the Debtors.  Akin Gump is a legal service provider to AP.

- Allianz Global Risks US Insurance Co., an insurance provider to the Debtors, and affiliated entities ("**Allianz**"), are affiliates, associated companies, bondholders, litigation parties, adverse litigation parties, non-adverse litigation parties, lenders, lienholders, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  Allianz is a current and former AP client in matters unrelated to the Debtors. Allianz is a former employer of current AP employees.  Allianz is an insurance provider to AP.

- Allied World National Assurance Company, an insurance provider to the Debtors, and affiliated entities ("**Allied World**"), are non-adverse litigation parties, adverse litigation parties, lenders and litigation parties to current and former AP clients in matters unrelated to the Debtors.  Allied World is a current AP client in matters unrelated to the Debtors. Allied World is an insurance provider to AP.

- American International Companies (AIG), Illinois National Insurance Co, Lexington Insurance Company, National Union Fire Ins Co of Pittsburgh and Risk Specialists Companies Ins Agcy, Inc., insurance providers to the Debtors, and affiliated entities ("**AIG**"), are bondholders, adverse litigation parties, non-adverse litigation parties, investors, shareholders and lessors to current and former AP clients in matters unrelated to the Debtors.  AIG is a current and former AP client in matters unrelated to the Debtors. AIG is a former employer of current AP employees.

- Aon UK Limited, an insurance provider to the Debtors, and affiliated entities ("**Aon**"), are lenders, adverse litigation parties, professionals, bondholders, non-adverse litigation parties, parent companies and lienholders to current and former AP clients in matters unrelated to the Debtors. Aon is a current and former AP client in matters unrelated to the Debtors. Aon is a former employer of current AP employees. Aon is a vendor to AP.

- Apollo Global Management, Inc. and Apollo Special Situations Fund, L.P., direct and indirect equity holders to the Debtors, and affiliated entities ("**Apollo**"), are bondholders,

7

adverse litigation parties, investors, lenders, lessors, lienholders, parent companies, director-affiliated companies, non-adverse litigation parties, related parties and shareholders to current and former AP clients in matters unrelated to the Debtors. Apollo is a current and former AP client in matters unrelated to the Debtors.

- Arbour Lane, a term loan lender to the Debtors, is a bondholder, parent company, lender and lienholder to current and former AP clients in matters unrelated to the Debtors. Arbour Lane is a former AP client in matters unrelated to the Debtors.

- Arch Insurance Company, an insurance provider to the Debtors, and affiliated entities ("**Arch**"), are bondholders, adverse litigation parties, professionals, lenders, and non-adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Arch is a current AP client in matters unrelated to the Debtors. Arch is an insurance provider to AP.

- ArrowMark, a term loan lender to the Debtors, is a lender and lienholder to current and former AP clients in matters unrelated to the Debtors. ArrowMark is a former AP client in matters unrelated to the Debtors.

- AXIS Insurance Company, an insurance provider to the Debtors, is an adverse litigation party to a former AP client in matters unrelated to the Debtors. AXIS Insurance Company is a former AP client in matters unrelated to the Debtors.

- Bank of America, a banking provider and LOC guarantor to the Debtors, and affiliated entities ("**Bank of America**"), are bondholders, non-adverse litigation parties, litigation parties, adverse litigation parties, investors, lenders, lessors, lienholders, shareholders, director-affiliated companies and professionals to current and former AP clients in matters unrelated to the Debtors. Bank of America is a current and former AP client in matters unrelated to the Debtors. Bank of America is a former employer of current AP employees. Bank of America is a vendor to AP.

- Berkley Insurance Company and Berkley Professional Liability, insurance providers to the Debtors, and affiliated entities ("**Berkley**"), are bondholders, investors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Berkley is an insurance provider to AP.

- Blue Torch Capital, a party to the Debtors, and affiliated entities ("**Blue Torch**"), are bondholders, lenders and professionals to current and former AP clients in matters unrelated to the Debtors. Blue Torch is a former AP client in matters unrelated to the Debtors.

- Canaras, a term loan lender to the Debtors, is a bondholder, lender and lienholder to current and former AP clients in matters unrelated to the Debtors.

- CareerBuilder, LLC, a debtor in these Chapter 11 Cases, is a former AP client in matters unrelated to these Chapter 11 Cases.

- Cerberus, a term loan lender to the Debtors, and affiliated entities ("**Cerberus**"), are lenders, litigation parties and parent companies to current and former AP clients in matters unrelated to the Debtors. Cerberus is a current and former AP client in matters unrelated to the Debtors.

- Cigna Group, a benefit provider to the Debtors, and affiliated entities ("**Cigna**"), are director-affiliated companies, adverse litigation parties, bondholders, lenders and professionals to current and former AP clients in matters unrelated to the Debtors. Cigna is a former AP client in matters unrelated to the Debtors. Cigna is a vendor to AP.

