## EXHIBIT B

**Shapiro Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------- x
                                                   :
In re:                                             :   Chapter 11
                                                   :
ZEN JV, LLC, et al.,¹                              :   Case No. 25-11195 (JKS)
                                                   :
                    Debtors.                       :   (Jointly Administered)
                                                   :
-------------------------------------------------- x
```

### DECLARATION OF ZACHARY I. SHAPIRO IN SUPPORT OF
### APPLICATION OF DEBTORS TO RETAIN AND EMPLOY RICHARDS,
### LAYTON & FINGER, P.A. AS CO-COUNSEL TO THE DEBTORS
### EFFECTIVE AS OF PETITION DATE

I, Zachary I. Shapiro, pursuant to 28 U.S.C. § 1746, hereby declare that the following is true and correct to the best of my knowledge, information, and belief:

1.       I am an attorney admitted to practice in the State of Delaware and before the Court, and a director of the firm of Richards, Layton & Finger, P.A. ("**RL&F**").  RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2.       I submit this declaration in support of the foregoing application (the "**Application**")[2] to provide certain disclosures in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  Unless otherwise stated in this declaration, I have personal knowledge of the facts set forth herein.  To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis, or as additional information becomes available to it, a supplemental declaration will be submitted to the Court.

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application.

3.      RL&F has extensive experience in the field of debtors' and creditors' rights and business reorganizations and liquidations under chapter 11 of the Bankruptcy Code and expertise, experience, and knowledge practicing before the Court.  RL&F's proximity to the Court enables RL&F to respond quickly to emergency hearings and other emergency matters before the Court.

4.      RL&F has been actively involved in major chapter 11 cases and has represented debtors in many cases, including recently:  *In re Danimer Scientific, Inc.*, No. 25-10518 (MFW) (Bankr. D. Del. May 5, 2025); *In re Edgio, Inc.*, No. 24-11985 (KBO) (Bankr. D. Del. Oct. 10, 2024); *In re AIO US, Inc.*, No. 24-11836 (CTG) (Bankr. D. Del. Sept. 20, 2024); *In re SunPower Corp.*, No. 24-11649 (CTG) (Bankr. D. Del. Sept. 11, 2025); *In re WOM S.A.*, No. 24-10628 (KBO) (Bankr. D. Del. June 14, 2024); *In re Cano Health, Inc.*, No. 24-10164 (KBO) (Bankr. D. Del. Mar. 5, 2024); *In re Terraform Labs Pte. Ltd.*, No. 24-10070 (BLS) (Bankr. D. Del. Feb. 29, 2024); *In re Nogin, Inc.*, No. 23-11946 (CTG); (Bankr. D. Del.  Jan. 10, 2024); *In re Sunlight Financial Holdings Inc.*, No. 23-11794 (MFW) (Bankr. D. Del. Nov. 30, 2023); *In re RevitaLid Pharmaceutical Corp.*, No. 23-11704 (BLS) (Bankr. D. Del.  Nov. 15, 2023); *In re Mallinckrodt plc*, No. 23-11258 (JTD) (Bankr. D. Del. Oct. 2, 2023); *In re Western Global Airlines, Inc.*, No. 23-11093 (KBO) (Bankr. D. Del. Sept. 6, 2023); *In re KDC Agribusiness LLC*, No. 23-10786 (CTG) (Bankr. D. Del. July 18, 2023); *In re DCL Holdings (USA), Inc.*, No. 22-11319 (JKS) (Bankr. D. Del. Jan. 23, 2023).

5.      On or around June 9, 2025, the Debtors formally engaged RL&F in connection with their restructuring efforts.  Since that date, RL&F has become familiar with the Debtors and their business, including the Debtors' financial affairs, debt structure, operations, and related matters. Having provided such professional services to the Debtors, RL&F has gained familiarity with the Debtors and their business that will assist it in providing effective and efficient services in the

2

Chapter 11 Cases. Accordingly, RL&F is both well qualified and uniquely able to represent the Debtors in the Chapter 11 Cases in an efficient and timely manner.

