**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| Debtors. | : | (Jointly Administered) |

**PERIODIC REPORT PURSUANT TO BANKRUPTCY RULE 2015.3**

Under Rule 2015.3 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), Zen JV, LLC and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**") submit this report (this "**Periodic Report**") on the value, operations, and profitability, as of December 31, 2024 and March 31, 2025, for the following non-Debtor entities in which a Debtor holds a substantial or controlling interest (each, a "**Controlled Non-Debtor Entity**" and collectively, the "**Controlled Non-Debtor Entities**"): (a) CareerBuilder International Holdings B.V., in which Debtor CareerBuilder, LLC holds 87.50% of the ownership interests;[2] (b) CareerBuilder.com India Private Limited, in which Debtor CareerBuilder, LLC owns 99.999% of the ownership interests;[3] (c) CareerBuilder Romania S.R.L., in which CareerBuilder, LLC owns 100.00% of the ownership interests; (d) CareerBuilder Information Technology (Shanghai) Co., Ltd, in which Debtor CareerBuilder, LLC owns 100.00% of the ownership interests; (e) CareerBuilder UK Holdings Limited, in which Debtor CareerBuilder France Holding LLC owns 100.00% of the ownership interests; (f) CareerBuilder ProfilSoft Dutch Holdings B.V., in which Debtor Luceo Solutions, LLC owns 100.00% of the ownership interests; (g) Monster Worldwide International Holding B.V., in which Debtor Monster Worldwide LLC owns 100.00% of the ownership interests; and (h) Monster.com Asia Pacific Ltd., in which Debtor Monster Worldwide LLC owns 100.00% of the ownership interests. This Periodic Report has been prepared solely for the purpose of complying with the requirements under the Bankruptcy Rules. This Periodic Report includes the eight non-Debtor entities in which one or more Debtors directly holds a substantial or controlling interest.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Controlled Non-Debtor Entity CareerBuilder UK Holdings Limited owns the remaining 12.50% of the ownership interests in CareerBuilder International Holdings B.V.

[3] Debtor Luceo Solutions LLC holds the remaining 0.001% of the ownership interests in CareerBuilder.com India Private Limited.

The following exhibits are attached hereto for the Controlled Non-Debtor Entities:

| | |
|---|---|
| **Exhibit A** | Financial Information for Controlled Non-Debtor Entities as of December 31, 2024 and March 31, 2025 |
| **Exhibit B** | Description of Operations for the Controlled Non-Debtor Entities |
| **Exhibit C** | Description of Claims between the Controlled Non-Debtor Entities |
| **Exhibit D** | Description of how Taxes are Allocated between the Controlled Non-Debtor Entities and the Debtors |
| **Exhibit E** | Description of Payments by the Controlled Non-Debtor Entities of any Claims, Administrative Expenses, or Professional Fees that Have Been or Could be Asserted Against the Debtors |

The undersigned, having reviewed the attached exhibits and this Periodic Report, and being familiar with the Debtors' financial affairs, verifies under the penalty of perjury that this Periodic Report is complete, accurate, and truthful to the best of his knowledge.

Date July 14, 2024

*/s/ Michael Suhajda*
Name: Michael Suhajda
Title: Chief Financial Officer

# GENERAL NOTES

**Description of these Chapter 11 Cases**

On June 24, 2025 (the "**Petition Date**"), Zen JV, LLC and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors are authorized to continue operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On June 27, 2025, the Court entered an order authorizing the joint administration of these cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). On July 2, 2025, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors pursuant to section 1102(a)(1) of the Bankruptcy Code. Additional information about these chapter 11 cases, court filings, and claims information is available at the Debtors' restructuring website: **https://cases.omniagentsolutions.com/?clientId=3747.**

**Financial Statements**

The financial statements contained herein (this "**Periodic Report**") include the results of those non-Debtor entities in which the Debtors hold a direct substantial or controlling interest (collectively, the "**Controlled Non-Debtor Entities**"). The financial statements are unaudited, limited in scope and do not fully comply with generally accepted accounting principles in the United States of America ("**U.S. GAAP**"). The financial statements have been derived from the books and records of the Debtors and the Controlled Non-Debtor Entities. If U.S. GAAP procedures had been applied in full, the Debtors believe that the financial information could be subject to changes and these changes could be material.

Although the Debtors' management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights, including the right to amend the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position

of any Controlled Non-Debtor Entity in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3. Given, among other things, the uncertainty surrounding the realization, measurement, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that any Controlled Non-Debtor Entity shows more assets than liabilities, this is not an admission that the Controlled Non-Debtor Entity was solvent on the Petition Date or at any time prior to the Petition Date, including the date or time period covered by any financial statements or other information included in this Periodic Report. Likewise, to the extent that any Controlled Non-Debtor Entity shows more liabilities than assets, this is not an admission that the any Controlled Non-Debtor Entity was insolvent on the Petition Date or at any time prior to the Petition Date, including the date or time period covered by any financial statements or other information included in this Periodic Report.

The balance sheets and statements of income have been included for the Controlled Non-Debtor Entities to the extent available on a basis consistent with the Debtors' consolidated financial statements. The statements of cash flows and statements of change in shareholder/partners' equity (deficit) were prepared on a consolidated basis for each of the periods indicated in this report based on the timing of the transaction of Debtor Zen JV, LLC closing on September 15, 2024. To the extent that standalone information is not available, consolidated financial statements including certain Debtor and non-Debtor entities were provided.

Monster.com Asia Pacific Ltd. has been liquidated and CareerBuilder Romania S.R.L. is currently a non-operating entity that has no assets and no financial activity to report. Therefore, these entities are not listed in the financial statements for the Controlled Non-Debtor Entities.

**Current Values**

The Debtors do not maintain fair market value or other bases of valuation for any Controlled Non-Debtor Entity, which may differ substantially from the net book value of these entities.

**Reservation of Rights**

Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors or any Controlled Non-Debtor Entity in any respect, nor shall this Periodic Report or any information set forth herein waive or release any rights or constitute an admission with respect to these chapter 11 cases, or the Debtors' estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or re-characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates, including the Controlled Non-Debtor Entities, on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any rights with respect to such assets, liabilities, claims, and obligations that may exist.

**Currency**

The amounts herein are presented in United States Dollars, unless otherwise stated.