# EXHIBIT A-1

**Balance Sheet for Controlled Non-Debtor Entities as of December 31, 2025 and March 31, 2025**

*CareerBuilder Information Technology (Shanghai) Co., Ltd*
**Balance Sheet (in USD)**

|  | Dec-24 | Mar-25 |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | 59,665.79 | 30,792.95 |
| Accounts Receivables | - | - |
| Intercompany | (4,009,681.23) | (4,259,264.00) |
| Prepaid Expenses | 9,980.11 | 10,035.43 |
| Investments | - | - |
| Other Current Assets | 241,634.92 | 242,974.16 |
| **Total Current Assets** | **(3,698,400.41)** | **(3,975,461.46)** |
| Operating Lease right-of-use Assets | - | - |
| Property and Equipment, Net | 528,522.04 | 586,417.94 |
| Other Non-Current Assets | (25,275.80) | 1,191.36 |
| **Total Non-Current Assets** | **503,246.24** | **587,609.30** |
| **Total Assets** | **(3,195,154.17)** | **(3,387,852.16)** |
| | | |
| **Liabilities** | | |
| Operating Lease Liabilities, current portion | - | - |
| Accounts Payables | 197.85 | - |
| Accrued Compensation Related Expenses | 5,183.72 | 16,670.00 |
| Accrued Expenses and Other Current Liabilities | (71,474.49) | (71,782.36) |
| Deferred Revenue | - | - |
| Intercompany Payables | (7,074,028.80) | (7,113,236.01) |
| **Total Current Liabilities** | **(7,140,121.72)** | **(7,168,348.37)** |
| Non-current Operating Lease Liabilities | - | - |
| Other Non-current Liabilities | 64,087.97 | 64,443.17 |
| **Total Long-Term Liabilities** | **64,087.97** | **64,443.17** |
| **Total Liabilities** | **(7,076,033.75)** | **(7,103,905.20)** |
| | | |
| **Stockholders & Equity** | | |
| Capital | 4,398,523.15 | 4,398,523.15 |
| Accumulated Other Comprehensive Income | (318,078.54) | (296,908.14) |
| Careerbuilder Member's Equity | (199,565.03) | (385,561.97) |
| **Total Stockholders & Equity** | **3,880,879.58** | **3,716,053.04** |
| **Total Liabilities, Stockholders & Equity** | **(3,195,154.17)** | **(3,387,852.16)** |

*CareerBuilder International Holdings B.V.*
**Balance Sheet (in USD)**

|  | **Dec-24** | **Mar-25** |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | 45,491.08 | 28,151.62 |
| Accounts Receivables | - | - |
| Intercompany | 10,127,841.13 | 3,426,082.26 |
| Prepaid Expenses | - | - |
| Investments | 14,258,895.36 | 14,258,895.34 |
| Other Current Assets | 3,518.79 | 3,665.78 |
| **Total Current Assets** | **24,435,746.36** | **17,716,795.00** |
| Operating Lease right-of-use Assets | - | - |
| Property and Equipment, Net | - | - |
| Other Non-Current Assets | - | - |
| **Total Non-Current Assets** | **-** | **-** |
| **Total Assets** | **24,435,746.36** | **17,716,795.00** |
| | | |
| **Liabilities** | | |
| Operating Lease Liabilities, current portion | - | - |
| Accounts Payables | - | 4,617.75 |
| Accrued Compensation Related Expenses | - | - |
| Accrued Expenses and Other Current Liabilities | 18,210.85 | 14,319.36 |
| Deferred Revenue | - | - |
| Intercompany Payables | - | - |
| **Total Current Liabilities** | **18,210.85** | **18,937.11** |
| Non-current Operating Lease Liabilities | - | - |
| Other Non-current Liabilities | - | - |
| **Total Long-Term Liabilities** | **-** | **-** |
| **Total Liabilities** | **18,210.85** | **18,937.11** |
| | | |
| **Stockholders & Equity** | | |
| Capital | 125,780,323.07 | 118,949,485.58 |
| Accumulated Other Comprehensive Income | 1,552,533.32 | 1,712,746.89 |
| Careerbuilder Member's Equity | (102,915,320.88) | (102,964,374.58) |
| **Total Stockholders & Equity** | **24,417,535.51** | **17,697,857.89** |
| | | |
| **Total Liabilities, Stockholders & Equity** | **24,435,746.36** | **17,716,795.00** |

