**EXHIBIT B**

**Description of Operations for the Controlled Non-Debtor Entities**

| Name of Entity | Description of Operations |
|---|---|
| CareerBuilder Information Technology (Shanghai) Co., Ltd | This Controlled Non-Debtor Entity provides computer programming for CareerBuilder and Monster websites. |
| CareerBuilder International Holdings B.V. | This Controlled Non-Debtor Entity mainly acts as a holding and finance company and does not generate revenue due to its holding company status (i.e., interest in its subsidiary entities). |
| CareerBuilder ProfilSoft Dutch Holdings B.V. | This Controlled Non-Debtor Entity mainly acts as a holding and finance company and does not generate revenue due to its holding company status (i.e., interest in its subsidiary entities). |
| CareerBuilder Romania S.R.L. | This Controlled Non-Debtor Entity does not conduct business and is dormant; no Income Statement/ Balance Sheet activity (due to planned liquidation status prior to the Debtors' petition date). |
| CareerBuilder UK Holdings Limited | This Controlled Non-Debtor Entity mainly acts as a holding and finance company and does not generate any revenue due to its holding company status (i.e., interest in its subsidiary entities). |
| CareerBuilder.com India Private Limited | This Controlled Non-Debtor Entity operates online career sites and provides employers with recruitment resources, which include labor market intelligence and talent management. Additionally, it provides computer programming for CareerBuilder and Monster websites. |
| Monster Worldwide International Holding B.V. | This Controlled Non-Debtor Entity mainly acts as a holding and finance company and does not generate any revenue due to its holding company status (i.e., interest in its subsidiary entities). |
| Monster.com Asia Pacific Ltd. | This Controlled Non-Debtor entity has been liquidated and no longer exists. |