## **EXHIBIT C**

## **Description of Intercompany Claims**

Not Applicable. The Controlled Non-Debtor Entities do not have any claims against any other Controlled Non-Debtor Entities.