**EXHIBIT D**

**Allocation of Tax Liabilities and Assets**

Not Applicable. There are no tax sharing or tax allocation agreements between any of the Controlled Non-Debtor Entities.