**EXHIBIT E**

**Description of the Controlled Non-Debtor Entities' Payments of Administrative Expenses or Professional Fees Otherwise Payable by a Debtor**

There are no known payments made, or obligations incurred (or claims purchased) by any Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.