# Exhibit A

| Account No. | Contract No. | Salesforce entity | Counterparty | Agreement | Order No. | Date | Term | Services | Invoice No. | Date | Due Date | Service Period | Invoice Amount | Pre-petition | Post-petition Accrued | Unbilled Contract Balance | Amount Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-405837 | 3732660 | Salesforce, Inc. | Careerbuilder, LLC | MSA | Q-07955479 | 12/29/2023 | 7/1/25 - 9/30/25 | Tableau | 32968179 | 1-Mar-25 | 3/31/2025 | 3/31/25 - 6/30/25 | $ 26,912.49 | $ 24,819.30 | $ 2,093.19 | | |
| 4-405837 | 3732660 | Salesforce, Inc. | Careerbuilder, LLC | MSA | Q-07955479 | 12/29/2023 | 12/31/23 - 12/30/25 | Tableau | 33937778 | 31-May-25 | 6/30/2025 | 7/1/25 - 9/30/25 | $ 26,912.49 | | $ 13,456.24 | | $ 13,456.25 |
| 4-405837 | 3732660 | Salesforce, Inc. | Careerbuilder, LLC | MSA | Q-07955479 | 12/29/2023 | 12/31/23 - 12/30/25 | Tableau | TBD | TBD | | 10/1/25 - 12/31/25 | | | | $ 26,912.49 | |
| 4-553972 | 4338005 | Salesforce, Inc. | CareerBuilder | MSA | Q-10276795 | | | | 34296039 | | | | $ 37.46 | $ 17.29 | $ 20.17 | | |
| 4-405837 | 3919238 | Salesforce, Inc. | Careerbuilder, LLC | MSA | Q-08813591 | 6/18/2024 | 6/15/24 - 6/14/25 | Core and Mulesoft | 34080663 | 16-Jun-25 | 7/16/2025 | 6/18/25 - 7/17/25 | $ 13,193.50 | $ 2,638.70 | $ 10,554.80 | | |
| 8219356 | 4305897 | Salesforce, Inc. | Zen JV, LLC | MSA | Q-09956316 | 5/9/2025 | 5/14/25 - 2/13/28 | Core | 33697333 | 9-May-25 | 6/8/2025 | 5/14/25 - 8/13/25 | $ 317,124.20 | $ 140,944.09 | $ 176,180.11 | | |
| 8219356 | 4305897 | Salesforce, Inc. | Zen JV, LLC | MSA | Q-09956316 | 5/9/2025 | 5/14/25 - 2/13/28 | Core | TBD | TBD | | 8/14/25 - 11/13/25 | | | | $ 3,171,242.00 | |
| 110986008 | 4185105 | Salesforce, Inc. | Zen JV, LLC | MSA | Q-09701902 | 1/31/2025 | 2/14/25 - 2/13/28 | Mulesoft | TBD | TBD | | | | | | $ 3,996.00 | |
| 110986008 | 4185184 | Salesforce, Inc. | Zen JV, LLC | MSA | Q-09743857 | 1/31/2025 | 2/14/25 - 2/13/28 | Core | TBD | TBD | | | | | | $ 2,594,815.57 | |
| 4-242988 | 4298912 | Salesforce, Inc. | Monster Worldwide LLC | MSA | Q-10183465 | 5/28/2025 | 5/27/25 - 4/30/26 | Marketing Cloud | 33879747 | 28-May-25 | 6/27/2025 | 5/28/25 - 10/31/25 | $ 3,029.40 | $ 514.80 | $ 2,514.60 | | |
| 4-242988 | 4298912 | Salesforce, Inc. | Monster Worldwide LLC | MSA | Q-10008533 | 4/30/2025 | 5/1/25 - 4/30/26 | Marketing Cloud | TBD | TBD | | | | | | $ 366,560.99 | |
| 4-242988 | 4147755 | Salesforce, Inc. | Monster Worldwide LLC | MSA | Q-09162986 | 1/14/2025 | 1/29/25 - 1/28/26 | Tableau | 32425796 | 14-Jan-25 | 2/13/2025 | 1/29/2025 - 1/28/2026 | $ - | | | | |
| 6848222 | 3919204 | Salesforce, Inc. | Military Advantage, Inc | MSA | Q-08807540 | 6/18/2024 | 8/1/2024 - 7/31/25 | Slack | 30198445 | 2-Jul-24 | 8/1/2024 | 8/1/2024 - 7/31/25 | $ - | | | | |
| 6848222 | 4193777 | Salesforce, Inc. | Military Advantage, Inc | MSA | Q-08807540 | 6/18/2024 | 8/1/2024 - 7/31/25 | Slack | 32723367 | 10-Feb-25 | 3/9/2025 | 8/1/2024 - 7/31/25 | $ - | | | | |
| 4-553972 | 4338005 | Salesforce, Inc. | Careerbuilder | MSA | Q-10276795 | 6/17/2025 | 6/18/25 - 7/17/25 | Marketing Cloud | 34092014 | 18-Jun-25 | 7/17/2025 | "6/18/25 - 7/17/25" | $ - | | | | |
| | | | | | | | | | | | | | $ 387,209.54 | $ 168,934.17 | $ 204,819.12 | $ 6,163,527.05 | $ 13,456.25 |

**Current Cure amount** $ 373,753.29