# **EXHIBIT B**

**Deutch Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
::
In re: : Chapter 11
::
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
::
Debtors. : (Jointly Administered)
::
------------------------------------------------------------- x

**DECLARATION OF PAUL H. DEUTCH IN SUPPORT OF
APPLICATION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE
EMPLOYMENT AND RETENTION OF OMNI AGENT SOLUTIONS, INC. AS
ADMINISTRATIVE AGENT EFFECTIVE AS OF THE PETITION DATE**

I, Paul H. Deutch, under penalty of perjury, declare as follows:

1. I am the Executive Vice President of Omni Agent Solutions, Inc. ("**Omni**"), a chapter 11 administrative services firm, whose offices are located at 5955 DeSoto Avenue, Woodland Hills, California 91367 and 1120 Avenue of the Americas, 4th Floor, New York, New York 10036. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called and sworn as a witness, I could and would testify competently thereto.[2]

2. This declaration (this "**Declaration**") is made in support of the *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Omni Agent*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Certain of the disclosures herein relate to matters within the knowledge of other professionals at Omni and are based on information provided by them.

*Solutions, Inc. as Administrative Agent Effective as of the Petition Date*, which was filed contemporaneously herewith (the "**Application**").[3]

3. Omni is one of the country's leading chapter 11 administrators, with experience in noticing, claims administration, solicitation, balloting, and the facilitation of other administrative aspects of chapter 11 cases. Omni has substantial experience in matters of similar size and complexity and has acted as the official claims and noticing agent and/or administrative agent in many large bankruptcy cases in this District and other districts nationwide. *See, e.g.*, *In re At Home Group Inc.*, No. 25-11120 (JKS) (Bankr. D. Del. June 16, 2025); *In re Boundless Broadband, LLC*, No. 25-10948 (BLS) (Bankr. D. Del. May 29, 2025); *In re Solid Fin. Tech., Inc.*, No. 25-10669 (BLS) (Bankr. D. Del. Apr. 7, 2025); *In re Go Lab, Inc.*, No. 25-10557 (KBO) (Bankr. D. Del. Mar. 25, 2025); *In re Wynne Transp. Holdings, LLC*, No. 25-10027 (KBO) (Bankr. D. Del. Jan. 10, 2025); *In re Ligado Networks, LLC*, No. 25-10006 (TMH) (Bankr. D. Del. Jan. 5, 2025); *In re First Mode, Holdings, Inc.*, No. 24-12794 (KBO) (Bankr. D. Del. Dec. 15, 2024); *In re True Value Co., L.L.C.*, No. 24-12337 (KBO) (Bankr. D. Del. Oct. 14, 2024); *In re Accuride Corp.*, No. 24-12289 (JKS) (Bankr. D. Del. Oct. 11, 2024); *In re Edgio, Inc.*, No. 24-11985 (KBO) (Bankr. D. Del. Sept. 9, 2024); *In re Vyaire Medical, Inc.,* No. 24-11217 (BLS) (Bankr. D. Del. June 9, 2024); *In re Never Slip Holdings, Inc.,* No. 24-10663 (LSS) (Bankr. D. Del. Apr. 1, 2024); *In re Sunlight Financial Holdings Inc.*, Case No. 23-11794 (MFW) (Bankr. D. Del. Oct. 30, 2023); *In re AmeriFirst Financial, Inc.*, No. 23-11240 (TMH) (Bankr. D. Del. Aug. 24, 2023); *In re AeroFarms, Inc.,* No. 23-10737 (MFW) (Bankr. D. Del. June 8, 2023); *In re Bittrex, Inc.*, No. 23-10597 (BLS) (Bankr. D. Del. May 8. 2023); *In re Lannett Company, Inc.*, No. 23-10559 (JKS)

---

[3] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Application.

(Bankr. D. Del. May, 2. 2023); *In re DeCurtis Holdings LLC,* No. 23-10548 (JKS) (Bankr. D. Del. Apr. 30, 2023); *In re Lincoln Power, LLC*, No. 23-10382 (LSS) (Bankr. D. Del. Apr. 3, 2023); *In re Independent Pet Partners Holdings, LLC*, 23-10153 (LSS) (Bankr. D. Del. Feb. 5, 2023); *In re Performance Powersports Group Investor, LLC*, 23-10047 (LSS) (Bankr. D. Del. Jan. 18, 2023).[4]

4. As Administrative Agent, Omni will perform the Administrative Services specified in the Application and the Engagement Agreement. In performing such services, Omni will charge the Debtors the rates set forth in the Engagement Agreement, which is attached as **Exhibit 1** to the Proposed Order.

5. Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code:

   a. Omni is not a creditor, security holder, or insider of the Debtors;

   b. Omni and its personnel are not and were not, within two years before the date of the filing of this case, directors, officers, or employees of the Debtors; and

   c. Omni does not have an interest materially adverse to the interests of the Debtors' estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors.

6. I caused to be submitted for review by our conflicts system the names of all known potential parties-in-interest (the "**Potential Parties in Interest**") in the Chapter 11 Cases. The list of Potential Parties in Interest, attached hereto as **Schedule 1**, was provided by the Debtors and included, among other parties, the Debtors, directors and officers of the Debtors, direct and indirect equity holders, agents, banks, insurers, litigation parties, the letter of credit beneficiary and guarantor, non-debtors, taxing authorities, terms loan lenders, top unsecured creditors, and other parties. Omni is not aware of any relationship that would present a disqualifying conflict of

---

[4] Because of the voluminous nature of the orders cited herein, such orders have not been attached to this Declaration. Copies of these orders are available upon request to the Debtor's proposed counsel.

interest. Should Omni discover any new relevant facts or relationships bearing on the matters described herein during the period of its retention, Omni will use reasonable efforts to file promptly a supplemental declaration.

7. To the best of my knowledge and based solely upon information provided to me by the Debtors, and except as provided herein, neither Omni, nor any employee thereof, has any materially adverse connection to the Debtors, their creditors or other relevant parties. Omni may have relationships with certain of the Debtors' creditors as a vendor or in connection with cases in which Omni serves or has served in a neutral capacity as noticing, claims, and balloting agent for another chapter 11 debtor.

8. To the best of my knowledge, neither Omni nor any of its personnel have any relationship with the Debtors that would impair Omni's ability to serve as the Administrative Agent. Omni's personnel may have had relationships with some of the Debtors' creditors or other parties in interest. To the best of my knowledge, however, such relationships, to the extent they exist, are of a personal financial nature and completely unrelated to the Chapter 11 Cases. Omni has represented and will continue to represent clients in matters unrelated to the Chapter 11 Cases. In addition, Omni has had, and will continue to have, relationships in the ordinary course of its business with certain vendors, professionals and other parties in interest that may be involved in the Debtors' Chapter 11 Cases in matters unrelated to the Chapter 11 Cases.

9. Omni and its personnel in their individual capacities regularly utilize the services of law firms, accounting firms, and financial advisors. Such firms engaged by Omni or its personnel may appear in the Chapter 11 Cases representing the Debtors or other parties-in interest. All engagements where such firms represent Omni or its personnel in their individual capacities are unrelated to the Chapter 11 Cases. Accordingly, to the best of my knowledge, neither Omni

nor any of its partners or employees hold or represent any interest materially adverse to the Debtors' estates with respect to any matter upon which Omni is to be engaged. Based on the foregoing, I believe that Omni is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code.

10. Marc Beilinson is Omni's Chairman of the Board and indirectly holds a minority ownership interest in Omni. Mr. Beilinson is an independent director on the Board of Directors of Apollo Global Management Inc. ("AGM"). The list of Potential Parties in Interest provided by the Debtors identifies AGM as a direct or indirect equity holder of the Debtors. It is my understanding that AGM does not directly hold any equity interests in any of the Debtors.

11. Upon information and belief, (i) certain direct or indirect subsidiaries or affiliates of AGM (the "**Fund Managers**"), advise the funds (the "**Funds**") that collectively own a majority of the equity of the Debtors; and (ii) AGM does not advise the Funds. Upon information and belief, neither the Debtors' voluntary commencement of the Chapter 11 Cases, nor their retention of Omni, was discussed or voted upon by the board of AGM. Mr. Beilinson does not serve on the board of, is not a manager of, is not a member of, and/or is not on the board of managers of any of the Debtors, the Fund Managers, and/or the Funds. Mr. Beilinson plays no role, either directly or indirectly, in any of the day-to-day case administration services (*e.g.,* claims processing, noticing, solicitation, etc.) which Omni provides to its clients. With respect to the Chapter 11 Cases, Mr. Beilinson will not provide, assist with, or work on, in any capacity, the services described in the Application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated: July 15, 2025
New York, NY

/s/ *Paul H. Deutch*

Paul H. Deutch
Executive Vice President
Omni Agent Solutions Inc.

