IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 10, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 82]**

Dated: July 15, 2025

/s/ Randy Lowry

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 15th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

Exhibit A
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Botify Ltd | 23 COPENHAGEN ST | LONDON, N1 0JB | United Kingdom | | INVOICING@BOTIFY.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| BROADBEAN TECHNOLOGY LIMIITED | THE SOUTH QUAY BUILDING | 6TH FLR 189 MARSH WALL | LONDON, E149SH | United Kingdom | oliver.eagle@broadbean.com | Email First Class Mail |
| Cloudessentials Ltd | 88 NORTH STREET | HORNCHURCH ESSEX | LONDON, RM11 1SR | United Kingdom | LUKE.COTTAM@ESSENTIAL.CO.UK; HOLLY.LERCHUNDI-WILLIS@CLOUDESSENTIALS.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| FastSpring | OFFICE 2 Flr 5 TWR A BLDG 9 | DLF CYBER CITY COMPLEX PHASE III | HARYANA GURGAON, INDIA 122002 | INDIA | | First Class Mail |
| Flyp Technologies Inc., dba Uberflip | 325 Front St W 2nd Fl | Toronto, ON M5V2Y1 | Canada | | | First Class Mail |
| Forma AI, Inc. | 1 Yonge St | Suite: 2000 | TORONTO, ON M5E 1E5 | Canada | | First Class Mail |
| GROUPM B.V. | AMSTELDIJK 166 | AMSTERDAM, NL 079 LH | Netherlands | | DEBITEUREN@GROUPM.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Hays Information Technology s.r.o. | Na Florenci 2116/15 | Prague, 110 00 | Czechia | | | First Class Mail |
| Hotjar Ltd. | DRAGONARA BUS CENTRE | 5TH FLR DRAGONARA RD | PACEVILLE, MT STJ 3141 | Malta | ACCOUNTS@HOTJAR.COM | Email First Class Mail |
| IKOKAS TECHNOLOGIES PRIVATE LTD | 1917/19 GOVINDPURI EXTENSION | KALKAJI, NEW DELHI 110019 | India | | PARVINDER@IKOKAS.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| IKOKAS TECHNOLOGIES PTE LTD | Unitech Business Zone | Golf Course Extension Road | HARYANA | India | | First Class Mail |
| Kombo Technologies GmbH | LOHMUHLENSTR 65 | BERLIN, 12435 | Germany | | FABI@KOMBO.DEV; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| LINKSOFT TECHNOLOGIES A.S. | Radlická 14 | Prague, 150 00 | Czechia | | | First Class Mail |
| Lumino Health | 1 York St | Toronto, ON M5J 0B6 | Canada | | | First Class Mail |
| Monday.com | 6 Yitzhak Sadeh St | Tel Aviv, 6777506 | Israel | | | First Class Mail |
| NATEK CZECH REPUBLIC s.r.o. | Rohanské nábřeží 678/29 | Prague, 186 00 | Czechia | | | First Class Mail |
| NOMTEK SP.Z O.O | SWIDNICKA 22/12 | WROCLAW, 50-068 | Poland | | K.CHOMA@NOMTEK.COM | Email First Class Mail |
| RANDSTAD NV | Diemermere 25 | 1112 TC Diemen | Diemen | Netherlands | | First Class Mail |
| RANDSTAD PTY LTD | LEVEL 9, 83 CLARENCE ST | SYDNEY, NSW 2000 | Australia | | BIANCA.BOWDEN@RANDSTAD.COM.AU; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| Saxonica Ltd | 37 St Peter's Avenue | , BE RG4 7DH | United Kingdom | | ankita@saxonica.com | Email First Class Mail |
| ScreamingFrog | Century House, Wargrave Road, Henley-on-Thames | Oxfordshire, RG9 2LT | United Kingdom | | | First Class Mail |
| Sounarsource SA | PO BOX 765 | GENEVA 15, CH 1215 | Switzerland | | MICHAEL.EDWARDS@SONARSOURCE.COM; ACCOUNTS.RECEIVABLE@SONARSOURCE.COM; ACCOUNTSPAYABLE@MONSTERWORLDWIDE.COM | Email First Class Mail |
| SUN LIFE ASSURANCE COMPANY OF CANADA | 227 King Street South | Waterloo, ON N2J 4C5 | Canada | | | First Class Mail |
| SYSTEUM S.R.O. | Olšanská 2643/1a | Prague, 130 00 | Czechia | | | First Class Mail |

Zen JV, LLC, et al., (Case No. 25-11195)