# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                          :    Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                       :    Case No. 25-11195 (JKS)
:
       Debtors.                             :    (Jointly Administered)
:
---------------------------------------------------------- x    Re: Docket Nos. 156 - 175

## CERTIFICATE OF SERVICE

I, Huiqi Liu, hereby certify that on July 15, 2025, I caused copies of the **Schedules and Statements** [Docket Nos. 156 - 175] to be served upon the party identified below in the manner indicated:

**Via E-mail**

Linda J. Casey
Office of United States Trustee
844 King Street
Suite 2207
Wilmington, DE 19801
Email: Linda.Casey@usdoj.gov


                  */s/ Huiqi Liu*
                  Huiqi Liu (No. 6850)

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33301061v.1