# Exhibit A



**First Name** *

**Last Name** *

- [Sign In](#)
- [$0.00 Cart](#)
- [Sales: 1.877.345.5256](#)

- Looking for Jobs? [Find the Right Job. Right Now.](#)

# CareerBuilder Privacy Policy

Effective Date: January 20, 2021

## Overview

CareerBuilder, LLC and its subsidiaries and divisions (collectively, "CareerBuilder" "we" or "our") provides this Privacy Policy to explain our data and security practices and policies on CareerBuilder websites and software applications (collectively, the "Sites"). This Privacy Policy describes the types of Personal Information we collect, the sources from which we collect it, how we use the information, with whom we share it, and the choices you can make about our collection, use and disclosure of your Personal Information. The phrase "Personal Information" refers to information that personally identifies you, either directly or in combination with other information, such as your name, address, telephone number, email address, credit card number or other billing information. We also describe the measures we take to protect the security of your Personal Information and how you can contact us about our privacy practices. This Privacy Policy incorporates by reference the Terms and Conditions for the Sites, which apply to this Privacy Policy. When you visit the Sites, provide us with information or publicly post information, you consent to our use and disclosure of the information we collect or receive as described in this Privacy Policy. We provide you choices that allow you to opt-out or control how we use and share your Personal Information

Please review this Privacy Policy periodically as we may update it from time to time to reflect changes in our data practices. We will post a prominent notice on our Sites to notify you of any significant changes to our Privacy Policy and indicate the new effective date at the top of the notice. If we make material changes to the Policy that will adversely affect previously collected Personal Information, you will be notified and provided an opportunity to consent to the different practices specified in the updated Privacy Policy. If you do not consent, you may delete your account and stop visiting or using the Sites. Your continued use of the Sites after we publish or send a notice about our changes to this Privacy Policy means that you are consenting to the updated Privacy Policy.

We are also committed to ensuring that our communications are accessible to people with disabilities. To make accessibility-related requests, please contact us at (833) 971-1826 or email us HERE (choose Site Accessibility).

Click on one of the links below to jump directly to the listed section:

- Information We Collect
- How We Use the Information We Collect
- Information We Share
- Analytics
- Privacy Options for Resume Database
- Review, Update or Delete Your Account Information or Profile
- About Cookies, Tracking Choices and Third-Party Advertisers
- Links to Other Websites
- International Data Transfers
- How We Protect Personal Information
- Some Important Tips To Use When Dealing With Recruiters
- California Residents
- Children's Privacy
- How to Contact Us

# Information We Collect

CareerBuilder collects Personal Information in a fair and lawful way, for the purposes specified in this Privacy Policy. The types of information we generally may obtain can include:

- Personal information provided by you (such as via a resume uploaded to our Site or a job application sent using our Site) or collected from third party sources as described below.
- Publically available data about you from third party sites and sources, including profiles created by you on other websites, or other information you have publicly shared for the purpose of advertising or informing others about your background.
- Username and password for the account you may establish on our Sites.
- Payment details (including payment card number, security code, expiration date, cardholder name and billing address) if you buy products on our Sites.
- Your demographic information (such as zip or postal code, occupation, education and experience, and if you choose to provide it, age, gender and race or ethnicity). We collect this information either through the registration process, from your resume or in the manner described below.
- Job search behavior and preferences, and a record of the searches that you make on our Sites.
- Other details that you may submit to us or that may be included in the information provided to us by third parties.
- Technical information about your use of our sites or apps, as described below.

We have obtained and may continue to obtain information about you from various sources, including directly from you via our Sites, when you call or email us or communicate with us through social media, or when you participate in events, contests or other promotions. We also may obtain information about you from our parent, affiliate or subsidiary companies, business partners and other third parties, as well as from publicly available information.

Many people invest significant time and energy to promote their professional reputation through public forums on the Internet. We gather information relevant to your career history and work experience from these widely dispersed publicly available sources, including social media sites you may be part of, forming a "Profile." We make this Profile available to independent and company-specific recruiters for recruitment leads in a database known as "Recruitment Edge." Although we may generate a Profile about you based on publicly available information even if you do not have a CareerBuilder account, we also will include the information that you provide to us via your CareerBuilder account. Use of these Profiles are limited to recruitment lead generation and may not be used for determinations about employment or other eligibility. You can learn more about our Recruitment Edge product at our [Edge FAQ Page](). If you would prefer that we not

ompile and make this information available to recruiters, you can delete your CareerBuilder account here.

