# Exhibit B

**CareerBuilder**®  Jobs   Upload/Build Resume   Salaries & Advice   Recommended Jobs   Post a Job   Sign In   Sign U

100,000 Careers

Back to CareerBuilder.com

# OVERVIEW

Millions of job seekers, recruiters, and employers trust CareerBuilder to help them connect. We also want you to trust our data privacy and security practices that make those connections possible. CareerBuilder, LLC, and its subsidiaries, and divisions, including CareerBuilder Government Solutions and CareerBuilder Canada Co. (collectively, "CareerBuilder", "we", "us", or "our") provide this Privacy Policy to be transparent about our data privacy and security practices. This Privacy Policy only applies to our practices—it does not apply to the practices of third parties, including some users on our websites and applications. This Privacy Policy describes the types of personal information we collect, the sources from which we collect it, how we use it, with whom we share it, and the choices you can make to control our use of your personal information. The phrase "personal information" refers to information that relates to you, either directly or indirectly, such as your name, address, telephone number, email address, credit card number or other billing information, and browsing data. This Privacy Policy also describes the measures we take to protect your personal information and how you can contact us for more details about our privacy practices. By continuing to use our services, you acknowledge that you accept our Terms and Conditions and have read and understand this Privacy Policy.

When you visit our websites, use our apps, provide us with information, or participate in our services, you consent to our collection, use, and disclosure of your personal information as described in this Privacy Policy.

Please review this Privacy Policy periodically as we update it from time to time to reflect changes in our data privacy practices. We will provide a notice to you via our website when we make changes to our Privacy Policy. If we make changes that affect previously collected personal information, you will be provided an opportunity to consent to the different practices specified in the updated Privacy Policy.

Click on one of the links below to jump directly to the listed section:

- Information We Collect
  - Personal Information
  - Sensitive Information & Special Category Data
- Sources of Information
  - Job Seekers
  - Other Parties
  - Publicly Available Information
  - Cookies, Browsing Data, & Tracking
- How We Use the Information We Collect
  - Recruitment Edge Profiles & Job Seeker Profiles
  - Analytics on Aggregate Data
- How We Disclose Information to Others
- Your Privacy Rights & Options
  - Rights
  - Exercising Your Rights
  - Privacy Metrics
  - Privacy Options for Resume Database
  - Deleting or Updating Your Account
  - Message Center Communications and Preferences
  - Tips For Dealing With Recruiters
  - Privacy Options to Limit Cookies and Trackers
- Links to Other Websites
- International Data Transfers
- Security
- Children's Privacy
- How to Contact Us

## INFORMATION WE COLLECT

In the preceding twelve months:

- Analytics & Automatically Collected Data
- Browsing Information
- Commercial Information
- Contact Information
- Education & Skills
- Employment Information
- Financial Information
- Geolocation Information
- Government Identifiers
- Habits & Personality Information
- Personal Identification
- Professional Experience & Affiliations
- Profiles, Inferences, & Generated Data
- Sensory & Electronic Information
- Social Media Data
- User Account Information

**When do we collect this information?** We collect this information when you take certain actions like interacting with our websites or apps, uploading a resume, or chatting with recruiters or our support team. We collect this information automatically when we acquire publicly available information or when you browse our websites and apps. We also get information when we interact with our customers and recruiters at events or through contests, purchase it, or receive services from our vendors.

**How long do we keep this information?** We will retain your personal information as long as it is necessary for the purposes set out in this Privacy Policy, as long as your Job Seeker Profile with us remains active, until you request that we delete it, as needed to provide our products and services to you, or until we no longer have a legal obligation to keep it. However, you may exercise your right to delete personal information at any time by following the rights request process. Please understand that residual copies of the personal information may be maintained for the purposes of maintaining secure data backups. We do not have the ability to delete copies of resumes, messages, or other personal information downloaded or copied onto the systems of employers and recruiters. The best way to ensure you control your information is to give CareerBuilder, recruiters, and employers only the personal information that you are completely comfortable sharing with us.

In the event you delete your Job Seeker Profile with us, we will retain your personal information when it is necessary to comply with our legal obligations (for example, retaining the information for tax purposes), resolve disputes (for example, if the data is related to a lawsuit), enforce our agreements, or as otherwise described in this Privacy Policy.

Learn more about the personal information we collect, when we collect it, and how long we retain it using the dropdown menu below.

