# Exhibit F

**Fastweb**

# Scholarships, Financial Aid, Student Loans and Colleges

---

# Privacy Policy & Your Privacy Rights



At Fastweb, we share your concerns about privacy. Since an essential function of this site is performing customized scholarship, admission and job searches largely based upon the information you input, we want you to understand what types of information we are collecting and what may happen to that information. Our privacy policy covers these areas:

1. What types of information are collected by Fastweb
2. How this information is used by Fastweb
3. Who this information may be shared with by Fastweb
4. How you can modify your privacy preferences and opt out of information sharing
5. What kind of security procedures are in place to protect the loss, misuse or alteration of information under Fastweb's control
6. How you can update any of your information

# 1. COLLECTION OF INFORMATION

Information is collected from our users at several different points during your visit to Fastweb.

*Registration*--A user must register in order to use this site. During registration, a user is required to provide certain categories of information, such as name, address, e-mail address, a password, date of birth, gender, and country of citizenship. In addition, a user may choose to provide other categories of information, such as career objectives, health or disability information, hobbies, and other interests. Fastweb encourages its users to provide all of these fields of information so that users may maximize the effectiveness of the scholarship, college and job search and matching services which they select.

*Optional Information*--At various other points during your visit to Fastweb, you may be asked to provide information about yourself. For example, you may wish to participate in a survey or a contest. Participation in surveys or contests or the use of other services which require the input of additional information is completely voluntary on your part, and you have the choice about whether to disclose the information necessary to use these features of our site.

*Passive Collection of Information*--In addition to the information which you actively provide to Fastweb by methods such as completing the registration form, Fastweb collects information about how you interact with our site. Fastweb collects passive information for purposes such as testing and improving a user's experience at the site and the compilation of broad aggregate demographic data and related usage information for internal purposes and for disclosure to third parties such as advertisers and content partners. The types of passive information collected by this site include, without limitation, your IP address, which type of browser you are using, where you go on our site, and how long you stay on any part of our site. Passive information does not identify you to Fastweb by name, and Fastweb does not link your IP address to your personally identifiable information.

*Collection of Information from Children*--Fastweb abides by federal law and the guidelines set up by the Federal Trade Commission regarding youth privacy. As

such, Fastweb will not knowingly collect any personal information from or allow the registration of young people under the age of 13.

*Use of Cookies*--Fastweb uses "cookies" to help maximize your online experience and enhance your safety online. A cookie is a text file that is placed on your hard drive by a Web page server. Cookies are not used to run programs or deliver viruses to your computer. Cookies are uniquely assigned to your computer, and can only be read by a Web server in the domain that issued the cookie to you.

Fastweb uses both session ID cookies and persistent cookies. A session ID cookie expires when you close your browser. A persistent cookie remains on your hard drive for an extended period of time. You can remove persistent cookies by following directions provided in your Internet browser's help resources.

Fastweb uses session cookies to monitor your interaction with the site. After you have been idle for a certain period of time, the Fastweb server will log you out to protect the security of your account. The session cookie expires when you close your browser. Fastweb also uses permanent cookies to track click streams. Fastweb does not link cookie data to personally identifiable information.

Some of our business partners (e.g., advertisers) use cookies on our site. We have no access to or control over these cookies. The Fastweb privacy policy covers the use of cookies by Fastweb only and does not cover the use of cookies by any business partners.

You may have the ability to accept or decline cookies. Most Web browsers automatically accept cookies, but you can usually modify your browser setting to decline all cookies if you prefer. Alternatively, you may be able to modify your browser setting to notify you each time a cookie is tendered and permit you to accept or decline cookies on an individual basis. If you choose to decline cookies, however, that may hinder performance and negatively impact your experience on Fastweb.

*Use of Web Beacons*--Fastweb pages may contain electronic images known as Web beacons (sometimes called single-pixel gifs) that allow us to count users who have visited those pages. Web beacons are not used to access your personally identifiable information; they are a technique we use to compile aggregated statistics about usage of the Fastweb site. Web beacons collect only a limited set of

information including a cookie number, time and date of a page view, and a description of the page on which the Web beacon resides.

