# Exhibit J

# Privacy Policy

Military.com Privacy Policy

Last Updated: December 26, 2019

## Overview

Military Advantage, Inc., d/b/a Military.com ("Military"), is a property of Monster Worldwide, Inc. ("Monster") dedicated to serving the military community. We are committed to protecting the privacy of our users. This privacy policy explains how we protect your personal information on our site and our mobile apps. We will tell you what types of personal information that we collect, what may happen to that information, and your rights regarding your personal information.

## Scope of This Privacy Policy

This privacy policy applies to information we collect or use on Military's site and our mobile apps published by Military through Monster, including the following:

**Military's Site:**

- Military.com

**Mobile Apps (iOS and Android):**

- Military News by Military.com
- Military Pay by Military.com
- Transition by Military.com

We collect information from you when you choose to give it to us either on our site or through our mobile apps. This information may include, but is not limited to, the following:

- registration information, such as your name, address, e-mail address, telephone number, username, and password;
- demographic information, such as your gender, date of birth, and zip code or postal code;
- career information, such as your occupation, career history, resume, and cover letters;
- military service information, such as your affiliated branch of service, military status, security clearance, paygrade, rank, military job code, and separation date; and
- self-selected unit or group homepages, which are linked to your Military profile after you choose to join them.

The information we collect from you may be shared within our affiliated companies on a worldwide basis. "Affiliated companies" means Monster, companies that are controlled by Monster and Monster's parent companies.

Military's site contains links to other sites over which we have no control. Military is not responsible for the privacy policies or practices of other third-party sites to which you choose to visit from the links hosted on Military's site. We encourage you to review the privacy policies of those other sites so you can understand how they collect, use and share your personal information.

# Information Automatically Collected About You When You Use Military's Site and Mobile Apps

We automatically collect certain information from you when your use our site or mobile apps. This information is passively collected, and Military uses it for internal purposes, including, but not limited to, testing, improving your user experience, and personalization of advertising. This information may include, but is not limited to, the following:

- Behavioral information, including how you use our site and mobile apps, the areas of the site that you visit, which services you access, and how long you access those services;
- Hardware and software information, including your Internet protocol (IP) address; geolocation; browser type, operating system, and domain names; and

# Information Collected About You by Third Parties

**Service Providers -** from time to time, Military may decide to use third parties to perform specific services, such as sending newsletters to Military users. If Military engages a service provider, then some personal information may be shared with the service provider, but only to the extent necessary for the service provider to provide services on Military's behalf.

Service providers are only allowed to use personal information for the purpose of providing the specific services requested by Military. Military uses third-party service providers for the following types of tasks:

- marketing assistance;
- analytics;
- data visualization;
- customer service;
- improvement of services;
- content commenting; and
- error-monitoring.

**Lead Generation Partners -** Military may host a lead generation partner's webform on Military's site. When you voluntarily fill out a lead generation partner's webform and submit it, your personal information, including, but not limited to, name and address, may be shared with Military. Military uses this information to create records in its databases.

**Advertising –** we may personalize the advertising that you are shown on our site and mobile apps or other sites with which we have a business relationship.

# Collection of Information from Children

Military's site and mobile apps are not intended for, nor do we knowingly collect information from, children under the age of 16.

# How We Use Information

By registering with Military.com, by managing your profile, or by opting in when presented with the choice to do so, you have consented for us to use your information in the following ways:

**To provide you with our services,** which includes:

- creating a Military.com account for you;
- displaying personalized products, content and advertising relating to your career, experiences and interests;
- providing networking features;
- hosting articles and comments; and
- assisting you with contacting us and for us to respond to you.

**For marketing and advertising,** which includes:

- providing personalized, targeted, or location-based content, services, and advertising from third parties on both our site and mobile apps and on other websites with which we have a business relationship;
- sending you e-mails or other communications to provide you with updates at Military, to distribute free informational newsletters relating to topics that may be of special interest to you, to use surveys and questionnaires to collect your opinion of current products and services or potential new products and services, and to administer promotions or contests and publish the results thereof, including success stories and contest winners; and
- collecting feedback from you that will be used for marketing purposes or to contact you for further information.

**To improve our services,** which includes:

- conducting analytics and generating internal reports about the use of our site and mobile apps;
- tracking which areas of our site and mobile apps that you use;
- preventing and investigating malicious or fraudulent activity; and
- enhancing your overall experience at our site and mobile apps.

**Co-branded pages:** information gathered on a co-branded page may be retained by both Military and the other company participating in the co-branding campaign. In that instance, the

## How We Share Information

Military will not knowingly sell, share, rent, or otherwise transfer your information other than in accordance with the terms set forth in this privacy policy.

