# Exhibit K

**MONSTER**
— 30 years —



# Monster Privacy Notice - USA

**OVERVIEW**

Millions of job seekers, recruiters, and employers trust Monster to help them connect. We also want you to trust our data privacy and security practices that make those connections possible. Monster Worldwide, LLC and its subsidiaries and divisions (collectively, "Monster", "we", "us", or "our") provide this Privacy Policy to be transparent about our data privacy and security practices. This Privacy Policy only applies to our practices—it does not apply to the practices of third parties, including some users on our websites and applications. This Privacy Policy describes the types of personal information we collect, the sources from which we collect it, how we use it, with whom we share it, and the choices you can make to control our use of your personal information. The phrase "personal information" refers to information that relates to you, either directly or indirectly, such as your name, address, telephone number, email address, credit card number or other billing information, and browsing data. This Privacy Policy also describes the measures we take to protect your personal information and how you can contact us for more details about our privacy practices. By continuing to use our services, you acknowledge that you accept our Terms of Use and have read and understand this Privacy Policy. If you no longer want Monster to process your personal data, please submit a Personal Data Request. For more information about how to exercise your privacy rights at any time, please review the Your Privacy Rights & Options section

Terms of Use

Monster Privacy Center

Monster Privacy Notice - USA

Information We Collect

Sources of Information

How We Use the Information We Collect

How We Disclose Information to Others

Your Privacy Rights and Options

below. To update your profile and settings, login to your account or contact Customer Service.

When you visit our websites, use our apps, provide us with information, or participate in our services, you consent to our collection, use, and disclosure of your personal information as described in this Privacy Policy. Please review this Privacy Policy periodically as we update it from time to time to reflect changes in our data privacy practices. We will provide a notice to you via our website when we make changes to our Privacy Policy. We will obtain your consent to any changes in our privacy practices where required by law.

### INFORMATION WE COLLECT

### PERSONAL INFORMATION

Depending on what Monster product or website you use, we collect the following categories of personal information, including in the preceding twelve months:

- Analytics & Automatically Collected Data
- Browsing Information
- Commercial Information
- Contact Information
- Disposition Data
- Education & Skills
- Employment Information
- Financial Information
- Professional Experience & Affiliations
- Profiles, Inferences, & Generated Data
- Sensory & Electronic Information
- User Account Information

**When do we collect this information?** We collect this information when you take certain actions like interacting with our websites or apps, uploading a resume, or chatting with recruiters or

International Data Transfers

General Contact Information

Security

Children's Privacy

How to Contact Us

Links to Other Websites

+ Security Center

 + Security Bug Reporting

 + Accessibility Center



our support team. We collect this information automatically when we acquire publicly available information or when you browse our websites and apps. We also get information when we interact with our customers and recruiters at events or through contests or receive services from our vendors.

**How long do we keep this information?** Monster will retain your personal information for five (5) years after the last time you interact with our services at which time it will be automatically deleted from our systems unless we are legally required to keep it longer. However, you may exercise your right to delete personal information at any time by following the rights request process. Please understand that residual copies of the personal information may be maintained for the purposes of maintaining secure data backups. We do not have the ability to delete copies of resumes, messages, or other personal information downloaded or copied onto the systems of employers and recruiters. The best way to ensure you control your information is to give Monster, recruiters, and employers only the personal information that you are completely comfortable sharing.

In the event you seek to delete your Job Seeker Profile with us, we will retain your personal information when it is necessary to comply with our legal obligations (for example, retaining the information for tax purposes), resolve disputes (for example, if the data is related to a lawsuit), enforce our agreements, or as otherwise described in this Privacy Policy.

Some Monster customers store their resume databases on Monster servers. Monster is a data processor for personal information received in this way. Requests regarding this information must be made to such customers. Monster will cooperate as appropriate with requests from our customers to assist with such responses.

Learn more about the personal information we collect, when we collect it, and how long we retain it using the dropdown menu below.

➕ More About the Data We Collect

Job Seekers provide us information voluntarily when they take actions like:

- Create an account with us
- Apply for a job posted on our sites or apps
- Upload a resume
- Answer questionnaires and surveys from recruiters and employers
- Enter a sweepstakes, provide information or answer questions as you interact with our applications by, for instance, doing interview preparation.
- Provide information on the status of their job search or any particular application

Job Seekers provide us information automatically when they take actions like:

- Browse our websites or use our apps
- Link social media accounts to their Monster profile
- Use third-parties to log-in to our platforms

## OTHER PARTIES

We collect personal information from other participants in the job search and placement process and from those who help us provide you our services.

