IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re: : Chapter 11
:
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
:
Debtors. : (Jointly Administered)
:
: **Re: Docket Nos. 63 & 64**
------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING OMNIBUS
MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) AUTHORIZING
THE DEBTORS TO (A) REJECT CERTAIN UNEXPIRED LEASES
AND (B) ABANDON ANY REMAINING PROPERTY EFFECTIVE AS
OF THE REJECTION DATE; AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection, or any other responsive pleading with respect to the *Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to (A) Reject Certain Unexpired Leases and (B) Abandon Any Remaining Property Effective as of the Rejection Date; and (II) Granting Related Relief* [Docket No. 63] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on June 30, 2025.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* [Docket No. 64], filed on July 1, 2025, any objections or responses to the Motion were to be filed no later than July 15, 2025 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33302125v.1

WHEREFORE, the Debtors respectfully request that the Proposed Order be entered at the earlies convenience of the Court.

Dated: July 16, 2025
      Wilmington, Delaware

| | /s/ Huiqi Liu |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*