UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | ) Case No. 25-11195 (JKS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Morgan, Lewis & Bockius LLP hereby appears in the above-referenced chapter 11 cases as counsel to Bullhorn, Inc. and its affiliates (together, "Bullhorn"), and pursuant to Rules 2002, 3017 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 1109(b), request that all notices given or required in these cases, and all documents, and other papers served in these cases, be given to and served upon:

| | |
|---|---|
| Jody C. Barillare (Bar No. 5107) | Christopher L. Carter |
| Brian Loughnane (Bar No. 6853) | David K. Shim |
| Morgan, Lewis & Bockius LLP | Morgan Lewis & Bockius LLP |
| 1201 N. Market Street, Suite 2201 | One Federal Street |
| Wilmington, Delaware 19801 | Boston, MA 02110-1726 |
| Telephone: (302) 574-3000 | Telephone: (617) 341-7700 |
| Facsimile: (302) 574-3001 | Facsimile: (617) 341-7701 |
| jody.barillare@morganlewis.com | christopher.carter@morganlewis.com |
| brian.loughnane@morganlewis.com | david.shim@morganlewis.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, all other notices, papers, reports, orders, agenda letters, applications, motions, petitions, pleadings, requests, complaints or demands, statements of affairs, operating reports, schedules of assets and liabilities whether formal or informal, whether written or oral, and whether transmitted or conveyed by the United States, overnight or electronic mail, facsimile, courier, telephone, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended, and shall not be deemed or construed, to be a waiver of any of the rights of Bullhorn including, without limitation (i) the right

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

to have final orders in non-core matters entered only after de novo review by a higher court; (ii) the right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) the right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) Bullhorn's right to enforce any contractual provision with respect to arbitration; or (v) any other rights, claims, actions, or defenses to which Bullhorn is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions and defenses expressly are reserved.

Dated: July 16, 2025
Wilmington, DE

**MORGAN, LEWIS & BOCKIUS LLP**

/s/ *Jody C. Barillare*
Jody C. Barillare (Bar No. 5107)
1201 N. Market Street, Suite 2201
Wilmington, DE 19801
Telephone: (302) 574-3000
Email: jody.barillare@morganlewis.com

- and -

Christopher L. Carter (*pro hac vice* pending)
David K. Shim (*pro hac vice* pending)
One Federal Street
Boston, MA 02110
Telephone: (617) 341-7700
christopher.carter@morganlewis.com
david.shim@morganlewis.com.com

*Counsel to Bullhorn, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July 2025, a true and correct copy of the foregoing *Notice of Appearance and Request for Service* was sent via ECF Noticing to all parties receiving ECF Notices in these chapter 11 cases.

/s/ *Jody C. Barillare*
Jody C. Barillare, Esq. (#5107)