**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>　　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 25-11195 (JKS)<br>)<br>) Jointly Administered<br>) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of Christopher L. Carter of Morgan, Lewis & Bockius LLP to represent Bullhorn, Inc. and its affiliates in the above-captioned chapter 11 cases.

Dated: July 16, 2025　　　　　　　　　　　　　/s/ *Jody C. Barillare*
Wilmington, DE　　　　　　　　　　　　　　　Jody C. Barillare (Bar No. 5107)
　　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　　　1201 N. Market Street, Suite 2201
　　　　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 574-3000
　　　　　　　　　　　　　　　　　　　　　　　Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 16, 2025　　　　　　　　　　　　　/s/ *Christopher L. Carter*
　　　　　　　　　　　　　　　　　　　　　　　Christopher L. Carter, Esq.
　　　　　　　　　　　　　　　　　　　　　　　MORGAN, LEWIS & BOCKIUS LLP
　　　　　　　　　　　　　　　　　　　　　　　One Federal Street
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02110-1726
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (617) 341-7700
　　　　　　　　　　　　　　　　　　　　　　　Email: christopher.carter@morganlewis.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 16th, 2025**　　　　　　　　　　　J. KATE STICKLES
**Wilmington, Delaware**　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE