**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| ZEN JV, LLC, *et al.*, ) | |
| ) | Case No. 25-11195 (JKS) |
| Debtors. ) | |
| ) | Jointly Administered |
| ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the certification below, the undersigned counsel moves for the admission *pro hac vice* of David K. Shim of Morgan, Lewis & Bockius LLP to represent Bullhorn, Inc. and its affiliates in the above-captioned chapter 11 cases.

Dated: July 16, 2025  
Wilmington, DE

/s/ *Jody C. Barillare*  
Jody C. Barillare (Bar No. 5107)  
MORGAN, LEWIS & BOCKIUS LLP  
1201 N. Market Street, Suite 2201  
Wilmington, DE 19801  
Telephone: (302) 574-3000  
Email: jody.barillare@morganlewis.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC* VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of New York, the State of Connecticut, and the Commonwealth of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated: July 16, 2025

/s/ *David K. Shim*  
David K. Shim, Esq.  
MORGAN, LEWIS & BOCKIUS LLP  
One State Street  
Hartford, CT 06103-3178  
Telephone: (860) 240-2580  
Email: david.shim@morganlewis.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: July 16th, 2025**  
**Wilmington, Delaware**

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE