# **Exhibit 1**

**Zen, LLC**
Cure Schedule Amendments
7/16/2025

| Num | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | AIMWEL B.V. | Monster Worldwide, LLC | $ 432,333.43 | | Digital Marketing Services Agreement | Capellalaan 65 | | Hoofddorp | | 2132 JL | The Netherlands | dennis.van.allemeersch@dpgmedia.nl | Added |
| 2 | Beacon Hill Solutions Group, LLC | Monster Worldwide LLC | $ - | 12/31/2009 | Master Services Agreement #1-1NDPPGY (including related Sales Orders) | PO BOX 846193 | | BOSTON | MA | 02284-6193 | US | AR@BEACONHILLSTAFFING.COM | Revised Cure / Description |
| 3 | Beacon Hill Solutions Group, LLC | CareerBuilder, LLC | $ - | 9/19/2023 | Master Services Agreement (including related Sales Orders) | 152 Bowdoin St | | BOSTON | MA | 02108 | US | accountspayable@beaconhillstaffing.com | Revised Cure / Description |
| 4 | Blackline Systems, Inc. | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 2217 Locust St | | Saint Louis | Missouri | 63103-1509 | | mschwartz@blacklinestl.com | Revised Cure / Description |
| 5 | Equinix, Inc. | CareerBuilder, LLC | $ 37,001.22 | | Master Services Agreement (including any applicable Service Orders) | PO BOX 736031 | | DALLAS | TX | 75373-6031 | US | REMITTANCE@EQUINIX.COM | Revised Cure / Description |
| 6 | Equinix, Inc. | Monster Worldwide, LLC | $ 113,683.86 | 1/31/2025 | Master Services Agreement (including any applicable Service Orders) | PO BOX 736031 | | DALLAS | TX | 75373-6031 | US | REMITTANCE@EQUINIX.COM | Revised Cure / Description |
| 9 | Morning Consult LLC | Monster Worldwide, LLC | $ 100,000.00 | 3/10/2022 (and 3/20/2025 for SOW issued pursuant thereto) | Master Services Agreement and SOW No. Q-08194-1 issued pursuant thereto | 1025 F St NW Suite 800 | | Washington | DC | 20004 | US | | Revised Cure / Description |

| Num | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | RACKSPACE US INC | CareerBuilder, LLC | $ - | 12/22/2024 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Revised Cure / Description |
| 11 | RACKSPACE US INC | CareerBuilder, LLC | $ - | 12/22/2024 | Service Order - Looker (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Revised Cure / Description |
| 12 | RACKSPACE US INC | CareerBuilder, LLC | $1,545,030.26  This amount represents the aggregate amount outstanding under this GSA and related Service Orders | 1/28/2020 | Global Services Agreement | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Added |
| 13 | RACKSPACE US INC | CareerBuilder, LLC | $ - | 4/24/2025 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Added |
| 14 | RACKSPACE US INC | Zen JV, LLC | $ - | 6/19/2025 | Global Services Agreement (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Added |
| 15 | RACKSPACE US INC | Zen JV, LLC | $ - | 6/19/2025 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Added |
| 16 | Salesforce, Inc. | CareerBuilder, LLC | $ 25,578.30 | 12/29/2023 | MSA for Tableau (Contract No. 3732660) | P.O. BOX 203141 | | DALLAS | TX | 75320-3141 | US | | Revised Cure / Description |
| 17 | Salesforce, Inc. | CareerBuilder, LLC | $ 2,274.75 | 6/18/2024 | MSA for Core and Mulesoft (Contract No. 3919238) | P.O. BOX 203141 | | DALLAS | TX | 75320-3141 | US | | Revised Cure / Description |
| 18 | Salesforce, Inc. | Zen JV, LLC | $ 139,395.20 | 6/8/2025 | MSA for Core (Contract No. 4305897) | P.O. BOX 203141 | | DALLAS | TX | 75320-3141 | US | | Revised Cure / Description |
| 19 | Salesforce, Inc. | Monster Worldwide, LLC | $ 504.92 | 5/28/2025 | MSA for Marketing Cloud (Contract No. 4298912) | P.O. BOX 203141 | | DALLAS | TX | 75320-3141 | US | | Revised Cure / Description |

| Num | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20 | SECUREIT CONSULTING GROUP INC | Monster Worldwide, LLC | $ 376,841.25 | | Annual security assessment | 12110 SUNSET HILLS RD | #600 | RESTON | VA | 20190 | US | ACCOUNTING@SECUREIT.COM | Revised Cure / Description |
| 21 | Textkernel Demo | CareerBuilder, LLC | $ - | | Master Services Agreement; Order Form | 200 N La Salle | Suite 1100 | Chicago | IL | 60601 | US | liebregts@textkernel.nl | Removed |
| 22 | Textkernel US LLC | Monster Worldwide Inc. | $ - | 6/12/2024 | Order | C/O NEAL, GERBER & EISENBERG LLP | 2 N LASALLE ST STE 1700 | CHICAGO | IL | 60602 | US | ORDERS@TEXTKERNEL.COM | Removed |
| 23 | United Healthcare | Monster Worldwide, LLC; CareerBuilder, LLC | $ 142,634.34 | Invoices: 4/3/2025 to 7/8/2025 | Administrative Services Agreement and Excess Loss Policy | 9700 Health Care Ln | | Hopkins | MN | 55343 | US | | Revised Cure / Description |
| 24 | VERINEXT CORP | Monster Worldwide, Inc. | $ - | 2/24/2025 | Core Park Place Hardware server support and monitoring contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 25 | VERINEXT CORP | Zen JV, LLC | $ - | 5/20/2025 | Atlassian contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 26 | VERINEXT CORP | CareerBuilder, LLC | $ - | 5/27/2025 | VMWare contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 27 | VERINEXT CORP | CareerBuilder, LLC | $ - | 2/24/2025 | Park Place 3PAR contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 28 | VERINEXT CORP | CareerBuilder, LLC | $ - | 5/12/2025 | Pure Storage contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 29 | VERINEXT CORP | CareerBuilder, LLC | $ - | 3/18/2025 | Fortinet contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |

| Num | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | VERINEXT CORP | Zen JV, LLC | $ - | 4/29/2025 | Rapid7 contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 31 | VERINEXT CORP | CareerBuilder, LLC | $ - | | HPE Greenlake Primera Switching & Storage contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 32 | VERINEXT CORP | CareerBuilder, LLC | $ - | | Greenlake Primera Switching & Storage contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 33 | VERINEXT CORP (successor in interest to Forty8Fifty Labs, LLC) | CareerBuilder, LLC | $ 1,313,704.91 | 3/20/2017 | Master Application Service Provider Agreement (including any applicable Service Orders) | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Revised Cure / Description |
| 34 | Workday, Inc. | CareerBuilder, LLC | $ 16,650.00 | 9/25/2023 | Master Services Agreement | PO BOX 886106 | | LOS ANGELES | CA | 90088-6106 | US | ACCOUNTS.RECEIVABLE@WORKDAY.COM | Revised Cure / Description |