**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                          :    Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                        :    Case No. 25-11195 (JKS)
:
          Debtors.                             :    (Jointly Administered)
:
                                                                                **Re: Docket No. 112**
---------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF**
**DEBTORS FOR ENTRY OF ORDER EXTENDING TIME TO FILE**
**REPORTS OF FINANCIAL INFORMATION PURSUANT TO**
**BANKRUPTCY RULES 2015.3 AND 9006(B) AND LOCAL RULE 9006-2**

The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection, or any other responsive pleading[2] with respect to the *Motion of Debtors for Entry of Order Extending Time to File Reports of Financial Information Pursuant to Bankruptcy Rules 2015.3 and 9006(b) and Local Rule 9006-2* [Docket No. 112] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on July 9, 2025.

The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objections or responses to the Motion were to be filed no later than July 17, 2025 at 4:00 p.m. (prevailing Eastern Time).

---

[1]  The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]  The Debtors' received informal inquiries regarding the Motion from the Official Committee of Unsecured Creditors and U.S. Bank Trust Company, National Association, which the Debtors resolved without the need for any modifications to the Proposed Order.

RLF1 33302258v.1

WHEREFORE, the Debtors respectfully request that the Proposed Order be entered at the earlies convenience of the Court.

Dated: July 18, 2025
      Wilmington, Delaware

**LATHAM & WATKINS LLP**

Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: ray.schrock@lw.com
       candace.arthur@lw.com

- and -

Jonathan C. Gordon (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jonathan.gordon@lw.com

*/s/ Colin A. Meehan*
**RICHARDS, LAYTON & FINGER, P.A.**

Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Huiqi Liu (No. 6850)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
      shapiro@rlf.com
      liu@rlf.com
      carlisle@rlf.com
      meehan@rlf.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                   :    Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                :    Case No. 25-11195 (JKS)
:
           Debtors.           :    (Jointly Administered)
:
:    **Re: Docket No. 112**
---------------------------------------------------------- x

**ORDER EXTENDING TIME TO FILE REPORTS**
**OF FINANCIAL INFORMATION PURSUANT TO BANKRUPTCY**
**RULES 2015.3 AND 9006(b) AND LOCAL RULE 9006-2**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (a) extending the time period for the Debtors to file the initial 2015.3 Reports, and (b) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein;

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

RLF1 33302258v.1

and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The time by which the Debtors shall file their initial Rule 2015.3 Reports is extended to and including July 16, 2025.

4. Entry of this Order is without prejudice to the Debtors' right to request a further extension or modification of their reporting requirements under Bankruptcy Rule 2015.3.

5. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.