IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re:                                                      :    Chapter 11
                                                            :
ZEN JV, LLC, *et al.*,[1]                                   :    Case No. 25-11195 (JKS)
                                                            :
          Debtors.                                   :    (Jointly Administered)
                                                            :
---------------------------------------------------------- x    Re: Docket No. 110

### NOTICE OF (I) AUCTION TRANSCRIPT AND (II) SUCCESSFUL AND BACKUP BIDS

    **PLEASE TAKE NOTICE** that, on June 24, 2025, the above-captioned debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), commencing the above-captioned chapter 11 cases.

    **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's order [Docket No. 110] (the "**Bidding Procedures Order**") approving, among other things, bidding procedures (the "**Bidding Procedures**") for the Assets,[2] the Debtors commenced the Auction for the Assets on July 17, 2025 at the New York office of their proposed counsel, Latham & Watkins LLP, and via Zoom. The Debtors adjourned the Auction at the end of the day on July 17, 2025 before re-convening and closing the Auction via Zoom on July 19, 2025. The Auction was transcribed by a court reporter; a copy of the transcript is attached hereto as **Exhibit 1.**

    **PLEASE TAKE FURTHER NOTICE** that the Successful Bidders and Backup Bidders for the Debtors' Assets are as follows, with the summaries subject in all respects to the terms of the applicable asset purchase agreement:

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] The Bidding Procedures are attached to the Bidding Procedures Order as **Exhibit 1** thereto. Capitalized terms that are used herein and not otherwise defined shall have the meanings given to the in the Bidding Procedures.

| | **Monster Media Assets** | |
|---|---|---|
| **Successful Bidder** | Valnet US, Inc.<br>(Asset Purchase Agreement attached hereto as **Exhibit 2** (the "**Monster Media APA**")) | $27.25 million in cash, plus such other consideration as set forth in the Monster Media APA |
| **Backup Bidder** | Tributary Media, LLC | $27.55 million in cash (resulting in net proceeds of $26.8 million after payment of bid protections to Valnet US, Inc. as a Stalking Horse Bidder), plus such other consideration as set forth in the asset purchase agreement |
| | **Monster Government Assets** | |
| **Successful Bidder** | Sherrill-Lubinski, LLC & Eti-Net Inc. (Partner One Capital)<br>(Asset Purchase Agreement attached hereto as **Exhibit 3** (the "**Monster Government APA**")) | $13,000,079 in cash (resulting in net proceeds of $12,280,079 after payment of bid protections to Valsoft Corporation as a Stalking Horse Bidder), plus offers of employment to substantially all Monster Government employees on terms at least as favorable as their current employment, plus such other consideration as set forth in the Monster Government APA |
| **Backup Bidder** | Valsoft Corporation | $9.51 million in cash, plus offers of employment to substantially all Monster Government employees on terms at least as favorable as their current employment, plus such other consideration as set forth in the asset purchase agreement |
| | **Job Board Assets** | |
| **Successful Bidder** | BOLD Holdings, LLC<br>(Asset Purchase Agreement to be filed (the "**Job Board APA**" and together with the Monster Media APA and the Monster Government APA, the "**Asset Purchase Agreements**")) | $28.376 million in cash (resulting in net proceeds of $27.716 million after payment of bid protections to JobGet as a Stalking Horse Bidder), plus offers of employment to no less than 350 full-time employees, plus such other consideration as set forth in the Job Board APA |
| **Backup Bidder** | JobGet, Inc. | $27 million in cash, plus such other consideration as set forth in the asset purchase agreement |

**PLEASE TAKE FURTHER NOTICE** that a hearing is scheduled to be held before the Honorable J. Kate Stickles on **July 24, 2025 at 1:00 p.m. (Eastern Time)**, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, to consider entry of the Sale Orders authorizing, among other things, the Debtors to enter into the Asset Purchase Agreements with the Successful Bidders (the "**Sale Hearing**"). Objections relating solely to the identity of the Successful Bidder(s) (other than Valnet US, Inc., as a Stalking Horse Bidder) or adequate assurance of future performance provided by the Successful Bidder(s) (other than Valnet US, Inc., as a Stalking Horse Bidder) must be filed with the Court by **12:00 p.m. (Eastern Time) one day prior to the date of the Sale Hearing**. The Sale Hearing may be continued to a later date by the Debtors by filing a notice with the Court or making an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, the Asset Purchase Agreements and all other documents filed with the Court are available free of charge on the Debtors' case information website, located at https://omniagentsolutions.com/CareerBuilderMonster, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., at (888) 841 – 0521 (US & Canada) or (818) 924 – 2298 (International).

Dated: July 19, 2025
      Wilmington, Delaware

| | /s/ Zachary I. Shapiro |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*