## Exhibit 1

**Auction Transcript**



Transcript of

**In re: ZEN JV, LLC, et al**

**Auction Proceedings**

July 17, 2025

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

```
 1          IN THE UNITED STATES BANKRUPTCY COURT

 2             FOR THE DISTRICT OF DELAWARE

 3                      - - -

 4  In re:                        :

 5                                :

 6  ZEN JV, LLC, et al            :

 7              Debtor(s)   :Case No. 25-11195(JKS)

 8  ----------------------------

 9

10

11        T R A N S C R I P T of the stenographic

12  notes of the auction proceedings in the above-

13  entitled matter, as taken by and before Amanda

14  Brooks, a Professional Court Reporter and Notary

15  Public, taking place at Latham & Watkins, LLP,

16  1271 Avenue Of The Americas, New York, New York,

17  10020, on July 17th, 2025, commencing at

18  approximately 10:00 a.m. Eastern time pursuant to

19  notice.

20                  ORIGINAL

21

22

23

24
```

In re: ZEN JV, LLC, et al

```
 1   APPEARANCES:

 2

 3   Jonathan Gordon

 4   Brett Theisen

 5   Fouad ElNaggar

 6   Jonathan Davis

 7   Robert Malone

 8   Eric Walker

 9   Jason Rottenberg

10   Miriam Peguero Medrano

11   Ben Thomson

12   Daniel Shamah

13   Gary Hsueh

14   Jamie Freundlich

15   Michael Klein

16   Miguel Vega

17   Sofia Lopez

18   Anna Phillips

19   Asher Eddy

20   Avi Robbins

21   Dan Silvers

22   Daniel Armagh

23   Frank Sun

24
```

```
 1   APPEARANCES:

 2

 3   James Lilly

 4   James Shen

 5   Jeff Furman

 6   Jesse Delconte

 7   Ken Shea

 8   Candace Arthur

 9   Marilia Bagatini

10   Mark Kurtz

11   Michael Suhajda

12   Randall Eisenberg

13   Wei Wen

14   Zach Shapiro

15   Jamie Copeland

16   Matthew Attman

17   Melissa Hartlipp

18   Robert Hirsh

19   Robert Winning

20   Sarah Carnes

21   Corey Nobile

22   Francis Xavier Helgesen

23

24
```

In re: ZEN JV, LLC, et al

```
 1  APPEARANCES:

 2

 3  Zach Onisko

 4  Ed Sattar

 5  Chris Winter

 6  Dan Pierce

 7  Michael Tsui

 8  Tony Liu

 9  Amit Singh

10  Dan DeMarco

11  Madhu Modugu

12  Alex Blum

13  Joaquin C de Baca

14  Lauren Blanchard

15  Matt Volkert

16  Richard Stieglitz

17  Joseph Berkowitz

18  Hassan Youssef

19  Rory Arzoumanian

20  Yury Smagorinsky

21

22

23

24
```

```
 1  APPEARANCES:

 2

 3  C. Thomas St. Henry

 4  David Felicissimo

 5  Ellen Wheeler

 6  Joseph Khoubbieh

 7  Lauren Altus

 8  Louis-Philippe Lacasse

 9  Vincent Richard

10  Bob LeHane

11  Christian Malpeli

12  Adam Harris

13  Joy Ahern

14  Jose Irizarry

15  Seth Fink

16

17

18

19

20

21

22

23

24
```

In re: ZEN JV, LLC, et al

```
 1                        - - -

 2               AUCTION PROCEEDINGS

 3                        - - -

 4          JONATHAN GORDON:  All right.  Good

 5  morning, everyone.  We are now on the record.  My

 6  name is Jonathan Gordon from Latham & Watkins,

 7  counsel to Zen JV and its debtor affiliates, which

 8  I will refer to as the debtors.

 9          This is the auction for the debtors'

10  assets in connection with their bankruptcy cases

11  being jointly administered under case

12  Number-25-11195 in The United States Bankruptcy

13  Court for The District Of Delaware before The

14  Honorable Judge Kate Stickles.

15          This auction is taking place pursuant to

16  and will be conducted in accordance with the

17  bidding procedures approved by the bankruptcy

18  court on July 8th, 2025 at docket Number-110.

19          One preliminary item before we dive into

20  introductions.  As you are probably aware, no

21  qualified bidder is permitted to consult with

22  other qualified bidders prior to the conclusion of

23  this auction or submit a joint bid with any other

24  qualified bidder without the expressed prior
```

1  consent of the debtors in consultation with The

2  Official Committee Of Unsecured Creditors and the

3  debtors' DIP lender, which I will refer to

4  collectively as the consultation parties.

5        As part of each qualified bidder's

6  introduction, we will ask that each qualified

7  bidder represent that it has not engaged and will

8  not engage in any collusion with respect to the

9  bidding or the sale without the expressed prior

10 consent of the debtors.

11       We will also ask that one person for each

12 qualified bidder speak on behalf of the bidder for

13 their introductions, so please plan accordingly.

14       Turning now to the introductions.  First,

15 I would like to introduce our court reporter,

16 Amanda Brooks, who is transcribing the auction in

17 this main room.  Conversations in break-out rooms

18 will not be recorded or transcribed.  We will

19 distribute a copy of the transcript to all parties

20 after the auction.

21       Representing the debtors today is their

22 chief financial officer, Michael Suhajda.  From

23 PJT Partners, the debtors' investment banker, we

24 have James Lilly, Avi Robbins, and other members

1   of their team.  AlixPartners, the debtors'

2   financial advisors are here with Randall

3   Eisenberg, Jesse Delconte, and other members of

4   their team.

5           From Richards, Layton & Finger, we have

6   Zach Shapiro and Mark Kurtz.  And finally, from

7   Latham, you have Ray Schrock, Candace Arthur,

8   myself, and other members of the team.

9           On behalf The Unsecured Creditors

10  Committee, we have Sarah Carnes from Cole Schotz

11  and Rob Winning from M3 and other members of their

12  teams.  On behalf of the DIP lender, we have Rob

13  Hirsh and Jamie Copeland.

14          Turning to the qualified bidders, the

15  debtors received nine qualified bids in total in

16  addition to its three stalking horse bids.  I will

17  go down the list of the 12 qualified bidders and

18  ask that the spokesperson for each bidder, whether

19  it be a principal or an advisor, introduce

20  themselves.

21          We ask that each qualified bidder speak

22  solely through their spokesperson to assist the

23  court reporter and maintain clarity on the record.

24  When speaking, please stand and introduce yourself

1   and speak loudly and clearly.

2       When you introduce yourself, please

3   confirm on the record that your group, one, has

4   not and will not collude with any other bidder or

5   any other person or entity, concerning the sale,

6   plan, or other transaction concerning the debtor's

7   assets; two, as reviewed, understands and accepts

8   the bidding procedures; and three, consents to the

9   core jurisdiction of the bankruptcy court.

10       Please do so by saying "I confirm the

11   representations."  Array Corporation?

12       BRETT THEISEN:  Good morning.  Brett

13   Theisen and Robert Malone from Gibbons.  And with

14   us is Fouad ElNaggar, who is cofounder of Array.

15   And not in the room, who is here, Jonathan Davis,

16   the general counsel of Array.  And I confirm

17   representation.

18       JONATHAN GORDON:  Thank you.  Arsenal

19   Growth Equity?

20       ERIC WALKER:  Good morning.  Eric Walker

21   with the law firm, Cooley, with my colleague here,

22   Miriam Peguero Medrano, and we are here with the

23   general partner of Arsenal, Jason Rottenberg.  We

24   confirm the representations.

In re: ZEN JV, LLC, et al

1          JONATHAN GORDON:  Thank you.  BOLD

2   Holdings?

3          MICHAEL KLEIN:  Michael Klein, Cooley,

4   LLP, on behalf of BOLD.  I confirm the

5   representations.

6          JONATHAN GORDON:  Thank you.  Enduring

7   Ventures?

8          XAVIER HELGESEN:  Xavier Helgesen, Venture

9   director.  I confirm the representations.

10          JONATHAN GORDON:  Hidden Talents?

11          ED SATTAR:  Ed Sattar, with Hidden Talent.

12          JONATHAN GORDON:  JobGet?

13          CHRIS WINTER:  Chris Winter with Duane

14   Morris.  With me is Daniel Pierce, Klara Bradbury

15   from Duane Morris, and from JobGet, Inc, Tony Liu

16   and Michael Tsui.  And we do confirm the

17   representations.

18          JONATHAN GORDON:  Thank you.  PartnerOne?

19   PartnerOne?

20          JOSEPH BERKOWITZ:  Joe Berkowitz.

21          JAKE GORDON:  Jake Gordon.  Can you guys

22   hear me?

23          JONATHAN GORDON:  Yes.  Go ahead.

24

In re: ZEN JV, LLC, et al

AUCTION,

1          JAKE GORDON:  Thank you.  Jake Gordon from

2     Foley and Lardner.  And my client, PartnerOne, is

3     in the room, represented by the general counsel,

4     Joe Berkowitz.  And I can confirm for the record

5     the representations.

6          JONATHAN GORDON:  Thank you.

7     Spectraforce?

8          DAN DEMARCO:  Dan DeMarco, Hahn, Loeser &

9     Parks.  I'm here with the principals of

10    Spectraforce.  And we confirm the representations.

11         JONATHAN GORDON:  Thank you.  Tributary

12    Media?

13         RICHARD STIEGLITZ:  Hi.  Rich Stieglitz

14    from Mayer Brown on behalf of Tributary Media.

15    I'm here with Matt Volkert and Alex Blum from

16    Tributary.  And my partner, Joaquin C de Baca, my

17    colleague, Lauren Blanchard.  And we confirm the

18    representation.

19         JONATHAN GORDON:  Thank you.  Valnet?

20         YURY SMAGORINSKY:  Good morning.  Yury

21    Smagorinsky, general counsel.  I'm here with my

22    colleague, Rony Arzoumanian and Hassan Youssef.  I

23    confirm the representations.

24         JONATHAN GORDON:  Thank you.  Valsoft?

In re: ZEN JV, LLC, et al

1            THOMAS ST. HENRY:  Thomas St. Henry,

2  Proskauer Rose, LLP.  I'm here with my colleague,

3  Ellen Wheeler, and Valsoft team.  And we confirm

4  the -- I confirm the representations.

5            JONATHAN GORDON:  Thank you.  And

6  ZipRecruiter?

7            ROBERT LEHANE:  Good morning.  Robert

8  Lehane, Kelley Drye & Warren, on behalf of

9  ZipRecruiter, Inc.  With me is Christian Malpeli.

10  And Michael Ding is maybe joining us virtually.

11  My colleague, Danielle Carelli, is here with us as

12  well from Kelley Drye.

13            JONATHAN GORDON:  Thank you.

14            ROBERT LEHANE:  I confirm the

15  representations.

16            JONATHAN GORDON:  Thank you.  Turning to

17  the auction process, the debtors will conduct the

18  auction in accordance with the bidding procedures

19  approved by the bankruptcy court on July 8th, at

20  Docket Number-110.  Copies of these bidding

21  procedures are available here today if you don't

22  already have them with you.

23            Subject to the terms of the bidding

24  procedures, the bidding procedures may be modified

1  from time to time by the debtors in consultation

2  with the consultation parties.  The bidding will

3  take place in this room.  Please speak clearly

4  when announcing bids in this room, so we can have

5  a clear record.

6            I will now provide a more detailed

7  overview of the auction process, which is also set

8  forth in greater detail of the bidding procedures.

9            Baseline bid.  The debtors are

10 reviewing the submitted bids and will come back on

11 the record to introduce the baseline bids.

12           Process of bidding.  Bids will be made

13 openly and on the record.  We will be asking

14 parties who desire to make a bid to describe that

15 bid on the record by having the designated

16 representative clearly state the terms of the bid.

17       By way of an example, if a bidder is

18 making an overbid, it's representative should

19 state, "Bidder-X bids on the following terms,

20 purchase price of Y and otherwise on the same

21 terms as the current high bid of Z."

22           Of course if the terms are different

23 from those of the current high bid, you may

24 explain those differences, too, including by

In re: ZEN JV, LLC, et al

1  indicating that the bidder is bidding on the same

2  terms as its prior bid.

3           If a bidder proposes any changes to

4  their previously submitted documentation, the

5  debtors will follow up as necessary and

6  appropriate to reach actual agreement on the

7  documentation, itself.

8           Depending on the changes, however, we

9  may require to see the detailed documentation

10 changes and modifications as part of the bid.

11 Time limit.  There is currently no time limit to

12 this auction's duration or for submitting a bid,

13 but the debtors reserve the right to propose a

14 time limit for submitting a bid to facilitate the

15 close of the auction.

16           Breaks are allowed subject to any time

17 limits later imposed by the debtors.  And we

18 request they be kept to a reasonable minimum.

