IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ x
                                                       :
In re:                                                 :    Chapter 11
                                                       :
ZEN JV, LLC, et al.,¹                                  :    Case No. 25-11195 (JKS)
                                                       :
            Debtors.                                   :    (Jointly Administered)
                                                       :
                                                       :    Re: Docket No. 63
------------------------------------------------------ x
```

**ORDER (I) AUTHORIZING THE DEBTORS TO (A) REJECT CERTAIN
UNEXPIRED LEASES AND (B) ABANDON CERTAIN REMAINING
PROPERTY EFFECTIVE AS OF THE REJECTION DATE;
AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")² of Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**"), for entry of an order pursuant to sections 105, 365(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rules 6006 and 6007, (i) authorizing the Debtors to (a) reject the Leases, effective as of the Rejection Date and (b) abandon any Remaining Property; and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion pursuant to §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409;

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

RLF1 33302125v.1

and the Court having found that due and proper notice of the Motion has been given under the circumstances, and that no other or further notice of the Motion is required; and the Court having reviewed and considered the Motion; and a hearing having been held to consider the relief requested in the Motion; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates and all other parties in interest; and upon the record herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to reject the Leases, identified on **Schedule 1** attached hereto, including, to the extent applicable, any agreements, amendments, modifications, change orders, supplements, waivers, subleases, and side letters related thereto, effective as of the Rejection Date.

3. Nothing herein shall prejudice the rights of the Debtors to argue that any of the Leases were terminated prior to the Petition Date, that any claim for damages arising from the rejection of the Leases is limited to the remedies available under any applicable termination provision of such Lease, or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

4. The Debtors are authorized to abandon any Remaining Property located in the Leased Premises pursuant to section 554(a) of the Bankruptcy Code, which abandonment shall be effective as of the Rejection Date.

5. Notwithstanding anything in the Bankruptcy Rules to the contrary, this Order is immediately effective and enforceable upon its entry.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

7.      The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation and/or interpretation of this Order.

**Dated: July 21st, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

RLF1 33302125v.1

3