**Schedule 1**

**Leases**

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Description and Address of Lease Premise | Rejection Date |
|---|---|---|---|---|---|
| 1 | **CareerBuilder, LLC** | **Summit PC Associates SPE, LLC** (successor-in-interest to VEF V Atlanta Office Portfolio SPE, LCC, successor-in-interest to VEF V Atlanta Office Two, LLC) | c/o OA Development, Inc., 100 Ashford Center North, Suite 310, Atlanta, Georgia, 30338, Attn: Brian Granath | Office Lease Agreement<br><br>5550-A Peachtree Parkway, Norcross, Georgia | June 30, 2025 |
| 2 | **CareerBuilder, LLC** | **Onni 200 LaSalle Limited Partnership** | 200 N La Salle St, Ste 300 Chicago, IL 60601-1043 | Office Lease Agreement<br><br>200 N LaSalle Street #900, Chicago, Illinois 60601 | June 30, 2025 |
| 3 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc. | **TMG 8280 Greensboro LLC**, (successor-in-interest to TMP Worldwide, Inc.) | 1775 Greensboro Station Pl, Ste 100 Mclean, VA 22102 | Office Lease Agreement<br><br>8280 Greensboro Drive, McLean, Virginia | June 30, 2025 |

RLF1 33302125v.1