IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: August 6, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date: August 21, 2025 at 1:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ZEN JV, LLC, *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 2, 2025**

**PLEASE TAKE NOTICE** that, on July 23, 2025, the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned proposed counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Application of the Official Committee of Unsecured Creditors of Zen JV, LLC, Et Al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of July 2, 2025* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief sought in the Application will be held on **August 21, 2025 at 1:00 p.m. (ET)** before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

2

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the relief sought in the Application must be filed on or before **August 6, 2025 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response or objection upon the undersigned proposed counsel to the Committee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of Page Intentionally Left Blank*]

Dated: July 23, 2025                   **COLE SCHOTZ P.C.**
Wilmington, Delaware

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
Elazar A. Kosman (No. 7077)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone:  (302) 652-3131
Facsimile:  (302) 652-3117
Email:  jalberto@coleschotz.com
          mhartlipp@coleschotz.com
          ekosman@coleschotz.com

- and –

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone:  (212) 752-8000
Facsimile:  (212) 752-8393
Email:  svanaalten@coleschotz.com
          scarnes@coleschotz.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*