UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                                    Chapter  11

                                          Case No.  25 - 11195  ( JKS )

Debtor:  Zen JV, LLC

MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Benjamin Rachelson, Esq.
to represent  Oracle America, Inc.
in this action.

James E. Huggett, Esq. (DE ID 3946)

Firm Name: Margolis Edelstein
Address: 300 Delaware Ave., Ste. 800
Wilmington, DE 19801
Phone: 302-888-1112
Email: jhuggett@margolisedelstein.com

CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  State of Georgia  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Benjamin Rachelson (GA ID 558570)

Firm Name: Adams and Reese LLP
Address: 3455 Peachtree Road NE
Suite 1750
Atlanta, GA 30326
Phone: 470-427-3703
Email: benjamin.rachelson@arlaw.com

ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105