**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
:
In re:                                                       :    Chapter 11
                                                             :
ZEN JV, LLC, *et al.*,[1]                                    :    Case No. 25-11195 (JKS)
                                                             :
        Debtors.                                      :    (Jointly Administered)
                                                             :
------------------------------------------------------------ x    Re: Docket No. 110, 194

**NOTICE OF FILING OF JOB**
**BOARD ASSET PURCHASE AGREEMENT**

**PLEASE TAKE NOTICE** that, on June 24, 2025, the above-captioned debtors in possession (collectively, the "**Debtors**") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "**Court**"), commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE** that, on July 17, 2025, the Debtors commenced the Auction for the Debtors' Assets at the New York office of their proposed counsel, Latham & Watkins LLP, and also via Zoom. The Debtors adjourned the Auction at the end of the day on July 17, 2025 before re-convening and closing the Auction on July 19, 2025.

**PLEASE TAKE FURTHER NOTICE** that, on July 19, 2025, the Debtors filed the *Notice of (I) Auction Transcript and (II) Successful and Backup Bids* [Docket No. 194] (the "Auction Notice") notifying parties-in-interest of the Successful Bidders and Backup Bidders for the Monster Media Assets, the Monster Government Assets and the Job Board Assets. Attached to

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

the Auction Notice as Exhibits 2 and 3 were the Monster Media APA and Monster Government APA, respectively.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the form BOLD Holdings, LLC Asset Purchase Agreement (the "**Job Board APA**").

**PLEASE TAKE FURTHER NOTICE** that, a hearing is scheduled to be held before the Honorable J. Kate Stickles on **July 28, 2025 at 2:00 p.m. (ET)**, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, to consider entry of the sale orders authorizing, among other things, the Debtors to enter into the asset purchase agreements with the successful bidders (the "**Sale Hearing**"). The Sale Hearing may be continued to a later date by the Debtors by filing a notice with the Court or making an announcement at the Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, the asset purchase agreements and all other documents filed with the Court are available free of charge on the Debtors' case information website, located at https://omniagentsolutions.com/CareerBuilderMonster, or can be requested by calling the Debtors' claims and noticing agent, Omni Agent Solutions, Inc., at (888) 841 – 0521 (US & Canada) or (818) 924 – 2298 (International).

Dated: July 25, 2025
    Wilmington, Delaware

| | |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Clint M. Carlisle*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|     candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |     shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |     liu@rlf.com |
| Chicago, Illinois 60611 |     carlisle@rlf.com |
| Telephone: (312) 876-7700 |     meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*