**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Re: Docket No. 110, 194 & 219 |

---

## NOTICE OF FILING OF EXECUTED JOB BOARD ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on July 19, 2025, pursuant to the order [Docket No. 110] (the "**Bidding Procedures Order**") approving, among other things, bidding procedures (the "**Bidding Procedures**") for the Assets,[2] the above-captioned debtors in possession (collectively, the "**Debtors**") filed the *Notice of (I) Auction Transcript and (II) Successful and Backup Bids* [Docket No. 194] (the "**Notice of Successful Bidders**") with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, that, on July 25, 2025, the Debtors filed the *Notice of Filing of Job Board Asset Purchase Agreement* [D.I. 219].

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby file the executed BOLD Holdings, LLC Asset Purchase Agreement (the "**Job Board APA**"), which is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a blackline of the executed Job Board APA marked against the form Job Board APA is attached hereto as **Exhibit 2**.

[*Remainder of page left intentionally blank*]

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] The Bidding Procedures are attached to the Bidding Procedures Order as **Exhibit 1** thereto. Capitalized terms that are used herein and not otherwise defined shall have the meanings given to the in the Bidding Procedures.

Dated: July 28, 2025
    Wilmington, Delaware

| | |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Clint M. Carlisle*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*

2

RLF1 33364359v.2