**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                              Chapter 11

                                            Case No.  25  11195 (JKS)

Debtor: ZEN JV, LLC, et al.,

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of

Bob Bruner, Esquire

to represent  Rackspace U.S. Inc.

in this action.

/s/ Kate Roggio Buck

Firm Name: McCarter & English LLP
                      Renaissance Centre
Address:    405 N. King Street, 8th Floor
Phone:       Wilmington Delaware 19801
                      302-984-6300
Email:        kbuck@mccarter.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

/s/ Bob Bruner

Firm Name: Norton Rose Fulbright US LLP
Address:       1550 Lamar Street
                       Suite 2000
                       Houston, TX 77010
Phone:         (713) 651-5216
Email:           Bob.bruner@nortonrosefulbright.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105

ME1\55111872.v1