UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                              Chapter <u>11</u>

Case No. 25 <u> 11195 </u>(JKS)

Debtor: <u>ZEN JV, LLC, et al.,</u>

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of

<u>Bob Bruner, Esquire</u>

to represent <u> Rackspace U.S. Inc.</u>

in this action.

                                             <u>/s/ Kate Roggio Buck</u>

                                         Firm Name: McCarter & English LLP
                                                           Renaissance Centre
                                          Address:    405 N. King Street, 8th Floor
                                          Phone:      Wilmington Delaware 19801
                                                               302-984-6300
                                          Email:       kbuck@mccarter.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

                                          */s/ Bob Bruner*

                                          Firm Name: Norton Rose Fulbright US LLP
                                          Address:     1550 Lamar Street
                                                          Suite 2000
                                                         Houston, TX 77010
                                          Phone:       (713) 651-5216
                                          Email:        Bob.bruner@nortonrosefulbright.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: July 28th, 2025**
**Wilmington, Delaware**                               J. KATE STICKLES      Local Form 105
ME1\55111872.v1                                    UNITED STATES BANKRUPTCY JUDGE