**SIGN-IN SHEET**

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11195 JKS | DATE: 7/28/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Klein | Cooley | Bold |
| Clint Carlisle | Richards Layton & Finger | Debtors |
| Zachary I. Shapiro | Richards Layton & Finger | Debtors |
| Jonathan Gordon | Latham & Watkins | Debtors |
| Huigi Liu | Richards Layton & Finger | Debtors |
| Mark Olivere | Akin Brown Green Cath. | Tecum Congs US Inc + UBS Group Inc. |
| Kate Buck | McCarter & English | Rackspace |
| Bob Brun | Norton Rose Fulbright | Rackspace |
| Matthew Lunn | YCST | Debtors |
| Mark Kurtz | Richards, Layton, & Finger | Debtors |
| Daniel Merrett | Jones Day | Randstad |
| Matthew Harvey | Morris Nichols Arsht & Tunnell LLP | Randstad |
| Melissa Hartlipp | Cole Schotz | Committee |
| Sarah Carnes | " " | " " |

## SIGN-IN SHEET

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11195 JKS | DATE: 7/28/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Lucian Munley | Saul Ewing | Equinix |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<u>2:00 PM</u>

**25-11195-JKS Zen JV, LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 2:00 PM | Audio Only | no |
| Candace M. Arthur | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Candace M. Arthur | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| John Ashmead | Seward & Kissel LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Ann Baca VanDeusen | | myself | 2:00 PM | Audio Only | no |
| Patrick S. Baldwin | Jones Day | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Sherry Barnard | | | 2:00 PM | Zoom(Video and Audio) | yes |
| Carl E. Black | Jones Day | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Lauren Blanchard | Mayer Brown LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Kevin Bostel | | | 2:00 PM | Zoom(Video and Audio) | yes |
| Kevin Bostel | | | 2:00 PM | Zoom(Video and Audio) | yes |
| Robert B. Bruner | Norton Rose Fulbright US LLP | Rackspace US. Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Robert B. Bruner | Norton Rose Fulbright U.S. LLP | Rackspace U.S., Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Clint Michael Carlisle | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Clint Michael Carlisle | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Alan Chapell | Chapell & Associates | Consumer Privacy Ombudsman | 2:00 PM | Zoom(Video and Audio) | yes |
| Steven Church | | | 2:00 PM | Audio Only | no |
| Steven Church | | | 2:00 PM | Audio Only | no |
| Chad Corazza | YCST LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Catherine Corey | | | 2:00 PM | Audio Only | no |
| Sherri Davis | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Sherri Davis | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Jesse DelConte | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Jesse DelConte | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| R. Grant Dick | Cooch and Taylor, P.A. | Vaco/Highspring | 2:00 PM | Zoom(Video and Audio) | yes |
| Andrew Ehrmann | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Randall Eisenberg | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Randall Eisenberg | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Paul L Fabsik | | | 2:00 PM | Audio Only | no |
| Paul L Fabsik | | | 2:00 PM | Audio Only | no |
| Susan Fallon Brown | Monster Government Solutions | | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Scott Flaherty | LevFin Insights/press | | 2:00 PM | Audio Only | no |
| Scott Flaherty | LevFin Insights/press | | 2:00 PM | Audio Only | no |
| Jeff Furman | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Jeff Furman | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Clara E Geoghegan | Law360 | | 2:00 PM | Audio Only | no |
| Clara E Geoghegan | Law360 | | 2:00 PM | Audio Only | no |
| Bryan T. Glover | Stoel Rives LLP | Iron Corp US Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Bryan T. Glover | Stoel Rives LLP | Valnet US, Inc. | 2:00 PM | Zoom(Video and Audio) | yes |
| Jake Gordon | Foley & Lardner LLP | Sherrill-Lubinski, LLC | 2:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Gordon | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Gordon | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Adam Harris | Schulte Roth & Zabel | | 2:00 PM | Zoom(Video and Audio) | yes |

| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Ronald Hewitt | Seward & Kissel LLP | Wilmington Trust, as TL Agent | 2:00 PM | Zoom(Video and Audio) | yes |
| Gary Hsueh | Bold Holdings LLC | | 2:00 PM | Zoom(Video and Audio) | yes |
| Shannon Humiston | Burr & Forman LLP | Burr & Forman LLP | 2:00 PM | Zoom(Video and Audio) | yes |
| Shannon Humiston | Burr & Forman LLP | Burr & Forman LLP | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Klein | Cooley LLP | Bold Holdings LLC | 2:00 PM | Zoom(Video and Audio) | yes |
| Dietrich Knauth | Reuters | media | 2:00 PM | Audio Only | no |
| Dietrich Knauth | Reuters | media | 2:00 PM | Audio Only | no |
| Dietrich Knauth | Reuters | media | 2:00 PM | Audio Only | no |
| Elazar A. Kosman | Cole Schotz P.C. | Committee | 2:00 PM | Zoom(Video and Audio) | yes |
| Taraneh Kossari | | Kotara Consulting | 2:00 PM | Zoom(Video and Audio) | yes |

| Maria Kotsiras | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
|---|---|---|---|---|---|
| Maria Kotsiras | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Emily Lever | | | 2:00 PM | Audio Only | no |
| Emily Lever | | | 2:00 PM | Audio Only | no |
| James Lilly | PJT Partners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| James Lilly | PJT Partners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Alexandra Lisner | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Huiqi Liu | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Huiqi Liu | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Catherine LoTempio | Seward & Kissel LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Sofia Lopez | Bold Holdings LLC | | 2:00 PM | Zoom(Video and Audio) | yes |
| Meagan Massey | JMB Capital Partners Lending, LLC | JMB Capital Partners Lending, LLC | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Kathi Mauricio | Monster | | 2:00 PM | Zoom(Video and Audio) | yes |
| Kristin McCloskey | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Colin Meehan | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Colin Meehan | Richards, Layton & Finger | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| John P. Melko | Foley & Lardner LLP | Sherrill-Lubinski, LLC and Eti-Net Inc | 2:00 PM | Zoom(Video and Audio) | yes |
| Daniel J. Merrett | Jones Day | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| David Mitchell | Morning Consult | Morning Consult | 2:00 PM | Zoom(Video and Audio) | yes |
| Christopher Perkins | | Beacon Hill | 2:00 PM | Zoom(Video and Audio) | yes |
| Robert F. Poppiti, Jr. | Young, Conaway, Stargatt & Taylor, LLP | JMB Capital Partners Lending, LLC | 2:00 PM | Zoom(Video and Audio) | yes |
| Echo Yi Qian | Morris Nichols Arsht and Tunnell | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Benjamin Rachelson | Adams and Reese LLP | Oracle America, Inc. | 2:00 PM | Zoom(Video and Audio) | yes |

| Avi Robbins | PJT Partners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Avi Robbins | PJT Partners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Christopher M. Samis | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Ray C. Schrock | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Ray C. Schrock | Latham & Watkins LLP | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Andy Serbe | | | 2:00 PM | Audio Only | no |
| Andy Serbe | | | 2:00 PM | Audio Only | no |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| James Shen | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| James Shen | AlixPartners | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Calin Thomas St. Henry | Proskauer Rose LLP | Stalking Horse Bidder (Valsoft) | 2:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Calin Thomas St. Henry | Proskauer Rose LLP | Stalking Horse Bidder (Valsoft) | 2:00 PM | Zoom(Video and Audio) | yes |
| Richard Stieglitz | | | 2:00 PM | Zoom(Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Suhajda | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Suhajda | Zen JV, LLC | Debtors | 2:00 PM | Zoom(Video and Audio) | yes |
| Ben Thomson | Cooley LLP | Bold Holdings LLC | 2:00 PM | Zoom(Video and Audio) | yes |
| Michael Tomback | | | 2:00 PM | Audio Only | no |
| Michael Tomback | | | 2:00 PM | Audio Only | no |
| videoconferencing Videoconferencing | Morris Nichols Arsht & Tunnell | Party in Interest | 2:00 PM | Zoom(Video and Audio) | yes |
| Vikas Vikas | JMB Capital Partners Lending, LLC | JMB Capital Partners Lending, LLC | 2:00 PM | Zoom(Video and Audio) | yes |