IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re:                                                  :  Chapter 11
                                                        :
ZEN JV, LLC, *et al.*,[1]                               :  Case No. 25-11195 (JKS)
                                                        :
                   Debtors.                             :  (Jointly Administered)
                                                        :
                                                        :  Re: Docket No. 28, 110, 194, 205, 219 & 225
                                                        :
------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER
(I) AUTHORIZING AND APPROVING THE DEBTORS' ENTRY
INTO AN ASSET PURCHASE AGREEMENT WITH BOLD HOLDINGS LLC,
(II) AUTHORIZING THE SALE OF THE PURCHASED ASSETS FREE AND
CLEAR OF ALL ENCUMBRANCES, (III) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF THE SELECTED ASSIGNED CONTRACTS,
AND (IV) GRANTING RELATED RELIEF**

The undersigned hereby certifies as follows:

1.     On June 25, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Orders (I) Authorizing and Approving (A) the Bidding Procedures for Sale of the Debtors' Assets Free and Clear, (B) the Scheduling of an Auction and Sale Hearing, (C) Theform and Manner of Notice of Sales, Auctions, and Sale Hearings, (D) the Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) the Designation of Stalking Horse Bidders, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing Designation of Stalking Horse Bidders, and (III) Granting Related Relief* [Docket No. 28] (the "**Bidding Procedures**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33367584v.2

**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On July 8, 2025, the Court entered an order granting the relief requested in the Bidding Procedures Motion. *See* Docket No. 110.

2. On July 19, 2025, the Debtors filed the *Notice of (I) Auction Transcript and (II) Successful and Backup Bids* [Docket No. 194].

3. On July 24, 2025, the Debtors filed the *Omnibus Notice of Proposed Orders Approving Sales of Debtors' Assets* [Docket No. 205]. Attached thereto as Exhibit 3 was the *Order Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with BOLD Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**BOLD Order**").

4. On July 25, 2025, the Debtors filed the *Notice of Filing of Job Board Asset Purchase Agreement* [Docket No. 219] (the "**BOLD APA**").

5. On July 28, 2025, the Debtors filed the *Notice of Filing of Executed Job Board Asset Purchase Agreement* [Docket No. 224] (the "**Executed BOLD APA**")

6. On July 28, 2025, the Debtors filed the O*mnibus Notice of Revised Proposed Orders Approving Sales of Debtors' Assets* [D.I. 225]. Attached thereto as Exhibit 3 was the *Order Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with BOLD Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**Revised BOLD Order**").

7. On July 28, 2025, the Court held a hearing (the "**Hearing**") to consider the Revised BOLD Order. At the Hearing, the Court indicated that it would enter the Revised BOLD Order, subject to certain revisions being made consistent with the record made at the Hearing.

8. Consistent with the record made at the Hearing, the Debtors have prepared a final version of the Revised BOLD Order (the "**Final BOLD Order**"), and a copy of the Final BOLD Order is attached hereto as **Exhibit 1**. For the convenience of the Court and all parties in interest, a changed-pages only blackline comparison of the Final BOLD Order marked against the Revised BOLD Order is attached hereto as **Exhibit 2**.

[*Signature page follows*]

WHEREFORE, the Debtors respectfully request that the Final BOLD Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: July 28, 2025
       Wilmington, Delaware

*/s/ Clint M. Carlisle*

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*