## Exhibit 2

**Post-Sale Approved Budget**

**CareerBuilder + Monster**
Weekly DIP Cash Flow Forecast

*($ in millions)*

| Week:<br>Type:<br>Period Starting<br>Period Ending: | 1<br>Fcst<br>7/19/2025<br>7/25/2025 | 2<br>Fcst<br>7/26/2025<br>8/1/2025 | 3<br>Fcst<br>8/2/2025<br>8/8/2025 | 4<br>Fcst<br>8/9/2025<br>8/15/2025 | 5<br>Fcst<br>8/16/2025<br>8/22/2025 | 6<br>Fcst<br>8/23/2025<br>8/29/2025 | 7<br>Fcst<br>8/30/2025<br>9/5/2025 | 8<br>Fcst<br>9/6/2025<br>9/12/2025 | 9<br>Fcst<br>9/13/2025<br>9/19/2025 | 10<br>Fcst<br>9/20/2025<br>9/26/2025 | 11<br>Fcst<br>9/27/2025<br>10/3/2025 | 11-Weeks<br>Fcst |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Operating Receipts** | | | | | | | | | | | | |
| Monster Collections | $ 1.3 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 1.3 |
| CB Collections | 0.5 | - | - | - | - | - | - | - | - | - | - | 0.5 |
| **Total Operating Receipts** | **1.8** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **1.8** |
| **Operating Disbursements** | | | | | | | | | | | | |
| Accounts Payable | (1.6) | (2.0) | (2.0) | (1.0) | (0.8) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (0.4) | (9.4) |
| US Payroll | - | (2.3) | (0.2) | (0.1) | - | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (3.0) |
| International Funding | (2.0) | (0.5) | - | (0.8) | - | - | - | - | - | - | - | (3.3) |
| **Total Operating Disbursements** | **(3.6)** | **(4.7)** | **(2.2)** | **(1.9)** | **(0.8)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.5)** | **(15.6)** |
| **Net Operating Cash Flow** | **(1.8)** | **(4.7)** | **(2.2)** | **(1.9)** | **(0.8)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.4)** | **(0.5)** | **(13.8)** |
| **Non Operating Cash Flow** | | | | | | | | | | | | |
| Sale Proceeds | - | 67.2 | - | - | - | - | - | - | - | - | - | 67.2 |
| DIP Interest | - | (0.1) | - | - | - | - | - | - | - | - | - | (0.1) |
| Company Advisor Fees | (2.3) | (5.8) | (0.7) | (0.5) | (0.5) | (0.4) | (0.4) | (0.4) | (0.5) | (0.5) | (0.2) | (12.1) |
| UCC Advisor Fees | (0.6) | (0.2) | (0.2) | (0.2) | (0.2) | (0.2) | (0.1) | (0.1) | (0.1) | (0.1) | (0.1) | (1.9) |
| Other Professional Fees | (0.4) | (0.1) | - | - | - | - | - | - | - | - | (0.4) | (0.9) |
| RIF Costs (Severance, PTO, Benefits etc) | (0.8) | (2.1) | - | - | - | - | - | - | - | - | (0.3) | (3.2) |
| Funding to Wind Down Trust | - | - | - | - | - | - | - | - | - | - | (2.0) | (2.0) |
| **Total Non Operating Cash Flow** | **(4.2)** | **59.0** | **(0.8)** | **(0.6)** | **(0.7)** | **(0.5)** | **(0.5)** | **(0.5)** | **(0.6)** | **(0.6)** | **(2.9)** | **47.0** |
| **Net Cash Flow** | **$ (6.0)** | **$ 54.2** | **$ (3.0)** | **$ (2.5)** | **$ (1.4)** | **$ (0.9)** | **$ (0.9)** | **$ (0.9)** | **$ (1.0)** | **$ (1.0)** | **$ (3.4)** | **$ 33.2** |
| BOP US Cash Balance | $ 14.7 | $ 8.7 | $ 15.1 | $ 12.1 | $ 9.6 | $ 8.1 | $ 7.2 | $ 6.3 | $ 5.4 | $ 4.4 | $ 3.4 | $ 14.7 |
| Net Cash Flow | (6.0) | 54.2 | (3.0) | (2.5) | (1.4) | (0.9) | (0.9) | (0.9) | (1.0) | (1.0) | (3.4) | 33.2 |
| DIP Draw / (Repayment) | - | (14.3) | - | - | - | - | - | - | - | - | - | (14.3) |
| CB Lenders Sale Proceeds Escrow | - | (12.1) | - | - | - | - | - | - | - | - | - | (12.1) |
| Randstad Sale Proceeds Escrow | - | (21.5) | - | - | - | - | - | - | - | - | - | (21.5) |
| **EOP US Unrestricted Cash Balance** | **$ 8.7** | **$ 15.1** | **$ 12.1** | **$ 9.6** | **$ 8.1** | **$ 7.2** | **$ 6.3** | **$ 5.4** | **$ 4.4** | **$ 3.4** | **$ -** | **$ -** |