IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                      :

In re:                                                     :     Chapter 11

ZEN JV, LLC, *et al.*,[1]                              :     Case No. 25-11195 (JKS)

               Debtors.                                  :     (Jointly Administered)

                                                       **Re: Docket No. 149**
---------------------------------------------------------- x

**CERTIFICATE OF NO OBJECTION REGARDING MOTION
OF DEBTORS PURSUANT TO 11 U.S.C. §§ 331, 330, AND 105(A) AND
FED. R. BANKR. P. 2016 FOR ENTRY OF ORDER (I) ESTABLISHING
PROCEDURES FOR INTERIM COMPENSATION AND REIMBURSEMENT OF
EXPENSES OF PROFESSIONALS, AND (II) GRANTING RELATED RELIEF**

        The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") have received no answer, objection, or any other responsive pleading with respect to the *Motion of Debtors Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 149] (the "**Motion**") filed by the Debtors with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on July 14, 2025.

        The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Motion appears thereon. Pursuant to the *Notice of Motion and Hearing* filed with the Motion, any objections or responses to the Motion were to be filed no later than July 28, 2025 at 4:00 p.m. (prevailing Eastern Time).

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33374984v.1

WHEREFORE, the Debtors respectfully request that the Proposed Order be entered at the earlies convenience of the Court.

Dated: July 29, 2025
Wilmington, Delaware

| | |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Huiqi Liu*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
| candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) | shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 | liu@rlf.com |
| Chicago, Illinois 60611 | carlisle@rlf.com |
| Telephone: (312) 876-7700 | meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*