IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  : Chapter 11
                                                        :
ZEN JV, LLC, *et al.*,[1]                               : Case No. 25-11195 (JKS)
                                                        :
          Debtors.                             : (Jointly Administered)
                                                        :
                                                        : **Re: Docket No. 235**
------------------------------------------------------- x

**CERTIFICATION OF GARY C. HSUEH REGARDING BOLD'S COMPLIANCE WITH THE CONSUMER PRIVACY PROTECTIONS IN THE SALE ORDER**

    Gary C. Hsueh, of full age, hereby certifies as follows:

    1.    I am the Chief Financial Officer of BOLD Holdings LLC ("BOLD"). BOLD is party to that certain *Asset Purchase Agreement*, dated as of July 27, 2025 (the "Purchase Agreement"), by and among certain of the Debtors and BOLD. The Court, among other things, approved and authorized the Debtors entry into and performance under Purchase Agreement in its *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with BOLD Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 235] (the "Sale Order").[2]

    2.    Pursuant to Paragraph UU of the Sale Order, BOLD has fully complied or will fully comply with the conditions imposed in the Sale Order to protect Personal Information (as defined

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Purchase Agreement or Sale Order, as applicable.

in the Purchase Agreement), including that BOLD meets the "qualified buyer" criteria set forth in Paragraph RR of the Sale Order.

3. BOLD concentrates in the same line of business as the Debtors.

4. BOLD will be Debtors' successor-in-interest as to the Personal Information it acquires from the Debtors.

5. BOLD will not disclose, sell, or transfer Personal Information it acquires from the Debtors to any third party in a manner materially inconsistent with the relevant Debtor's privacy policy without obtaining consent from the individual to whom the Personal Information relates.

6. BOLD will be responsible for any violation of the relevant Debtor's privacy policy by BOLD that occurs following the Closing Date.

[*Remainder of page left intentionally blank*]

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: July 29, 2025
Guaynabo, Puerto Rico

*/s/ Gary C. Hsueh*
Gary C. Hsueh
Chief Financial Officer
BOLD Holdings LLC