**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
:
In re:                                    :    Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                 :    Case No. 25-11195 (JKS)
:
Debtors.                   :    (Jointly Administered)
:
:    **Docket Nos. 82, 123, 129 & 186**
------------------------------------------------------- x

**NOTICE OF SECOND AMENDMENT TO CONTRACTS SCHEDULE
OF POTENTIALLY ASSIGNED CONTRACTS**

**PLEASE TAKE NOTICE** that, on July 8, 2025, the Court entered an order [Docket No. 110] (the "**Bidding Procedures Order**"),[2] approving, among other things, the Assumption and Assignment Procedures.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Assumption and Assignment Procedures, on July 3, 2025, the Debtors filed a *Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 82] (the "**Initial Cure Notice**"). Attached as **Exhibit 1** to the Initial Cure Notice was the schedule of Potentially Assigned Contracts that may potentially be assumed and assigned (the "**Initial Contracts Schedule**").

**PLEASE TAKE FURTHER NOTICE** that, on July 11, 2025, the Debtors filed the *Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 123] (as amended, the "**Supplemental Cure Notice**," and together

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Bidding Procedures Order.

with the Initial Cure Notice, collectively, the "**Cure Notice**"), as amended by the *Amended Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases* [Docket No. 129].  Attached to the Supplemental Cure Notice as **Exhibit 1** thereto was the supplemental schedule of Potentially Assigned Contracts that may potentially be assumed and assigned (the "**Supplemental Contracts Schedule**," and together with the Initial Contracts Schedule, collectively, the "**Contracts Schedule**").

**PLEASE TAKE FURTHER NOTICE** that, on July 16, 2025, the Debtors filed the *Notice of Amendment to Contracts Schedule of Potentially Assigned Contracts* [Docket No. 186] (the "**First Contracts Schedule Amendment**"), reflecting certain amendment to the Contracts Schedule.

**PLEASE TAKE FURTHER NOTICE** that, to resolve certain informal responses and formal objections to the Cure Notice and the First Contracts Schedule Amendment, the Debtors hereby file the second amendment to the Contracts Schedule, (i) modifying the Cure Costs associated with certain Potentially Assigned Contracts, (ii) amending the contract descriptions for certain Potentially Assigned Contracts, and (iii) removing certain Potentially Assigned Contracts from the Contracts Schedule, all as more fully set forth in **Exhibit 1** hereto (the "**Second Contracts Schedule Amendment**").  The Cure Costs and contract description set forth in the Second Contracts Schedule Amendment shall amend and supersede the Cure Costs and contract description of the applicable Potentially Assigned Contracts set forth in the Cure Notice and the First Contracts Schedule Amendment.  For the avoidance of doubt, the Cure Notice and the First Contract Schedule Amendment remain unchanged except as modified by the Second Contracts Schedule Amendment.

*[signature page follows]*

Dated: July 14, 2025
    Wilmington, Delaware

| | /s/ Huiqi Liu |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|     candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |     shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |     liu@rlf.com |
| Chicago, Illinois 60611 |     carlisle@rlf.com |
| Telephone: (312) 876-7700 |     meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*