**Exhibit 1**

**Zen, LLC**
Cure Schedule Amendments
7/29/2025

| Num | Business | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Job Board | Blackline Systems, Inc. | CareerBuilder, LLC | $ - | 6/18/2025 | Order form and Statement of Work | 21300 Victory Blvd, 12th Fl | Attn: Joe Silver | Woodland Hills | CA | 91367 | US | | Address updated |
| 2 | Job Board | Change Healthcare | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | Georgia 400 | | Alpharetta | Georgia | 30009 | US | koderc.233@gmail.com | Removed |
| 3 | Job Board | Change Healthcare | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 3200 Windy Hill Road Southeast | | Atlanta | Georgia | 30339 | US | sandeep.mv317@gmail.com | Removed |
| 4 | MGS | Ikokas Technologies Private Limited | Monster Government Solutions, LLC | $ 13,300.00 | 4/4/2025 | Master Services Agreement (including any applicable Statements of Work) | 1917/19 GOVINDPURI EXTENSION | | KALKAJI | NEW DELHI | 110019 | India | PARVINDER@IKOKAS.COM | Cure amt and Contract Description updated |
| 5 | Job Board | Jobcase, Inc. | CareerBuilder, LLC | $ 714,255.37 | 10/28/2022 | Services Agreement | 201 BROADWAY ST STE 7 | | CAMBRIDGE | MA | 02139 | US | FINANCE@JOBCASE.COM | Cure amount updated |
| 6 | Job Board | Lumen Technologies | CareerBuilder, LLC | $ 511.43 | 6/1/2025 | Master Services Agreement; Invoice | 100 CenturyLink Drive | | Monroe | LA | 71203 | US | emalee.pokos@lumen.com | Cure amount updated |
| 7 | Job Board | Lumen Technologies | Monster Worldwide LLC | $ 6,589.14 | 6/1/2025 | Master Services Agreement; Invoice | 100 CenturyLink Drive | | Monroe | LA | 71203 | US | emalee.pokos@lumen.com | Cure amount updated |
| 8 | Job Board | Optum | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | 3200 Windy Hill Road Southeast | | Atlanta | Georgia | 30339 | US | sandeep.mv317@gmail.com | Removed |
| 9 | Job Board | Optum | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | Irving | | Irving | Texas | 75062 | US | peter.pa0610@gmail.com | Removed |
| 10 | Job Board | Optum | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | JP Nagar Industrial Area Road | | Bengaluru | KA | 560078 | US | meeharikak7@gmail.com | Removed |
| 11 | Job Board | Optum | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | 917 Market Street | | Normal | Illinois | 61761 | US | avinashgodishala999@gmail.com | Removed |
| 12 | Job Board | Optum | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | 447 Prospect St Apt 42 | | East Orange | New Jersey | 07017-3116 | US | sscott1218@yahoo.com | Removed |
| 13 | Job Board | Optum Inc | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | 425 Bernard Street | | Denton | Texas | 76201 | US | hrushikesh.it3@gmail.com | Removed |
| 14 | Job Board | Optum Medical Staffing | Monster Worldwide LLC | $ - | | Master Services Agreement; Sales Order | 289 West Huntington Drive | | Arcadia | California | 91007 | US | lanie@cainfusioncenters.com | Removed |
| 15 | Job Board | RACKSPACE US INC | CareerBuilder, LLC | $ 1,545,030.26 | 3/20/2017 | Global Services Agreement (including any applicable Service Orders) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Contract Description updated |

