**Exhibit 1**

Zen, LLC
Cure Schedule Supplement
7/31/2025

| Index | Business | Contract Counterparty | Debtor | Cure | Agreement Name / Description | Contract Dates | Address 1 | Address 2 | City | State | Zip | Country | Supplier Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | MMP | Acquia | Monster Worldwide LLC | $ - | Contract, Purchase order Q-395493 | 22-Dec-23 | 53 State Street | 10th floor | Boston | MA | 02109 | US | jamesjmmoran@gmail.com |
| 2 | MMP | Atlassian PTY LTD. | Monster Worldwide LLC | | Purchase Order | 23-Jul-25 | 32151 COLLECTIONS CENTER DRIVE | | Chicago | IL | 60693-0321 | US | saumitrakulkarni220@gmail.com |
| 3 | MMP | FiscalNote, Inc. | Military Advantage, LLC | $ - | Order Form | 23-May-25 | 201 Pennsylvania Avenue NW | 6th floor | Washington | DC | 20004 | US | |
| 4 | Job Board | Globalization Partners LLC | CareerBuilder, LLC | $ - | Master Agreement and Term Sheet | 29-Jun-23 | 175 Federal Street | 17th Floor | Boston | MA | 02110 | US | |
| 5 | MMP | Group M Worldwide Inc. | Monster Worldwide LLC | $ - | Master Services Agreement | 29-Apr-09 | 3 World Trade Center | | New York | NY | 10007 | US | |
| 6 | MMP | GumGum, Inc. | Military Advantage, LLC | $ - | Publisher Terms of Service | | 1314 7th Street | 4th floor | Santa Monica | CA | 90401 | US | |
| 7 | MMP | PagerDuty | Military Advantage, LLC | $ - | Customer Order Form | 2-May-24 | 600 Townsend St. | Suite 125 | San Francisco | CA | 94103 | US | SALES@PAGERDUTY.COM |
| 8 | Job Board | QTS | CareerBuilder, LLC | $ - | Master Agreement | 30-Apr-24 | 12851 Foster Str. | | Overland Park | KS | 66213 | US | legal@qtsdatacenter.com |
| 9 | Job Board | VeraSafe | Monster Worldwide LLC | $ 13,950.00 | Master Services Agreement and Data Protection Officer Services Program Addendum | 15-Sep-22 | 100 M Street S.E. | Suite 600 | Washington | DC | 20003 | US | experts@verasafe.com |