IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                : Chapter 11
                                      :
ZEN JV, LLC, *et al.*,[1]             : Case No. 25-11195 (JKS)
                                      :
    Debtors.                          : (Jointly Administered)
                                      :
                                      : **Re: Docket No. 155**
                                      :
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING
ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF
OMNI AGENT SOLUTIONS INC. AS ADMINISTRATIVE AGENT
EFFECTIVE AS OF THE PETITION DATE**

The undersigned hereby certifies as follows:

1. On July 15, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions Inc. as Administrative Agent Effective as of the Petition Date* [Docket No. 155] (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). Attached thereto as **Exhibit A** was a proposed form of order granting the relief requested in the Application (the "**Proposed Order**").

2. Pursuant to the *Notice of Application and Hearing* filed with the Application, objections or responses to the relief requested in the Application, if any, were to be

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

made in writing and filed with the Court on or before July 29, 2025 at 4:00 p.m. (prevailing Eastern Time) (the "**Objection Deadline**").

3. Prior to the Objection Deadline, the Debtors received certain informal comments to the relief requested in the Application (the "**Comments**") from the Office of the United States Trustee for the District of Delaware (the "**U.S. Trustee**").  Other than the Comments, the Debtors received no other informal responses to the Application, and no objection or responsive pleading to the Application has appeared on the Court's docket in the Chapter 11 Cases.

4. To resolve the Comments, the Debtors have prepared the revised form of Proposed Order (the "**Revised Order**") attached hereto as **Exhibit 1**.  The Revised Order has been circulated to the U.S. Trustee, and the U.S. Trustee does not object to the entry of the Revised Order. For the convenience of the Court and all parties in interest, a blackline comparison of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit 2**.

[*Remainder of page intentionally left blank*]

WHEREFORE, the Debtors respectfully request that the Revised Order, substantially in the form attached hereto as **Exhibit 1**, be entered at the earliest convenience of the Court.

Dated: July 31, 2025
      Wilmington, Delaware

*/s/ Colin A. Meehan*

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Proposed Co-Counsel for Debtors and Debtors in Possession*