## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 14, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served (i) via the methods set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the methods set forth on the Service List attached hereto as **Exhibit B**:

- **Amended Supplemental Notice of Possible Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [Docket No. 129]**

Pursuant to Local Rule 5005-4(c) (ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: July 30, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California        }
{                           } ss.
{County of Los Angeles      }

Subscribed and sworn to (or affirmed) before me on this 30th day of July, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

1   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# EXHIBIT A

**Exhibit A**
**Master Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Acoustic LP | Attn: Kelly Gesselman / 1125 Oak St, Ste 201 / Conway, AR 72032 | kelly.gesselman@acoustic.com | Email |
| 30 Largest | Adworks Ltd | Attn: Dan Gorlitsky / Ha-Yetzira 31 / Ramat Gan, 5252173 / Israel | dan@botson.ai | Email |
| 30 Largest | Ahead Inc | Attn: Chris Dagg, Jordan Price / 444 W Lake St, Ste 3000 / Chicago, IL 60606 | chris.dagg@ahead.com; jordan.price@ahead.com | Email |
| 30 Largest | Aimwel BV | Attn: Dennis Van Allemeersch / Capellalaan 65 / Hoofddorp, 2132 JL / Netherlands | dennis.van.allemeersch@persgroep.net | Email |
| 30 Largest | Akin Gump Strauss Hauer & Feld | Attn: Eli Miller / Bank of America Tower / 1 Bryant Park / New York, NY 10036 | alanderson@akingump.com; emiller@akingump.com | Email |
| 30 Largest | Amplitude Inc | Attn: Ken Barrette / 201 3rd St, Ste 200 / San Francisco, CA 94103 | ken.barrette@amplitude.com; josh.lieppe@amplitude.com; billing@amplitude.com; legal@amplitude.com | Email |
| 30 Largest | Appcast Inc | Attn: Tod Dillon / 10 Water St, Ste 150 / Lebanon, NH 03766-1657 | tod.dillon@appcast.io | Email |
| *NOA - Committee of Unsecured Creditors | Appcast, Inc | Attn: Stacie Yamaguchi / 10 Water St, Ste 150 / Lebanon, NH 03766 | legal@appcast.io | Email |
| *NOA - Counsel for Hidden Talent LLC | Ashford – Schael LLC | Attn: Courtney A Schael / 100 Quimby St, Ste 1 / Westfield, NJ 07090 | cschael@AshfordNJLaw.com | Email |
| *NOA - Counsel to Verinext Corp | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R Hoover / 1313 N Market St, Ste 1201 / Wilmington, DE 19801 | jhoover@beneschlaw.com | Email |
| *NOA - Counsel to Verinext Corp | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Sven T Nylen/Mary V Gilmore / 71 S Wacker Dr, Ste 1600 / Chicago, IL 60606 | snylen@beneschlaw.com; mgilmore@beneschlaw.com | Email |
| 30 Largest | Brazen Technologies Inc | Attn: Ashley O'Connor / 3033 Wilson Blvd, Ste 470 / Arlington, VA 22201 | mike.mattner@radancy.com; ashley@brazen.com | Email |
