# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 252** |

## ORDER APPROVING STIPULATION AND PROTECTIVE ORDER

Upon consideration of the *Certification of Counsel Regarding Stipulation and Protective Order*, and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The *Stipulation and Protective Order* (the "Stipulation") attached hereto as **Exhibit 1** is hereby approved.

2. The Stipulation shall become effective immediately upon entry of this Order.

3. The Court shall retain jurisdiction to hear any and all matters arising from or relating to the implementation of this Order.

Dated: July 31st, 2025
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE