IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: Docket No. 236** |

---

### CERTIFICATION OF JENNIFER WELESKO REGARDING APPLY GOVERNMENT SOLUTIONS, LLC F/K/A SHERRILL-LUBINSKI, LLC'S AND ETI-NET INC.'S COMPLIANCE WITH THE CONSUMER PRIVACY PROTECTIONS IN THE SALE ORDER

Jennifer Welesko, of full age, hereby certifies as follows:

1. I am the Chief Financial Officer of Apply Government Solutions, LLC f/k/a Sherrill-Lubinski, LLC and ETI-NET Inc. (collectively, the "Buyer"), which are parties to that certain *Asset Purchase Agreement,* dated as of July 17, 2025 (the "Purchase Agreement") by and among certain of the Debtors and Buyer. The Court, among other things, approved and authorized the Debtors entry into and performance under Purchase Agreement in its *Order (I) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement with Sherrill-Lubinski, LLC and ETI-NET Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Liens, Encumbrances, Claims and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 236] (the "Sale Order").

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

2. Pursuant to Paragraph RR of the Sale Order, Buyer has fully complied or will fully comply with the conditions imposed in the Sale Order to protect Personal Information (as defined in the Purchase Agreement), including that Buyer meets the "qualified buyer" criteria set forth in Paragraph OO of the Sale Order.

3. Buyer operates in a line of business that is substantially similar to the Debtor.

4. Buyer will be Debtor's successor-in-interest as to the Personal Information (as defined in the Purchase Agreement) acquired from the Debtor.

5. Buyer will not disclose, sell, or transfer Personal Information acquired from Debtor to any third party in a manner inconsistent with the relevant Debtor's privacy policy in effect as of the Closing Date, without obtaining consent from the individual to whom the Personal Information relates.

6. Buyer will be responsible for any violation of the relevant Debtor's privacy policy that occurs following the Closing Date.

      I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: August 1, 2025

                                                                                 */s/ Jennifer Welesko*
                                                                                 Jennifer Welesko
                                                                                 Chief Financial Officer
                                                                                Apply Government Solutions, LLC
                                                                                f/k/a Sherrill-Lubinski, LLC
                                                                                ETI-NET, Inc.