IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
          Debtors. : (Jointly Administered)
: 
: **Re: Docket No. 28, 110, 194, 205, 225, 234 & 237**
------------------------------------------------------------ x

### NOTICE OF CLOSING OF SALE OF MONSTER MEDIA BUSINESS TO IRON CORP US INC.

      **PLEASE TAKE NOTICE** that, on June 25, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Orders (I) Authorizing and Approving (A) the Bidding Procedures for Sale of the Debtors' Assets Free and Clear, (B) the Scheduling of an Auction and Sale Hearing, (C) the form and Manner of Notice of Sales, Auctions, and Sale Hearings, (D) the Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) the Designation of Stalking Horse Bidders, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing Designation of Stalking Horse Bidders, and (III) Granting Related Relief* [Docket No. 27] (the "**Bidding Procedures Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On July 8, 2025, the Court entered an order granting the relief requested in the Bidding Procedures Motion. *See* Docket No. 110.

      **PLEASE TAKE FURTHER NOTICE** that, on July 19, 2025, the Debtors filed the *Notice of (I) Auction Transcript and (II) Successful and Backup Bids* [Docket No. 194]. Attached thereto as Exhibit 2 was the Debtors' agreement to enter into an asset purchase agreement (the "**Monster Media APA**") with Valnet US, Inc. (including any permitted assignee, the "**Buyer**").

      **PLEASE TAKE FURTHER NOTICE** that, on or about July 23, 2025, Valnet US Inc. assigned all of its rights and obligations under the Monster Media APA to Iron Group, Inc., which subsequently filed a change of name to Iron Corp US Inc.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

**PLEASE TAKE FURTHER NOTICE** that, on July 24, 2025, the Debtors filed the *Omnibus Notice of Proposed Orders Approving Sales of Debtors' Assets* [Docket No. 205]. Attached thereto as Exhibit 1 was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief*, seeking approval of, among other things, the Monster Media APA.

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Debtors filed the *Omnibus Notice of Revised Proposed Orders Approving Sales of Debtors' Assets* [D.I. 225]. Attached thereto as Exhibit 1 was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**Revised Monster Media Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Court held a hearing (the "**Hearing**") to consider, among other things, entry of the Revised Monster Media Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Debtors filed the *Certification of Counsel Regarding Revised Order (I) Authorizing and Approving the Debtors' Entry Into An Asset Purchase Agreement With Valnet Us, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [D.I. 234]. Attached thereto as Exhibit 1 was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**Final Monster Media Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 29, 2025, the Court entered the Final Monster Media Order [D.I 237].

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2025 (the "**Closing**"), the sale pursuant to the Monster Media APA closed (the "**Monster Media Sale**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Monster Media APA, the Buyer provided the Debtors with the list of Assumed Agreements (as defined in the Monster Media APA).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Monster Media Order, attached hereto as **Exhibit 1** is the list of Assumed Agreements as of the Closing (subject to resolution of any unresolved assumption objections and/or notice periods, as applicable).

| | |
|---|---|
| Dated: August 1, 2025<br>      Wilmington, Delaware | /s/ Clint M. Carlisle |
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>       candace.arthur@lw.com<br><br>  - and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>      shapiro@rlf.com<br>      liu@rlf.com<br>      carlisle@rlf.com<br>      meehan@rlf.com |
| *Proposed Co-Counsel for Debtors and Debtors in Possession* | *Co-Counsel for Debtors and Debtors in Possession* |

RLF1 33385194v.2