# EXHIBIT 1

**Assigned Agreements**

| File Name | Type | Contract Name | Company Entity | Counterparty | Note |
|---|---|---|---|---|---|
| MMP_Acoustic_Monster_Worldwide_2024-2026 | Marketing | Order Form & Additional Terms and Conditions | Monster Worldwide, Inc. | Acoustic, L.P. | |
| MMP_Google Ads MSA | Marketing | Advertising Service Agreement & Online Google LLC Advertising Program Terms | Monster Worldwide, Inc. | Google, Inc. | |
| MMP_HSCM - Fastweb Educator Marketing Q3 2025 - Marketing agreement | Marketing | High School Counselor Marketing Contract | Fastweb | High School Counselor Marketing, a division of Campus Yellow Pages LLC | |
| MMP_Validity 2025 Order Form_Military Advantage and Fastweb 2025 Payment Version | Marketing | Order Form | Monster Worldwide, Inc. | Validity, Inc. | |
| MMP_Validity MSA_Monster Worldwide, Inc. Attached Signed MSSA | Marketing | Order Form & Master Subscription Agreement ("MSA") | Monster Worldwide, Inc. | Validity, Inc. | |
| 2025 OneSignal_Order_Military_Advantage_Inc_vShare | Other | Order Form & Online Terms and Conditions | Military Advantage, Inc. | OneSignal, Inc. | |
| Adobe Stock June 2025 Invoice_7181324923_INVOICE (6)_vShare | Other | Invoice | Not stated. | Adobe Inc. | |
| Chartbeat_Military_Fully Signed_vShare | Other | Work Order Terms & Online Terms of Services ("ToS") | Military Advantage, Inc. | Chartbeat, Inc. | |
| CQ RollCall_FiscalNote_2025 Renew_Militarycom_vShare | Other | Order Form & online Terms and Conditions ("ToC") | Military.com | FiscalNote, Inc. | Subject to pending cure notice |
| Paid Slack_Salesforce.com Order Form_June 2024_Q-08807540_vShare | Other | Order Form & Main Services Agreement ("MSA") | Military Advantage, Inc. | Salesforce, Inc. (SFDC) | Subject to resolution of adequate assurance objection |
| The Mark Designated Desk Agreement_Fully Signed - April 2025 - March 2026_vShare | Other | Designated Desk Service Agreement | Military Advantage, LLC | Douglas Manhattan Laundry LLC dba The Mark | |
| Tribune_Military.com 2025 contract_Fully Signed_vShare | Other | Distribution Agreement | Military Advantage, Inc. | Tribune Content Agency, LLC (TCA) | |
| Zoom 2025 Invoice_INV295614177_A12710904_03042025_vShare.pdf | Other | Invoice | Military.com | Zoom Communications, Inc. | |
| Monster - Console Service Order 2017-06-19_vShare | Sales - Customer Service | AppNexus Console Service Order pursuant to Master Services Agreement, dated July 1, 2017 | Monster Worldwide | AppNexus Inc. | |
| Monster Worldwide - AppNexus MSA - 7.1.2017_vShare | Sales - Customer Service | Master Services Agreement | Monster Worldwide | AppNexus Inc. | |
| Monster - Yieldex Services Agreement - 6.27.2013_vShare.pdf | Sales - Customer Service | Services Agreement pursuant to the Masters Terms, dated June 27, 2013 | Monster Worldwide, Inc. | Yieldex, Inc. | |
| Placements.io MSA_Monster_Final_20 Dec 2018.pdf | Sales - Customer Service | Master Services Agreement | Monster Worldwide, Inc. | Placements, Inc. | |

| | | | | | |
|---|---|---|---|---|---|
| Placements.io Amendment 5.19.25 Rev 1_vShare.pdf | Sales - Customer Service | Amendment to the Master Services Agreement dated December 20, 2018 | Monster Worldwide, LLC f/k/a Monster Worldwide, Inc. | Placements, Inc. | |
| MMP_Acquia_Q-395493 - Monster Worldwide, Inc. Acquia Contract_vShare | Tech - Product | Invoice | Monster Worldwide, Inc. | Acqua | Subject to pending cure notice |
| MMP_AHA!_aha_invoice_255415-1_vShare | Tech - Product | Invoice | Unknown | Aha! Labs Inc. | |
