**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                :

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket No. 28, 110, 194, 205, 225, 233 & 236** |

------------------------------------------------------- x

**NOTICE OF CLOSING OF SALE OF MONSTER GOVERNMENT**
**BUSINESS TO SHERRILL-LUBINSKI, LLC AND ETI-NET INC.**

      **PLEASE TAKE NOTICE** that, on June 25, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Motion of Debtors for Entry of Orders (I) Authorizing and Approving (A) the Bidding Procedures for Sale of the Debtors' Assets Free and Clear, (B) the Scheduling of an Auction and Sale Hearing, (C) the form and Manner of Notice of Sales, Auctions, and Sale Hearings, (D) the Notice and Procedures for the Assumption and Assignment of Executory Contracts and Unexpired Leases, (E) the Designation of Stalking Horse Bidders, and (F) the Debtors' Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (II) Authorizing Designation of Stalking Horse Bidders, and (III) Granting Related Relief* [Docket No. 27] (the "**Bidding Procedures Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**"). On July 8, 2025, the Court entered an order granting the relief requested in the Bidding Procedures Motion. *See* Docket No. 110.

      **PLEASE TAKE FURTHER NOTICE** that, on July 19, 2025, the Debtors filed the *Notice of (I) Auction Transcript and (II) Successful and Backup Bids* [Docket No. 194]. Attached thereto as Exhibit 3 was the Debtors' agreement to enter into an asset purchase agreement (the "**Monster Government APA**") with Sherrill-Lubinski, LLC & Eti-Net Inc. (including any permitted assignee, the "**Buyer**").

      **PLEASE TAKE FURTHER NOTICE** that, on July 24, 2025, the Debtors filed the *Omnibus Notice of Proposed Orders Approving Sales of Debtors' Assets* [Docket No. 205]. Attached thereto as Exhibit 2 was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Sherrill-Lubinski, LLC And Eti-Net Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, Claims, and*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

*Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief*, seeking approval of, among other things, the Monster Government APA.

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Debtors filed the *Omnibus Notice of Revised Proposed Orders Approving Sales of Debtors' Assets* [D.I. 225]. Attached thereto as <u>Exhibit 2</u> was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Sherrill-Lubinski, LLC And Eti-Net Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, Claims, and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**Revised Monster Government Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Court held a hearing (the "**Hearing**") to consider, among other things, entry of the Revised Monster Government Order.

**PLEASE TAKE FURTHER NOTICE** that, on July 28, 2025, the Debtors filed the *Certification of Counsel Regarding Revised Order (I) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement with Sherrill-Lubinski, LLC and Eti-Net Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, Claims and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [D.I. 233]. Attached thereto as <u>Exhibit 1</u> was the proposed *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Sherrill-Lubinski, LLC And Eti-Net Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, Claims, and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* (the "**Final Monster Government Order**").

**PLEASE TAKE FURTHER NOTICE** that, on July 29, 2025, the Court entered the Final Monster Government Order [D.I 236].

**PLEASE TAKE FURTHER NOTICE** that, on July 31, 2025 (the "**Closing**"), the sale pursuant to the Monster Government APA closed (the "**Monster Government Sale**").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Monster Government APA, the Buyer provided the Debtors with the list of Assumed Agreements (as defined in the Monster Government APA).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Monster Government Order, attached hereto as **Exhibit 1** is the list of Assumed Agreements as of the Closing (subject to resolution of any unresolved assumption objections and/or notice periods, as applicable).

Dated: August 1, 2025
       Wilmington, Delaware

/s/ Clint M. Carlisle

**LATHAM & WATKINS LLP**

**RICHARDS, LAYTON & FINGER, P.A.**

Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: ray.schrock@lw.com
      candace.arthur@lw.com

  - and -

Jonathan C. Gordon (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jonathan.gordon@lw.com

Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Huiqi Liu (No. 6850)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
      shapiro@rlf.com
      liu@rlf.com
      carlisle@rlf.com
      meehan@rlf.com

*Proposed Co-Counsel for Debtors and Debtors in Possession*

*Co-Counsel for Debtors and Debtors in Possession*