# **EXHIBIT 1**

**Assigned Agreements**

**Schedule of Selected Assumed Contracts**

| Contract Counterparty | CareerBuilder + Monster Entity Party to Contract | Agreement Name / Description | Contract Dates | MGS Cure Cost |
|---|---|---|---|---|
| Ahead, Inc. | Monster Worldwide, LLC | Purchase Order | 12/5/2024 | $55,618.19[1] |
| Ahead, Inc. | Monster Worldwide, Inc. | Dell - Master Flexible Consumption Agreement | 1/31/2024 | |
| Ahead, Inc. | Monster Worldwide, Inc. | Dell - Flexible Consumption Schedule No. 69 | 1/31/2024 | |
| Ahead, Inc. | Monster Worldwide, Inc. | Dell - Flexible Consumption Schedule No. 70 | 1/31/2024 | |
| Ahead, Inc. | Monster Worldwide, Inc. | Dell - Flexible Consumption Schedule No. 71 | 1/31/2024 | |
| Ahead, Inc. | Monster Worldwide, Inc. | Dell - Flexible Consumption Schedule No. 72 | 1/31/2024 | |
| AMPCUS INC | Monster Government Solutions, LLC | Services Agreement | 12/20/2024 | |
| APPIAN CORPORATION | Monster Government Solutions, LLC | Invoice # NS_20188 and NS_20189 | 3/31/2025 | $32,150.48 |
| Atlassian PTY LTD. | Monster Government Solutions, LLC | Quote, Quote Number QT - 42M - H6D -AJQ - TE6 | 8/1/2024 | |
| Atlassian PTY LTD. | Monster Government Solutions, LLC | Quote, Quote Number QT - 42G - HFM - WMS - 7Q3 | 6/17/2024 | $146.27 |
| Atlassian PTY LTD. | Monster Government Solutions, LLC | Quote / Invoice, Quote / Invoice Number: AT - 310308185 | 4/22/2024 | |
| Atlassian PTY LTD. | Monster Worldwide, LLC | Invoice, Invoice Number IN - 003 - 504 - 618 | 6/17/2025 | |
| BONTERRA TECH LLC | Monster Government Solutions, LLC | Order form - washington case management | 6/26/2025 | $66,760.57 |
| Bonterra Tech LLC (f/k/a Social Solutions Global, Inc.) | Monster Government Solutions, LLC | Modification 019 Task Order 001 | 6/1/2023 | |
| Box Inc. | Monster Worldwide, LLC | Invoice, Invoice Number INV12775973. | 6/6/2025 | |
| BRAZEN TECHNOLOGIES INC | Monster Government Solutions, LLC | Subcontract Agreement | 2/3/2025 | $197,091.00 |
| BUSINESS OBJECTS SOFTWARE LTD | Monster Government Solutions, LLC | Purchase orders - Case Management | 4/27/2022; 4/5/2022 | $1,084.33 |
| CAZENOVIA SOFTWARE | Monster Government Solutions, LLC | Task order | 7/1/2024 | |
| Cazenovia Software, LLC | Subcontract Agreement | Subcontract Agreement | 7/1/2018 | |
| Cazenovia Software, LLC | Services Agreement | Services Agreement | 11/3/2017 | |
| Cazenovia Software, LLC | Amendment and Termination Agreement | Amendment and Termination Agreement | 4/10/2023 | |
| CDW Direct LLC | Monster Technologies | Quote Confirmation, Quote Number PFZT070, along with Purchase Order | 12/18/2024 | |
| CDW Direct LLC | Monster Technologies | Quote Confirmation, Quote Number PDBV214, along with Purchase Order | 10/9/2024 | |
| CDW Direct LLC | Monster Worldwide LLC | Quote Confirmation, Quote Number PHWB044, along with Purchase Order | 2/28/2025 | |

---

[1] Amount represents cure for all contracts with Ahead, Inc.

