IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 30, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Notice of Second Amendment to Contracts Schedule of Potentially Assigned Contracts [Docket No. 246]**

Dated: August 5, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 5th day of August, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

Exhibit A
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Blackline Systems, Inc | Attn: Joe Silver | 21300 Victory Blvd, 12th Fl | Wodland Hills, CA 91367 | | BILLING@BLACKLINE.COM | Email<br>First Class Mail |
| Change Healthcare | 3200 Windy Hill Rd SE | Atlanta, GA 30339 | | | sandeep.mv317@gmail.com | Email<br>First Class Mail |
| Change Healthcare | Georgia 400 | Alpharetta, GA 30009 | | | koderc.233@gmail.com | Email<br>First Class Mail |
| Ikokas Technologies Private Ltd | 1917/19 Govindpuri Extension | Kalkaji, New Delhi 110019 | India | | | First Class Mail |
| Ikokas Technologies Private Ltd | Attn: Parvinder Singh | 1917/19 Govindpuri Extension | Kalkaji, New Delhi 110019 | India | parvinder@ikokas.com | Email<br>First Class Mail |
| Ikokas Technologies Pte Ltd | A-105, Unitech Business Zone | Golf Course Extension Rd | Haryana, 122018 | | | First Class Mail |
| Jobcase Inc | Attn: Samuel Torff | 201 Broadway St, 7th Fl | Cambridge, MA 02139 | | storff@jobcase.com | Email<br>First Class Mail |
| Jobcase Inc | 201 Broadway St, Ste 7 | Cambridge, MA 02139 | | | finance@jobcase.com;<br>ACCOUNTSRECEIVABLE@JOBCASE.COM | Email<br>First Class Mail |
| Jobcase Inc | 201 Broadway St, 7th Fl | Cambridge, MA 02139 | | | CorporateFinanceSE@svb.com | Email<br>First Class Mail |
| Jobcase, Inc | Attn: Timothy Johnson | 201 Broadway St, 7th Fl | Cambridge, MA 02139 | | tjohnson@jobcase.com | Email<br>First Class Mail |
| Lumen Technologies Group | 100 Centurylink Dr | Monroe, LA 71203 | | | emalee.pokus@lumen.com | Email<br>First Class Mail |
| Morning Consult LLC, The | 1025 F St NW, Ste 800 | Washington, DC 20004 | | | ACCOUNTS.RECEIVABLE@MORNINGCONSULT.COM | Email<br>First Class Mail |
| Optum | 447 Prospect St, Apt 42 | E Orange, NJ 07017-3116 | | | sscott1218@yahoo.com | Email<br>First Class Mail |
| Optum | 3200 Windy Hill Rd SE | Atlanta, GA 30339 | | | sandeep.mv317@gmail.com | Email<br>First Class Mail |
| Optum | Irving, TX 75062 | | | | peter.pa0610@gmail.com | Email<br>First Class Mail |
| Optum | 917 Market St | Normal, IL 61761 | | | meeharikak7@gmail.com | Email<br>First Class Mail |
| Optum | JP Nagar Industrial Area Rd | Bengaluru, Karnataka 560078 | India | | avinashgodishala999@gmail.com | Email<br>First Class Mail |
| Optum Financial Inc | P.O. Box 84019 | Chicago, IL 60689-4019 | | | JENNIFER.MERRILL6@OPTUM.COM | Email<br>First Class Mail |
| Optum Inc | 425 Bernard St | Denton, TX 76201 | | | hrushikesh.it3@gmail.com | Email<br>First Class Mail |
| Optum Medical Staffing | 289 W Huntington Dr | Arcadia, CA 91007 | | | lanie@cainfusioncenters.com | Email<br>First Class Mail |
| Rackspace US Inc | 1 Fanatical Pl | San Antonio, TX 78218 | | | irene.ali@rackspace.com | Email<br>First Class Mail |
| Secureit Consulting Group | 12110 Sunset Hills Rd, Ste 600 | Reston, VA 20190 | | | ACCOUNTING@SECUREIT.COM | Email<br>First Class Mail |
| Secureit Consulting Group Inc | Attn: Keli Colon, David Trout | 12110 Sunset Hills Rd, Ste 600 | Reston, VA 20190 | | kcolon@secureit.com;<br>dtrout@secureit.com | Email<br>First Class Mail |
| Secureit Consulting Group Inc | 12110 Sunset Hills Rd, Ste 600 | Reston, VA 20190 | | | ACCOUNTING@SECUREIT.COM | Email<br>First Class Mail |
| Sigma Systems | 293 Boston Post Rd W, Ste 301 | Marlborough, MA 01752 | | | accounting@sigmainc.com | Email<br>First Class Mail |
| United Hair Care | 1325 Eagandale Ct | Eagan, MN 55121 | | | tim.a@creativelabsinc.com | Email<br>First Class Mail |
| United Health Care | 333 Johnsie Billie Harris St | Eden, NC 27288-3401 | | | lenianeal22@gmail.com | Email<br>First Class Mail |
| United Health Care | 1311 W President George Bush Hwy | Richardson, TX 75080 | | | alarepalle03@gmail.com | Email<br>First Class Mail |
| United Health Group | Richardson Ave | Dallas, TX 75215 | | | chandolujeevan@gmail.com | Email<br>First Class Mail |
| United Health Group | 2323 N Woodlawn Blvd | Wichita, KS 67220 | | | chowdharyshiva8@gmail.com | Email<br>First Class Mail |
| United Health Services | 33 N Harrison St | Johnson City, NY 13790-1407 | | | ndiehl@abccreative.com | Email<br>First Class Mail |
| United Healthcare | 9700 Health Care Ln | Hopkins, MN 55343 | | | haritadandi@gmail.com | Email<br>First Class Mail |
| United Healthcare | San Francisco - Oakland Bay Bridge | San Francisco, CA 94105 | | | kall2heer2000@gmail.com | Email<br>First Class Mail |
| United HealthCare | 9402 Oakleaf Hammock P | Seffner, FL 33584-2699 | | | | First Class Mail |
| United Healthcare Services Inc | 500 Ross St | Pittsburgh, PA 15262-0001 | | | | First Class Mail |
| UnitedHealth Group | 11900 Stonehollow Dr | Austin, TX 78758 | | | vishnureddy@2761@gmail.com | Email<br>First Class Mail |
| UnitedHealth Group | 9900 Bren Rd E, Ste 300 W | Minnetonka, MN 55343 | | | diana_buirski@uhg.com | Email<br>First Class Mail |
| UnitedHealthcare | 4 Taft Ct | Rockville, MD 20850 | | | sravanilinga75@gmail.com | Email<br>First Class Mail |
| Verinext | 510 Township Line Rd, Ste 120 | Blue Bell, PA 19422 | | | | First Class Mail |
| Verinext Corp | Attn: Brian Hull | 510 Township Line Rd, Ste 120 | Blue Bell, PA 19422 | | brian.hull@verinext.com | Email<br>First Class Mail |
| Verinext Corp | 510 Township Line Rd, Ste 120 | Blue Bell, PA 19422 | | | ar@verinext.com | Email<br>First Class Mail |
| Verinext Inc | Attn: Oscar Romero | 510 Township Line Rd | Blue Bell, PA 19422 | | Oscar.romero@verinext.com | Email<br>First Class Mail |

Zen JV, LLC, et al., (Case No. 25-11195)