# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 30, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Order (I) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement With Bold Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief [Docket No. 235]**

- **Order (I) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement With Sherrill-Lubinski, LLC and ETI-NET Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Liens, Encumbrances, Claims and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief [Docket No. 236]**

- **Order (I) Authorizing and Approving the Debtors' Entry Into an Asset Purchase Agreement With Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief [Docket No. 237]**

Dated: August 6, 2025

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 6th day of August, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| 622 Building Company Llc | 750 Lexington Avenue | New York, Ny 10022 | | | First Class Mail |
| Aarp | 601 E Street Nw | Washington, Dc 20849 | | | First Class Mail |
| Abe Student Loans (Monogram) | 200 Clarendon Street, 20Th Floor | Boston, Ma 02116 | | | First Class Mail |
| Acoustic Lp | Po Box 645842 | Pittsburgh, Pa 15264-5842 | | Kelly.Gesselman@Acoustic.Com; Portalservices@Acoustic.Com; Billing@Acoustic.Com; Accountspayable@Monsterworldwide.Com | First Class Mail |
| Acquia Inc | Po Box 674660 | Dallas, Tx 75267-4660 | | Jake.Kokos@Acquia.Com; Acctsrec@Acquia.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Adobe Inc. | 345 Park Avenue | San Jose, Ca 95110-2704 | | Remittance@Adobe.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Adobe Inc. (Adus) | 345 Park Avenue | San Jose,  95110 | | | First Class Mail |
| Adzerk, Inc., | Dba Kevel | 505 S Duke St Ste 500 | Durham Nc 27701 | Jmarion@Adzerk.Com; Jmarion@Adzerk.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Aha! Labs Inc | Po Box 748621 | Los Angeles, Ca 90074-8621 | | Billing@Aha.Io; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Ahead Inc | Po Box 844248 | Boston, Ma 02284-4248 | | Ritt.Treasury@Ahead.Com; Remittances@Ahead.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Aimwell B.V. | Capellalaan 65 | Hoofddorp,  2132 Ji | The Netherlands | Dennis.Van.Allemeersch@Opgmedia.Nl | Email First Class Mail |
| All Campus | 27 North Wacker Drive, #461 | Chicago, Il 60606 | | | First Class Mail |
| Alwine, Rebecca | 6037 Great Glen | Grovetown, Ga 30813 | | Whatrebeccathinks@Gmail.Com; Whatrebeccathinks@Gmail.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Amazon Web Services | Po Box 84023 | Seattle, Wa 98124-8423 | | Aws-Receivables-Support@Email.Amazon.Com; Aws-Receivables-Support@Email.Amazon.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| American Honda Finance Corporation (Refuel) | 68 Culver Road | Monmouth Junction, Nj 08852 | | | First Class Mail |
| American Military University (American Public University System) | 303 West 3Rd Ave | Ranson, Wv 25438 | | | First Class Mail |
| Ampico Inc | 14900 Conference Cntr Dr Ste 500 | Chantilly, Va 20151 | | Abhishek.Krishnan@Ampcus.Com; Abhishek.Krishnan@Ampcus.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Amplitude, Inc. | 201 3Rd St Ste 200 | San Francisco, Ca 94103 | | Billing@Amplitude.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Anderson, Justin | Address Redacted | | | Email Address Redacted | Email First Class Mail |
| Aon Risk Services Northeast I | Aon Risk Services Companies In | P.O. Box 7247-7376 | Philadelphia, Pa 19170-7376 | Daniel.Munro@Aon.Com | Email First Class Mail |
| Appcast Inc | Po Box 392472 | Pittsburgh, Pa 15251-9472 | | Accounting@Appcast.Io | Email First Class Mail |
| Appian Corporation | 7950 Jones Branch Dr | Mclean, Va 22102 | | Kristen.Meyer@Appian.Com; Remittance@Air.Appian.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Appteuse App Quality, Inc. | Po Box 783672 | Philadelphia, Pa 19178-3672 | | Lbessen@Applause.Com; Billing@Applause.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Appnexus Yieldex Llc | Appnexus Inc | Dept Ch 19467 | Palatine, Il 60055-9467 | Remittance@Xandr.Com; Billing@Xandr.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Aptitus Corporation ("Conga") | 1840 Gateway Dr Ste 300 | San Mateo, Ca 94404 | | Ar@Apttus.Com | Email First Class Mail |
| Armed Forces Bank | 1201 Walnut St., Suite 1100, Box#23 | Kansas City, Mo 64106 | | | First Class Mail |
| Armed Forces Bank | 201 Walnut St, Suite 1100, Box 23 | Kansas City, Mo 64106 | | | First Class Mail |
| Army & Air Force Exchange Service | 3911 S. Walton Walker Blvd | Dallas, Tx 75236 | | | First Class Mail |
| Army & Air Force Exchange Service | 639 Executive Place, Suite 200 | Fayetteville, Nc 28305 | | | First Class Mail |
| Army National Guard (Ong) | 195 Broadway | New York, Ny 10007 | | | First Class Mail |
| Ascent Student Loans | 402 West Broadway, 20Th Floor | San Diego, Ca 89178 | | | First Class Mail |
| Ascent Student Loans (Vision Marketing) | 455 Sylvan Avenue | Englewood Cliffs, Nj 07632 | | | First Class Mail |
| Asi Marketing | 2 Dubon Court | Farmingdale, Ny 11735 | | | First Class Mail |
| Assoc. Of The United States Army | 2425 Wilson Boulevard | Arlington, Va 22201 | | | First Class Mail |
| Associated Press | 200 Liberty Street | New York, Ny 10281 | | Mhutts@Ap.Org; Collections@Ap.Org; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Atlan Inc. | Corporate Trust Center | 1209 Orange St | Wilmington, De 19801 | Jelaine@Atlan.Com; Ar@Atlan.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Atlassian Pty Ltd. | 32151 Collections Center Drive | Chicago, Il 60693-0321 | | | First Class Mail |
| Avalara Inc | Dept. Ch 16781 | Palatine, Il 60055-6781 | | Collections@Avalara.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Awardco, Inc. | Po Box 736712 | Dallas, Tx 75373-6712 | | Tanner.Lauib@Awardco.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Beacon Hill Solutions Group Llc | Po Box 846193 | Boston, Ma 02284-6193 | | Ar@Beaconhillstaffing.Com; Ar@Beaconhillstaffing.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Beacon Hill Solutions Group, Llc | Po Box 846193 | Boston, Ma 02284-6193 | | Ar@Beaconhillstaffing.Com | Email First Class Mail |
| Beacon Hill Solutions Group, Llc | 152 Bowdoin St | Boston, Ma 02108 | | Accountspayable@Beaconhillstaffing.Com | Email First Class Mail |
