IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>                       Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATE OF NO OBJECTION REGARDING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF ZEN JV, LLC, *ET AL.*, FOR ENTRY OF AN ORDER AUTHORIZING AND APPROVING THE EMPLOYMENT AND RETENTION OF M3 ADVISORY PARTNERS, LP AS FINANCIAL ADVISOR EFFECTIVE AS OF JULY 2, 2025**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of the Official Committee of Unsecured Creditors of Zen JV, LLC, Et Al., for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of July 2, 2025* [D.I. No. 204] (the "Application") filed on July 23, 2025 with the United States Bankruptcy Court for the District of Delaware (the "Court").

The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Objections to the Application were to be filed and served no later than August 6, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

The Objection Deadline has passed and no objections appear on the docket or were served upon the undersigned proposed counsel. It is hereby respectfully requested that the proposed order attached to the Application be entered at the convenience of the Court.

Dated: August 7, 2025
Wilmington, Delaware

          **COLE SCHOTZ P.C.**
          */s/ Justin R. Alberto*
          Justin R. Alberto (No. 5126)
          Melissa M. Hartlipp (No. 7063)
          Elazar A. Kosman (No. 7077)
          500 Delaware Avenue, Suite 600
          Wilmington, Delaware 19801
          Telephone: (302) 652-3131
          jalberto@coleschotz.com
          mhartlipp@coleschotz.com
          ekosman@coleschotz.com

          -and-

          Seth Van Aalten (admitted *pro hac vice*)
          Sarah A. Carnes (admitted *pro hac vice*)
          1325 Avenue of the Americas, 19th Floor
          New York, NY 10019
          Telephone: (212) 752-8000
          svanaalten@coleschotz.com
          scarnes@coleschotz.com

          *Proposed Counsel to the Official*
          *Committee of Unsecured Creditors*