# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
: 
: 
: 
---------------------------------------------------------- x

## SUPPLEMENTAL DECLARATION OF
## RANDALL S. EISENBERG OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Randall S. Eisenberg, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated July 14, 2025 [Docket No. 145] (the "Original Declaration").

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

- As set forth in the Original Declaration, AP follows a practice to solicit from its Institutional Investors their connections to the Investor Search Parties. In response, the Institutional Investors have offered the following disclosures of their respective connections to the Investor Search Parties:

    o IVC — no investments in the Investor Search Parties.
    o CDPQ — debt investment in Morgan Stanley and equity investment in Morgan Stanley, Apollo Global and Randstad NV, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.
    o PSP — investment in Apollo Global Management Inc, Ellington Financial Inc, Morgan Stanley and Randstad NY, in each case representing less than one percent (1%) of total assets under management; no investment in any other Investor Search Parties.

- Department of the Treasury Internal Revenue Service Center, a taxing authority to the Debtors, is a current AP client in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: August 8, 2025          AlixPartners, LLP
       New York, New York

                                        ***/s/ Randall S. Eisenberg***
                                        Randall S. Eisenberg
                                        Partner & Managing Director