**Exhibit 2**

**Bar Date Notice**

| UNITED STATES BANKRUPTCY COURT, DISTRICT OF DELAWARE | | | |
|---|---|---|---|
| **In re**<br><br>**ZEN JV, LLC,** *et al.*,<br><br>         **Debtors.** | | **Chapter 11 Case Nos.: 25-11195 (JKS)**<br>**Through 25-11204 (JKS)**<br>**(Jointly Administered)** | |

### NOTICE OF DEADLINES TO FILE PROOFS OF CLAIM

**TO: ALL PERSONS AND ENTITIES WHO MAY HAVE CLAIMS AGAINST ANY OF THE FOLLOWING DEBTOR ENTITIES:**

| Name of Debtor | Other Names Used by the Debtors in the last 8 years | Case Number | Tax Identification Number |
|---|---|---|---|
| Zen JV, LLC | N/A | 25-11195 | 99-3820225 |
| Monster Worldwide LLC | Monster.com | 25-11196 | 13-3906555 |
| Fastweb, LLC | N/A | 25-11197 | N/A |
| Monster Government Solutions, LLC | N/A | 25-11198 | 33-1685762 |
| Camaro Acquisition, LLC | N/A | 25-11199 | N/A |
| CareerBuilder, LLC | N/A | 25-11200 | 68-0516495 |
| CareerBuilder Government Solutions, LLC | N/A | 25-11201 | 61-1516426 |
| Luceo Solutions, LLC | N/A | 25-11202 | 27-1414426 |
| CareerBuilder France Holding, LLC | N/A | 25-11203 | 26-2909339 |
| Military Advantage, LLC | Military.com | 25-11204 | 94-3339508 |

| Attorneys for Debtors | Attorneys for Debtors |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A.<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:    defranceschi@rlf.com<br>       shapiro@rlf.com<br>       liu@rlf.com<br>       carlisle@rlf.com<br>       meehan@rlf.com | LATHAM & WATKINS LP<br>Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  ray.schrock@lw.com<br>      candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>Email:  jonathan.gordon@lw.com |
| <div align="center">Address of the Clerk of the Bankruptcy Court<br>Clerk of the United States Bankruptcy Court,<br>824 Market Street North, 3rd Floor, Wilmington, DE 19801<br>Telephone: 302-252-2900<br>Hours Open: 8:00 a.m.–4:00 p.m. Monday–Friday</div> | |

**PLEASE TAKE NOTICE THAT:**

> **YOU ARE RECEIVING THIS NOTICE BECAUSE YOU MAY HAVE A CLAIM AGAINST THE DEBTORS IN THE ABOVE-CAPTIONED CHAPTER 11 CASES. THEREFORE, YOU SHOULD READ THIS NOTICE CAREFULLY AND CONSULT AN ATTORNEY IF YOU HAVE ANY QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

Beginning on June 24, 2025 (the "**Petition Date**"), Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**"), filed voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"). On [●], 2025, the Bankruptcy Court entered an order (the "**Bar Date Order**") establishing the following Bar Dates:

(i) **September 15, 2025 at 5:00 p.m. (Prevailing Eastern Time)** (the "**General Bar Date**") as the deadline for each person or entity (including individuals, partnerships, corporations, joint ventures, and trusts, but not including any governmental units (as defined in section 101(27) of the Bankruptcy Code) ("**Governmental Units**")), to file a proof of claim (each, a "**Proof of Claim**") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code), including, for the avoidance of doubt, secured claims, unsecured priority claims, unsecured non-priority claims, and claims arising under section 503(b)(9) of the Bankruptcy Code against any of the Debtors, unless otherwise provided herein;

(ii) **December 22, 2025 at 5:00 p.m. (Prevailing Eastern Time)** (the "**Governmental Bar Date**") as the deadline for any Governmental Unit to file a Proof of Claim in respect of a prepetition claim against any of the Debtors;

(iii) **the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (Prevailing Eastern Time) on the date that is thirty (30) days from the date on which the Debtors provide notice of a previously unfiled Schedule or an amendment or supplement to the Schedules (as defined below)** (which notice will include a reference to the Amended Schedules Bar Date) (the "**Amended Schedules Bar Date**") as the deadline by which claimants holding claims affected by such filing, amendment, or supplement must file Proofs of Claim with respect to such claim; and

(iv) **the later of (i) the General Bar Date or the Governmental Bar Date, as applicable, and (ii) 5:00 p.m. (Prevailing Eastern Time) on the date that is thirty (30) days following service of an order approving rejection of any executory contract or unexpired lease of the Debtors** as the deadline by which claimants asserting claims resulting from the Debtors' rejection of an executory contract or unexpired lease must file Proofs of Claim for damages arising from such rejection[1] (the "**Rejection Damages Bar Date**," and, together, with the General Bar Date, the Governmental Bar Date, and the Amended Schedules Bar Date, the "**Bar Dates**").

