**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, et al.,[1]<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (MBK)<br><br>(Jointly Administered)<br><br>Re: Dkt. No. 237 |

**CERTIFICATION OF RONY ARZOUMANIAN REGARDING**
**IRON CORP US INC.'S COMPLIANCE WITH THE CONSUMER PRIVACY**
**PROTECTIONS IN THE SALE ORDER**

Rony Arzoumanian, of full age, state under oath as follows:

1.　　I am the President and a director of Iron Corp US Inc., the permitted assignee of Valnet US Inc. (the "**Buyer**"), which is party to that certain Asset Purchase Agreement, dated July 17, 2025 (the "**Purchase Agreement**") by and among certain of the Debtors (the "**Sellers**") and Buyer. The Court, among other things, approved and authorized the Debtors' entry into and performance under the Purchase Agreement in its *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 237] (the "**Sale Order**").

2.　　Pursuant to Paragraph RR of the Sale Order, upon the filing of this Certification, Buyer will have fully complied with the conditions imposed in the Sale Order to protect Personal Information (as defined in the Purchase Agreement (including that Buyer meets the "qualified buyer" criteria set forth in Paragraph OO of the Sale Order.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

      3.      Buyer operates in a line of business that is substantially similar to the line of business of the Sellers.

      4.      Buyer will be Sellers' successor-in-interest as to the Personal Information (as defined in the Purchase Agreement) acquired from the Sellers.

      5.      Buyer will not disclose, sell, or transfer Personal Information acquired from Sellers to any third party in a manner inconsistent with the relevant Seller's privacy policy in effect as of the Closing Date, without providing notice and obtaining consent from the individual to whom the Personal Information relates where required by applicable law.

      6.      Buyer will be responsible for any violation of the relevant Seller's privacy policy that occur following the Closing Date (provided that Buyer reserves the right to update the applicable privacy policies consistent with the requirements of applicable law).

      7.      To the extent reasonably feasible, Buyer agrees to cooperate with Sellers with respect to maintaining records with respect to Colorado consumer requests for a period of twenty-four (24) months following entry of the Sale Order to help ensure compliance with the Colorado Privacy Act.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

DATED: August 5, 2025                    IRON CORP US INC.

                                        *Rony Arzoumanian*

                                        Rony Arzoumanian
                                        President and Director