# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al*.,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 203** |

## <u>NOTICE OF INCREASE OF THE HOURLY RATES OF PROFESSIONALS</u>

**PLEASE TAKE NOTICE** that Cole Schotz P.C. ("<u>Cole Schotz</u>") is hereby providing

notice of the increase of the hourly rate of certain of its professionals.  Pursuant to its internal

operating procedures, Cole Schotz revisits, and potentially adjusts, the rates of its professionals

annually.  The following table reflects the hourly rate increases for those certain professionals

specified in the *Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing*

*and Approving the Retention and Employment of Cole Schotz P.C. as Counsel to the Official*

*Committee of Unsecured Creditors Effective as of July 2, 2025* [Docket No. 203] (the "<u>Cole Schotz</u>

<u>Retention Application</u>").

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

69937/0001-51154001

| Professional | 2025 Hourly Rate Ranges | 2026 Hourly Rate Ranges |
|---|---|---|
| Members | $615.00 to $1,575.00 per hour | $670.00 to $1,800.00 per hour |
| Special Counsel | $625.00 to $840.00 per hour | $700.00 to $1,155.00 per hour |
| Associates | $385.00 to $695.00 per hour | $430.00 to $765.00 per hour |
| Paralegals | $315.00 to $460.00 per hour | $330.00 to $485.00 per hour |
| Litigation Support Specialists | $295.00 to $535.00 per hour | $310.00 to $560.00 per hour |

The foregoing rates will go into effect on September 1, 2025.

Dated: August 15, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*

Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
Elazar A. Kosman (No. 7077)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone:    (302) 652-3131
Facsimile:    (302) 652-3117
Email:    jalberto@coleschotz.com
   mhartlipp@coleschotz.com
   ekosman@coleschotz.com

– and –

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone:    (212) 752-8000
Facsimile:    (212) 752-8393
Email:    svanaalten@coleschotz.com
   scarnes@coleschotz.com

*Counsel to the Official Committee of
Unsecured Creditors*

69937/0001-51154001