IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                                    :

In re:                                                         :         Chapter 11

ZEN JV, LLC, *et al.*,[1]                       :         Case No. 25-11195 (JKS)

               Debtors.                            :         (Jointly Administered)

---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON AUGUST 21, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

> *AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**I.    RESOLVED MATTERS:**

1. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date [Docket No. 145 – filed July 14, 2025]

    Objection / Response Deadline:       July 28, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

    Related Documents:

    i.    Certification of Counsel Regarding Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date [Docket No. 250 – filed July 31, 2025]

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

    ii.    Order Authorizing the Debtors to Employ and Retain AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date [Docket No. 263 – entered August 1, 2025]

    Status: On August 1, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

2. Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief [Docket No. 146 – filed July 14, 2025]

    Objection / Response Deadline:    July 28, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    i.    Certificate of No Objection Regarding Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief [Docket No. 240 – filed July 29, 2025]

    ii.    Order (I) Authorizing the Retention and Employment of PJT Partners LP as Investment Banker to the Debtors and Debtors in Possession Effective as of the Petition Date, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief [Docket No. 262 – entered August 1, 2025]

    Status:  On August 1, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of Petition Date [Docket No. 147 – filed July 14, 2025]

    Objection / Response Deadline:    July 28, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:

    A.    Informal comments from the U.S. Trustee

Related Documents:

i. Certificate of No Objection Regarding Application of Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of Petition Date [Docket No. 251 – filed July 31, 2025]

ii. Order Authorizing Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Effective as of Petition Date [Docket No. 264 – entered August 1, 2025]

Status: On August 1, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4. Motion of Debtors Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief [Docket No. 149 – filed July 14, 2025]

Objection / Response Deadline:    July 28, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i. Certificate of No Objection Regarding Motion of Debtors Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief [Docket No. 241 – filed July 29, 2025]

ii. Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 for Entry of Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief [Docket No. 258 – entered July 31, 2025]

Status: On July 31, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5. Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions Inc. as Administrative Agent Effective as of the Petition Date [Docket No. 155 – filed July 15, 2025]

Objection / Response Deadline:    July 29, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:

A.    Informal comments from the U.S. Trustee

Related Documents:

i. Certification of Counsel Regarding Order Authorizing the Employment and Retention of Omni Agent Solutions Inc. as Administrative Agent Effective as of the Petition Date [Docket No. 254 – filed July 31, 2025]

ii. Order Authorizing the Employment and Retention of Omni Agent Solutions Inc. as Administrative Agent Effective as of the Petition Date [Docket No. 265 – entered August 1, 2025]

Status: On August 1, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6. Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors Effective as of July 2, 2025 [Docket No. 203 – filed July 23, 2025]

Objection / Response Deadline:    August 6, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i. Certificate of No Objection Regarding Application for an Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors Effective as of July 2, 2025 [Docket No. 290 – filed August 7, 2025]

ii. Order Pursuant to 11 U.S.C. §§ 328(a) and 1103 Authorizing and Approving the Retention and Employment of Cole Schotz P.C. as Counsel to the Official Committee of Unsecured Creditors Effective as of July 2, 2025 [Docket No. 293 – entered August 8, 2025]

Status: On August 8, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

7. Application of the Official Committee of Unsecured Creditors of Zen JV, LLC, *et al.*, for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of July 2, 2025 [Docket No. 204 – filed July 23, 2025]

Objection / Response Deadline:    August 6, 2025 at 4:00 p.m. (ET)

        Objections / Responses Received:    None.

        Related Documents:

- i. Certificate of No Objection Regarding Application of the Official Committee of Unsecured Creditors of Zen JV, LLC, *et al.*, for Entry of an Order Authorizing and Approving the Employment and Retention of M3 Advisory Partners, LP as Financial Advisor Effective as of July 2, 2025 [Docket No. 291 – filed August 7, 2025]

- ii. Order Authorizing and Approving the Retention of M3 Advisory Partners, LP as Financial Advisor to the Official Committee of Unsecured Creditors of Zen JV, LLC, et al., Effective as of July 2, 2025 [Docket No. 294 – entered August 8, 2025]

    Status: On August 8, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

8. Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Counsel Effective as of the Petition Date [Docket No. 207 – filed July 24, 2025]

    Objection / Response Deadline:    August 7, 2025 at 4:00 p.m. (ET)

    Objections / Responses Received:    None.

    Related Documents:

    - i. Certificate of No Objection Regarding Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Counsel Effective as of the Petition Date [Docket No. 295 – filed August 8, 2025]

    - ii. Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Counsel Effective as of the Petition Date [Docket No. 297 – entered August 11, 2025]

    Status: On August 11, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

9. Motion of Debtors for Entry of Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim By Governmental Units, (III) Establishing a Rejection Damages Bar Date, (IV) Establishing an Amended Schedules Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notices of Bar Dates, (VII) Approving Procedures With Respect to Service of the Proposed Notice of Bar Dates, and (VIII) Granting Related Relief [Docket No. 221 – filed July 25, 2025]

Objection / Response Deadline:    August 8, 2025 at 4:00 p.m. (ET)

Objections / Responses Received:    None.

Related Documents:

i. Certification of Counsel Regarding Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim By Governmental Units, (III) Establishing a Rejection Damages Bar Date, (IV) Establishing an Amended Schedules Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notices of Bar Dates, (VII) Approving Procedures With Respect to Service of the Proposed Notice of Bar Dates, and (VIII) Granting Related Relief [Docket No. 296 – filed August 11, 2025]

ii. Order (I) Establishing a General Bar Date to File Proofs of Claim, (II) Establishing a Bar Date to File Proofs of Claim By Governmental Units, (III) Establishing a Rejection Damages Bar Date, (IV) Establishing an Amended Schedules Bar Date, (V) Approving the Form and Manner for Filing Proofs of Claim, (VI) Approving the Proposed Notices of Bar Dates, (VII) Approving Procedures With Respect to Service of the Proposed Notice of Bar Dates, and (VIII) Granting Related Relief [Docket No. 298 – entered August 12, 2025]

Status: On August 12, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

Dated: August 18, 2025
    Wilmington, Delaware

| **LATHAM & WATKINS LLP** | */s/ Huiqi Liu*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>         candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>         shapiro@rlf.com<br>         liu@rlf.com<br>         carlisle@rlf.com<br>         meehan@rlf.com |

*Proposed Co-Counsel for Debtors and Debtors in Possession*

RLF1 33296313v.3