**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                      :    Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                   :    Case No. 25-11195 (JKS)
:
Debtors.                           :    (Jointly Administered)
:
:    **Re: Docket No. \_\_**
---------------------------------------------------------- x

**ORDER (I) SHORTENING NOTICE OF HEARING AND OBJECTION
DEADLINE ON MOTION SEEKING APPROVAL OF COMBINED PLAN
AND DISCLOSURE STATEMENT ON A CONDITIONAL BASIS FOR
SOLICITATION PURPOSES ONLY; AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion to Shorten**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an order (this "**Order**") shortening the notice period and waiving Local Rule 9006-1(c)(ii) with respect to the Solicitation Procedures Motion, all as more fully set forth in the Motion to Shorten; and the Court having jurisdiction to consider the Motion to Shorten and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the respective meanings ascribed to such terms in the Motion to Shorten.

and 1409; and it appearing that proper and adequate notice of the Motion to Shorten has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion to Shorten is granted to the extent set forth herein.

2. To the extent applicable, Local Rule 9006-1(c)(ii) is hereby waived with respect to the Solicitation Procedures Motion.

3. The hearing to consider the relief requested in the Solicitation Procedures Motion, including conditional approval of the Combined Plan and Disclosure Statement for solicitation purposes only, will be held on _____, **2025 at __:00 __.m. (prevailing Eastern Time)**.

4. Objections to the approval of the Solicitation Procedures Motion shall be filed and served by _____, **2025 at __:00 __.m. (prevailing Eastern Time)**.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

7. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

RLF1 33400221v.3