IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                             :
In re:                                                       :  Chapter 11
                                                             :
ZEN JV, LLC, *et al.*,[1]                                    :  Case No. 25-11195 (JKS)
                                                             :
        Debtors.                                          :  (Jointly Administered)
                                                             :
------------------------------------------------------------ x  Re: Docket No. 307

## NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on August 20, 2025, the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases filed the *Motion of Debtors for Entry of Order (I) Shortening Notice of Hearing and Objection Deadline on Motion Seeking Approval of Combined Plan and Disclosure Statement on a Conditional Basis for Solicitation Purposes Only; and (II) Granting Related Relief* [Docket No. 307] (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby withdraw the Motion without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33585334v.2

Dated: August 20, 2025
Wilmington, Delaware

| | |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Clint M. Carlisle*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>candace.arthur@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>shapiro@rlf.com<br>liu@rlf.com<br>carlisle@rlf.com<br>meehan@rlf.com |
| - and - | |
| Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*

RLF1 33585334v.2