IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
:
In re: : Chapter 11
:
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
:
        Debtors. : (Jointly Administered)
:
: **Obj. Deadline: Sept. 5, 2025 at 4:00 p.m. (ET)**
: **Hr'g Date: Sept. 30, 2025 at 2:30 p.m. (ET)**
:
------------------------------------------------------------ x

## NOTICE OF MOTION AND HEARING

**PLEASE TAKE NOTICE** that, on August 22, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date; and (II) Granting Related Relief* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that, any responses or objections to the Motion must be in writing and filed with the Clerk of the Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **September 5, 2025 at 4:00 p.m. (prevailing Eastern Time).**

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801 on **September 30, 2025 at 2:30 p.m. (prevailing Eastern Time).**

        **PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[*Remainder of page intentionally left blank.*]

RLF1 33360617v.1

Dated: August 22, 2025
      Wilmington, Delaware

| | |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Huiqi Liu* |
| | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone:  (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile:  (212) 751-4864 | One Rodney Square |
| Email:  ray.schrock@lw.com | 920 North King Street |
|      candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone:  (302) 651-7700 |
| - and - | Facsimile:  (302) 651-7701 |
| | Email:  defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |      shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |      liu@rlf.com |
| Chicago, Illinois 60611 |      carlisle@rlf.com |
| Telephone:  (312) 876-7700 |      meehan@rlf.com |
| Facsimile:  (312) 993-9767 | |
| Email:  jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*