**Exhibit B**

Expenses

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

August 24, 2025

| | |
|---|---|
| Please identify your payment with the following: | |
| Invoice No. 2500613222 | |
| Matter Number 080356-1027 | |

Zen JV, LLC
200 N La Salle Dr #900
Chicago, IL 60601
Attn: Jeffrey Furman

For professional services rendered through July 31, 2025

**Re:** **Disbursements**

| | |
|---|---:|
| Costs and Disbursements | 5,934.33 |
| **Total Due** | **$ 5,934.33** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**Latham & Watkins LLP**

Invoice No. 2500613222
August 24, 2025

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 06/25/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working Late - Transportation home - 06/24/25 - Latham-NY office to home | C W Lim | 16.02 |
| 06/30/25 | Ground Transportation - Jonathan Gordon - Taxi/Car Service - Ride home while working late - 06/27/25 - Latham/Home | J Gordon | 14.40 |
| 07/01/25 | Ground Transportation - Jiaheng Zhang - Taxi/Car Service - Commute home - 06/25/25 - Office/Home | J Zhang | 79.28 |
| 07/04/25 | Ground Transportation - Vital Transportation Services, Inc. - 07/02/2025 Kaplan, Binyomin Invoice: 06_VITAL_47096_D.sq | B Kaplan | 89.45 |
| 07/10/25 | Ground Transportation - Jennifer Danilenko - Taxi/Car Service - Working Late - 06/30/25 - Office to Home | J Danilenko | 42.50 |
| 07/10/25 | Ground Transportation - Jennifer Danilenko - Taxi/Car Service - Working Late - 07/01/25 - Office to Home | J Danilenko | 41.70 |
| 07/14/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 06/30/25 - Office to Home | C W Lim | 42.45 |
| 07/15/25 | Ground Transportation - Montana Licari - Taxi/Car Service - Working late at the office. - 06/26/25 - Office/Home | M Licari | 33.80 |
| 07/18/25 | Ground Transportation - Vital Transportation Services, Inc. - 07/09/2025 Kaplan, Binyomin Invoice: 06_VITAL_47708_D.sq | B Kaplan | 66.93 |
| 07/18/25 | Ground Transportation - Olivia Ricche - Taxi/Car Service - I am emailing regarding reimbursement for the car I took home from the Zen JV Auction last night, using my Lyft business account. - 07/18/25 - 1251 Avenue of the Americas New York, NY to 101 Sutton St Brooklyn, NY | O Ricche | 42.18 |
| 07/19/25 | Ground Transportation - Alexandra Tess Lisner - Taxi/Car Service - CareerBuilder Auction - 07/17/25 - Rideshare | A T Lisner | 61.06 |
| 07/21/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/08/25 - NY office to home | C W Lim | 15.03 |
| 07/21/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/10/25 - NY office to home | C W Lim | 21.26 |
| 07/21/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/03/25 - NY office to home | C W Lim | 24.63 |
| 07/21/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/09/25 - NY office to home | C W Lim | 19.62 |
| 07/21/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/02/25 - NY office to home | C W Lim | 15.33 |
| 07/25/25 | Ground Transportation - Vital Transportation Services, Inc. - 07/18/2025 Kaplan, Binyomin Invoice: 06_VITAL_48000_D.sq | B Kaplan | 100.68 |
| 07/31/25 | Ground Transportation - Joshua Barkow - Taxi/Car Service - dinner - 07/17/25 - home | J Barkow | 38.70 |
| 07/31/25 | Ground Transportation - Ray Clark Schrock - Taxi/Car Service - Auction - 07/17/25 - Latham to home | R C Schrock | 107.80 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM & WATKINS**LLP

