## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
:
In re:                                                     :     Chapter 11
                                                           :
ZEN JV, LLC, *et al.*,[1]                                  :     Case No. 25-11195 (JKS)
                                                           :
      Debtors.                :     (Jointly Administered)
                                                           :
---------------------------------------------------------- x     **Objection Deadline: September 15, 2025 at 4:00 p.m. (ET)**

### FIRST MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM JUNE 24, 2025 THROUGH JULY 31, 2025

| | |
|---|---|
| Name of Applicant: | Richards, Layton & Finger, P.A. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors in possession |
| Date of Retention: | August 1, 2025 *nunc pro tunc* to June 24, 2025 |
| Period for which compensation and reimbursement are sought: | June 24, 2025 through July 31, 2025 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $733,626.00 (80% of $917,032.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $32,298.74 |

This is a(n):  _X_  monthly  ___  interim  ___  final application

Prior Applications Filed:  None

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33383741v.3

**COMPENSATION BY PROFESSIONAL**[2]
**JUNE 24, 2025 THROUGH JULY 31, 2025**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,500.00 | 20.7 | $31,050.00 |
| Mark A. Kurtz | Business Department. Joined firm as associate in 2004. Director in 2015. Member of DE Bar since 2005. | $1,150.00 | 96.8 | $111,320.00 |
| | | $575.00 | 6.0 | $3,450.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $1,175.00 | 216.0 | $253,800.00 |
| Katharine L. Mowery | Litigation Department. Joined firm as associate in 2012. Director in 2021. Member of DE Bar since 2011. | $1,050.00 | 15.0 | $15,750.00 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2021. Member of DE Bar since 2009. | $1,000.00 | 33.3 | $33,300.00 |
| Jake M. Crosetto | Business Department. Joined firm as associate in 2014. Counsel in 2022. Member of DE Bar since 2014. | $950.00 | 22.6 | $21,470.00 |
| Robert S. Kissel | Business Department. Joined firm as associate in 2022. Member of DE Bar since 2017. | $900.00 | 2.0 | $1,800.00 |
| Frank Y. Sun | Business Department. Joined firm as associate in 2017. Member of DE Bar since 2017. | $900.00 | 72.7 | $65,430.00 |
| | | $450.00 | 1.5 | $675.00 |

---

[2] All professionals are members of the firm's Corporate Restructuring and Bankruptcy Department unless otherwise noted.

2

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $800.00 | 202.8 | $162,240.00 |
| David E. Milano | Corporate Department. Joined firm as associate in 2020. Member of DE Bar since 2022. | $800.00 | 2.8 | $2,240.00 |
| Clint M. Carlisle | Joined firm as associate in 2025. Member of NY Bar since 2021. Member of DE Bar since 2024. | $800.00 | 121.0 | $96,800.00 |
| Thomas K. Malone | Business Department. Joined firm as associate in 2021. Member of DE Bar since 2022. | $750.00 | 45.8 | $34,350.00 |
| Zachary J. Javorsky | Joined firm as associate in 2022. Member of DE Bar since 2022. | $700.00 | 0.6 | $420.00 |
| Stanley N. Medlin | Litigation Department. Joined firm as associate in 2025. Member of the TN Bar since 2022. Member of the PA Bar since 2025. | $700.00 | 0.1 | $70.00 |
| Gabriela Z. Monasterio | Litigation Department. Joined firm as associate in 2023. Member of DE Bar since 2023. | $650.00 | 0.2 | $130.00 |
| Colin A. Meehan | Joined firm as associate in 2024. Member of DE Bar since 2023. | $650.00 | 62.1 | $40,365.00 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $425.00 | 7.5 | $3,187.50 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $425.00 | 67.8 | $28,815.00 |
| Christopher J. Ruggiero | Business Department. Paralegal since 2012. Joined firm in 2015. | $425.00 | 0.2 | $85.00 |
| LeeAnn Scavina | Paralegal since 2005. Joined firm in 2023. | $425.00 | 1.2 | $510.00 |

