# **<u>Exhibit B</u>**

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/11/25 | Bloomberg | 1.00 | 3.90 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 3.90 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 2.00 | 50.00 |
| 06/11/25 | Bloomberg | 2.00 | 50.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/11/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 2.00 | 0.60 |
| 06/18/25 | Bloomberg | 2.00 | 0.60 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 0.30 |
| 06/18/25 | Pacer | 3.00 | 0.30 |
| 06/18/25 | Bloomberg | 1.00 | 0.50 |
| 06/18/25 | Pacer | 30.00 | 3.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Pacer | 4.00 | 0.40 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Pacer | 3.00 | 0.30 |
| 06/18/25 | Bloomberg | 1.00 | 0.30 |
| 06/18/25 | Pacer | 10.00 | 1.00 |
| 06/18/25 | Pacer | 30.00 | 3.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 0.50 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Pacer | 12.00 | 1.20 |
| 06/18/25 | Bloomberg | 1.00 | 0.30 |
| 06/18/25 | Bloomberg | 1.00 | 0.30 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/18/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Bloomberg | 1.00 | 0.30 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 3.00 | 0.30 |
| 06/21/25 | Bloomberg | 1.00 | 6.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 4.00 | 0.40 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 4.00 | 0.40 |
| 06/21/25 | Pacer | 3.00 | 0.30 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 0.30 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 2.00 | 3.40 |
| 06/21/25 | Bloomberg | 1.00 | 0.30 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 4.00 | 0.40 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 16.00 | 1.60 |
| 06/21/25 | Bloomberg | 2.00 | 3.40 |
| 06/21/25 | Pacer | 18.00 | 1.80 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 6.00 |
| 06/21/25 | Bloomberg | 1.00 | 0.20 |
| 06/21/25 | Pacer | 15.00 | 1.50 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 0.20 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 0.30 |
| 06/21/25 | Pacer | 21.00 | 2.10 |
| 06/21/25 | Pacer | 1.00 | 0.10 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 4.00 | 0.40 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 8.00 | 0.80 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Bloomberg | 1.00 | 25.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 2.00 | 0.20 |
| 06/21/25 | Bloomberg | 1.00 | 3.00 |
| 06/21/25 | Pacer | 3.00 | 0.30 |
| 06/21/25 | Pacer | 21.00 | 2.10 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Pacer | 30.00 | 3.00 |
| 06/21/25 | Bloomberg | 2.00 | 50.00 |
| 06/21/25 | Bloomberg | 2.00 | 50.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 0.60 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 2.00 | 50.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 2.00 | 50.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 0.60 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 0.50 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 0.60 |
