IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
        Debtors. : (Jointly Administered)
: 
: **Re: Docket No. 266**
------------------------------------------------------------ x

**NOTICE OF AMENDMENT TO EXHIBIT 1 TO
NOTICE OF CLOSING OF SALE OF
JOB BOARD BUSINESS TO BOLD HOLDINGS, LLC**

      **PLEASE TAKE NOTICE** that, on August 1, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Notice of Closing of Sale of Job Board Business to BOLD Holdings, LLC* [Docket No. 266] (the "**Closing Notice**")[2] with the United States Bankruptcy Court for the District of Delaware.  Attached to the Closing Notice as Exhibit 1 thereto was a list of Assumed Agreements as of the Closing (the "**Assumption Schedule**").

      **PLEASE TAKE FURTHER NOTICE** that, to resolve certain informal responses to the Assumption Schedule, the Debtors hereby file an amendment to the Assumption Schedule, amending the contract description and Cure Cost associated with an Assumed Agreement (the "**Initial Assumed Agreement**"), as more fully set forth in **Exhibit 1** hereto.  The contract description and Cure Cost set forth in **Exhibit 1** hereto shall amend and supersede the Cure Cost and contract description of the Initial Assumed Agreement set forth in the Assumption Schedule.  For the avoidance of doubt, the Assumption Schedule remains unchanged except as modified by **Exhibit 1** hereto.

*[signature page follows]*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Closing Notice.

Dated: August 26, 2025
      Wilmington, Delaware        */s/ Colin A. Meehan*

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*