# **EXHIBIT 1**

**Amendment to Assumption Schedule**

| | Contract Counterparty | CareerBuilder + Monster Entity Party to Contract | Contract Date | Service Start Date | Service End Date | Agreement Description / Comments | BOLD Feedback Assume Yes/No | Cure |
|---|---|---|---|---|---|---|---|---|
| Initial Assumed Agreement | QUALITY TECHNOLOGY SERVICES | CareerBuilder, LLC | 4/30/2024 | | | Contract - PDC rent | YES | $116,977.64 |
| Amendment to Initial Assumed Agreement | QTS | CareerBuilder, LLC | 4/30/2024 | | | Master Agreement | YES | $386,901.25 |