IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SUPPLEMENTAL SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on August 25, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Second Omnibus Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Reject Certain Executory Contracts and Unexpired Leases Effective as of the Rejection Date; and (II) Granting Related Relief [Docket No. 312]**

Dated: August 28, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California   }
{                      } ss.
{County of Los Angeles }

Subscribed and sworn to (or affirmed) before me on this 28th day of August, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_Carolyn K. Cashman_
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC, Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

**Exhibit A**
Service List

| Creditor | Address | | | | | Method of Service |
|---|---|---|---|---|---|---|
| Adworks Ltd | Attn: Dan Gorlitsky | Ha-Yetzira 31 | Ramat Gan, 5252173 | Israel | | First Class Mail |
| Adworks Ltd | Hayetzira 31 | Ramat Gan | Israel | | | First Class Mail |
| Aimwel BV | Attn: Dennis Van Allemeersch | Capellalaan 65 | Hoofddorp, 2132 JL | Netherlands | | First Class Mail |
| Aimwel BV | 40 Van der Madeweg | Amsterdam, N-Holland 1114AM | Netherlands | | | First Class Mail |
| Appcast Inc | Appcast Inc-22548 | JP Morgan Lckbx Procsg | 4 Chase Metrotech Ctr, 7th Fl E | Brooklyn, NY 11245 | | First Class Mail |
| Appcast Inc | Attn: Tod Dillon | 10 Water St, Ste 150 | Lebanon, NH 03766-1657 | | | First Class Mail |
| Appcast Inc | Jp Morgan Lckbx Procsg, 7th Fl E | Brooklyn, NY 11245 | | | | First Class Mail |
| Appcast Inc | P.O. Box 392472 | New York, PA 15251-9472 | | | | First Class Mail |
| Appcast Inc | P.O. Box 392472 | Pittsburgh, PA 15251-9472 | | | | First Class Mail |
| Appcast, Inc | Attn: Stacie Yamaguchi | 10 Water St, Ste 150 | Lebanon, NH 03766 | | | First Class Mail |
| Bounteous Inc | P.O. Box 713297 | Round Rock, IL 60677 1297 | | | | First Class Mail |
| Broadbean Technology Limiited | The S Quay Bldg | Blue Bell, E149SH | United Kingdom | | | First Class Mail |
| Broadbean Technology Ltd | S Quay Plz | 183 Marsh Wall | London, E14 | United Kingdom | | First Class Mail |
| Broadbean Technology Ltd | The South Quay Bldg | 6th Flr 189 Marsh Wall | London, E149sh | United Kingdom | | First Class Mail |
| Camelot Communications Ltd | Attn: Jennifer Hooper | 2845 W 7th St | Ft Worth, TX 76107 | | | First Class Mail |
| Dell Financial Services Canada | 155 Gordon Baker Rd, Ste 155 | N York, ON M2H 3N5 | Canada | | | First Class Mail |
| Dell Financial Services L,L,C | 1 Dell Way, Mail Stop-Ps2Df-23 | Round Rock, TX 78682 | | | | First Class Mail |
| Dell Marketing | c/o Dell USA LP | P.O. Box 534118 | Atlanta, GA 30353-4118 | | | First Class Mail |
| Dell Marketing Lp | 1 Dell Way | Round Rock, TX 78682 | | | | First Class Mail |
| Everlong Media LLC | Attn: Chad Grohman, Amy Adams | 4025 Spencer St, Ste 103 | Torrance, CA 90503 | | | First Class Mail |
| Forma Ai Inc | 1 Yonge St | White Plains, ON M5E 1E5 | Canada | | | First Class Mail |
| Getty Images (us) Inc | P.o. Box 953604 | St Louis, Mo 63195 | | | | First Class Mail |
| Jobcase Inc | 201 Broadway St | Mt Laurel, MA 2139 | | | | First Class Mail |
| Jobcase Inc | 201 Broadway, 6th Fl | Cambridge, MA 02139 | | | | First Class Mail |
| Jobcase Inc | Attn: Samuel Torff | 201 Broadway St, 7th Fl | Cambridge, MA 02139 | | | First Class Mail |
| Jobcase, Inc | Attn: Timothy Johnson | 201 Broadway St, 7th Fl | Cambridge, MA 02139 | | | First Class Mail |
| Jobverse Inc | 5106 Maryland Way, Ste 209 | Brentwood, Tn 37027 | | | | First Class Mail |
| Jobverse Inc | Attn: Kevin McCarthy | 1913 Championship | Franklin, TN 37064 | | | First Class Mail |
| Joveo Inc | 520, 1800 Alexander Bell Dr | Reston, VA 20191 | | | | First Class Mail |
| Linked In | 62228 Collections Ctr Dr | New Jersey, IL 60693 0622 | | | | First Class Mail |
| Litmos Us, Lp | 548 Market St Unit 34398 | San Francisco, CA 94104-5401 | | | | First Class Mail |
| Litmos US, LP | P.O. Box 735297 | Chicago, IL 60673-5297 | | | | First Class Mail |
| Meta Platforms Inc | Attn: Accounts Receivable | 15161 Collections Ctr Dr | Chicago, IL 60693 | | | First Class Mail |
| Mullenlowe Mediahub Boston | P.O. Box 542008 | Omaha, NE 68154 | | | | First Class Mail |
| Mullenlowe US Inc | P.O. Box 74008224 | Chicago, IL 60674-8224 | | | | First Class Mail |
| People.ai, Inc. | Attn: Legal & Accounts Receivable | 548 Market St, PMB 58279 | San Francisco, CA 94104 | | | First Class Mail |
| Recruitics Inc | Attn: Kayla Sorice | 230 East Ave, Ste 101 | Norwalk, CT 06855 | | | First Class Mail |
| Recruitics Inc | Attn: Kayla Sorice | P.O. Box 21425 | New York, NY 10087-1425 | | | First Class Mail |
| Recruitics Inc | P.O. Box 21425 | New York, NY 10087 1425 | | | | First Class Mail |
| Talent.Com USA Inc | P.O. Box 95538 | Chicago, IL 60694-5538 | | | | First Class Mail |
| Talroo Inc | 5433 Champion Grandview Way, | Austin, TX 78750 | | | | First Class Mail |
| Talroo Inc | Attn: Allison Yager | 6433 Champion Grandview Way | Bldg 2, Ste 100 | Austin, TX 78750 | | First Class Mail |
| Talroo Inc | P.O. Box 201342 | Dallas, TX 75320-1342 | | | | First Class Mail |
| Talroo Inc | P.O. Box 2677 | Chicago, TX 78299 | | | | First Class Mail |
| Talroo, Inc | Attn: Brian Henson | 6433 Champion Grandview Way, Bldg 2, Ste 100 | Austin, TX 78750 | | | First Class Mail |
| The Morning Consult LLC | c/o Saul Ewing LLP | Attn: Monique B DiSabatino, Esquire | 1201 N Market St, Ste 2300 | P.O. Box 1266 | Wilmington, DE 19899 | First Class Mail |
| The Morning Consult LLC | c/o Saul Ewing LLP | Attn: Turner N Falk, Esquire | Centre Square W | 1500 Market St, 38th Fl | Philadelphia, PA 19102 | First Class Mail |
| Zip Recruiter | 604 Arizona Ave | Chicago, CA 90401 | | | | First Class Mail |
| Zip Recruiter | 604 Arizona Ave | Santa Monica, CA 90401 | | | | First Class Mail |
| Zoominfo Technologies LLC | Dept La 24789 | Pasadena, CA 91185 | | | | First Class Mail |

Zen JV, LLC, et al., (Case No. 25-11195)