**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

# AlixPartners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:   Expenses
Code: 20010759PA0003.1.34

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---:|
| 07/07/2025 | Train Jesse DelConte - New York to Wilmington, DE (round trip, to attend hearing in Delaware) | 386.00 |
| 07/08/2025 | Train Jesse DelConte - Wilmington, DE to New York, NY (change fee to return from hearing in Delaware) | 68.00 |
| 07/18/2025 | Taxi/Car Service Jesse DelConte from Latham to Home | 83.21 |
| 07/18/2025 | Taxi/Car Service James Shen from Latham to Home | 32.34 |
| **Total Expenses** | | **$ 569.55** |

# AlixPartners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Client: 20010759Pa0003

| **Expenses** | | **Amount** |
|---|---|---:|
| Ground Transportation | $ | 569.55 |
| **Total Expenses** | **USD** | **569.55** |