IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                     :
In re:                                                        :       Chapter 11
                                                               :
ZEN JV, LLC, *et al.*,[1]                    :       Case No. 25-11195 (JKS)
                                                              :
                Debtors.                       :       (Jointly Administered)
                                                              :
------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON SEPTEMBER 3, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

I.    **MATTER GOING FORWARD:**

1.    Motion of Debtors for Entry of Order (A) Conditionally Approving the Combined Plan and Disclosure Statement for Solicitation Purposes Only, (B) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject the Combined Plan and Disclosure Statement, (C) Approving the Forms of Ballots and Solicitation Materials, (D) Establishing Voting Record Date, (E) Fixing the Date, Time and Place for the Confirmation Hearing and the Deadline for Filing Objections Thereto, and (F) Approving Related Notice Procedures [Docket No. 306 – filed August 19, 2025]

        Objection / Response Deadline:       August 28, 2025 at 4:00 p.m. (ET)

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Objections / Responses Received:

A.     Informal comments from the Office of the United States Trustee (the "U.S. Trustee")

Related Documents:

i.     Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation [Docket No. 305 – filed August 19, 2025] (the "Combined Plan and Disclosure Statement")

ii.     Notice of Motion and Hearing [Docket No. 308 – filed August 20, 2025]

Status: The Debtors are in discussions with the Official Committee of Unsecured Creditors and the Debtors' prepetition secured lenders and expect to file a revised version of the Combined Plan and Disclosure Statement in advance of the hearing that reflects a global settlement between such parties. The Debtors also believe that they have resolved the informal comments of the U.S. Trustee. The hearing on this matter is going forward on an uncontested basis.

RLF1 33586297v.2

Dated: August 29, 2025
      Wilmington, Delaware

/s/ Zachary I. Shapiro

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*