# SIGN-IN SHEET

| CASE NAME: Zen JV, LLC | COURTROOM #6 |
|---|---|
| CASE NUMBER: 25-11195 (JKS) | DATE: September 3, 2025 @ 1:00 p.m. |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Justin Alberto | Cole Schotz | Committee |
| Zach Shapiro | RLF | Debtor |
| Clint Carlisle | RLF | Debtor |
| Linda Casey | UST | UST |
| Andrew Ehrmann | Potter Anderson | Wilmington Trust, N.A. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

## 1:00 PM

### 25-11195-JKS Zen JV, LLC

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 1:00 PM | Audio Only | no |
| Candace M. Arthur | Latham & Watkins LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| John Ashmead | Seward & Kissel LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Patrick S. Baldwin | Jones Day | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Carl E. Black | Jones Day | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 1:00 PM | Zoom(Video and Audio) | yes |
| Clint Michael Carlisle | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Sarah A. Carnes | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Catherine Corey | catherine@9fin.com | catherine@9fin.com | 1:00 PM | Audio Only | no |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |

| Name | Firm | Party | Time | Mode | |
|---|---|---|---|---|---|
| Andrew Ehrmann | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan C. Gordon | LATHAM & WATKINS LLP | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |
| Adam Harris | Schulte Roth & Zabel LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Taylor Harrison | | | 1:00 PM | Audio Only | no |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Patrick Holohan | | | 1:00 PM | Audio Only | no |
| Elazar A. Kosman | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |
| Maria Kotsiras | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Leah Victoria Lerman | DOJ-Civ | USA | 1:00 PM | Zoom(Video and Audio) | yes |
| Huiqi Liu | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Catherine LoTempio | Seward & Kissel LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Kristin McCloskey | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Colin Meehan | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Daniel J. Merrett | Jones Day | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Echo Yi Qian | Morris Nichols Arsht and Tunnell | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Jonathan Randles | | Bloomberg News | 1:00 PM | Audio Only | no |
| Christopher M. Samis | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Zachary I Shapiro | Richards, Layton & Finger, P.A. | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Vince Sullivan | Law360 | | 1:00 PM | Audio Only | no |
| Ben Thomson | Cooley LLP | BOLD Holdings | 1:00 PM | Zoom(Video and Audio) | yes |
| Luxiang Wang | lwang@paulweiss.com | Equity Sponsor | 1:00 PM | Audio Only | yes |
| David Zubkis | | | 1:00 PM | Audio Only | no |