**<u>EXHIBIT A</u>**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                              :
In re:                                        :   Chapter 11
                                              :
ZEN JV, LLC, et al.,¹                         :   Case No. 25-11195 (JKS)
                                              :
                 Debtors.                     :   (Jointly Administered)
                                              :
                                              :   Re: Docket No. 312
-------------------------------------------------------- x
```

## ORDER (I) AUTHORIZING THE DEBTORS TO REJECT CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF THE REJECTION DATE; AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "**Debtors**"), for entry of an order pursuant to sections 105 and 365(a) of the Bankruptcy Code and Bankruptcy Rule 6006, (i) authorizing the Debtors to reject the Contracts, effective as of the Rejection Date; and (ii) granting related relief, all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion pursuant to §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Chapter 11 Cases and the Motion is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice of the Motion has been given under the circumstances, and that no other or further notice of the Motion

---

[1]  The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

is required; and the Court having reviewed and considered the Motion; and a hearing having been held to consider the relief requested in the Motion; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors, their creditors, their estates and all other parties in interest; and upon the record herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to reject the Contracts, identified on **<u>Schedule 1</u>** attached hereto, including, to the extent applicable, any agreements, amendments, modifications, change orders, supplements, waivers, subleases, and side letters related thereto, effective as of the Rejection Date.

3.      Nothing herein shall prejudice the rights of the Debtors to argue that any of the Contracts were terminated or have expired, that any claim for damages arising from the rejection of the Contracts is limited to the remedies available under any applicable termination provision of such Contract, or that any such claim is an obligation of a third party and not that of the Debtors or their estates.

4.      Notwithstanding anything in the Bankruptcy Rules to the contrary, this Order is immediately effective and enforceable upon its entry.

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.      The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**<u>Schedule 1</u>**

**Contracts**

**Schedule 1**

**Contracts**

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 1 | **CareerBuilder, LLC** | **Adworks LTD** | Ha-Yetzira 31, Ramat Gan, 5252173, Israel | Marketing Contract | August 22, 2025 |
| 2 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **AIMWEL B.V.** | Capellalaan 65, Hoofddorp, 2132 JL, The Netherlands | Aimwel Agreement and Project Order | August 22, 2025 |
| 3 | **CareerBuilder, LLC** | **Appcast Inc.** | 10 Water Street, Lebanon, NH, 03766 | Clickcast Subscription Agreement dated September 14, 2022 | August 22, 2025 |
| 4 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Appcast Inc.** | 10 Water Street, Lebanon, NH, 03766 | Partner Agreement dated April 1, 2021, Appcast Premium Agreement dated January 5, 2024, and Data Processing Addendum | August 22, 2025 |
| 5 | **CareerBuilder, LLC** | **Bounteous Inc.** | PO Box 713297, Chicago, IL, 60677-1297 | The Statement of Work dated September 1, 2024 | August 22, 2025 |
| 6 | **CareerBuilder, LLC** | **Broadbean Technology Limited (a Veritone Company)** | 13th Floor, The South Quay Building 77 Marsh Wall London, E14 9SH UK | Broadbean License Agreement | August 22, 2025 |
