**Schedule 1**

**Contracts**

# Schedule 1

## Contracts

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 1 | **CareerBuilder, LLC** | **Adworks LTD** | Ha-Yetzira 31, Ramat Gan, 5252173, Israel | Marketing Contract | August 22, 2025 |
| 2 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **AIMWEL B.V.** | Capellalaan 65, Hoofddorp, 2132 JL, The Netherlands | Aimwel Agreement and Project Order | August 22, 2025 |
| 3 | **CareerBuilder, LLC** | **Appcast Inc.** | 10 Water Street, Lebanon, NH, 03766 | Clickcast Subscription Agreement dated September 14, 2022 | August 22, 2025 |
| 4 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Appcast Inc.** | 10 Water Street, Lebanon, NH, 03766 | Partner Agreement dated April 1, 2021, Appcast Premium Agreement dated January 5, 2024, and Data Processing Addendum | August 22, 2025 |
| 5 | **CareerBuilder, LLC** | **Bounteous Inc.** | PO Box 713297, Chicago, IL, 60677-1297 | The Statement of Work dated September 1, 2024 | August 22, 2025 |
| 6 | **CareerBuilder, LLC** | **Broadbean Technology Limited (a Veritone Company)** | 13th Floor, The South Quay Building 77 Marsh Wall London, E14 9SH UK | Broadbean License Agreement | August 22, 2025 |
| 7 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Camelot Communications Ltd** | 8140 Walnut Hill Lane, Suite 1000, Dallas, TX, 75231 | MEDIA SERVICES AGREEMENT dated August 1, 2020, and Amendments 1, 2, 3 | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 8 | **CareerBuilder, LLC** | **Dell Financial Services LLC** | One Dell Way, Round Rock, TX, 78682 | Dell Master Lease Agreement dated April 21, 2022 | August 22, 2025 |
| 9 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Dell Marketing LP** | C/O DELL USA L.P., PO BOX 802816, Chicago, IL, 60680-2816 | Customer Purchase Agreement, dated March 7, 2008, and related Statements of Work | August 22, 2025 |
| 10 | **CareerBuilder, LLC** | **EVERLONG MEDIA LLC** | 4025 Spencer St. #103, Torrance, CA, 90503 | Job Feed Agreement dated March 17, 2023 | August 22, 2025 |
| 11 | **CareerBuilder, LLC** | **FORMA AI INC** | 1 Yonge St, Suite: 2000 Toronto, ON, M5E 1E5, Canada | Software as a Service Agreement dated November 4, 2021, | August 22, 2025 |
| 12 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Getty Images (US), Inc.** | 195 Broadway, 10th floor, New York, NY, 10007 | GETTY IMAGES' NORTH AMERICA PREMIUM ACCESS LICENSE AGREEMENT dated May 10, 2025 | August 22, 2025 |
| 13 | **CareerBuilder, LLC** | **Globalization Partners LLC** | 17th Floor, 175 Federal Street, Boston, MA, 02110 | Master Agreement dated 29 June 2023 | August 6, 2025 |
| 14 | **CareerBuilder, LLC** | **Jobcase, Inc.** | 201 Broadway St, 7th Floor, Cambridge, MA, 02139 | Jobcase Services Agreement dated October 28, 2022 | August 22, 2025 |
| 15 | **CareerBuilder, LLC** | **Jobverse, Inc.** | 9154 Keats St, Franklin, TN, 37064 | Master Services Agreement dated March 8, 2022 | August 22, 2025 |
| 16 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **Joveo, Inc.** | 101 Jefferson Drive, 1st Floor, Menlo Park, CA, 94025 | Partner Agreement dated April 19, 2022, a Programmatic Job Advertising Platform Master Services Agreement and | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
|  |  |  |  | related Statements of Work |  |
| 17 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **META PLATFORMS INC.** | 15161 COLLECTIONS CENTER Drive, Chicago, IL, 60693 | Self-service Ads | August 22, 2025 |
| 18 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **MullenLowe U.S., Inc.** | 386 Park Avenue South, New York, NY, 10016 | Consulting Agreement dated August 1, 2018 | August 22, 2025 |
| 19 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **NOMTEK SP.Z O.O** | SWIDNICKA 22/12, Wroclaw, 50-068, Poland | Statement of Work #8 dated May 30, 2025 | August 22, 2025 |
| 20 | **CareerBuilder, LLC** | **LINKED IN** | 62228 Collections Center Drive, Chicago, IL, 60693-0622 | Order Form | August 22, 2025 |
| 21 | **CareerBuilder, LLC** | **Litmos US L.P.** | 675 Massachusetts Ave, 10th floor, Cambridge, MA, 02139 | Enterprise Order Form dated February 10. 2025 | August 22, 2025 |
| 22 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **PEOPLE.AI INC** | 548 Market St #58279 San Francisco, CA, 94104-5401 | Order Form dated October 1, 2024 | August 22, 2025 |
| 23 | **CareerBuilder, LLC** | **RECRUITICS INC** | 230 East Avenue, Norwalk, CT 06855 | Master Service Agreement dated December 1, 2023 | August 22, 2025 |
| 24 | **CareerBuilder, LLC** | **TALENT.COM INC** | PO BOX 95729, Chicago, IL, 60694-5538 | Service agreement | August 22, 2025 |
| 25 | **CareerBuilder, LLC** | **Talroo Inc.** | 6433 Champion Grandview Way Bldg 2, Suite 100, Austin, TX, 78750 | Advertiser Terms of Service | August 22, 2025 |

| No. | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Rejection Date |
|---|---|---|---|---|---|
| 26 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **The Morning Consult LLC** | 1025 F Street NW, Suite 800, Washington, DC, 20004 | Master Services Agreement dated March 10, 2022 | August 22, 2025 |
| 27 | **CareerBuilder, LLC** | **ZIP RECRUITER** | 1453 Third Street Promenade, Suite 335, SANTA MONICA, CA, 90403 | Job Advertising Agreement dated November 1, 2012 and Services Agreement dated January 9, 2019 | August 22, 2025 |
| 28 | **Monster Worldwide, LLC** (formerly known as Monster Worldwide, Inc.) | **ZoomInfo Technologies** | 805 BROADWAY ST STE 900 VANCOUVER, WA, 98660 | Purchase Order dated December 31, 2024 | August 22, 2025 |