## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------- x
                       :

In re:                    :    Chapter 11

ZEN JV, LLC, *et al.*,[1]    :    Case No. 25-11195 (JKS)

          Debtors.    :    (Jointly Administered)
                       :

-------------------------------------------------------- x  **Re: Docket Nos. 343 - 352**

### CERTIFICATE OF SERVICE

      I hereby certify that on September 8, 2025, I caused the *Chapter 11 Monthly Operating Reports for the Month Ending 07/31/2025* [Docket Nos. 343 - 352] to be served upon the following parties as indicated:

**Via Email:**

Linda J. Casey
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2307
Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

                                */s/ Huiqi Liu*
                                Huiqi Liu (No. 6850)

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.