## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------- x
                                                         :
In re:                                                   :   Chapter 11
                                                         :
ZEN JV, LLC, et al.,¹                                    :   Case No. 25-11195 (JKS)
                                                         :
     Debtors.                                            :   (Jointly Administered)
                                                         :
-------------------------------------------------------- x   Re: Docket Nos. 207, 297
```

## FIRST SUPPLEMENTAL DECLARATION OF
## RAY C. SCHROCK ON BEHALF OF LATHAM & WATKINS LLP

I, Ray C. Schrock, declare as follows:

1.    I am a partner in the law firm of Latham & Watkins LLP ("**Latham**"), an international law firm with offices across the United States, Europe, and Asia.  I am admitted in, practicing in, and a member in good standing of the state bars of New York and Illinois, and there are no disciplinary proceedings pending against me.  I am over the age of eighteen, am authorized to submit this Declaration, and am competent to testify on the matters contained herein.

2.    I submit this first supplemental declaration (the "**First Supplemental Declaration**") in further support of the *Debtors' Application for Entry of an Order Authorizing the Employment and Retention of Latham & Watkins LLP as Bankruptcy Counsel Effective as of the Petition Date* [Docket No. 207] (the "**Application**") and to supplement the disclosures set forth in the Schrock Declaration attached as Exhibit B to the Application.

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

3.      All facts set forth in this First Supplemental Declaration are based upon my personal knowledge, information supplied to me by other Latham professionals or paraprofessionals, or learned from my review of relevant documents.  To the extent any information disclosed herein requires modification as additional information becomes available to Latham, an additional supplemental declaration will be submitted to the Court reflecting such modified information.

4.      Dennis Mossberg is an attorney who has joined the New York office of Latham from the U.S. Bankruptcy Court for the District of Delaware, where he was a Term Law Clerk in the Honorable J. Kate Stickles's chambers.  During his clerkship, Mr. Mossberg worked personally and substantially on the above-captioned matters.  Mr. Mossberg's admission to practice law in New York is pending.

5.      As required by Rule 1.12 of the ABA Model Rules of Professional Conduct and the New York Rules of Professional Conduct, I am writing to notify the Court and the parties in these cases that all lawyers affiliated with Latham have been informed that Mr. Mossberg has been screened from participating in or discussing this matter and shall be apportioned no part of the fee earned therefrom, if any.  Specifically, the following procedures have been taken to screen Mr. Mossberg:

- The central file index to all files, documents, and records in this matter has been marked to indicate that Mr. Mossberg is to be denied access thereto, and his access to any such electronic files, documents, or records has been electronically restricted in the document management software system.

- A memorandum has been circulated instructing all personnel that Mr. Mossberg is not to have access to any of the files, documents, or records in this matter, and that Mr. Mossberg is neither to advise nor consult with any attorney or other person with respect to any aspect of this matter.

- Mr. Mossberg will not share in any of the fees for this matter.

Pursuant to 28 U.S.C. § 1746, to the best of my knowledge, information and belief, and after reasonable inquiry, I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2025
New York, New York

/s/ Ray C. Schrock
Ray C. Schrock