## Exhibit A

Fee Statement

# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

September 11, 2025

Zen JV, LLC
200 N La Salle Dr #900
Chicago, IL 60601
Attn: Jeffrey Furman

Please identify your payment with the following:

Invoice No. 2500614304
Matter Number 080356-1000

For professional services rendered through August 31, 2025

| | Services | Costs | Total |
|---|---|---|---|
| Asset Disposition/Asset Sales | 55,553.50 | | $ 55,553.50 |
| Case Administration (Docket, WIP and Calendar Updates) | 981.00 | | 981.00 |
| Claims Administration and Objections | 4,384.00 | | 4,384.00 |
| Corporate Governance and Board Matters | 13,688.50 | | 13,688.50 |
| Creditors Committee Matters | 11,578.50 | | 11,578.50 |
| Employee Matters (including Benefits/Pensions) | 18,029.50 | | 18,029.50 |
| General Case Strategy (WIP Calls, Team and Client Calls) | 5,068.50 | | 5,068.50 |
| Insurance | 327.00 | | 327.00 |
| International / Foreign Matters | 490.50 | | 490.50 |
| Leases and Contracts | 1,798.50 | | 1,798.50 |
| Meetings and Communications with Creditors | 490.50 | | 490.50 |
| Plan and Disclosure Statement/Confirmation/Implementation/Pl | 98,970.00 | | 98,970.00 |
| Retention/Fee Matters (L&W) | 12,020.50 | | 12,020.50 |
| Total Services and Costs | 223,380.50 | 0.00 | $ 223,380.50 |

| **Total Due** | **$ 223,380.50** |
|---|---|

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

LATHAM&WATKINS LLP

Invoice No. 2500614304
September 11, 2025

| | | | | |
|---|---|---|---|---|
| C M Arthur | 54.00 | Hrs. @ | $ 2,095.00/hr. | $ 113,130.00 |
| S P Chandrasekhar | 2.30 | Hrs. @ | $ 2,070.00/hr. | $ 4,761.00 |
| B Kaplan | 8.50 | Hrs. @ | $ 1,980.00/hr. | $ 16,830.00 |
| L M Waller | 3.20 | Hrs. @ | $ 1,875.00/hr. | $ 6,000.00 |
| J Gordon | 27.20 | Hrs. @ | $ 1,635.00/hr. | $ 44,472.00 |
| C W Lim | 15.70 | Hrs. @ | $ 1,635.00/hr. | $ 25,669.50 |
| B Clevenger | 2.90 | Hrs. @ | $ 1,145.00/hr. | $ 3,320.50 |
| A Han | 6.70 | Hrs. @ | $ 975.00/hr. | $ 6,532.50 |
| C M Tarrant | 4.10 | Hrs. @ | $ 650.00/hr. | $ 2,665.00 |
| | 124.60 | | | $ 223,380.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Asset Disposition/Asset Sales

---

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/01/25 | J Gordon | 1.10 | 1,798.50 | Correspondence with D. Merrett regarding sale closings (0.1); conference with Equinix counsel regarding same (0.1); review final assumption schedules (0.2); correspondence with RLF regarding filing of notice of closings (0.2); correspondence with Omni regarding service of same (0.3); correspondence with A. Eddy regarding stalking horse protections (0.2) |
| 08/01/25 | C W Lim | 2.10 | 3,433.50 | Attend call with Debtors regarding list of assigned contracts and IP (0.7); provide Debtors with lists of assigned contracts and IP (0.5); review closing set and provide comments (0.7); email RLF regarding Jobget APA termination (0.2) |
| 08/01/25 | B Clevenger | 2.10 | 2,404.50 | Conference with C. Lim regarding disclosure schedule matters (0.3); review of purchase agreements in connection with revised disclosure schedules (0.7); Review and revise draft disclosure schedules (0.8); correspondence with Latham team regarding the foregoing (0.3) |
| 08/01/25 | A Han | 2.10 | 2,047.50 | Review and prepare closing set documents and related materials |
| 08/03/25 | A Han | .60 | 585.00 | Review and revise intellectual property markup |
| 08/04/25 | B Kaplan | .60 | 1,188.00 | Review and analyze backup bidder termination and coordinate with bidder regarding same |
| 08/04/25 | C W Lim | 3.10 | 5,068.50 | Review closing set and discuss final versions of disclosure schedule annexes with A. Han (0.5); email B. Clevenger regarding closing set (0.7); update cure schedules for closing set (0.4); correspondence with J. Creighton regarding cure schedule contracts (0.2); review MMP closing set (0.7); review Jobget termination notice and provide comments (0.6) |
| 08/04/25 | A Han | 1.30 | 1,267.50 | Review and revise closing set materials |
| 08/05/25 | B Clevenger | .80 | 916.00 | Correspondence with Latham team and Debtors regarding disclosure schedules and cure schedule |
| 08/05/25 | A Han | .60 | 585.00 | Prepare additional documents related to closing materials |
| 08/06/25 | B Kaplan | 2.70 | 5,346.00 | Review and consider closing sets and post-closing coordination with buyers (0.9); coordinate with Stoel regarding MMP (0.3); telephone conference with J. Gordon regarding APA terminations and post-closing items (0.1); review and respond to queries from Alix and Debtors (0.8); video conference with J. Shen |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Asset Disposition/Asset Sales

