**Exhibit B**

Expenses

US-DOCS\163982513.3

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

September 11, 2025

Zen JV, LLC
200 N La Salle Dr #900
Chicago, IL 60601
Attn: Jeffrey Furman

Please identify your payment with the following:

Invoice No. 2500614305
Matter Number 080356-1027

For professional services rendered through August 31, 2025

**Re:**     **Disbursements**

Costs and Disbursements                                                                                    10,592.60

**Total Due**                                                                                                          **$ 10,592.60**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614305 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2500614305
September 11, 2025

---

**Costs and Disbursements:**

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 08/01/25 | Ground Transportation - Vital Transportation Services, Inc. - 07/22/2025 Kaplan, Binyomin Invoice: 06_VITAL_48344_D.sq - working late on case matters | B Kaplan | 94.88 |
| 08/01/25 | Ground Transportation Ground Transportation Ground Transportation - VIP Lotus - 07/22/2025 Arthur, Candace Invoice: VIP_48297_D1.sq - working late on case matters | C M Arthur | 92.42 |
| 08/07/25 | Ground Transportation - Victor Wang - Taxi/Car Service - Working late - 07/15/25 - Office/Home - working late on case matters | V Wang | 56.70 |
| 08/07/25 | Ground Transportation - Victor Wang - Taxi/Car Service - Working late - 07/17/25 - Office/Home - working late on case matters | V Wang | 41.13 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/04/25 - Office/Home | S Hasan | 117.43 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/10/25 - Office/Home | S Hasan | 87.78 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/23/25 - Office/Home | S Hasan | 103.20 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/15/25 - Office/Home | S Hasan | 85.57 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters - 07/17/25 - Office/Home | S Hasan | 80.10 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/01/25 - Office/Home | S Hasan | 63.05 |
| 08/07/25 | Ground Transportation - Shoumick Hasan - Taxi/Car Service - Late night ride home from the office working late on case matters. - 07/03/25 - Office/Home | S Hasan | 88.68 |
| 08/08/25 | Ground Transportation - Vital Transportation Services, Inc. - 07/23/2025 Kaplan, Binyomin Invoice: VITAL_48965_D1.sq- working late on case matters | B Kaplan | 101.61 |
| 08/15/25 | Ground Transportation - VIP Lotus - 08/05/2025 Arthur, Candace Invoice: 06_VIP_49217_D.sq - working late on case matters | C M Arthur | 164.61 |
| | **Total Ground Transportation** | | **1,177.16** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614305 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2500614305
September 11, 2025

| Date | Description | Timekeeper | Amount |
|---|---|---|---|
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 55.53 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 37.02 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (debtor room) | A T Lisner | 157.33 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Disposable Ware - Allie Lisner on July 17 2025 regarding auction (food services) | A T Lisner | 108.88 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 27.76 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 27.76 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Labor - Internal - Allie Lisner on July 17 2025 regarding auction (food services) | A T Lisner | 438.54 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 18.51 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 64.78 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 27.76 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 64.78 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 64.78 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 27.76 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 37.02 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 9.25 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614305 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2500614305
September 11, 2025

---

| Date | Description | Timekeeper | Amount |
|---|---|---|---:|
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Snack - Assorted Packaged Snacks - Allie Lisner on July 17 2025 regarding auction (bidder room) | A T Lisner | 9.25 |
| 08/06/25 | Meal Services - Flik International Corporation - A.Lisner - Lunch - Room Temp BYO Salad & Grain Bowls - Allie Lisner on July 17 2025 regarding auction (debtors, bidders, consultation parties) | A T Lisner | 2,000.67 |
| | **Total Meal Services** | | **3,177.38** |
| 08/20/25 | Meals - GrubHub Holdings Inc. - Meal for V. Wang on 7/15/25 | V Wang | 30.00 |
| 08/20/25 | Meals - GrubHub Holdings Inc. - Meal for A. Lisner on 7/17/25 - dinner for auction (kosher options) | A T Lisner | 222.07 |
| 08/20/25 | Meals - GrubHub Holdings Inc. - Meal for A. Lisner on 7/17/25 - dinner for auction (debtors, bidders, consultation parties) | A T Lisner | 703.24 |
| 08/20/25 | Meals - GrubHub Holdings Inc. - Meal for S. Hasan on 7/17/25 | S Hasan | 30.00 |
| | **Total Meals** | | **985.31** |
| 08/12/25 | Transcripts - Reliable Court Reporting - Court reporter transcript for auction | C M Tarrant | 4,840.75 |
| | **Total Transcripts** | | **4,840.75** |
| 08/23/25 | Trainfare - Candace Madeira Arthur - - To attend hearing on sale procedures at Delaware - 07/08/25 - NYC / Wilmington, DE - Rail-Amtrak - 07/08/2025 - 07/08/2025 to attend hearing | C M Arthur | 412.00 |
| | **Total Travel Expenses** | | **412.00** |
| | **Total Costs and Disbursements:** | | **$ 10,592.60** |

**Costs and Disbursements:**

| | |
|---|---:|
| Ground Transportation | 1,177.16 |
| Meal Services | 3,177.38 |
| Meals | 985.31 |
| Transcripts | 4,840.75 |
| Travel Expenses | 412.00 |
| **Total Costs and Disbursements:** | **$ 10,592.60** |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614305 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2500614305
September 11, 2025

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500614305 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.