- Concur Technologies, Inc., a benefit provider to the Debtors, and affiliated entities ("**Concur**"), are professionals and lienholders to current and former AP clients in matters unrelated to the Debtors.  Concur is a former employer of current AP employees.  Concur is a vendor to AP.

- Constitution Capital, a term loan lender to the Debtors, is a parent company to a former AP client in matters unrelated to the Debtors. Constitution Capital is a current and former AP client in matters unrelated to the Debtors. Constitution Capital is a former employer of a current AP employee.

- Crescent Capital, a term loan lender to the Debtors, and affiliated entities, are bondholders, adverse litigation parties, lenders and lienholders to current and former AP clients in matters unrelated to the Debtors.

- Dell Financial Services LLC, a UCC lien party and LOC beneficiary to the Debtors, and affiliated entities ("**Dell**"), are lienholders, shareholders and lenders to current and former AP clients in matters unrelated to the Debtors.  Dell is a current and former AP client in matters unrelated to the Debtors.  Dell is a former employer of current AP employees.  Dell is a vendor to AP.

- Delta Dental of California and Delta Dental of IL, benefit providers to the Debtors, and affiliated entities, are employee benefit providers to AP.

- Ellington, a term loan lender to the Debtors, and affiliated entities, are lenders and professionals to current and former AP clients in matters unrelated to the Debtors.

- Empower Trust Company, LLC, a benefits provider to the Debtors, and affiliated entities, are lenders to a former AP client in matters unrelated to the Debtors.

- Equinix, Inc., an unsecured creditor and RE lease to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors. Equinix, Inc. was a member of the official committee of unsecured creditors that retained AP in Fusion Litigation Trust, a former bankruptcy matter unrelated to the Debtors. Equinix, Inc. is a current and former AP client in matters unrelated to the Debtors. Equinix, Inc. is a vendor to AP.

9

- Fortinbras Enterprises, a term loan lender to the Debtors, is a current AP client in matters unrelated to the Debtors.

- FourSixThree, a term loan lender to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Google LLC, an unsecured creditor to the Debtors, and affiliated entities ("**Google**"), are lessors and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Google is a current and former AP client in matters unrelated to the Debtors. Google is a former employer of current AP employees.

- Guardian, a benefit provider to the Debtors, is a lender, adverse litigation party, lessor and bondholder to current and former AP clients in matters unrelated to the Debtors.

- Hartford Insurance Group and Twin City Fire Insurance Company, insurance providers to the Debtors, and affiliated entities ("**Hartford**"), are non-adverse litigation parties, adverse litigation parties, lenders, litigation parties, bondholders and shareholders to current and former AP clients in matters unrelated to the Debtors.  Hartford is a current and former AP client in matters unrelated to the Debtors.  Hartford is an insurance provider to AP.

- HIG Capital LLC, a party to the Debtors, and affiliated entities ("**HIG**"), are investors, lenders, professionals, associated companies, litigation parties, parent companies and shareholders to current and former AP clients in matters unrelated to the Debtors.  HIG is a current and former AP client in matters unrelated to the Debtors.

- Hiscox Insurance Company Inc., an insurance provider to the Debtors, and affiliated entities ("**Hiscox**"), are adverse litigation parties to current and former AP clients in matters unrelated to the Debtors.  Hiscox is a current and former AP client in matters unrelated to the Debtors.  Hiscox is an insurance provider to AP.

- InvestCorp, a term loan lender to the Debtors, and affiliated entities ("**Investcorp**"), are lenders, lienholders and parent companies to current and former AP clients in matters unrelated to the Debtors. Investcorp is a current and former AP client in matters unrelated to the Debtors. InvestCorp is an affiliate of a minority investor of AP.

- Iron Mountain Data Centers LLC and Iron Mountain Inc., unsecured creditors and RE leases to the Debtors, and affiliated entities ("**Iron Mountain**"), are bondholders, lessors, professionals and affiliates to current and former AP clients in matters unrelated to the Debtors.  Iron Mountain is a vendor to AP.

- Latham & Watkins LLP, a professional to the Debtors, is a litigation party, professional, opposing counsel, and counsel to current and former AP clients in matters unrelated to the Debtors.  Latham & Watkins LLP is a current and former AP client in matters unrelated to the Debtors. Latham & Watkins LLP is a legal services provider to AP.

10

- Liberty International Underwriters and Liberty Surplus Insurance Corporation, insurance providers to the Debtors, and affiliated entities ("**Liberty**"), are bondholders, lenders, lessors, non-adverse litigation parties, litigation parties and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Liberty is a current and former AP client in matters unrelated to the Debtors. Liberty is an insurance provider to AP.

- Lincoln National Life Ins Co., a benefit provider to the Debtors, and affiliated entities ("**Lincoln**"), are lenders, professionals and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Lincoln is an insurance provider to AP.