6.      RL&F understands that the Debtors are seeking to employ (i) Latham, as bankruptcy co-counsel, (ii) Omni Agent Solutions, Inc., as claims and noticing agent and, separately, as administrative advisor; (iii) AlixPartners, LLP, as financial advisor; and (iv) PJT Partners LP, as investment banker. RL&F also understands that the Debtors intend to carefully monitor these and any other retained professionals to ensure a clear delineation of their respective duties and roles so as to prevent duplication of effort. RL&F recognizes that efficient coordination of efforts among the Debtors' professionals will greatly add to the effective administration of the Chapter 11 Cases.

<u>SERVICES TO BE PROVIDED</u>

7.      The Debtors require RL&F to render a variety of legal services during the pendency of the Chapter 11 Cases and to assist the Debtors in addressing the myriad issues that may arise. Subject to further order of the Court, the Debtors request the employment and retention of RL&F to render professional services, including, but not limited to:

a.      assisting in preparing necessary petitions, motions, applications, orders, reports, and papers necessary to commence the Chapter 11 Cases;

b.      advising the Debtors of their rights, powers, and duties as debtors and debtors in possession under chapter 11 of the Bankruptcy Code;

c.      preparing on behalf of the Debtors motions, applications, answers, orders, reports, and papers in connection with the administration of the Debtors' estates;

d.      taking action to protect and preserve the Debtors' estates, including the prosecution of actions on the Debtors' behalf, the defense of actions commenced against the Debtors in the Chapter 11 Cases, the negotiation of disputes in which the Debtors are involved, and the preparation of objections to claims filed against the Debtors;

e.      assisting with any sale or sales of assets, including preparing any necessary motions, purchase agreements and papers related thereto;

f.      assisting in preparing the Debtors' disclosure statement and any related motions, pleadings, or other documents necessary to solicit votes on the plan of reorganization;

g.      assisting in preparing the plan of reorganization;

h.      prosecuting on behalf of the Debtors the proposed plan of reorganization and seeking approval of all transactions contemplated therein and in any amendments thereto; and

i.      performing all other necessary and desirable legal services in connection with the Chapter 11 Cases.

8.      In addition to those services set forth in paragraphs 7(a) through 7(i) above, RL&F may perform other services assigned by the Debtors, in consultation with Latham.  To the extent RL&F determines that such services, including those services set forth in paragraph 7(i) above, fall outside of the scope of services historically or generally performed by RL&F as counsel in a bankruptcy case, RL&F will file a supplemental declaration.  RL&F has and will continue to work closely with the Debtors' other professionals, including Latham, to prevent any duplication of efforts in the course of advising the Debtors.  RL&F is willing and able to act in the Debtors' cases and render the necessary professional services as bankruptcy co-counsel to the Debtors on the terms described herein, and to subject itself to the jurisdiction of the Court.

## PROFESSIONAL COMPENSATION

9.      Subject to approval of the Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, RL&F intends to apply for compensation for professional services rendered in connection with the Chapter 11 Cases, plus reimbursement of actual, necessary expenses and other charges incurred by RL&F during the Debtors' bankruptcy cases.

10.      RL&F's current hourly rates for matters related to the Chapter 11 Cases are expected to be within the following ranges:

| Position | Range of Hourly Rates |
| --- | --- |
| Directors | $1,175 to $1,500 an hour |
| Counsel | $975 to $1,025 an hour |
| Associates | $575 to $900 an hour |
| Paraprofessionals | $425 an hour |

11.      The principal professionals and paraprofessionals designated to represent the Debtors and their current standard hourly rates are as follows:

| | | |
| --- | --- | --- |
| a. | Daniel J. DeFranceschi | $1,500 per hour |
| b. | Zachary I. Shapiro | $1,175 per hour |
| c. | Huiqi Liu | $800 per hour |
| d. | Clint M. Carlisle | $800 per hour |
| e. | Colin A. Meehan | $660 per hour |
| f. | Rebecca V. Speaker | $425 per hour |

12.      RL&F's hourly rates are set at a level designed to compensate RL&F fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses.  Hourly rates vary with the experience and seniority of the individuals assigned.  These hourly rates are subject to periodic adjustments to reflect economic and other conditions (which adjustments will be reflected in the first RL&F fee application following such adjustments) and are consistent with the rates charged elsewhere.  Other than these potential periodic adjustments, RL&F does not expect any changes during the pendency of the Chapter 11 Cases.  Notwithstanding the consistent hourly rates,

5

RL&F as a practice reviews all time charges and makes adjustments as necessary to correct any inefficiencies that may appear before billing.