*CareerBuilder ProfilSoft Dutch Holdings B.V.*
**Balance Sheet (in USD)**

|  | **Dec-24** | **Mar-25** |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | 1,838.57 | (11,814.73) |
| Accounts Receivables | - | - |
| Intercompany | (29,068.95) | (39,621.23) |
| Prepaid Expenses | - | - |
| Investments | - | - |
| Other Current Assets | - | - |
| **Total Current Assets** | **(27,230.38)** | **(51,435.96)** |
| Operating Lease right-of-use Assets | - | - |
| Property and Equipment, Net | - | - |
| Other Non-Current Assets | - | - |
| **Total Non-Current Assets** | **-** | **-** |
| **Total Assets** | **(27,230.38)** | **(51,435.96)** |
| **Liabilities** | | |
| Operating Lease Liabilities, current portion | - | - |
| Accounts Payables | 9,164.42 | 2,439.72 |
| Accrued Compensation Related Expenses | - | - |
| Accrued Expenses and Other Current Liabilities | 21,406.79 | 22,301.03 |
| Deferred Revenue | - | - |
| Intercompany Payables | - | - |
| **Total Current Liabilities** | **30,571.21** | **24,740.75** |
| Non-current Operating Lease Liabilities | - | - |
| Other Non-current Liabilities | - | - |
| **Total Long-Term Liabilities** | **-** | **-** |
| **Total Liabilities** | **30,571.21** | **24,740.75** |
| **Stockholders & Equity** | | |
| Capital | 7,901,895.99 | 7,901,895.99 |
| Accumulated Other Comprehensive Income | 146,319.79 | 143,374.05 |
| Careerbuilder Member's Equity | (8,106,017.37) | (8,121,446.75) |
| **Total Stockholders & Equity** | **(57,801.59)** | **(76,176.71)** |
| **Total Liabilities, Stockholders & Equity** | **(27,230.38)** | **(51,435.96)** |

*CareerBuilder UK Holdings Limited*
**Balance Sheet (in USD)**

|  | Dec-24 | Mar-25 |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | - | - |
| Accounts Receivables | - | - |
| Intercompany | (1,613,990.63) | (1,683,336.96) |
| Prepaid Expenses | - | - |
| Investments | 7,393,351.81 | 7,393,351.81 |
| Other Current Assets | 3,924.05 | 4,217.33 |
| **Total Current Assets** | **5,783,285.23** | **5,714,232.18** |
| Operating Lease right-of-use Assets | - | - |
| Property and Equipment, Net | - | - |
| Other Non-Current Assets | - | - |
| **Total Non-Current Assets** | **-** | **-** |
| **Total Assets** | **5,783,285.23** | **5,714,232.18** |
| **Liabilities** | | |
| Operating Lease Liabilities, current portion | - | - |
| Accounts Payables | - | - |
| Accrued Compensation Related Expenses | - | - |
| Accrued Expenses and Other Current Liabilities | (0.03) | (0.03) |
| Deferred Revenue | - | - |
| Intercompany Payables | - | - |
| **Total Current Liabilities** | **(0.03)** | **(0.03)** |
| Non-current Operating Lease Liabilities | - | - |
| Other Non-current Liabilities | - | - |
| **Total Long-Term Liabilities** | **-** | **-** |
| **Total Liabilities** | **(0.03)** | **(0.03)** |
| **Stockholders & Equity** | | |
| Capital | 6,610,531.25 | 6,610,531.25 |
| Accumulated Other Comprehensive Income | 95,306.86 | 62,299.00 |
| Careerbuilder Member's Equity | (922,552.85) | (958,598.04) |
| **Total Stockholders & Equity** | **5,783,285.26** | **5,714,232.21** |
| **Total Liabilities, Stockholders & Equity** | **5,783,285.23** | **5,714,232.18** |