# **Schedule 1**

Potential Parties in Interest

**Agents**

Wilmington Trust, National Association

**Banks**

Bank of America

**Benefits**

ADP Inc
Calm.Com Inc
Cigna Group
Concur Technologies, Inc.
Delta Dental of California
Delta Dental of Il
Empower Trust Company, LLC

Eyemed
Guardian
Lincoln National Life Ins Co
Metlife
Schwab Retirement Plan Services
Telus Health (Us) Ltd
United Healthcare Services Inc

**Bankruptcy Professionals**

AlixPartners
Latham & Watkins LLP
Omni Agent Solutions, Inc.

PJT Partners LP
Richards, Layton & Finger, P.A.

**Delaware Court Personnel**

Al Lugano
Amanda Hrycak
Annamarie Martino
Cacia Batts
Chief Judge Karen B. Owens
Claire Brady
Danielle Gadson
Demitra Yeager
Jill Walker
Judge Brendan L. Shannon
Judge Craig T. Goldblatt
Judge J. Kate Stickles
Judge John T. Dorsey
Judge Laurie Selber Silverstein

Judge Mary F. Walrath
Judge Thomas M. Horan
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale
Nikki Washington
Paula Subda
Rachel Bello
Stephen Grant
Todd Kirk
Una O'boyle
Xavier Hurt

**Delaware UST's office**

Benjamin Hackman
Christine Green

Dion Wynn
Edith A. Serrano

Elizabeth Thomas
Hannah M. McCollum
Hawa Konde
Holly Dice
James R. O'Malley
Jane Leamy
Jonathan Lipshie
Jonathan Nyaku
Joseph Cudia
Joseph McMahon

Lauren Attix
Linda Casey
Linda Richenderfer
Malcolm M. Bates
Michael Girello
Nyanquoi Jones
Richard Schepacarter
Shakima L. Dortch
Timothy J. Fox, Jr.

**Debtors**

Camaro Acquisition LLC
CareerBuilder France Holding, LLC
CareerBuilder Government Solutions, LLC
CareerBuilder, LLC
Fastweb, LLC

Luceo Solutions, LLC
Military Advantage LLC
Monster Government Solutions LLC
Monster Worldwide LLC
Zen, JV, LLC

**Direct and Indirect Equity Holders**

2584172 Ontario Inc.
AP Special Sits Camaro Holdings, LLC
Apollo Global Management, Inc.
Apollo Special Situations Fund, L.P.

Camaro Holdings, LLC
Ontario Teacher's Pension Plan
Randstad N.V.

**Directors and Officers**

Ahern Dull
Anna Phillips
Daniel Silvers
Fiona van Lede
Gregory Binder
Jarnail Badwal
Jeff Furman
Kenneth Shea

Mark Pacioni
Maxwell David
Michael Suhajda
Rebecca Henderson
Sam Gallagher
Sheri Davis
Stef Leijdekkers

**Insurers**

ACE American Insurance Company
Allianz Global Risks US Insurance Co.
Allied World National Assurance Company
American International Companies (AIG)
Aon UK Limited
Arch Insurance Company
AXIS Insurance Company

Berkley Insurance Company
Berkley Professional Liability
Chubb National Ins Co
Federal Insurance Company
Hartford Insurance Group
Hiscox Insurance Company Inc.
Illinois National Insurance Co

| | |
|---|---|
| Lexington Insurance Company | Risk Specialists Companies Ins Agcy,Inc. |
| Liberty International Underwriters | Twin City Fire Insurance Company |
| Liberty Surplus Insurance Corporation | XL Professional |
| Lloyd's Syndicate No. 3000 | XL Specialty Insurance Co |
| National Union Fire Ins Co of Pittsburgh | Zurich American Ins Co |

**Litigation**

| | |
|---|---|
| Jobget, Inc. | The New York City Commission on Human Rights |
| S Risius Ross, Llc | |

**LOC Beneficiary**

Dell Financial Services LLC

**LOC Guarantor**

Bank of America

**Non-Debtors**

| | |
|---|---|
| CareerBuilder Brasil Atividades de Internete e Participacoes LTDA. | Monster Worldwide Austria GmbH |
| | Monster Worldwide Canada Operations Inc. |
| CareerBuilder Canada Co | Monster Worldwide CZ s.r.o. |
| CareerBuilder com India Private Limited | Monster Worldwide Germany GmbH |
| CareerBuilder Information Technology (Shanghai) Co., Ltd | Monster Worldwide International Holding bv |
| CareerBuilder International Holdings B.V. | Monster Worldwide Ireland Ltd |
| CareerBuilder ProfilSoft Dutch Holdings B.V. | Monster Worldwide Italia Srl |
| | Monster Worldwide Limited |
| CareerBuilder Romania S.R.L. | Monster Worldwide Netherlands bv |
| CareerBuilder UK Holdings Limited | Monster Worldwide S.L. |
| CB Solutions Pty Ltd | Monster Worldwide SAS |
| Monster Belgium nv | Monster Worldwide Sweden AB |
| Monster Luxembourg SA | Monster Worldwide Switzerland AG |
| Monster Technologies Malaysia Sdn. Bhd | Monster.com Asia Pacific Ltd. |