CareerBuilder provides software applications ("Apps") available to the public. If you decide to download one of our Apps, and if you authorize us to do so, we will collect your social media profile information, including your social network site use D, work email address, name, city, state, social network site profile image URL, and employment history, including job titles and company names. You may be asked to enter this information directly, or we can automatically collect it by syncing to your social media profiles. We request this information so that we may automate completion of registration forms or job applications with information stored in your social media profile. In addition, when you visit our Sites or use our Apps, we may collect certain information by automated means, such as cookies and web beacons or as provided to the app by your device's operating system, as described in more detail below. The information we may collect automatically via the Sites can include:

- Information about the devices our visitors use to access the Internet (such as the IP address and the device, browser and operating system type and other operating system support information).
- Pages and URLs that refer visitors to our Sites, also pages and URLs that visitors exit to once they leave our Sites.
- Dates and times of visits to our Sites.
- Information on actions taken on our Sites (such as page views, site navigation patterns and job view or application activity).
- A general geographic location (such as country and city) from which a visitor accesses our Sites.
- Search terms that visitors use to reach our Sites.

Note that your Personal Information may also be automatically collected, and used, as described in the "Cookies, Tracking Choices, and Third Party Advertisers section below.

Return to Top

# How We Use the Information We Collect

We may use the information we obtain about you to:

- Register, manage and maintain your account on the Sites.
- Provide products or services you request.
- Maintain your resume and/or Profile and make it available to recruiters through our products and services as described [below](#) in "Information We Share."
- Supplement your Profile with publicly available information.
- Process, validate and deliver your purchases (including by processing payment card transactions and contacting you about your orders, including by telephone).
- Maintain a record of the jobs you view or apply to on our Sites.
- Inform you of relevant job postings that may be of interest to you based on your interests as expressed previously through your job search behavior and preferences.
- Provide administrative notices or communications applicable to your use of the Sites.
- Respond to your questions and comments and provide customer support.
- Contact you and deliver information to you that, in some cases, is targeted to your interests (such as relevant services, educational or other career development opportunities); enable you to communicate with us through our blogs, social networks and other interactive media; and solicit your feedback and input. These communications will contain links for preference management and, where appropriate, unsubscribe links should you decide you do not want to receive further communications.
- Manage your participation in our events and other promotions, where you have signed up for such events and promotions.
- Operate, evaluate and improve our business and the products and services we offer.
- Analyze and enhance our marketing communications and strategies (including by identifying when emails we have sent to you have been received and read).
- Analyze trends and statistics regarding visitors' use of our Sites, mobile applications and social media assets, and the jobs viewed or applied to on our Sites.
- Analyze trends and statistics about the job market and career mobility in local economies and nationally, and provide these analytics to customers of certain CareerBuilder products and services.
- Optimize our site search engine results and permit search engine access to public Profile information.
- Protect against and prevent fraud, unauthorized transactions, claims and other liabilities, and manage risk exposure, including by identifying potential hackers and other unauthorized users.
- Enforce our Sites' [Terms and Conditions](#).

- Comply with applicable legal requirements, court orders, legal proceedings, document requests, and industry standards and our policies.

We also use certain technical information about your computer or other device and your access of the Sites (including your internet protocol address) in order to operate, maintain and manage the Sites. We collect this information by automated means, such as cookies and web beacons, as described in more detail [below].

CareerBuilder only uses your Personal Information that is necessary for the purposes described in this Privacy Policy, or as permitted by law. If we seek to use the information we obtain about you in other ways, we will provide specific notice and request your consent at the time of collection.

[Return to Top]

# Information We Share

We provide a platform that allows other members and third parties to see user profiles, and give access to those profiles or create other profiles based on platform profiles and other information from third parties or publicly available sources that we may in turn sell to third parties as part of our products and services. This section of our policy describes the various ways in which we may share your personal information. You can learn more about your privacy choices, including your right to opt-out of the sale of your personal information, [here].

We share the information that we collect from you or from third party sources with our affiliated companies, recruiters, educators and service providers. In the normal course of performing services for our clients, Personal Information may be shared within CareerBuilder and its affiliates for the purposes specified in this Privacy Policy; as well as research and statistical purposes, system administration and crime prevention or detection.

Recruiters may use your information to contact you directly. Additionally, when you apply for a job with a company through the Sites, the information supplied by you or shared through CareerBuilder products and services may become part of such company's database. Similarly, if your CareerBuilder resume or your Profile is downloaded by a recruiter, your information may become a part of their database. In these instances, the use of such information by the recruiter will be subject to

...e privacy policy of that company, and we are not responsible for that company's use of your information.

Where you have provided Personal Information on a Site that is "hosted" or "co-branded" by another company then that information will be made available to both CareerBuilder and the hosting/co-branding company. CareerBuilder is not responsible for what the hosting/co-branding company, or any third party with whom you may share your Personal Information, subsequently does with your information. You should review the privacy policy of the hosting/co-branding company to ensure that you are comfortable with how it intends to use and disclose your information.