More About the Data We Collect

## SENSITIVE INFORMATION & SPECIAL CATEGORY DATA

**Let's be clear: we do not want your sensitive information and strive to limit it on our website and apps to the greatest extent possible.** In some cases, this information is a valuable part of connecting job seekers to employers, like creating opportunities to connect and message each other through our platforms. But we do not want the types of data traditionally shared between applicants and employers, like your Social Security number. Limit the sensitive personal information we have access to by following these tips.

**Sensitive information sometimes enjoys special legal protection.** You may have legal rights to limit how we use your sensitive personal information. Please contact us if you have any questions or concerns about how we collect, use, and share sensitive personal information.

CareerBuilder collects, uses, or has access, if provided, to the following types of sensitive information:

- Precise geolocation
- Email or message content



More About Sensitive Information

100,000 Careers

media sites you may be part of, forming a "Recruitment Edge Profile." We make this Recruitment Edge Profile available to independent and company-specific recruiters for recruitment leads in a database known as "Recruitment Edge." Although we may generate a Recruitment Edge Profile about you based on publicly available information even if you do not have a CareerBuilder account, we also will include the information that you provide to us via your CareerBuilder account. Use of these Profiles are used for recruitment lead generation. You can learn more about our Recruitment Edge product at our Edge FAQ Page. If you would prefer that we not compile and make this information available to recruiters, you can opt-out of this service here.

# SOURCES OF INFORMATION

CareerBuilder collects data from a variety of places—both online and offline. These are the categories of sources from which we collect personal information.

## Job Seekers

Job Seekers provide us information voluntarily when they take actions like:

- Create an account with us
- Upload a resume
- Answer questionnaires and surveys from recruiters and employers

Job Seekers provide us information automatically when they take actions like:

- Browse our websites or use our apps
- Link social media accounts to their CareerBuilder profile

Note that we generate some information from job seekers automatically, even if they do not have a Job Seeker Profile with us. More information is available in the Recruitment Edge Profile section.

Click the dropdown below to learn more about what information we receive from job seekers and how we collect that information.

More Info About Job Seekers

## OTHER PARTIES

We collect personal information from other participants in the job search and placement process and from those who help us provide you our services.

These sources are

- Data retailers
- Recruiters, employers, and customers
- Our service providers and vendors

Click the dropdown below to learn more about who these other parties are, what information we receive from them, and how we collect that information.

More Info About Other Parties

## COOKIES & TRACKERS

We use cookies and other embedded tracking technology like pixels and web beacons to automatically collect users' browsing information when they use our websites and apps.

You will find other parties' trackers on our websites and apps too. Other parties post jobs on our website and some recruiters send emails that have cookies or web beacons embedded in them. These are called third-party cookies. Some third-party cookies are used to track a particular user's activity across the Internet.

You can control browsing information collected through cookies and trackers. To learn about your options to control the collection of browsing information, click here. You may have rights regarding the collection of browsing information. Learn more about your rights here.

# HOW WE USE THE INFORMATION WE COLLECT

**We use personal information for a variety of business purposes.** When you share personal information with us, we use it across our products–not just for the individual website, service, subscription, or CareerBuilder product you are using. For example, we use the information we obtain about you to:

Provide, Customize, and Improve the Services

- Administer your account on our websites, and apps and in conjunction with our products
- Provide products or services you request
- Make your resume and Job Seeker Profile available to recruiters through our products and services
- Supplement your profile with publicly available information
- Process, validate, and deliver your purchases
- Support our customers and respond to your questions
- Manage your participation in our events and other promotions, where you have signed up for such events and promotions.
- Operate, evaluate, and improve our the products and services we offer
- Analyze and enhance our marketing communications and strategies, like identifying when emails we have sent to you have been received and read
- Analyze trends and statistics regarding visitors' use of our websites, apps, and social media assets, like the top jobs viewed on both our websites and third-party websites
- Analyze trends and statistics about the job market and career mobility in local and national markets
- Provide job market trends, analysis, and metrics to our customers who buy certain CareerBuilder products and services

Market the Services

- Maintain a record of the jobs you view and apply to, both on our websites, apps and products and on third-party websites
- Optimize our website search engine results and permit search engine access to public Job Seeker Profile information
- Contact you to deliver career development opportunities, educational opportunities, or services that are targeted to your interests

Correspond with You

- Inform you of job postings that may be relevant to you based on your interests as expressed through your job search behavior and preferences
- Provide notices about the use of our websites and apps, like updates to this Privacy Policy
- Enable you to communicate with us through our blogs, social networks, and other interactive media
- Solicit your feedback and input