You may not decline web beacons, however, they can be rendered ineffective by declining all cookies or modifying your browser setting to notify you each time a cookie is tendered and permit you to accept or decline cookies on an individual basis.

## 2. USE OF INFORMATION

The information which you supply to Fastweb enables us to provide the scholarship, college and job search and matching services which you select by matching your background to our database of scholarship, college and job listings. We use data about you and your use of our services to display customized advertising, both on our site and on other sites with which we have a business relationship. In addition, Fastweb uses your information in order to customize our site to your interests and enhance your overall experience at our site. Fastweb tries to recognize you using various methods, including having you log in with your e-mail address and your password. Once Fastweb recognizes you, pages, advertisements and other content is customized for you so that you can see what interests you the most. In addition, as described above, Fastweb utilizes passive information to learn more about how you interact with our site. This passive information may be combined with your other information for purposes such as testing and improving your experience at our site and the compilation of broad aggregate demographic data and related usage information for internal purposes and for disclosure to third parties such as advertisers and content partners in order to serve customized advertisements to you on our Sites or sites with which we have a business relationship. This aggregate passive information does not contain any personal information which can identify any individual user.

*Contacting You by E-Mail*--Fastweb may use your contact information periodically in order to send you e-mail regarding updates at the Fastweb site, such as new Fastweb opportunities and additional listings which may be of interest to you. The frequency of these messages will vary depending upon your profile, including the types of scholarships and other activities you have indicated an interest in. In addition, we may send you free informational newsletters or notices relating to topics which may be of special interest to you, including financial aid, admissions tips, job opportunities and job advice. Finally, if you specifically provide Fastweb

with permission at the time of registration, you may also receive commercial e-mails. Out of respect for the privacy of our users, we present the option to opt-out of receiving newsletters and/or commercial e-mails whenever such messages are sent by Fastweb, as described below in section 4, "MODIFICATION OF PRIVACY PREFERENCES AND OPT OUTS." E-mail messages from third parties are not governed by the opt-out provisions of this Privacy Policy, but all such third parties are strongly encouraged to include opt-out procedures in their messages to you.

## 3. SHARING OF INFORMATION

Fastweb will not knowingly sell, share, rent or otherwise transfer your information other than in accordance with the terms set forth in this Privacy Policy.

During the registration process, and at certain points thereafter in connection with specific offers, Fastweb asks you whether information about you may be sent to third parties who have products, services and opportunities which may be useful to you. Fastweb understands how important your information is to you. Therefore, Fastweb does not share any information that can be tied to you without your permission. If you give your permission to allow third parties to contact you, personal information about you (such as your contact information and other information collected during your visit to Fastweb) may be shared with colleges, universities, potential employers, recruiters/headhunters, data aggregators, marketers (possibly in the form of list rental), and other organizations. Regardless of your decision regarding the sharing of your personal information, we may share broad aggregate demographic data and related usage information with our business partners. This aggregate information does not contain any personal information which can identify any individual user.

*Third-Party Service Providers*--From time to time, Fastweb may decide that it is more efficient to use third parties to perform specific services, such as sending newsletters to Fastweb's users. If we use a third party to provide specific services (such as sending newsletters to our users on our behalf), then information (such as contact information) may be shared with that party to the extent necessary for the third party to provide these services. These third-party service providers are only allowed to use personally identifiable information for the purpose of providing the specific services requested by Fastweb. The third-party services covered by this

paragraph do not include links to third-party sites found on our site, which are governed by a more specific provision (Links to Other Sites) below.

*Disclosure to Law Enforcement and Similar Disclosures*--While Fastweb strives to protect the personal information of our users, Fastweb discloses information if legally required to do so, if requested to do so by a governmental entity, or if it believes in good faith that such action is necessary to: (a) conform to legal requirements or comply with legal process; (b) protect our rights or property or our affiliated companies; (c) prevent a crime or protect national security; or (d) protect the personal safety of users or the public.