**Sharing personal information for social networking:** Military provides member networking among other like-minded professionals with similar backgrounds and interests. If you have a profile on Military's site, other users or members of Military's site may view your profile. Your personal information, including demographic information, may be made public based on the settings you choose for your personal profile; however, your contact information is not displayed to other users or members unless you choose to share it with them. Military is not responsible for the retention, use or privacy of profile information stored by other members.

**Sharing personal information for professional networking:** some of our products and services, such as our professional networking services, allow third parties who are not users or members of Military's site to see your personal information and to contact you. Your personal information is only shared with these third parties with your consent.

**Sharing personal information with employees and service providers:** we may share your information with third parties who help us in the delivery of our own products and services to you. We disclose information to companies and individuals we employ to perform business functions on our behalf. Examples include hosting our web servers, analyzing data, providing marketing assistance, processing credit card payments, and providing customer service. These companies and individuals will have access to your personal information only as necessary to perform the intended business function, but they may not share your personal information with any other third party.

**Sharing personal information with third-party business partners:** we also may disclose information to third-party business partners if you consent to such disclosures. For example, if you indicate that you would like to receive information about the opportunities, products or services of third-party business partners at the time you register for a Military.com account, we may supply your contact information to the third-party business partners, such as marketers and advertisers, for the purpose of sending you emails or other communications. We use data that we have collected from you, such as your interests and preferences, to determine whether

https://militarycom.freshdesk.com/support/tickets/new.

**Sharing aggregate data:** regardless of your decision regarding the sharing of your personal information, Military may share broad aggregate demographic data and related usage information with Military's business partners.

**Sharing personal information with third parties when legally required:** while Military strives to protect its users' personal information, Military discloses personal information to third parties if legally required to do so, if a governmental entity requests Military to do so, or if Military believes in good faith that such action is necessary to: (a) conform to legal requirements or comply with legal processes; (b) protect the rights or property of Military or affiliated companies; (c) prevent a crime or protect national security; or (d) protect the personal safety of users or the public. Because Military Advantage, Inc. is a U.S. company and information collected on our site is stored in whole or in part in the United States, your information may become subject to U.S. law.

**Sharing personal information as part of an acquisition or insolvency proceeding:** Military may disclose and transfer personal information to a third party who acquires any or all of Military's business units, whether such acquisition is by way of merger, consolidation or purchase of all or a substantial portion of Military's assets. In addition, in the event that Military becomes the subject of an insolvency proceeding, whether voluntary or involuntary, Military or its liquidator, administrator, receiver, or administrative receiver may sell, license or otherwise dispose of such information in a transaction approved by the court. You will be notified of the sale of all or a substantial portion of Military's business to a third party by email or through a prominent notice posted on Military's site.

# Your Privacy Rights

**Right to Know:** you have the right to know whether Military has collected personal information from you. You may submit up to two access requests within a 12-month period directing Military to disclose any of the following to you:

- the categories or specific pieces of personal information that Military has collected from you;
- the categories of sources from which Military has collected your information;

**Right to Delete:** you have the right to request that Military delete any of your personal information that Military has collected from you with certain exceptions. Military may refuse your deletion request if permitted by law. If we deny your deletion request, we will tell you why the request was denied. Additionally, if Military can verify your request and determine that no exception to deletion applies, we will direct any of our service providers that have received your personal data to delete your personal information from their records as well.

**Right to Opt Out:** you have the right to opt out of Military's sale, as defined by the California Consumer Privacy Act, of your personal information to third parties for marketing, advertising or lead generation purposes.

**Right to Exercise Your Privacy Rights:** Military will not discriminate against you for exercising your privacy rights.

**Submitting a Request to Exercise Your Rights:** you or your authorized agent may submit a request to access or delete your personal information or opt out of Military's sale of your personal information by contacting us at.

Military will verify your request using information associated with your Military account.

## Updating Your Military Account and Profile

You may also have access to review, correct, update, change, or delete your account profile information on your own at any time. Simply log into your Military account, go to your profile and make your desired changes. You may access your Military.com account and profile at **https://www.military.com/profile/member-profile.html.**

If you previously opted to receive newsletters, commercial e-mails or other communications from Military or third parties, but subsequently change your mind, you may opt out by editing your account profile. If you previously chose not to receive such communications, you may later opt in by editing your account profile.