These sources are

- Recruiters, employers, and customers
- Our service providers, business partners and vendors

Click the dropdown below to learn more about who these other parties are, what information we receive from them, and how we collect that information.

## COOKIES & TRACKERS

Monster and its partners use cookies on the
Monster sites to analyze trends, administer
websites, track users' movements around the
website, and to gather demographic information
about our users. Cookies help personalize and
maximize your use of our platforms, including
storing user preferences, improving search
results and ad selection, and tracking user
trends. You will find other parties' trackers on our
websites and apps too. Other parties post jobs
on our websites and some recruiters send emails
that have cookies or web beacons embedded in
them. These are called third-party cookies. Some
third-party cookies are used to track a particular
user's activity across the Internet. You can control
your cookies at the browser level, but if you
choose to disable cookies, it may limit your use

of certain features or functions on our website or service. Please review the Your Privacy Rights section of this Privacy Notice for more options, as well as clicking on the Network Advertising Initiative Opt-Out and/or selecting Ad Choices in the footer of www.Monster.com.  You may also choose to allow or disallow certain cookies by making selections in our cookie management tool.

\+    Monster Cookies

— **Third-Party Cookies and Analytics**

Some cookies and web beacons found on our websites and apps are not hosted or delivered by Monster. Third-party cookies provide website users valuable tools and features to do things like share jobs on social media platforms and see relevant ad content. Monster does not have control over information contained in the cookies that are set on your computer by third parties. Your interactions with these features are governed by the privacy notice of the company providing them. The cookies placed by these third parties could remain on your computer after you have left our site for up to 20 years unless you choose to delete them. You can opt out of third-party cookies by setting your browser to decline cookies or using our cookie consent tool. If you delete your cookies in your computer, your opt-out cookie will also be deleted. If you change computers or web browsers, you will need to opt-out again.

Monster also uses third-party analytics services, which use cookies to collect details of our users' visits to our websites and the resources they access there. These third-party analytics services provide us with reports based on this information to help us

understand how visitors engage with the content on our websites.

+ Third-Party Cookies and Analytics [Continued]

## HOW WE USE THE INFORMATION WE COLLECT

We use personal information for a variety of business purposes. When you share personal information with us, we use it across our products—not just for the individual website, service, subscription or Monster product you are using. For example, we use the information we obtain about you to:

Provide, Customize, and Improve the Services

- Administer your account on our websites and apps and in conjunction with our products
- Provide products or services you request
- Make your resume and Job Seeker Profile available to recruiters through our products and services
- Process, validate, and deliver your purchases
- Support our customers and respond to your questions
- Manage your participation in our events and other promotions, where you have signed up for such events and promotions.
- Operate, evaluate, and improve the products and services we offer
- Analyze and enhance our marketing communications and strategies, like identifying when emails we have sent to you have been received and read
- Analyze trends and statistics regarding visitors' use of our websites, apps, and social media assets, like the top jobs viewed on both our websites and third-party websites

- Analyze trends and statistics about the job market and career mobility in local and national markets
- Provide information on jobseeker and job market trends, analysis, and metrics to our customers who buy certain Monster products and services and for advertising and marketing purposes.
- Provide you with information about where you stand in the hiring process of certain employers.

Market the Services

- Maintain a record of the jobs you view and apply to, both on our websites, apps and products and on third-party websites
- Optimize our website search engine results and permit search engine access to public Job Seeker Profile information
- Contact you to deliver career development opportunities, educational opportunities, or services that are targeted to your interests

Correspond with You

- Inform you of job postings, information or tools that may be relevant to you based on your interests as expressed through your behavior and preferences on our platforms
- Provide notices about the use of our websites and apps, like updates to this Privacy Policy
- Enable you to communicate with us through our blogs, social networks, and other interactive media
- Solicit your feedback and input

Meet Legal Requirements and Enforce Legal Terms

- Protect against fraud, unauthorized transactions, and other liabilities
- Secure our website and apps by identifying potential hackers and unauthorized users
- Enforce our Terms and Conditions
- Comply with applicable legal requirements, court orders, legal proceedings, document requests, industry standards, and our internal policies

## Create Job Seeker Profiles

We create a Job Seeker Profile for job seekers when a resume is uploaded to our websites and apps.