19           Overbids.  In accordance with The

20 Court-approved bidding procedures, overbids of

21 this auction must be made in minimum increments of

22 $300,000 or such other amount as the debtors may

23 determine in their reasonable business judgement

24 of additional value, if applicable, and otherwise

In re: ZEN JV, LLC, et al

1    satisfy the requirements for a qualified bid.

2               A bidder submitting an overbid must

3    announce the material terms of such overbid,

4    including the total amount and type of

5    consideration offered in such overbid.

6               Consideration can comprise of cash,

7    cash equivalence or assumed liabilities.  We are

8    happy to field any questions between rounds of

9    biddings and take breaks as appropriate, so that

10   parties may confer with their representatives.

11              In particular, if a bidder wishes to

12   place a bid on the record, we would ask you confer

13   with the debtors and their professionals before

14   doing so, so that the bid may be cleared in

15   advance as a valid overbid.

16              Once cleared, the debtors will inform

17   the other parties that an overbid is to be placed

18   on the record so that folks can reassemble in this

19   auction room.

20              No round skipping.  Round skipping is

21   explicitly prohibited.  To remain eligible to

22   participate in the auction, each round of bidding,

23   each qualified bidder must submit a bid in such

24   round of bidding that is a better offer than the

 1    immediately preceding bid submitted by a qualified

 2    bidder.

 3              To the extent a qualified bidder fails

 4    to bid in such round of bidding or to submit a bid

 5    in such round, that is a better offer as

 6    determined by the debtors in their reasonable

 7    business judgment after consultation with the

 8    consultation parties, such qualified bidders shall

 9    be disqualified from continuing to participate in

10    the auction.

11              Following each round of bidding, the

12    debtors will announce the bid that they believe in

13    their reasonable business judgment, and upon

14    consultation with their advisors and the

15    consultation parties, to be the highest or

16    otherwise best offer for the relevant assets.

17              Each bid submitted will constitute an

18    irrevocable offer and be binding on the applicable

19    bidder from the time the bid is submitted until

20    the end of the auction, except for the successful

21    bid and the back-up bid, which will remain binding

22    until consummation of the sale.

23              The successful bidder will be required

24    to keep the successful bid open and irrevocable

1   until the closing of the sale, as will the back-up

2   bidder.  The debtors will select the successful

3   bid and the back-up bid in the exercise of their

4   business judgment, following consultation with the

5   consultation parties.

6              After the debtors have tentatively

7   selected the winning bids, those bidders will need

8   to finalize the TSA with the debtors before the

9   auction officially concludes.

10             As soon as reasonably practical,

11  following the auction, and in no event -- in any

12  event, no later than 24 hours following the

13  conclusion, the debtors will file a notice on the

14  court docket, announcing the successful bidder and

15  the back-up bidder.

16             In accordance with the bidding

17  procedure's order, all of the debtor's rights are

18  reserved, including the right in consultation with

19  the consultation parties to modify the rules and

20  procedures as contemplated by the bidding

21  procedures.  Any modifications will be announced

22  on the record.

23             If you have any logistical or

24  technical issues during the auction, you can email

In re: ZEN JV, LLC, et al

1  ZenAuction@LW.com.  For printing assistance,

2  please refer to the printing instructions that

3  should be included in each room, or you can e-mail

4  ZenAuction@LW.com.

5           As noted earlier, no qualified bidder

6  is permitted to consult with any qualified bidders

7  prior to the conclusion of this auction or submit

8  a joint with any other qualified bidder without

9  the expressed prior consent of the debtors in

10 consultation with the consultation parties.

11          Should we learn of any improper

12 collusion during this process, the debtors reserve

13 all rights under the biding procedures and the

14 bankruptcy code.

15          Lastly, lunch will be available

16 outside this room and drinks and snacks should be

17 available at each breakout room.  Please let us

18 know if you need anything else.  We will now take

19 a break and go off the record, to continue

20 ongoing -- sorry.

21          Can you please mute yourself on Zoom?

22 We will now take a break and go off the record to

23 continue ongoing discussions.  We will send

24 another e-mail for when we intend to go back on

1    the record in this main room.

2            Are there any questions before we

3    break?

4        CANDACE ARTHUR:  In terms of the order of

5    what we are going to do with the assets, it's more

6    likely than not we are going to start with MMP and

7    then MGS and then the job core assets.

8        JONATHAN GORDON:  Any questions?  All

9    right.  We will break and go off the record.

10   Thank you.

11                   - - -

12            (Whereupon, a break was taken.)

13                   - - -

14       JONATHAN GORDON:  All right.  This is

15   Jonathan Gordon from Latham & Watkins, counsel to

16   the debtors.

17           We are now back on the record to

18   announce the leading bids for the Monster Media

19   assets and the Monster Government assets.  For

20   Monster Media, the current baseline bid is from

21   Tributary Media for 24.15 million in cash purchase

22   price, plus 1.72 million in assumed cure costs,

23   plus plans to keep current employment arrangements

24   intact, as summarized on the slide on the screen.

In re: ZEN JV, LLC, et al

AUCTION,

1           For Monster Government, the current

2   baseline leading bid for PartnerOne slash

3   Sherrill-Lubinski, for 7.5 million in cash, plus

4   $720,000 in assumed cure costs, plus employment

5   offers to some employees, as summarized on the

6   slide on the screen.

7           We are continuing to review the job

8   board bids.  We will now break for lunch and to

9   continue discussion with the bidders.  We will

10  target coming back on the record at 1:00 p.m.

11  Eastern, but we will keep people posted.  Thank

12  you.

13                  - - -

14           (Whereupon, a break was taken.)

15                  - - -

16      JONATHAN GORDON:  All right.  Thank you

17  all for your patience.  This is Jonathan Gordon

18  from Latham & Watkins on behalf of the debtors.

19  We are back on the record.

20           With respect to the Monster Media

21  assets, the current leading bid for the Media

22  assets is from Tributary for 24.15 million in

23  cash, plus 1.72 million in assumed cure costs,

24  plus plans to keep current employment arrangements

In re: ZEN JV, LLC, et al

1   intact, all subject to the terms of their APA.

2           Would Valnet like to make an overbid

3   with respect to such assets?

4           YURY SMAGORINSKY:  Yury Smagorinsky with

5   Valnet.  We would like to bid 25 million.  Just to

6   be clear, this is not met for the estate, this

7   figure, just a little bit of confusion about that.

8   So we want to be extra clear.  We are also able to

9   match in the terms of the APA.

10          JONATHAN GORDON:  Did you hear that okay?

11          THE COURT REPORTER:  Could I ask you to

12  repeat your name one more time?

13          YURY SMAGORINSKY:  Yury Smagorinsky.

14          THE COURT REPORTER:  Thank you.

15          JONATHAN GORDON:  Just to confirm, so

16  that's a 25-million dollar cash bid, subject to

17  the same terms of the APA, and that's the bid?

18          YURY SMAGORINSKY:  Correct.

19          JONATHAN GORDON:  For Tributary to make an

20  overbid, they must clear that by 1.05 million,

21  that includes $750,000 in break-up fees, plus

22  $300,000 minimum overbid.

23          Would Tributary like to make an

24  overbid?

In re: ZEN JV, LLC, et al

```
 1              RICHARD STIEGLITZ:  We would like to
 2    break.
 3              JONATHAN GORDON:  We will take a short
 4    break.
 5                        - - -
 6                  (Whereupon, a short break was
 7    taken.)
 8                        - - -
 9              JONATHAN GORDON:  We are going back on the
10    record for the auction with respect to the Media
11    assets.  The current bid from Valnet is 25 million
12    dollars cash.  Any overbid by Tributary must clear
13    by at least 1.05 million.  Would Tributary like to
14    make an over bid?
15              RICHARD STIEGLITZ:  For the record,
16    Richard Stieglitz from Mayer Brown on behalf of
17    Tributary.  We would like to bid $26,050,000.
18              JONATHAN GORDON:  Any overbid by Valnet
19    must clear by the 300,000 minimum overbid.  Would
20    Valnet like to make an overbid?
21              YURY SMAGORINSKY:  Yury Smagorinsky from
22    Valnet again.  And I guess we would like to bid
23    $25,500,000.
24
```

1          JESSE DELCONTE:  I think you need -- given

2    the $300,000 minimum overbids, I think for you --

3    like for you guys -- if people just go $300,000

4    over, I think you should think of it as you need

5    to go up 25.6, so go up $600,000 from your

6    previous bid.

7               So if your previous bid was 25, they

8    did the minimum, so basically the 300, and then

9    the 300, so it would be 25.6 would be the minimum

10   next bid for you guys.

11         YURY SMAGORINSKY:  Thanks for the

12   clarification.  So in that case, 25/6.

13         JESSE DELCONTE:  And then it's the same

14   for you guys.  If you think about yours, your last

15   bid, just add $600,000 to that, as long as people

16   are going by the minimums, and that would be the

17   next.

18         RICHARD STIEGLITZ:  I don't know if you

19   want this on the record or not, but we would like

20   to break for five minutes.

21                    - - -

22               (Whereupon, the following

23   discussion was held off the record.)

24                    - - -

In re: ZEN JV, LLC, et al

1           JONATHAN GORDON:  Okay.  We are back on

2  the record.  And just to clarify, maybe explain

3  how the debtors are viewing this.

4                The debtors are focused on net cash

5  value to the estate, following the payment of any

6  bid protections to Valnet as the stalking horse.

7  And to simplify this for each round of

8  overbidding, we will give the minimum floor that

9  that bidder needs to hit, because the minimum will

10  be different for Valnet versus Tributary, given

11  the bid protections.

12               So the current bid from Valnet is 25.6

13  million.  For Tributary to clear that with the bid

14  protections, their minimum bid must be 26.65

15  million.  Does Tributary wish to make an overbid?

16          RICHARD STIEGLITZ:  Again, for the record,

17  Richard Stieglitz from Mayer Brown, yes, we do.

18  We bid 26.65 million.

19          JONATHAN GORDON:  For Valnet to top that

20  bid, their purchase price must be at least 26.2

21  million.  Does Valnet wish to make an overbid?

22          YURY SMAGORINSKY:  Yury Smagorinsky for

23  Valnet.  And yes, we do.  Our bid is $26,500,000.

24

In re: ZEN JV, LLC, et al

AUCTION,

Page 25

1          JONATHAN GORDON:  The bid from Valnet was

2    26.5 million.  For Tributary to top that bid,

3    their bid must be 27.55 million.  Would Tributary

4    like to make an overbid?

5          RICHARD STIEGLITZ:  We need five minutes.

6    Thank you.

7                        - - -

8                   (Whereupon, the following

9    discussion was held off the record.

10                       - - -

11          JONATHAN GORDON:  We back on the record.

12    The current leading bid is 26 and-a-half million

13    from Valnet.  For Tributary to top that bid, their

14    bid must be at least 27.55 million.  Would

15    Tributary like to make an overbid?

16          RICHARD STIEGLITZ:  Richard Stieglitz from

17    Mayer Brown again.  Yes, we would.  We bid 27.55

18    million.

19          JONATHAN GORDON:  For Valnet to top that

20    bid, their bid must be at least 27.1 million.

21    Would Valnet like to make an overbid?

22          YURY SMAGORINSKY:  Yury Smagorinsky for

23    Valnet again.  Yes, we would.  Our bid is 27.25

24    million.

In re: ZEN JV, LLC, et al

AUCTION,

1          JONATHAN GORDON:  For Tributary to top

2    that bid, their bid must be at least 28.3 million.

3    Would Tributary like to make an overbid?

4          RICHARD STIEGLITZ:  We need a break.

5          JONATHAN GORDON:  We are going back on the

6    record.  The current leading bid from Valnet is

7    27.25 million.  For Tributary to top that bid,

8    Tributary must bid at least 28.3 million.  Would

9    Tributary like to make an overbid?

10         RICHARD STIEGLITZ:  Again, Richard

11   Stieglitz from Mayer Brown for the record.  We

12   appreciate everyone's patience.  We do not wish to

13   bid.

14         JONATHAN GORDON:  Thank you.  We will

15   adjourn this portion.  In the meantime, we would

16   ask both bidders to work on the TSA.  We will be

17   back shortly for turning on the government assets.

18   Thank you.  We are off the record.

19                    - - -

20              (Whereupon, the following

21   discussion was held off the record.)

22                    - - -

23         JONATHAN GORDON:  We are back on the

24   record for the Monster Government assets.  The

In re: ZEN JV, LLC, et al

1   current baseline leading bid is from

2   PartnerOne/Sherrill-Lubinski for seven-and-a-half

3   million cash, plus approximately $720,000 in

4   assumed cure costs, subject to the terms of the

5   APA, plus employment offers to some employees.

6   Does Valsoft wish to make an overbid?

7           THOMAS ST. HENRY:  Thomas St. Henry on

8   behalf of Valsoft.  Valsoft submits a bid on the

9   following terms.  Purchase price of $7,080,000 and

10  other terms substantially the same as in the

11  Valsoft ADA, dated June 23rd, 2025.

12          JONATHAN GORDON:  With the $720,000 of bid

13  protections, that bid is equivalent to 7.8

14  million.  Would Arsenal like to make an overbid on

15  the assets?