**Zen, LLC**
Cure Schedule Amendments
7/29/2025

| Num | Business | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | Job Board | RACKSPACE US INC | CareerBuilder, LLC | $ - | 12/22/2024 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Removed |
| 17 | Job Board | RACKSPACE US INC | CareerBuilder, LLC | $ - | 12/22/2024 | Service Order - Looker (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Removed |
| 18 | Job Board | RACKSPACE US INC | CareerBuilder, LLC | $ - | 4/24/2025 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Removed |
| 19 | Job Board | RACKSPACE US INC | Zen JV, LLC | $ - | 6/19/2025 | Global Services Agreement (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Removed |
| 20 | Job Board | RACKSPACE US INC | Zen JV, LLC | $ - | 6/19/2025 | Service Order - Optimizer (including applicable Global Service Agreement, addendum, and/or amendment) | 1 FANATICAL PLACE | CITY OF WINDCREST | SAN ANTONIO | TX | 78218 | US | irene.ali@rackspace.com | Removed |
| 21 | MGS | SECUREIT CONSULTING GROUP INC | Monster Worldwide, LLC | $ 385,307.17 | | Annual security assessment | 12110 SUNSET HILLS RD | #600 | RESTON | VA | 20190 | US | ACCOUNTING@SECUREIT.COM | Cure amt and Contract Description updated |
| 22 | Job Board | Sigma Systems | CareerBuilder, LLC | $ - | | Master Services Agreement; Order Form | 293 Boston Post Road W | Suite 301 | Marlborough | MA | 01752 | US | accounting@sigmainc.com | Removed |
| 23 | Job Board | The Morning Consult LLC | CareerBuilder, LLC | $ 100,000.00 | 3/10/2022 (and 3/20/2025 for SOW issued pursuant thereto) | Master Services Agreement and SOW No. Q-08194-1 issued pursuant thereto | 1025 F St NW Suite 800 | | Washington | DC | 20004 | US | | Counterparty Name and Debtor entity updated |
| 24 | Job Board | UnitedHealth Group | CareerBuilder, LLC | $ - | | Master Services Agreement; Order Form | 9900 Bren Rd E ste 300 w | | Minnetonka | MN | 55343 | US | diana_buirski@uhg.com | Removed |
| 25 | Job Board | United Hair Care | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 1325 Eagandale Court | | Eagan | Minnesota | 55121 | US | tim.a@creativelabsinc.com | Removed |
| 26 | Job Board | United Health Care | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 333 Johnsie Billie Harris St | | Eden | North Carolina | 27288-3401 | US | lenianeal22@gmail.com | Removed |

**Zen, LLC**
Cure Schedule Amendments
7/29/2025

| Num | Business | Contract Counterparty | Debtor | Cure | Contract Date / Invoices | Agreement Description / Comments | Address 1 | Address 2 | City | State | Zip | Country | Email | Amendment Summary |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | Job Board | United Health Care | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 1311 West President George Bush Highway | | Richardson | Texas | 75080 | US | alarepalle03@gmail.com | Removed |
| 28 | Job Board | United health group | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 2323 North Woodlawn Boulevard | | Wichita | Kansas | 67220 | US | chandolujeevan@gmail.com | Removed |
| 29 | Job Board | United Health Group | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | Richardson Avenue | | Dallas | Texas | 75215 | US | chowdharyshiva8@gmail.com | Removed |
| 30 | Job Board | United Health Services | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 33 N Harrison St | | Johnson City | New York | 13790-1407 | US | ndiehl@abccreative.com | Removed |
| 31 | Job Board | United Healthcare | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | San Francisco – Oakland Bay Bridge | | SF | California | 94105 | US | kall2heer2000@gmail.com | Removed |
| 32 | Job Board | United HealthCare | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 9402 Oakleaf Hammock P | | Seffner | Florida | 33584-2699 | US | haritadandi@gmail.com | Removed |
| 33 | Job Board | UnitedHealth Group | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 11900 Stonehollow Drive | | Austin | Texas | 78758 | US | vishnureddy2761@gmail.com | Removed |
| 34 | Job Board | UnitedHealthcare | Monster Worldwide, LLC | $ - | | Master Services Agreement; Sales Order | 4 Taft Court | | Rockville | Maryland | 20850 | US | sravanilinga75@gmail.com | Removed |
| 35 | Job Board | VERINEXT CORP | Monster Worldwide, Inc | $ - | 4/6/2025 | Proofpoint contract | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |
| 36 | MGS | Verinext Corp | Monster Worldwide, Inc | $ - | 2/24/2025 | Purchase Order | 510 TOWNSHIP LINE RD STE 120 | | BLUE BELL | PA | 19422 | US | AR@VERINEXT.COM | Removed |