| *NOA - Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M Christianson / 425 Market St, Ste 2900 / San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| 30 Largest | Camelot Communications Ltd | Attn: Jennifer Hooper / 2845 W 7th St / Ft Worth, TX 76107 | jennifer.hooper@pmg.com; AR@pmg.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Justin R Alberto/Melissa M Hartlipp / Attn: Elazar A Kosman / 500 Delaware Ave, Ste 600 / Wilmington, DE 19801 | jalberto@coleschotz.com; mhartlipp@coleschotz.com; ekosman@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten/Sarah A Carnes / 1325 Avenue of the Americas, 19th Floor / New York, NY 10019 | svanaalten@coleschotz.com; scarnes@coleschotz.com | Email |
| *NOA - Counsel to CBM Acquisition, LLC, and JobGet, Inc. | Duane Morris LLP | Attn: Christopher M Winter / 1201 N Market St, Ste 501 / Wilmington, DE 19801 | cmwinter@duanemorris.com | Email |
| *NOA - Counsel to CBM Acquisition, LLC, and JobGet, Inc. | Duane Morris LLP | Attn: James Billingsley / 100 Crescent Ct, Ste 1200 / Dallas, TX 75201 | jbillingsley@duanemorris.com | Email |
| 30 Largest | Equinix Inc | Attn: David Howes, Brian Decker / 1 Lagoon Dr, 4th Fl / Redwood City, CA 94065 | dhowes@equinix.com; bdecker@equinix.com | Email |
| *NOA - Committee of Unsecured Creditors | Equinix, Inc | Attn: Liz Vazquez / 1133 Ave of the America, 16th Fl / New York, NY 10036 | lvazquez@equinix.com | Email |
| 30 Largest | Everlong Media LLC | Attn: Chad Grohman, Amy Adams / 4025 Spencer St, Ste 103 / Torrance, CA 90503 | chad@everlongmedia.com; amy@everlongmedia.com | Email |
| *NOA - Counsel for EHJob LLC | Fox Rothschild LLP | Attn: Brett A Axelrod / 1980 Festival Plz Dr, Ste 700 / Las Vegas, NV 89135 | BAxelrod@FoxRothschild.com | Email |
| *NOA - Counsel for EHJob LLC | Fox Rothschild LLP | Attn: Stephanie Slater Ward / 1201 N Market St, Ste 1200 / Wilmington, DE 19801 | SWard@FoxRothschild.com | Email |
| 30 Largest | Google LLC | Attn: Ty Suwalski / 1600 Amphitheatre Pkwy / Mountain View, CA 94043 | tysuwalski@google.com; collections@google.com | Email |
| 30 Largest | Ikokas Technologies Private Ltd | Attn: Parvinder Singh / 1917/19 Govindpuri Extension / Kalkaji, New Delhi 110019 / India | parvinder@ikokas.com | Email |
| 30 Largest | Jobcase Inc | Attn: Samuel Torff / 201 Broadway St, 7th Fl / Cambridge, MA 02139 | storff@jobcase.com | Email |
| *NOA - Committee of Unsecured Creditors | Jobcase, Inc | Attn: Timothy Johnson / 201 Broadway St, 7th Fl / Cambridge, MA 02139 | tjohnson@jobcase.com | Email |
| 30 Largest | Jobget Inc | Attn: Rachel Essenfeld / 50 Milk St, 16th Fl / Boston, MA 02109 | rachel@jobget.com | Email |
| 30 Largest | Jobverse Inc | Attn: Kevin McCarthy / 1913 Championship / Franklin, TN 37064 | kevin@oneredcent.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Committee of Unsecured Creditors | Jobverse, Inc | Attn: Kevin McCarthy<br>1913 Champion Blvd<br>Franklin, TN 37064 | kevin@oneredcent.com | Email |
| Jones Day, as counsel to the Prepetition Noteholder | Jones Day | Attn: Carl Black<br>901 Lakeside Ave<br>Cleveland, OH 44114-1190 | ceblack@jonesday.com | Email |