| MMP_PagerDuty_Complete_with_DocuSign_PagerDuty_Order_Form_ (30)_vShare | Tech - Product | Invoice & Corresponding online Terms or Service (ToS) | Military Advantage | Pager Duty | Subject to pending cure notice |
| Atlassian_IAF Instance_PO MWUS064933_072325 and Atlassian_Quote_QT-43F-PJY-2WP-ZRV_IAF_042325 | Tech - Product | Purchase Order #MWUS064933 and related Quote | Monster Worldwide, LLC; Monster Government Solutions | Atlassian PTY LTD | Subject to pending cure notice |

| File Name | Type | Contract Name | Company Entity | Counterparty | Note |
|---|---|---|---|---|---|
| Citroen Writer Agreement and SOW_signed_VShare | Writer Agreement | Agreement and SOW | Military Advantage | Lida Citroen | |
| Eckhart Consulting Agreement_Fully Signed_11.5.20_vShare | Writer Agreement | Consulting Agreement and SOW | Military Advantage | Jacey Eckhart | |
| Emma Smith_Military Writer Agreement 2025_Signed.docx_vShare | Writer Agreement | Writer Agreement and SOW | Military Advantage | Emma Smith | |
| Logan Nye Agreement and SOW_Signed 2024_vShared | Writer Agreement | Writer Agreement and SOW | Military Advantage | Logan Nye | |
| Military Writer Agreement 2024 (SCOTT MURDOCK_SIGNED)_vShare | Writer Agreement | Writer Agreement and SOW | Military Advantage | Scott Murdock | |
| Military_Writer_Agreement_SOW_Rebecca_Alwine_2020_vShare | Writer Agreement | Writer Agreement and SOW | Military Advantage | Rebecca Alwine | |
| MilitaryWriterAgreement_Stew Smith2020_signed_vShare | Writer Agreement | Writer Agreement and SOW | Military Advantage | Stew Smith | |
| Monster Horrell Writer Agreement Dec 2019_Fully Signed_vShare | Writer Agreement | Writer Agreement and SOW | Military Advantage | Kate Horrell | |
| Volkmann Writer Agreement and SOW 2020_Signed_vShare | Writer Agreements | Writer Agreement and SOW | Military Advantage | Volkmann | |
| Alwine Sponsored Content SOW 2025_vShare | HR | Exhibit A - Statement of Work #3 | Military Advantage, Inc. | Redacted (Alwine?) | |
| Caitlin Walker Statement of Work 2025_Signed_vShare.pdf | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Cailtin Walker | |
| Jacey Eckhart Statement of Work_Fully Signed_1 APR 2025_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Jacey Eckhart | |
| Justin Anderson Signed Statement of Work 2025_Signed_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Justin Anderson | |

| | | | | |
|---|---|---|---|---|
| Kings High Media_Horrell_Monster 2025 Statement of Work_Fully Signed_vShare.pdf | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Kings High Media Horrel? |
| Lida_Citroen_2025 Renew_Fully Signed_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Lida Citroen |
| Sage Services_Lacey Langford_Signed Military.com Agreement and SOW_2025_vShare | HR | Writer Agreement and SOW | Military Advantage, Inc. | Redacted - Lacey Langford (dba Sage Services, LLC) |
| Scott Murdock SOW 2025 Signed_vShare.pdf | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Redacted - Scott Murdock |
| Soliloquie LLC Emma Smith_Military Writer Agreement 2025_Signed.docx_vShare.pdf | HR | Writer Agreement | Military Advantage, Inc. | Soliloquie, LLC |
| SOW 2025 (DAVID NYE)_Fully signed_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | David Nye |
| Spytalk LICENSE AGREEMENT 2021_Fully Signed 9.23.21_vShare | HR | Content License Agreement | Military Advantage, Inc. | Spytalk, LLC |
| Statement of Work_Kime 2025-26_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Kime |
| Stew Smith SOW 2025_Fully Signed_vShare | HR | Exhibit A - Statement of Work | Military Advantage, Inc. | Stew Smith |