| | | | | |
|---|---|---|---|---|
| CDW Direct LLC | Monster Worldwide, LLC | Quote Confirmation, Quote Number PJQG431, along with Purchase Order | 3/25/2025 | |
| CDW Direct LLC | Monster Worldwide, LLC | Quote Confirmation, Quote Number PLCH114, along with Purchase Order | 5/14/2025 | |
| CDW Direct LLC | Monster Worldwide LLC | Quote Confirmation, Quote Number PKNG611, along with Purchase Order | 5/17/2025 | |
| Cogent InfoTech | Monster Worldwide, LLC | Sales Order, Q-05629564, MSA - 11474710 | 10/10/2023 | $268.33 |
| CROWN CASTLE FIBER LLC | Monster Worldwide, LLC | Order | | $8,149.15 |
| DAYMARK SOLUTIONS INC | Monster Worldwide, LLC | Monster Worldwide February Pure Storage Renewal 2025 and purchase orders - net backup platform | 12/3/2024; 4/18/2025; 8/15/2024; | $22,007.00 |
| Deltek, Inc. | Monster Government Solutions, LLC | Invoice | 11/1/2024 | |
| DEVICE42 INC | Monster Worldwide, LLC | Purchase Order | 8/23/2024 | |
| EBSCO INDUSTRIES INC. | Monster Government Solutions, LLC | Subcontract agreement | 6/10/2024 | $27,450.78 |
| EPHOX CORPORATION | Monster Worldwide, Inc. | Invoice # S400-63330 | 3/18/2025 | $5,786.60 |
| Equinix, Inc. | Monster Worldwide, LLC | Master Services Agreement (including any applicable Service Orders) | 1/31/2025 | $118,683.86[2] |
| Equinix, Inc. | QuickHire, LLC | Master Services Agreement | 2/12/2003 | |
| EXCEL MANAGEMENT SYSTEMS INC | Monster Government Solutions, LLC | Task order | 7/1/2024 | $46,337.34 |
| HeroDevs, Inc. | Monster Government Solutions, LLC | Software licenses supporting MHME platform | 8/28/2024 | |
| HeroDevs, Inc. | Monster Government Solutions, LLC | JQuery Struts NES contract | 3/28/2025 | |
| | | | | |
| INTOCAREERS (UNIVERSITY OF OREGON) | Monster Government Solutions, LLC | Subccontract Agreement | 5/22/2025 | |
| Iron Mountain Data Centers, LLC | Monster Worldwide, LLC | Amendment 39785 to Order 30576 | 3/31/2025 | $99,085.07 |
| Iron Mountain Data Centers, LLC | Monster Worldwide, LLC | Amendment 39969 to Order 30576 - Removing Customer Equipment Area | 4/7/2025 | |
| Jfrog Inc. | Monster Worldwide, LLC | Purchase Order Q-175661-V0 | 8/17/2024 | |
| JUNTO COMPANY LTD, THE | Monster Government Solutions, LLC | Professional Services Agreement - Strategic Consulting | 7/1/2025 | $20,750.00 |
| KOTARA CONSULTING | Monster Government Solutions, LLC | Strategic Consulting Agreement | 1/1/2025 | |
| Megaport | Monster Worldwide, LLC | Invoice USA00064402 (expired 1/31/2025) | 1/1/2025 | $8,591.92 |
| National Association of State Workforce Agencies | Monster Government Solutions, LLC | Invoice 0358 | | |

---

[2] Subject to ongoing discussions among Buyer and Equinix, Inc.; assumption and assignment of the Equinix agreements will not become effective until a written agreement is reached pursuant to paragraph 27 of the Sale Order.