| Beyondtrust Corporation | Po Box 734433 | Dallas, Tx 75373 | | Billing@Beyondtrust.Com | Email First Class Mail |
| Bialson, Bergen & Schwab, Pc | | | | Gheck@Bbslaw.Com | Email First Class Mail |
| Bialson, Bergen & Schwab, Pc | | | | Snece@Bbslaw.Com | Email First Class Mail |
| Blackline Systems, Inc. | Po Box 841433 | Dallas, Tx 75284-1433 | | Billing@Blackline.Com | Email First Class Mail |
| Blackline Systems, Inc. | 2217 Locust St | Saint Louis, Missouri 63103-1509 | | Mschwartz@Blacklinesll.Com | Email First Class Mail |
| Blue Cross Blue Shield  (Fcb) | 75 N Michigan Avenue | Chicago, Il 60611 | | | First Class Mail |
| Bold.Org | 3700 Tennyson Street #12237 | Denver, Co 80212 | | | First Class Mail |
| Bonterra Tech Llc | 10801-2 N Mopac Expressway Ste 300 | Austin, Tx 78759 | | Cgallagher@Socialsolutions.Com; Billing@Socialsolutions.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Bonterra Tech Llc | F/K/A Social Solutions Global, Inc. | 10801-2 N Mopac Expressway Ste 300 | Austin, Tx 78759 | Cgallagher@Socialsolutions.Com; Billing@Socialsolutions.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Botify Ltd | 23 Copenhagen St | London,  N1 0Jb | United Kingdom | Invoicing@Botify.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Bounteous, Inc. | Po Box 713297 | Chicago, Il 60677 1297 | | Eric.Buhman@Bounteous.Com | Email First Class Mail |
| Box Inc. | 900 Jefferson Ave | Redwood City, Ca 94063 | | Billing@Box.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Braven Technologies Inc | Po Box 2310 | Hicksville, Ny 11802 | | Ashley@Braven.Com; Ashley@Braven.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Brightcove Inc. | 281 Summer St | Boston, Ma 02210 | | Finexpress@Brightcove.Com; Finexpress@Brightcove.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Broadbean Technology Limited | The South Quay Building | 6Th Flr 189 Marsh Wall | London,  E1495h | United Kingdom | Oliver.Eagle@Broadbean.Com | Email First Class Mail |
| Bump Boxes | 7719 N Pioneer Lane | Peoria Il 61615, Il 61615 | | Sarah@Bumpboxes.Com; Accounting@Bumpboxes.Com; Rachel.Flessner@Bumpboxes.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Business Objects Software Ltd | Po Box 5166 | Carol Stream, Il 60197-5166 | | Financeaar@Sap.Com; Financeaar@Sap.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Bvr Productions Inc | 436 B Avenue | Coronado, Ca 92118 | | Vincent@Bvrpro.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| California Department Of Corrections And Rehabilitation | 1940 Birkmont Drive | Rancho Cordova, Ca 95742 | | | First Class Mail |
| Camelot Communications Ltd | 2845 West 7Th St | Fort Worth, Tx 76107 | | Remittances@Pmg.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Cappex | 2445 M Street, Nw | Washington, Dc 20037 | | | First Class Mail |
| Captrust | 4208 Six Forks Rd, Suite 1700 | Raleigh, Nc 27609 | | | First Class Mail |
| Cazenovia Software | 707 Avondale Road | Baltimore, Md 21212 | | Tdurkin@Cazenoviasoftware.Com; Tdurkin@Cazenoviasoftware.Com | Email First Class Mail |
| Cazenovia Software, Llc | 301 S Wolfe St #532 | Baltimore, Md  21231 | | | First Class Mail |
| Cdw Direct Llc | Po Box 75723 | Chicago, Il 60675-5723 | | Eprocurement@Cdw.Com; Achremittance@Cdw.Com; Niharika.Negi@Cdw.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Celtra Inc | 545 Boylston Street | 11Th Flr | Boston, Ma 02116 | Cece@Celtra.Com | Email First Class Mail |
| Centurylink Communications, Llc | Dba Lumen Technologies Group | 100 Centurylink Dr | Monroe, La 71203 | | First Class Mail |
| Ceros Inc | Po Box 8127 | Carol Stream, Il 60197-8127 | | Billing@Ceros.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Charles Schwab | 3000 Schwab Way | Westlake, Tx 76262 | | | | First Class Mail |
| Chartbeat Inc | 826 Broadway | Flr 6 | New York, Ny 10003 | | Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Chili Piper Inc | 228 Park Ave S, Ste 78136 | New York, Ny 10003-1502 | | | Ar@Chilipiper.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Christian Connector | 2505 Foresight Cir. Unit A | Grand Junction, Co 81505 | | | | First Class Mail |
| Christian Connector (Catholic College) | 2505 Foresight Cir. Unit A | Grand Junction, Co 81505 | | | | First Class Mail |
| Citizens Bank (Merkle) | 3000 Town Ctr. Ste. 2100 | Southfield, Mi 48075 | | | | First Class Mail |
| Cloudessentials Ltd | 88 North Street | Hornchurch Essex | London, Rm11 1Sr | United Kingdom | Luke.Cottam@Essential.Co.Uk;<br>Holly.Lerchundiwillis@Cloudessentials.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Cloudflare, Inc. | 101 Townsend Street | San Francisco, Ca 94107 | | | Remittance@Cloudflare.Com | Email<br>First Class Mail |
| Coalfire Systems, Inc. | Dept 3754 | Po Box 123754 | Dallas, Tx 75312-3754 | | Remittance@Coalfire.Com;<br>Diana.Pitt@Coalfire.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| College Advisor (National Collegiate Scouting Association, Llc) | 1333 North Kingsbury Street, 4Th Floor | Chicago, Il 60642 | | | | First Class Mail |
| College Ave Student Loans | 233 N King St., Suite 400 | Wilmington, De 19801 | | | | First Class Mail |
| Columbia Southern University | 1982 University Lane | Orange Beach, Al 36561 | | | | First Class Mail |
| Concur Technologies, Inc. | 62117 Collections Center Dr | Chicago, Il 60693 | | | Remittance.Advices.Us@Sap.Com | Email<br>First Class Mail |
| Convogui Llc | 3270 Suntree Blvd | Suite 101 C | Melbourne, Fl 32940 | | | First Class Mail |
| Consumer Financial Protection Bureau | 1700 G Street, Nw | Washington, Dc 20552 | | | | First Class Mail |
| Coupa Software Inc | 950 Tower Ln Flr 20 | Foster City, Ca 94404 | | | Billing@Coupa.Com;<br>Ar@Coupa.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Cozyroc Llc | 4350 Lassiter At North Hills Ave, Ste 235 | Raleigh, Nc 27609 | | | | First Class Mail |
| Cp Roll Call | 1201 Pennsylvania Ave Nw | 6Th Flr | Washington, Dc 20004 | | Contracts@Cqrollcall.Com;<br>Contracts@Cq.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Crain Communications Inc | 29588 Network Place | Chicago, Il 60673-1295 | | | Ltucker@Crain.Com;<br>Credit@Crain.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Credible | 6945 Northpark Blvd, Suite L Dpt #6037 | Charlotte, Nc 28216 | | | Kmann@Crosslaw.Com | Email<br>First Class Mail |