You may be a creditor of one or more of the debtors.

**If you have any questions relating to this Notice, please feel free to contact Omni Agent Solutions, Inc. ("Omni") at (818) 924-2298 or (888) 841-0525 or by e-mail at CareerBuilderMonsterInquiries@OmniAgnt.com**

NOTE:  The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and Omni cannot give legal advice.

---

[1]   Notwithstanding the foregoing, a party to an executory contract or unexpired lease who asserts a claim on account of unpaid amounts accrued and outstanding as of the Petition Date pursuant to such executory contract or unexpired lease (other than a rejection damages claim) must file a Proof of Claim for such amounts on or before the applicable Bar Date, unless an exception identified in this Bar Date Order applies.

RLF1 33462256v.2

**INSTRUCTIONS:**

1.    WHO MUST FILE A PROOF OF CLAIM

Except as otherwise set forth herein, the following persons or entities holding claims against the Debtors arising prior to the Petition Date MUST file Proofs of Claim on or before the applicable Bar Date:

    i.    any person or entity whose claim against a Debtor is not listed in the applicable Debtor's Schedules or is listed as "contingent," "unliquidated," or "disputed," if such entity desires to participate in any of these Chapter 11 Cases or share in any distribution in any of these Chapter 11 Cases;

    ii.    any person or entity that believes its claim is improperly classified in the Schedules or is listed in an incorrect amount and that desires to have its claim allowed in a different classification or amount other than that identified in the Schedules;

    iii.    any person or entity that believes any prepetition claim as listed in the Schedules is not an obligation of the specific Debtor against which the claim is listed and that desires to have its claim allowed against a Debtor other than the Debtor identified in the Schedules; and

    iv.    any person or entity that believes its claim against a Debtor is or may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

Pursuant to section 101(5) of the Bankruptcy Code and as used in this Notice, the word "**claim**" means (i) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (ii) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, claims include unsecured claims, secured claims, and priority claims.

Pursuant to section 101(15) of the Bankruptcy Code and as used in this Notice, the term "**entity**" has the meaning given to it in section 101(15) of the Bankruptcy Code, and includes all persons, estates, trusts, and governmental units. In addition, the terms "persons" and "governmental units" are defined in sections 101(41) and 101(27) of the Bankruptcy Code, respectively.

2.    WHO NEED NOT FILE A PROOF OF CLAIM

**PERSONS OR ENTITIES WHO HOLD THE FOLLOWING CLAIMS OR INTERESTS, WHICH OTHERWISE WOULD BE SUBJECT TO A BAR DATE, SHALL NOT BE REQUIRED TO FILE ANY PROOFS OF CLAIM ON ACCOUNT OF SUCH CLAIMS OR INTERESTS:**

    a)    any claim listed on the Schedules filed by the Debtors; provided, that (i) the claim is not listed on the Schedules as "disputed," "contingent," or "unliquidated," (ii) the person or entity does not dispute the amount, nature, and priority of the claim as set forth in the Schedules, and (iii) the person or entity does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed in the Schedules;

    b)    any claim as to which the holder already has filed a signed Proof of Claim with the Claims and Noticing Agent against the respective Debtor(s) with respect to the claim being asserted, utilizing a claim form that substantially conforms to the Proof of Claim Form or the Official Bankruptcy Form No. 410 (the "**Official Form 410**"), and has otherwise complied with the procedures set forth herein;

    c)    any claim that has been allowed by order of this Court entered on or before the applicable Bar Date;

    d)    any claim that has been paid in full or will be paid in full in accordance with an order of this Court entered on or before the applicable Bar Date;

RLF1 33462256v.2

e) any claim for which a separate deadline has been fixed by an order of this Court entered on or before the applicable Bar Date;

f) any equity interest in the Debtors, which interest exclusively is based upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants, options, or rights to purchase, sell, or subscribe to such a security or interest; provided, that if any such holder asserts a claim (as opposed to an ownership interest) against the Debtors (including a claim relating to an equity interest or the purchase or sale of such equity interest), a Proof of Claim must be filed on or before the applicable Bar Date pursuant to the procedures set for the herein;

g) a claim held by a current or former employee of the Debtors, if an order of the Court authorized the Debtors to honor such claim in the ordinary course of business for wages, commissions, or benefits; provided, that a current or former employee must submit a Proof of Claim by the applicable Bar Date for all other claims arising before the Petition Date;