Invoice No. 2500613222
August 24, 2025

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/22/25 - LW -NY to home | C W Lim | 14.35 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/30/25 - LW -NY to home | C W Lim | 17.71 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/17/25 - LW -NY to home | C W Lim | 12.16 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/11/25 - LW -NY to home | C W Lim | 24.40 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/15/25 - LW -NY to home | C W Lim | 20.88 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/18/25 - LW -NY to home | C W Lim | 19.09 |
| 07/31/25 | Ground Transportation - Christopher W Lim - Taxi/Car Service - Working late - 07/29/25 - LW -NY to home | C W Lim | 19.42 |
| | **Total Ground Transportation** | | **1,000.83** |
| 07/16/25 | Laser Copy 080356-1027 | F Jennings | 152.00 |
| | **Total Laser Copy** | | **152.00** |
| 06/30/25 | Other Database Research | L Crepaldi | 38.30 |
| | **Total Legal Research** | | **38.30** |
| 07/15/25 | Meals - Montana Licari - Dinner - Working late at the office. - 06/24/25 - Lenwich - Internal Guests: Montana Licari | M Licari | 30.00 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 06/30/25 - Uber Eats - Hearty and Healthy - Internal Guests: Christopher W Lim | C W Lim | 23.65 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 07/07/25 - Uber Eats - Gazala's Mediterranean Restaurant - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 06/24/25 - Uber Eats - Chalong Southern Thai - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 07/03/25 - Uber Eats - Gazala's Mediterranean Restaurant - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 07/01/25 - Uber Eats - Au Za'atar Midtown East - Internal Guests: Christopher W Lim | C W Lim | 30.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2500613222
August 24, 2025

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---:|
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 07/08/25 - Uber Eats - Salma Mediterranean & Lebanese - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/21/25 | Meals - Christopher W Lim - Dinner - Working dinner - 07/09/25 - Uber Eats - Balade-East Village - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/28/25 | Meals - GrubHub Holdings Inc. - 2025-06-25 Order No. 590930243530224 for Jennifer danilenko working late | J Danilenko | 30.00 |
| 07/28/25 | Meals - GrubHub Holdings Inc. - 2025-06-25 Order No. 613130247025580 for John Zhang | J Zhang | 30.00 |
| 07/28/25 | Meals - GrubHub Holdings Inc. - 2025-06-30 Order No. 711830297577518 for Jennifer danilenko working late | J Danilenko | 30.00 |
| 07/28/25 | Meals - GrubHub Holdings Inc. - 2025-07-01 Order No. 189330304380587 for Jennifer danilenko working late | J Danilenko | 30.00 |
| 07/31/25 | Meals - Joshua Barkow - Dinner - dinner - 07/17/25 - Sendo - Internal Guests: Joshua Barkow working late | J Barkow | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/17/25 - Uber Eats - Au Za'atar Midtown East - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/22/25 - Uber Eats - Sophra Grill - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/15/25 - Uber Eats - 12 Chairs Cafe - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/29/25 - Uber Eats - Chalong Southern Thai - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/28/25 - Uber Eats - Tha Phraya - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/16/25 - Uber Eats - Au Za'atar Midtown East - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| 07/31/25 | Meals - Christopher W Lim - Dinner - Working Dinner - 07/11/25 - Uber Eats - Tha Phraya - Internal Guests: Christopher W Lim | C W Lim | 30.00 |
| | **Total Meals** | | **593.65** |
| 07/10/25 | Outside Services (Non-Attorney) - BPE Global - Worked on project with C. Hein | J H Barker | 212.50 |
| | **Total Outside Services (Non-Attorney)** | | **212.50** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2500613222
August 24, 2025