3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Erin N. Weyl | Paralegal since 2021. Joined firm in 2024. | $425.00 | 5.7 | $2,422.50 |
| Gregory J. Nequist | MIS Litigation Support Department. Senior Practice Support Analyst. Joined firm in 2015. | $425.00 | 12.1 | $5,142.50 |
| Tesia S. Smith | Case management assistant since 2016. Joined firm in 1996. | $325.00 | 6.8 | $2,210.00 |
| **TOTAL** | | | **1,023.3** | **$917,032.50** |

| | |
|---|---|
| Grand Total | $917,032.50 |
| Attorney Compensation | $874,660.00 |
| Total Attorney Hours | 922.0 |
| Blended Rate | $948.66 |

4

**COMPENSATION BY PROJECT CATEGORY**
**JUNE 24, 2025 THROUGH JULY 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration (A) | 61.4 | $55,255.00 |
| Creditor Inquiries (B) | 0.1 | $80.00 |
| Meetings (C) | 12.4 | $9,877.50 |
| Executory Contracts/Unexpired Leases (D) | 83.5 | $68,565.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Reorganization/Disclosure Statement (F) | 22.9 | $19,182.50 |
| Use, Sale, Lease of Assets (G) | 434.3 | $413,372.50 |
| Cash Collateral/DIP Financing (H) | 47.9 | $50,832.50 |
| Claims Administration (I) | 20.6 | $15,535.00 |
| Court Hearings (J) | 127.9 | $108,255.00 |
| General Corporate/Real Estate (K) | 0.7 | $822.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 48.2 | $42,750.00 |
| Employee Issues (M) | 26.0 | $22,232.50 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 11.3 | $9,152.50 |
| Litigation/Adversary Proceedings (P) | 42.3 | $36,510.00 |
| RL&F Retention (Q-1) | 15.9 | $11,955.00 |
| Retention of Others (Q-2) | 40.5 | $33,420.00 |
| RL&F Fee Applications (R-1) | 8.5 | $6,447.50 |
| Fee Applications of Others (R-2) | 7.8 | $5,760.00 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 7.5 | $4,125.00 |
| Utilities (U) | 1.7 | $1,157.50 |
| Insurance (V) | 1.9 | $1,745.00 |
| **TOTAL** | **1,023.3** | **$917,032.50** |

RLF1 33383741v.3

**EXPENSE SUMMARY**
**JUNE 24, 2025 THROUGH JULY 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Duplicating: 0 @ $.10 pg. Printing: 9,037 pages @ $.10 pg. | $903.70 |
| Outside Reproduction | Parcels | $4,703.64 |
| Legal Research | Bloomberg | $2,900.80 |
| Filing/Court Fees | Petitions (x10); *Pro Hac Vice* Motions (R. Schrock, C. Arthur, J. Gordon); Sale Motion | $17,729.00 |
| Court Reporting | Reliable - Transcripts | $1,101.70 |
| Travel Expenses | *See attached chart* | $3,414.87 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | Blue Marble | $581.75 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | *See attached chart* | $223.58 |
| Document Retrieval | Pacer | $739.70 |
| RL&F Service Corp | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Equipment Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$32,298.74** |

RLF1 33383741v.3

| BUSINESS MEAL DETAIL | | | | |
|---|---|---|---|---|
| **Date** | **Provider** | **Meal & Number of people** | **Description** | **Amount** |
| 6/27/25 | DiMeo's | Lunch for 6 | Preparation for 6/27/25 Hearing | $130.12 |
| 7/28/25 | Manhattan Bagel | Breakfast for 5 | Preparation for 7/28/25 Hearing | $93.46 |
| **TOTAL** | | | | **$223.58** |

| TRAVEL EXPENSE DETAIL | | | | |
|---|---|---|---|---|
| Date | Provider | Number of People & Nights | Description | Amount |
| 7/16/25 | Uber | 1 Person | Travel to NY for Auction | $542.23 |
| 7/16/25 | The Luxury Collection | 1 Person / 2 Nights | Hotel & Food/Beverage for Auction | $1,278.58 |
| 7/16/25 | The Luxury Collection | 1 Person / 2 Nights | Hotel & Food/Beverage for Auction | $1,090.22 |
| 7/18/25 | Le Café Coffee | 1 Person | Food/Beverage for Auction | $9.98 |
| 7/18/25 | Zaro's | 1 Person | Food/Beverage for Auction | $15.13 |
| 7/18/25 | H&H Bagels | 1 Person | Food/Beverage for Auction | $23.53 |
| 7/18/25 | Amtrak | 1 Person | Return travel to DE from NY – for Auction | $392.00 |
| 7/18/25 | Uber | 1 Person | Travel from DE train station to home – for Auction | $63.20 |
| **TOTAL** | | | | **$3,414.87** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| Debtors. | : | (Jointly Administered) |
| | : | Objection Deadline: September 15, 2025 at 4:00 p.m. (ET) |