| 06/23/25 | Bloomberg | 1.00 | 0.60 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 0.50 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/23/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Bloomberg | 1.00 | 6.00 |
| 06/24/25 | Pacer | 63.00 | 6.30 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 128.00 | 12.80 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 85.00 | 8.50 |
| 06/24/25 | Pacer | 64.00 | 6.40 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 63.00 | 6.30 |
| 06/24/25 | Pacer | 6.00 | 0.60 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 6.00 | 0.60 |
| 06/24/25 | Bloomberg | 1.00 | 6.00 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 22.00 | 2.20 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 28.00 | 2.80 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 55.00 | 5.50 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 6.00 | 0.60 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 86.00 | 8.60 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 5.00 | 0.50 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Prints | 2.00 | 0.20 |
| 06/24/25 | Pacer | 184.00 | 18.40 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Bloomberg | 2.00 | 8.70 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 4.00 | 0.40 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 14.00 | 1.40 |
| 06/24/25 | Pacer | 5.00 | 0.50 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 5.00 | 0.50 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 28.00 | 2.80 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 5.00 | 0.50 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Prints | 1.00 | 0.10 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 79.00 | 7.90 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 8.00 | 0.80 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 22.00 | 2.20 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Bloomberg | 1.00 | 25.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 3.00 | 0.30 |
| 06/24/25 | Pacer | 25.00 | 2.50 |
| 06/24/25 | Pacer | 2.00 | 0.20 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Bloomberg | 2.00 | 8.70 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Bloomberg | 3.00 | 1.90 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Bloomberg | 3.00 | 1.90 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 12.00 | 1.20 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/24/25 | Pacer | 2.00 | 0.20 |
| 06/24/25 | Pacer | 4.00 | 0.40 |
| 06/24/25 | Pacer | 1.00 | 0.10 |
| 06/24/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Prints | 1.00 | 0.10 |
| 06/25/25 | Pacer | 2.00 | 0.20 |
| 06/25/25 | Bloomberg | 1.00 | 25.00 |
| 06/25/25 | Prints | 10.00 | 1.00 |
| 06/25/25 | Prints | 12.00 | 1.20 |
| 06/25/25 | Prints | 1.00 | 0.10 |
| 06/25/25 | Pacer | 3.00 | 0.30 |
| 06/25/25 | Bloomberg | 1.00 | 25.00 |
| 06/25/25 | Prints | 40.00 | 4.00 |
| 06/25/25 | Bloomberg | 2.00 | 7.60 |
| 06/25/25 | Prints | 31.00 | 3.10 |
| 06/25/25 | Pacer | 5.00 | 0.50 |
| 06/25/25 | Pacer | 3.00 | 0.30 |
| 06/25/25 | JPMORGAN CHASE BANK NA - 237571 - Petition filing (x10) | 1.00 | 17,380.00 |
| 06/25/25 | JPMORGAN CHASE BANK NA - JPMorganChase-COURTS/USDC-DE-237571-Pro Hac - R. Schrock, C. Arthur & J. Gordon | 1.00 | 150.00 |