| 7 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Camelot Communications Ltd** | 8140 Walnut Hill Lane, Suite 1000, Dallas, TX, 75231 | MEDIA SERVICES AGREEMENT dated August 1, 2020, and Amendments 1, 2, 3 | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 8 | **CareerBuilder, LLC** | **Dell Financial Services LLC** | One Dell Way, Round Rock, TX, 78682 | Dell Master Lease Agreement dated April 21, 2022 | August 22, 2025 |
| 9 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Dell Marketing LP** | C/O DELL USA L.P., PO BOX 802816, Chicago, IL, 60680-2816 | Customer Purchase Agreement, dated March 7, 2008, and related Statements of Work | August 22, 2025 |
| 10 | **CareerBuilder, LLC** | **EVERLONG MEDIA LLC** | 4025 Spencer St. #103, Torrance, CA, 90503 | Job Feed Agreement dated March 17, 2023 | August 22, 2025 |
| 11 | **CareerBuilder, LLC** | **FORMA AI INC** | 1 Yonge St, Suite: 2000 Toronto, ON, M5E 1E5, Canada | Software as a Service Agreement dated November 4, 2021, | August 22, 2025 |
| 12 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Getty Images (US), Inc.** | 195 Broadway, 10th floor, New York, NY, 10007 | GETTY IMAGES' NORTH AMERICA PREMIUM ACCESS LICENSE AGREEMENT dated May 10, 2025 | August 22, 2025 |
| 13 | **CareerBuilder, LLC** | **Globalization Partners LLC** | 17th Floor, 175 Federal Street, Boston, MA, 02110 | Master Agreement dated 29 June 2023 | August 6, 2025 |
| 14 | **CareerBuilder, LLC** | **Jobcase, Inc.** | 201 Broadway St, 7th Floor, Cambridge, MA, 02139 | Jobcase Services Agreement dated October 28, 2022 | August 22, 2025 |
| 15 | **CareerBuilder, LLC** | **Jobverse, Inc.** | 9154 Keats St, Franklin, TN, 37064 | Master Services Agreement dated March 8, 2022 | August 22, 2025 |
| 16 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Joveo, Inc.** | 101 Jefferson Drive, 1st Floor, Menlo Park, CA, 94025 | Partner Agreement dated April 19, 2022, a Programmatic Job Advertising Platform Master Services Agreement and | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| | | | | related Statements of Work | |
| 17 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **META PLATFORMS INC.** | 15161 COLLECTIONS CENTER Drive, Chicago, IL, 60693 | Self-service Ads | August 22, 2025 |
| 18 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **MullenLowe U.S., Inc.** | 386 Park Avenue South, New York, NY, 10016 | Consulting Agreement dated August 1, 2018 | August 22, 2025 |
| 19 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **NOMTEK SP.Z O.O** | SWIDNICKA 22/12, Wroclaw, 50-068, Poland | Statement of Work #8 dated May 30, 2025 | August 22, 2025 |
| 20 | **CareerBuilder, LLC** | **LINKED IN** | 62228 Collections Center Drive, Chicago, IL, 60693-0622 | Order Form | August 22, 2025 |
| 21 | **CareerBuilder, LLC** | **Litmos US L.P.** | 675 Massachusetts Ave, 10th floor, Cambridge, MA, 02139 | Enterprise Order Form dated February 10. 2025 | August 22, 2025 |
| 22 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **PEOPLE.AI INC** | 548 Market St #58279 San Francisco, CA, 94104-5401 | Order Form dated October 1, 2024 | August 22, 2025 |
| 23 | **CareerBuilder, LLC** | **RECRUITICS INC** | 230 East Avenue, Norwalk, CT 06855 | Master Service Agreement dated December 1, 2023 | August 22, 2025 |
| 24 | **CareerBuilder, LLC** | **TALENT.COM INC** | PO BOX 95729, Chicago, IL, 60694-5538 | Service agreement | August 22, 2025 |
| 25 | **CareerBuilder, LLC** | **Talroo Inc.** | 6433 Champion Grandview Way Bldg 2, Suite 100, Austin, TX, 78750 | Advertiser Terms of Service | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 26 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **The Morning Consult LLC** | 1025 F Street NW, Suite 800, Washington, DC, 20004 | Master Services Agreement dated March 10, 2022 | August 22, 2025 |
| 27 | **CareerBuilder, LLC** | **ZIP RECRUITER** | 1453 Third Street Promenade, Suite 335, SANTA MONICA, CA, 90403 | Job Advertising Agreement dated November 1, 2012 and Services Agreement dated January 9, 2019 | August 22, 2025 |
| 28 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **ZoomInfo Technologies** | 805 BROADWAY ST STE 900 VANCOUVER, WA, 98660 | Purchase Order dated December 31, 2024 | August 22, 2025 |