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| | | | | regarding A/R (0.3); video conference with T. Morrison regarding ATS referrals (0.3) |
| 08/06/25 | J Gordon | .40 | 654.00 | Conference with B. Kaplan regarding JobGet APA termination and Broadbean license agreement (0.1); correspondence regarding same (0.1); correspondence with Cooley regarding cure amounts (0.1); correspondence with R. Brown and Omni regarding customer data requests (0.1) |
| 08/07/25 | J Gordon | .20 | 327.00 | Correspondence with Cooley regarding cure disputes (0.1); correspondence with Debtors regarding customer data deletion (0.1) |
| 08/07/25 | C W Lim | .30 | 490.50 | Attend call with A. Eddy regarding closing (0.1); emails with Latham team regarding buyer assignment documents (0.2) |
| 08/08/25 | C W Lim | .30 | 490.50 | Attend call with Cooley regarding closing |
| 08/11/25 | C W Lim | .50 | 817.50 | Review APA (0.3); discuss contracts question with B. Kaplan (0.2) |
| 08/11/25 | A Han | .40 | 390.00 | Analyze and revise opposing counsel's questions on the closing set |
| 08/12/25 | B Kaplan | .60 | 1,188.00 | Telephone conference with C. Lim regarding post-closing queries (0.2); video conference with AlixPartners and Latham regarding post-closing process and coordination with buyers (0.4) |
| 08/12/25 | C W Lim | .60 | 981.00 | Discuss contracts question with B. Kaplan (0.3); draft email to J. Creighton regarding same (0.3) |
| 08/12/25 | A Han | .30 | 292.50 | Emails to opposing counsel regarding questions on closing matters |
| 08/13/25 | B Kaplan | .60 | 1,188.00 | Review and analyze Core IP queries regarding trademarks |
| 08/13/25 | A Han | .30 | 292.50 | Response to Bold's questions on undisclosed trademarks |
| 08/14/25 | B Kaplan | .60 | 1,188.00 | Telephone conference with C. Lim regarding queries on trademarks (0.3); review and consider query and files (0.3) |
| 08/14/25 | C W Lim | 1.00 | 1,635.00 | Review list of undisclosed trademarks received from Cooley (0.7); correspond with Debtors and B. Kaplan regarding the same (0.3) |
| 08/15/25 | B Kaplan | .60 | 1,188.00 | Video conference with Cooley and Latham regarding |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM & WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Asset Disposition/Asset Sales