- Lloyd's Syndicate No. 3000, an insurance provider to the Debtors, and affiliated entities ("**Lloyd's**"), are lenders, non-adverse litigation parties and adverse litigation parties to former AP clients in matters unrelated to the Debtors. Lloyd's is a current and former AP client in matters unrelated to the Debtors. Lloyd's is an insurance provider to AP.

- MetLife, a benefit provider to the Debtors, and affiliated entities ("**MetLife**"), are non-adverse litigation parties, lenders, lessors, litigation parties, shareholders, bondholders, lienholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. MetLife is a former AP client in matters unrelated to the Debtors. MetLife is an employee benefits provider to AP.

- Microsoft Online Inc. ("**Microsoft**"), an unsecured creditor to the Debtors, is a shareholder, lessor and adverse litigation party to current and former AP clients in matters unrelated to the Debtors. Microsoft is a former AP client in matters unrelated to the Debtors. Microsoft is a former employer of current AP employees. Microsoft is a vendor to AP.

- Morgan Lewis & Bockius LLP ("**Morgan Lewis**"), an unsecured creditor to the Debtors, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Morgan Lewis is a current and former AP client in matters unrelated to the Debtors.

- Morgan Stanley, a term loan lender to the Debtors, and affiliated entities ("**Morgan Stanley**"), are bondholders, non-adverse litigation parties, litigation parties, adverse litigation parties, investors, lenders, lessors, professionals and lienholders to current and former AP clients in matters unrelated to the Debtors. Morgan Stanley was a member of the official committee of unsecured creditors that retained AP in 24 Hour Fitness Worldwide, Inc., a former bankruptcy matter unrelated to the Debtors. Morgan Stanley is a current and former AP client in matters unrelated to the Debtors. Morgan Stanley is a former employer of current AP employees.

- Nassau, a term loan lender to the Debtors, and affiliated entities, are lenders to current and former AP clients in matters unrelated to the Debtors.

- New Jersey Department of Revenue, a taxing authority to the Debtors, is a bondholder to a current AP client in matters unrelated to the Debtors.

- Norton Rose Fulbright US LLP ("**Norton Rose**"), a party to the Debtors, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Norton Rose is a current and former AP client in matters unrelated to the Debtors.

- OFS, a term loan lender to the Debtors, is an adverse litigation party, lender and lienholder to current and former AP clients in matters unrelated to the Debtors.

- Omni Agent Solutions, Inc., a professional to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors. Omni Agent Solutions, Inc. is a vendor to AP.

- Ontario Teacher's Pension Plan, a direct and indirect equity holder to the Debtors, is a parent company, shareholder and lender to former AP clients in matters unrelated to the Debtors. Ontario Teacher's Pension Plan is a former AP client in matters unrelated to the Debtors.

- Oracle America Inc., an unsecured creditor to the Debtors, and affiliated entities ("**Oracle**"), are professionals to current and former AP clients in matters unrelated to the Debtors. Oracle is a former employer of a current AP employee.  Oracle is a vendor to AP.

- Par Four / Benefit Street, a term loan lender to the Debtors, and affiliated entities ("**Benefit Street**"), are lenders, bondholders and adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. Benefit Street is a current and former AP client in matters unrelated to the Debtors.

- Paul Hastings, a party to the Debtors, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors.  Paul Hastings LLP is a current and former AP client in matters unrelated to the Debtors.

- PJT Partners LP, a professional to the Debtors, is a professional, investment banker and shareholder to current and former AP clients in matters unrelated to the Debtors.  PJT Partners, LP is a former AP client in matters unrelated to the Debtors.

- PWC US Tax LLP, an unsecured creditor to the Debtors, and affiliated entities ("**PwC**"), are professionals, litigation parties and non-adverse litigation parties to current and former AP clients in matters unrelated to the Debtors. PwC is a current and former AP client in matters unrelated to the Debtors.  PwC is a former employer of current AP employees. PwC is a tax advisor and M&A advisor to AP.

- Quality Technology Services, an unsecured creditor to the Debtors, is a lessor to a former AP client in matters unrelated to the Debtors.

- Randstad MWW Inc., Randstad MWW Solutions Inc., as Collateral Agent and Randstad N.V., seller notes, UCC lien search parties and directors and/or officers to the Debtors, and affiliated entities ("**Randstad**"), are litigation parties and professionals to current and

12

former AP clients in matters unrelated to the Debtors.  Randstad is a former employer of current AP employees.  Randstad is a vendor to AP.

- Richards, Layton & Finger, P.A. ("**RLF**") a professional to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.  RLF is a current and former AP client in matters unrelated to the Debtors.  RLF is a former legal services provider to AP.