13.      RL&F has not shared or agreed to share any of its compensation received from the Debtors with any other persons, except as permitted by section 504 of the Bankruptcy Code.

14.      The Debtors do not owe RL&F any amount for services rendered or expenses incurred prior to the Petition Date, and thus RL&F is not a prepetition creditor of the Debtors.

15.      In addition, consistent with the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective as of November 1, 2013*, I submit the following information:

   a.      RL&F did not agree to any variations from, or alternatives to, its standard or customary billing arrangements for this engagement;

   b.      None of RL&F's professionals included in this engagement have varied their rate based on geographic location for the Chapter 11 Cases;

   c.      RL&F has advised the Debtors in connection with its restructuring efforts and in contemplation of the Chapter 11 Cases since on or about June 9, 2025. The billing rates, except for RL&F's standard and customary periodic rate adjustments as set forth above, and material financial terms have not changed postpetition from the prepetition arrangement; and

   d.      RL&F, in conjunction with the Debtors, is developing a prospective budget and staffing plan for the Chapter 11 Cases.

16.      It is RL&F's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, regular mail, and express mail charges, special or hand delivery charges, document processing charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges, transcription costs as well as non-ordinary overhead expenses such as secretarial and other overtime. RL&F will charge the Debtors for these expenses

in a manner and at rates consistent with charges made generally to RL&F's other clients or as previously fixed by the Court. RL&F believes that it is reasonable and fair to charge these expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

17.     Prior to the Petition Date, RL&F rendered legal services to the Debtors in connection with and in contemplation of the Chapter 11 Cases. Also prior to the Petition Date, the Debtors made two retainer payments to RL&F in the total amount of $117,380.00 (the "**Retainer**"). An accounting summary of payments made to RL&F and the amounts incurred by RL&F is attached hereto as **Exhibit 4**. As set forth on such exhibit, after the Petition Date, RL&F completed a reconciliation of the prepetition fees and expenses actually incurred against the funds received by RL&F prior to the Petition Date. RL&F's fees for prepetition services rendered and expenses incurred exhausted the amount of the Retainer such that the balance of the Retainer is zero. After such reconciliation, RL&F is not owed any amounts on account of prepetition services and, thus, is not a creditor of the Debtors.

## RL&F'S DISINTERESTEDNESS

18.     RL&F maintains and systematically updates its conflict check system in the regular course of its business, and it is the regular practice of RL&F to make and maintain these records. The conflict system maintained by RL&F is designed to include (i) every active matter on which RL&F is engaged, (ii) every closed matter on which RL&F has been engaged since 1990, (iii) the entity by which it is now or has been engaged, (iv) the identity of related parties, (v) the identity of adverse parties, and (vi) the attorney at RL&F who is knowledgeable about the matter. It is the policy of RL&F that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information

7

necessary to check each such matter for conflicts, including: (a) the identity of the prospective client, (b) the matter, and (c) the related and adverse parties. Accordingly, the database is updated for every new matter undertaken by RL&F. The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

19.     With the exception of those entities listed on **Exhibit 1** and **Exhibit 2**, insofar as I have been able to ascertain, neither I, RL&F, nor any other attorney, including any director, counsel or associate of RL&F, currently represents, has in the past represented, or has any connection with, the potential parties in interest, all as set forth on **Exhibit 3** attached hereto (collectively, the "**Parties in Interest**"), except as hereinafter set forth.

20.     Through the procedures set forth above, RL&F has determined that it has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to the Debtors, the Parties in Interest (or affiliates thereof) set forth on **Exhibit 1** attached hereto (who are current clients) and the Parties in Interest (or affiliates thereof) set forth on **Exhibit 2** attached hereto (who are former clients that RL&F has represented within the last five (5) years). With the exception of Wilmington Trust, National Association, I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (0.5%) of RL&F's annual fees billed, or that, in the aggregate for any related group of entities, exceeds one percent (1%) of RL&F's annual fees billed. RL&F currently represents Wilmington Trust, National Association ("**WTNA**") in general corporate and transactional matters wholly unrelated to the Debtors and the Chapter 11 Cases. RL&F will not represent any of the Parties in Interest in any matter relating to the Debtors or the Chapter 11 Cases, including, without limitation, WTNA.