*CareerBuilder.com India Private Limited*
**Balance Sheet (in USD)**

|  | **Dec-24** | **Mar-25** |
|---|---:|---:|
| **Assets** | | |
| Cash and Cash Equivalents | 46,396.79 | 294,503.36 |
| Accounts Receivables | 77,140.88 | 762,324.01 |
| Intercompany | 3,958,300.05 | 2,686,075.32 |
| Prepaid Expenses | 391,090.90 | 345,857.96 |
| Investments | - | - |
| Other Current Assets | 384,446.23 | 392,327.73 |
| **Total Current Assets** | **4,857,374.85** | **4,481,088.38** |
| Operating Lease right-of-use Assets | 820,431.32 | 1,075,848.56 |
| Property and Equipment, Net | 1,259,466.93 | 1,241,574.23 |
| Other Non-Current Assets | 128,199.85 | 128,387.46 |
| **Total Non-Current Assets** | **2,208,098.10** | **2,445,810.25** |
| **Total Assets** | **7,065,472.95** | **6,926,898.63** |
| **Liabilities** | | |
| Operating Lease Liabilities, current portion | 67,663.69 | 117,330.16 |
| Accounts Payables | (4,144.83) | (45,003.66) |
| Accrued Compensation Related Expenses | 47,247.41 | 73,296.07 |
| Accrued Expenses and Other Current Liabilities | (118,803.05) | (124,430.58) |
| Deferred Revenue | 956,601.94 | 826,490.23 |
| Intercompany Payables | - | - |
| **Total Current Liabilities** | **948,565.16** | **847,682.22** |
| Non-current Operating Lease Liabilities | 761,219.15 | 976,699.87 |
| Other Non-current Liabilities | (271,171.58) | (271,568.42) |
| **Total Long-Term Liabilities** | **490,047.57** | **705,131.45** |
| **Total Liabilities** | **1,438,612.73** | **1,552,813.67** |
| **Stockholders & Equity** | | |
| Capital | 3,848,478.42 | 3,848,478.42 |
| Accumulated Other Comprehensive Income | (1,555,854.86) | (1,551,207.35) |
| Careerbuilder Member's Equity | 3,334,236.66 | 3,076,813.89 |
| **Total Stockholders & Equity** | **5,626,860.22** | **5,374,084.96** |
| **Total Liabilities, Stockholders & Equity** | **7,065,472.95** | **6,926,898.63** |

*Monster Worldwide International Holding B.V.*
**Balance Sheet (in USD)**

|  | Dec-24 | Mar-25 |
|---|---:|---:|
| **Assets** | | |
| Total Cash and Cash Equivalents | 108,548.02 | 113,088.32 |
| **Total Current Assets** | **108,548.02** | **113,088.32** |
| Total Investments | 79,583,686.42 | 82,974,971.16 |
| **Total Long-Term Assets** | **79,583,686.42** | **82,974,971.16** |
| **Total Assets** | **79,692,234.44** | **83,088,059.47** |
| | | |
| **Liabilities** | | |
| Accrued Expenses | - | 26,975.01 |
| **Total Current Liabilities** | **-** | **26,975.01** |
| **Total Liabilities** | **-** | **26,975.01** |
| | | |
| **Stockholders' Equity** | | |
| Common Stock | 20,698.00 | 21,580 |
| Total Additional Paid-in Capital | 38,498,280.00 | 40,138,800 |
| Total CTA | (1,867,479.36) | (113,623.13) |
| Total Retained Earnings | 43,040,735.80 | 43,014,327.59 |
| **Total Stockholders' Equity** | **79,692,234.44** | **83,061,084.46** |
| | | |
| **Total Liabilities and Stockholders' Equity** | **79,692,234.44** | **83,088,059.47** |

# EXHIBIT A-2

## Income Statement for Controlled Non-Debtor Entities as of December 31, 2024 and March 31, 2025

*CareerBuilder Information Technology (Shanghai) Co., Ltd*
**Income Statement (in USD)**

|  | FY24 | 25Q1 |
|---|---:|---:|
| **Revenue** | - | - |
| Salary and Benefits | 513,475.70 | 52,671.97 |
| Incentives and Sales Bonus | 1,930.31 | 13,548.91 |
| Travel and Entertainment | 331.26 | - |
| Facilities | 136,438.78 | 33,213.04 |
| Training and Recruiting | - | - |
| Productivity Tools | - | - |
| Other Operating Expenses | 41,663.91 | 5,952.44 |
| Marketing | - | - |
| **Operating Expenses** | 693,839.96 | 105,386.36 |
| Depreciation and Amortization | 298,440.70 | 80,625.98 |
| Other Expenses | (1,052,120.75) | (15.40) |
| Special Items Accounts | - | - |
| **Non-Cash Items** | (753,680.05) | 80,610.58 |
| **Tax Expense** | 15,040.89 | - |
| **Net (Income) Loss** | 44,799.20 | (185,996.94) |