**Other Parties**

| | |
|---|---|
| Blue Torch Capital | Paul Hastings |
| HIG Capital LLC | Valnet |
| JMB Capital Partners Lending, LLC | Valsoft |
| Norton Rose Fulbright US LLP | Young Conaway Stargatt & Taylor, LLP |

**RE Lease**

622 Building Company LLC (Cohen Bros)  
Equinix, INC  
Iron Mountain Data Centers LLC  

Onni 200 LaSalle Limited Partnership  
TMG 8280 Greensboro LLC  
VEF V Atlanta office Two, LLC  

**Seller Note**

Randstad MWW Inc.

**Tax Authorities**

Alabama Department of Revenue  
Alaska Department of Revenue  
Arizona Department of Revenue  
California Franchise Tax Board  
City of Philadelphia Department of Finance  
Colorado Department of Revenue  
Connecticut Department of Revenue  
Delaware Division of Revenue  
Department of the Treasury Internal Revenue Service Center  
District of Columbia Department of Revenue  
Florida Department of Revenue  
Georgia Department of Revenue  
Hawaii Department of Revenue  
Idaho Department of Revenue  
Illinois Department of Revenue  
Indiana Department of Revenue  
Iowa Department of Revenue  
Kansas Department of Revenue  
Kentucky Department of Revenue  
Louisiana Department of Revenue  

Maryland Department of Revenue  
Massachusetts Department of Revenue  
Minnesota Department of Revenue  
Mississippi Department of Revenue  
Missouri Department of Revenue  
Nebraska Department of Revenue  
New Hampshire Department of Revenue  
New Jersey Department of Revenue  
New York City Department of Finance  
New York Department of Revenue  
North Carolina Department of Revenue  
Oklahoma Department of Revenue  
Oregon Department of Revenue  
Pennsylvania Department of Revenue  
Philadelphia Department of Revenue  
South Carolina Department of Revenue  
Tennessee Department of Revenue  
Texas Department of Revenue  
Utah Department of Revenue  
Virginia Department of Revenue  
Wisconsin Department of Revenue  

**Term Loan Lenders**

Arbour Lane  
ArrowMark  
Canaras  
Cerberus  
Constitution Capital  
Crescent Capital  
Ellington  
Fortinbras Enterprise  
FourSixThree  
InvestCorp  
Morgan Stanley  

Nassau  
OFS  
Par Four / Benefit Street  
Saratoga Partners  
Zais Group

**Top Unsecured Creditors**

Acoustic LP
Adworks Ltd
Ahead Inc
Aimwel B.V.
Akin Gump Strauss Hauer & Feld
Amplitude Inc
Appcast Inc
Appian Corporation
Brazen Technologies Inc
Camelot Communications Ltd
Daymark Solutions Inc
Equinix Inc
Everlong Media LLC
Getty Images Inc
Google LLC
Ikokas Technologies Private Ltd
Iron Mountain Inc
Jobcase Inc
Jobget Inc
Jobverse Inc.

Joveo Inc
Microsoft Online Inc
Morgan Lewis & Bockius LLP
Nexxt Inc
Okta Inc
Oracle America Inc
Pwc Us Tax LLP
Quality Technology Services
Rackspace Us Inc
Recruitics Inc
Salesforce.Com Inc
Secureit Consulting Group Inc
Skadden, Arps, Slate, Meagher & Flom
Talroo Inc
Tanzilli Sociedade De Advogado
Textkernel BV
Vedder Price PC
Velaro Inc
Verinext Corp
Winston & Strawn LLP

**UCC Lien Search**

Dell Financial Services L,L,C.
Greatamerica Financial Services Corporation
Randstad MWW Solutions Inc., As Collateral Agent

Verinext Capital, LLC
Wells Fargo Financial Leasing, Inc.
Wilmington Trust, National Association, As Collateral Agent