All users should be aware that when they choose to display or distribute Personal Information (such as their email address or other contact information on a public resume) via the Sites or any other distribution method, that information can be collected and used by others. This may result in unsolicited messages from third parties. We also may share Personal Information with our service providers who help us in the delivery of our own products and services to you. These service providers are required by contract or law to only use or disclose the information as necessary to perform services on our behalf or as otherwise required by law. Where we have knowledge that a service provider or partner is using or disclosing Personal Information in a manner inconsistent with this Policy, CareerBuilder will take reasonable steps to prevent or stop such improper use and/or disclosure.

CareerBuilder preserves the right to disclose without your prior permission any Personal Information about you or your use of this Site if we have a good faith belief that such action is necessary to: (a) protect and defend the rights, property or safety of CareerBuilder, employees, other users of the Sites, or the public; (b) enforce the terms and conditions that apply to use of the Sites; (c) as required by a legally valid request from a competent governmental authority; or (d) respond to claims that any content violates the rights of third-parties. We may also disclose Personal Information as we deem necessary to satisfy any applicable law, regulation, legal process or governmental request.

In addition, Personal Information we have collected may be passed on to a third party in the event of a transfer of ownership or assets or a bankruptcy or other corporate reorganization of CareerBuilder.

[Return to Top](#)

We may combine certain non-personally identifiable Aggregate Data, or otherwise anonymized or de-identified data about our users, and use such data to prepare reports for our users (typically recruiters or educators). "Aggregate Data" for our purposes is demographic information (such as zip code, age, gender, race or ethnicity) and employment information (such as occupation, education and experience) of many individuals that is combined together. Aggregate Data is used to analyze the characteristics of various populations and does not identify any specific individuals. We may also use and share anonymized or de-identified data to track trends in the labor market as well as use of our products and services. Some Aggregate Data analytics reports can be used to better understand individual Profiles. For example, our Recruitment Edge product provides aggregate data trends on the longevity of specific career positions to allow recruiters to identify Profiles of individuals who may be more likely to be interested in making a career move.

We also use third party analytics services to help better understand the use of our sites, which is further described in the Cookies section **below**.

**Return to Top**

# Privacy Options for Resume Database

Posting your resume on the Sites puts you in front of thousands of recruiters with open positions each day. When you post your resume, we automatically create a registration for you using the email address and password that you supply. When you return to the Sites in the future you will use that same email address and password to access and edit your existing resume.

We know that our job seekers have varying levels of comfort when it comes to publicly posting their resume on the Internet. To accommodate the needs of all users, CareerBuilder has 2 levels of resume privacy from which you can choose. Please note that these privacy settings only apply to whether or not your resume is publicly available to third parties. CareerBuilder will still collect, use or disclose Personal Information, as well as anonymous, aggregated information about you and your visits to our website in the manner described in this Privacy Policy.

1. **Standard Posting on the Searchable Database**
   When you post your resume to the Sites, it will automatically be visible to

employers unless you opt out of this default option and make your resume
private (described below). The standard posting option gives you the most
visibility to the broadest recruiter audience possible by making your resume
searchable in our resume database. If you select this option, any registered
company (or individual recruiter) user who purchases access to the database
can view your resume and contact details (to the extent you include them in
your resume).

2. **Private Posting**
   Private posting prevents your resume from being searchable by recruiters in
   the CareerBuilder resume database. The benefit of uploading a private resume
   is that you can quickly and easily apply for specific jobs with the resume that
   you have on file without retyping your information.

We attempt to limit access to our searchable databases to legitimate users, but
cannot guarantee that other parties will not gain access to these searchable
databases. While we limit access and use of information from our products and
services in our Terms and Conditions, we cannot control the use of information by
third parties once they obtain that information from our products and services or
other publicly available sources. Accordingly, you should not put information you
would not want made public in your resume or to a public website—regardless of
whether you elect a standard posting or a private posting.

Return to Top

# Review, Update or Delete Your Account Information or Profile

CareerBuilder takes reasonable steps to ensure that Personal Information is
reliable for its intended use; as well as being current, accurate, and complete.
However, information is collected from a variety of sources, and cannot be
guaranteed to be current, accurate or complete, and in particular, we are not
responsible for the accuracy or completeness of information whose source
CareerBuilder does not control. As part of our efforts to maintain Personal
Information which is reasonably accurate, current, and complete; we need your
help. You can update your profile directly on our Site. If you know that your
Personal Information which you have provided to us is no longer accurate or

complete, and you cannot update or correct the data via the Sites, please let us know by contacting us via the point of contact described below.