Meet Legal Requirements and Enforce Legal Terms

- Protect against fraud, unauthorized transactions, and other liabilities
- Secure our website and apps by identifying potential hackers and unauthorized users
- Enforce our **Terms and Conditions**
- Comply with applicable legal requirements, court orders, legal proceedings, document requests, industry standards, and our internal policies

# RECRUITMENT EDGE PROFILES & JOB SEEKER PROFILES

**We generate two different types of Profiles.** We create a Job Seeker Profile for job seekers when a resume is uploaded to our websites and apps. The second type of Profile is a Recruitment Edge Profile. Recruitment Edge Profiles are used by our customers to generate hiring leads and find the perfect job candidate.

**How we create Recruitment Edge Profiles.** Many people invest significant time and energy to promote their professional reputation through public forums on the Internet. We gather information relevant to your career history and work experience from these widely dispersed public available sources, including social media sites, forming a Recruitment Edge Profile. We may generate a Recruitment Edge Profile about you

Jobs    Upload/Build Resume                                      Recommended Jobs    Post a Job    Sign In    Sign U

employment or other eligibility. We make this Recruitment Edge Profile available to recruiters for recruitment leads. You can learn more about our Recruitment Edge product at our Edge FAQ Page.

If you would prefer that we not compile and make this information available to recruiters, you can opt out of this service here.

## ANALYTICS ON AGGREGATE DATA

**How we create aggregate datasets.** We compile aggregated information for labor market research and statistical purposes. The compilation process begins by de-identifying any personal information within the dataset. We do not recombine de-identified data with other datasets at any point nor do we attempt to re-identify individuals within the dataset. Therefore, the data used for Aggregate Data analytics is no longer related or linkable, either directly or indirectly, to a particular individual.

"Aggregate Data" for our purposes is the demographic information (such as zip code, age, gender, race or ethnicity) and employment information (such as occupation, education and experience) of many individuals that is combined together.

**Aggregate Data is used to analyze the characteristics of various populations.** We collate Aggregate Data which is disclosed in prepared reports for our users (typically recruiters or educators). We may also use and disclose de-identified data to track trends in the labor market as well as use of our products and services. Some Aggregate Data analytics reports can be used to better understand individual Careerbuilder profiles. For example, our Recruitment Edge product provides trends on the longevity of specific career positions to allow recruiters to identify CareerBuilder Profiles of individuals who may be more likely to be interested in making a career move.

We also use third-party analytics services to help better understand the use of our websites and apps, which is described in the Cookies section.

## HOW WE DISCLOSE INFORMATION TO OTHERS

We disclose your personal information in the following circumstances:

**When you consent.** Out of respect for your privacy, CareerBuilder will not disclose your personal information to others without your consent, except as specified in this Privacy Policy.

**When you publicly post the information.** All users should be aware that when they choose to display or distribute personal information (such as their email address or other contact information on a public resume), that information can be collected and used by others. Any registered company, individual recruiter, or user who purchases access to the database can view your public resume and contact details (to the extent you include them in your resume) when you upload your resume with the standard, default search options enabled. This may result in unsolicited messages from third parties.

**When you interact with a recruiter or employer.** We provide a platform that allows recruiters, employers, our customers, and third parties to see job seekers' CareerBuilder resume and Job Seeker Profile. When job seekers interact with a recruiter or employer through the CareerBuilder websites, apps or products, their personal information may become part of that company's database. Remember, the use of your personal information by the recruiters or employers who you interact with (and others who obtain your information through them) will be subject to the privacy policy of that company, and we are not responsible for that company's use of your information.

**When you connect your Job Seeker Profile to your social media account.** Some of our features enable you to connect to a social media account or share information on social media platforms, like LinkedIn and Facebook. Any information you voluntarily share on social media may be visible to a global audience. Information shared to social media will be subject to the social media provider's privacy policies, not this Privacy Policy.

**When you view an ad or sponsored post.** In some cases, the information generated when you browse our websites or apps (and other third-party websites and apps, in some cases) is shared with advertising partners and analytics service providers.

**With our affiliated companies.** We share the information that we collect with other CareerBuilder companies, subsidiaries, and related affiliates.