## 4. MODIFICATION OF PRIVACY PREFERENCES AND OPT OUTS

Fastweb users are given the opportunity to "opt-out" of having their information used for purposes not directly related to our site. You may opt-out from receiving specified types of communications from Fastweb by clicking here. Fastweb will only communicate with you according to your instructions. In order to opt out of third-party communications, you will need to contact the third parties directly and follow its opt out process. If you have any questions relating to opting out, please contact us at info@Fastweb.com, and we will try to answer your questions.

Fastweb has a relationship with additional third parties in connection with serving customized ads to you, both on our sites and on other sites with which we have a business relationship. Please click here to see a list of the third parties Fastweb works with and to exercise your opt out. Many of these third parties are participating members of the Network Advertising Initiative (NAI). For those third parties that are NAI members, you can exercise your opt-out on the NAI site.

## 5. SECURITY

Fastweb has security measures in place to help protect against the loss, misuse and/or unauthorized alteration of the information under our control. You are the only user authorized to update your profile, unless you provide your password information to another party.

Fastweb helps protect personally identifiable information by utilizing both online and offline security methods, including firewalls, passwords and restricted physical access to the places where your information is stored. Our staff is trained to

comply with our security procedures, and our security procedures are regularly reviewed and revised, if necessary, by the Privacy Team at Fastweb.

If you have any questions about security issues at our site, please send an e-mail to privacy@fastweb.com, and we will try to answer your questions.

## 6. HOW YOU CAN UPDATE YOUR INFORMATION

You can update your personal information by clicking here, by clicking on the "Update Profile" link on the Fastweb site, or by following the instructions included in any e-mail message you receive from Fastweb. Users who are experiencing problems with updating their information should contact us at info@Fastweb.com, and we will try to resolve your problems.

## 7. OTHER PROVISIONS

*Acceptance of Terms/Changes to Privacy Policy*--Your use of this site indicates an acceptance of the terms of the Privacy Policy. Fastweb reserves the right to update or amend this Privacy Policy at any time. If Fastweb decides to materially change this Privacy Policy, those changes will be posted through a prominent notice on the web site so that you will always know what information Fastweb gathers, how it might use that information, and to whom it will disclose that information.

*Disclaimer*--Fastweb provides information on many topics. Some of this information is created by Fastweb, and some of it is created by third parties. While our site strives to provide accurate expert advice, commentary and other information, Fastweb does not make any warranty regarding the accuracy, reliability or use of any information provided on this site, including award information, award deadlines, calculators and other tools.

*Other*--In the event that Fastweb sells, assigns or transfers some or all of its business to a successor or acquirer, Fastweb may sell, assign or transfer all of your information, regardless of your opt status, to such successor or acquirer.

*Links to Other Sites*--This site contains links to other sites. Please be aware that Fastweb does not exercise control over the information, products, services or policies of third party companies accessible through our site. We encourage you to be aware when you leave our site and to read the privacy policies of each and

every third party site so you can understand how they collect, use, and share your information. This Privacy Policy applies solely to the information collected by this site.

# 8. PARTICIPATION IN THE TRUSTe PRIVACY PROGRAM

Fastweb has been awarded TRUSTe's Privacy Seal signifying that this privacy policy and practices have been reviewed by TRUSTe for compliance with TRUSTe's program requirements including transparency, accountability and choice regarding the collection and use of your personal information. The TRUSTe program does not cover information that may be collected through downloadable software. TRUSTe's mission, as an independent third party, is to accelerate online trust among consumers and organizations globally through its leading privacy trustmark and innovative trust solutions. If you have questions or complaints regarding our privacy policy or practices, please contact Fastweb's Customer Relations Department at privacy@fastweb.com. If you are not satisfied with our response you can contact TRUSTe here.

\* \* \*

*How to Contact Us*--Your privacy is important to Fastweb. If you have questions or concerns regarding this Privacy Policy, you should first contact Fastweb's Customer Relations Department at privacy@fastweb.com.

Alternatively, you may contact us at:

Privacy at Fastweb
Fastweb, LLC
444 North Michigan Avenue, Suite 600
Chicago, Illinois 60611
Fax: 312-467-0638
Update effective April 21, 2011.