## Cookies and Online Advertising

inactivity or when you close your browser. A persistent cookie remains on your hard drive for an extended period of time. You have the ability to accept or decline cookies, including persistent cookies, at any time by modifying your browser settings. We use the following specific types of cookies:

- Security: we use these cookies to secure your account
- Preference: we use these cookies to store your preferences on how you use our site
- Analytics: we use these cookies to track traffic patterns so we can identify popular content and potential problems
- Features: we use these cookies to track which topics and services that you search for on our site
- Advertising: we use these cookies to collect information about you in order to show you advertising on Military.com and other third-party websites

We also use cookies to identify users who have been banned from using our forums for behavior that contradicts our terms of use, to track click streams, for load balancing, and to enable you to navigate through the site using redirection pages.

**Third-Party advertising opt-out:** Military also allows other companies to display advertisements to you while you are visiting our site. Because your web browser must request these advertisements from the other companies' servers, these companies can view, edit or set their own cookies, just as if you had requested a web page from their site. The cookies placed by these third parties could remain on your computer after you have left our site for up to 20 years unless you choose to delete them. To opt out of interest-based advertising by participating companies in the following consumer choice mechanisms, please visit:

- Digital Advertising Alliance (DAA)'s self-regulatory opt-out page (*http://optout.aboutads.info*) and mobile application-based "AppChoices" download page (*https://youradchoices.com/appchoices*)
- Network Advertising Initiative (NAI)'s self-regulatory opt-out page (*http://optout.networkadvertising.org*)

**Career-Ad-Network opt-out:** Military participates in Monster's Career-Ad-Network ("CAN"). As part of CAN, we also use persistent cookies. The CAN cookie is used to display relevant job ads to you on Military and when you visit other web sites. The information collected by the CAN cookie is treated in accordance with the policies and practices described in Military's privacy

You have the ability to update or opt out of the CAN cookie by clicking on the following link: **http://can.monster.com/cookie-technology.aspx**. Your opt out of CAN is enforced by setting a blocking cookie. In order for the blocking cookie to work on your computer, your browser must be set to accept third-party cookies. The blocking cookie for CAN will last for five years; however, if you delete your browser cookies, your opt-out cookie, as well as any updates you may have made, will also be deleted. In addition, your opt out only applies in the browser you are using at the time you opt out and only on the computer you are using at such time. If you buy a new computer, change web browsers or delete this cookie, you will need to perform the opt-out task again. Opting out of the CAN cookie does not mean you will no longer receive online advertising from CAN. It does mean that the ads delivered to you by CAN will no longer be tailored to your web browsing patterns. If you opt out, CAN no longer maintains a targeting cookie on your computer, so the ads will be general in nature.

**Pixels:** Military uses pixels, including, for example, to count users who have visited specific pages of Military's site, to track direct and indirect candidate application traffic in response to job postings either on Military's site or on the websites of third parties through the Career-Ad-Network, or to allow Military to place a cookie on a user's computer. Military uses data collected from pixels to compile aggregate statistics about usage of our site.

**Javascript:** Military also uses JavaScript within certain advertisements. JavaScript is a programming language that enhances the functionality of websites, particularly in respect to pictures. You may deactivate JavaScript via your browser settings or activate it the same way. If you disable JavaScript, you may not be able to use some of the functions of Military's site.

# Social Media Features

Our site includes social media features, such as the AddToAny button and the Disqus comments plugin. Your interactions with these features are governed by the privacy policy of the company providing the specific feature.

**Posting your information to public areas of Military:** please remember that if you post any of your personal information to the public areas of Military's site, such as online forums or chat rooms, such information may be collected and used by others over whom Military has no

# Security

Military has security measures in place to help protect against the loss, misuse or unauthorized alteration of the information under our control. You are the only user authorized to update your profile, unless you give your password information to another party. Ultimately, you are responsible for keeping your username and password secret.

Military helps protect personal information by using both online and offline security methods, including firewalls, passwords, restricted electronic access to your personal information, and restricted physical access to where your personal information is stored. Our staff members are trained to comply with our security procedures, and our security procedures are regularly reviewed and revised, if necessary, by the Privacy Office at Military.

# Acceptance of Terms/Changes to Privacy Policy

Your use of this site indicates your acceptance of the terms of this privacy policy.

Military may update this privacy policy to reflect changes in its information practices. If we make material changes, we will notify you by email (sent to the email address specified in your account) where required, or by means of a notice on this site prior to the change becoming effective. We encourage you to periodically review this page for the latest information on our privacy practices.

# Contact Information

If, at any time, you have questions or concerns regarding this privacy policy, please contact us online by submitting a ticket at **https://militarycom.freshdesk.com/support/tickets/new** or offline at:

Privacy Office Military Advantage, Inc. 133 Boston Post Road Weston, MA 02493