## Analyze Aggregate Data

We compile aggregated information for labor market research and statistical purposes. The compilation process begins by de-identifying any personal information within the dataset. We do not recombine de-identified data with other datasets at any point, nor do we attempt to re-identify individuals within the dataset. Therefore, the data used for Aggregate Data analytics is no longer related or linkable, either directly or indirectly, to a particular individual.

"Aggregate Data" for our purposes is the demographic information (such as zip code, age, gender, race or ethnicity) and employment information (such as occupation, education and experience) of many individuals that is combined together.

Aggregate Data is used to analyze the characteristics of various populations. We collate Aggregate Data, which is disclosed in prepared reports for our users (typically recruiters or educators). We may also use and disclose de-identified data to track trends in the labor market as well as use of our products and services. Some Aggregate Data analytics reports can be

We also use third-party analytics services to help better understand the use of our websites and apps, which is described in the Cookies section.

## HOW WE DISCLOSE INFORMATION TO OTHERS

We disclose your personal information in the following circumstances:

**When you consent**. Out of respect for your privacy, Monster will not disclose your personal information to others without your consent, except as specified in this Privacy Policy.

**When you publicly post the information**. All users should be aware that when they choose to display or distribute personal information (such as their email address or other contact information on a public resume), that information can be collected and used by others. Any registered company, individual recruiter, or user who purchases access to our platform(s) can view your public or "visible to employers" resume and contact details (to the extent you include them in your resume) when you upload your resume with the standard, default search options enabled. This may result in unsolicited messages from third parties.

**When you interact with a recruiter or employer**. We provide a platform that allows recruiters, employers, our customers, and third parties to see job seekers' Monster resume and Job Seeker Profile. When job seekers interact with a recruiter or employer through Monster websites, apps or products, their personal information may become part of that company's database. Remember the use of your personal information by the recruiters or employers who you interact with (and others who obtain your information through them) will be subject to the privacy policy of that company, and we are not

**When you connect your Job Seeker Profile to your social media account**. Some of our features enable you to connect to a social media account or share information on social media platforms, like LinkedIn and Facebook. Any information you voluntarily share on social media may be visible to a global audience. Information shared to social media will be subject to the social media provider's privacy policies, not this Privacy Policy.

**When you view an ad or sponsored post**. In some cases, the information generated when you browse our websites or apps (and other third-party websites and apps, in some cases) is shared with advertising partners and analytics service providers.

**With our affiliated companies**. We share the information that we collect with other Monster companies, subsidiaries, and related affiliates.

**For co-branded products and features**. When you provide information on websites or apps that are "hosted" or "co-branded" by another company, that information will be made available to both Monster and the hosting/co-branding company.

**With our service providers and vendors**. We share all or a portion of your information with our service providers who help us deliver our products and services to you and for the purposes described in this Privacy Policy. Although Monster requires that these third parties meet our privacy and security requirements, Monster does not control the privacy or security policies of such third parties. One service provider we share data with is Sift Science, Inc., which uses it to perform necessary fraud checks. Sift's privacy notice is available here

**When we are legally required to do so**. Monster may disclose without your prior consent any

information about you or your use of our websites or apps, if we believe disclosure is necessary to:

- Protect and defend the rights, property, or safety of Monster, employees, other users of the websites or apps, or the public
- Enforce the Terms and Conditions that apply to use of the websites or apps
- Fulfill a legally valid request from a competent governmental authority and/or law enforcement agency
- Respond to claims that any content violates the rights of third parties
- Satisfy any applicable law, regulation, legal process, or governmental request

**For a merger, acquisition, change in ownership, or reorganization.** Personal information we have collected may be disclosed to a third party in the event of a merger, transfer of ownership or assets, or a bankruptcy or other corporate reorganization.

**When we share or sell information to our customers and third parties.** To learn more about what we mean by "selling" and "sharing" and how we share or sell your information, please click the dropdown menus below.

+ Parties with whom DATA is SHARED

YOUR PRIVACY RIGHTS AND OPTIONS

RIGHTS

Certain U.S. states including California, Colorado, Connecticut, Delaware, Florida, Indiana, Iowa, Montana, Oregon, Tennessee, Texas, Utah, and Virginia provide (now or in the future) and laws like the General Data Protection Regulation in Europe may grant you rights to control your personal information. Consistent with these laws, Monster gives you options to access, edit, or remove certain information, as well as choices about how we contact you. Although some of these rights apply generally, certain rights will only apply to limited individuals or circumstances.

- **Right to Know and Access Information**. Note that much of the information you are entitled to know or access is disclosed in this Privacy Policy. With this said, you have the right to know about our information practices. You also have the right to access the categories of data we collect, with whom we share or sell that information, and, in some cases, what specific personal information is associated with your account.