16          ERIC WALKER:  Eric Walker of Cooley on

17  behalf of Arsenal.

18              Arsenal does wish to make an overbid

19  on substantially the same terms of the Arsenal

20  APA, with some modifications that we are sending

21  debtor's counsel to review, but nothing material,

22  with a cash component of $8,050,000.

23              Assuming all contracts subject to the

24  terms of the APA with cure costs totaling 1.255

In re: ZEN JV, LLC, et al

1    million.  And hiring all or substantially all

2    employees, approximately 175 employees.

3           JONATHAN GORDON:  Does PartnerOne wish to

4    make an overbid of those bids at this time?

5           JAKE GORDON:  Hi.  This is Jake Gordon

6    from Foley & Lardner on behalf of PartnerOne.

7    What is the minimum bid to us?

8           JONATHAN GORDON:  Let us discuss on the

9    debtor's side.

10           JAKE GORDON:  Thank you.

11                     - - -

12                 (Whereupon, the following

13    discussion was held off the record.)

14                     - - -

15           JONATHAN GORDON:  Does PartnerOne have an

16    estimate of how many employees it would be taking?

17           JAKE GORDON:  We would need to damages.

18    But it would be, if Mr. Berkowitz is in the room,

19    he may be able to weigh in with that.

20           JOSEPH BERKOWITZ:  All or substantially

21    all.

22           JONATHAN GORDON:  He says all or

23    substantially all.

24           JAKE GORDON:  Okay.

In re: ZEN JV, LLC, et al

1          JONATHAN GORDON:  And can PartnerOne

2   confirm whether the intent is to take all

3   contracts and cure those amounts?

4          JAKE GORDON:  We cannot confirm at this

5   moment that we are definitely going to assume all

6   the contacts that are on the designated lists.

7   Per the ADA, we reserve the rights to move.

8          JONATHAN GORDON:  Understood.  And I think

9   Arsenal APA is similar, so I think we are just

10  trying to figure out the initial intent.  Their

11  initial intent on the record was they would take

12  all subject to modifications under the APA.

13         JAKE GORDON:  Yes.  All subject to -- yes.

14  Up into the terms of the APA, yes.

15         JONATHAN GORDON:  Understanding that those

16  cure costs right now are estimated at 1.255

17  million.

18         JAKE GORDON:  Yes, subject to the terms of

19  the APA.

20         JONATHAN GORDON:  Okay.  One second.  So

21  to top the Arsenal bid would be a 300 minimum

22  overbid increment on $8,050,000, so the minimum

23  bid necessary is $8,350,000 of cash, with other

24  terms, equal to the Arsenal bid.

1          JAKE GORDON:  We would submit our bid of

2     $8,350,000 on substantially identical terms to our

3     bid.  We have not seen Arsenal's APA.  So I can't

4     say that it's on their terms.  You guys have seen

5     both.

6          JONATHAN GORDON:  Understood.  I met the

7     terms announced on the record.

8          JAKE GORDON:  Yes.

9          JONATHAN GORDON:  Would Arsenal like to

10    make an overbid on the $8,350,000 bid with such

11    minimum bid?  Let's switch that.  Would Valsoft

12    like to make an overbid at this time on the

13    PartnerOne bid?

14          THOMAS ST. HENRY:  Thomas St. Henry on

15    behalf of Valsoft.  We would like to break to

16    discuss.

17          JONATHAN GORDON:  We are going to break

18    and we will be off the record.

19                    - - -

20               (Whereupon, a short break was

21    taken.)

22                    - - -

23          JONATHAN GORDON:  All right.  We are back

24    on the record for the auction with respect to the

In re: ZEN JV, LLC, et al

1   MGS assets.

2            The current leading bid is from

3   PartnerOne at 8.35 million cash, plus the

4   intention to take all contracts and cures

5   estimated at 1.255 million, subject to the terms

6   of the APA, and the intention to take all

7   employees.  Would Valsoft like to make an overbid?

8        THOMAS ST. HENRY:  Thomas St. Henry on

9   behalf of Valsoft.  Valsoft makes a bid, submits a

10  bid.

11           Following conditions, purchase price

12  of 7.93 million, payment of an estimated 1.255

13  million in cure costs, subject to reserving all

14  rights under the stalking horse APA to add or

15  remove contracts of the five business days prior

16  to closing, as specified in the APA, and offers to

17  substantially all employees substantially the same

18  or better economic terms than those currently

19  placed.

20       JONATHAN GORDON:  So when adding the bid

21  protections to the Valsoft bid, the cash

22  equivalent is 8.65 million in cash, which is

23  $300,000 over the PartnerOne bid.

24           Would Arsenal like to make an overbid of

1    at least 8.65 million dollars in cash, along with

2    the other terms previously bid?

3            JAKE GORDON:  I'm sorry.  Would it be 8.65

4    or 8.95?

5            JONATHAN GORDON:  So prior to Valsoft's

6    bid, the bid from PartnerOne was at 8.35.

7            We are giving Arsenal and Valsoft an

8    opportunity in the same round to match or better

9    that bid.  The Valsoft bid has come in at an

10   equivalent value of 8.56 million.  We are giving

11   Arsenal the opportunity to bid at an equivalent

12   amount for purposes of this round.

13           ERIC WALKER:  Okay.  We'll need a break

14   then to determine that.

15           JAKE GORDON:  So there is no overbid to

16   the 8.65?

17           JONATHAN GORDON:  In the following round,

18   there will be.  We are doing rounds to make sure

19   all bidders have an opportunity to match -- to

20   beat the previously leading bid.

21           JAKE GORDON:  What is the -- what will

22   happen if both parties match the bid and no one

23   will go higher?

24           JONATHAN GORDON:  Well, first, we would

In re: ZEN JV, LLC, et al

1  see if anyone would go higher.  And if no one

2  would go higher, then we would evaluate other

3  terms.  And to the extent those are similar, we

4  would consider a reduction in the minimum

5  increment.

6           JAKE GORDON:  Okay.

7           JONATHAN GORDON:  So the current bid is

8  from Valsoft at 7.93 million in cash, which is an

9  equivalent value of 8.65 million after accounting

10 for their bid protections.

11          We will take a break for Arsenal to

12 consider.  Thank you.

13                    - - -

14               (Whereupon, a short break was

15 taken.)

16                    - - -

17          JONATHAN GORDON:  Okay.  We are back on

18 the record for the auction of the MGS assets.

19          The current leading bid is from -- let me

20 take a step back.  There are three current

21 bidders, Valsoft, PartnerOne, and Arsenal.  All of

22 them have agreed to offer terms of employment to

23 substantially all employees on terms similar or

24 better to their current terms.  Those are the MGS

1    employees.

2         They all also agree that they intend to

3    cure all necessary executory contracts on an

4    estimated amount of 1.255 million, subject to the

5    terms of the APA.

6         At this point we are negotiating the cash

7    purchase price.  The current cash purchase price

8    from Valsoft is 7.93 million, which, with their

9    bid protections, is equivalent to 8.65 million.

10        Would Arsenal like to make a bid that

11   matches or exceeds 8.65 million in cash?

12        ERIC WALKER:  Eric Walker of Cooley on

13   behalf of Arsenal.  Arsenal is prepared to make a

14   bid on substantially the same terms of its

15   previous bid, with a cash component equal to 8.65

16   million.

17        JONATHAN GORDON:  We are giving each

18   bidder an opportunity to match or increase the

19   terms of the highest bid.  So turning to

20   PartnerOne, would PartnerOne like to make a bid

21   that matches or exceeds 8.65 million?

22        JAKE GORDON:  Hi.  This is Jake Gordon

23   from Foley & Lardner.  On behalf of PartnerOne, I

24   would like to submit an offer for 8.65 million on

In re: ZEN JV, LLC, et al

1    substantially the same terms as previously

2    proposed.

3             JONATHAN GORDON:  Thank you.  We will now

4    go to Valsoft and ask if they would like to make a

5    bid at 8.95 million, reflecting the bid

6    protections as before.

7             THOMAS ST. HENRY:  Thomas St. Henry on

8    from Proskauer on behalf of Valsoft.  We actually

9    need a short break, just a few minutes.

10            JONATHAN GORDON:  We'll go off the record

11   for two minutes.

12                      - - -

13                 (Whereupon, a short break was

14   taken.)

15                      - - -

16            JONATHAN GORDON:  All right.  We are back

17   on the record for the MGS assets.  We are

18   announcing a modification of the procedures on the

19   record.

20            We are going to move to best and final

21   bids for remaining three bidders.  We will have 15

22   minutes for each party to caucus internally.  And

23   then we will come find you in 15 minutes for your

24   best and final bid, delivered to us in your break-

In re: ZEN JV, LLC, et al

1   out room.

2          We will then come back on the record,

3   announce the three bids, and select the highest

4   bid and the second highest bid, subject to

5   finalization of the TSA.

6          So we will be back at 40 minutes after.

7   And we will come find you in your break-out rooms.

8   Thank you.

9          JAKE GORDON:  Sorry.  Can you confirm that

10  there will be no addition bidding after the

11  announcement of the final accepted bid?

12         JONATHAN GORDON:  Correct.  Best and

13  final.

14         JAKE GORDON:  Thanks.  Appreciate it.

15                    - - -

16                 (Whereupon, a short break was

17  taken.)

18                    - - -

19         JONATHAN GORDON:  The previous bids for

20  MGS assets were 8.65 million cash and the other

21  terms announced on the record, with the

22  understanding that Valsoft's bid includes their

23  bid protections.

24                    As announced before the break, we are

AUCTION,

1  moving to best and final from the three bidders.

2  Each bidder has a best and final number written on

3  a piece of paper.  We will ask each bidder to come

4  forward with their piece of paper with their best

5  and final bid.

6             Valsoft, will you please approach with

7  your best and final bid?

8             Will Arsenal please approach with its

9  best and final bid?

10            And PartnerOne, your best and final

11 bid.

12       JONATHAN GORDON:  We'll break for one

13 minute.

14                   - - -

15            (Whereupon, a short break was

16 taken.)

17                   - - -

18       JONATHAN GORDON:  All right.  We are back

19 on the record for the MGS assets.  The winning bid

20 is from PartnerOne for $13,000,079 in cash, plus

21 cure costs, subject to the terms of the APA and

22 assuming substantially all employees.

23       JONATHAN GORDON:  Can PartnerOne please

24 confirm that's its bid on the record?

In re: ZEN JV, LLC, et al

1        JOSEPH BERKOWITZ:  Confirmed.

2        JONATHAN GORDON:  Thank you.  So that will

3   be the winning bid, subject to finalizing the TSA.

4   We are going to adjourn this lot while we work on

5   the TSA and commence the job board auction.  We

6   will come back on the record to confirm the

7   back-up bid at the conclusion of the job board

8   auction.  Thank you.

9              Okay.  Turning to the job board

10  auction.  The leading bid, as was circulated

11  earlier, is from Ed Tech for 7.96 million dollars

12  in cash.

13             We are going to do four rounds of

14  bidding.  We will go down the list of bidders in

15  alphabetical order, with Array, BOLD, Enduring,

16  JobGet, Spectraforce, and then Ed Tech at the end,

17  since they are the leading bid.  We will go

18  increments of $300,000.

19             We will, essentially, if you can think

20  of it as snake and continuous increments.  For

21  example, Array will have the opportunity to

22  match -- to -- sorry.  To submit an 8.26 million

23  dollar bid.  We will then go to BOLD at 8.56, and

24  then Enduring at 8.86.  And we will continue that

1   for four rounds.

2              We would ask that all bidders will

3   take a short break for ten minutes to get your

4   highest authority to conclude these four rounds.

5   And then we will take stock of where we are.  Yes,

6   question?

7              DAN DEMARCO:  Yes.  Dan DeMarco on behalf

8   of Spectraforce.  You had earlier circulated an

9   APA.  We haven't been asked whether we would adopt

10  that.  And I don't know if anybody else has been

11  asked if they would adopt that.  So I pose that

12  question.

13             JONATHAN GORDON:  All bids for these

14  rounds will be made on your APA, your own APA that

15  was submitted as part of the bid.

16             DAN DEMARCO:  Will there be a point where

17  you will ask for apples-to-apples bids on the one

18  you circulated?

19             JONATHAN GORDON:  To be determined.  But

20  as we get through this, we'll make that

21  evaluation, yes.