| Jones Day, as counsel to the Prepetition Noteholder | Jones Day | Attn: Dan Merrett<br>1221 Peachtree St, NE, Ste 400<br>Atlanta, GA 30361 | dmerrett@jonesday.com | Email |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Jones Day | Attn: Daniel J Merrett/Patrick S Baldwin<br>1221 Peachtree St, NE, Ste 400<br>Atlanta, GA 30361 | dmerrett@jonesday.com;<br>pbaldwin@jonesday.com | Email |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Jones Day | Attn: Carl E Black<br>N Point 901 Lakeside Ave<br>Cleveland, OH 44114-1190 | ceblack@jonesday.com | Email |
| 30 Largest | Joveo Inc | Attn: Nirala Arun<br>101 Jefferson Dr, 1st Fl<br>Menlo Park, CA 94025 | nirala@joveo.com;<br>accounting@joveo.com | Email |
| *NOA - Counsel for Hidden Talent LLC | Mccarter & English, LLP | Attn: Kate Roggio Buck/Chelsea A Botsch<br>405 N King St, 8th Fl<br>Wilmington, DE 19801 | kbuck@mccarter.com<br>cbotsch@mccarter.com | Email |
| 30 Largest | Microsoft Online Inc | Attn: Ben Orndorff<br>6880 Sierra Ctr Pkwy<br>Reno, NV 89511 | naonlineadv@microsoft.com; atlascol@microsoft.com | Email |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney, Sr/Echo Yi Qian<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801 | rdehney@morrisnichols.com;<br>eqian@morrisnichols.com | Email |
| 30 Largest | Nexxt Inc | Attn: David Brensilber<br>676 E Swedesford Rd<br>Wayne, PA 19087 | davidb@beyond.com | Email |
| *NOA - Counsel to JMB Capital Partners Lending, LLC | Norton Rose Fulbright US LLP | Attn: Robert M Hirsh/James A Copeland<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com | Email |
| Counsel to the DIP Lender | Norton Rose Fulbright US LLP | Attn: Robert M. Hirsh<br>Attn: James Copeland<br>1301 Avenue of the Americas<br>New York, NY 10019-6022 | robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com | Email |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | Constituent@atg.in.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI 48202 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email |
| US Trustee | Office of the U.S. Trustee for the District of Delaware | Attn: Linda J Casey<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | Linda.Casey@usdoj.gov | Email |
| 30 Largest | Oracle America Inc | Attn: Chad Ogiba, Delphine Oursaire<br>500 Oracle Pkwy<br>Redwood Shores, CA 94065 | chad.ogiba@oracle.com; delphine.oursaire@oracle.com | Email |
| *NOA - Counsel for Wilmington Trust, N.A., the Term Loan Agent and  Cerberus Business Finance LLC | Potter Anderson & Corroon LLP | Attn: Christopher M Samis/Aaron H Stulman<br>Attn: Maria Kotsiras<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | csamis@potteranderson.com;<br>astulman@potteranderson.com;<br>mkotsiras@potteranderson.com | Email |
| 30 Largest | PWC US Tax LLP | Attn: Robert Jensen<br>4040 W Boy Scout Blvd<br>Tampa, FL 33607 | robert.a.jensen@pwc.com | Email |
| 30 Largest | Rackspace US Inc | Attn: Irene Ali<br>1 Fanatical Pl<br>San Antonio, TX 78218 | irene.ali@rackspace.com | Email |
| 30 Largest | Recruitics Inc | Attn: Kayla Sorice<br>230 East Ave, Ste 101<br>Norwalk, CT 06855 | billing@recruitics.com;<br>info@recruitics.com | Email |
| 30 Largest | Salesforce.Com Inc | Attn: Randi Farage<br>Salesforce Tower<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 | mrozow@salesforce.com;<br>rfarage@salesforce.com | Email |