| Volkmann Signed-Statement of Work 2025_vShare | HR | Exhibit A - Statement of Work | MIlitary Advantage, Inc. | Volkmann |

| File Name | Type | Contract Name | Company Entity | Counterparty | Note |
|---|---|---|---|---|---|
| Fastweb scholarship distribution agreement - EBSCO_vShare | API | Distribution Agreement | Military Advantage, LLC (dba Fastweb) | EBSCOlearning | |
| 6058_Bluejacketeer_MIL_2025_Fully | Branding | Media Insertion Order | | Bluejacketeer | |
| 6160_Armed Forces Bank_VAHL_Military IO_Jan-Dec | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Armed Forces Bank | |
| 6209_Armed Forces Bank_PCS_Military IO_Apr-Aug | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Armed Forces Bank | |
| AAFES_Military_Display IO_Jan-Dec 2025_vShare | Branding Solutions | Media Insertion Order | | illegible | Subject to governmental consent if such consent is required. |
| AAFMAA_Military_Display IO_May- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | AAFMAA | |
| Abe Student Loans_FW_Finaid_June- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Abe Student Loans | |
| AHFC_497365_Q2 2025_Military.com_RIO_R5232025_v | Branding Solutions | | | American Honda Finance Corporation (Advertiser) | |
| All Campus_Cal Lu_FastWeb Display IO_May-July 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | California Lutheran | |
| Armed Forces Bank_Access Loans_Military IO_Jan-Dec | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Armed Forces Bank | |
| Ascent_Fastweb-Finaid Display IO_Jan-Dec 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Ascent Student Loans | |
| AUSA_LandEuro_Military_Display IO_June-July 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | AUSA | |
| BlueCrossBlueShield_Military Display IO_May-Aug | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Blue Cross Blue Shield | |
| Bold.org_FastWeb Display | Branding Solutions | Media Insertion Order | Military Advantage, LLC | illegible | |
| Citizens Bank O-5L5YJ-R2_for_MONSTER_MEDIAWORKS_from_Merkle_(Jewelry_TV)_vShare | Branding Solutions | Media Insertion Order | "Monster Mediaworks" | Merkle. Client: Citzn Bnl Natnl Asst (CZN) | |
| CollegeAve_Finaid Featured Charts IO_Nov_24- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | College Ave Student Loans | |
| Credible IO No. 1 5.19.25 Rev 2 | Branding Solutions | IO No. 1 illegible | Military Advantage, LLC | Credible Operations, Inc. | |
| Credible_Fastweb-Finaid Display IO_Jan-Dec 2025_vShare | Branding Solutions | Media Insertion Order | | | |
| CSU_Military_Display IO_Q2-Q3 | Branding Solutions | Media Insertion Order | redacted | Columbia Southern University | |
| DAV_Military_Display IO_May- | Branding Solutions | Media Insertion Order | redacted (military.com) | DAV | |
| Delta Dental_Military Solo_June | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Delta Dental | |
| Delta Dental_Military_Display IO_May-July 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Delta Dental | |
| DFS O-5J0SZ-R2_for_FASTWEB_from_Mindsh | Branding Solutions | Media Insertion Order | Fastweb | Agency: Mindshare Chicago | |
| Discount Tire_Military Display IO_Mar-Dec 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Discount Tire | |
| Edvisors_FastWeb Display | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Edvisors Network Inc | |
| Edvisors_Finaid Display IO_May- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Edvisors Network Inc | |
| Elfi_FastWeb Display IO_May- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Elfi | |