| | | | | |
|---|---|---|---|---|
| OH, JENNY | Monster Government Solutions, LLC | Strategic Consulting Agreement | 1/23/2025 | |
| Okta, Inc. | Monster Worldwide Inc | Okta Invoice # 288351 | 4/2/2025 | |
| Onix Networking Corp | Monster Worldwide, LLC | Onix Invoice # SIN046109, Google Maps Platform | 6/4/2025 | |
| ONSEEN MARKETING INC | Monster Government Solutions, LLC | Task Order | 7/1/2024 | $19,750.00 |
| Perforce Software Inc. | Monster Worldwide, LLC | Order - Perforce Software | 9/9/2024 | |
| PERFORMANCE ASSESSMENT NETWORK INC | Monster Government Solutions, LLC | Task Order - MHME prof services | | $17,286.83 |
| Pinnacle Technology Partners Inc | Monster Worldwide, LLC | Purchase Orders | 11/22/2024 | |
| Pinnacle Technology Partners Inc | Monster Worldwide, LLC | Order - F5 Support (expires 12/2/2025) | 11/22/2024 | |
| QUEST SOFTWARE INC | Monster Worldwide, LLC | Purchase Order | 4/5/2025 | |
| RED CEDAR TG-MTE LLC | Monster Government Solutions, LLC | Purchase Order - MHME | 9/18/2024 | |
| SECUREIT CONSULTING GROUP INC | Monster Worldwide, LLC | Annual security assessment | | $192,651.00 |
| Shared Services Leadership Coalition | Monster Worldwide, LLC | Shared Services Leadership Coalition invoice Mon-2025-01 | 12/20/2024 | |
| SKILLFUL COMMUNICATIONS INC | Monster Government Solutions, LLC | Subcontract Agreement | | $55,500.00 |
| Sonatype, Inc | Monster Worldwide, LLC | Invoice 22488 | 1/31/2025 | |
| TALENTNEURON LLC | Monster Government Solutions, LLC | Task Order | | $51,183.33 |
| Tripwire Inc | Monster Worldwide, LLC | Purchase Order | 6/18/2025 | |
| Unanet | Monster Worldwide, Inc. | Order Form | 6/24/2025 | |
| UNITAS GLOBAL INC | Monster Government Solutions, LLC | Tech/product contract | | $2,212.73 |
| VANTAGE LEARNING USA LLC | Monster Government Solutions, LLC | Task Order - MHME prof services | 7/23/2024 | |
| VELARO INC | Monster Government Solutions, LLC | Washington State Velaro Live Chat Software Contract; Invoice # 72913; Task Order | | |
| Verint Systems, Inc. | Monster Government Solutions, LLC | Task Order | 7/1/2024 | |
| Verizon Business | Monster Worldwide, LLC | Phone service order | 6/10/2025 | $3,237.47 |
| Wayspire, LLC | Monster Government Solutions, LLC | Task Order | 7/31/2024 | |
| WSO2 LLC | Monster Worldwide, LLC | Purchase Order | 4/10/2025 | $4,315.07 |
| ZCROO CORP | Monster Government Solutions, LLC | Task Order | 5/22/2025 | $7,548.39 |
| ZENDESK INC | Monster Worldwide, Inc. | Purchase Order - Case Management | 8/16/2024 | $2.78 |