| Credible Operations, Inc. | 6945 Northpark Blvd, Suite L Dpt #6037 | Charlotte, Nc 28216 | | | | First Class Mail |
| Cross & Simon, Llc | | | | | Kmann@Crosslaw.Com | Email |
| Crown Castle Fiber Llc | Po Box 28730 | New York, Ny 10087-8730 | | | | First Class Mail |
| Csc Corporate Domains Inc | P O Box 7410023 | Chicago, Il 60674 5023 | | | | First Class Mail |
| Csc Corporate Domains Inc. | Po Box 7410023 | Chicago, Il 60674-5023 | | | Payments@Cscglobal.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Datadome Solutions Inc | 524 Broadway 11Th Flr | New York, Ny 10012, Ny 10012 | | | Accounting@Datadome.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Dav (Crosby Marketing Communications) | 705 Melvin Avenue, Suite 200 | Annapolis, Md 21401 | | | | First Class Mail |
| Daymark Solutions Inc | 42 3Rd Ave | Burlington, Ma 01803 | | | Mchampagne@Daymarksi.Com;<br>Mchampagne@Daymarksi.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Dell Marketing Lp | C/O Dell Usa Lp | Po Box 802816 | Chicago, Il 60680-2816 | | Eric_J_White@Dell.Com;<br>Us_Wire/Ach_Remittance_Advice@Dell.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Delta Dental | 11155 International Drive | Rancho Cordova, Ca 95670 | | | | First Class Mail |
| Delta Dental Of Il | Po Box 804067 | Chicago, Il 60680-4067 | | | Mmartinez@Deltadentalil.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Deltek, Inc. | Po Box 715967 | Philadelphia, Pa 19171-5937 | | | Billinginquiry@Deltek.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Department Of Homeland Security | Citizenship And Immigration Services | 124 Leroy Road | Williston, Vt 05495 | | | First Class Mail |
| Department Of Homeland Security | Federal Law Enforcement Training Center | 1131 Chapel Crossing Rd | Glynco, Ga 31524 | | | First Class Mail |
| Department Of Interior | 381 Elden Street Suite 4000 | Herndon, Va 20170 | | | | First Class Mail |
| Department Of State | 1701 North Fort Myer Dr | Arlington, Va 22209 | | | | First Class Mail |
| Descartes Systems (Usa) Llc | 2030 Powers Ferry Road Se | Atlanta, Ga 30339-5066 | | | Accountsreceivable@Descartes.Com | Email<br>First Class Mail |
| Device42 Inc | 600 Saw Mill Rd | West Haven, Ct 06516 | | | Liza.Barry@Device42.Com;<br>Ashley.Taylor@Device42.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Discount Tire | 20225 N Scottsdale Road | Scottsdale, Az 85255 | | | | First Class Mail |
| Discover (Mindshare) | 175 Greenwich Street, 3 Wtc | New York, Ny 10007 | | | | First Class Mail |
| Douglas Manhattan Llc | 655 New York Ave Nw Ste 830 | Washington, Dc 20001 | | | Ssherman@Themarksoffices.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Drift.Com, Inc. | 222 Berkeley St Flr 6 | Boston, Ma 02116 | | | Ar@Drift.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Dtx Company | D/B/A Flowcode | Dtx Company | 45 Grand St | New York, Ny 10013 | Madeline@Flowcode.Com;<br>Madeline@Flowcode.Com;<br>Ar@Flowcode.Com;<br>Kathleen@Flowcode.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Duende Software, Inc. | 44 Montgomery St | Suite 3450 | San Francisco, Ca 94104 | | Contact@Duendesoftware.Com | Email<br>First Class Mail |
| Ebsco Industries Inc. | Attn: Payment Processing Center | Po Box 204661 | Dallas, Tx 75320-4661 | | Jkennedy@Ebsco.Com;<br>Paymentadvice@Ebsco.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Ebscolearning | 10 Estes Street | Ipswich, Ma 01938 | | | | First Class Mail |
| Eckert Seamans Cherin & Mellott, Llc | | | | | Tlettornuz@Eckertseamans.Com | Email |
| Eckert Seamans Cherin & Mellott, Llc | 10 Estes Street | Ipswich, Ma 01938 | | | Cperkins@Eckertseamans.Com | Email |
| Edvisors | 10000 W Charleston Blvd, St 200 | Las Vegas, Nv 89135 | | | | First Class Mail |
| Elastic Engineering | 155 Bovet Rd, Suite 400 | San Mateo, Ca 94402 | | | | First Class Mail |
| Elfi (Southeast Bank) | 12700 Kingston Pike | Farragut, Tx 37934 | | | | First Class Mail |
| Embrace Mobile Inc | 8569 Higuera St | Culver City, Ca 90232 | | | Eric@Embrace.Io;<br>Eric@Embrace.Io;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Empower Trust Company, Llc | 8515 E Orchard Rd | Suite 2T3 | Greenwood Village, Co 80111 | | | First Class Mail |
| Ephox Corporation | 2100 Geng Road | Suite 220 | Palo Alto, Ca 94303 | | Finance@Ephox.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Ephox Corporation | Dba Tiny Technologies, Inc. | 2100 Geng Road | Suite 220 | Palo Alto, Ca 94303 | Finance@Ephox.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Equinix Operating Co., Inc. | Ar | Po Box 736031 | Dallas, Tx 75373-6031 | | | First Class Mail |
| Equinix, Inc. | Ar | Po Box 736031 | Dallas, Tx 75373-6031 | | Remittance@Equinix.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Equinix, Inc. | Po Box 736031 | Dallas, Tx 75373-6031 | | | Remittance@Equinix.Com | Email<br>First Class Mail |
| Everlong Media Llc | 4025 Spencer St., Ste 103 | Torrance, Ca 90503 | | | Chad@Everlongmedia.Com | Email<br>First Class Mail |
| Excel Management Systems Inc | 691 N High Street | 2Nd Flr | Columbus, Oh 43215 | | Susan.Wood@Emsi.Com;<br>Accounting@Emsi.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Experian Information Solutions, Inc. | 475 Anton Blvd | Costa Mesa, Ca 92626 | | | | First Class Mail |
| Express Scripts | 1 Express Way | St. Louis, Mo 63166 | | | | First Class Mail |
| Factor Systems, Llc Dba Billtrust | Factor Systems Inc | 75 Remittance Drive | Chicago, Il 60675-1394 | | | First Class Mail |
| Factspring | Office 2 Flr S Twr A Bldg 9 | Dlf Cyber City Complex Phase Iii | Haryana Gurgaon, India 122002 | India | | First Class Mail |
| Federal Emergency Management Agency | 500 C Street Sw 3Rd Fl | Washington, Dc 20472 | | | | First Class Mail |
| Fidelity Security Life Insurance Company | Po Box 632530 | Cincinnati, Oh 45263-2530 | | | Nshumaker@Fyemed.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Figma, Inc | 760 Market St Flr 10 | San Francisco, Ca 94102 | | | Jbacks@Figma.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Finquery Llc | 3 Ravinia Dr Ne Ste P7 | Atlanta, Ga 30346 | | | Chris.Hannaford@Finquery.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Five9 Inc | 4000 Executive Pkwy Ste 400 | San Ramon, Ca 94583 | | | Scott.Meleski@Five9.Com;<br>Scott.Meleski@Five9.Com;<br>Billing@Five9.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Fivetran Inc | 405 14Th St Ste 1100 | Oakland, Ca 94612 | | | Ar@Fivetran.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Flyp Technologies Inc., Dba Uberflip | 325 Front St W 2Nd Fl | Toronto, On M5V2Y1 | Canada | | | First Class Mail |