h) a claim asserted by a current or former employee of the Debtors for benefits due under any self-funded insurance plan;

i) any claim based on indemnification, contribution, or reimbursement of a current officer, director, or employee of any of the Debtors;

j) any claim held by a Debtor against another Debtor;

k) any claim held by a non-Debtor affiliate against the Debtors;

l) any claim asserting administrative priority and arising in the ordinary course of business after the Petition Date (but not, for the avoidance of doubt, claims asserting priority pursuant to section 503(b)(9) of the Bankruptcy Code);

m) any claim asserting administrative priority pursuant to section 503(b)(3)(D) of the Bankruptcy Code; and

n) any person or entity who is not required to file a Proof of Claim pursuant to an order approving the Debtors' post-petition financing [see Docket No. 56] (a "**DIP Order**"), solely with respect to the claims for which no Proof of Claim is required to be filed as set forth in a DIP Order.

**The fact that you have received this notice does not mean you have claim or that the Debtors or the Court believe you have a claim against the Debtors.  You should not file a Proof of Claim if you do not have a claim against any of the Debtors.**

3.    INSTRUCTIONS FOR FILING PROOFS OF CLAIM

Except as otherwise set forth herein, each entity that asserts a claim against the Debtors that arose before the Petition Date **MUST** file a Proof of Claim.  **The following procedures with respect to preparing and filing of Proofs of Claim will apply:**

a) Proofs of Claim must substantially conform to the Proof of Claim Form attached as **Exhibit 1** to the Proposed Order or Official Form 410;

b) Proofs of Claim must (i) be written in the English language; (ii) be denominated in lawful currency of the United States as of the Petition Date (using the exchange rate, if applicable, as of the Petition Date); (iii) specify by name and case number the Debtor against which the claim is filed; (iv) set forth with specificity the legal and factual basis for the alleged claim; (v) include supporting documentation for the claim or an explanation as to why such documentation is not available; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant under penalty of perjury;

4

c)  If a claimant asserts a claim against more than one Debtor or has claims against different Debtors, the claimant must file a separate Proof of Claim against each Debtor;

d)  If a Proof of Claim Form is filed without identifying a specific Debtor, it will be deemed as filed only against Zen JV, LLC.  If more than one Debtor is listed on the Proof of Claim Form, the Debtors will treat such claim as filed only against Zen JV, LLC;

e)  Proofs of Claim must be filed (i) electronically through the website of the Clams and Noticing Agent, Omni, using the interface available on such website located at https://omniagentsolutions.com/CareerBuilderMonster-Claims under the link entitled "Submit a Proof of Claim" (the "**Electronic Filing System**") or (ii) by delivering the original Proof of Claim form by hand, or mailing the original Proof of Claim form, on or before the applicable Bar Date as follows, if by mail:

> **Zen JV, LLC Claims Processing**
> **c/o Omni Agent Solutions**
> **5955 De Soto Ave., Suite 100**
> **Woodland Hills, California 91367**

f)  A Proof of Claim shall be deemed timely filed only if it **actually is received** by Omni as set **forth** in subparagraph (d) above, in each case, on or before the applicable Bar Date; and

g)  Proofs of Claim sent by facsimile, telecopy, or electronic mail transmission (other than Proofs of Claim filed electronically through the Electronic Filing System) **will not** be accepted.

4.    CONSEQUENCES OF FAILURE TO TIMELY FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE

**Pursuant to the Bar Date Order and Bankruptcy Rule 3003(c)(2), any holder of a claim who is required to timely file a Proof of Claim on or before the applicable Bar Date as provided herein, but fails to do so: (i) shall not be treated as a creditor with respect to such claim for the purposes of voting and distribution in these Chapter 11 Cases on account of such claim; and  (ii)  shall be forever barred, estopped, and enjoined from asserting such claim against each of the Debtors, their estates, and their property (or filing a Proof of Claim with respect thereto).**

5.    THE DEBTORS' SCHEDULES, ACCESS THERETO, AND CONSEQUENCES OF AMENDMENT THEREOF

You may be listed as the holder of a claim against the Debtors in the Debtors' Schedules of Assets and Liabilities and/or Schedules of Executory Contracts and Unexpired Leases (collectively, the "**Schedules**").  To determine if and how you are listed in the Schedules, please refer to the descriptions set forth on the enclosed Proof of Claim Form regarding the nature, amount, and status of your claim(s).  If you received postpetition payments from the Debtors (as authorized by the Court) on account of your claim, the enclosed Proof of Claim Form will reflect the net amount of your claims.  If the Debtors believe that you hold claims against more than one Debtor, you will receive multiple Proof of Claim Forms, each of which will reflect the nature and amount of your claim against each Debtor, as listed in the Schedules.