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 07/01/25 | Ground Transportation - Out-Of-Town - Jiaheng Zhang - Taxi/Car Service - Commute to office - 06/27/25 - Airport/Office | J Zhang | 116.52 |
| 07/01/25 | Ground Transportation - Out-Of-Town - Jiaheng Zhang - Taxi/Car Service - Commute to lodging - 06/27/25 - Office/Lodging | J Zhang | 25.70 |
| 07/30/25 | Airfare - Jonathan Gordon - - Attend auction in New York. - 07/13/25 - Chicago Midway/NY LaGuardia Airport - Airline-Southwest Airlines - 07/16/2025 - 07/16/2025 | J Gordon | 278.30 |
| 07/30/25 | Airfare - Jonathan Gordon - - Attend auction in New York. - 07/18/25 - NY LaGuardia Airport/Chicago Midway - Airline-Southwest Airlines - 07/18/2025 - 07/18/2025 | J Gordon | 528.30 |
| 07/30/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Attend auction in New York. - 07/16/25 - Home/Midway Airport, Chicago | J Gordon | 47.93 |
| 07/30/25 | Meals - Out-of-Town - Jonathan Gordon - Dinner - Attend auction in New York. - 07/16/25 - Arami - Internal Guests: Jonathan Gordon | J Gordon | 30.71 |
| 07/30/25 | Lodging - Out of Town - Jonathan Gordon - Lodging - Attend auction in New York. - 07/16/25 - The Luxury Collection | J Gordon | 509.25 |
| 07/30/25 | Lodging - Out of Town - Jonathan Gordon - Lodging - Attend auction in New York. - 07/17/25 - The Luxury Collection | J Gordon | 509.25 |
| 07/30/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Attend auction in New York. - 07/17/25 - LaGuardia Airport/Hotel | J Gordon | 73.13 |
| 07/30/25 | Meals - Out-of-Town - Jonathan Gordon - Breakfast - Attend auction in New York. - 07/17/25 - Blue Bottle Coffee - Internal Guests: Jonathan Gordon | J Gordon | 24.24 |
| 07/30/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Attend auction in New York. - 07/18/25 - Hotel/LaGuardia Airport | J Gordon | 91.21 |
| 07/30/25 | Meals - Out-of-Town - Jonathan Gordon - Breakfast - Attend auction in New York. - 07/18/25 - Zaro's - Internal Guests: Jonathan Gordon | J Gordon | 27.93 |
| 07/30/25 | Meals - Out-of-Town - Jonathan Gordon - Lunch - Attend auction in New York. - 07/18/25 - M Burger - Internal Guests: Jonathan Gordon | J Gordon | 17.88 |
| 07/30/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Attend auction in New York. - 07/18/25 - Midway Airport, Chicago/Home | J Gordon | 42.90 |
| 07/31/25 | Airfare - Jonathan Gordon - - Sale Hearing - 07/22/25 - O'Hare Airport/Philadelphia Airport - Airline-United Airlines - 07/27/2025 - 07/28/2025 | J Gordon | 894.96 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM & WATKINS**LLP

Invoice No. 2500613222
August 24, 2025

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 07/31/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Sale Hearing - 07/27/25 - Home/O'Hare Airport | J Gordon | 78.59 |
| 07/31/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Sale Hearing - 07/27/25 - Philadelphia Airport/Delaware Hotel | J Gordon | 71.70 |
| 07/31/25 | Lodging - Out of Town - Jonathan Gordon - Lodging - Sale Hearing - 07/27/25 - The Quoin Hotel | J Gordon | 377.91 |
| 07/31/25 | Meals - Out-of-Town - Jonathan Gordon - Hotel - Meals Other - Sale Hearing - 07/28/25 - The Quoin Hotel - Internal Guests: Jonathan Gordon | J Gordon | 17.00 |
| 07/31/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Sale Hearing - 07/28/25 - Delaware Hotel/Philadelphia Airport | J Gordon | 95.87 |
| 07/31/25 | Meals - Out-of-Town - Jonathan Gordon - Dinner - Sale Hearing - 07/28/25 - Currito - Internal Guests: Jonathan Gordon | J Gordon | 21.07 |
| 07/31/25 | Ground Transportation - Out-Of-Town - Jonathan Gordon - Taxi/Car Service - Sale Hearing - 07/28/25 - O'Hare Airport/Home | J Gordon | 56.70 |
| | **Total Travel Expenses** | | **3,937.05** |
| | **Total Costs and Disbursements:** | | **$ 5,934.33** |

**Costs and Disbursements:**

| | |
|---|---|
| Ground Transportation | 1,000.83 |
| Laser Copy | 152.00 |
| Legal Research | 38.30 |
| Meals | 593.65 |
| Outside Services (Non-Attorney) | 212.50 |
| Travel Expenses | 3,937.05 |
| **Total Costs and Disbursements:** | **$ 5,934.33** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500613222 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.