**FIRST MONTHLY APPLICATION OF RICHARDS, LAYTON & FINGER, P.A.
FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE
DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD FROM
JUNE 24, 2025 THROUGH JULY 31, 2025**

Pursuant to Sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), and the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**"), Richards, Layton & Finger, P.A. ("**RL&F**") hereby files this *First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 24, 2025 through July 31, 2025* (the "**Application**"). By the Application, RL&F seeks a monthly allowance pursuant to the Interim Compensation Order

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33383741v.3

with respect to the sums of $917,032.50 (80% of which equals $733,626.00), as compensation and $32,298.74 for reimbursement of actual and necessary expenses, for a total of $949,331.24 for the period June 24, 2025 through and including July 31, 2025 (the "**Compensation Period**"). In support of this Application, RL&F respectfully represents as follows:

**Background**

1. On June 24, 2025 (the "**Petition Date**"), the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") each filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. An official committee of unsecured creditors (the "**Creditors' Committee**") was appointed in these chapter 11 cases on July 2, 2025 [Docket No. 65].

2. RL&F was retained as co-counsel to the Debtors, effective as of the Petition Date, pursuant to the *Order Authorizing Retention and Employment of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors and Debtors in Possession Effective as of Petition Date*, entered on August 1, 2025 [Docket No. 264] (the "**Retention Order**"). The Retention Order authorized RL&F to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

**Compensation Paid and its Source**

3. All services for which compensation is requested by RL&F were performed for or on behalf of the Debtors.

4. Except to the extent of the retainer paid to RL&F as described in the application seeking approval of RL&F's employment by the Debtors, during the period covered by this Application, RL&F has received no payment and no promises for payment from any source for

2

services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between RL&F and any other person other than the directors of RL&F for the sharing of compensation to be received for services rendered in these cases.

### Fee Statement

5. The fee statement for the Compensation Period is attached hereto as **Exhibit A**. This statement contains daily time logs describing the time spent by each attorney and paraprofessional for the Compensation Period. To the best of RL&F's knowledge, this Application complies with Sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the Guidelines adopted by the Office of the United States Trustee, Local Rule 2016-1, and the Interim Compensation Order.

### Actual and Necessary Expenses

6. A summary of actual and necessary expenses and daily logs of expenses incurred by RL&F during the Compensation Period is attached hereto as **Exhibit B**. RL&F charges all of its bankruptcy clients $0.10 per page for photocopying expenses and $0.10 per page for printing jobs.

7. Regarding providers of on-line legal research (*e.g.*, WESTLAW), RL&F charges all of its clients the standard usage rates these providers charge, which, due to contractual flat fees, may not always equal RL&F's actual cost. RL&F currently is under contract to pay these providers a flat fee every month. Charging its clients the on-line providers' standard usage rates allows RL&F to cover adequately the monthly flat fees it must pay to these types of providers.

8. RL&F believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, RL&F believes that such charges are in

accordance with the American Bar Association's ("**ABA**") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

## Summary of Services Rendered

9.  The directors and associates of RL&F who have rendered professional services in these cases are as follows: Daniel J. DeFranceschi, Mark A. Kurtz, Zachary I. Shapiro, Katharine L. Mowery, Robert C. Maddox, Jake M. Crosetto, Robert S. Kissel, Frank Y. Sun, Huiqi Vicky Liu, David E. Milano, Clint M. Carlisle, Thomas K. Malone, Zachary J. Javorsky, Stanley N. Medlin, Gabriela Z. Monasterio and Colin A. Meehan. The paraprofessionals of RL&F who have provided services to these attorneys in these cases are as follows: Barbara J. Witters, Rebecca V. Speaker, Christopher J. Ruggiero, LeeAnn Scavina, Erin N. Weyl, Gregory J. Nequist and Tesia S. Smith.

10.  RL&F, by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases and has performed all necessary professional services, which are described and narrated in detail hereinafter.

## Summary of Services By Project

11.  The services rendered by RL&F during the Compensation Period can be grouped into the categories set forth below. These categories are generally described below, with a more detailed identification of the actual services provided set forth on the attached **Exhibit A**. The attorneys and paraprofessionals who rendered services relating to each category are identified,

along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A** attached hereto.