| 06/25/25 | Bloomberg | 1.00 | 6.00 |
| 06/25/25 | Bloomberg | 2.00 | 7.00 |
| 06/25/25 | Prints | 7.00 | 0.70 |
| 06/25/25 | Pacer | 3.00 | 0.30 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Bloomberg | 2.00 | 7.00 |
| 06/25/25 | Prints | 34.00 | 3.40 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Bloomberg | 1.00 | 25.00 |
| 06/25/25 | Pacer | 1.00 | 0.10 |
| 06/25/25 | Bloomberg | 1.00 | 1.50 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/25/25 | Pacer | 12.00 | 1.20 |
| 06/25/25 | Bloomberg | 2.00 | 6.50 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Bloomberg | 1.00 | 25.00 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Bloomberg | 2.00 | 6.50 |
| 06/25/25 | Prints | 8.00 | 0.80 |
| 06/25/25 | Prints | 1.00 | 0.10 |
| 06/25/25 | Prints | 1.00 | 0.10 |
| 06/25/25 | Prints | 5.00 | 0.50 |
| 06/25/25 | Pacer | 10.00 | 1.00 |
| 06/25/25 | Bloomberg | 1.00 | 1.50 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Bloomberg | 2.00 | 7.60 |
| 06/25/25 | Prints | 1.00 | 0.10 |
| 06/25/25 | Pacer | 30.00 | 3.00 |
| 06/25/25 | Pacer | 3.00 | 0.30 |
| 06/25/25 | Prints | 19.00 | 1.90 |
| 06/25/25 | Pacer | 12.00 | 1.20 |
| 06/25/25 | Bloomberg | 1.00 | 6.00 |
| 06/25/25 | Pacer | 15.00 | 1.50 |
| 06/26/25 | Bloomberg | 1.00 | 2.80 |
| 06/26/25 | Pacer | 3.00 | 0.30 |
| 06/26/25 | Bloomberg | 1.00 | 6.00 |
| 06/26/25 | Pacer | 30.00 | 3.00 |
| 06/26/25 | JPMORGAN CHASE BANK NA - JPMorganChase-COURTS/USBC-DE-I-237571-Zen Sale Motion | 1.00 | 199.00 |
| 06/26/25 | PARCELS INC - Duplicating | 1.00 | 857.00 |
| 06/26/25 | Bloomberg | 1.00 | 25.00 |
| 06/26/25 | Pacer | 4.00 | 0.40 |
| 06/26/25 | Prints | 3.00 | 0.30 |
| 06/26/25 | Bloomberg | 1.00 | 6.00 |
| 06/26/25 | Bloomberg | 1.00 | 25.00 |
| 06/26/25 | Pacer | 3.00 | 0.30 |
| 06/26/25 | Pacer | 3.00 | 0.30 |
| 06/26/25 | Pacer | 4.00 | 0.40 |
| 06/26/25 | Pacer | 30.00 | 3.00 |
| 06/26/25 | Bloomberg | 1.00 | 25.00 |
| 06/26/25 | Pacer | 63.00 | 6.30 |
| 06/26/25 | Pacer | 7.00 | 0.70 |
| 06/26/25 | Prints | 3.00 | 0.30 |
| 06/26/25 | Pacer | 29.00 | 2.90 |
| 06/26/25 | Pacer | 3.00 | 0.30 |
| 06/26/25 | Bloomberg | 1.00 | 2.80 |
| 06/26/25 | Bloomberg | 1.00 | 25.00 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 7.00 | 0.70 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/27/25 | Prints | 35.00 | 3.50 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 2.00 | 0.20 |
| 06/27/25 | Pacer | 24.00 | 2.40 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Pacer | 30.00 | 3.00 |
| 06/27/25 | Prints | 9.00 | 0.90 |
| 06/27/25 | Pacer | 30.00 | 3.00 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 4.00 | 0.40 |
| 06/27/25 | Prints | 31.00 | 3.10 |
| 06/27/25 | Prints | 18.00 | 1.80 |
| 06/27/25 | Prints | 13.00 | 1.30 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 1.00 | 0.10 |
| 06/27/25 | Prints | 42.00 | 4.20 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 8.00 | 0.80 |
| 06/27/25 | Prints | 12.00 | 1.20 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 4.00 | 0.40 |
| 06/27/25 | Prints | 8.00 | 0.80 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 1.00 | 0.10 |