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| | | | | trademarks (0.1); telephone conference with C. Lim regarding same (0.1); review and analyze trademarks issues (0.4) |
| 08/15/25 | C W Lim | .80 | 1,308.00 | Discuss undisclosed trademarks with B. Kaplan (0.3); attend call with Cooley regarding same (0.3); update list of trademarks (0.2) |
| 08/16/25 | C W Lim | .30 | 490.50 | Review and revise trademark tracker |
| 08/18/25 | B Kaplan | 1.00 | 1,980.00 | Telephone conference with J. Gordon regarding query from Debtors regarding records (0.2); review Debtors queries and consider responses (0.5); video conference with T. Morrison regarding records (0.3) |
| 08/18/25 | J Gordon | .20 | 327.00 | Conference with B. Kaplan regarding document storage in connection with sales |
| 08/19/25 | C W Lim | .60 | 981.00 | Review MMP cure schedules and vendor contract list in response to Valnet inquiry |
| 08/20/25 | B Kaplan | .80 | 1,584.00 | Conference with C. Lim regarding Core assumed agreements (0.4); review and consider Core issues and requests (0.4) |
| 08/20/25 | C W Lim | 1.20 | 1,962.00 | Review IP Assignment Agreement (0.3); review Core APA with respect to additional contracts identified by Cooley (0.6); discuss with B. Kaplan regarding the same (0.3) |
| 08/21/25 | B Kaplan | .50 | 990.00 | Review and revise Core IP assignment supplement |
| 08/21/25 | C W Lim | .80 | 1,308.00 | Update IP assignment agreement |
| 08/22/25 | C W Lim | 1.60 | 2,616.00 | Review Cooley list of additional trademarks (0.5); email to Latham team regarding comments to IP assignment agreement (0.3); correspondence with Seller and Cooley regarding additional trademarks (0.8) |
| 08/25/25 | B Kaplan | .30 | 594.00 | Review and consider trademarks amendment and coordinate with Latham team regarding same |
| 08/25/25 | J Gordon | .30 | 490.50 | Correspondence with V. Liu regarding contract assignments |
| 08/25/25 | C W Lim | .50 | 817.50 | Emails with parties regarding execution of supplemental IP assignment |
| 08/25/25 | A Han | .50 | 487.50 | Review new trademarks (0.3); emails with Debtors regarding same (0.2) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Asset Disposition/Asset Sales

| Date | Timekeeper | Hours | Amount | Description |
|------|------------|-------|--------|-------------|
| 08/26/25 | C W Lim | 1.20 | 1,962.00 | Review and revise transaction summary (0.9); emails with S. Chandrasekhar regarding same (0.3) |
| 08/29/25 | C W Lim | .80 | 1,308.00 | Review contracts list (0.6); correspondence with B. Kaplan and A. Han regarding the same (0.2) |
| 08/29/25 | A Han | .60 | 585.00 | Review contract assignment to Bold |

| | | | | |
|------|------|------|------|------|
| B Kaplan | 8.30 | Hrs. @ | $ 1,980.00/hr. | $ 16,434.00 |
| J Gordon | 2.20 | Hrs. @ | $ 1,635.00/hr. | $ 3,597.00 |
| C W Lim | 15.70 | Hrs. @ | $ 1,635.00/hr. | $ 25,669.50 |
| B Clevenger | 2.90 | Hrs. @ | $ 1,145.00/hr. | $ 3,320.50 |
| A Han | 6.70 | Hrs. @ | $ 975.00/hr. | $ 6,532.50 |
| | 35.80 | | | $ 55,553.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Case Administration (Docket, WIP and Calendar Updates)

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/04/25 | J Gordon | .60 | 981.00 | Correspondence with C. Carlisle regarding notice parties (0.1); revise work in process report regarding case workstreams (0.5) |

| J Gordon | .60 | Hrs. @ | $ 1,635.00/hr. | $ 981.00 |
|----------|-----|--------|----------------|----------|
|          | .60 |        |                | $ 981.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Claims Administration and Objections

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/01/25 | J Gordon | .40 | 654.00 | Conference with A. Shapiro regarding employee claim (0.3); correspondence with C. Arthur regarding same (0.1) |
| 08/04/25 | C M Arthur | 1.00 | 2,095.00 | Review and respond to correspondence regarding employee claims |
| 08/12/25 | J Gordon | .60 | 981.00 | Correspondence with Omni and K. Brackett regarding online claims portal (0.3); conference with 1L creditor regarding claim (0.3) |
| 08/13/25 | J Gordon | .40 | 654.00 | Conference with Sidley regarding claim (0.2); correspondence with same regarding same (0.2) |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 1.00 | Hrs. @ | $ 2,095.00/hr. | $ 2,095.00 |
| J Gordon | 1.40 | Hrs. @ | $ 1,635.00/hr. | $ 2,289.00 |
| | 2.40 | | | $ 4,384.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Corporate Governance and Board Matters