- Salesforce.com Inc., an unsecured creditor to the Debtors, and affiliated entities ("**SalesForce**"), are investors to a former AP client in matters unrelated to the Debtors. SalesForce is a vendor to AP.

- Saratoga Partners, a term loan lender to the Debtors, is a lender to current and former AP clients in matters unrelated to the Debtors.

- Schwab Retirement Plan Services, a benefit provider to the Debtors, and affiliated entities ("**Schwab**"), are shareholders, bondholders, non-adverse litigation parties, adverse litigation parties, and professionals to current and former AP clients in matters unrelated to the Debtors.  Schwab is a current and former AP client in matters unrelated to the Debtors.

- Skadden, Arps, Slate, Meagher & Flom LLP ("**Skadden Arps**"), an unsecured creditor to the Debtors, is a professional, opposing counsel, and counsel to current and former AP clients in matters unrelated to the Debtors.  Skadden Arps is a current and former AP client in matters unrelated to the Debtors.  Skadden Arps is a former employer of a current AP employee. Skadden Arps is a legal services provider to AP.

- Stout Risius Ross, LLC, a litigation party to the Debtors, is a professional to current and former AP clients in matters unrelated to the Debtors. Stout Risius Ross, LLC is a former employer of a current AP employee.

- Telus Health (US) Ltd. ("**Telus**"), a benefit provider to the Debtors, is a former employer of a current AP employee. Telus is a vendor to AP.

- United Healthcare Services Inc., a benefit provider to the Debtors, and affiliated entities ("**United Healthcare**"), are associated companies, litigation parties, adverse litigation parties, non-adverse litigation parties, lenders and lienholders to current and former AP clients in matters unrelated to the Debtors.  United Healthcare is a former AP client in matters unrelated to the Debtors.

- Vedder Price PC, a party to the Debtors, is a professional and counsel to current and former AP clients in matters unrelated to the Debtors.

- Verinext Capital, LLC and Verinext Corp., UCC lien search parties and agents to the Debtors, is a professional to a current AP client in matters unrelated to the Debtors.

13

- Wells Fargo Financial Leasing, Inc., a UCC lien search party to the Debtors, and affiliated entities ("**Wells Fargo**"), are bondholders, non-adverse litigation parties, litigation parties, adverse litigation parties, director-affiliated companies, lenders, lessors, lienholders, professionals and shareholders to current and former AP clients in matters unrelated to the Debtors. Wells Fargo was a member of the official committees of unsecured creditors that retained AP in 24 Hour Fitness Worldwide, Inc. and Extraction Oil & Gas, Inc., former bankruptcy matters unrelated to the Debtors. Wells Fargo is a current and former AP client in matters unrelated to the Debtors.

- Wilmington Trust, National Association and Wilmington Trust, National Association, as Collateral Agent, UCC lien search parties and agents to the Debtors, and affiliated entities ("**Wilmington**"), are bondholders, lenders, adverse litigation parties, non-adverse litigation parties, shareholders, lessors, professionals and lienholders to current and former AP clients in matters unrelated to the Debtors. Wilmington was a member of the official committee of unsecured creditors that retained AP in EP Energy Corporation, Chesapeake Energy Corporation, Extraction Oil & Gas, Inc., Enviva Inc. and ION Geophysical Corporation, former bankruptcy matters unrelated to the Debtors. Wilmington is a current and former AP client in matters unrelated to the Debtors.

- Winston & Strawn LLP, an unsecured creditor to the Debtors, is a lender, professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Winston & Strawn LLP is a current and former AP client in matters unrelated to the Debtors. Winston & Strawn LLP is a legal services provider to AP.

- XL Professional and XL Specialty Insurance Co., insurance providers to the Debtors, and affiliated entities ("**XL**"), are non-adverse litigation parties, adverse litigation parties, lenders, shareholders, bondholders, litigation parties and lessors to current and former AP clients in matters unrelated to the Debtors. XL is a current and former AP client in matters unrelated to the Debtors. XL is a former employer of a current AP employee. XL is an insurance provider to AP.

- Young Conaway Stargatt & Taylor, LLP ("**Young Conaway**"), a party to the Debtors, is a professional, opposing counsel, and counsel to current and former AP clients in matters unrelated to the Debtors. Young Conaway is a former AP client in matters unrelated to the Debtors. Young Conaway is a legal services provider to AP.

- Zais Group, a term loan lender to the Debtors, is a bondholder and lender to current and former AP clients in matters unrelated to the Debtors.

- Zurich American Ins Co., an insurance provider to the Debtors, and affiliated entities ("**Zurich**"), are adverse litigation parties, litigation parties, non-adverse litigation parties, bondholders and joint venture entities to current and former AP clients in matters unrelated to the Debtors. Zurich is a current and former AP client in matters unrelated to the Debtors. Zurich is a former employer of a current AP employee. Zurich is an insurance provider to AP.

14