21.     I do not believe there is any connection or interest (as such terms are used in section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RL&F and (i) the U.S. Trustee or any person employed by the U.S. Trustee or (ii) any counsel, accountants, financial consultants, and investment bankers who represent or may represent claimants or other parties in interest in the Chapter 11 Cases, except as otherwise described herein.  In addition, as part of its practice, RL&F appears in cases, proceedings and transactions involving many different attorneys, counsel, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and parties in interest in the Debtors' Chapter 11 Cases.  RL&F has not represented and will not represent any such entities in relation to the Debtors and their Chapter 11 Cases, nor does RL&F have any relationship with any such entities where such relationship would be adverse to the Debtors or their estates.

22.     Based upon the information available to me, neither I, RL&F, nor any attorney employed by RL&F, including any director, counsel or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates.  In addition, RL&F is not a creditor of the Debtors.  Therefore, based upon the information available to me, I believe that RL&F is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

23.     No promises have been received by RL&F, or by any director, counsel or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  RL&F has no agreement with any other entity to share with such entity any compensation received by RL&F, other than the directors of RL&F.

24.     Based on the foregoing, to the best of my knowledge, information and belief and in

accordance with Bankruptcy Rule 5002, no attorney, including any director, counsel or associate, of RL&F, has a connection with any United States Bankruptcy Judge for the District of Delaware, any of the District Court Judges for the District of Delaware who handle bankruptcy cases, the United States Trustee for Region 3, the Assistant United States Trustee for the District of Delaware, the attorney for the U.S. Trustee assigned to the Chapter 11 Cases or any other employee of the U.S. Trustee that would render RL&F's retention in the Chapter 11 Cases improper. Accordingly, I understand that the appointment of RL&F is not prohibited by Bankruptcy Rule 5002.

25.     Kevin Gross, who joined RL&F effective as of April 1, 2020, was a bankruptcy judge for the Court between March 13, 2006 and March 12, 2020.  While Mr. Gross is not one of the principal professionals expected to perform services on behalf of the Debtors, if the circumstances warrant it, he may perform such services during the pendency of the Chapter 11 Cases.

26.     In addition, as noted above, the Debtors have numerous creditors and relationships with various individuals and entities that may be Parties in Interest in the Chapter 11 Cases. Consequently, although every reasonable effort has been made to discover all connections with the Parties in Interest, including the efforts outlined herein, RL&F is unable to state with certainty whether every possible connection has been discovered.  If, however, RL&F discovers any information that is contrary or pertinent to the statements made herein, including if any attorney employed by RL&F, including any director, counsel or associate thereof, has any connection with any of the Parties in Interest, RL&F will promptly disclose such information to the Court.

27.     RL&F will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise.  Pursuant to Local Rule 2014-1, to the extent that RL&F

learns of any additional material information relating to its employment (such as potential or actual conflicts of interest), RL&F will file and serve a supplemental declaration with the Court setting forth the additional information.


Dated: July 14, 2025
Wilmington, Delaware            */s/ Zachary I. Shapiro*                         
                                Zachary I. Shapiro (No. 5103)

**Exhibit 1[1] – Current Clients[2]**

**Agents**

Wilmington Trust, National Association

**Banks**

Bank of America and certain related affiliates thereto

**Bankruptcy Professionals**

AlixPartners
Latham & Watkins LLP
PJT Partners LP

**Direct and Indirect Equity Holders**

Apollo Global Management, Inc. and certain related affiliates thereto
Certain related affiliates of Apollo Special Situations Fund, L.P.

**Directors and officers**

Anna Phillips

**Insurers**

Certain related affiliates of Allianz Global Risks US Insurance Co.
American International Companies (AIG) and certain related affiliates thereto
Certain related affiliates of Hartford Insurance Group
Liberty Surplus Insurance Corporation
Certain related affiliates of Zurich American Ins Co

**LOC Beneficiary**

Certain related affiliates of Dell Financial Services LLC

**LOC Guarantor**

Bank of America and certain related affiliates thereto

---

[1]    Parties that are both current clients and former clients of RL&F are only listed on **Exhibit 1**—Current Clients.