*CareerBuilder International Holdings B.V.*
**Income Statement (in USD)**

|  | **FY24** | **25Q1** |
|---|---:|---:|
| **Revenue** | - | - |
| Salary and Benefits | - | - |
| Incentives and Sales Bonus | - | - |
| Travel and Entertainment | - | - |
| Facilities | - | - |
| Training and Recruiting | - | - |
| Productivity Tools | - | - |
| Other Operating Expenses | 37,530.65 | 18,665.01 |
| Marketing | - | - |
| **Operating Expenses** | **37,530.65** | **18,665.01** |
| Depreciation and Amortization | - | - |
| Other Expenses | (43,804.38) | 30,388.69 |
| Special Items Accounts | (9,535.02) | - |
| **Non-Cash Items** | **(53,339.40)** | **30,388.69** |
| **Tax Expense** | **(1,611,291.25)** | **-** |
| **Net (Income) Loss** | **1,627,100.00** | **(49,053.70)** |

*CareerBuilder ProfilSoft Dutch Holdings B.V.*
**Income Statement (in USD)**

|  | **FY24** | **25Q1** |
|---|---:|---:|
| **Revenue** | - | - |
| Salary and Benefits | - | - |
| Incentives and Sales Bonus | - | - |
| Travel and Entertainment | - | - |
| Facilities | - | - |
| Training and Recruiting | - | - |
| Productivity Tools | - | - |
| Other Operating Expenses | 26,186.46 | 15,429.38 |
| Marketing | - | - |
| **Operating Expenses** | **26,186.46** | **15,429.38** |
| Depreciation and Amortization | - | - |
| Other Expenses | - | - |
| Special Items Accounts | (3,561.99) | - |
| **Non-Cash Items** | **(3,561.99)** | **-** |
| **Tax Expense** | **-** | **-** |
| **Net (Income) Loss** | **(22,624.47)** | **(15,429.38)** |

*CareerBuilder UK Holdings Limited*
**Income Statement (in USD)**

|  | **FY24** | **25Q1** |
|---|---:|---:|
| **Revenue** | - | - |
| Salary and Benefits | - | - |
| Incentives and Sales Bonus | - | - |
| Travel and Entertainment | - | - |
| Facilities | - | - |
| Training and Recruiting | - | - |
| Productivity Tools | - | - |
| Other Operating Expenses | 9,836.14 | 802.68 |
| Marketing | - | - |
| **Operating Expenses** | **9,836.14** | **802.68** |
| Depreciation and Amortization | - | - |
| Other Expenses | 145,472.60 | 35,242.51 |
| Special Items Accounts | - | - |
| **Non-Cash Items** | **145,472.60** | **35,242.51** |
| **Tax Expense** | - | - |
| **Net (Income) Loss** | **(155,308.74)** | **(36,045.19)** |

*CareerBuilder.com India Private Limited*
**Income Statement (in USD)**

|  | **FY24** | **25Q1** |
|---|---:|---:|
| **Revenue** | **3,942,008.26** | **856,641.24** |
| Salary and Benefits | 2,433,976.64 | 561,956.81 |
| Incentives and Sales Bonus | 341,243.02 | 139,727.95 |
| Travel and Entertainment | 24,580.87 | 4,432.80 |
| Facilities | 224,601.47 | 69,291.95 |
| Training and Recruiting | 18,400.58 | - |
| Productivity Tools | 194,804.36 | 58,875.47 |
| Other Operating Expenses | 163,721.13 | 49,839.72 |
| Marketing | 19,994.51 | 4,043.55 |
| **Operating Expenses** | **3,421,322.58** | **888,168.25** |
| Depreciation and Amortization | 799,153.92 | 203,704.79 |
| Other Expenses | (285,800.77) | - |
| Special Items Accounts | 274,630.54 | 22,190.97 |
| **Non-Cash Items** | **787,983.69** | **225,895.76** |
| **Tax Expense** | **208,306.58** | - |
| **Net (Income) Loss** | **(475,604.59)** | **(257,422.77)** |

*Monster Worldwide International Holding B.V.*
**Income Statement (in USD)**

|  | FY24 | 25Q1 |
|---|---:|---:|
| **Net Revenue** | - | - |
| Professional Fees | (51,006.08) | (26,325.01) |
| Administrative And Miscellaneous | 0.01 | - |
| Total Bank Charges | (736.35) | (83.19) |
| **Managerial Operating Expenses** | **(51,742.43)** | **(26,408.20)** |
| **Net Interest Income/(Expense)** | **(1,099,948.83)** | **-** |
| Gain or loss on sale of subsidiary | 43,921,887.67 | - |
| **Total Non Operating Income/(Expense)** | **43,921,887.67** | **-** |
| **Total Tax Income/(Expense)** | **271,166.05** | **-** |
| **Net Income/(Loss)** | **43,041,362.46** | **(26,408.20)** |