You may access, update and amend Personal Information included in your online CareerBuilder account or remove your resume from our resume database at any time by logging into your account and making the necessary changes. You may also delete your account, including your Personal Information and any resumes, from our resume database at any time by logging in to your account and making an account deletion request.

You may also request a copy of your Recruitment Edge Profile to review, edit or update by contacting us at 1.800.891.8880 or emailing clientsupport@careerbuilder.com.  Please note that when you request the deletion of your Profile, we will use the email address you provide in the opt-out process to match you to your Profile. Therefore, you will need to submit your request using the email address listed on your Profile or we will not be able to complete your request.

Please be advised that, even in the event of a successful account or Profile deletion, recruiters and others who have paid for access to our databases, as well as parties who have otherwise gained access to our databases may have retained a copy of your resume or Profile information in their own files or databases. Additionally, if you have applied to a job at a particular company in the past, that company will still have access to your resume. We cannot control the retention, use or privacy of resumes or Profiles that have been downloaded by third parties, and, you will not be able to delete data held by third parties that already have accessed and downloaded your Profile information or resume. In addition, we will retain anonymous Aggregate Data for uses described in this privacy policy.

Please allow up to thirty days to process your account or Profile deletion request.

Return to Top

# Message Center Communications and Preferences

Your account has a CareerBuilder Message Center. If you have made your resume public so that recruiters can reach out to you, they can use the Message Center to send you messages--and you can use the Message Center to respond--through a private proxy message without disclosing your personal email address. However, if you have previously provided your contact information, or you provide your email

r phone number on your resume, recruiters can continue to reach out to you directly. The Message Center provides you options to opt-out of future communications from certain senders, which will prevent them from using the Message Center to reach out to you. The Message Center communication preferences will not, however, impact communications from recruiters or other third parties outside of CareerBuilder's Message Center.

Return to Top

# About Cookies, Tracking Choices, and Third Party Advertisers

A "cookie" is a text file that websites send to a visitor's computer or other Internet-connected device to uniquely identify the visitor's browser or to store information or settings in the browser. A "web beacon," is also called a *Web bug* or a *pixel tag* or *. clear* GIF. Used in combination with cookies, a *Web beacon* is an often-transparent graphic image, usually no larger than 1 pixel x 1 pixel, that is placed on a website or in an e-mail that is used to monitor the behavior of the user visiting the Web site or sending the e-mail.

CareerBuilder uses cookies and other similar technologies for the convenience of our users. Cookies enable us to serve secure pages to our users without asking them to sign in repeatedly. CareerBuilder also uses cookies to store non-personally identifying information about you such as past jobs viewed and job searches conducted by your computer in a cookie that it places on your computer. We do this in order to present you with job recommendations based on your interests as expressed previously through your searches. Lastly, CareerBuilder uses cookies to ensure the proper functioning and efficiency of our Sites. Most Internet browsers enable you to erase cookies from your computer hard drive, block all cookies, or receive a warning before a cookie is stored. Please be aware, however, that some CareerBuilder features or services may not function properly without cookies.

CareerBuilder permits third party cookies on its Sites. For example, third party tools located on the Sites, including those that allow for social media sharing, may use cookies to remember user preference settings. CareerBuilder also uses web analytics services provided by third parties, which use cookies to collect non-personal information about details of our users' visits to the Sites (including IP addresses) and the resources they access on the Sites. These third party web

analytics services provide us with reports based on this information in order to help us understand how visitors engage with the Sites.

We use third-party advertising companies who may place or access cookies on your computer hard drive to distinguish your web browser uniquely and to keep track of information relating to serving ads on your web browser, such as the type of ads shown and the webs pages on which the ads appeared. These companies may use information about your visits to these Sites and to other sites in order to provide advertisements about goods and services of interest to you on our Sites or on other, third party, sites. We also may give third party advertisers the ability to tailor their advertisements on our Sites using demographic and preference information we provide to them in aggregate form. This information does not identify you individually.

These companies operate under their own privacy policies and CareerBuilder encourages you to be aware of the privacy policies of such companies. CareerBuilder does not have control over or access to any information contained in the cookies that are set on your computer by third party advertisers.

Our Site does not respond to web browser "do not track" signals. However, we endeavor to comply with industry self-regulatory advertising principles. To help prevent and limit the automatic collection of information by any participating third party advertisers, including the collection of personally identifiable information about an individual's online activities over time and across third-party Web sites or online services, you may opt-out of such collection by clicking the Ad Choices icon located within the ad, by accessing the "about ads" opt-out site, or by accessing the NAI opt-out site.  Please note that this opt-out is cookie-based. If you buy a new computer, change web browsers or delete this cookie, you will need to perform the opt-out task again. To obtain instructions regarding deleting or disabling cookies from third party advertising companies that are not members of the About Ads or NAI self-regulatory behavioral ad opt-out groups, please click here.