**For co-branded products and features.** When you provide information on websites or apps that are "hosted" or "co-branded" by another

CareerBuilder®  Jobs  Upload/Build Resume  Recommended Jobs  Post a Job  Sign In  Sign U

company then that information will be made available to both CareerBuilder and the hosting/co-branding company.

only use or disclose the information as necessary to perform services on our behalf or as otherwise required by law. Although CareerBuilder requires these third parties meet our privacy and security requirements, CareerBuilder does not control the privacy or security policies of such third parties.

**When we are legally required to do so.** CareerBuilder may disclose without your prior consent any information about you or your use of our websites or apps, if we believe disclosure is necessary to:

- Protect and defend the rights, property, or safety of CareerBuilder, employees, other users of the websites or apps, or the public
- Enforce the Terms and Conditions that apply to use of the websites or apps
- As required by a legally valid request from a competent governmental authority
- Respond to claims that any content violates the rights of third parties
- Law enforcement agencies, if we are required to do so
- Satisfy any applicable law, regulation, legal process, or governmental request

**For a merger, acquisition, change in ownership, or reorganization.** Personal information we have collected may be disclosed to a third party in the event of a merger, transfer of ownership or assets, or a bankruptcy or other corporate reorganization.

**When we share or sell information to our customers and third parties.** To learn more about what we mean by "selling" and "sharing" and how we share or sell your information, please click the dropdown menus below.

Parties with whom DATA is SHARED

Parties with whom DATA is SOLD

# YOUR PRIVACY RIGHTS AND OPTIONS

## RIGHTS

Certain laws like the General Data Protection Regulation in Europe and the California Privacy Rights Act grant you rights to control your personal information. Consistent with these laws, CareerBuilder gives you options to access, edit, or remove certain information, as well as choices about how we contact you. Although some of these rights apply generally, certain rights will only apply to limited individuals or circumstances.

- **Right to Know and Access Information.** Note that much of the information you are entitled to know or access is disclosed in this Privacy Policy. With this said, you have the right to know about our information practices. You also have the right to access the categories of data we collect, with whom we share or sell that information, and, in some cases, what specific personal information is associated with your account.
- **Right to Deletion or Erasure.** You may request that we delete the personal information we have collected about you. Depending on the applicable law, in some cases we are required or permitted to retain your information, even if you validly requested we delete or erase it.
- **Right to Correct Information.** You may request we correct or rectify inaccurate information we have collected about you.
- **Right to Data Portability.** You may request a copy of your information, and we will provide it in an easily accessible format.
- **Right to Limit Use of Information for Advertising.** You may opt-out of our use of your personal information for advertising purposes.
- **Right to Limit Use of Information for Profiling.** You may opt-out of the disclosure of your Recruitment Edge Profile.
- **Right to Limit Sales of Information.** You may opt-out of the sale of your personal information.
- **Right to Limit Use and Disclosure of Sensitive Information.** You may opt-out of certain uses of your sensitive information. Submitting an opt-out request may limit our use of your sensitive personal information to certain purposes, like only using sensitive information to deliver our services to you.
- **Right to Withdraw Consent.** You may withdraw your consent to our data privacy practices.
- **Right to Non-Discrimination**. You have the right to not experience discrimination from us for exercising the rights listed in this section. What we mean by discrimination is denying you access to our services or limiting the quality of our services. Note, however, that in some cases, our services require certain information, otherwise we cannot provide them to you.

## EXERCISING YOUR RIGHTS

**Individuals located in the EU, EEA or Switzerland.** Citizens of the European Union, the European Economic Area, and Switzerland should submit all rights requests or inquiries by either:

Emailing EUcomplaints@careerbuilder.com; or


Jobs   Upload/Build Resume                Recommended Jobs   Post a Job   Sign In   Sign U

**What happens when you submit a rights request:**

*We acknowledge your request.* We will first acknowledge receipt of your request.

*We ensure that you are the person making the request.* In general, when you make a request we will take steps to verify your identity. Verification steps may include sending you an email asking for verification of the request, asking you for personal information, such as your name, address, or other information we maintain about you. If we are unable to verify your identity with the degree of certainty required, we will not be able to respond to the request.

*Your agent can submit requests for you.* You may also designate an authorized agent to submit requests on your behalf. If you do so, you will be required to verify your identity by providing us with certain personal information as described above. Additionally, we will also require written proof the agent has permission to act on your behalf. We will deny your request if the agent is unable to submit proof to us that you have authorized them to act on your behalf.