- **Right to Deletion or Erasure**. You may request that we delete the personal information we

have collected about you. Depending on the applicable law, in some cases we are required or permitted to retain your information, even if you validly requested we delete or erase it.

- **Right to Correct Information**. You may request we correct or rectify inaccurate information we have collected about you.

- **Right to Data Portability**. You may request a copy of your information, and we will provide it in an easily accessible format.

- **Right to Limit Use of Information for Advertising**. You may opt-out of our use of your personal information for advertising purposes.

- **Right to Limit Sales of Information**. You may opt-out of the sale of your personal information.

- **Right to Opt out of Profiling**. Where applicable, you may opt out of the use of your information for profiling in a way that produces legally significant effects.

- **Right to Limit Use and Disclosure of Sensitive Information or Require Consent to Process**. You may opt-out of certain uses of your sensitive information or we may be required to obtain your consent before collecting sensitive information. Submitting an opt-out request may limit our use of your sensitive personal information to certain purposes, like only using sensitive information to deliver our services to you. We will obtain your consent where required by law.

- **Right to Withdraw Consent**. You may withdraw your consent to our data privacy practices.

- **Right to Non-Discrimination**. You have the right to not experience discrimination from us for exercising the rights listed in this section. What we mean by discrimination is denying you access to our services or limiting the quality of our services. Note, however, that in some cases, our services require certain

information, otherwise we cannot provide
them to you.

Nevada provides its residents with a limited right to opt-out of certain personal information sales. Residents who wish to exercise this sale opt-out right may submit a request as noted under the "Exercising Your Rights" section.

**+  EXERCISING YOUR RIGHTS**

## PRIVACY OPTIONS FOR RESUME DATABASE

Posting your resume on our websites or apps puts you in front of thousands of recruiters with open positions each day. When you post your resume, we may automatically create a registration for you using the email address and password that you supply. When you return to the websites or apps in the future, you will use that same email address and password to access and edit your existing resume.

We know that our job seekers have varying levels of comfort when it comes to publicly posting a resume on the Internet. To accommodate the needs of all users, Monster has three levels of resume privacy from which you can choose. Please note that these privacy settings only apply to whether or not your resume is publicly available to third parties. Monster will still collect, use, or disclose personal information, as well as Aggregated Data about you and your visits to our website, in the manner

described in this Privacy Policy. You may adjust your visibility settings at any time by signing into your Monster account , selecting "settings" and then selecting "privacy and communications," which will show your visibility settings. We attempt to limit access to our searchable databases to legitimate users, but cannot guarantee that other parties will not gain access to these searchable databases. Although we limit access and use of information from our products and services in our Terms and Conditions, we cannot control the use of information by third parties once they obtain that information from our products and services. Accordingly, you should not put information you would not want made public in your resume—regardless of the visibility setting you choose.

Visibility Choices Include:

1. Visible to Employers

When you set your profile to "Visible to Employers," this gives you the most visibility to our broadest recruiter audience by making your resume searchable in our resume database. If you select this option, any registered company (or individual recruiter) user who purchases access to the databases can view your resume and contact details (to the extent you include them in your resume).

2. Not Visible to Employers

When you set your profile to "Not Visible to Employers," this prevents your resume from being searchable by recruiters in the Monster resume database.  You can still quickly and easily apply for specific jobs with the resume that you have on file without retyping your information.

3.Hide Name and Contact Information

When you set your profile to "Hide Name and Contact Information," or when you do not choose a visibility setting, recruiters in the Monster

resume database cannot see your contact information, provided that such information is not included on your resume. If a recruiter wants to contact you, they can use Monster's messaging tool to do so.

## REVIEW, UPDATE, OR DELETE YOUR ACCOUNT INFORMATION OR PROFILE

We appreciate your help in keeping your personal information updated. Monster takes steps to ensure that the data we collect is accurate. However, we collect information from a variety of sources and, in some cases, by automated means. Therefore, we cannot guarantee the information is always current, accurate, or complete, and in particular, we are not responsible for the accuracy or completeness of information whose source Monster does not control.

You can update information associated with your account directly on our websites and apps by signing into your account, or by calling us toll-free at (833) 971-0574.

We understand that you may want to delete your Job Seeker Profile, especially if you found a job you love. You may delete your Job Seeker Profile, including any resumes, at any time by submitting a request to "Delete My Personal Information" via this web form.