22             DAN DEMARCO:  Can we understand how then

23  you put the bid you circulated, which has a lower

24  cash increment than ours, as your baseline bid,

In re: ZEN JV, LLC, et al

```
 1   and what that dollar increments is, how it was

 2   calculated?

 3                        - - -

 4                   (Whereupon, the following

 5   discussion was held off the record.)

 6                        - - -

 7        JONATHAN GORDON:   Okay.   We are back on

 8   the record.   To start, my prior references to Ed

 9   Tech should have been Hidden Talent for the

10   record.

11             Based on the debtor's business

12   judgment, after consultation with the consultation

13   parties, the debtors determined that the Hidden

14   Talent bid was the leading bid based on the

15   consideration and the APA mark-up associated with

16   that bid.

17             One change to my prior statement, for

18   these initial rounds, we ask that everyone bid

19   based on the Hidden Talent APA that was

20   circulated.   Bidding will go in alphabetical order

21   in $300,000 increments for four rounds without

22   breaks.   As a reminder, all JobGet bids inherently

23   include a $660,000 net deduct in bid protections.

24             We will come back at 7:25 and commence
```

In re: ZEN JV, LLC, et al

AUCTION,

Page 41

1    bidding.  Thank you.  For purposes of opening the

2    bid, we'll start at eight million dollars based on

3    the Hidden Talent APA.  We'll go in $300,000

4    increments.  We'll come back at 7:25.  Thank you.

5                        - - -

6                   (Whereupon, the following

7    discussion was held off the record.)

8                        - - -

9            JONATHAN GORDON:  All right.  We are back

10   on the record.

11                   As stated before the break, bids will

12   be on the Hidden Talent bid that was circulated,

13   subject to Paragraph-6 of the bidding procedures,

14   which states, "An overbid may contain alterations,

15   modifications, additions, or deletions of any

16   terms of the bid, no less favorable to the

17   debtor's estates in any prior qualified bid or

18   overbid, as determined in the debtor's business

19   judgment, which I'll otherwise apply the terms of

20   the bidding procedures."

21                   And as stated before the record, the

22   JobGet stalking horse bid inherently includes

23   their bidding protections.

24                   Turning to the bidding, as mentioned

In re: ZEN JV, LLC, et al

1  before the break, we are starting with an eight

2  million dollar bid, and we will go in $300,000

3  increments.

4           Would Array like to bid at 8.3 million

5  dollars?

6       BRETT THEISEN:  Brett Theisen at Gibbons

7  on behalf of Array.

8           Array is prepared to bid 8.3 million

9  in terms of the baseline APA, subject to our

10  rights of the bid procedures to support and make

11  modifications, as you have noted, which is

12  inclusive of all cure costs, again, subject to the

13  rights of the bid procedures order to add or

14  remove contracts up to one day prior to closing.

15       JONATHAN GORDON:  Would BOLD like to make

16  a bid for 8.6 million?

17       MICHAEL KLEIN:  Michael Klein of Cooley,

18  LLP on behalf of BOLD Holdings, LLC.  BOLD

19  Holdings, LLC bids 10.3 million dollars.

20       JONATHAN GORDON:  Enduring Ventures, on

21  the Zoom, are you willing to bid at least 10.6

22  million dollars?

23       XAVIER HELGESEN:  No.  We are going to

24  pass.  Thank you guys.

AUCTION,

1              JONATHAN GORDON:  Thank you.  JobGet, 10.6

2   million dollars, considering your bid protections?

3              CHRIS WINTER:  Chris Winter with Duane

4   Morris for JobGet.  Just to clarify JobGet's APA

5   differs from the non-stalking horse bidder's APAs.

6              So we have reviewed the Hidden Talent

7   APA.  We are fine with the changes that were made

8   to the form.  And we would adopt those changes

9   into our APA.  But we would need to retain our

10  termination fee provisions.

11             JobGet is willing to bid at the next

12  increment.  But can you tell us what our -- what

13  the minimum overbid is here, given the termination

14  fee of 660?

15             JESSE DELCONTE:  It should be 9.94.  Less

16  the 660.

17             CHRIS WINTER:  Right.  Thank you.

18             CANDACE ARTHUR:  That's why he's the math

19  guy.

20             CHRIS WINTER:  I try not to do the math.

21  JobGet bids $9,940,000, with credit for the

22  termination fee or 10.6 million.

23             JONATHAN GORDON:  Thank you.  Would

24  Spectraforce like to bid at least 10.9 million

1   dollars?

2          DAN DEMARCO:  Dan DeMarco on behalf of

3   Spectraforce.  We are prepared to adopt the Hidden

4   Talent changes that were circulated earlier.  And

5   Spectraforce would bid the $10,900,000.

6          JONATHAN GORDON:  Thank you.  Hidden

7   Talent, do you have a bid of at least 11.2 million

8   dollars?

9          ED SATTAR:  Yes.  Hidden Talent would do

10  11.2 in cash, take on the cure costs subject to

11  the APA.

12          JONATHAN GORDON:  Thank you.  Does Array

13  wish to make a bid for at least 11.5 million

14  dollars.

15          BRETT THEISEN:  Brett Theisen, Gibbons, on

16  behalf of Array.  Subject to the same terms as our

17  last bid, Array makes a bid for 11.5 million

18  dollars.

19          JONATHAN GORDON:  Does BOLD wish to bid at

20  least 11.8 million dollars?

21          MICHAEL KLEIN:  Michael Klein, Cooley,

22  LLP, on behalf of the BOLD Holdings, LLC.  BOLD

23  bids 16.5 million dollars.

24

In re: ZEN JV, LLC, et al

```
 1          JONATHAN GORDON:  We are going to go off
 2  the record and take a break.  Thank you.
 3                      - - -
 4              (Whereupon, a short break was
 5  taken.)
 6                      - - -
 7          JONATHAN GORDON:  We are back on the
 8  record.  So we are going to go down the list to
 9  see if anyone wants to match or better.  If you
10  need more time for higher authority or to take a
11  break, let us know.
12              JobGet, would you like to submit a bid
13  at least 16.5 million dollars, recognizing your
14  bid protections?
15          CHRIS WINTER:  JobGet would like to
16  increase its bid to 16.8 million in cash, plus 660
17  for the termination fee for a total bid of 17/460.
18          JONATHAN GORDON:  Spectraforce, would you
19  like to bid at least 17.46?
20          DAN DEMARCO:  Spectraforce passes.
21          JONATHAN GORDON:  Hidden Talent, would you
22  like to bid at least 17.76, recognizing the
23  $300,000 increment?
24          ED SATTAR:  Correct, yes.
```

AUCTION,

Page 46

1           JONATHAN GORDON:  17.76, is that your bid?

2           ED SATTAR:  Yes.

3           JONATHAN GORDON: Array, are you willing to

4  submit a bid for at least 18.06 million dollars?

5           BRETT THEISEN:  Array passes.

6           JONATHAN GORDON:  BOLD, would you like to

7  submit a bid of at least 18.06 million dollars?

8           MICHAEL KLEIN:  Michael Klein of Cooley,

9  on behalf of BOLD Holdings, LLC.  BOLD bids 20.8

10  million.

11           JONATHAN GORDON: 20.8 million.  JobGet,

12  would you like to bid at least 21 point -- 21.1

13  million dollars, recognizing your bid protections?

14           CHRIS WINTER:  JobGet will bid 21.1

15  million, inclusive of the termination fee.

16           JONATHAN GORDON:  Hidden Talent, would you

17  like to submit a bid of at least 21.4 million

18  dollars?

19           ED SATTAR:  Yes.  We will submit a bid for

20  21.4.

21           JONATHAN GORDON:  BOLD, would you like to

22  submit a bid for at least 21.7 million dollars?

23           MICHAEL KLEIN:  Michael Klein of Cooley,

24  on behalf of the BOLD Holdings, LLC.  BOLD bids 25

In re: ZEN JV, LLC, et al

1   million.

2            JONATHAN GORDON: JobGet, would you like to

3   submit a bid of at least 25.3 million dollars,

4   recognizing your bid protections?

5            CHRIS WINTER:  JobGet would like to

6   adjourn to consider that.

7            JONATHAN GORDON:  We'll adjourn.  10, 15

8   minutes?

9            CANDACE ARTHUR:  10, 15?

10           CHRIS WINTER:  15, please.

11                    - - -

12              (Whereupon, a short break was

13   taken.)

14                    - - -

15           JONATHAN GORDON:  We are going back on the

16   record.  Before we continue the job board assets,

17   we are going to return to the best and final bids

18   that were submitted for the MGS assets.

19               As previously noted on the record, the

20   PartnerOne bid was the winning bid.  The back-up

21   bid is from Valsoft for a bid of 9.51 million

22   dollars net, plus bid protections.

23               And the bid from Arsenal, for the

24   record, was nine million dollars in cash

In re: ZEN JV, LLC, et al

AUCTION,

Page 48

1  consideration, plus assumption of contracts and

2  leases and payment of cure of up to 1.255 million,

3  committed without the right to reduce before

4  closing, plus hiring all or substantially all

5  employees of the MGS business on substantially the

6  same or better terms for a total consideration bid

7  of 10.255 million, nine million dollars cash, plus

8  1.255.

9          Okay.  Turning back to the job board

10  assets, does JobGet wish to bid at least 25.3

11  million dollars, recognizing bid protections?

12          CHRIS WINTER:  Chris Winter, with Duane

13  Morris.  JobGet bids a total of $27,660,000,

14  inclusive of the termination fee.

15          JONATHAN GORDON:  Does Hidden Talent wish

16  to bid 27.96 million dollars?

17          ED SATTAR:  We will pass.

18          JONATHAN GORDON:  Does BOLD wish to bid

19  27.96 million dollars?

20          MICHAEL KLEIN:  Michael Klein of Cooley,

21  LLP, on behalf of BOLD Holdings, LLC.  We'll

22  request a short break to caucus.

23          JONATHAN GORDON:  Thank you.

24

In re: ZEN JV, LLC, et al

1                         - - -

2                    (Whereupon, a short break was

3    taken.)

4                         - - -

5         JONATHAN GORDON:  We are back on the

6    record for the job board assets.  The previous

7    leading bid was from JobGet at 27.66 million,

8    inclusive of their bid protections.  Does BOLD

9    wish to make an overbid of 27.96 or higher?

10        MICHAEL KLEIN:  This is Michael Klein of

11   Cooley, LLP, on behalf of BOLD Holdings, LLC.

12   BOLD modifies its bid as follows:

13            BOLD agrees to offer employment to no

14   less than 350 of the debtor's employees.  Based on

15   conversations we have had with debtor's

16   professionals off the record, we understand that

17   in so doing we will provide cost savings of 1.624

18   million.

19            In addition, we would like to increase

20   the cash portion of our bid by 3.376 million,

21   bringing the total value of our bid to 30 million.

22        CANDACE ARTHUR:  For clarification on the

23   employees that you are taking, U.S-based,

24   non-U.S-based in order to get to the --

1              MICHAEL KLEIN:  Off the record for a

2    second?

3                        - - -

4         (Whereupon, the following discussion was

5    held off the record.)

6                        - - -

7         JONATHAN GORDON:  Okay.  So just to

8    restate for the record and then you can confirm,

9    BOLD will offer employment to no less than 350

10   employees, which is valued at 1.624 million

11   dollars, based on discussions with the debtors.

12              Additionally, you will increase your

13   cash component from 25 to 28.376, resulting in a

14   total bid of 30 million dollars.

15        MICHAEL KLEIN:  Michael Klein on behalf of

16   BOLD Holdings, LLC.  That's confirmed.

17        JONATHAN GORDON:  Okay.  Thank you.

18        CHRIS WINTER:  Chris Winter with Duane

19   Morris for JobGet.  I'm sorry.  Can you break that

20   down for me again?  What is the cash component of

21   the --

22        JONATHAN GORDON:  Cash component is 28.376

23   million.  And we can talk about the employee value

24   of 1.624 off the record.

In re: ZEN JV, LLC, et al

AUCTION,

1          CHRIS WINTER:  Can you tell us how many of

2    the 350 employees are full-time employees?

3          JESSE DELCONTE:  I think you are --

4          MICHAEL KLEIN:  Michael Klein of Cooley,

5    LLP, on behalf of BOLD Holdings.  All of them.

6          CHRIS WINTER:  Okay.  And has BOLD

7    committed to the -- fully committed to the TSA?

8          CANDACE ARTHUR:  In terms of the cure

9    amounts that would be associated for those

10   contracts that are, like the minimum amount --

11         CHRIS WINTER:  The TSA, as presented,

12   including the assumption of the contracts?

13         MICHAEL KLEIN:  Michael Klein, Cooley,

14   LLP, on behalf of BOLD.  The answer is yes.

15         CHRIS WINTER:  I hate to do this after

16   such a long break, but JobGet will need a few

17   minutes.

18         CANDACE ARTHUR:  Hold on.

19         JONATHAN GORDON:  So for purposes of the

20   next bid, we would ask JobGet if it wants to match

21   the 30-million total consideration, inclusive of

22   your bid protections, and then if JobGet chooses

23   to match, we would do a best and final round with

24   seal bids.

In re: ZEN JV, LLC, et al

AUCTION,

1         CHRIS WINTER:  Okay.  We would -- so okay.

2   We need a break to consider all of that.

3         JONATHAN GORDON:  All right.  Off the

4   record.  Thank you.