| *NOA - Counsel for Equinix, Inc. | Saul Ewing LLP | Attn: Lucian B Murley<br>1201 N Market St, Ste 2300<br>PO Box 1266<br>Wilmington, DE 19899 | luke.murley@saul.com | Email |
| *NOA - Counsel for The Morning Consult LLC | Saul Ewing LLP | Attn: Monique B DiSabatino<br>1201 N Market St, Ste 2300<br>PO Box 1266<br>Wilmington, DE 19899 | monique.disabatino@saul.com | Email |
| *NOA - Counsel for The Morning Consult LLC | Saul Ewing LLP | Attn: Turner N Falk<br>Centre Sq W<br>1500 Market St, 38th FL<br>Philadelphia, PA 19102 | turner.falk@saul.com | Email |
| *NOA - Counsel for Cerberus Business Finance LLC | Schulte Roth & Zabel | Attn: Adam C Harris<br>919 3rd Ave<br>New York, NY 10022 | adam.harris@srz.com | Email |
| CareerBuilder Vendors | Schulte Roth & Zabel LLP | 919 Third Ave<br>New York, NY 10022 | daniel.shustock@srz.com | Email |
| 30 Largest | Secureit Consulting Group Inc | Attn: Keli Colon, David Trout<br>12110 Sunset Hills Rd, Ste 600<br>Reston, VA 20190 | kcolon@secureit.com;<br>dtrout@secureit.com | Email |
| Counsel to the Prepetition Term Loan Agent | Seward & Kissel LLP | Attn: Ronald Hewitt<br>Attn: Michael Danenberg<br>One Battery Park Plaza<br>New York, NY 10004 | hewitt@sewkis.com;<br>danenberg@sewkis.com | Email |
| *NOA - Counsel for Wilmington Trust, N.A., the Term Loan Agent | Seward & Kissel LLP | Attn: John R Ashmead/Ronald A Hewitt<br>Attn: Catherine V LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>hewitt@sewkis.com;<br>lotempio@sewkis.com | Email |
| 30 Largest | Talroo Inc | Attn: Allison Yager<br>6433 Champion Grandview Way<br>Bldg 2, Ste 100<br>Austin, TX 78750 | ayager@talroo.com;<br>accounting@talroo.com | Email |
| *NOA - Committee of Unsecured Creditors | Talroo, Inc | Attn: Brian Henson<br>6433 Champion Grandview Way, Bldg 2, Ste 100<br>Austin, TX 78750 | bhenson@talroo.com | Email |
| *NOA - Committee of Unsecured Creditors | Textkernel B.V., c/o Bullhorn Inc | Attn: Chad Yohn<br>100 Summer St<br>Boston, MA 02110 | chad.yohn@bullhorn.com | Email |
| 30 Largest | Textkernel Bv | Attn: Joost Verschoor<br>Asterweg 15D<br>Amsterdam, 1031 HL<br>Netherlands | verschoor@textkernel.nl | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for United States of America | US Department of Justice, Civil Division | Attn: Leah V Lerman<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 | leah.v.lerman@usdoj.gov | Email |
| 30 Largest | Vedder Price PC | Attn: Juan A Cruz<br>222 N Lasalle St, Ste 2600<br>Chicago, IL 60601 | jreardanz@vedderprice.com; jcruz@vedderprice.com | Email |
| 30 Largest | Verinext Corp | Attn: Brian Hull<br>510 Township Line Rd, Ste 120<br>Blue Bell, PA 19422 | brian.hull@verinext.com | Email |
| *NOA - Committee of Unsecured Creditors | Verinext Inc. | Attn: Oscar Romero<br>510 Township Line Rd<br>Blue Bell, PA 19422 | Oscar.romero@verinext.com | Email |
| 30 Largest | Winston & Strawn LLP | Attn: Matt Stevens<br>35 W Wacker Dr<br>Chicago, IL 60601 | mstevens@winston.com | Email |
| *NOA - Counsel to JMB Capital Partners Lending, LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Matthew B Lunn/Robert F Poppiti<br>1000 N King St<br>Wilmington, DE 19801 | mlunn@ycst.com;<br>rpoppiti@ycst.com | Email |