| Express Scripts_Military Display IO_June-Sept 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Express Scripts | |
| FINAID_CollegeAve_Finaid Display IO_Nov-Dec 2024 - | Branding Solutions | Media Insertion Order | Military Advantage, LLC | College Ave Student Loans | |
| FinAid_SchoolTeam 2025_processed-ED63F211- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | College Ave Student Loans | |
| FINRED_Military_Display IO_Apr- | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Office of Financial Readiness | |
| Gainbridge_Military_Display | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Gainbridge | |
| GroupM MSA_04292009-105525_vShare | Branding Solutions | LEGAL ADDENDUM TO AAAA/IAB TERMS AND CONDITIONS FOR INTERNET | Monster Worldwide, Inc. | Group M Worldwide, Inc | Subject to pending cure notice |
| Martins Point_Military_Display IO_June-Sept 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Martin's Point Healthcare Center | |
| Military.com - APUS_AMU - Media IO - FINAL | Branding Solutions | Media Insertion Order | Military Advantage, LLC | America Military university | |
| Navy Exchange_Military_Display IO_May'25-Apr'26_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Nexcom | Subject to governmental consent if such consent is required. |

| | | | | |
|---|---|---|---|---|
| NeuroStim | Branding | Media Insertion Order | Military Advantage, LLC | NeuroStim TMS Centers |
| NFCU Inform O-589VW-R3_for_MILITARY_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Agency: Mullenlowe Mediahub Boston |
| | | | | Client: Navy Federal Credit Union |
| NFCU O-589VK-R4_for_MILITARY.COM_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Agency: Mullenlowe Mediahub Boston |
| | | | | Client: Navy Federal Credit Union |
| NFCU_Military_Display IO_May-Dec 2025 Executed_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | NFCU |
| Niche_FastWeb Display IO_Jan-Dec 2025_PE 1.8.25_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Niche |
| NMAA Military 2025_vShare | Branding | Media Insertion Order | Military Advantage, LLC | Navy Mutual |
| OGW_Military_Display IO_May- | Branding | Media Insertion Order | Military Advantage, LLC | Original grain Watches |
| PSU SOLOS | Branding | Media Insertion Order | Military Advantage, LLC | Penn State University |
| Scholarship Owl_FastWeb Display IO_Apr-Jun 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Scholarship Owl |
| Scholarships360_FastWeb Display IO_May-Jul 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Scholarships360 |
| SCU_Military Display IO_Mar- | Branding | Media Insertion Order | Military Advantage, LLC | SCU |
| SLM Fastweb Insertion Order | Branding | Media Insertion Order | Military Advantage, LLC | SallieMae Bank |
| SLM FW- Insertion Order | Branding | Media Insertion Order | Military Advantage, LLC | SLM Education Services, LLC |
| SoFi_FastWeb Display IO_May-T- | Branding | Media Insertion Order | Military Advantage, LLC | SoFi |
| Mobile__Q2_2025_Military.com_RIO_R42225_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Agency: Refuel Agency |
| | | | | Advertiser: T-Mobile |
| TSC O-5L34F-R2_for_MILITARY.COM_from_Merkley_+_Partners_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Agency: Markley + Partners |
| | | | | Client: Tractor Supply |
| Univ Cincinnati Q2-25 | Branding | Media Insertion Order | Military Advantage, LLC | University of Cincinnati |
| US Aviation Academy_Military_Display | Branding Solutions | Media Insertion Order | Military Advantage, LLC | US Aviation Academy |