| Account: Name | Type of Contract | Subscription: Term Start Date | Subscription: Term End Date |
|---|---|---|---|
| Merlin International, Inc. - ATF | 9/24/24 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 10/1/2024 | 9/30/2025 |
| Merlin International, Inc. - BOP | 8/5/24 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 10/1/2024 | 9/30/2025 |
| Merlin International, Inc. - CFTC | 8/22/24 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 10/1/2024 | 9/30/2025 |
| Merlin International, Inc. - DNFSB | 4/2/25 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 3/10/2025 | 3/9/2026 |
| Merlin International, Inc. - FCC | 8/16/24 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 10/1/2024 | 9/30/2025 |
| Merlin International, Inc. - VA (MetGREEN Prime) | 4/8/25 Order under MSA with Merlin executed March 3, 2008, for Monster Hiring Management Software and Services | 4/8/2025 | 4/7/2026 |
| Consumer Financial Protection Bureau | 1/8/25 Order from Consumer Financial Protection Bureau for Monster Hiring Management Software and Services | 1/10/2025 | 1/9/2026 |
| Department of Interior - IBC - BPA | Blanket Purchase Agreement with Department of Interior executed July 19, 2022 | 8/1/2024 | 7/31/2025 |
| **Department of Interior - IBC - Call Order 1** | 7/31/24 Order under BPA with Department of Interior (DOI) dated July 19, 2022 for Monster Hiring Management Software and Services. DOI is a shared service provider offering services to groups outside the DOI. | 8/1/2024 | 7/31/2025 |
| Department of Interior - IBC - Call Order 2 (FDIC) | 6/12/25 Order under BPA with Department of Interior dated June 12, 2025 for Monster Hiring Management Software and Services | 7/1/2025 | 6/30/2026 |
| Department of State - BPA | BPA with Department of State executed September 18, 2024 | 9/30/2024 | 9/29/2025 |
| Department of State - Call Order Overseas | Order uder BPA with Department of State dated September 24, 2024 for Monster Hiring Management Software and Services | 9/30/2024 | 9/29/2025 |
| Department of State - Call Order OBO | Order uder BPA with Department of State dated September 24, 2024 for Monster Hiring Management Software and Services | 9/30/2024 | 9/29/2025 |
| Department of State - Call Order HR Civil | Order uder BPA with Department of State dated September 24, 2024 for Monster Hiring Management Software and Services | 9/30/2024 | 9/29/2025 |
| FLETC | 2/27/24 Order from Federal Law Enforcement Training Center for Monster Hiring Management Software and Services | 3/1/2025 | 2/28/2026 |
| GPO | 9/27/24 Order from Government Publishing Office for Monster Hiring Management Software and Services | 10/1/2024 | 9/30/2025 |
| GSA | 3/27/25 Order from General Services Administration for Monster Hiring Management Software and Services | 4/1/2025 | 9/30/2025 |
| NIST | 3/10/25 Order from National Institute fo Standards and Technology for Monster Hiring Management Software and Services | 3/16/2025 | 9/15/2025 |
| Smithsonian (includes NGA&WC) | 12/2/24 Order from the Smithsonian Institute for Monster Hiring Management Software and Services | 11/1/2024 | 10/31/2025 |
| USCG | 1/13/25 Order from US Coast Guard for Monster Hiring Management Software and Services | 9/1/2025 | 8/31/2026 |
| USCIS | 2/5/25 Order from DHS Citizenship and Immigrations Services for Monster Hiring Management Software and Services | 3/1/2025 | 2/28/2026 |
| USDA-AOC | 10/22/24 Order from the Department of Agriculture for Monster Hiring Management Software and Services for the Architect of the Capitol | 10/1/2024 | 9/30/2025 |

| | | | |
|---|---|---|---|
| USSS | 12/4/24 Order from the US Secret Service for Monster Hiring Management Software and Services | 12/7/2024 | 12/6/2025 |
| California Department of Corrections and Rehabilitation | 6/7/24 Order from the California Department of Corrections and Rehabilitation for OCS Services | 7/1/2024 | 6/30/2025 |
| Ohio - ARIES | 4/10/20 Award for Implementation of Case Management Solution for Ohio | 7/1/2025 | 6/30/2026 |
| Amendment 13 | 7/10/24 Order for Wage Data Report development | | |
| Amendment 1 | 11/8/22 Order for Ohio ID Implementatoin | | |
| Amendment 2 | 2/7/23 Order for New ARIES Interface | | |
| Amendment 3 | 3/16/22 Order for Additional Crew Label Tab | | |
| Amendment 6 | 9/29/23 Order for Hope Email development | | |
| Ohio - OMJ | 1/26/18 Award for Implementation of OhioMeansJobs.com Refresh Project | 7/1/2025 | 6/30/2026 |
| Amendment 1 | Purchase Orders to fund Amendment 1 for State Fiscal Year ended 06/25/25 | | |
| Amendment 26 | Purchase Order to fund Virtual Career Fair Subscription State Fiscal Year 2025 | | |
| Washington | 5/26/23 Amendment 26 from Washington for Subscription/Operations through 6/30/26 | 7/1/2025 | 6/30/2026 |
| Treasury | N/A in 2025 | | |
| Michigan | N/A - cancelled | | |
| TSA | 2/13/25 Order from Transportation Security Administration for Monster Hiring Management Software and Services | | |
| FEMA | 6/11/25 Order from the Federal Emergency Management Administation for Monster Hiring Management Software and Services | | |
| COMMERCE (NIST, DOC) | Only NIST current customer, as detailed above | | |

**IBC Call Order #1**

| | |
|---|---|
| BOR | Monster Hiring Mangement Soffware and Services included under call order #1 with Department of Interior |
| BSEE | |
| CPSC | |
| DC Courts | |
| DOI-IBC | |
| Education | |
| Energy | |
| EPA | |
| FERC | |
| FTC | |
| Labor | |
| LOC | |
| NRC | |
| NSF | |
| PBGC | |
| STB | |
| Transportation | |
| USHMM | |