| Forma Ai, Inc. | 1 Yonge St | Suite: 2000 | Toronto, On M5E 1E5 | Canada | | First Class Mail |
| Franchise Qualification Plus | 7260 W Azure Dr | Las Vegas, Nv 89130 | | | Tom@Franchisequalificationplus.Com | Email<br>First Class Mail |
| Gainbridge (Mile Marker) | 250 West 30Th Street, 8Th Floor | New York, Ny 10001 | | | | First Class Mail |
| General Services Administration (Gsa) | 1800 F St Nw | Washington, Dc 20405 | | | | First Class Mail |
| Getty Images (Us), Inc. | Po Box 953604 | St Louis, Mo 63195 | | | Arprocessing@Gettyimages.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Google Llc | Dept. 33654 | Po Box 39000 | San Francisco, Ca 94139 | | Collections@Google.Com;<br>Remittance-Request@Google.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Google Llc -Usd | 1600 Amphitheatre Parkway | Mountain View, Ca 94043 | | | | First Class Mail |
| Groupm B.V. | Amsteldijk 166 | Amsterdam, Nl 079 Lh | Netherlands | | Debbnsuren@Groupm.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Growthbook Inc | 1950 W Corporate Way, Ste 34560 | Anaheim, Ca 92801 | | ivan@Growthbook.Io; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Gtt Americas Llc | Po Box 842630 | Dallas, Tx 75284-2630 | | Billing@Gtt.Net | Email First Class Mail |
| Hays Information Technology S.R.O. | Na Florenci 2116/15 | Prague, 110 00 | Czechia | | First Class Mail |
| Herodevs, Inc. | 8850 S 700 E Ste 2437 | Sandy, Ut 84070 | | Ar@Herodevs.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| High School Counselor Marketing | Po Box 270071 | West Hartford, Ct 06127 | | Glen@Highschoolcounselorconnect.Com | Email First Class Mail |
| Holland & Knight Llp | | | | Chris.Bailey@Hklaw.Com | Email |
| Hotjar Ltd. | Dragonara Bus Centre | 5Th Flr Dragonara Rd | Paceville, Mt Stj 3141 | Malta | Accounts@Hotjar.Com | Email First Class Mail |
| Hr | 4208 Six Forks Rd, Suite 1700 | Raleigh, Nc 27609 | | | First Class Mail |
| Hub Technology Group | 1636 Great Plain Ave | Needham, Ma 02492 | | | First Class Mail |
| Hub Technology Group Llc | 1636 Great Plain Ave | Needham, Ma 02492 | | | First Class Mail |
| Hugtrade Business Group Inc | Po Box 21774 | New York, Ny 10087-1774 | | Pcantore@Hugtradebusiness.Com; Arremit@Hugtradebusiness.Com | Email First Class Mail |
| Ikokas Technologies Private Ltd | 1917/19 Govindpuri Extension | Kalkaji, New Delhi 110019 | India | Parvinder@Ikokas.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Ikokas Technologies Pte Ltd | Unitech Business Zone | Golf Course Extension Road | Haryana | India | | First Class Mail |
| Infor (Us), Inc. | Nw 7418 | Po Box 1450 | Minneapolis, Mn 55485-7418 | Infor.Collections@Infor.Com | Email First Class Mail |
| Informatica Llc | Po Box 743389 | Los Angeles, Ca 90074-1089 | | | First Class Mail |
| Infosec Institute Inc | Cengage Learning Inc Dba | Po Box 936743 | Atlanta, Ga 31193-6743 | Natalie.Schoenfield@Cengage.Com; Infosec.Ar@Cengage.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Interactive Marketing Solutions, Corp. | 1177 Summer St. | Stamford, Ct 06905 | | Solutions@Ims-Dm.Com; Frigesa@Ims-Dm.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Intercept Interactive Inc. D/B/A/ Undertone | One World Trade Center, 77Th Floor, Suite A | New York, Ny 10007 | | | First Class Mail |
| Intocareers (University Of Oregon) | 5258 University Of Oregon | Eugene, Or 97403-5258 | | | First Class Mail |
| Iron Mountain | Po Box 27128 | New York, Ny 10087-7128 | | Arefiremit@Ironmountain.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Iron Mountain Data Centers, Llc | 615 N. 48Th Street | Phoenix, Az 85008 | | | First Class Mail |
| Ironsmith Media | 1612 Upas Street | San Diego, Ca 92103 | | | First Class Mail |
| Iterable, Inc. | 2261 Market Street Ste 5212 | San Francisco, Ca 94114 | | Finance@Iterable.Com | Email First Class Mail |
| J. Frank Associates Llc | 622 Third Avenue | New York, Ny 10017 | | | First Class Mail |
| Jacey Eckhart Live | Address Redacted | | | Email Redacted | Email First Class Mail |
| Jetbrains Americas Inc | 989 East Hillsdale Blvd | Ste 200 | Foster City, Ca 94404 | Billing.Us@Jetbrains.Com; Billing.Us@Jetbrains.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Jfrog Inc. | 270 E Caribbean Dr | Sunnyvale, Ca 94089 | | Ar@Jfrog.Com | Email First Class Mail |
| Jfrog Inc. | Dept Lo 24906 | Pasadena, Ca 91185-4906 | | Talin@Jfrog.Com; Ar@Jfrog.Com | Email First Class Mail |
| Jobcase, Inc. | 201 Broadway St Ste 7 | Cambridge, Ma 02139 | | Finance@Jobcase.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Jobverse, Inc. | 5106 Maryland Way Ste 209 | Brentwood, Tn 37027 | | Kevin@Oneredcent.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Joveo | 101 Jefferson Drive | Floor 1 | Menlo Park, Ca 94025 | | First Class Mail |
| Junto Company Ltd, The | 4 Victorian Gate Way | Ste 306 | Columbus, Oh 43215 | Jmermis@Juntocompany.Com | Email First Class Mail |
| Kaplan (Bluejacketeer) | 1515 West Cypress Creek Road | Fort Lauderdale, Fl 33309 | | Email Redacted | Email First Class Mail |
| Kate Horrell | Address Redacted | | | | First Class Mail |
| Kime, Patricia N | Address Redacted | | | Email Redacted | Email First Class Mail |
| Knime Inc. | 10900 Stonelake Blvd | Quarry Oaks 2, Suite 150 | Austin, Tx 78759 | Catalina.Solar@Knime.Com | Email First Class Mail |
| Kombo Technologies Gmbh | Lohmuhlenstr 65 | Berlin, 12435 | Germany | Fabi@Kombo.Dev; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Kotarra Consulting | 10212 Shining Willow Dr | Rockville, Md 20850 | | Tkossari@Kotaracon.Com; Tkossari@Kotaracon.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Kyriba Corp. | Po Box 207796 | Dallas, Tx 75320 | | Ewiseman@Metlife.Com | Email First Class Mail |
| Lending Tree | 1415 Vantage Park Drive, Suite 700 | Charlotte,  Nc  28203 | | | First Class Mail |
| Lida Citroen | Address Redacted | | | Email Redacted | Email First Class Mail |
| Lincoln Financial Services | 1021 E Lincolnway Ste 7607 | Cheyenne, Wy 82001 | | Accounting@Shiftclicks.Com; Accounting@Shiftclicks.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Linksoft Technologies A.S. | Radlicka 14 | Prague, 150 00 | Czechia | | First Class Mail |