As set forth above, if you agree with the nature, amount, and status of your claim as listed in the Debtors' Schedules and if your claim is not listed in the Schedules as "disputed," "contingent," or "unliquidated," you need not file a Proof of Claim.  Otherwise, or if you decide to file a Proof of Claim, you must do so before the Bar Date in accordance with the procedures set forth in this Notice.

Copies of the Schedules may be examined by interested parties on the Court's electronic docket for the Debtors' Chapter 11 Cases, which is posted (i) on the website established by Omni for the Debtors' cases at https://omniagentsolutions.com/CareerBuilderMonster and (ii) on the Court's website at www.deb.uscourts.gov.  (A login and password to the Court's Public Access to Electronic Court Records ("**PACER**") are required to access the

5

information on the Court's website and can be obtained through the PACER Service Center at www.pacer.psc.uscourts.gov). Copies of the Schedules also may be examined between the hours of 8:00 a.m. and 5:00 p.m. (Prevailing Eastern Time) Monday through Friday at the Office of the Clerk of the Bankruptcy Court, 824 Market St N, 3rd Floor, Wilmington, DE 19801. Copies of the Debtors' Schedules also may be obtained by written request to the Debtors' claims agent, Omni, at the address and telephone number set forth below:

**Zen JV, LLC Claims Processing**
**c/o Omni Agent Solutions**
**5955 De Soto Ave., Suite 100**
**Woodland Hills, California 91367**

In the event the Debtors amend or supplement their Schedules subsequent to date of entry of the Bar Date Order, the Debtors shall give notice of any amendment or supplement to the holders of claims affected by such amendment or supplement within ten (10) days after filing such amendment or supplement, and such holders must file a Proof of Claim by the later of **(a) the General Bar Date or the Governmental Bar Date, as applicable, and (b) 5:00 p.m. (Prevailing Eastern Time) on the date that is thirty (30) days from the date on which the Debtors provide notice of a previously unfiled Schedule or an amendment or supplement to the Schedules**, or be forever barred from so doing, and such deadline shall be contained in any notice of such amendment or supplement of the Schedules provided to the holders of claims affected thereby.

6.      RESERVATION OF RIGHTS

Nothing contained in this Notice is intended to or should be construed as a waiver of the Debtors' right to: (a) dispute, or assert offsets or defenses against, any filed claim or any claim listed or reflected in the Schedules as to the nature, amount, liability, or classification thereof; (b) subsequently designate any scheduled claim as disputed, contingent, or unliquidated; and (c) otherwise amend or supplement the Schedules.

---

**If you require additional information regarding the filing of a Proof of Claim, you may contact the Debtors' Claims and Noticing Agent directly at: Zen JV, LLC Claims Processing c/o Omni Agent Solutions 5955 De Soto Ave., Suite 100 Woodland Hills, California 91367 or by telephone at (818) 924-2298 or (888) 841-0525 or by e-mail at CareerBuilderMonsterInquiries@OmniAgnt.com.**

**A holder of a possible claim against the Debtors should consult an attorney if such holder has any questions regarding this Notice, including whether the holder should file a Proof of Claim.**

---

Dated:    Wilmington, Delaware                                          **BY ORDER OF THE COURT**
               _____, 2025

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, P.A. | LATHAM & WATKINS LP |
| Daniel J. DeFranceschi (No. 2732) | Ray C. Schrock (admitted *pro hac vice*) |
| Zachary I. Shapiro (No. 5103) | Candace M. Arthur (admitted *pro hac vice*) |
| Huiqi Liu (No. 6850) | 1271 Avenue of the Americas |
| Clint M. Carlisle (No. 7313) | New York, New York 10020 |
| Colin A. Meehan (No. 7237) | Telephone: (212) 906-1200 |
| One Rodney Square | Facsimile: (212) 751-4864 |
| 920 North King Street | Email: ray.schrock@lw.com |
| Wilmington, Delaware 19801 | candace.arthur@lw.com |
| Telephone: (302) 651-7700 | |
| Facsimile: (302) 651-7701 | - and - |
| Email: defranceschi@rlf.com | Jonathan C. Gordon (admitted *pro hac vice*) |
| shapiro@rlf.com | 330 North Wabash Avenue, Suite 2800 |
| liu@rlf.com | Chicago, Illinois 60611 |
| carlisle@rlf.com | Telephone: (312) 876-7700 |
| meehan@rlf.com | Facsimile: (312) 993-9767 |
| | Email: jonathan.gordon@lw.com |
| PROPOSED ATTORNEYS FOR DEBTORS AND DEBTORS IN POSSESSION | |

RLF1 33462256v.2