    A.    <u>Case Administration/Miscellaneous Matters</u>

    Fees:  $55,255.00        Total Hours:  61.4

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the United States Trustee (the "<u>**U.S. Trustee**</u>"), review of work in process reports, review of notices of appearance and maintaining service lists.

    B.    <u>Creditor Inquiries</u>

    Fees:  $80.00        Total Hours:  0.1

This category includes all matters related to responding to creditor inquiries.

    C.    <u>Meetings</u>

    Fees:  $9,877.50        Total Hours:  12.4

This category includes all matters related to preparing for and attending meetings with the Debtors, the Creditors' Committee, individual creditors, the U.S. Trustee, co-counsel and the Debtors' other professionals.

    D.    <u>Executory Contracts/Unexpired Leases</u>

    Fees:  $68,565.00       Total Hours:  83.5

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases.

E.   Automatic Stay/Adequate Protection

Fees:  $0.00                                              Total Hours:  0.0

This category includes all matters related to and including all motions related to modification of the automatic stay, the effect of the automatic stay or pending matters, and all other types of actions where adequate protection is the central issue.

F.   Plan of Reorganization/Disclosure Statement

Fees:  $19,182.50                                         Total Hours:  22.9

This category includes all matters related to review, formulation, negotiation, preparation and promulgation of plans of reorganization, disclosure statements, and related corporate documentation and research relating thereto.

G.   Use, Sale, Lease of Assets

Fees:  $413,372.50                                        Total Hours:  434.3

This category includes all matters relating to acquisitions, dispositions and other postpetition uses of property of the estate.

H.   Cash Collateral/DIP Financing

Fees:  $50,832.50                                         Total Hours:  47.9

This category includes all matters relating to negotiation and documentation of debtor in possession financing and post-confirmation financing, all cash collateral issues and related pleadings.

I.   Claims Administration

Fees:  $15,535.00                                         Total Hours:  20.6

This category includes all matters related to and including claims administration and bar date matters, including claims objections and related contested matters.

    J.    <u>Court Hearings</u>

        Fees: $108,255.00        Total Hours: 127.9

This category includes all matters related to preparation for and attendance at court hearings.

    K.    <u>General Corporate/Real Estate</u>

        Fees: $822.50        Total Hours: 0.7

This category includes all matters relating to transactional, corporate governance and related matters involving the Debtors' business operations that are not part of a plan of reorganization or disclosure statement.

    L.    <u>Schedules/SOFA/U.S. Trustee Reports</u>

        Fees: $42,750.00        Total Hours: 48.2

This category includes preparation of schedules and amendments, statements of financial affairs and amendments, operating reports and other reports required by the U.S. Trustee or the Court.

    M.    <u>Employee Issues</u>

        Fees: $22,232.50       Total Hours: 26.0

This category includes all matters related to employee wages, benefits, collective bargaining issues, other employee relations matters, ERISA, and retirement benefits.

    N.    <u>Environmental</u>

        Fees: $0.00       Total Hours: 0.0

This category includes all environmental matters, other than environmental aspects of the plan of reorganization.

O. <u>Tax Issues</u>

Fees: $9,152.50     Total Hours: 11.3

This category includes all federal and state income, property, employment, excise and other tax matters, other than the tax aspects of the plan of reorganization.

P. <u>Litigation/Adversary Proceedings</u>

Fees: $36,510.00     Total Hours: 42.3

This category includes all matters related to litigation and adversary proceedings.

Q-1. <u>RL&F Applications</u>

Fees: $11,955.00     Total Hours: 15.9

This category includes all matters related to preparing applications to retain RL&F and supplements thereto.

Q-2. <u>Retention of Others</u>

Fees: $33,420.00     Total Hours: 40.5

This category includes time spent reviewing applications for retention of other professionals, objecting to the retention of other professionals and assisting other professionals with preparing and filing retention applications.

R-1. <u>RL&F Fee Applications</u>

Fees: $6,447.50     Total Hours: 8.5

This category includes all time spent preparing, reviewing, filing and circulating monthly invoices and fee applications for RL&F.

R-2.  <u>Fee Applications of Others</u>

Fees: $5,760.00                                  Total Hours: 7.8

This category includes time spent reviewing invoices or applications of other professionals, objecting to fees of other professionals and assisting other professionals with filing and circulating monthly invoices and applications.