| 06/27/25 | Prints | 8.00 | 0.80 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Prints | 6.00 | 0.60 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 1.00 | 0.10 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | RELIABLE COPY SERVICE-DE - WL124612 | 1.00 | 153.70 |
| 06/27/25 | Prints | 8.00 | 0.80 |
| 06/27/25 | Prints | 11.00 | 1.10 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Pacer | 2.00 | 0.20 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Pacer | 30.00 | 3.00 |
| 06/27/25 | Pacer | 65.00 | 6.50 |
| 06/27/25 | Pacer | 2.00 | 0.20 |
| 06/27/25 | Prints | 102.00 | 10.20 |
| 06/27/25 | Pacer | 3.00 | 0.30 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 4.00 | 0.40 |
| 06/27/25 | Pacer | 6.00 | 0.60 |

| | | | |
|---|---|---:|---:|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 06/27/25 | Pacer | 7.00 | 0.70 |
| 06/27/25 | Prints | 9.00 | 0.90 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Pacer | 30.00 | 3.00 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Prints | 19.00 | 1.90 |
| 06/27/25 | Pacer | 7.00 | 0.70 |
| 06/27/25 | Prints | 49.00 | 4.90 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Prints | 4.00 | 0.40 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Pacer | 2.00 | 0.20 |
| 06/27/25 | Prints | 26.00 | 2.60 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Pacer | 126.00 | 12.60 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Pacer | 1.00 | 0.10 |
| 06/27/25 | Prints | 2.00 | 0.20 |
| 06/27/25 | Prints | 4.00 | 0.40 |
| 06/27/25 | Prints | 4.00 | 0.40 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/27/25 | Prints | 15.00 | 1.50 |
| 06/27/25 | Prints | 3.00 | 0.30 |
| 06/27/25 | Pacer | 4.00 | 0.40 |
| 06/27/25 | Prints | 3.00 | 0.30 |
| 06/27/25 | Pacer | 2.00 | 0.20 |
| 06/27/25 | Pacer | 5.00 | 0.50 |
| 06/27/25 | Prints | 40.00 | 4.00 |
| 06/27/25 | Pacer | 6.00 | 0.60 |
| 06/27/25 | Prints | 25.00 | 2.50 |
| 06/27/25 | Prints | 1.00 | 0.10 |
| 06/30/25 | JPMORGAN CHASE BANK NA - JPMorganChase-SLICE*DIMEOSPIZZA-237571-Lunch for Clients | 1.00 | 130.12 |
| 06/30/25 | RELIABLE COPY SERVICE-DE - WL124662 | 1.00 | 401.50 |
| 06/30/25 | Prints | 2.00 | 0.20 |
| 07/01/25 | PACER | 16.00 | 1.60 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 20.00 | 2.00 |
| 07/01/25 | PACER | 8.00 | 0.80 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/01/25 | PACER | 12.00 | 1.20 |
| 07/01/25 | PACER | 25.00 | 2.50 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 7.00 | 0.70 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | Bloomberg | 1.00 | 0.90 |
| 07/01/25 | PACER | 10.00 | 1.00 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 8.00 | 0.80 |
| 07/01/25 | PACER | 23.00 | 2.30 |
| 07/01/25 | PACER | 5.00 | 0.50 |
| 07/01/25 | PACER | 10.00 | 1.00 |
| 07/01/25 | PACER | 3.00 | 0.30 |
| 07/01/25 | PACER | 22.00 | 2.20 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 6.00 | 0.60 |
| 07/01/25 | PACER | 10.00 | 1.00 |
| 07/01/25 | PACER | 2.00 | 0.20 |
| 07/01/25 | PACER | 4.00 | 0.40 |
| 07/01/25 | Bloomberg | 1.00 | 0.90 |