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| 08/11/25 | J Gordon | .70 | 1,144.50 | Correspondence with board regarding board meeting (0.3); correspondence with C. Arthur, Z. Shapiro, J. DelConte regarding board meeting agenda and materials (0.2); correspondence with board and strategic committee regarding meeting minutes (0.2) |
| 08/12/25 | C M Arthur | 1.40 | 2,933.00 | Review draft communication prepared by AlixPartners in advance of board meeting (0.4); several privileged correspondence to board members in connection with upcoming meeting and chapter 11 case related matters (1.0) |
| 08/12/25 | J Gordon | .40 | 654.00 | Draft and revise slides for board meeting |
| 08/13/25 | J Gordon | .80 | 1,308.00 | Revise slides for board meeting |
| 08/14/25 | C M Arthur | 1.70 | 3,561.50 | Participate in board meeting (0.8); prepare for same (0.4); emails and calls with RLF and AlixPartners regarding Debtors communications in connection with upcoming board meeting (0.5) |
| 08/14/25 | J Gordon | 1.40 | 2,289.00 | Attend board meeting (0.8); finalize approved board minutes (0.6) |
| 08/27/25 | J Gordon | 1.10 | 1,798.50 | Conference with strategic review committee regarding plan and investigation |

| C M Arthur | 3.10 | Hrs. @ | $ 2,095.00/hr. | $ 6,494.50 |
|---|---|---|---|---|
| J Gordon | 4.40 | Hrs. @ | $ 1,635.00/hr. | $ 7,194.00 |
| | 7.50 | | | $ 13,688.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Creditors Committee Matters

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/01/25 | J Gordon | 1.30 | 2,125.50 | Conference with RLF regarding UCC investigation in preparation of UCC call (0.5); conference with RLF and Cole Schotz regarding same (0.3); conference with RLF to debrief same (0.5) |
| 08/02/25 | J Gordon | .20 | 327.00 | Correspondence with RLF regarding creditor committee requested documents |
| 08/04/25 | C M Arthur | 1.30 | 2,723.50 | Several calls with RLF and J. Gordon on responses and production requested by UCC |
| 08/05/25 | C M Arthur | 1.30 | 2,723.50 | Calls and attending to several correspondence related to UCC production requests |
| 08/06/25 | C M Arthur | 1.60 | 3,352.00 | Meet and confer with RLF and committee advisors in connection with RFPs (0.5); internal call with RLF on same (0.5); review of responses and strategy in connection with same (0.6) |
| 08/06/25 | J Gordon | .20 | 327.00 | Conference with C. Arthur and RLF regarding UCC investigation and document production |

| | | | | |
|------|-------|--------|--------------|-------------|
| C M Arthur | 4.20 | Hrs. @ | $ 2,095.00/hr. | $ 8,799.00 |
| J Gordon | 1.70 | Hrs. @ | $ 1,635.00/hr. | $ 2,779.50 |
| | 5.90 | | | $ 11,578.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

Invoice No. 2500614304
September 11, 2025
Matter Name: Employee Matters (including Benefits/Pensions)