[2]    Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients.  However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

**Other Parties**

Certain related affiliates of Blue Torch Capital
Paul Hastings LLP

**RE Lease**

Equinix, Inc.
Certain related affiliates of Iron Mountain Data Centers LLC

**Term Loan Lenders**

Certain related affiliates of Cerberus
Certain related affiliates of Crescent Capital
Ellington

**Top Unsecured Creditors**

AHEAD Inc.
Amplitude Inc.
Equinix, Inc.
Getty Images Inc.
Google LLC
Certain related affiliates of Iron Mountain Inc.
Certain related affiliates of Microsoft Online Inc.
Okta Inc.
Oracle America Inc.
Quality Technology Services
Certain related affiliates of Rackspace US Inc.
Skadden Arps Slate Meagher Flom LLP

**UCC Lien Search**

Certain related affiliates of Dell Financial Services LLC
Certain related affiliates of GreatAmerica Financial Services Corporation
Certain related affiliates of Wells Fargo Financial Leasing, Inc.
Wilmington Trust, National Association

RLF1 33216724v.2

**Exhibit 2 – Former Clients**

**Insurers**

Certain related affiliates of ACE American Insurance Company
Certain related affiliates of Aon UK Limited
Illinois National Insurance Co.
Certain related affiliates of XL Professional
XL Specialty Insurance Co.

**Other Parties**

HIG Capital LLC
Young Conaway Stargatt & Taylor, LLP

**RE Lease**

Certain related affiliates of TMG 8280 Greensboro LLC

**Term Loan Lenders**

Certain related affiliates of ArrowMark
Certain related affiliates of OFS

**Top Unsecured Creditors**

Akin Gump Strauss Hauer & Feld LLP
Certain related affiliates of PwC US Tax LLP
Salesforce.Com Inc.

## <u>Exhibit 3 – Parties-in-Interest</u>

### <u>Agents</u>

Wilmington Trust, National Association

### <u>Banks</u>

Bank of America

### <u>Benefits</u>

| | |
|---|---|
| ADP Inc. | Eyemed |
| Calm.Com Inc. | Guardian |
| Cigna Group | Lincoln National Life Ins Co. |
| Concur Technologies, Inc. | MetLife |
| Delta Dental of California | Schwab Retirement Plan Services |
| Delta Dental of IL | Telus Health (US) Ltd |
| Empower Trust Company, LLC | United Healthcare Services Inc. |

### <u>Bankruptcy Professionals</u>

| | |
|---|---|
| AlixPartners LLP | PJT Partners LP |
| Latham & Watkins LLP | Richards, Layton & Finger, P.A. |
| Omni Agent Solutions, Inc. | |

### <u>Delaware Court Personnel</u>

| | |
|---|---|
| Al Lugano | Judge Mary F. Walrath |
| Amanda Hrycak | Judge Thomas M. Horan |
| Annamarie Martino | Laura Haney |
| Cacia Batts | Laurie Capp |
| Chief Judge Karen B. Owens | Lora Johnson |
| Claire Brady | Marquietta Lopez |
| Danielle Gadson | Nickita Barksdale |
| Demitra Yeager | Nikki Washington |
| Jill Walker | Paula Subda |
| Judge Brendan L. Shannon | Rachel Bello |
| Judge Craig T. Goldblatt | Stephen Grant |
| Judge J. Kate Stickles | Todd Kirk |
| Judge John T. Dorsey | Una O'boyle |
| Judge Laurie Selber Silverstein | Xavier Hurt |

**Delaware UST's office**

| | |
|---|---|
| Benjamin Hackman | Joseph Cudia |
| Christine Green | Joseph McMahon |
| Dion Wynn | Lauren Attix |
| Edith A. Serrano | Linda Casey |
| Elizabeth Thomas | Linda Richenderfer |
| Hannah M. McCollum | Malcolm M. Bates |
| Hawa Konde | Michael Girello |
| Holly Dice | Nyanquoi Jones |
| James R. O'Malley | Richard Schepacarter |
| Jane Leamy | Shakima L. Dortch |
| Jonathan Lipshie | Timothy J. Fox, Jr. |
| Jonathan Nyaku | |