# EXHIBIT A-3

## Statement of Cash Flows Consolidated for
## Certain Controlled Non-Debtor Entities as of December 31, 2024 and March 31, 2025[4]

**Statement of Cash Flows (in USD thousands)**

|  | FY24 | 25Q1 |
|---|---:|---:|
| **Operating activities** | | |
| Net income (loss) | 1,012 | (692) |
| Adjustments to reconcile net income (loss) to net cash provided by operating activities: | | |
| Depreciation and amortization | 1,229 | 323 |
| Noncash operating lease expense | (68) | (255) |
| Provision for doubtful accounts | 64 | 21 |
| **Changes in operating assets and liabilities:** | | |
| Accounts receivable | 904 | (709) |
| Prepaid expenses and other assets | 50 | 10 |
| Accounts payable | 7 | (44) |
| Accrued expenses and other liabilities | (1,935) | (3) |
| Deferred revenue | (1,094) | (145) |
| Related party liabilities | 1,045 | 1,642 |
| Change in operating lease liabilities | (21) | 265 |
| **Net cash provided by operating activities** | **1,193** | **413** |
| **Investing activities** | | |
| Purchases of property and equipment | (1,252) | (382) |
| **Net cash used in investing activities** | **(1,252)** | **(382)** |
| Effect of exchange rate fluctuations on cash | (610) | 104 |
| **Net change in cash and cash equivalents** | **(669)** | **135** |
| Cash and cash equivalents at beg of period | 895 | 226 |
| **Cash and cash equivalents at end of period** | **226** | **361** |

---

[4] Includes financial results for the following Controlled Non-Debtor Entities: CareerBuilder Information Technology (Shanghai) Co., Ltd, CareerBuilder International Holdings B.V., CareerBuilder ProfilSoft Dutch Holdings B.V., and CareerBuilder.com India Private Limited, among other non-Debtor entities.

## Statement of Cash Flows for Certain Controlled Non-Debtor Entities for the period starting January 1, 2024 and ending September 15, 2024[5]

*Monster Worldwide International Holding B.V.*
**Statement of Cash Flows (in USD)**

|  | Jan-1 to Sept-15 |
|---|---:|
| Operating profit | (51,761.79) |
| Amortization and impairment ARI and int. charge OWC | - |
| EBITA | (51,761.79) |
| Depreciation and amortization PP&E and software and RoU | - |
| EBITDA | (51,761.79) |
| Adjustments to EBITDA | - |
| **Cash flow from operations before OWC and income taxes** | **(51,761.79)** |
| Change in Operating Working Capital assets | 21,741.80 |
| Change in Operating Working Capital liabilities | 895,564.97 |
| **Change in Operating Working Capital** | **917,306.77** |
| **Income taxes paid** | **272,686.36** |
| **NET CASH FLOW FROM OPERATING ACTIVITIES** | **1,138,231.34** |
| Internal transfers of subsidiaries / activities | (27,341,041.85) |
| **NET CASH FLOW FROM INVESTING ACTIVITIES** | **(27,341,041.85)** |
| Internal financing transactions | 27,406,797.11 |
| **NET CASH FLOW FROM FINANCING ACTIVITIES** | **27,406,797.11** |
| **NET INCREASE/(DECREASE) CASH & CASH EQUIVALENTS** | **1,203,986.60** |
| Net increase/(decrease) in cash and cash equivalents | 1,203,986.60 |
| Cash & cash equivalents at the end of the period | 89,184.45 |

---

[5] Financial statement for Controlled Non-Debtor Entity Monster Worldwide International Holding B.V. presented for the period ending September 15, 2024, based on the closing date of the transaction of Debtor Zen JV, LLC.