In addition, some of the recruiters that use our Sites may place cookies on your computer through their job postings and may use such cookies to distinguish your web browser uniquely. Often, recruiters use such information to track the effectiveness of their job postings by measuring how many users who view their postings later became job applicants. To obtain guidance regarding deleting or disabling cookies, please click here.

Return to Top

# Links to Other Websites

Our Sites may contain links to other sites for your convenience and information. These sites may be operated by companies not owned by CareerBuilder. These other sites or linked third-party sites may have their own privacy notices, which you should review if you visit those sites. We are not responsible for the content of any sites not owned by CareerBuilder, any use of those sites, or those sites' privacy practices.

Return to Top

# International Data Transfers

When we obtain Personal Information about you, we may process and store the information outside of the country in which you are located, including in the United States. The countries in which we process the information may not have the same data protection laws as the country in which you are located. Further, users who access your information also may be located in a different country than you and different laws may apply to their use of your information. By using the Sites you hereby affirmatively consent to the processing of your Personal Information in a country which may not have the same level of privacy protection as your country of residence. Should you withdraw this consent, you should delete your account and you agree that you will not use or visit the Sites subsequent to your withdrawal of such consent.

CareerBuilder complies with the EU-U.S. and Swiss-U.S. Privacy Shield Frameworks as set forth by the U.S. Department of Commerce regarding the collection, use, and retention of personal information transferred from the European Union and Switzerland to the United States. CareerBuilder has certified to the Department of Commerce that it adheres to the Privacy Shield Principles. With regards to personal data received from the European Union and Switzerland, if there is any conflict between the terms in this Privacy Policy and the Privacy Shield Principles, the Privacy Shield Principles shall govern. To learn more about the Privacy Shield program, and to view our certification, please visit https://www.privacyshield.gov/.

On July 16, 2020, the Court of Justice of the European Union issued a judgment declaring as "invalid" the European Commission's Decision (EU) 2016/1250 of 12 July 2016 on the adequacy of the protection provided by the EU-U.S. Privacy

Shield. On September 8, 2020, the Federal Data Protection and Information Commissioner of Switzerland issued an opinion concluding that the Swiss-U.S. Privacy Shield Framework does not provide an adequate level of protection for data transfers from Switzerland to the United States pursuant to the Swiss law. As a result of these decisions, the Privacy Shield Framework is no longer a valid mechanism to comply with EU and Swiss data protection requirements when transferring personal data from the EU and Switzerland to the United States. Nevertheless, that decision does not relieve us of our Privacy Shield obligations, and CareerBuilder will continue to comply with the Privacy Shield Principles in respect of such personal data. CareerBuilder's participation in the Privacy Shield Frameworks does not apply at this time to CareerBuilder's human resources data or to any other personal data not described in this Privacy Policy. Moreover, CareerBuilder may establish alternative grounds for transferring personal information, depending on the particular data flows, such as the execution of Standard Contractual Clauses.

CareerBuilder's accountability for personal data that it receives under the Privacy Shield Frameworks and subsequently transfers to a third party is described in the Privacy Shield Principles. CareerBuilder remains responsible and liable under the Privacy Shield Principles if CareerBuilder's third-party agents process personal data on CareerBuilder's behalf in a manner inconsistent with the Principles, unless CareerBuilder demonstrates that it is not responsible for the event giving rise to the damage.

In compliance with the EU-U.S. and Swiss-U.S. Privacy Shield Principles, CareerBuilder commits to resolve complaints about your privacy and our collection or use of your Personal Information. European Union or Swiss citizens with inquiries or complaints regarding this Privacy Policy should first contact CareerBuilder at EUComplaints@careerbuilder.com.

CareerBuilder has further committed to refer unresolved privacy complaints under the Privacy Shield Principles to an independent dispute resolution mechanism, the BBB EU PRIVACY SHIELD, operated by the Council of Better Business Bureaus. If you do not receive timely acknowledgment of your complaint, or if your complaint is not satisfactorily addressed by CareerBuilder, please visit http://www.bbb.org/EU-privacy-shield/for-eu-consumers for more information and to file a complaint.