*How long will it take?* We will either fulfill or reject your request as soon as we can, generally within 45 days from when we receive your request (or less, if required by law), although we may be allowed to take longer to process your request under certain circumstances. We will let you know if we expect your request is going to take us longer than normal to fulfill.

| To Exercise These Rights: | Follow These Steps: |
|---|---|
| Right to Know and Access Information | 1. Call us toll-free at (833) 971-0574 and follow the prompts<br>OR<br>2. Submit your request via this web form and select the most applicable of the following request types:<br>• Specific Pieces of My Personal Information Collected<br>• Categories of Third Parties with whom Personal Information is Shared<br>• What Information have you collected and shared about me?<br>• Categories of My Personal Information Sold and Purposes for Selling<br>• Categories of Third Parties to whom Personal Information is Sold<br>• Categories of Sources of My Personal Information |
| Right to Deletion or Erasure | 1. Call us toll-free at (833) 971-0574 and follow the prompts<br>OR<br>2. Submit your request via this web form and select the most applicable of the following request types:<br>• Delete My Personal Information<br>Please note that when you request to delete your personal information or withdraw your consent, we remove all account data |
| Right to Correct Information | 1. Login to your account to directly correct desired account and profile information<br>OR<br>2. Call us toll-free at (833) 971-0574 and follow the prompts<br>If you call, please include details describing the information you wish to have corrected. |
| Right to Data Portability | 1. Call us toll-free at (833) 971-0574 and follow the prompts<br>OR<br>2. Submit your request via the web form by selecting this request type:<br>• Specific Pieces of My Personal Information Collected |
| Right to Limit Use of Information for Advertising | 1. Call us toll-free at (833) 971-0574 and follow the prompts<br>OR |

CareerBuilder®   Jobs   Upload/Build Resume   Recommended Jobs   Post a Job   Sign In   Sign U
100,000 Careers

| Right to Limit Use of | 2. Submit your request via the web form by selecting the most |
| --- | --- |
| Right to Limit Use and Disclosure of Sensitive Information | • [Opt-Out of Disclosure of Sensitive Information] |
| Right to Withdraw Consent | |

## PRIVACY METRICS

…etrics.pdf

## PRIVACY OPTIONS FOR RESUME DATABASE

Posting your resume on our websites or apps puts you in front of thousands of recruiters with open positions each day. When you post your resume, we automatically create a registration for you using the email address and password that you supply. When you return to the websites or apps in the future you will use that same email address and password to access and edit your existing resume.

We know that our job seekers have varying levels of comfort when it comes to publicly posting their resume on the Internet. To accommodate the needs of all users, CareerBuilder has two levels of resume privacy from which you can choose. Please note that these privacy settings only apply to whether or not your resume is publicly available to third parties. CareerBuilder will still collect, use, or disclose personal information, as well as Aggregated Data about you and your visits to our website, in the manner described in this Privacy Policy.

### Standard Posting on the Searchable Database

When you post your resume to our websites or on our apps, it will automatically be visible to employers unless you opt out of this default option and make your resume private (described below). The standard posting option gives you the most visibility to the broadest recruiter audience possible by making your resume searchable in our resume database. If you select this option, any registered company (or individual recruiter) user who purchases access to the database can view your resume and contact details (to the extent you include them in your resume).

### Private Posting

Private posting prevents your resume from being searchable by recruiters in the CareerBuilder resume database. The benefit of uploading a private resume is that you can quickly and easily apply for specific jobs with the resume that you have on file without retyping your information.

We attempt to limit access to our searchable databases to legitimate users, but cannot guarantee that other parties will not gain access to these searchable databases. Although we limit access and use of information from our products and services in our Terms and Conditions, we cannot control the use of information by third parties once they obtain that information from our products and services. Accordingly, you should not put information you would not want made public in your resume—regardless of whether you elect a standard posting or a private posting.

## REVIEW, UPDATE, OR DELETE YOUR ACCOUNT INFORMATION OR PROFILE

**We appreciate your help in keeping your personal information updated.** CareerBuilder takes steps to ensure that the data we collect is accurate. However, we collect information from a variety of sources and, in some cases, by automated means. Therefore, we cannot guarantee the information is always current, accurate, or complete, and in particular, we are not responsible for the accuracy or completeness of information whose source CareerBuilder does not control.

You can update information associated with your account directly on our websites and apps by accessing your account settings, or by calling us toll-free at (833) 971-0574.