If you request deletion of your Job Seeker Profile, some of your information may be retained by us or by third parties. Please be advised that, even in the event of a successful account deletion, recruiters and others who have paid for access to our databases and/or received your personal information as part of a job application, as well as parties who have otherwise gained access to our databases may have retained a copy of your resume in their own files or databases. We cannot control the retention, use,

of privacy of resumes that have been
downloaded by third parties.

Further, we may retain copies of your account in
data backups used for securing our services.
These copies will eventually be written over or
erased as we conduct routine data backup
processes, however, deleting accounts from data
backups is not part of the account deletion
process.

Finally, we will retain the Aggregate Data of users
who request deletion of their account for uses
described in this Privacy Policy.

## MESSAGE CENTER COMMUNICATIONS AND PREFERENCES

Your account has a Message Center. If you have
made your resume visible to employers and
recruiters, they can contact you directly with the
contact information on your resume or use the
Message Center to send you messages--and you
can use the Message Center to respond--through
a private proxy message without disclosing your
personal email address.

The Message Center provides you options to
opt-out of future communications from certain
senders, which will prevent them from using the
Message Center to reach out to you. The
Message Center communication preferences will
not, however, impact communications directly
sent from recruiters or other third parties outside
of Message Center.

To unsubscribe from Monster marketing email,
text and push notifications, you can go to your
account settings or click here:
https://www.Monster.com/profile/global-
unsubscribe

## SOME IMPORTANT TIPS TO USE WHEN DEALING WITH RECRUITERS

- You should use your own careful judgment about whether and what information to provide to recruiters.

- DO NOT PUT SENSITIVE INFORMATION ON YOUR RESUME, such as your Social Security Number.

- If restricted or prohibited by the local laws in the jurisdiction where you reside, do not provide Monster, or otherwise include in your resumes or Monster profile other sensitive information that reveals racial or ethnic origin, political opinions, religious or philosophical beliefs, trade-union membership, health or sex life, genetic or biometric data, the commission of criminal offences or proceedings, unlawful conduct, and associated penalties.

- Do not provide your Social Security Number, national identification number, or any state, provincial, or other local identification number to any third party via your online application. Identity thieves may attempt to trick you into providing sensitive information. Do not provide any non-work related personal information (i.e., your Social Security Number or any other state or national identification number, eye color, marital status, etc.) over the phone or online.

- Job seekers should never provide credit card or bank numbers or engage in a monetary transaction of any sort.

- Be cautious when dealing with contacts outside of your own country.

You can find additional information on conducting a safe job search in our Security Center.

## LINKS TO OTHER WEBSITES

Our websites and apps may contain links to other sites for your convenience and information. These sites may be operated by companies not

owned by Monster. These other sites or linked third-party sites may have their own privacy notices, which you should review if you visit those sites. We are not responsible for the content of any sites not owned by Monster, any use of those sites, or those sites' privacy practices.

## INTERNATIONAL DATA TRANSFERS

When we obtain personal information about you, we may process and store the information outside of the country in which you are located, including in the United States. The countries in which we process the information may not have the same data protection laws as the country in which you are located. Further, users who access your information also may be located in a different country than you and different laws may apply to their use of your information. By using the Monster websites, apps, products or services (the "Sites"), you hereby affirmatively consent to the processing of your Personal Information in a country which may not have the same level of privacy protection as your country of residence. Should you withdraw this consent, you should delete your account and you agree that you will not use or visit the Sites subsequent to your withdrawal of such consent.

Monster Worldwide, LLC complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF) and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce.  Monster Worldwide, LLC has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (EU-U.S. DPF Principles) with regard to the processing of personal data received from the European Union in reliance on the EU-U.S.  DPF. Monster Worldwide, LLC has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of personal data

received from Switzerland in reliance on the Swiss-U.S. DPF. If there is any conflict between the terms in this privacy policy and the EU-U.S. DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework (DPF) program, and to view our certification, please visit https://www.dataprivacyframework.gov/.

Monster Worldwide, LLC remains responsible and liable under the EU-U.S. DPF Principles and/or the the Swiss-U.S. DPF Principles if third-party agents that it engages to process the personal data on its behalf do so in in a manner inconsistent with the Principles unless Monster Worldwide, LLC proves that it is not responsible for the event giving rise to the damage.