5                     - - -

6              (Whereupon, a short break was

7   taken.)

8                     - - -

9         JONATHAN GORDON:  We are back on the

10  record for the auction of the job core assets.

11  The prior leading bid from BOLD was a commitment

12  to offer terms of employment, no less than 350

13  full-time employees, which the debtors value at

14  1.624 million dollars.

15              Additionally, the cash bid was

16  increased to 28.376, resulting in a total bid of

17  30 million dollars.

18              Does JobGet wish to match the 30

19  million dollar bid, inclusive of bid protections.

20        CHRIS WINTER:  Chris Winter for JobGet.

21  After consultation with our Board, JobGet will not

22  bid any further.

23        JONATHAN GORDON:  Thank you.  Subject to

24  finalizing the TSA, the preliminary winning bidder

In re: ZEN JV, LLC, et al

```
 1   will be BOLD.  The preliminary back-up bidder

 2   JobGet.  We will keep the auction open as parties

 3   finalize the TSA.

 4              We will reconvene virtual-only.  And

 5   we can send Zoom around when ready.  Any

 6   questions?  Thank you all.  We are adjourned.

 7                        - - -

 8              (Whereupon, the auction concluded

 9   at 10:35 p.m.)

10                        - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

In re: ZEN JV, LLC, et al

```
 1                       - - -

 2             C E R T I F I C A T I O N

 3                       - - -

 4             I, Amanda Brooks, a court reporter and

 5   commissioner of deeds, do hereby certify that the

 6   proceedings and evidence are contained fully and

 7   accurately in the stenographic notes taken by me

 8   on Thursday, July 17th, 2025, and that the

 9   foregoing testimony was taken in shorthand by

10   myself and reduced to typing under my direction

11   and control and that this is a correct transcript

12   of the same.