# EXHIBIT B

Exhibit B
Service List

| Name | Address | | Method of Service |
|---|---|---|---|
| 622 Building Company Llc | 750 Lexington Avenue | New York, Ny 10022 | First Class Mail |
| Aarp | 601 E Street Nw | Washington, Dc 20049 | First Class Mail |
| Abe Student Loans (Monogram) | 200 Clarendon Street, 20Th Floor | Boston, Ma 02116 | First Class Mail |
| All Campus | 27 North Wacker Drive, #461 | Chicago, Il 60606 | First Class Mail |
| American Honda Finance Corporation (Refuel) | 68 Culver Road | Monmouth Junction, Nj 08852 | First Class Mail |
| American Military University (American Public University System) | 303 West 3Rd Ave | Ranson, Wv 25438 | First Class Mail |
| Armed Forces Bank | 1201 Walnut St., Suite 1100, Box#23 | Kansas City, Mo 64106 | First Class Mail |
| Armed Forces Bank | 201 Walnut St, Suite 1100, Box 23 | Kansas City, Mo 64106 | First Class Mail |
| Army & Air Force Exchange Service | 3911 S. Walton Walker Blvd | Dallas, Tx 75236 | First Class Mail |
| Army & Air Force Exchange Service | 639 Executive Place, Suite 200 | Fayetteville, Nc 28305 | First Class Mail |
| Army National Guard (Omd) | 195 Broadway | New York, Ny 10007 | First Class Mail |
| Ascent Student Loans | 402 West Broadway, 20Th Floor | San Diego, Ca 89178 | First Class Mail |
| Ascent Student Loans (Vision Marketing) | 455 Sylvan Avenue | Englewood Cliffs, Nj 07632 | First Class Mail |
| Asi Marketing | 2 Dubon Court | Farmingdale, Ny 11735 | First Class Mail |
| Assoc. Of The United States Army | 2425 Wilson Boulevard | Arlington, Va 22201 | First Class Mail |
| Blue Cross Blue Shield (Fcb) | 75 N Michigan Avenue | Chicago, Il 60611 | First Class Mail |
| Bold.Org | 3700 Tennyson Street #12237 | Denver, Co 80212 | First Class Mail |
| California Department Of Corrections And Rehabilitation | 1940 Birkmont Drive | Rancho Cordova, Ca 95742 | First Class Mail |
| Cappex | 2445 M Street, Nw | Washington, Dc 20037 | First Class Mail |
| Captrust | 4208 Six Forks Rd, Suite 1700 | Raleigh, Nc 27609 | First Class Mail |
| Cazenovia Software, Inc | 915 S Wolfe St #532 | Baltimore, Md  21231 | First Class Mail |
| Christian Connector | 2505 Foresight Cir. Unit A | Grand Junction, Co 81505 | First Class Mail |
| Christian Connector (Catholic College) | 2505 Foresight Cir. Unit A | Grand Junction, Co 81505 | First Class Mail |
| Citizens Bank (Merkle) | 3000 Town Ctr. Ste. 2100 | Southfield, Mi 48075 | First Class Mail |
| College Advisor (National Collegiate Scouting Association, Llc) | 1333 North Kingsbury Street, 4Th Floor | Chicago, Il 60642 | First Class Mail |
| College Ave Student Loans | 233 N King St., Suite 400 | Wilmington, De 19801 | First Class Mail |
| Columbia Southern University | 1982 University Lane | Orange Beach, Al 36561 | First Class Mail |
| Consumer Financial Protection Bureau | 1700 G Street, Nw | Washington, Dc 20552 | First Class Mail |
| Credible | 6945 Northpark Blvd, Suite L Dpt #6037 | Charlotte, Nc 28216 | First Class Mail |
| Credible Operations, Inc. | 6945 Northpark Blvd, Suite L Dpt #6037 | Charlotte, Nc 28216 | First Class Mail |
| Dav (Crosby Marketing Communications) | 705 Melvin Avenue, Suite 200 | Annapolis, Md 21401 | First Class Mail |
| Delta Dental | 11155 International Drive | Rancho Cordova, Ca 95670 | First Class Mail |
| Department Of Homeland Security | Citizenship And Immigration Services | 124 Leroy Road | Williston, Vt 05495 | First Class Mail |