| USAA O-58GJ7-R14_for_MILITARY.COM_from_RAZORFISH_NEW_YORK_vSh | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Agency: Razorfish New York |
| | | | | Client: USAA |
| WGU_MIL Display IO_Jul24-Jun25_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Client: Western Governors University |
| Wolf Mattress_Military Display IO_Apr-Jun 2025_vShare | Branding Solutions | Media Insertion Order | Military Advantage, LLC | Wolf Mattress |
| Ascent Student Loans_FWB-FWC College_Fastweb Postal IO_vShare | Data | Military Advantage Insertion Order | Redacted | Ascent Student Loans |
| ASL Marketing 3 yr contract_vShare | Data | Data Agreement | FastWeb, LLC | ASL Marketing, LLC |
| ASL-Fastweb Fifth | Data | Fifth Amendment | FastWeb, LLC | ASL Marketing, LLC |
| Data License Agreement - Fastweb (Monster Privacy Legal)_220330 | Data | Data License Agreement | FastWeb LLC | Cappex, LLC |
| 25-MSP-DIG-012 FY25 NG MSP Digital - Military Advantage_CSIO_vShare | Lead Gen | Insertion Order Form | Military Advantage (redacted) | Agency: OMD USA LLC |
| | | | | Advertiser: National Guard |
| ARNG_25-MSP-DIG-013_IO_FY25_NG_MSP_Digital_-Militarv.com_vShare | Lead Gen | Insertion Order Form | Military Advantage (redacted) | Agency: OMD USA LLC |
| | | | | Advertiser: National Guard |
| College Advisor Affiliate Agreement FastWeb 2023 PDF Executed_vShare | Lead Gen | College Advisor Services Agreement | Fastweb LLC | National Collegiate Scouting Association, LLC |
| LG Marines_POR-00019-25-00000167 2025-01-22 12_44_04-0800_vShare | Lead Gen | Purchase Order | Monster Military | Wunderman Thompson LLC |
| | | | | **Client: United States Marine Corps** |
| LG Navy O-5MKBV_for_FASTWEB_from_Wavemaker_vShare | Lead Gen | Insertion Order | FastWeb | Agency: Wavemaker |
| | | | | Client: Navy |
| LG Navy O-5MKBY_for_MILITARY.COM_from_Wavemaker_vShare | Lead Gen | Insertion Order | Military.com | Agency: Wavemaker |
| | | | | Client: Navy |
| LG_AFB IO_2025_vShare | Lead Gen | Lead Generation Insertion Order | Military | Armed Forces Bank |
| LG_IronSmith 2025_vShare | Lead Gen | Lead Generation Insertion Order | Military | IronSmith Media |
| Military Advantage, Inc. dba Military.com 2025 IO. FINAL | Lead Gen | Insertion Order | Military Advantage, LLC | LendingTree, LLC |
| MilitaryAdvantageLLC_SOW_CNT0029561_29Jan2025_FEX_vShare | Lead Gen | Statement of Work | Military Advantage, LLC | AARP |

| | | | | | |
|---|---|---|---|---|---|
| Money Group-Publisher Marketing Agreement (5.30.2023)_vShare | Lead Gen | Publisher Marketing Agreement | Military Advantage, LLC | Money Group, LLC | |
| Navy O-5MKBV_for_FASTWEB_from_Wavemaker_vShare | Lead Gen | Insertion Order | Fastweb | Agency: Wavemaker<br>Client: Navy | |
| Navy O-5MKBY_for_MILITARY.COM_from_Wavemaker_vShare | Lead Gen | Insertion Order | Military | Agency: Wavemaker<br>Client: Navy | |
| QW.Military | Lead Gen | Marketing Agreement | Monster Worldwide Inc. | QuoteWizard.com, LLC | |
| Credible Advertising Services Agreement TRJ_vShare | MSAs | Advertising Services Agreement | Military Advantage, LLC | Credible Operations Inc. | |
| GumGum's Publisher Terms of Service_vShare | Programmatic Agreement | Terms of Service | Military Advantage | GumGum, Inc. | Subject to pending cure notice |
| Military_FastWeb Display IO_2024_OnCore Digital_vShare | Programmatic Agreement | Media Insertion Order | Military Advantage | OnCore Digital | |
| Monster 360 Contract_vShared | Programmatic Agreement | Order Form | Monster Worldwide | Google | |
| Monster.com_Undertone PO - signed_vShare | Programmatic Agreement | Purchase Order | Monster Worldwide | Undertone | |