| Litmos Us, L.P. | Po Box 735297 | Chicago, Il 60673 5297 | | Accountsreceivable@Litmos.Com | Email First Class Mail |
| Litmus Software, Inc. | Po Box 360628 | Pittsburgh, Pa 15251-6628 | | Billing@Litmus.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Locklion | 444 W 47Th St. Suite 900 | Kansas City, Mo 64112 | | | First Class Mail |
| Lumino Health | 1 York St | Toronto, On M5J 0B6 | Canada | | First Class Mail |
| Machsi Consulting Group Llc | 1 Wildwood Gdns | Port Washington, Ny 11050-2308 | | | First Class Mail |
| Margolis Edelstein | | | | Jhuggett@Margolisedelstein.Com | Email First Class Mail |
| Martin'S Point Healthcare Center (Sonar Digital) | 35 Pleasant Street | Portland, Me 04101 | | | First Class Mail |
| Mento Inc. | Attn: Paula Capps | Po Box 1246 Lenox Hill Station | New York, Ny 10021 | Paulacs@Mentsoftware.Com; Sharonsc@Mentsoftware.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Merlin International, Inc. | 8330 Boone Blvd, 8Th Floor | Vienna, Va 22182 | | | First Class Mail |
| Messagebird Usa, Inc. | 1621 Bay Road | Miami Beach, Fl 33139 | | | First Class Mail |
| Meta Platforms Inc | 15161 Collections Center Drive | Chicago, Il 60693 | | Ar@Meta.Com; Payment@Meta.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Microsoft Corporation | Lb 842467 Microsoft Licensing | 1950 N Stemmons Fwy Ste 5010 | Dallas, Tx 75207 | Mscredit@Microsoft.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Microsoft Corporation | P.O. Box 847543 | 1950 N Stemmons Fwy | Dallas, Tx 75207 | Adbill@Microsoft.Com | Email First Class Mail |
| Microsoft Online Inc | Po Box 847543 | Dallas, Tx 75284-7543 | | Atlassi@Microsoft.Com; Adbill@Microsoft.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Monday.Com | 6 Yitzhak Sadeh St | Tel Aviv,  6777506 | Israel | | First Class Mail |
| Money Group, Llc | Metro Office Park Bldg 7, Calle 1 Suite 204 | Guaynabo, Pr 00968 | | | First Class Mail |
| Morning Consult Llc | 1025 F St Nw, Suite 800 | Washington, Dc 20004 | | | First Class Mail |
| Mullenlowe U.S., Inc. | Po Box 74008224 | Chicago, Il 60674-8224 | | Jackie.Cordero@Mullenlowe.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Murdock, Scott | Address Redacted | | | Email Redacted | Email First Class Mail |
| Natek Czech Republic S.R.O. | Rohanské Nábřeží 678/29 | Prague, 186 00 | Czechia | | First Class Mail |
| National Association Of State Workforce Agencies | Attn Accounting | 444 N Capitol St, Ste 300 | Washington, Dc 20001 | Gluellen@Naswa.Org; Accounting@Naswa.Org; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| National Institute Of Standards And Technology (Nist) | 100 Bureau Drive Ms 1090 | Gaithersburg, Md 20899 | | | First Class Mail |
| Navy Exchange Service Command | 3280 Virginia Beach Blvd | Virginia Beach, Va 23452 | | | First Class Mail |
| Navy Federal Credit Union | Po Box 542008 | Omaha, Ne 68154 | | | First Class Mail |
| Navy Federal Credit Union (Clyde) | 1152 15Th St Nw #650 | Washington, Dc 20005 | | | First Class Mail |
| Navy Mutual Aid Association | 29 Carpenter Rd | Arlington, Va 22204 | | | First Class Mail |
| Netserv Applications | 2855 Abbeystates Court | Alpharetta, Ga 30005 | | | First Class Mail |
| Neuroslm Tms Centers (Kosher Share) | 6230 Warner Drive | Los Angeles, Ca 90048 | | | First Class Mail |
| Neustar Ip Intelligence Inc | A Transunion Co - Bofa | Po 277833 | Atlanta, Ga 30384-7833 | Remittance@Team.Neustar; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Niche | 5830 Ellsworth Avenue, Suite 101 | Pittsburgh, Pa 15232 | | | First Class Mail |
| Nintex Usa, Inc. | 411 108Th Avenue Ne | Suite 600 | Bellevue, Wa 98004 | | First Class Mail |
| Nomtek Sp.Z O.O | Swidnicka 22/12 | Wroclaw, 50-068 | Poland | K.Choma@Nomtek.Com | Email First Class Mail |
| Northern Virginia Technology Council | Nvtc | 1069 W Broad St, Ste 743 | Falls Church, Va 22046 | Nhedrick@Nvtc.Org; Ckraft@Nvtc.Org; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Nye, David Logan | Address Redacted | | | Email Redacted | Email First Class Mail |
| Ox Development, Inc. | 3340 Peachtree Rd. Ste 1660 | Atlanta, Ga 30326 | | | First Class Mail |
| Office Of Financial Readiness (Aptive Resources) | 110N Royal St., Suite #400 | Alexandria, Va 22314 | | | First Class Mail |
| Oh, Jenny | Address Redacted | | | Email Redacted | Email First Class Mail |
| Okta Inc | Po Box 743620 | Los Angeles, Ca 90074-3620 | | Ar@Okta.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Oncore Digital | 9 Thornewood Rd. | Armonk, Ny 10504 | | | First Class Mail |
| Onesignal Inc. | 2850 S Delaware St Ste 201 | San Mateo, Ca 94403 | | Matt@Onesignal.Com; Ar@Onesignal.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Onetrust Llc | P. O. Box 735381 | Chicago, Il 60673 5381 | | | Bfeldman@Onetrust.Com | Email First Class Mail |
| Onix Networking Corp | Po Box 74184 | Cleveland, Oh 44194-0002 | | | Zack@Onixnet.Com; Arpayments@Onixnet.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Onseen Marketing Inc | 257 Champion Ct | Destin, Fl 32541 | | | Anita.Smith@Onseen.Com; Randy.Smith@Onseen.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Open Ai Llc | 548 Market St Pmb 97273 | San Francisco, Ca 94104-5401 | | | Ar@Openai.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Oracle America Inc | Po Box 203448 | Dallas, Tx 75320-3448 | | | Delphine.Ouriaire@Oracle.Com; Cash-Appsin_We@Oracle.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Original Grain Watches | 404 14Th Street | San Diego, Ca 92101 | | | | First Class Mail |
| Owncompany, Inc. | 940 Sylvan Ave | Englewood Cliffs, Nj 07632 | | | Robert.Marin@Owndata.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Pagerduty | Po Box 123817 | Dallas, Tx 75312-3817 | | | Sales@Pagerduty.Com; Accountsreceivable@Pagerduty.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Pagerduty Inc | Dept 3817 | Po Box 123817 | Dallas, Tx 75312-3817 | | Sales@Pagerduty.Com; Accountsreceivable@Pagerduty.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Penn State University | 101 Procurement Services Building | University Park, Pa 16802 | | | | First Class Mail |
| People.Ai | 548 Market Street | No 58279 | San Francisco, Ca 94104 | | | First Class Mail |