S.  <u>Vendor/Suppliers</u>

Fees: $0.00                                      Total Hours: 0.0

This category includes all matters related to vendors and suppliers, including reclamation issues.

T.  <u>Non-Working Travel</u>

Fees: $4,125.00                                  Total Hours: 7.5

This category includes all travel time not otherwise chargeable.

U.  <u>Utilities</u>

Fees: $1,157.50                                  Total Hours: 1.7

This category includes all matters related to utility issues.

V.  <u>Insurance</u>

Fees: $1,745.00                                  Total Hours: 1.9

This category includes all matters related to insurance policies or coverage.

**Valuation of Services**

12.  Attorneys and paraprofessionals of RL&F have expended a total of 1,023.3 hours in connection with this matter during the Compensation Period, as follows:

| ATTORNEYS | HOURS | HOURLY RATE |
|---|---|---|
| Daniel J. DeFranceschi | 20.7 | $1,500.00 |
| Mark A. Kurtz | 96.8 | $1,150.00 |
| Mark A. Kurtz | 6.0 | $575.00 |

9

| | | |
|---|---|---|
| Zachary I. Shapiro | 216.0 | $1,175.00 |
| Katharine L. Mowery | 15.0 | $1,050.00 |
| Robert C. Maddox | 33.3 | $1,000.00 |
| Jake M. Crosetto | 22.6 | $950.00 |
| Robert S. Kissel | 2.0 | $900.00 |
| Frank Y. Sun | 72.7 | $900.00 |
| Frank Y. Sun | 1.5 | $450.00 |
| Huiqi Vicky Liu | 202.8 | $800.00 |
| David E. Milano | 2.8 | $800.00 |
| Clint M. Carlisle | 121.0 | $800.00 |
| Thomas K. Malone | 45.8 | $750.00 |
| Zachary J. Javorsky | 0.6 | $700.00 |
| Stanley N. Medlin | 0.1 | $700.00 |
| Gabriela Z. Monasterio | 0.2 | $650.00 |
| Colin A. Meehan | 62.1 | $650.00 |
| **PARAPROFESSIONALS** | **HOURS** | **HOURLY RATE** |
| Barbara J. Witters | 7.5 | $425.00 |
| Rebecca V. Speaker | 67.8 | $425.00 |
| Christopher J. Ruggiero | 0.2 | $425.00 |
| LeeAnn Scavina | 1.2 | $425.00 |
| Erin N. Weyl | 5.7 | $425.00 |
| Gregory J. Nequist | 12.1 | $425.00 |
| Tesia S. Smith | 6.8 | $325.00 |

The nature of the work performed by these persons is fully set forth in **Exhibit A** attached hereto. These are RL&F's normal hourly rates for work of this character. The reasonable value of the services rendered by RL&F to the Debtors during the Compensation Period is $917,032.50.

13. In accordance with the factors enumerated in Section 330 of the Bankruptcy Code, it is respectfully submitted that the amount requested by RL&F is fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. Moreover, RL&F has reviewed the requirements of Local Rule 2016-1 and believes that this Application complies with that Local Rule.

WHEREFORE, RL&F respectfully requests that the Court authorize that for the Compensation Period, an allowance be made to RL&F pursuant to the terms of the Interim Compensation Order, with respect to the sum of $917,032.50 as compensation for necessary professional services rendered (80% of which equals $733,626.00), and the sum of $ $32,298.74 as 100% reimbursement of actual necessary costs and expenses, for a total of $949,331.24 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated: August 25, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Zachary I. Shapiro*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br><br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>       shapiro@rlf.com<br>       liu@rlf.com<br>       carlisle@rlf.com<br>       meehan@rlf.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

## CERTIFICATION OF COMPLIANCE WITH DEL. BANKR. L.R. 2016-1

I, Zachary I. Shapiro, on the 25th day of August, 2025, certify as follows:

a) I am a Director with the applicant firm, Richards, Layton & Finger, P.A., and have been admitted to appear before this Court.

b) I have personally performed many of the legal services rendered by RL&F, as co-counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and other professionals of RL&F.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Local Rule 2016-1, and submit that the Application substantially complies with such rule.

*/s/ Zachary I. Shapiro*
Zachary I. Shapiro (No. 5103)

RLF1 33383741v.3