| 07/01/25 | PACER | 12.00 | 1.20 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 9.00 | 0.90 |
| 07/01/25 | PACER | 2.00 | 0.20 |
| 07/01/25 | PACER | 5.00 | 0.50 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 1.00 | 0.10 |
| 07/01/25 | PACER | 1.00 | 0.10 |
| 07/01/25 | PACER | 27.00 | 2.70 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 3.00 | 0.30 |
| 07/01/25 | PACER | 5.00 | 0.50 |
| 07/01/25 | PACER | 16.00 | 1.60 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 20.00 | 2.00 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 25.00 | 2.50 |
| 07/01/25 | PACER | 6.00 | 0.60 |
| 07/01/25 | PACER | 29.00 | 2.90 |
| 07/01/25 | PACER | 5.00 | 0.50 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 5.00 | 0.50 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 30.00 | 3.00 |
| 07/01/25 | PACER | 4.00 | 0.40 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/01/25 | Bloomberg | 1.00 | 25.00 |
| 07/01/25 | Bloomberg | 1.00 | 25.00 |
| 07/02/25 | PARCELS INC - Duplicating | 1.00 | 140.30 |
| 07/02/25 | PACER | 30.00 | 3.00 |
| 07/02/25 | PACER | 1.00 | 0.10 |
| 07/03/25 | PACER | 85.00 | 8.50 |
| 07/03/25 | PACER | 3.00 | 0.30 |
| 07/03/25 | PACER | 43.00 | 4.30 |
| 07/03/25 | PACER | 30.00 | 3.00 |
| 07/03/25 | PACER | 85.00 | 8.50 |
| 07/03/25 | PACER | 30.00 | 3.00 |
| 07/03/25 | PACER | 15.00 | 1.50 |
| 07/03/25 | PACER | 2.00 | 0.20 |
| 07/03/25 | PACER | 30.00 | 3.00 |
| 07/03/25 | PACER | 5.00 | 0.50 |
| 07/03/25 | PACER | 30.00 | 3.00 |
| 07/03/25 | PACER | 32.00 | 3.20 |
| 07/07/25 | PACER | 10.00 | 1.00 |
| 07/07/25 | PACER | 16.00 | 1.60 |
| 07/07/25 | PACER | 11.00 | 1.10 |
| 07/07/25 | PACER | 11.00 | 1.10 |
| 07/07/25 | PARCELS INC - Duplicating | 1.00 | 341.60 |
| 07/07/25 | PACER | 11.00 | 1.10 |
| 07/07/25 | PACER | 12.00 | 1.20 |
| 07/07/25 | PACER | 4.00 | 0.40 |
| 07/07/25 | Prints | 80.00 | 8.00 |
| 07/07/25 | PACER | 6.00 | 0.60 |
| 07/07/25 | PACER | 3.00 | 0.30 |
| 07/07/25 | Prints | 326.00 | 32.60 |
| 07/07/25 | PACER | 11.00 | 1.10 |
| 07/07/25 | PACER | 7.00 | 0.70 |
| 07/08/25 | PACER | 12.00 | 1.20 |
| 07/08/25 | PACER | 11.00 | 1.10 |
| 07/08/25 | PACER | 11.00 | 1.10 |
| 07/08/25 | PACER | 1.00 | 0.10 |
| 07/08/25 | Prints | 140.00 | 14.00 |
| 07/08/25 | PACER | 30.00 | 3.00 |
| 07/08/25 | Blue Marble Messenger Service | 1.00 | 77.75 |
| 07/08/25 | Blue Marble Messenger Service | 1.00 | 61.50 |
| 07/08/25 | Prints | 1,615.00 | 161.50 |
| 07/08/25 | Blue Marble Messenger Service | 1.00 | 79.50 |
| 07/09/25 | PARCELS INC - Duplicating | 1.00 | 28.20 |
| 07/10/25 | PACER | 10.00 | 1.00 |
| 07/10/25 | PACER | 11.00 | 1.10 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 29.00 | 2.90 |
| 07/10/25 | PACER | 3.00 | 0.30 |

| Matter Name: Restructuring Advice | Invoice Date: | August 22, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 4.00 | 0.40 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 3.00 | 0.30 |
| 07/10/25 | PACER | 2.00 | 0.20 |
| 07/10/25 | PACER | 6.00 | 0.60 |
| 07/10/25 | PACER | 1.00 | 0.10 |
| 07/10/25 | PACER | 2.00 | 0.20 |
| 07/10/25 | PACER | 4.00 | 0.40 |
| 07/10/25 | PACER | 6.00 | 0.60 |