| **Date** | **Timekeeper** | **Hours** | **Amount** | **Description** |
|---|---|---|---|---|
| 08/01/25 | C M Arthur | 2.50 | 5,237.50 | Review and address employee related inquiries on severance and related matters (0.7); review certain agreements and contracts with employee terms (0.8); several privileged calls with various parties regarding same (1.0) |
| 08/01/25 | L M Waller | .20 | 375.00 | Confer with K. Brackett regarding separation agreements |
| 08/04/25 | J Gordon | .20 | 327.00 | Correspondence with employee counsel and L. Waller regarding former employee separation agreement |
| 08/05/25 | L M Waller | .50 | 937.50 | Revise M. Bailey separation agreement (0.4); confer with K. Brackett regarding same (0.1) |
| 08/08/25 | L M Waller | .30 | 562.50 | Confer with M. Bailey attorney regarding separation agreement (0.1); confer with J. Gordon regarding same (0.1); confer with K. Brackett regarding separation agreement (0.1) |
| 08/11/25 | L M Waller | .30 | 562.50 | Confer with M. Bailey attorney regarding separation agreement payments (0.2); confer with J. Gordon regarding employee separations (0.1) |
| 08/12/25 | L M Waller | .20 | 375.00 | Confer with Debtors regarding payments to M. Bailey |
| 08/13/25 | J Gordon | .20 | 327.00 | Review global employment contract |
| 08/19/25 | L M Waller | .60 | 1,125.00 | Confer with M. Bailey attorney regarding separation agreement payments (0.3); confer with Debtors regarding same (0.3) |
| 08/20/25 | L M Waller | .50 | 937.50 | Confer with Debtors regarding separation agreement payments (0.2); update addendum to separation agreement (0.3) |
| 08/20/25 | J Gordon | .60 | 981.00 | Review and analyze Globalization Partners contract and related employee issues |
| 08/21/25 | L M Waller | .60 | 1,125.00 | Finalize addendum to separation agreement (0.4); confer with M. Bailey attorney regarding same (0.1); confer with Debtors regarding same (0.1) |
| 08/26/25 | S P Chandrasekhar | 1.00 | 2,070.00 | Review purchase agreement provisions regarding COBRA |
| 08/26/25 | B Kaplan | .20 | 396.00 | Review COBRA queries from Debtors regarding APA |
| 08/27/25 | S P Chandrasekhar | 1.30 | 2,691.00 | Telephone call with Debtors regarding COBRA issues (0.5); draft COBRA notices (0.8) |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Employee Matters (including Benefits/Pensions)

| | | | | |
|---|---|---|---|---|
| C M Arthur | 2.50 | Hrs. @ | $ 2,095.00/hr. | $ 5,237.50 |
| S P Chandrasekhar | 2.30 | Hrs. @ | $ 2,070.00/hr. | $ 4,761.00 |
| B Kaplan | .20 | Hrs. @ | $ 1,980.00/hr. | $ 396.00 |
| L M Waller | 3.20 | Hrs. @ | $ 1,875.00/hr. | $ 6,000.00 |
| J Gordon | 1.00 | Hrs. @ | $ 1,635.00/hr. | $ 1,635.00 |
| | 9.20 | | | $ 18,029.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

12

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: General Case Strategy (WIP Calls, Team and Client Calls)

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/04/25 | J Gordon | 1.00 | 1,635.00 | Conference with debtor advisors regarding case strategy and workstreams |
| 08/06/25 | J Gordon | .70 | 1,144.50 | Conference with C. Arthur, RLF, Alix regarding case workstreams and strategy |
| 08/18/25 | J Gordon | .70 | 1,144.50 | Conference with debtor advisors regarding case workstreams, issues, and strategy (0.6); prepare agenda for same (0.1) |
| 08/20/25 | J Gordon | .70 | 1,144.50 | Conference with debtor advisors regarding case workstreams |

| | | | | | |
|---|---|---|---|---|---|
| J Gordon | | 3.10 | Hrs. @ | $ 1,635.00/hr. | $ 5,068.50 |
| | | 3.10 | | | $ 5,068.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

13

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Insurance

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/15/25 | J Gordon | .20 | 327.00 | Conference with Chubb counsel regarding insurance premiums (0.1); correspondence with J. Creighton regarding same (0.1) |

| | | | | | |
|---|---|---|---|---|---|
| J Gordon | | .20 | Hrs. @ | $ 1,635.00/hr. | $ 327.00 |
| | | .20 | | | $ 327.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

14

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: International / Foreign Matters

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/14/25 | J Gordon | .30 | 490.50 | Correspondence with J. Furman and J. Walker regarding foreign winddown issues |

| J Gordon | .30 | Hrs. @ | $ 1,635.00/hr. | $ 490.50 |
|----------|-----|--------|----------------|----------|
|  | .30 |  |  | $ 490.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