**Debtors**

| | |
|---|---|
| Camaro Acquisition LLC | Luceo Solutions, LLC |
| CareerBuilder France Holding, LLC | Military Advantage LLC |
| CareerBuilder Government Solutions, LLC | Monster Government Solutions LLC |
| CareerBuilder, LLC | Monster Worldwide LLC |
| Fastweb, LLC | Zen, JV, LLC |

**Direct and Indirect Equity Holders**

| | |
|---|---|
| 2584172 Ontario Inc. | Camaro Holdings, LLC |
| AP Special Sits Camaro Holdings, LLC | Ontario Teacher's Pension Plan |
| Apollo Global Management, Inc. | Randstad N.V. |
| Apollo Special Situations Fund, L.P. | |

**Directors and Officers**

| | |
|---|---|
| Ahern Dull | Mark Pacioni |
| Anna Phillips | Maxwell David |
| Daniel Silvers | Michael Suhajda |
| Fiona van Lede | Rebecca Henderson |
| Gregory Binder | Sam Gallagher |
| Jarnail Badwal | Sheri Davis |
| Jeff Furman | Stef Leijdekkers |
| Kenneth Shea | |

**Insurers**

| | |
|---|---|
| ACE American Insurance Company | American International Companies (AIG) |
| Allianz Global Risks US Insurance Co. | Aon UK Limited |
| Allied World National Assurance Company | Arch Insurance Company |

2

| | |
|---|---|
| AXIS Insurance Company | Liberty International Underwriters |
| Berkley Insurance Company | Liberty Surplus Insurance Corporation |
| Berkley Professional Liability | Lloyd's Syndicate No. 3000 |
| Chubb National Ins Co. | National Union Fire Ins Co of Pittsburgh |
| Federal Insurance Company | Risk Specialists Companies Ins Agency, Inc. |
| Hartford Insurance Group | Twin City Fire Insurance Company |
| Hiscox Insurance Company Inc. | XL Professional |
| Illinois National Insurance Co | XL Specialty Insurance Co. |
| Lexington Insurance Company | Zurich American Ins Co. |

**Litigation**

| | |
|---|---|
| Jobget, Inc. | The New York City Commission on Human |
| S Risius Ross, LLC | Rights |

**LOC Beneficiary**

Dell Financial Services LLC

**LOC Guarantor**

Bank of America

**Non-Debtors**

| | |
|---|---|
| CareerBuilder Brasil Atividades de Internete e Participacoes LTDA. | Monster Worldwide Austria GmbH |
| | Monster Worldwide Canada Operations Inc. |
| CareerBuilder Canada Co | Monster Worldwide CZ s.r.o. |
| CareerBuilder.com India Private Limited | Monster Worldwide Germany GmbH |
| CareerBuilder Information Technology (Shanghai) Co., Ltd | Monster Worldwide International Holding bv |
| CareerBuilder International Holdings B.V. | Monster Worldwide Ireland Ltd |
| CareerBuilder ProfilSoft Dutch Holdings B.V. | Monster Worldwide Italia Srl |
| | Monster Worldwide Limited |
| CareerBuilder Romania S.R.L. | Monster Worldwide Netherlands bv |
| CareerBuilder UK Holdings Limited | Monster Worldwide S.L. |
| CB Solutions Pty Ltd | Monster Worldwide SAS |
| Monster Belgium nv | Monster Worldwide Sweden AB |
| Monster Luxembourg SA | Monster Worldwide Switzerland AG |
| Monster Technologies Malaysia Sdn. Bhd | Monster.com Asia Pacific Ltd. |

**Other Parties**

| | |
|---|---|
| Blue Torch Capital | Norton Rose Fulbright US LLP |
| HIG Capital LLC | Paul Hastings |
| JMB Capital Partners Lending, LLC | Valnet |

3

Valsoft                                      Young Conaway Stargatt & Taylor, LLP

**RE Lease**

622 Building Company LLC (Cohen Bros)        Onni 200 LaSalle Limited Partnership
Equinix, Inc.                                TMG 8280 Greensboro LLC
Iron Mountain Data Centers LLC               VEF V Atlanta office Two, LLC

**Seller Note**

Randstad MWW Inc.