**Statement of Cash Flows Consolidated for Certain Controlled Non-Debtor Debtor Entities for the Quarter Ending as of December 31, 2024 and March 31, 2025[6]**

**Statement of Cash Flows (in USD)**

|  | 24Q4 | 25Q1 |
|---|---:|---:|
| **Operating activities** | | |
| Net (loss) income | (26,985.90) | (11,376.52) |
| Adjustments to reconcile net income (loss) to net cash provided by (used in) operating activities: | | |
| Depreciation and amortization | (641.19) | 1,939.40 |
| ROU asset amortization for finance leases | 400.77 | - |
| Financial income and expenses | (32.88) | - |
| Deferred income taxes | 12,096.29 | - |
| Gain on sale of businesses | 183.38 | - |
| Change in provisions (mainly restructuring) | 2,627.08 | (4,088.53) |
| Noncash operating lease expense | - | 782.58 |
| Other financial income and expenses | - | 17.44 |
| Income taxes | - | 433.18 |
| **Changes in operating assets and liabilities:** | | |
| Accounts receivable | (1,559.49) | 2,003.71 |
| Accounts receivable - intercompany | (29,937.13) | (28,217.62) |
| Prepaid expenses and other assets | 5,146.66 | (3,764.29) |
| Accounts payable | 1,072.02 | 2,825.09 |
| Accounts payable - intercompany | 24,674.57 | 40,505.96 |
| Accrued expenses and other liabilities | (2,497.49) | 316.67 |
| Deferred revenue | 17.75 | 928.21 |
| Income taxes paid | 1,219.95 | (177.85) |
| Change in operating lease liabilities | - | (1,137.17) |
| **Net cash (used in) provided by operating activities** | **(14,215.62)** | **990.25** |
| **Investing activities** | | |
| Purchases of property and equipment (including software) | (2,335.71) | (2,844.11) |
| Proceeds from sale of businesses | 1,606.96 | - |
| **Net cash (used in) provided by investing activities** | **(728.74)** | **(2,844.11)** |
| **Financing activities** | | |
| Payments on principal portion of finance lease obligation | 1,700.07 | - |
| Internal financing transactions | 2,796.95 | - |
| **Net cash (used in) provided by financing activities** | **4,497.02** | **-** |
| Effect of exchange rate fluctuations on cash | (8,821.47) | 1,539.12 |
| **Net change in cash and cash equivalents** | **(19,268.81)** | **(314.73)** |
| Cash and cash equivalents at beg of period | 39,424.41 | 20,155.60 |
| **Cash and cash equivalents at end of period** | **20,155.60** | **19,840.87** |

---

[6] Includes financial results for Controlled Non-Debtor Entity Monster Worldwide International Holding B.V., among other Debtor and non-Debtor entities.

3

# **EXHIBIT A-4**

**Statement of Changes in Shareholder/Partners' Equity (Deficit) for
Certain Non-Debtor Debtor Entities as of December 31, 2024 and March 31, 2025[7]**

**Statement of Changes in Shareholder/Partners' Equity (Deficit)**
**(in USD thousands)**

|  | FY24 | 25Q1 |
|---|---:|---:|
| **Beginning Shareholder/Partners' Equity (Deficit)** | **42,935** | **42,977** |
| Net income (loss) | 1,012 | (692) |
| Capital reduction | (81) | (6,831) |
| Foreign currency translation adjustment | (890) | 148 |
| **Ending Shareholder/Partners' Equity (Deficit)** | **42,977** | **35,602** |

---

[7] Includes financial results for the following Controlled Non-Debtor Entities: CareerBuilder Information Technology (Shanghai) Co., Ltd, CareerBuilder International Holdings B.V., CareerBuilder ProfilSoft Dutch Holdings B.V., CareerBuilder UK Holdings Limited, and CareerBuilder.com India Private Limited, among other non-Debtor entities.

**Statement of Changes in Shareholder/Partners' Equity (Deficit) for
Certain Controlled Non-Debtor Entities as of December 31, 2024 and March 31, 2025**

*Monster Worldwide International Holding B.V.*
**Statement of Changes in Shareholder/Partners' Equity (Deficit) (in USD)**

|  | FY24 | 25Q1 |
|---|---:|---:|
| **Beginning Shareholder/Partners' Equity (Deficit)** | - | 79,692,234.44 |
| Common Stock | 21,636.80 | - |
| Total Additional Paid-in Capital | 40,244,448.00 | - |
| Total CTA | (3,614,603.81) | 3,395,258.22 |
| Total Retained Earnings | 43,040,753.46 | (26,408.20) |
| **Ending Shareholder/Partners' Equity (Deficit)** | **79,692,234.44** | **83,061,084.46** |