Under certain conditions, more fully described on the Privacy Shield website, you may be entitled to invoke binding arbitration before the Privacy Shield Panel when other dispute resolution procedures have been exhausted.

with respect to personal data received or transferred pursuant to the Privacy Shield Frameworks, CareerBuilder is subject to the regulatory enforcement powers of the U.S. Federal Trade Commission. In certain situations, CareerBuilder may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

CareerBuilder acknowledges the right of EU and Swiss individuals to access their personal data. Individuals wishing to do so should refer to the section within this policy headed "Review, Update or Delete Your Account Information or Profile," located earlier in this document.

Return to Top

# How We Protect Personal Information

CareerBuilder maintains reasonable administrative, technical and physical policies, procedures and safeguards, as well as a SOC-2 Type-2 Attestation, designed to assist us in protecting the Personal Information we collect against accidental, unlawful or unauthorized destruction, loss, alteration, access, disclosure or use.

Please note that no electronic transmission, storage or processing of information can be entirely secure. We cannot guarantee that the security measures we have in place to safeguard Personal Information will never be defeated or fail, or that those measures will always be sufficient or effective. Therefore, although we are committed to protecting your privacy, we do not promise, and you should not expect, that your Personal Information will always remain private or secure.

As a user of the Sites, you understand and agree that you assume all responsibility and risk for your use of the Sites, the internet generally, and the documents you post or access and for your conduct on and off the Sites.

To further protect yourself, you should safeguard your CareerBuilder account user name and password and not share that information with anyone. You should also sign off your account and close your browser window when you have finished your visit to our Sites. Please note that we will never ask for your CareerBuilder account user name or password via email.

Return to Top

# Some Important Tips To Use When Dealing With Recruiters

- You should use your own careful judgment about whether and what information to provide to recruiters.
- DO NOT PUT SENSITIVE INFORMATION, such as your Social Security number, on your resume.
- If restricted or prohibited by the local laws in the jurisdiction where you reside, do not provide CareerBuilder, or otherwise include in your resumes or Profiles other sensitive information that reveals racial or ethnic origin, political opinions religious or philosophical beliefs, trade-union membership, health or sex life, genetic or biometric data, the commission of criminal offences or proceedings or unlawful or objectionable conduct and associated penalties or fines.
- CareerBuilder's Sites are open to the public, and we cannot guarantee that all users of our services have a legitimate need to the information they seek.
- Do not provide your social security number, national identification number or any state, provincial or other local identification number to any third party via online application. Identity thieves may attempt to trick you into providing sensitive information. Do not provide any non-work related personal information (i.e., your social security number or any other state or national identification number, eye color, marital status, etc.) over the phone or online.
- Job seekers should never provide credit card or bank numbers or engage in a monetary transaction of any sort.
- Be cautious when dealing with contacts outside of your own country.

For additional details regarding How To Spot Fraud Online, please click here.

We use secure socket layer (or "SSL") technology to protect credit card transactions. The SSL technology encrypts credit card numbers while in transit so that they are not intercepted by unintended third parties. We use Clover Network, Inc. to process credit card purchases and their privacy policy may be viewed here.

Return to Top

# California Privacy Rights and Disclosures

*Shine the Light.* California law permits its residents to request and receive information about a business' disclosure of certain categories of Personal Information to other companies for their use in direct marketing. If you are a

California resident and a user of any of the Sites, you can request a copy of this information from CareerBuilder by sending an email to riskandcompliance@careerbuilder.com or by letter to CareerBuilder at 3445 Peachtree Rd NE, Suite 700, Atlanta, GA 30326, Attention: Risk & Compliance. Please include your name and email address in email requests, and your name and postal address in mail requests.

**CCPA Rights.** This California Privacy Rights and Disclosure section addresses legal obligations and rights specified in the California Consumer Privacy Act, or CCPA. The following chart describes the categories of Personal Information we may have collected about you in the past 12 months and, for each category, where and why we collected it, and the categories of entities with which we shared the Personal Information.

| Category of Personal Information | Sources from which Personal Information was collected | Purpose of collection | Categories of entities with which Personal Information was shared | Categories of entities with which Personal Information was sold |
|---|---|---|---|---|
| Address and other identifiers – such as name, postal address, email address, account name, Social Security number, driver's license number, passport number, or other similar identifiers | From you (e.g., your CareerBuilder profile) From other CareerBuilder users, including recruiters<br><br>Automated collection on our Sites, services, products, applications, databases, devices, | To provide the CareerBuilder platform and related recruiting services<br><br>Business Operations<br><br>Marketing<br><br>Cybersecurity, fraud prevention and other security purposes | Service Providers<br><br>Government entities<br><br>Third parties pursuant to lawful process<br><br>Third parties to whom you have intentionally interacted with (e.g., potential | Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers<br><br>Affiliates and other business partners |