**We understand if you want to delete your Job Seeker Profile, especially if you found a job you love.** You may delete your Job Seeker Profile, including any resumes, at any time by submitting a request to "Delete My Personal Information via this web form. Deleting your Job Seeker Profile will remove your resumes from our resume database. However, it will not delete your Recruitment Edge Profile. You must specifically request the deletion of your Recruitment Edge Profile by opting out here.

**If you request deletion of your Job Seeker Profile, some of your information may be retained by us or by third parties.** Please be advised

CareerBuilder®  Jobs   Upload/Build Resume                            Recommended Jobs   Post a Job   Sign In   Sign Up

Further, we may retain copies of your account in data backups used for securing our services. These copies will eventually be written over as we conduct routine data backup processes, however, deleting accounts from data backups is not part of the account deletion process.

Finally, we will retain the Aggregate Data of users who request deletion of their account or Recruitment Edge Profiles for uses described in this Privacy Policy.

Please allow up to thirty days to process your account or Recruitment Edge Profile deletion request.

## MESSAGE CENTER COMMUNICATIONS AND PREFERENCES

Your account has a CareerBuilder Message Center. If you have made your resume public so that recruiters can reach out to you, they can use the Message Center to send you messages--and you can use the Message Center to respond--through a private proxy message without disclosing your personal email address. However, if you have previously provided your contact information, or you provide your email or phone number on your resume, recruiters can continue to reach out to you directly.

The Message Center provides you options to **opt-out** of future communications from certain senders, which will prevent them from using the Message Center to reach out to you. The Message Center communication preferences will not, however, impact communications from recruiters or other third parties outside of CareerBuilder`s Message Center.

## SOME IMPORTANT TIPS TO USE WHEN DEALING WITH RECRUITERS

- You should use your own careful judgment about whether and what information to provide to recruiters.
- DO NOT PUT SENSITIVE INFORMATION ON YOUR RESUME, such as your Social Security Number.
- If restricted or prohibited by the local laws in the jurisdiction where you reside, do not provide CareerBuilder, or otherwise include in your resumes or CareerBuilder profile other sensitive information that reveals racial or ethnic origin, political opinions, religious or philosophical beliefs, trade-union membership, health or sex life, genetic or biometric data, the commission of criminal offences or proceedings, unlawful conduct, and associated penalties.
- CareerBuilder`s websites and apps are open to the public, and we cannot guarantee that all users of our services have a legitimate need to the information they seek.
- Do not provide your Social Security Number, national identification number, or any state, provincial, or other local identification number to any third party via your online application. Identity thieves may attempt to trick you into providing sensitive information. Do not provide any non-work related personal information (i.e., your Social Security Number or any other state or national identification number, eye color, marital status, etc.) over the phone or online.
- Job seekers should never provide credit card or bank numbers or engage in a monetary transaction of any sort.
- Be cautious when dealing with contacts outside of your own country.

For additional details regarding How To Spot Fraud Online, please click **here**.

## PRIVACY OPTIONS TO LIMIT COOKIES & TRACKERS

**You have choices to limit collection of browsing information through cookies and trackers.** You can limit the automatic collection of information by any participating third-party advertisers, including the collection of personally identifiable information about an individual's online activities over time and across third-party websites or online services, by opting-out of such collection. To **opt-out** of the automatic collection of browsing data, click the Ad Choices icon located within the ad, access the **"about ads" opt-out site**, or visit the **NAI opt-out site**.

**Please note that this opt-out is cookie-based.** If you buy a new computer, change web browsers or delete this cookie, you will need to perform the **opt-out** task again. To obtain instructions regarding deleting or disabling cookies from third party advertising companies that are not members of the About Ads or NAI self-regulatory behavioral ad **opt-out** groups, please **click here**.

## LINKS TO OTHER WEBSITES

Our websites and apps may contain links to other sites for your convenience and information. These sites may be operated by companies not owned by CareerBuilder. These other sites or linked third-party sites may have their own privacy notices, which you should review if you visit those sites. We are not responsible for the content of any sites not owned by CareerBuilder, any use of those sites, or those sites' privacy practices.

## INTERNATIONAL DATA TRANSFERS

When we obtain personal information about you, we may process and store the information outside of the country in which you are located, a country which may not have the same level of privacy protection as your country of residence. Should you withdraw this consent, you should delete your account and you agree that you will not use or visit the Sites subsequent to your withdrawal of such consent.