The Federal Trade Commission has jurisdiction over Monster Worldwide, LLC's compliance with the EU-U.S. DPF and the Swiss-U.S. DPF. In certain situations, Monster Worldwide, LLC may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

In compliance with the EU-U.S. DPF and the Swiss-U.S. DPF, Monster Worldwide, LLC commits to resolve DPF Principles-related complaints about our collection and use of your personal information. EU and Swiss individuals with inquiries or complaints regarding our handling of personal data received in reliance on the EU-U.S. DPF and/or the Swiss-U.S. DPF should first contact Monster Worldwide, LLC via the webform at :

https://candidatehelp.monster.com/s/contactsupport?language=en_US&brandtag=seeker

Or at:

Privacy Office
Monster Worldwide, LLC
200 N. LaSalle Street, Suite 900

In compliance with the EU-U.S. DPF and the Swiss-U.S. DPF, Monster Worldwide, LLC also commits to refer unresolved complaints concerning our handling of personal data received in reliance on the EU-U.S. DPF and the Swiss-U.S. DPF to TRUSTe, an alternative dispute resolution provider based in the United States.  If you do not receive timely acknowledgment of your DPF Principles-related complaint from us, or if we have not addressed your DPF Principles-related complaint to your satisfaction, please visit https://feedback-form.truste.com/watchdog/request for more information or to file a complaint.  These dispute resolution services are provided at no cost to you.

For complaints regarding DPF compliance not resolved by any of the other DPF mechanisms, you have the possibility, under certain conditions, to invoke binding arbitration. Further information can be found on the official DPF website.

If personal data covered by this Privacy Notice is to be used for a new purpose that is materially different from that for which the personal data was originally collected or subsequently authorized, or is to be disclosed to a non-agent third-party in a manner not specified in this Privacy Notice, Monster Worldwide, LLC will provide you with an opportunity to choose whether to have your data so used or disclosed. Requests to opt-out of such uses or disclosures of personal data should be sent to us as specified in the "General Contact Information" section below.

Certain information, such as information about medical or health conditions, racial or ethnic origin, political opinions and religious or philosophical beliefs is considered "Sensitive Information." Monster Worldwide, LLC will not use Sensitive Information for a purpose other than a

purpose for which it was originally collected or subsequently authorized by the individual unless Monster Worldwide, LLC has received your affirmative and explicit consent (opt-in).

**Standard Contractual Clauses**: When necessary, Monster transfers personal data from the EU Member States and pursuant to the EU Standard Contractual Clauses and the UK Addendum.

### GENERAL CONTACT INFORMATION

If you have questions or concerns about this Privacy notice, please contact us online or at:

Privacy Office
Monster Worldwide, LLC
200 N. LaSalle Street, #900
Chicago, IL 60601

Users in the UK, European Economic Area (EEA), and Switzerland have the right to lodge a complaint with the supervisory authority for data protection in their country. Monster's European Data Protection Officer can be reached at:

VeraSafe

Experts @ verasafe.com

100 M Street S.E., Suite 600

Washington, D.C. 20003 USA

https://verasafe.com

Monster may update this Privacy notice to reflect changes in our information practices. If we make any material changes, we will notify you if required using the email specified in your account and/or by means of a notice on this website prior to the change becoming effective. We encourage you to periodically review this page for the latest information on our privacy practices.

Monster complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF and the Swiss-U.S. Data

Privacy Framework (Swiss-U.S. DPF) as set forth
Case 25-11195-JKS    Doc 178-11    Filed 07/16/25    Page 29 of 29
by the U.S. Department of Commerce.

## SECURITY

Monster maintains measures, including policies, procedures, and technical safeguards to protect the data we collect against destruction, loss, alteration, access, disclosure or use.

Although we maintain a SOC-2, Type 2 Attestation, please note that no electronic transmission, storage, or processing of information can be entirely secure. We cannot guarantee that the security measures we have in place to safeguard personal information will always be sufficient or effective. Therefore, although we are committed to protecting your privacy, we do not promise, and you should not expect, that your personal information will always remain private or secure.

You understand and acknowledge that you assume all responsibility and risk for your use of our websites and apps, the internet generally, and the documents you post or access, and for your conduct on and off our websites. To further protect yourself, you should safeguard your Monster account user name and password by refraining from sharing that information with anyone. You should also sign off your account and close your browser window when you have finished your visit to our websites. Please note that we will never ask for your Monster account user name or password via email.

## CHILDREN'S PRIVACY

We do not knowingly collect, maintain, or sell information from anyone under the age of 16. If you are under 16, please do not use our websites or mobile apps. In the event that we learn that we have collected personal information from a child under the age of 16, we will delete that information as quickly as possible.