13                           Amanda Brooks

14                           -------------

15                           AMANDA BROOKS

16                           Court Reporter

17                           Commissioner of Deeds

18

19

20             (The foregoing certification of this

21   transcript does not apply to any reproduction of

22   the same by any means, unless under the direct

23   control and/or supervision of the certifying

24   shorthand reporter.)
```

In re: ZEN JV, LLC, et al

AUCTION,  Index: $10,900,000..accepted

## $

**$10,900,000**  44:5

**$13,000,079**  37:20

**$25,500,000**  22:23

**$26,050,000**  22:17

**$26,500,000**  24:23

**$27,660,000**  48:13

**$300,000**  14:22 21:22 23:2,3
31:23 38:18 40:21 41:3 42:2
45:23

**$600,000**  23:5,15

**$660,000**  40:23

**$7,080,000**  27:9

**$720,000**  20:4 27:3,12

**$750,000**  21:21

**$8,050,000**  27:22 29:22

**$8,350,000**  29:23 30:2,10

**$9,940,000**  43:21

## 1

**1.05**  21:20 22:13

**1.255**  27:24 29:16 31:5,12 34:4
48:2,8

**1.624**  49:17 50:10,24

**1.72**  19:22 20:23

**10**  47:7,9

**10.255**  48:7

**10.3**  42:19

**10.6**  42:21 43:1,22

**10.9**  43:24

**11.2**  44:7,10

**11.5**  44:13,17

**11.8**  44:20

**12**  8:17

**15**  35:21,23 47:7,9,10

**16.5**  44:23 45:13

**16.8**  45:16

**17.46**  45:19

**17.76**  45:22 46:1

**17/460**  45:17

**175**  28:2

**18.06**  46:4,7

**1:00**  20:10

## 2

**20.8**  46:9,11

**2025**  27:11

**21**  46:12

**21.1**  46:12,14

**21.4**  46:17,20

**21.7**  46:22

**23rd**  27:11

**24**  17:12

**24.15**  19:21 20:22

**25**  21:5 22:11 23:7 46:24 50:13

**25-million**  21:16

**25.3**  47:3 48:10

**25.6**  23:5,9 24:12

**25/6**  23:12

**26**  25:12

**26.2**  24:20

**26.5**  25:2

**26.65**  24:14,18

**27.1**  25:20

**27.25**  25:23 26:7

**27.55**  25:3,14,17

**27.66**  49:7

**27.96**  48:16,19 49:9

**28.3**  26:2,8

**28.376**  50:13,22

## 3

**3.376**  49:20

**30**  49:21 50:14

**300**  23:8,9 29:21

**300,000**  22:19

**350**  49:14 50:9

## 4

**40**  36:6

## 6

**660**  43:14,16 45:16

## 7

**7.5**  20:3

**7.8**  27:13

**7.93**  31:12 33:8 34:8

**7.96**  38:11

**7:25**  40:24 41:4

## 8

**8.26**  38:22

**8.3**  42:4,8

**8.35**  31:3 32:6

**8.56**  32:10 38:23

**8.6**  42:16

**8.65**  31:22 32:1,3,16 33:9 34:9,
11,15,21,24 36:20

**8.86**  38:24

**8.95**  32:4 35:5

**8th**  12:19

## 9

**9.51**  47:21

**9.94**  43:15

## A

**accepted**  36:11

**accepts** 9:7

**accordance** 12:18 14:19 17:16

**accounting** 33:9

**actual** 14:6

**ADA** 27:11 29:7

**add** 23:15 31:14 42:13

**adding** 31:20

**addition** 8:16 36:10 49:19

**additional** 14:24

**Additionally** 50:12

**additions** 41:15

**adjourn** 26:15 38:4 47:6,7

**adopt** 39:9,11 43:8 44:3

**advance** 15:15

**advisor** 8:19

**advisors** 8:2 16:14

**agree** 34:2

**agreed** 33:22

**agreement** 14:6

**agrees** 49:13

**ahead** 10:23

**Alex** 11:15

**Alixpartners** 8:1

**allowed** 14:16

**alphabetical** 38:15 40:20

**alterations** 41:14

**Amanda** 7:16

**amount** 14:22 15:4 32:12 34:4

**amounts** 29:3

**and-a-half** 25:12

**announce** 15:3 16:12 19:18 36:3

**announced** 17:21 30:7 36:21,24

**announcement** 36:11

**announcing** 13:4 17:14 35:18

**APA** 21:1,9,17 27:5,20,24 29:9, 12,14,19 30:3 31:6,14,16 34:5 37:21 39:9,14 40:15,19 41:3 42:9 43:4,7,9 44:11

**APAS** 43:5

**apples-to-apples** 39:17

**applicable** 14:24 16:18

**apply** 41:19

**approach** 37:6,8

**approved** 12:19

**approximately** 27:3 28:2

**arrangements** 19:23 20:24

**Array** 9:11,14,16 38:15,21 42:4,7, 8 44:12,16,17 46:3,5

**Arsenal** 9:18,23 27:14,17,18,19 29:9,21,24 30:9 31:24 32:7,11 33:11,21 34:10,13 37:8 47:23

**Arsenal's** 30:3

**Arthur** 8:7 19:4 43:18 47:9 49:22

**Arzoumanian** 11:22

**assets** 9:7 16:16 19:5,7,19 20:21, 22 21:3 22:11 26:17,24 27:15 31:1 33:18 35:17 36:20 37:19 47:16,18 48:10 49:6

**assist** 8:22

**assistance** 18:1

**assume** 29:5

**assumed** 15:7 19:22 20:4,23 27:4

**assuming** 27:23 37:22

**assumption** 48:1

**auction** 7:16,20 12:17,18 13:7 14:15,21 15:19,22 16:10,20 17:9, 11,24 18:7 22:10 30:24 33:18 38:5,8,10

**auction's** 14:12

**authority** 39:4 45:10

**Avi** 7:24

---

**B**

**Baca** 11:16

**back** 13:10 18:24 19:17 20:10,19 22:9 24:1 25:11 26:5,17,23 30:23 33:17,20 35:16 36:2,6 37:18 38:6 40:7,24 41:4,9 45:7 47:15 48:9 49:5

**back-up** 16:21 17:1,3,15 38:7 47:20

**banker** 7:23

**bankruptcy** 9:9 12:19 18:14

**based** 40:11,14,19 41:2 49:14 50:11

**baseline** 13:9,11 19:20 20:2 27:1 39:24 42:9

**basically** 23:8

**beat** 32:20

**behalf** 7:12 8:9,12 10:4 11:14 12:8 20:18 22:16 27:8,17 28:6 30:15 31:9 34:13,23 35:8 39:7 42:7,18 44:2,16,22 46:9,24 48:21 49:11 50:15

**Berkowitz** 10:20 11:4 28:18,20 38:1

**bid** 13:9,14,15,16,21,23 14:2,10, 12,14 15:1,12,14,23 16:1,4,12,17, 19,21,24 17:3 19:20 20:2,21 21:5, 16,17 22:11,14,17,22 23:6,7,10, 15 24:6,11,12,13,14,18,20,23 25:1,2,3,12,13,14,17,20,23 26:2, 6,7,8,13 27:1,8,12,13 28:7 29:21, 23,24 30:1,3,10,11,13 31:2,9,10, 20,21,23 32:2,6,9,11,20,22 33:7, 10,19 34:9,10,14,15,19,20 35:5, 24 36:4,11,22,23 37:5,7,9,11,19, 24 38:3,7,10,17,23 39:15,23,24 40:14,16,18,23 41:2,12,16,17,22 42:2,4,8,10,13,16,21 43:2,11,24 44:5,7,13,17,19 45:12,14,16,17, 19,22 46:1,4,7,12,13,14,17,19,22 47:3,4,20,21,22,23 48:6,10,11,16, 18 49:7,8,12,20,21 50:14

**bidder** 7:7,12 8:18,21 9:4 13:17 14:1,3 15:2,11,23 16:2,3,19,23 17:2,14,15 18:5,8 24:9 34:18 37:2,3

**bidder's** 7:5 43:5

**Bidder-x** 13:19

**bidders** 8:14,17 16:8 17:7 18:6 20:9 26:16 32:19 33:21 35:21 37:1 38:14 39:2

**bidding** 7:9 9:8 12:18,20,23,24 13:2,8,12 14:1,20 15:22,24 16:4, 11 17:16,20 36:10 38:14 40:20 41:1,13,20,23,24

**biddings** 15:9

**biding** 18:13

**bids** 8:15,16 13:4,10,11,12,19
17:7 19:18 20:8 28:4 35:21 36:3,
19 39:13,17 40:22 41:11 42:19
43:21 44:23 46:9,24 47:17 48:13

**binding** 16:18,21

**bit** 21:7

**Blanchard** 11:17

**Blum** 11:15

**board** 20:8 38:5,7,9 47:16 48:9
49:6

**BOLD** 10:1,4 38:15,23 42:15,18
44:19,22 46:6,9,21,24 48:18,21
49:8,11,12,13 50:9,16

**Bradbury** 10:14

**break** 18:19,22 19:3,9,12 20:8,14
22:2,4,6 23:20 26:4 30:15,17,20
32:13 33:11,14 35:9,13 36:16,24
37:12,15 39:3 41:11 42:1 45:2,4,
11 47:12 48:22 49:2 50:19

**break-** 35:24

**break-out** 7:17 36:7

**break-up** 21:21

**breakout** 18:17

**breaks** 14:16 15:9 40:22

**Brett** 9:12 42:6 44:15 46:5

**bringing** 49:21

**Brooks** 7:16

**Brown** 11:14 22:16 24:17 25:17
26:11

**business** 14:23 16:7,13 17:4
31:15 40:11 41:18 48:5

—————————————
**C**
—————————————

**calculated** 40:2

**Candace** 8:7 19:4 43:18 47:9
49:22

**Carelli** 12:11

**Carnes** 8:10

**case** 23:12

**cash** 15:6,7 19:21 20:3,23 21:16
22:12 24:4 27:3,22 29:23 31:3,21,
22 32:1 33:8 34:6,7,11,15 36:20
37:20 38:12 39:24 44:10 45:16
47:24 48:7 49:20 50:13,20,22

**caucus** 35:22 48:22

**change** 40:17

**chief** 7:22

**Chris** 10:13 43:3,17,20 45:15
46:14 47:5,10 48:12 50:18

**Christian** 12:9

**circulated** 38:10 39:8,18,23
40:20 41:12 44:4

**clarification** 23:12 49:22

**clarify** 24:2 43:4

**clarity** 8:23

**clear** 13:5 21:6,8,20 22:12,19
24:13

**cleared** 15:14,16

**client** 11:2

**close** 14:15

**closing** 17:1 31:16 42:14 48:4

**code** 18:14

**cofounder** 9:14

**Cole** 8:10

**colleague** 9:21 11:17,22 12:2,11

**collectively** 7:4

**collude** 9:4

**collusion** 7:8 18:12

**commence** 38:5 40:24

**committed** 48:3

**Committee** 7:2 8:10

**component** 27:22 34:15 50:13,
20,22

**comprise** 15:6

**conclude** 39:4

**concludes** 17:9

**conclusion** 17:13 18:7 38:7

**conditions** 31:11

**conduct** 12:17

**confer** 15:10,12

**confirm** 9:3,10,16,24 10:4,9,16
11:4,10,17,23 12:3,4,14 21:15
29:2,4 36:9 37:24 38:6 50:8

**confirmed** 38:1 50:16

**confusion** 21:7

**consent** 7:1,10 18:9

**consents** 9:8

**consideration** 15:5,6 40:15
48:1,6

**constitute** 16:17

**consult** 18:6

**consultation** 7:1,4 13:1,2 16:7,
8,14,15 17:4,5,18,19 18:10 40:12

**consummation** 16:22

**contacts** 29:6

**contemplated** 17:20

**continue** 18:19,23 20:9 38:24
47:16

**continuing** 16:9 20:7

**continuous** 38:20

**contracts** 27:23 29:3 31:4,15
34:3 42:14 48:1

**conversations** 7:17 49:15

**Cooley** 9:21 10:3 27:16 34:12
42:17 44:21 46:8,23 48:20 49:11

**Copeland** 8:13

**Copies** 12:20

**copy** 7:19

**core** 9:9 19:7

**Corporation** 9:11

**Correct** 21:18 36:12 45:24

**cost** 49:17

**costs** 19:22 20:4,23 27:4,24
29:16 31:13 37:21 42:12 44:10

**counsel** 9:16 11:3,21 19:15
27:21

**court** 7:15 8:23 9:9 12:19 17:14
21:11,14

In re: ZEN JV, LLC, et al

**Court-approved** 14:20

**credit** 43:21

**Creditors** 7:2 8:9

**cure** 19:22 20:4,23 27:4,24 29:3, 16 31:13 34:3 37:21 42:12 44:10 48:2

**cures** 31:4

**current** 13:21,23 19:20,23 20:1, 21,24 22:11 24:12 25:12 26:6 27:1 31:2 33:7,19,20,24 34:7

————————

**D**

————————

**damages** 28:17

**Dan** 11:8 39:7,16,22 44:2 45:20

**Daniel** 10:14

**Danielle** 12:11

**dated** 27:11

**Davis** 9:15

**day** 42:14

**days** 31:15

**de** 11:16

**debtor's** 9:6 17:17 27:21 28:9 40:11 41:17,18 49:14,15

**debtors** 7:1,10,21 8:15 12:17 13:1,9 14:5,13,17,22 15:13,16 16:6,12 17:2,6,8,13 18:9,12 19:16 20:18 24:3,4 40:13 50:11

**debtors'** 7:3,23 8:1

**deduct** 40:23

**Delconte** 8:3 23:1,13 43:15

**deletions** 41:15

**delivered** 35:24

**Demarco** 11:8 39:7,16,22 44:2 45:20

**Depending** 14:8

**describe** 13:14

**designated** 13:15 29:6

**desire** 13:14

**detail** 13:8

**detailed** 13:6 14:9

**determine** 14:23 32:14

**determined** 16:6 39:19 40:13 41:18

**differences** 13:24

**differs** 43:5

**Ding** 12:10

**DIP** 7:3 8:12

**director** 10:9

**discuss** 28:8 30:16

**discussion** 20:9 23:23 25:9 26:21 28:13 40:5 41:7 50:4

**discussions** 18:23 50:11

**disqualified** 16:9

**distribute** 7:19

**docket** 12:20 17:14

**documentation** 14:4,7,9

**dollar** 21:16 38:23 40:1 42:2

**dollars** 22:12 32:1 38:11 41:2 42:5,19,22 43:2 44:1,8,14,18,20, 23 45:13 46:4,7,13,18,22 47:3,22, 24 48:7,11,16,19 50:11,14

**drinks** 18:16

**Drye** 12:8,12

**Duane** 10:13,15 43:3 48:12 50:18

**duration** 14:12

————————

**E**

————————

**e-mail** 18:3,24

**earlier** 18:5 38:11 39:8 44:4

**Eastern** 20:11

**economic** 31:18

**Ed** 10:11 38:11,16 40:8 44:9 45:24 46:2,19 48:17

**Eisenberg** 8:3

**eligible** 15:21

**Ellen** 12:3

**Elnaggar** 9:14

**email** 17:24

**employee** 50:23

**employees** 20:5 27:5 28:2,16 31:7,17 33:23 34:1 37:22 48:5 49:14,23 50:10

**employment** 19:23 20:4,24 27:5 33:22 49:13 50:9

**end** 16:20 38:16

**Enduring** 10:6 38:15,24 42:20

**engage** 7:8

**engaged** 7:7

**entity** 9:5

**equal** 29:24 34:15

**Equity** 9:19

**equivalence** 15:7

**equivalent** 27:13 31:22 32:10,11 33:9 34:9

**Eric** 9:20 27:16 32:13 34:12

**essentially** 38:19

**estate** 21:6 24:5

**estates** 41:17

**estimate** 28:16

**estimated** 29:16 31:5,12 34:4

**evaluate** 33:2

**evaluation** 39:21

**event** 17:11,12

**everyone's** 26:12

**exceeds** 34:11,21

**executory** 34:3

**exercise** 17:3

**explain** 13:24 24:2

**explicitly** 15:21

**expressed** 7:9 18:9

**extent** 16:3 33:3

**extra** 21:8

————————

**F**

————————

**facilitate** 14:14

**fails** 16:3

**favorable** 41:16

In re: ZEN JV, LLC, et al

**fee**  43:10,14,22 45:17 46:15
48:14

**fees**  21:21

**field**  15:8

**figure**  21:7 29:10

**file**  17:13

**final**  35:20,24 36:11,13 37:1,2,5,
7,9,10 47:17

**finalization**  36:5

**finalize**  17:8

**finalizing**  38:3

**finally**  8:6

**financial**  7:22 8:2

**find**  35:23 36:7

**fine**  43:7

**Finger**  8:5

**firm**  9:21

**floor**  24:8

**focused**  24:4

**Foley**  11:2 28:6 34:23

**folks**  15:18

**follow**  14:5

**form**  43:8

**forward**  37:4

**Fouad**  9:14

**G**

**general**  9:16,23 11:3,21

**Gibbons**  9:13 42:6 44:15

**give**  24:8

**giving**  32:7,10 34:17

**Good**  9:12,20 11:20 12:7

**Gordon**  9:18 10:1,6,10,12,18,21,
23 11:1,6,11,19,24 12:5,13,16
19:8,14,15 20:16,17 21:10,15,19
22:3,9,18 24:1,19 25:1,11,19
26:1,5,14,23 27:12 28:3,5,8,10,
15,17,22,24 29:1,4,8,13,15,18,20
30:1,6,8,9,17,23 31:20 32:3,5,15,
17,21,24 33:6,7,17 34:17,22 35:3,

10,16 36:9,12,14,19 37:12,18,23
38:2 39:13,19 40:7 41:9 42:15,20
43:1,23 44:6,12,19 45:1,7,18,21
46:1,3,6,11,16,21 47:2,7,15
48:15,18,23 49:5 50:7,17,22

**government**  19:19 20:1 26:17,
24

**greater**  13:8

**group**  9:3

**Growth**  9:19

**guess**  22:22

**guy**  43:19

**guys**  10:21 23:3,10,14 30:4 42:24

**H**

**Hahn**  11:8

**happen**  32:22

**happy**  15:8

**Hassan**  11:22

**hear**  10:22 21:10

**held**  23:23 25:9 26:21 28:13 40:5
41:7 50:5

**Helgesen**  10:8 42:23

**Henry**  12:1 27:7 30:14 31:8 35:7

**Hidden**  10:10,11 40:9,13,19
41:3,12 43:6 44:3,6,9 45:21 46:16