| Department Of Homeland Security | Federal Law Enforcement Training Center | 1131 Chapel Crossing Rd | Glynco, Ga 31524 | First Class Mail |
| Department Of Interior | 381 Elden Street Suite 4000 | Herndon, Va 20170 | First Class Mail |
| Department Of State | 1701 North Fort Myer Dr | Arlington, Va 22209 | First Class Mail |
| Discount Tire | 20225 N Scottsdale Road | Scottsdale, Az 85255 | First Class Mail |
| Discover (Mindshare) | 175 Greenwich Street, 3 Wtc | New York, Ny 10007 | First Class Mail |
| Ebscolearning | 10 Estes Street | Ipswich, Ma 01938 | First Class Mail |
| Edvisors | 10000 W Charleston Blvd, St 200 | Las Vegas, Nv 89135 | First Class Mail |
| Elfi (Southeast Bank) | 12700 Kingston Pike | Farragut, Tn 37934 | First Class Mail |
| Equinix Operating Co., Inc. | Ar | Po Box 736031 | Dallas, Tx 75373-6031 | First Class Mail |
| Express Scripts | 1 Express Way | St. Louis, Mo 63166 | First Class Mail |
| Federal Emergency Management Agency | 500 C Street Sw 3Rd Fl | Washington, Dc 20472 | First Class Mail |
| Gainbridge (Mile Marker) | 259 West 30Th Street, 8Th Floor | New York, Ny 10001 | First Class Mail |
| General Services Administration (Gsa) | 1800 F St Nw | Washington, Dc 20405 | First Class Mail |
| Intercept Interactive Inc. D/B/A/ Undertone | One World Trade Center, 77Th Floor, Suite A | New York, Ny 10007 | First Class Mail |
| Iron Mountain Data Centers, Llc | 615 N. 48Th Street | Phoenix, Az 85008 | First Class Mail |
| Ironsmith Media | 1612 Uppa Street | San Diego, Ca 92103 | First Class Mail |
| J. Frank Associates Llc | 622 Third Avenue | New York, Ny 10017 | First Class Mail |
| Kaplan (Bluejacketeer) | 1515 West Cypress Creek Road | Fort Lauderdale, Fl 33309 | First Class Mail |
| Lending Tree | 1415 Vantage Park Drive, Suite 700 | Charlotte, Nc  28203 | First Class Mail |
| Martin'S Point Healthcare Center (Sonar Digital) | 35 Pleasant Street | Portland, Me 04101 | First Class Mail |
| Merlin International, Inc. | 8330 Boone Blvd, 8Th Floor | Vienna, Va 22182 | First Class Mail |
| Money Group, Llc | Metro Office Park Bldg 7, Calle 1 Suite 204 | Guaynabo, Pr 00968 | First Class Mail |
| National Institute Of Standards And Technology (Nist) | 100 Bureau Drive Ms 1090 | Gaithersburg, Md 20899 | First Class Mail |
| Navy Exchange Service Command | 3280 Virginia Beach Blvd | Virginia Beach, Va 23452 | First Class Mail |
| Navy Federal Credit Union | Po Box 542008 | Omaha, Ne 68154 | First Class Mail |
| Navy Federal Credit Union (Clyde) | 1152 15Th St Nw #450 | Washington, Dc 20005 | First Class Mail |
| Navy Mutual Aid Association | 29 Carpenter Rd | Arlington, Va 22204 | First Class Mail |
| Neurostim Tms Centers (Kosher Share) | 6230 Warner Drive | Los Angeles, Ca 90048 | First Class Mail |
| Niche | 5830 Ellsworth Avenue, Suite 101 | Pittsburgh, Pa 15232 | First Class Mail |
| Oa Development, Inc. | 3340 Peachtree Rd. Ste 1660 | Atlanta, Ga 30326 | First Class Mail |
| Office Of Financial Readiness (Aptive Resources) | 110N Royal St., Suite #400 | Alexandria, Va 22314 | First Class Mail |
| Oncore Digital | 9 Thornewood Rd. | Armonk, Ny 10504 | First Class Mail |
| Original Grain Watches | 404 14Th Street | San Diego, Ca 92101 | First Class Mail |
| Penn State University | 101 Procurement Services Building | University Park, Pa 16802 | First Class Mail |
| Quotewizard.Com (Lending Tree) | 11115 Rushmore Drive | Charlotte, Nc 28277 | First Class Mail |