| Perforce Software Inc. | Po Box 742263 | Los Angeles, Ca 90074-2263 | | | Mdellecave@Perforce.Com; Finance@Perforce.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Performance Assessment Network Inc | 11590 N Meridian Street | Ste 200 | Carmel, In 46032 | | Pphillips@Panpowered.Com; Pphillips@Panpowered.Com | Email First Class Mail |
| Pinnacle Technology Partners Inc | 83 Morse Street | Unit 6B | Norwood, Ma 02062 | | Smelesiik@Pinnacletechpartners.Com; Accounting@Ptp.Cloud; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Placements, Inc. | 506 2Nd Ave | Suite 1825 | Seattle, Wa 98104 | | Evanb@Placements.Io; Ar@Placements.Io; Evanb@Placements.Io; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Precisely Software Incorporated | Po Box 911304 | Dallas, Tx 75391-1304 | | | Accountsreceivable@Precisely.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Presidio Networked Solutions Llc | P.O. Box 822169 | Philadelphia, Pa 19182 2169 | | | | Email First Class Mail |
| Progress Software Corporation | Po Box 84-5828 | Boston, Ma 02284 5828 | | | Accountsreceivable@Progress.Com | Email First Class Mail |
| Prosoft Dba Number8 | Po Box 772353 | Detroit, Mi 48277 | | | Justin@Number8.Com | Email First Class Mail |
| Publish Press | 6635 Pirate Perch Trail | Lakewood Ranch, Fl 34202 | | | | First Class Mail |
| Quality Technology Services | Po Box 74604 | Cleveland, Oh 44194-4487 | | | Billing@Qualitytech.Com | Email First Class Mail |
| Quest Software Inc | Po Box 731381 | Dallas, Tx 75373-1381 | | | Ashley.Vance@Quest.Com; Accountsreceivable@Quest.Com | Email First Class Mail |
| Quirk Creative Llc | 55 Broadway 3Rd Flr | New York, Ny 10006 | | | Meryll@Quirkcreative.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Quoteward.Com (Lending Tree) | 11115 Rushmore Drive | Charlotte, Nc 28277 | | | | First Class Mail |
| Rackspace Us Inc | 1 Fanatical Place | City Of Windcrest | San Antonio, Tx 78218 | | Irene.All@Rackspace.Com | Email First Class Mail |
| Rackspace Us Inc | 1 Fanatical Place | City Of Windcrest | San Antonio, Tx 78218 | | Irene.All@Rackspace.Com | Email First Class Mail |
| Randstad North America Inc | 3625 Cumberland Blvd Ste 500 | Atlanta, Ga 30339 | | | Anand.Thakkar@Randstadusa.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Randstad Nv | Dienemmere 25 | 1112 Tc Diemen | Diemen | Netherlands | | First Class Mail |
| Randstad Pty Ltd | Level 9, 83 Clarence St | Sydney, Nsw 2000 | Australia | | Bianca.Bowden@Randstad.Com.Au; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Randstad Riesmart | Po Box 74008804 | Chicago, Il 60674-8804 | | | Cmeeler@Riesmart.Com; Billingteam@Riesmart.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Rapid7 Llc | Lock Box | Po Box 347377 | Pittsburgh, Pa 15251-4377 | | Kevin_Bresnahan@Rapid7.Com; Ar@Rapid7.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Rapid7 Llc | Po Box 347377 | Pittsburgh, Pa 15251-4377 | | | Kevin_Bresnahan@Rapid7.Com; Ar@Rapid7.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Recruitics Inc | Po Box 21425 | New York, Ny 10087 1425 | | | Billing@Recruitics.Com | Email First Class Mail |
| Red Cedar Tg-Mte Llc | 2115 Stephens Place Ste 310 | New Braunfels, Tx 78130 | | | Bud.Cold@Mteauthority.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Regus | Po Box 842456 | Dallas, Tx 75284-2456 | | | | Email First Class Mail |
| Ripple It | 1345 Seaboard Industrial Blvd Nw | Atlanta, Ga 30318 | | | | First Class Mail |
| Saasee Llc | 3276 Las Vegas Blvd S Unit 307 | Las Vegas, Nv 89158 | | | Eric@Avoqua.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Sage Services Llc | Po Box 985 | Summerfield, Nc 27358 | | | Lace@Miimo.Co; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Salesforce, Inc. | P.O. Box 203141 | Dallas, Tx 75320-3141 | | | | First Class Mail |
| Salesforce, Inc. | P.O. Box 203141 | Dallas, Tx 75320-3141 | | | | First Class Mail |
| Salliemae Bank | 300 Continental Drive | Newark, De 19713 | | | | First Class Mail |
| Salliemae Education Services, Llc. | 300 Continental Drive | Newark, De 19713 | | | | First Class Mail |
| Sap America, Inc. | Po Box 734595 | Chicago, Il 60673 4595 | | | Finance@Sap.Com | Email First Class Mail |
| Saxonica Ltd | 37 St Peter'S Avenue | , Be Rg4 7Dh | United Kingdom | | Ankita@Saxonica.Com | Email First Class Mail |
| Scaleout Software Inc | 12725 Sw Millikan Way  Ste 270 | Beaverton, Or 97005 | | | Danm@Scaleoutsoftware.Com; Accounting@Scaleoutsoftware.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Scholarship Owl (Scholarship Application Services) | 831 N Tatnell Street, Suite M #226 | Wilmington, De 19801 | | | | First Class Mail |
| Scholarships 360 | 510 Meadowmont Village | Chapel Hill, Nc 27517 | | | | First Class Mail |
| Screamingfrog | Century House, Wargrave Road, Henley-On-Thames | Oxfordshire, Rg9 2Lz | United Kingdom | | | First Class Mail |
| Secureit Consulting Group Inc | 12110 Sunset Hills Rd | #600 | Reston, Va 20190 | | Accounting@Secureit.Com; Accounting@Secureit.Com | Email First Class Mail |
| Secureit Consulting Group Inc | 12110 Sunset Hills Rd | #600 | Reston, Va 20190 | | Accounting@Secureit.Com | Email First Class Mail |
| Semrush, Inc. | 800 Boylston St Ste 2475 | Boston, Ma 02199 | | | Tim.Sharbie@Semrush.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Serifit Inc | P.O. Box 74008769 | Chicago, Il 60674-8769 | | | Accounting@Serifit.Com | Email First Class Mail |
| Service Credit Union | 3003 Lafayette Road | Portsmouth, Nh 03801 | | | | First Class Mail |
| Seyfarth Shaw Llp | 3807 Collections Center Dr | Chicago, Il 60693 | | | Wirepayment@Seyfarth.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Shared Services Leadership Coalition | 7918 Jones Branch Dr Ste 400 | Mclean, Va 22102 | | | Johnmarshall@Sharedservicesnow.Org; Johnmarshall@Sharedservicesnow.Org; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Shi International Corp | Po Box 952121 | Dallas, Tx 75395-2121 | | | Sam_Brodsky@Shi.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Sift Science Inc | 525 Market St 6Th Flr | San Francisco, Ca 94105 | | | Ar@Siftscience.Com; Abaicher@Siftscience.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Skilful Communications Inc | Po Box 21975 | New York, Ny 10087-1975 | | | Abbey@Biginterview.Com; Abbey@Biginterview.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Smithsonian Institute | 380 Herndon Parkway | Herndon, Va 20170 | | | | First Class Mail |