| 07/10/25 | PACER | 5.00 | 0.50 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 2.00 | 0.20 |
| 07/10/25 | PACER | 8.00 | 0.80 |
| 07/10/25 | PACER | 13.00 | 1.30 |
| 07/10/25 | PACER | 3.00 | 0.30 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 13.00 | 1.30 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 5.00 | 0.50 |
| 07/10/25 | PACER | 10.00 | 1.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 30.00 | 3.00 |
| 07/10/25 | PACER | 5.00 | 0.50 |
| 07/10/25 | PACER | 11.00 | 1.10 |
| 07/10/25 | PACER | 5.00 | 0.50 |
| 07/11/25 | PACER | 14.00 | 1.40 |
| 07/11/25 | PACER | 14.00 | 1.40 |
| 07/14/25 | PACER | 21.00 | 2.10 |
| 07/15/25 | PACER | 30.00 | 3.00 |
| 07/15/25 | PACER | 30.00 | 3.00 |
| 07/15/25 | PACER | 17.00 | 1.70 |
| 07/15/25 | PACER | 22.00 | 2.20 |
| 07/15/25 | PACER | 17.00 | 1.70 |
| 07/15/25 | PACER | 30.00 | 3.00 |
| 07/15/25 | PACER | 17.00 | 1.70 |
| 07/15/25 | PACER | 17.00 | 1.70 |
| 07/15/25 | PACER | 3.00 | 0.30 |
| 07/15/25 | PACER | 4.00 | 0.40 |
| 07/15/25 | PACER | 30.00 | 3.00 |
| 07/15/25 | PACER | 19.00 | 1.90 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/15/25 | RELIABLE COPY SERVICE-DE - WL124892 | 1.00 | 189.80 |
| 07/16/25 | Printing | 2.00 | 0.20 |
| 07/16/25 | Printing | 94.00 | 9.40 |
| 07/16/25 | Printing | 13.00 | 1.30 |
| 07/16/25 | Printing | 2.00 | 0.20 |
| 07/16/25 | Printing | 1.00 | 0.10 |
| 07/16/25 | Printing | 20.00 | 2.00 |
| 07/16/25 | Printing | 76.00 | 7.60 |
| 07/16/25 | Printing | 54.00 | 5.40 |
| 07/16/25 | Printing | 1.00 | 0.10 |
| 07/16/25 | Printing | 5.00 | 0.50 |
| 07/16/25 | Printing | 21.00 | 2.10 |
| 07/16/25 | Printing | 1.00 | 0.10 |
| 07/16/25 | Printing | 2.00 | 0.20 |
| 07/16/25 | Printing | 12.00 | 1.20 |
| 07/16/25 | Printing | 1.00 | 0.10 |
| 07/16/25 | Printing | 75.00 | 7.50 |
| 07/16/25 | Printing | 1.00 | 0.10 |
| 07/16/25 | Printing | 79.00 | 7.90 |
| 07/16/25 | Printing | 78.00 | 7.80 |
| 07/16/25 | Printing | 96.00 | 9.60 |
| 07/16/25 | Printing | 102.00 | 10.20 |
| 07/16/25 | Printing | 72.00 | 7.20 |
| 07/16/25 | Printing | 8.00 | 0.80 |
| 07/16/25 | Printing | 146.00 | 14.60 |
| 07/16/25 | PACER | 19.00 | 1.90 |
| 07/16/25 | Printing | 26.00 | 2.60 |
| 07/16/25 | Printing | 19.00 | 1.90 |
| 07/17/25 | Printing | 6.00 | 0.60 |
| 07/17/25 | Printing | 2.00 | 0.20 |
| 07/17/25 | PACER | 20.00 | 2.00 |
| 07/17/25 | Printing | 1.00 | 0.10 |
| 07/18/25 | PACER | 20.00 | 2.00 |
| 07/18/25 | PACER | 20.00 | 2.00 |
| 07/18/25 | ZACHARY I. SHAPIRO - ZACH SHAPIRO - Travel to NY for Auction | 1.00 | 2,301.12 |
| 07/18/25 | ZACH SHAPIRO - Travel to NY for Auction | 1.00 | 2,301.12 |
| 07/18/25 | MARK A. KURTZ - Client Meeting | 1.00 | 1,113.75 |
| 07/18/25 | ZACH SHAPIRO - Travel to NY for Auction | (1.00) | (2,301.12) |
| 07/18/25 | PACER | 3.00 | 0.30 |
| 07/18/25 | PACER | 3.00 | 0.30 |
| 07/18/25 | PACER | 6.00 | 0.60 |
| 07/18/25 | PACER | 20.00 | 2.00 |
| 07/19/25 | PACER | 20.00 | 2.00 |
| 07/19/25 | PACER | 20.00 | 2.00 |
| 07/21/25 | Printing | 7.00 | 0.70 |
| 07/21/25 | Printing | 1.00 | 0.10 |
| 07/21/25 | PARCELS INC - Duplicating | 1.00 | 580.00 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/22/25 | PACER | 21.00 | 2.10 |