15

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Leases and Contracts

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/05/25 | J Gordon | .30 | 490.50 | Correspondence with Debtor and Latham team regarding cure disputes |
| 08/20/25 | J Gordon | .80 | 1,308.00 | Review and analyze FiServ contract |

| | | | | |
|---|---|---|---|---|
| J Gordon | | 1.10 | Hrs. @ | $ 1,635.00/hr. | $ 1,798.50 |
| | | 1.10 | | | $ 1,798.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

16

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Meetings and Communications with Creditors

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/26/25 | J Gordon | .30 | 490.50 | Conference with creditor regarding case inquiry (0.1); correspondence with creditor regarding claim process (0.2) |

| | | | | | |
|---|---|---|---|---|---|
| J Gordon | | .30 | Hrs. @ | $ 1,635.00/hr. | $ 490.50 |
| | | .30 | | | $ 490.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

17

LATHAM&WATKINS LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Plan and Disclosure Statement/Confirmation/Implementation/Plan Supplement

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/04/25 | J Gordon | .80 | 1,308.00 | Conferences with Z. Shapiro regarding plan strategy (0.6); correspondence with same regarding same (0.2) |
| 08/05/25 | C M Arthur | 5.60 | 11,732.00 | Several calls with RLF on plan structure and drafting (1.1); call with RLF, AlixPartners and J. Gordon on plan treatment for creditors (0.7); call with certain creditors in connection with same (0.5); review relevant precedent in connection with plan structure and related case matters (2.1); calls and communications with AlixPartners on claims pool and related matters (1.2) |
| 08/05/25 | J Gordon | 1.60 | 2,616.00 | Review and analyze claims pool in connection with Plan (0.4); conference with C. Arthur, J. DelConte, Z. Shapiro, and C. Carlisle regarding plan strategy (1.0); correspondence with Z. Shapiro regarding same (0.2) |
| 08/06/25 | C M Arthur | 2.10 | 4,399.50 | Research plan precedent to advance consensual plan negotiations (1.3); several calls with RLF in connection with same (0.8) |
| 08/07/25 | J Gordon | .20 | 327.00 | Correspondence with C. Arthur and Z. Shapiro regarding plan issues |
| 08/08/25 | C M Arthur | 4.10 | 8,589.50 | Several calls and emails with stakeholders negotiating a consensual chapter 11 plan (2.8); review of relevant documents on same (1.3) |
| 08/10/25 | C M Arthur | 3.00 | 6,285.00 | Several calls with RLF on plan provisions and stakeholder negotiations (1.0); review claims analysis in connection with plan negotiations and confer with RLF, J. Gordon and certain stakeholders on same (2.0) |
| 08/10/25 | J Gordon | .70 | 1,144.50 | Conference with C. Arthur and Z. Shapiro and UCC advisors regarding plan settlement |
| 08/11/25 | C M Arthur | 1.20 | 2,514.00 | Various emails and calls with parties related to negotiating consensual plan |
| 08/12/25 | C M Arthur | 1.10 | 2,304.50 | Calls with AlixPartners and RLF in connection with plan negotiations and next steps |
| 08/13/25 | C M Arthur | 3.10 | 6,494.50 | Multiple calls with RLF on plan drafting and stakeholder negotiations (1.5); call with Jones Day and RLF on draft plan (0.6); review draft of plan and combined disclosure statement (1.0) |
| 08/13/25 | J Gordon | 1.40 | 2,289.00 | Review and revise combined plan and disclosure statement |
| 08/14/25 | C M Arthur | 1.70 | 3,561.50 | Several calls with RLF on draft plan |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

18

LATHAM&WATKINS LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Plan and Disclosure Statement/Confirmation/Implementation/Plan Supplement