**Tax Authorities**

Alabama Department of Revenue                New York Department of Revenue
Alaska Department of Revenue                 North Carolina Department of Revenue
Arizona Department of Revenue                Oklahoma Department of Revenue
California Franchise Tax Board               Oregon Department of Revenue
City of Philadelphia Department of Finance   Pennsylvania Department of Revenue
Colorado Department of Revenue               Philadelphia Department of
Connecticut Department of Revenue            Revenue
Delaware Division of Revenue                 South Carolina Department of Revenue
Department of the Treasury Internal          Tennessee Department of Revenue
Revenue Service Center                       Texas Department of Revenue
District of Columbia Department of           Utah Department of Revenue
Revenue                                      Virginia Department of Revenue
Florida Department of Revenue                Wisconsin Department of Revenue
Georgia Department of Revenue
Hawaii Department of Revenue
Idaho Department of Revenue
Illinois Department of Revenue
Indiana Department of Revenue
Iowa Department of Revenue
Kansas Department of Revenue
Kentucky Department of Revenue
Louisiana Department of Revenue
Maryland Department of Revenue
Massachusetts Department of Revenue
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Nebraska Department of Revenue
New Hampshire Department of Revenue
New Jersey Department of Revenue
New York City Department of Finance

**Term Loan Lenders**

Arbour Lane
ArrowMark
Canaras
Cerberus
Constitution Capital
Crescent Capital
Ellington
Fortinbras Enterprise

FourSixThree
InvestCorp
Morgan Stanley
Nassau
OFS
Par Four / Benefit Street
Saratoga Partners
Zais Group

**Top Unsecured Creditors**

Acoustic LP
Adworks Ltd
Ahead Inc.
Aimwel B.V.
Akin Gump Strauss Hauer & Feld
Amplitude Inc.
Appcast Inc.
Appian Corporation
Brazen Technologies Inc.
Camelot Communications Ltd
Daymark Solutions Inc.
Equinix Inc.
Everlong Media LLC
Getty Images Inc.
Google LLC
Ikokas Technologies Private Ltd
Iron Mountain Inc.
Jobcase Inc.
Jobget Inc.
Jobverse Inc.

Joveo Inc.
Microsoft Online Inc.
Morgan Lewis & Bockius LLP
Nexxt Inc.
Okta Inc.
Oracle America Inc.
PwC US Tax LLP
Quality Technology Services
Rackspace US Inc.
Recruitics Inc.
Salesforce.Com Inc.
Secureit Consulting Group Inc.
Skadden Arps Slate Meagher Flom LLP
Talroo Inc.
Tanzilli Sociedade De Advogado
Textkernel BV
Vedder Price PC
Velaro Inc.
Verinext Corp
Winston & Strawn LLP

**UCC Lien Search**

Dell Financial Services LLC
GreatAmerica Financial Services
Corporation
Randstad MWW Solutions Inc.
Verinext Capital, LLC
Wells Fargo Financial Leasing, Inc.
Wilmington Trust, National Association

## Exhibit 4 – Accounting Summary of Payments

| Date | Transaction | Amount | Retainer Balance |
|------|-------------|--------|------------------|
| 6/20/2025 | Wire Transfer Deposit of Retainer | $100,000.00 | $100,000.00 |
| 6/20/2025 | Wire Transfer Deposit of Retainer | $17,380.00 | $117,380.00 |
| 6/24/2025 | Retainer amount drawn down prior to the filing of the first petition based on services performed and anticipated to be performed through the Petition Date.  This amount represented a good faith estimate of the fees and expenses associated with all such services, including fees and expenses already recorded in RL&F's billing system and those not yet recorded in the system. | ($117,380.00) | $0.00 |
| 7/9/2025 | After performing a reconciliation of the actual prepetition fees and expenses incurred prior to the Petition Date, RL&F prepared a statement detailing that $117,380.00 was actually incurred for prepetition fees and expenses. As a result, the balance of the Retainer is zero. | $0.00 | $0.00 |