| Information | Personnel | employers on |
|---|---|---|
| systems and networks, and through cookies | Services | our site) |
| | Personnel Administration | Other CareerBuilder members and service customers |
| Service providers, business partners, data brokers and other third party contacts | Regulatory and Legal | |
| | | Third party advertisers and analytics providers |
| Publicly available sources (e.g., Social Media) | | Affiliates and other business partners |
| Government sources and records | | |

| | | | | |
|---|---|---|---|---|
| Unique and online identifiers – such as IP address, device IDs, or other similar identifiers | Automated collection on our Sites, services, products, applications, databases, devices, information systems and networks, and through cookies<br><br>Service providers, business partners, data brokers and other third party contacts<br><br>Publicly available sources (e.g., Social Media) | To provide the CareerBuilder platform and related recruiting services<br><br>Business Operations<br><br>Marketing<br><br>Cybersecurity, fraud prevention and other security purposes<br><br>Regulatory and Legal | Service Providers<br><br>Government entities<br><br>Third parties pursuant to lawful process<br><br>Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers<br><br>Affiliates and other business partners | Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers<br><br>Affiliates and other business partners |
| Commercial information – such as records of personal property, products or services purchased, obtained, or considered, or | From you (e.g., your CareerBuilder profile) From other CareerBuilder users, including recruiters | To provide the CareerBuilder platform and related recruiting services<br><br>Business Operations | Service Providers<br><br>Government entities<br><br>Third parties pursuant to lawful process | Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers |

| other purchasing or consuming histories or tendencies | Automated collection on our Sites, services, products, applications, databases, devices, information systems and networks, and through cookies<br><br>Service providers, business partners, data brokers and other third party contacts<br><br>Publicly available sources (e.g., Social Media)<br><br>Government sources and records | Marketing | Third parties to whom you have intentionally interacted with (e.g., potential employers)<br><br>Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers<br><br>Affiliates and other business partners | Affiliates and other business partners |
| --- | --- | --- | --- | --- |
| Education or other professional information | From you (e.g., your CareerBuilder profile) From other CareerBuilder users, | To provide the CareerBuilder platform and related recruiting services | Service Providers<br><br>Government entities | Other CareerBuilder members and service customers |

| Including recruiters | Business Operations | Third parties pursuant to lawful process | Third party advertisers and analytics providers |
|---|---|---|---|
| Automated collection on our Sites, services, products, applications, databases, devices, information systems and networks, and through cookies<br><br>Service providers, business partners, data brokers and other third party contacts<br><br>Publicly available sources (e.g., Social Media)<br><br>Government sources and records | Marketing<br><br>Cybersecurity, fraud prevention and other security purposes<br><br>Personnel Services<br><br>Personnel Administration<br><br>Regulatory and Legal | Third parties to whom you have intentionally interacted with (e.g., potential employers)<br><br>Other CareerBuilder members and service customers<br><br>Third party advertisers and analytics providers<br><br>Affiliates and other business partners | Affiliates and other business partners |
| Audio or video footage collected using CCTV cameras | Directly from you (when you visit one of you | Cybersecurity, fraud prevention and other | Service Providers | Other CareerBuilder members and |

| | premises that uses this technology) | security purposes | Government entities | service customers |
|---|---|---|---|---|
| | | Personnel Services | Third parties pursuant to lawful process | Third party advertisers and analytics providers |
| | | Personnel Administration | Other CareerBuilder members and service customers | Affiliates and other business partners |
| | | Regulatory and Legal | Third party advertisers and analytics providers | |
| | | | Affiliates and other business partners | |

| Inferences drawn from CCPA PI – such as individual profiles, preferences, characteristics, behaviors | From you (e.g., your CareerBuilder profile) From other CareerBuilder users, including recruiters

Automated collection on our Sites, services, products, applications, databases, devices, information systems and networks, and through cookies

Service providers, business partners, data brokers and other third party contacts

Publicly available sources (e.g., Social Media)

Government sources and | To provide the CareerBuilder platform and related recruiting services

Business Operations

Marketing

Cybersecurity, fraud prevention and other security purposes | Service Providers

Government entities

Third parties pursuant to lawful process

Other CareerBuilder members and service customers

Third party advertisers and analytics providers

Affiliates and other business partners | Other CareerBuilder members and service customers

Third party advertisers and analytics providers

Affiliates and other business partners |
|---|---|---|---|---|

# Your California Privacy Rights to Access and Know About Information We Collect and Share about You

California residents may have the right to request certain information about our practices with respect to Personal Information. In particular, you can request the following information regarding the personal information we collected or used about you in the 12 months prior to our receipt of your request:

- The categories of your Personal Information that we've collected.
- The specific pieces of your Personal Information that we have collected.
- The categories of sources from which we collected Personal Information.
- The business or commercial purposes for which we collected or sold Personal Information.
- The categories of personal information we disclosed for a business purpose in the preceding 12 months, and for each category identified, the categories of third parties with which we shared Personal Information.