CareerBuilder complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce.  CareerBuilder has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of personal data received from the European Union in reliance on the EU-U.S. DPF. CareerBuilder has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF.  If there is any conflict between the terms in this privacy policy and the EU-U.S. DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern.  To learn more about the Data Privacy Framework (DPF) program, and to view our certification, please visit **https://www.dataprivacyframework.gov/**.

CareerBuilder's participation in the DPF does not apply at this time to CareerBuilder's human resources data or to any other personal data not described in this Privacy Policy. Moreover, CareerBuilder may establish alternative grounds for transferring personal information, depending on the particular data flows, such as the execution of Standard Contractual Clauses.

The Federal Trade Commission has jurisdiction over CareerBuilder's compliance with the EU-U.S. Data Privacy Framework (EU-U.S. DPF) and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF). In certain situations, CareerBuilder may be required to disclose personal information in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

CareerBuilder's accountability for personal information that it receives under the DPF and subsequently transfers to a third party is described in the DPF Principles. CareerBuilder remains responsible and liable under the DPF Principles if CareerBuilder's third-party agents process personal information on CareerBuilder's behalf in a manner inconsistent with the Principles, unless CareerBuilder demonstrates that it is not responsible for the event giving rise to the damage.

In compliance with the EU-U.S. and Swiss-U.S. DPF Principles, CareerBuilder commits to resolve complaints about your privacy and our collection or use of your personal information. European Union or Swiss citizens with inquiries or complaints regarding this Privacy Policy should first contact CareerBuilder at  **EUComplaints@careerbuilder.com**.

CareerBuilder has further committed to refer unresolved privacy complaints under the DPF Principles to an independent dispute resolution mechanism, the BBB EU PRIVACY SHIELD, operated by the Council of Better Business Bureaus. If you do not receive timely acknowledgment of your complaint, or if your complaint is not satisfactorily addressed by CareerBuilder, please visit **http://www.bbb.org/EU-privacy-shield/for-eu-consumers** for more information and to file a complaint.

Under certain conditions, more fully described on the Data Privacy Framework website, you may be entitled to invoke binding arbitration when other dispute resolution procedures have been exhausted.

CareerBuilder acknowledges the rights of EU and Swiss individuals related to their personal information. Individuals wishing to exercise those rights should refer to the **rights section**.

# SECURITY

CareerBuilder maintains measures, including policies, procedures, and technical safeguards to protect the data we collect against destruction, loss, alteration, access, disclosure or use.

Although we maintain a SOC-2, Type 2 Attestation, please note that no electronic transmission, storage, or processing of information can be entirely secure. We cannot guarantee that the security measures we have in place to safeguard personal information will always be sufficient or effective. Therefore, although we are committed to protecting your privacy, we do not promise, and you should not expect, that your personal information will always remain private or secure.

**You understand and acknowledge that you assume all responsibility and risk for your use of our websites and apps, the internet generally, and the documents you post or access, and for your conduct on and off our websites.** To further protect yourself, you should safeguard your CareerBuilder account user name and password by refraining from sharing that information with anyone. You should also sign off your

# CHILDREN'S PRIVACY

We do not knowingly collect, maintain, or sell information from anyone under the age of 16. If you are under 16, please do not use our websites or mobile apps. In the event that we learn that we have collected personal information from a child under the age of 16, we will delete that information as quickly as possible.

# HOW TO CONTACT US

You can direct questions regarding this Privacy Policy to CareerBuilder by emailing us at **riskandcompliance@careerbuilder.com** Please include your name and email address in email requests.

You may also reach us toll-free at (833) 971-0574.



200 N. LaSalle St. Suite 900, Chicago, IL 60601

| JOB SEEKERS | EMPLOYERS | CAREERBUILDER | HELP CENTER | CONTACT |
|---|---|---|---|---|
| Find All Jobs | Browse Products | About Us | Customer Support | **Sales:** 877.345.5256 |
| Browse US Jobs | Post Jobs | Work at CareerBuilder | Accessibility | **Support:** 800.891.8880 |
| International Jobs | Recruiting Solutions | | Security & Fraud | |
| Career Advice | HCM | | Privacy Policy | SEARCH ON THE GO |
| Salary Search | Advertise with Us | | Terms | |
| | | | Data Subject Access Request | STAY CONNECTED |
| | | | Do Not Sell My Personal Information | |
| | | | Ad Choices | |

© 2023 CareerBuilder, LLC. All rights reserved.