48:15

**high**  13:21,23

**higher**  32:3 33:1,2 45:10 49:9

**highest**  16:15 34:19 36:3,4 39:4

**hiring**  28:1 48:4

**Hirsh**  8:13

**hit**  24:9

**Holdings**  10:2 42:18,19 44:22
46:9,24 48:21 49:11 50:16

**horse**  8:16 24:6 31:14 41:22 43:5

**hours**  17:12

**I**

**identical**  30:2

**immediately**  16:1

**imposed**  14:17

**improper**  18:11

**include**  40:23

**included**  18:3

**includes**  21:21 36:22 41:22

**including**  13:24 15:4 17:18

**inclusive**  42:12 46:15 48:14 49:8

**increase**  34:18 45:16 49:19
50:12

**increment**  29:22 33:5 39:24
43:12 45:23

**increments**  14:21 38:18,20 40:1,
21 41:4 42:3

**indicating**  14:1

**inform**  15:16

**inherently**  40:22 41:22

**initial**  29:10,11 40:18

**instructions**  18:2

**intact**  19:24 21:1

**intend**  18:24 34:2

**intent**  29:2,10,11

**intention**  31:4,6

**internally**  35:22

**introduce**  7:15 8:19,24 9:2 13:11

**introduction**  7:6

**introductions**  7:13,14

**investment**  7:23

**irrevocable**  16:18,24

**issues**  17:24

**J**

**Jake**  10:21 11:1 28:5,10,17,24
29:4,13,18 30:1,8 32:3,15,21 33:6
34:22 36:9,14

**James**  7:24

**Jamie**  8:13

**Jason**  9:23

**Jesse** 8:3 23:1,13 43:15

**Joaquin** 11:16

**job** 19:7 20:7 38:5,7,9 47:16 48:9 49:6

**Jobget** 10:12,15 38:16 40:22 41:22 43:1,4,11,21 45:12,15 46:11,14 47:2,5 48:10,13 49:7 50:19

**Jobget's** 43:4

**Joe** 10:20 11:4

**joining** 12:10

**joint** 18:8

**Jonathan** 9:15,18 10:1,6,10,12, 18,23 11:6,11,19,24 12:5,13,16 19:8,14,15 20:16,17 21:10,15,19 22:3,9,18 24:1,19 25:1,11,19 26:1,5,14,23 27:12 28:3,8,15,22 29:1,8,15,20 30:6,9,17,23 31:20 32:5,17,24 33:7,17 34:17 35:3,10, 16 36:12,19 37:12,18,23 38:2 39:13,19 40:7 41:9 42:15,20 43:1, 23 44:6,12,19 45:1,7,18,24 46:1, 3,6,11,16,21 47:2,7,15 48:15,18, 23 49:5 50:7,17,22

**JOSEPH** 10:20 28:20 38:1

**judgement** 14:23

**judgment** 16:7,13 17:4 40:12 41:19

**July** 12:19

**June** 27:11

**jurisdiction** 9:9

───────────

**K**

**Kelley** 12:8,12

**Klara** 10:14

**Klein** 10:3 42:17 44:21 46:8,23 48:20 49:10 50:1,15

**Kurtz** 8:6

───────────

**L**

**Lardner** 11:2 28:6 34:23

**Lastly** 18:15

**Latham** 8:7 19:15 20:18

**Lauren** 11:17

**law** 9:21

**Layton** 8:5

**leading** 19:18 20:2,21 25:12 26:6 27:1 31:2 32:20 33:19 38:10,17 40:14 49:7

**learn** 18:11

**leases** 48:2

**Lehane** 12:7,8,14

**lender** 7:3 8:12

**liabilities** 15:7

**Lilly** 7:24

**limit** 14:11,14

**limits** 14:17

**list** 8:17 38:14 45:8

**lists** 29:6

**Liu** 10:15

**LLC** 42:18,19 44:22 46:9,24 48:21 49:11 50:16

**LLP** 10:4 12:2 42:18 44:22 48:21 49:11

**Loeser** 11:8

**logistical** 17:23

**long** 23:15

**lot** 38:4

**loudly** 9:1

**lower** 39:23

**lunch** 18:15 20:8

───────────

**M**

**M3** 8:11

**made** 13:12 14:21 39:14 43:7

**main** 7:17 19:1

**maintain** 8:23

**make** 13:14 21:2,19,23 22:14,20 24:15,21 25:4,15,21 26:3,9 27:6, 14,18 28:4 30:10,12 31:7,24 32:18 34:10,13,20 35:4 39:20 42:10,15 44:13 49:9

**makes** 31:9 44:17

**making** 13:18

**Malone** 9:13

**Malpeli** 12:9

**Mark** 8:6

**mark-up** 40:15

**match** 21:9 32:8,19,22 34:18 38:22 45:9

**matches** 34:11,21

**material** 15:3 27:21

**math** 43:18,20

**Matt** 11:15

**Mayer** 11:14 22:16 24:17 25:17 26:11

**meantime** 26:15

**Media** 11:12,14 19:18,20,21 20:20,21 22:10

**Medrano** 9:22

**members** 7:24 8:3,8,11

**mentioned** 41:24

**met** 21:6 30:6

**MGS** 19:7 31:1 33:18,24 35:17 36:20 37:19 47:18 48:5

**Michael** 7:22 10:3,16 12:10 42:17 44:21 46:8,23 48:20 49:10 50:1,15

**million** 19:21,22 20:3,22,23 21:5, 20 22:11,13 24:13,15,18,21 25:2, 3,12,14,18,20,24 26:2,7,8 27:3,14 28:1 29:17 31:3,5,12,13,22 32:1, 10 33:8,9 34:4,8,9,11,16,21,24 35:5 36:20 38:11,22 41:2 42:2,4, 8,16,19,22 43:2,22,24 44:7,13,17, 20,23 45:13,16 46:4,7,10,11,13, 15,17,22 47:1,3,21,24 48:2,7,11, 16,19 49:7,18,20,21 50:10,14,23

**minimum** 14:18,21 21:22 22:19 23:2,8,9 24:8,9,14 28:7 29:21,22 30:11 33:4 43:13

**minimums** 23:16

**minute** 37:13

**minutes** 23:20 25:5 35:9,11,22, 23 36:6 39:3 47:8

In re: ZEN JV, LLC, et al

**Miriam** 9:22

**MMP** 19:6

**modification** 35:18

**modifications** 14:10 17:21
27:20 29:12 41:15 42:11

**modified** 12:24

**modifies** 49:12

**modify** 17:19

**moment** 29:5

**Monster** 19:18,19,20 20:1,20
26:24

**morning** 9:12,20 11:20 12:7

**Morris** 10:14,15 43:4 48:13 50:19

**move** 29:7 35:20

**moving** 37:1

**mute** 18:21

---

**N**

**negotiating** 34:6

**net** 24:4 40:23 47:22

**non-stalking** 43:5

**non-u.s-based** 49:24

**noted** 18:5 42:11 47:19

**notice** 17:13

**number** 37:2

**Number-110** 12:20

---

**O**

**offer** 15:24 16:5,16,18 33:22
34:24 49:13 50:9

**offered** 15:5

**offers** 20:5 27:5 31:16

**officer** 7:22

**Official** 7:2

**officially** 17:9

**ongoing** 18:20,23

**open** 16:24

**opening** 41:1

**openly** 13:13

**opportunity** 32:8,11,19 34:18
38:21

**order** 17:17 19:4 38:15 40:20
42:13 49:24

**overbid** 13:18 15:2,3,5,15,17
21:2,20,22,24 22:12,18,19,20
24:15,21 25:4,15,21 26:3,9 27:6,
14,18 28:4 29:22 30:10,12 31:7,
24 32:15 41:14,18 43:13 49:9

**overbidding** 24:8

**overbids** 14:19,20 23:2

**overview** 13:7

---

**P**

**p.m.** 20:10

**paper** 37:3,4

**Paragraph-6** 41:13

**Parks** 11:9

**part** 7:5 14:10 39:15

**participate** 15:22 16:9

**parties** 7:4,19 13:2,14 15:10,17
16:8,15 17:5,19 18:10 32:22
40:13

**partner** 9:23 11:16

**Partnerone** 10:18,19 11:2 20:2
28:3,6,15 29:1 30:13 31:3,23 32:6
33:21 34:20,23 37:10,20,23 47:20

**Partnerone/sherrill-lubinski**
27:2

**Partners** 7:23

**party** 35:22

**pass** 42:24 48:17

**passes** 45:20 46:5

**patience** 20:17 26:12

**payment** 24:5 31:12 48:2

**Peguero** 9:22

**people** 20:11 23:3,15

**permitted** 18:6

**person** 7:11 9:5

**piece** 37:3,4

**Pierce** 10:14

**PJT** 7:23

**place** 13:3 15:12

**plan** 7:13 9:6

**plans** 19:23 20:24

**point** 34:6 39:16 46:12

**portion** 26:15 49:20

**pose** 39:11

**posted** 20:11

**practical** 17:10

**preceding** 16:1

**prepared** 34:13 42:8 44:3

**previous** 23:6,7 34:15 36:19
49:6

**previously** 14:4 32:2,20 35:1
47:19

**price** 13:20 19:22 24:20 27:9
31:11 34:7

**principal** 8:19

**principals** 11:9

**printing** 18:1,2

**prior** 7:9 14:2 18:7,9 31:15 32:5
40:8,17 41:17 42:14

**procedure's** 17:17

**procedures** 9:8 12:18,21,24
13:8 14:20 17:20,21 18:13 35:18
41:13,20 42:10,13

**process** 12:17 13:7,12 18:12

**professionals** 15:13 49:16

**prohibited** 15:21

**propose** 14:13

**proposed** 35:2

**proposes** 14:3

**Proskauer** 12:2 35:8

**protections** 24:6,11,14 27:13
31:21 33:10 34:9 35:6 36:23
40:23 41:23 43:2 45:14 46:13
47:4,22 48:11 49:8

In re: ZEN JV, LLC, et al

**provide**  13:6 49:17

**provisions**  43:10

**purchase**  13:20 19:21 24:20
27:9 31:11 34:7

**purposes**  32:12 41:1

**put**  39:23

---

**Q**

**qualified**  7:5,6,12 8:14,15,17,21
15:1,23 16:1,3,8 18:5,6,8 41:17

**question**  39:6,12

**questions**  15:8 19:2,8

---

**R**

**Randall**  8:2

**Ray**  8:7

**reach**  14:6

**reasonable**  14:18,23 16:6,13

**reassemble**  15:18

**received**  8:15

**recognizing**  45:13,22 46:13 47:4
48:11

**record**  8:23 9:3 11:4 13:5,11,13,
15 15:12,18 17:22 18:19,22 19:1,
9,17 20:10,19 22:10,15 23:19,23
24:2,16 25:9,11 26:6,11,18,21,24
28:13 29:11 30:7,18,24 33:18
35:10,17,19 36:2,21 37:19,24
38:6 40:5,8,10 41:7,10,21 45:2,8
47:16,19,24 49:6 50:1,5,8,24

**recorded**  7:18

**reduce**  48:3

**reduction**  33:4

**refer**  7:3 18:2

**references**  40:8

**reflecting**  35:5

**relevant**  16:16

**remain**  15:21 16:21

**remaining**  35:21

**reminder**  40:22

**remove**  31:15 42:14

**repeat**  21:12

**reporter**  7:15 8:23 21:11,14

**represent**  7:7

**representation**  9:17 11:18

**representations**  9:11,24 10:5,9,
17 11:5,10,23 12:4,15

**representative**  13:16,18

**representatives**  15:10

**represented**  11:3

**Representing**  7:21

**request**  14:18 48:22

**require**  14:9

**required**  16:23

**requirements**  15:1

**reserve**  14:13 18:12 29:7

**reserved**  17:18

**reserving**  31:13

**respect**  7:8 20:20 21:3 22:10
30:24

**restate**  50:8

**resulting**  50:13

**retain**  43:9

**return**  47:17

**review**  20:7 27:21

**reviewed**  9:7 43:6

**reviewing**  13:10

**Rich**  11:13

**Richard**  11:13 22:1,15,16 23:18
24:16,17 25:5,16 26:4,10

**Richards**  8:5

**rights**  17:17 18:13 29:7 31:14
42:10,13

**Rob**  8:11,12

**Robbins**  7:24

**Robert**  9:13 12:7,14

**Rony**  11:22

**room**  7:17 9:15 11:3 13:3,4 15:19
18:3,16,17 19:1 28:18 36:1

**rooms**  7:17 36:7

**Rose**  12:2

**Rottenberg**  9:23

**round**  15:20,22,24 16:4,5,11 24:7
32:8,12,17

**rounds**  15:8 32:18 38:13 39:1,4,
14 40:18,21

**rules**  17:19

---

**S**

**sale**  7:9 9:5 16:22 17:1

**Sarah**  8:10

**satisfy**  15:1

**Sattar**  10:11 44:9 45:24 46:2,19
48:17

**savings**  49:17

**Schotz**  8:10

**Schrock**  8:7

**screen**  19:24 20:6

**select**  17:2 36:3

**selected**  17:7

**send**  18:23

**sending**  27:20

**set**  13:7

**seven-and-a-half**  27:2

**Shapiro**  8:6

**Sherrill-lubinski**  20:3

**short**  22:3,6 30:20 33:14 35:9,13
36:16 37:15 39:3 45:4 47:12
48:22 49:2

**shortly**  26:17

**side**  28:9

**similar**  29:9 33:3,23

**simplify**  24:7

**skipping**  15:20

**slash**  20:2

**slide**  19:24 20:6

**Smagorinsky**  11:20,21 21:4,13,
18 22:21 23:11 24:22 25:22

In re: ZEN JV, LLC, et al

**snacks** 18:16

**snake** 38:20

**solely** 8:22

**speak** 7:12 8:21 9:1 13:3

**speaking** 8:24

**Spectraforce** 11:7,10 38:16 39:8
43:24 44:3,5 45:18,20

**spokesperson** 8:18,22

**St** 12:1 27:7 30:14 31:8 35:7

**stalking** 8:16 24:6 31:14 41:22

**stand** 8:24

**start** 19:6 40:8 41:2

**starting** 42:1

**state** 13:16,19

**stated** 41:11,21

**statement** 40:17

**states** 41:14

**step** 33:20

**Stieglitz** 11:13 22:1,15,16 23:18
24:16,17 25:5,16 26:4,10,11

**stock** 39:5

**subject** 12:23 14:16 21:1,16
27:4,23 29:12,13,18 31:5,13 34:4
36:4 37:21 38:3 41:13 42:9,12
44:10,16

**submit** 15:23 16:4 18:7 30:1
34:24 38:22 45:12 46:4,7,17,19,
22 47:3

**submits** 27:8 31:9

**submitted** 13:10 14:4 16:1,17,19
39:15 47:18

**submitting** 14:12,14 15:2

**substantially** 27:10,19 28:1,20,
23 30:2 31:17 33:23 34:14 35:1
37:22 48:4,5

**successful** 16:20,23,24 17:2,14

**Suhajda** 7:22

**summarized** 19:24 20:5

**support** 42:10

**switch** 30:11

---

**T**

---

**taking** 28:16 49:23

**Talent** 10:11 40:9,14,19 41:3,12
43:6 44:4,7,9 45:21 46:16 48:15

**Talents** 10:10

**talk** 50:23

**target** 20:10

**team** 8:1,4,8 12:3

**teams** 8:12

**Tech** 38:11,16 40:9

**technical** 17:24

**ten** 39:3

**tentatively** 17:6

**termination** 43:10,13,22 45:17
46:15 48:14

**terms** 12:23 13:16,19,21,22 14:2
15:3 19:4 21:1,9,17 27:4,9,10,19,
24 29:14,18,24 30:2,4,7 31:5,18
32:2 33:3,22,23,24 34:5,14,19
35:1 36:21 37:21 41:16,19 42:9
44:16 48:6

**Theisen** 9:12,13 42:6 44:15 46:5

**Thomas** 12:1 27:7 30:14 31:8
35:7

**time** 13:1 14:11,14,16 16:19
21:12 28:4 30:12 45:10

**today** 7:21 12:21

**Tony** 10:15

**top** 24:19 25:2,13,19 26:1,7 29:21

**total** 8:15 15:4 45:17 48:6,13
49:21 50:14

**totaling** 27:24

**transaction** 9:6

**transcribed** 7:18

**transcribing** 7:16

**transcript** 7:19

**Tributary** 11:11,14,16 19:21
20:22 21:19,23 22:12,13,17
24:10,13,15 25:2,3,13,15 26:1,3,
7,8,9

---

**TSA** 17:8 26:16 36:5 38:3,5

**Tsui** 10:16

**turning** 7:14 8:14 12:16 26:17
34:19 38:9 41:24 48:9

**type** 15:4

---

**U**

---

**U.s-based** 49:23

**understand** 39:22 49:16

**understanding** 29:15 36:22

**understands** 9:7

**Understood** 29:8 30:6

**Unsecured** 7:2 8:9

---

**V**

---

**valid** 15:15

**Valnet** 11:19 21:2,5 22:11,18,20,
22 24:6,10,12,19,21,23 25:1,13,
19,21,23 26:6

**Valsoft** 11:24 12:3 27:6,8,11
30:11,15 31:7,9,21 32:7,9 33:8,21
34:8 35:4,8 37:6 47:21

**Valsoft's** 32:5 36:22

**valued** 50:10

**Venture** 10:8

**Ventures** 10:7 42:20

**versus** 24:10

**viewing** 24:3

**virtually** 12:10

**Volkert** 11:15

---

**W**

---

**Walker** 9:20 27:16 32:13 34:12

**Warren** 12:8

**Watkins** 19:15 20:18

**weigh** 28:19

**Wheeler** 12:3

**winning** 8:11 17:7 37:19 38:3
47:20

---

In re: ZEN JV, LLC, et al

**Winter**  10:13 43:3,17,20 45:15
46:14 47:5,10 48:12 50:18

**wishes**  15:11

**work**  26:16 38:4

**written**  37:2

---
### X

**Xavier**  10:8 42:23

---
### Y

**Youssef**  11:22

**Yury**  11:20 21:4,13,18 22:21
23:11 24:22 25:22

---
### Z

**Zach**  8:6

**Zenauction@lw.com.**  18:1,4

**Ziprecruiter**  12:6,9

**Zoom**  18:21 42:21



Transcript of

**In re: ZEN JV, LLC, et al**

**Auction Proceedings**

July 19, 2025

Reliable Court Reporting

Phone – 215-563-3363

Fax – 215-563-8839

www.reliable-co.com

In re: ZEN JV, LLC, et al

AUCTION,