| Regus | Po Box 842456 | Dallas, Tx 75284-2456 | First Class Mail |
| Salliemae Bank | 300 Continental Drive | Newark, De 19713 | First Class Mail |
| Salliemae Education Services, Llc | 300 Continental Drive | Newark, De 19713 | First Class Mail |
| Scholarship Owl (Scholarship Application Services) | 831 N Tatnell Street, Suite M #224 | Wilmington, De 19801 | First Class Mail |
| Scholarships 360 | 510 Meadowmont Village | Chapel Hill, Nc 27517 | First Class Mail |
| Service Credit Union | 3003 Lafayette Road | Porsmouth, Nh 03801 | First Class Mail |
| Smithsonian Institute | 380 Herndon Parkway | Herndon, Va 20170 | First Class Mail |
| Social Finance | 2750 E Cottonwood Parkway | Cottonwood Heights, Ut 84121 | First Class Mail |
| Sofi Technology | 234 1St Street | San Francisco, Ca 94105 | First Class Mail |
| Soliant Holdings, Llc | 5550-A Peachtree Parkway, Suite 300 | Norcross, Ga 30092 | First Class Mail |
| State Of Ohio Department Of Administrative Services | 4200 Surface Road | Columbus, Oh 43228 | First Class Mail |
| State Of Ohio Office Of Information Technology | 4200 Surface Road | Columbus, Oh 43228 | First Class Mail |
| Summit Pc Associates Spe, Llc | 3340 Peachtree Rd. Ste 1660 | Atlanta, Ga 30326 | First Class Mail |
| Tegus, Inc. | 200 N. Lasalle Street, Suite 1100 & 1200 | Chicago, Il 60601 | First Class Mail |
| Tempositions, Inc., Essey, Llc, Essey Holdings, Llc, | Essey Group, Llc And Sp Payroll Processing, Llc | 420 Lexington Avenue, 21St Floor | New York, Ny 10170 | First Class Mail |
| Tmg 8280 Greensboro, L.L.C. | C/O The Reef Funds | 8280 Greensboro Drive, Suite 550 | Mclean, Va 22102 | First Class Mail |
| Tractor Supply Company (Merkley & Partners) | 200 Varick Street | New York, Ny 10014 | First Class Mail |
| Transportation Security Administration | 6595 Springfield Center Dr | Springfield, Va 20598 | First Class Mail |
| U.S Secret Service (Usss) | 245 Murray Lane Sw | Washington, Dc 20223 | First Class Mail |
| U.S. Department Of Agriculture (Usda) | 301 S. Howes St. Suite 321 | Fort Collins, Co 80521 | First Class Mail |
| U.S. Government Publishing Office (Gpo) | 732 North Capitol St Nw | Washington, Dc 20401 | First Class Mail |
| United States Coast Guard | 1430 Kristina Way Ste A | Chesapeake, Va 23326 | First Class Mail |
| United States Marine Corp (Wunderman Thompson, Llc) | 505 N Angier Ave Ne 5Th Floor | Atlanta, Ga 30308 | First Class Mail |
| United States Navy (Wavemaker) - Fastweb | 175 Greenwich St, | New York, Ny 10007 | First Class Mail |
| United States Navy (Wavemaker) - Military | 175 Greenwich St, | New York, Ny 10007 | First Class Mail |
| University Of Cincinnati | 2600 Clifton Avenue | Cincinnati, Oh 45221 | First Class Mail |
| Us Aviation Academy | 4850 Spartan Dr | Denton, Tx 76207 | First Class Mail |
| Usaa | 375 Hudson Street Attn: Mailroom | New York, Ny 10014 | First Class Mail |
| Washington State Employment Security Department | 212 Maple Park Avenue Se | Olympia, Wa 98507 | First Class Mail |
| Western Governors University | 4001 S 700 E, Suite 700 | Salt Lake City, Ut 84107 | First Class Mail |
| Wolf Mattress (Bluebell) | 4 Thompson Rd | East Windsor, Ct 06088 | First Class Mail |
| Ypi 200 N. Lasalle, Llc | 21700 Oxnard St., 8Th Fl | Woodland Hills, Ca 91367 | First Class Mail |
| Zuora, Inc. | 101 Redwood Shores Pkwy | Redwood City, Ca 94065 | First Class Mail |