| Social Finance | 2750 E Cottonwood Parkway | Cottonwood Heights, Ut 84121 | | | | First Class Mail |
| Sofi Technology | 234 1St Street | San Francisco, Ca 94105 | | | | First Class Mail |
| Solarwinds Net Inc | Po Box 730720 | Dallas, Tx 75373-0720 | | | Customerservice@Solarwinds.Com; Accountsreceivable@Solarwinds.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Soliant Holdings, Llc | 5550-A Peachtree Parkway, Suite 300 | Norcross, Ga 30092 | | | Emma@Soliloquie.Co; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Soliloquie Llc (Emma Smith) | 2017 Creekland View Blvd | Nashville, Tn 37207 | | | Emma@Soliloquie.Co; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Solo.Io Inc | 222 Third St Ste 3300 | Cambridge, Ma 02142 | | | Ap@Solo.Io; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Sonatype, Inc | Po Box 22697 | New York, Ny 10087-2697 | | | Accounting@Sonatype.Com; Accounting@Sonatype.Com | Email First Class Mail |
| Sonarsource Sa | Po Box 765 | Geneva 15, Ch 1215 | Switzerland | | Michael.Edwards@Sonarsource.Com; Accounts.Receivable@Sonarsource.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Splunk, Inc. | 3098 Olsen Dr | San Jose, Ca 95128 | | | | Email First Class Mail |
| Spytalk Llc | Po Box 5583 | Washington, Dc 20016 | | | Spytalk@Me.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| State Of Ohio Department Of Administrative Services | 4200 Surface Road | Columbus, Oh 43228 | | | | First Class Mail |
| State Of Ohio Office Of Information Technology | 4200 Surface Road | Columbus, Oh 43228 | | | | First Class Mail |
| Stew Smith | Address Redacted | | | | Email Redacted | Email |
| Sullivan Hazeltine Allinson Llc | Address Redacted | | | | Whazeltine@Sha-Llc.Com | Email |
| Summit Pc Associates Spe, Llc | 1340 Peachtree Rd. Ste 1660 | Atlanta, Ga 30326 | | | | First Class Mail |

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Sun Life Assurance Company Of Canada | 227 King Street South | Waterloo, On N2J 4C5 | Canada | | First Class Mail |
| Surveymonkey Inc | 32330 Collections Center Dr | Chicago, Il 60693-2330 | | Taimurg@Surveymonkey.Com; Invoicing@Surveymonkey.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Systeum S.R.O. | Ohlanska 2643/1A | Prague, 130 00 | Czechia | | First Class Mail |
| Talent.Com Inc | Po Box 95729 | Chicago, Il 60694-5729 | | Payment@Talent.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Talentneuron Llc | 590 Madison Ave 40Th Fl | New York, Ny 10022 | | Finance@Talentneuron.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Tatros Inc. | Po Box 201342 | Dallas, Tx 75320-1342 | | Accountspayable@Tatros.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Tata Consultancy Services Limited | Po Box 74007582 | Chicago, Il 60674-7582 | | Atul.Tayal@Tcs.Com; Us.Ar@Tcs.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Tegus, Inc. | 200 N. Lasalle Street, Suite 1100 & 1200 | Chicago, Il 60601 | | | First Class Mail |
| Tempositions, Inc., Essey, Llc, Essey Holdings, Llc, | Essey Group, Llc And Sp Payroll Processing, | 420 Lexington Avenue, 21St Floor | New York, Ny 10170 | | First Class Mail |
| Teetkernel Demo | 200 N La Salle | Suite 1100 | Chicago, Il 60601 | Liebregts@Teetkernel.Nl | Email First Class Mail |
| Teetkernel Us Llc | C/O Neal, Gerber & Eisenberg Llp | 2 N Lasalle St Ste 1700 | Chicago, Il 60602 | Orders@Teetkernel.Com | Email First Class Mail |
| Teetkernel Us Llc, | C/O Neal, Gerber & Eisenberg Llp | 2 N Lasalle St Ste 1700 | Chicago, Il 60602 | Orders@Teetkernel.Com | Email First Class Mail |
| The Magnocci Law Firm P.C. | 217 Emmett Drive | Niceville, Fl 32578 | | Mmagnocci@Magnoccilaw.Com | Email First Class Mail |
| The Merge, Llc | 217 Emmett Drive | Niceville, Fl 32578 | | | First Class Mail |
| The Morning Consult Llc | 1025 F St Nw Suite 800 | Washington, Dc 20004 | | | First Class Mail |
| Tmg B280 Greensboro, L.L.C. | C/O The Rreef Funds | B280 Greensboro Drive, Suite 550 | Mclean, Va 22102 | | First Class Mail |
| Tractor Supply Company (Merkley & Partners) | 200 Varick Street | New York, Ny | | | First Class Mail |
| Translations.Com, Inc. | 3 Park Avenue | 39Th Floor | New York, Ny 10016 | | First Class Mail |
| Transperfect Translations International Inc | 1250 Broadway 32Nd Flr | New York, Ny 10001 | | Jbartlett@Transperfect.Com; Ar@Transperfect.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Transportation Security Administration | 6595 Springfield Center Dr | Springfield, Va 20598 | | | First Class Mail |
| Tribune Content Agency | 15158 Collections Center Dr | Chicago, Il 60693 | | Rdrchantal@Tribpub.Com; Soccash-Tribadv@Medianewsgroup.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Trintech Inc. | Po Box 734950 | Dallas, Tx 75373-4950 | | Finance@Trintech.Com; Finance@Trintech.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Tripwire Inc | 29039 Network Place | Chicago, Il 60673-1290 | | Mary.Gomoll@Fortra.Com; Ar@Tripwire.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Trustarc Inc | 835 Market St Ste 800 Box 137 | San Francisco, Ca 94103 | | Ar@Trustarc.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Twilio, Inc. | Sendgrid | Po Box 735926 | Dallas, Tx 75373 | Ar@Twilio.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| U.S Secret Service (Usss) | 245 Murray Lane Sw | Washington, Dc 20223 | | | First Class Mail |
| U.S. Department Of Agriculture (Usda) | 301 S. Howes St, Suite 321 | Fort Collins, Co 80521 | | | First Class Mail |
| U.S. Government Publishing Office (Gpo) | 732 North Capitol St Nw | Washington, Dc 20401 | | | First Class Mail |
| Unanet | 22970 Indian Creek Dr | Ste 200 | Dulles, Va 20166 | Clcska@Unanet.Com; Finance@Unanet.Com | Email First Class Mail |
| Unitas Global Inc | 910 West Van Buren St Ste 605 | Chicago, Il 60607 | | Billing@Unitasglobal.Com; Billing@Unitasglobal.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| United Healthcare | 9700 Health Care Ln | Hopkins, Mn 55343 | | | First Class Mail |
| United Healthcare | 9700 Health Care Ln | Hopkins, Mn 55343 | | | First Class Mail |
| United States Coast Guard | 1430 Kristina Way Ste A | Chesapeake, Va 23326 | | | First Class Mail |
| United States Marine Corp (Wunderman Thompson, Llc) | 505 N Angier Ave Ne 5Th Floor | Atlanta, Ga 30308 | | | First Class Mail |