| 07/22/25 | PACER | 30.00 | 3.00 |
| 07/22/25 | PACER | 2.00 | 0.20 |
| 07/22/25 | PACER | 21.00 | 2.10 |
| 07/22/25 | PACER | 8.00 | 0.80 |
| 07/22/25 | PACER | 10.00 | 1.00 |
| 07/22/25 | PACER | 21.00 | 2.10 |
| 07/22/25 | PACER | 1.00 | 2.40 |
| 07/22/25 | PACER | 30.00 | 3.00 |
| 07/22/25 | PACER | 2.00 | 0.20 |
| 07/22/25 | PACER | 3.00 | 0.30 |
| 07/22/25 | PACER | 16.00 | 1.60 |
| 07/24/25 | Printing | 12.00 | 1.20 |
| 07/24/25 | Printing | 2.00 | 0.20 |
| 07/24/25 | Printing | 3.00 | 0.30 |
| 07/24/25 | Printing | 6.00 | 0.60 |
| 07/24/25 | PACER | 21.00 | 2.10 |
| 07/24/25 | PACER | 3.00 | 0.30 |
| 07/24/25 | PACER | 3.00 | 0.30 |
| 07/24/25 | PACER | 30.00 | 3.00 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | MANHATTAN BAGEL (STORE #049C) - 38992 - client breakfast | 1.00 | 93.46 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | PACER | 30.00 | 3.00 |
| 07/24/25 | Printing | 1.00 | 0.10 |
| 07/24/25 | PACER | 4.00 | 0.40 |
| 07/24/25 | Blue Marble Messenger Service | 1.00 | 33.50 |
| 07/24/25 | PACER | 7.00 | 0.70 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | Printing | 6.00 | 0.60 |
| 07/24/25 | PACER | 22.00 | 2.20 |
| 07/24/25 | PACER | 5.00 | 0.50 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | Printing | 34.00 | 3.40 |
| 07/24/25 | PACER | 25.00 | 2.50 |
| 07/24/25 | PACER | 30.00 | 3.00 |
| 07/24/25 | PACER | 22.00 | 2.20 |
| 07/24/25 | PACER | 22.00 | 2.20 |
| 07/24/25 | PACER | 12.00 | 1.20 |
| 07/24/25 | Printing | 111.00 | 11.10 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | PACER | 2.00 | 0.20 |
| 07/24/25 | PACER | 22.00 | 2.20 |
| 07/24/25 | Printing | 6.00 | 0.60 |
| 07/25/25 | PACER | 22.00 | 2.20 |
| 07/25/25 | PACER | 22.00 | 2.20 |
| 07/25/25 | PACER | 22.00 | 2.20 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/25/25 | PARCELS INC - Duplicating | 1.00 | 99.20 |
| 07/25/25 | PARCELS INC - Duplicating | 1.00 | 1,993.84 |
| 07/25/25 | PARCELS INC - Duplicating | 1.00 | 663.50 |
| 07/25/25 | PACER | 30.00 | 3.00 |
| 07/25/25 | PACER | 9.00 | 0.90 |
| 07/27/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | Printing | 420.00 | 42.00 |
| 07/28/25 | PACER | 3.00 | 0.30 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 200.00 | 20.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 3.00 | 0.30 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | PACER | 11.00 | 1.10 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 200.00 | 20.00 |
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Blue Marble Messenger Service | 1.00 | 140.50 |
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | PACER | 7.00 | 0.70 |
| 07/28/25 | Printing | 11.00 | 1.10 |
| 07/28/25 | PACER | 25.00 | 2.50 |
| 07/28/25 | Printing | 13.00 | 1.30 |
| 07/28/25 | Printing | 99.00 | 9.90 |
| 07/28/25 | Printing | 90.00 | 9.00 |
| 07/28/25 | Printing | 19.00 | 1.90 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 385.00 | 38.50 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | Printing | 11.00 | 1.10 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 3.00 | 0.30 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | Printing | 35.00 | 3.50 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | Printing | 134.00 | 13.40 |