| Date | Timekeeper | Hours | Amount | Description |
|------|-----------|-------|--------|-------------|
| 08/14/25 | J Gordon | 1.30 | 2,125.50 | Review and revise plan (0.8); conference with Z. Shapiro and C. Carlisle regarding same (0.5) |
| 08/17/25 | J Gordon | .20 | 327.00 | Correspondence with C. Carlisle regarding plan |
| 08/19/25 | C M Arthur | 2.30 | 4,818.50 | Review draft chapter 11 plan related documents (0.9); participate in related negotiations with stakeholders (1.4) |
| 08/19/25 | J Gordon | .50 | 817.50 | Conference with Jones Day, AlixPartners, RLF, C. Arthur regarding plan |
| 08/20/25 | C M Arthur | 1.40 | 2,933.00 | Several calls with RLF and stakeholders in connection with negotiating consensual chapter 11 plan |
| 08/20/25 | J Gordon | .20 | 327.00 | Review UST comments to plan |
| 08/21/25 | C M Arthur | 1.40 | 2,933.00 | Negotiations with stakeholders regarding plan (0.8); several calls and emails with advisors in connection with terms of a consensual chapter 11 plan (0.6) |
| 08/21/25 | J Gordon | .20 | 327.00 | Conference with J. DelConte regarding liquidation analysis |
| 08/22/25 | C M Arthur | 1.00 | 2,095.00 | Negotiate plan terms with stakeholders (0.5); several calls and emails with RLF and Alix Partners on related matters (0.5) |
| 08/24/25 | C M Arthur | 1.40 | 2,933.00 | Several calls with RLF and advisors to key stakeholders regarding terms of negotiated consensual plan |
| 08/25/25 | C M Arthur | 5.50 | 11,522.50 | Several calls and meetings with various economic stakeholders in furtherance of negotiating a consensual plan |
| 08/26/25 | C M Arthur | 2.60 | 5,447.00 | Several calls with RLF and stakeholders on plan negotiations and Disclosure statement disclosures (1.6); call with RLF regarding status of investigation and next steps (1.0) |
| 08/27/25 | C M Arthur | 2.10 | 4,399.50 | Participate in plan revisions and negotiations in furtherance of consensual chapter 11 plan |
| 08/28/25 | C M Arthur | 1.00 | 2,095.00 | Call with term loan advisors in connection with global settlement (0.5); several calls with RLF in connection with global settlement and amended plan (0.5) |
| 08/29/25 | C M Arthur | 1.10 | 2,304.50 | Several calls with various stakeholders to negotiate a consensual plan |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

19

**LATHAM&WATKINS** LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Plan and Disclosure Statement/Confirmation/Implementation/Plan Supplement

| | | | |
|---|---|---|---|
| C M Arthur | 41.70 | Hrs. @ | $ 2,095.00/hr. | $ 87,361.50 |
| J Gordon | 7.10 | Hrs. @ | $ 1,635.00/hr. | $ 11,608.50 |
| | 48.80 | | | $ 98,970.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

20

**LATHAM&WATKINS**LLP

Invoice No. 2500614304
September 11, 2025
Matter Name: Retention/Fee Matters (L&W)

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 08/07/25 | C M Tarrant | .80 | 520.00 | Review and revise monthly fee materials |
| 08/08/25 | C M Tarrant | .80 | 520.00 | Review and revise monthly fee materials |
| 08/21/25 | J Gordon | .80 | 1,308.00 | Conference with C. Tarrant regarding fee application (0.4); review and revise monthly fee statement (0.4) |
| 08/21/25 | C M Tarrant | 1.30 | 845.00 | Review and revise Latham first monthly fee statement |
| 08/22/25 | C M Tarrant | 1.20 | 780.00 | Review and revise fee materials for monthly fee statement |
| 08/23/25 | J Gordon | 2.10 | 3,433.50 | Review and revise combined June July invoice for privilege, confidentiality, and compliance with U.S. Trustee guidelines |
| 08/25/25 | C M Arthur | 1.50 | 3,142.50 | Review and revise fee statement and related support in connection thereto (1.3); several emails to J. Gordon and C. Tarrant in connection with same (0.2) |
| 08/25/25 | J Gordon | .90 | 1,471.50 | Revise first monthly fee statement |

| | | | | | |
|---|---|---|---|---|---|
| C M Arthur | 1.50 | Hrs. @ | $ 2,095.00/hr. | $ 3,142.50 |
| J Gordon | 3.80 | Hrs. @ | $ 1,635.00/hr. | $ 6,213.00 |
| C M Tarrant | 4.10 | Hrs. @ | $ 650.00/hr. | $ 2,665.00 |
| | 9.40 | | | $ 12,020.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614304 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

21