You can submit a request to us for the following additional information:

- The categories of third parties to whom we've sold Personal Information, and the category or categories of Personal Information sold to each.
- The categories of Personal Information that we've shared with service providers who provide services for us, like processing your bill.

To exercise your CCPA rights with request to this information, either click here or contact us at (833) 971-0574. These requests for disclosure are generally free.

# Your Right to Request the Deletion of Personal Information

Upon your request, we will delete the Personal Information we have collected about you, unless the law allows us to retain it. For example, we will not delete when the information is necessary for us to: provide you with a product or service that you requested; perform a contract we entered into with you; maintain the functionality or security of our systems; comply with or exercise rights provided by the law; or use the information internally in ways that are compatible with the context in which you provided the information to us, or that are reasonably aligned with your expectations based on your relationship with us.

to exercise your right to request the deletion of your Personal Information, either
click here or contact us at (833) 971-0574. These requests for disclosure are
generally free.

## Your Right to Ask Us Not to Sell Your Personal Information

You can always tell us not to sell your Personal Information. You can exercise this
right by clicking on this link: "Do Not Sell My Personal Information". This link will
allow you to exercise your right to opt-out of the sale of your Personal Information
under applicable law, and provide the mechanism for you to submit certain
Personal Information we will use to verify your identity and the validity of your
request.

Once we receive and authenticate your request that we not sell your Personal
Information, we will discontinue selling it unless you subsequently expressly
authorize us to do so. We may ask for your permission to resume sale of your
Personal Information at a later date, but will wait at least 12 months from receipt of
your request before doing so.

## Our Support for the Exercise of Your Data Rights

We are committed to providing you control over your Personal Information. If you
exercise any of these rights explained in this section of the Privacy Policy, we will
not disadvantage you. You will not be denied or charged different prices or rates
for goods or services or provided a different level or quality of goods or services.

## How We Will Handle a Request to Exercise Your Rights

For requests to access, know, and/or delete, we will first acknowledge receipt of
your request. We will provide a substantive response to your request as soon as
we can, generally within 45 days from when we receive your request, although we
may be allowed to take longer to process your request under certain
circumstances. If we expect your request is going to take us longer than normal to
fulfill, we'll let you know.

When you make a request to access or delete your Personal Information, we will
take steps to verify your identity. These steps may include asking you for Personal
Information, such as your name, address, or other information we maintain about
you. If we are unable to verify your identity with the degree of certainty required,

we will not be able to respond to the request, we will notify you to explain the basis of the denial.

You may also designate an authorized agent to submit requests on your behalf. If you do so, you will be required to verify your identity by providing us with certain Personal Information as described above. Additionally, we will also require that you provide the agent with written permission to act on your behalf, and we will deny the request if the agent is unable to submit proof to us that you have authorized them to act on your behalf.

## *Additional Facts about How We Share Your Personal Information*

We may also share Personal Information with third parties to comply with legal obligations; when we believe in good faith that an applicable law requires it; at the request of governmental authorities or other third parties conducting an investigation; to detect and protect against fraud, or any technical or security vulnerabilities; to respond to an emergency; or otherwise to protect the rights, property, safety, or security of our business, third parties, visitors to our websites, or the public. We may also share Personal Information with any person to whom we transfer any of our rights or obligations under any agreement, or in connection with a sale, merger or consolidation of our business or other transfer of our assets whether voluntarily or by operation of law, or who is otherwise deemed to be our successor or transferee.

We do not grant access to your Personal Information to any other categories of third parties unless we say so in this Privacy Policy, which we may amend from time to time, or unless the law requires it.

Return to Top

# Children's Privacy

We do not knowingly collect, maintain, or sell information from anyone under the age of 16. If you are under 16, please do not use the Sites. In the event that we learn that we have collected personal information from a child under the age of 16 we will delete that information as quickly as possible.

# How to Contact Us

You can direct questions regarding this Privacy Policy to CareerBuilder by emailing us at [riskandcompliance@careerbuilder.com](mailto:riskandcompliance@careerbuilder.com) or by letter to CareerBuilder at 3445 Peachtree Rd NE, Suite 700, Atlanta, GA 30326, Attention: Risk & Compliance. Please include your name and email address in email requests, and your name and postal address in mail requests. You may also reach out to us at (833) 971-5574.

Return to Top

# Sign Up for the Latest Industry News, Tips and Advice

Email [Your Email Address]  Subscribe