```
 1          IN THE UNITED STATES BANKRUPTCY COURT

 2            FOR THE DISTRICT OF DELAWARE

 3                    - - -

 4   In re:                    :

 5                             :

 6   ZEN JV, LLC, et al        :

 7            Debtor(s)   :Case No. 25-11195(JKS)

 8   ----------------------------

 9

10

11        T R A N S C R I P T of the stenographic

12   notes of the auction proceedings in the above-

13   entitled matter, as taken by and before Amanda

14   Brooks, a Professional Court Reporter and Notary

15   Public, taking place via Zoom on July 19th, 2025,

16   commencing at approximately 2:00 p.m. Eastern

17   time pursuant to notice.

18

19                   ORIGINAL

20

21

22

23

24
```

```
 1   APPEARANCES:

 2

 3   Jonathan Gordon

 4   Michael Klein

 5   Frank Sun

 6   Dan Pierce

 7   Lauren Blanchard

 8   Richard Stieglitz

 9   Yury Smagorinsky

10   Ellen Wheeler

11   Thomas St. Henry

12   James Billingsley

13   Melissa Hartlipp

14   Jeff Furman

15   Jamie Copeland

16   Bryan Glover

17   James Shen

18   Ben Thomson

19   Sheri Davis

20   Daniel Merrett

21   Susan Fallon

22   Jake Gordon

23

24
```

```
 1                      - - -

 2              AUCTION PROCEEDINGS

 3                      - - -

 4         JONATHAN GORDON:  Okay.  We can get

 5  started.  This Jonathan Gordon from Latham &

 6  Watkins, proposed counsel to the debtors.  It is

 7  July 19th, 2025, approximately 2:05 p.m. Eastern.

 8  We are back on the record via Zoom for the auction

 9  of the debtor's assets, which commenced on

10  Thursday, July 17th, in Latham's New York office

11  and via Zoom.

12              On Thursday, the debtors identified

13  the preliminary winning bids for their Monster

14  Media, Monster Government, and job board assets on

15  the record, subject to negotiations regarding the

16  transition services agreement, and the auction

17  remained open, pending those negotiations.

18              Those negotiations are continuing, but

19  the debtors are now prepared to announce and

20  confirm the winning and back-up bids, which they

21  have determined in their business judgment

22  following consultation with the consultation

23  parties.

24              The descriptions of these bids are in
```

In re: ZEN JV, LLC, et al

1  all instances subject to the terms of the

2  applicable asset purchase agreements associated

3  with such bid.  After I announce the bid, I will

4  ask a representative for that bidder to confirm

5  the bid.  Please announce your name on the record

6  for the benefit of our court reporter.

7              For the Monster Media assets, the

8  winning bid is from Valnet, with a cash purchase

9  price of 27.25 million dollars.  Any

10  representative of Valnet please confirm that this

11  is an accurate representation its bid.

12       YURY SMAGORINSKY:  Yes.  This is Yury

13  Smagorinsky, general counsel of Valnet.  And I

14  confirm that is accurate.

15       JONATHAN GORDON:  Thank you.  The back-up

16  bid is from Tributary Media, with a cash purchase

17  price of 27.55 million dollars.  Can a

18  representative of Tributary please confirm that

19  this is an accurate representation of its bid?

20       RICHARD STIEGLITZ:  This is Rich Stieglitz

21  from Mayer Brown.  I confirm that is an accurate

22  representation.

23       JONATHAN GORDON:  Thank you.  As discussed

24  on the record on Thursday, the reason Valnet's bid

AUCTION,

Page 5

1  is better than Tributary's bid, despite having a

2  lower cash purchase price, is because the

3  Tributary bid would require payment of $750,000 in

4  bid protections to Valnet as the stalking horse,

5  resulting in lower net proceeds to the debtor's

6  estates, compared to the Valnet bid.

7          Turning to the Monster Government

8  assets, the winning bid is from PartnerOne for

9  $13,000,079 in cash, plus offers of employment to

10  substantially all Monster Government employees on

11  terms at least as favorable to current employment,

12  which committed, will be documented in a revised

13  APA or the sale order.

14          Any representative of PartnerOne,

15  please confirm that this is an accurate

16  representation of its bid.

17      JAKE GORDON:  This is Jake Gordon from

18  Foley & Lardner.  I can confirm that is an

19  accurate representation of the bid.

20      JONATHAN GORDON:  Thank you.  The back-up

21  bid is from Valsoft on similar terms, but with a

22  cash purchase price of 9.51 million, plus $720,000

23  of bid protections.  Can a representative of

24  Valsoft please confirm that this is an accurate

In re: ZEN JV, LLC, et al

```
 1  representation of its bid?

 2          THOMAS ST. HENRY:  This is Thomas

 3  St. Henry, Proskauer & Rose, on behalf of Valsoft.

 4  I confirm.

 5          JONATHAN GORDON:  Last, the job board

 6  assets.  The winning bid is from BOLD, with a cash

 7  purchase price of 28.376 million, plus offers of

 8  employment to no less than 350 full-time

 9  employees.  Can a representative of BOLD please

10  confirm this is an accurate representation of its

11  bid?

12          MICHAEL KLEIN:  Michael Klein, Cooley,

13  LLP, on behalf of BOLD Holdings, LLC.  I can

14  confirm that is an accurate summation of the bid.

15  Thank you.

16          JONATHAN GORDON:  The back-up bid is from

17  JobGet at 27.66 million, inclusive of their

18  $660,000 in bid protections, thus reflecting a

19  cash purchase price of 27 million dollars.  Can a

20  representative of JobGet please confirm that this

21  is an accurate representation of its bid.

22          JAMES BILLINGSLEY:  This is James

23  Billingsley of Duane Morris on behalf of the

24  JobGet parties.  I confirm that that's an accurate
```

In re: ZEN JV, LLC, et al

```
 1   representation of the bid.

 2           JONATHAN GORDON:  Thank you.  The debtors

 3   would like to thank all the bidders, their

 4   advisors, and the consultation parties for their

 5   efforts over the last few weeks.  The auction is

 6   now closed.  Thank you, all.

 7                       - - -

 8                   (Whereupon, the auction concluded

 9   at 2:10 p.m.)

10                       - - -

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

*Reliable Court Reporting*

In re: ZEN JV, LLC, et al

AUCTION,

Page 8

```
 1                    - - -

 2           C E R T I F I C A T I O N

 3                    - - -

 4        I, Amanda Brooks, a court reporter and

 5  commissioner of deeds, do hereby certify that the

 6  proceedings and evidence are contained fully and

 7  accurately in the stenographic notes taken by me

 8  on Saturday, July 19th, 2025, and that the

 9  foregoing testimony was taken in shorthand by

10  myself and reduced to typing under my direction

11  and control and that this is a correct transcript

12  of the same.

13                    Amanda Brooks

14                    -------------

15                    AMANDA BROOKS

16                    Court Reporter

17                    Commissioner of Deeds

18

19

20        (The foregoing certification of this

21  transcript does not apply to any reproduction of

22  the same by any means, unless under the direct

23  control and/or supervision of the certifying

24  shorthand reporter.)
```

In re: ZEN JV, LLC, et al

AUCTION,  Index: $13,000,079..identified

**$**

**$13,000,079**  5:9
**$660,000**  6:18
**$720,000**  5:22
**$750,000**  5:3

**1**

**17th**  3:10
**19th**  3:7

**2**

**2025**  3:7
**27**  6:19
**27.25**  4:9
**27.55**  4:17
**27.66**  6:17
**28.376**  6:7
**2:05**  3:7
**2:10**  7:9

**3**

**350**  6:8

**9**

**9.51**  5:22

**A**

**accurate**  4:11,14,19,21 5:15,19,
    24 6:10,14,21,24
**advisors**  7:4
**agreement**  3:16
**agreements**  4:2
**announce**  3:19 4:3,5
**APA**  5:13
**applicable**  4:2

**approximately**  3:7
**asset**  4:2
**assets**  3:9,14 4:7 5:8 6:6
**auction**  3:2,8,16 7:5,8

**B**

**back**  3:8
**back-up**  3:20 4:15 5:20 6:16
**behalf**  6:3,13,23
**benefit**  4:6
**bid**  4:3,5,8,11,16,19,24 5:1,3,4,6,
    8,16,19,21,23 6:1,6,11,14,16,18,
    21 7:1
**bidder**  4:4
**bidders**  7:3
**bids**  3:13,20,24
**Billingsley**  6:22,23
**board**  3:14 6:5
**BOLD**  6:6,9,13
**Brown**  4:21
**business**  3:21

**C**

**cash**  4:8,16 5:2,9,22 6:6,19
**closed**  7:6
**commenced**  3:9
**committed**  5:12
**compared**  5:6
**concluded**  7:8
**confirm**  3:20 4:4,10,14,18,21
    5:15,18,24 6:4,10,14,20,24
**consultation**  3:22 7:4
**continuing**  3:18
**Cooley**  6:12
**counsel**  3:6 4:13
**court**  4:6
**current**  5:11

**D**

**debtor's**  3:9 5:5
**debtors**  3:6,12,19 7:2
**descriptions**  3:24
**determined**  3:21
**discussed**  4:23
**documented**  5:12
**dollars**  4:9,17 6:19
**Duane**  6:23

**E**

**Eastern**  3:7
**efforts**  7:5
**employees**  5:10 6:9
**employment**  5:9,11 6:8
**estates**  5:6

**F**

**favorable**  5:11
**Foley**  5:18
**full-time**  6:8

**G**

**general**  4:13
**Gordon**  3:4,5 4:15,23 5:17,20
    6:5,16 7:2
**Government**  3:14 5:7,10

**H**

**Henry**  6:2,3
**Holdings**  6:13
**horse**  5:4

**I**

**identified**  3:12

In re: ZEN JV, LLC, et al

**inclusive** 6:17

**instances** 4:1

---

**J**

**Jake** 5:17

**James** 6:22

**job** 3:14 6:5

**Jobget** 6:17,20,24

**Jonathan** 3:4,5 4:15,23 5:20 6:5, 16 7:2

**judgment** 3:21

**July** 3:7,10

---

**K**

**Klein** 6:12

---

**L**

**Lardner** 5:18

**Latham** 3:5

**Latham's** 3:10

**LLC** 6:13

**LLP** 6:13

**lower** 5:2,5

---

**M**

**Mayer** 4:21

**Media** 3:14 4:7,16

**Michael** 6:12

**million** 4:9,17 5:22 6:7,17,19

**Monster** 3:13,14 4:7 5:7,10

**Morris** 6:23

---

**N**

**negotiations** 3:15,17,18

**net** 5:5

---

**O**

**offers** 5:9 6:7

**office** 3:10

**open** 3:17

**order** 5:13

---

**P**

**p.m.** 3:7 7:9

**parties** 3:23 6:24 7:4

**Partnerone** 5:8,14

**payment** 5:3

**pending** 3:17

**preliminary** 3:13

**prepared** 3:19

**price** 4:9,17 5:2,22 6:7,19

**PROCEEDINGS** 3:2

**proceeds** 5:5

**proposed** 3:6

**Proskauer** 6:3

**protections** 5:4,23 6:18

**purchase** 4:2,8,16 5:2,22 6:7,19

---

**R**

**reason** 4:24

**record** 3:8,15 4:5,24

**reflecting** 6:18

**remained** 3:17

**reporter** 4:6

**representation** 4:11,19,22 5:16, 19 6:1,10,21 7:1

**representative** 4:4,10,18 5:14, 23 6:9,20

**require** 5:3

**resulting** 5:5

**revised** 5:12

**Rich** 4:20

---

**RICHARD** 4:20

**Rose** 6:3

---

**S**

**sale** 5:13

**services** 3:16

**similar** 5:21

**Smagorinsky** 4:12,13

**St** 6:2,3

**stalking** 5:4

**started** 3:5

**Stieglitz** 4:20

**subject** 3:15 4:1

**substantially** 5:10

**summation** 6:14

---

**T**

**terms** 4:1 5:11,21

**Thomas** 6:2

**Thursday** 3:10,12 4:24

**transition** 3:16

**Tributary** 4:16,18 5:3

**Tributary's** 5:1

**Turning** 5:7

---

**V**

**Valnet** 4:8,10,13 5:4,6

**Valnet's** 4:24

**Valsoft** 5:21,24 6:3

---

**W**

**Watkins** 3:6

**weeks** 7:5

**winning** 3:13,20 4:8 5:8 6:6

In re: ZEN JV, LLC, et al

### Y

**York**  3:10
**Yury**  4:12

### Z

**Zoom**  3:8,11