44,751 PARTIES WERE SERVED VIA EMAIL. THE NAMES AND EMAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.

# EXHIBIT C

# Mailing Information for Case 25-11195-JKS

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Justin R. Alberto**   jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead**   ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- **Clint Michael Carlisle**   carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Linda J. Casey**   Linda.Casey@usdoj.gov
- **Shawn M. Christianson**   schristianson@buchalter.com, cmcintire@buchalter.com
- **James A. Copeland**   james.copeland@nortonrosefulbright.com
- **Daniel J. DeFranceschi**   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Robert J. Dehney**   rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Monique Bair DiSabatino**   monique.disabatino@saul.com, robyn.warren@saul.com
- **Turner Falk**   turner.falk@saul.com, tnfalk@recap.email
- **Melissa M. Hartlipp**   MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Robert M. Hirsh**   robert.hirsh@nortonrosefulbright.com, jrenert@lowenstein.com
- **Jennifer R. Hoover**   jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **Elazar A. Kosman**   ekosman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Maria Kotsiras**   mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Leah Victoria Lerman**   Leah.V.Lerman@usdoj.gov
- **Huiqi Liu**   liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Matthew Barry Lunn**   mlunn@ycst.com, bankfilings@ycst.com
- **Colin Meehan**   meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Lucian Borders Murley**   luke.murley@saul.com, robyn.warren@saul.com
- **Sven Thure Nylen**   snylen@beneschlaw.com
- **Robert F. Poppiti, Jr.**   rpoppiti@ycst.com, bankfilings@ycst.com
- **Echo Yi Qian**   eqian@morrisnichols.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Reliable Companies**   gmatthews@reliable-co.com
- **Christopher M. Samis** leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Zachary I Shapiro**   shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Aaron H. Stulman**   astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **U.S. Trustee**   USTPRegion03.WL.ECF@USDOJ.GOV
- **Stephanie Slater Ward**   sslater@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com
- **Christopher M. Winter**   cmwinter@duanemorris.com

### Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

> **Appcast, Inc.**
> Attn: Stacie Yamaguchi
> 10 Water Street
> Suite 150
> Lebanon, NH 03766
>
> **Candace M. Arthur**
> LATHAM & WATKINS LLP
> 1271 Avenue of the Americas
> New York, NY 10020

**Brett A. Axelrod**
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, NV 89135

**Patrick S. Baldwin**
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361

**James H. Billingsley**
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201

**Carl E. Black**
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

**Sarah A. Carnes**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Equinix, Inc.**
Attn: Liz Vazquez
1133 Avenue of the America
16th Floor
New York, NY 10036

**Mary V Gilmore**
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive
Suite 1600
Chicago, IL 60606

**Jonathan Gordon**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

**Adam C. Harris**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Ronald A. Hewitt**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Jobcase, Inc.**
Timothy Johnson
201 Broadway St., 7th Floor
Cambridge, MA 02139

**Jobverse, Inc.**
Attn: Kevin McCarthy
1913 Champion Blvd.
Franklin, TN 37064

**Catherine V. LoTempio**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Daniel J. Merrett**
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Ray C. Schrock**
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

**Talroo, Inc.**
Attn: Brian Henson
6433 Champion Grandview Way
Bldg 2, Suite 100
Austin, TX 78750

**Textkernel B.V.**
c/o Bullhorn Inc. Attn: Chad Yohn
100 Summer Street
Boston, MA 02110

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Verinext Inc.**
Attn: Oscar Romero
510 Township Line Road
Blue Bell, PA 19422

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.