| United States Navy (Wavemaker) - Fastweb | 175 Greenwich St, | New York, Ny 10007 | | | First Class Mail |
| United States Navy (Wavemaker) - Military | 175 Greenwich St, | New York, Ny 10007 | | | First Class Mail |
| University Of Cincinnati | 2600 Clifton Avenue | Cincinnati, Oh 45221 | | | First Class Mail |
| Us Aviation Academy | 4850 Spartan Dr | Denton, Tx 76207 | | | First Class Mail |
| Usaa | 375 Hudson Street Attn: Mailroom | New York, Ny 10014 | | | First Class Mail |
| Usertesting Technologies, Inc. | Po Box 103643 | Pasadena, Ca 91189-3643 | | Accounting@Usertesting.Com; Arteam@Usertesting.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Validity Inc | 100 Summer St Ste 2900 | Boston, Ma 02110 | | Lynda.Mcnally@Validity.Com; Ar@Validity.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Vantage Learning Usa Llc | 6805 Route 202 | New Hope, Pa 18938 | | Smiao@Email.Vantage.Com; Smiao@Email.Vantage.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Velaro Inc | 1234 N La Brea Ave Ste 508 | West Hollywood, Ca 90038 | | Billing@Velaro.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Verinext Corp | 510 Township Line Rd Ste 120 | Blue Bell, Pa 19422 | | Ar@Verinext.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Verinext Corp | 510 Township Line Rd Ste 120 | Blue Bell, Pa 19422 | | Ar@Verinext.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Verinext Corp (Successor In Interest To Fortyeight3Fifty Labs, Llc) | 510 Township Line Rd Ste 120 | Blue Bell, Pa 19422 | | Ar@Verinext.Com | Email First Class Mail |
| Verint Systems, Inc. | P.O. Box 978702 | Dallas, Tx 75397-8702 | | Helen.Nero@Verint.Com | Email First Class Mail |
| Verizon Business | Po Box 15043 | Albany, Ny 12212-5044 | | Vz.Emitt.Wire@Verizon.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Verizon Deutschland Gmbh | Po Box 15043 | Albany, Ny 12212-5044 | | Vz.Emitt.Wire@Verizon.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Verizon France | Po Box 15043 | Albany, Ny 12212-5044 | | Vz.Emitt.Wire@Verizon.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Vicki Salemi Media Llc | 2110 W Slaughter Lane Ste 107 | Austin, Tx 78748 | | Vicki@Vickisalemi.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Victor Insurance Managers Inc. | 7700 Wisconsin Ave | Suite 400 | Bethesda, Md 20814 | | First Class Mail |
| Volkmann, Michelle | Address Redacted | | | Email Redacted | Email First Class Mail |
| Walker Caitlin | Address Redacted | | | Email Redacted | Email First Class Mail |
| Ward & Berry Pllc | 1751 Pinnacle Dr Ste 900 | Tysons, Va 22102 | | Kerry@Wardberry.Com | Email First Class Mail |
| Washington State Employment Security Department | 212 Maple Park Avenue Se | Olympia, Wa 98507 | | | First Class Mail |
| Wayspire, Llc | 1541 Airport Dr | Tallahassee, Fl 32304 | | Lucas@Wayspire.Com; Lucas@Wayspire.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Wells Fargo Financial Leasing, Inc. | Po Box 650016 | Dallas, Tx 75265-0016 | | India.Echols@Leasingconnection.Com; Cashteam@Leasingconnection.Com | Email First Class Mail |
| Western Governors University | 4001 S 700 E, Suite 700 | Salt Lake City, Ut 84107 | | | First Class Mail |
| White And Williams Llp | | | | Ingrassam@Whiteandwilliams.Com | Email First Class Mail |
| Winmo, Llc | Po Box 117638 | Atlanta, Ga 30368-7638 | | Accounting@Winmo.Com; Accounting@Winmo.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Wolf Mattress (Bluebell) | 4 Thompson Rd | East Windsor, Ct 06088 | | | First Class Mail |
| Work4 Labs, Inc. | 990 Biscayne Blvd | Office 701 | Miami, Fl 33132 | Accounts@Adzuna.Com | Email First Class Mail |
| Workday, Inc. | Po Box 886106 | Los Angeles, Ca 90088-6106 | | Accounts.Receivable@Workday.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Workday, Inc. | Po Box 886106 | Los Angeles, Ca 90088-6106 | | Accounts.Receivable@Workday.Com | Email First Class Mail |
| Wp Engine, Inc. | Po Box 734427 | Dallas, Tx 75373-4427 | | Ar@Wpengine.Com; Ar@Wpengine.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Wso2 Llc | Po Box 201390 | Dallas, Tx 75320-1390 | | Dnlban@Wso2.Com; Dnlban@Wso2.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Xactly Corporation | Dept Ch 16399 | Palatine, Il 60055-6399 | | Avorder@Xactlycorp.Com; Ar@Xactlycorp.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Xandr Inc. | Dept Ch 19467 | Palatine, Il 60055-9467 | | Bryan.Eisenberg@Xandr.Com; Xandr_Cashmanagement@Microsoft.Com; Billing@Xandr.Com; Accountspayable@Monsterworldwide.Com | Email First Class Mail |
| Ypl 200 N. Lasalle, Llc | 21700 Oxnard St., 8Th Fl | Woodland Hills, Ca 91367 | | | First Class Mail |
| Zayo Group Llc | P.O Box 785876 | Philadelphia, Pa 19178-5876 | | Na | Email First Class Mail |
| Zcroo Corp | Rezocore | C/O Gerrit Hall | 792 Highland View Lane | Camano, Wa 98282 | Accountspayable@Monsterworldwide.Com | Email First Class Mail |

**Exhibit A**
Service List

| Name | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Zendesk Inc | Po Box 734287 | Chicago, Il 60673-4287 | | | Ar@Zendesk.Com;<br>Ar@Zendesk.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Zeplin Inc. | 832 Sansome St 3Rd Flr | San Francisco, Ca 94111 | | | Support@Zeplin.Io;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Zip Recruiter | 604 Arizona Avenue | Santa Monica, Ca 90401 | | | Billing@Ziprecruiter.Com | Email<br>First Class Mail |
| Zoom Video Communications Inc | 55 Almaden Blvd 6Th Flr | San Jose, Ca 95113 | | | Finance@Zoom.Us;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Zoom Video Communications Inc. | 55 Almaden Blvd | 6Th Floor | San Jose, Ca 95113 | | | First Class Mail |
| Zoominfo, Inc. | 100 Pine Street | Suite 1250 | San Francisco, Ca 94111 | | Billing@Zoominforth.Com | Email<br>First Class Mail |
| Zoominfo Technologies | 805 Broadway St Ste 900 | Vancouver, Wa 98660 | | | Alex.Lazerowich@Zoominfo.Com;<br>Alex.Lazerowich@Zoominfo.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Zuora, Inc. | 101 Redwood Shores Pkwy | Redwood City, Ca 94065 | | | Ar@Zuora.Com;<br>Ar@Zuora.Com;<br>Accountspayable@Monsterworldwide.Com | Email<br>First Class Mail |
| Zuora, Inc. | 101 Redwood Shores Pkwy | Redwood City, Ca 94065 | | | | First Class Mail |

44,751 PARTIES WERE SERVED VIA EMAIL. THE NAMES AND EMAIL ADDRESSES OF THESE PARTIES ARE NOT STATED TO MAINTAIN CONFIDENTIALITY.