| 07/28/25 | Printing | 39.00 | 3.90 |
| 07/28/25 | Printing | 78.00 | 7.80 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/28/25 | Blue Marble Messenger Service | 1.00 | 140.50 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | Printing | 410.00 | 41.00 |
| 07/28/25 | Printing | 645.00 | 64.50 |
| 07/28/25 | Printing | 84.00 | 8.40 |
| 07/28/25 | Printing | 3.00 | 0.30 |
| 07/28/25 | Printing | 21.00 | 2.10 |
| 07/28/25 | PACER | 25.00 | 2.50 |
| 07/28/25 | Printing | 18.00 | 1.80 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 21.00 | 2.10 |
| 07/28/25 | PACER | 7.00 | 0.70 |
| 07/28/25 | Printing | 200.00 | 20.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 5.00 | 0.50 |
| 07/28/25 | Printing | 61.00 | 6.10 |
| 07/28/25 | Printing | 5.00 | 0.50 |
| 07/28/25 | Printing | 110.00 | 11.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 4.00 | 0.40 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 185.00 | 18.50 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 5.00 | 0.50 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 4.00 | 0.40 |
| 07/28/25 | Printing | 10.00 | 1.00 |
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | PACER | 3.00 | 0.30 |
| 07/28/25 | Printing | 185.00 | 18.50 |
| 07/28/25 | Printing | 32.00 | 3.20 |
| 07/28/25 | Printing | 185.00 | 18.50 |
| 07/28/25 | Printing | 11.00 | 1.10 |
| 07/28/25 | Printing | 30.00 | 3.00 |
| 07/28/25 | Printing | 60.00 | 6.00 |
| 07/28/25 | Printing | 195.00 | 19.50 |
| 07/28/25 | Printing | 160.00 | 16.00 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 2.00 | 0.20 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | August 22, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3031970 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | PACER | 3.00 | 0.30 |
| 07/28/25 | PACER | 2.00 | 0.20 |
| 07/28/25 | PACER | 25.00 | 2.50 |
| 07/28/25 | Blue Marble Messenger Service | 1.00 | 48.50 |
| 07/28/25 | Printing | 13.00 | 1.30 |
| 07/28/25 | Printing | 170.00 | 17.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | Printing | 6.00 | 0.60 |
| 07/28/25 | PACER | 24.00 | 2.40 |
| 07/28/25 | Printing | 175.00 | 17.50 |
| 07/28/25 | Printing | 2.00 | 0.20 |
| 07/28/25 | Printing | 82.00 | 8.20 |
| 07/28/25 | Printing | 9.00 | 0.90 |
| 07/28/25 | Printing | 3.00 | 0.30 |
| 07/28/25 | PACER | 3.00 | 0.30 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | PACER | 30.00 | 3.00 |
| 07/28/25 | Printing | 48.00 | 4.80 |
| 07/28/25 | Printing | 1.00 | 0.10 |
| 07/28/25 | Printing | 15.00 | 1.50 |
| 07/28/25 | Printing | 11.00 | 1.10 |
| 07/29/25 | RELIABLE COPY SERVICE-DE - 356.7 | 1.00 | 356.70 |
| **Total** | | | **$32,298.74** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| Description | Amount |
|---|---:|
| Bloomberg | 2,900.80 |
| Business Meals | 223.58 |
| Court Reporter | 1,101.70 |
| Duplicating | 4,703.64 |
| Filing/Court Fees | 17,729.00 |
| Messenger Service | 581.75 |
| PACER | 739.70 |
| Printing | 903.70 |
| Travel | 3,414.87 |
| **Total** | **$32,298.74** |