IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |

---

## SECOND SUPPLEMENTAL DECLARATION OF
## JESSE DELCONTE OF ALIXPARTNERS, LLP

Pursuant to 28 U.S.C. § 1746, I, Jesse DelConte, state under penalty of perjury, that:

1. I am a Partner and Managing Director of AlixPartners, LLP ("AlixPartners"),[2] which has a place of business at 909 Third Avenue, Floor 30, New York, New York 10022.

2. Except as otherwise noted, I have personal knowledge of the matters set forth herein and, if called as a witness, would testify competently thereto.

3. I submit this supplemental declaration in the cases of the above-captioned debtors (collectively, the "Debtors") to supplement the disclosures set forth in my original declaration dated July 14, 2025 [Docket No. 145] (the "Original Declaration") and my first supplemental declaration dated August 8, 2025 [Docket No. 292].

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used herein shall have meanings ascribed to them in the Original Declaration.

4. Unless otherwise noted, references to AP below collectively refer to AlixPartners, AP Holdings and each of their respective subsidiaries. AlixPartners would like to disclose the following:

- AP follows a practice to solicit from the members of its Boards their connections to the parties in interest independent of AP. In response, one or more of the members of its Boards have offered the following disclosures:

    o Cooley, LLP, an auction party in these Chapter 11 Cases, is a current or former legal services provider to an AP investor or one of its affiliates.

    o Proskauer Rose, LLP, an auction party in these Chapter 11 Cases, was counsel for an adverse party in former litigation to which a Board member was a party.

- Cole Schotz P.C., a professional to parties in interest in these Chapter 11 Cases, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors.

- Cooley, LLP, an auction party in these Chapter 11 Cases, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Cooley LLP is a current and former AP client in matters unrelated to the Debtors. Cooley LLP is a legal services provider to AP.

- Duane Morris LLP, an auction party in these Chapter 11 Cases, is a professional, counsel and opposing counsel to current and former AP clients in matters unrelated to the Debtors. Duane Morris LLP is a former AP client in matters unrelated to the Debtors.

- Foley & Lardner LLP, an auction party in these Chapter 11 Cases, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Foley & Lardner LLP is a current and former AP client in matters unrelated to the Debtors.

- Jones Day, a professional to parties in interest in these Chapter 11 Cases, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors. Jones Day is a current and former AP client in matters unrelated to the Debtors. Jones Day is a vendor to AP.

- M3 Advisory Partners, LP, a professional to parties in interest in these Chapter 11 Cases, is a professional to current and former AP clients in matters unrelated to the Debtors.

- Mayer Brown, an auction party in these Chapter 11 Cases, is a professional, litigation party, adverse litigation party, opposing counsel and counsel to current

and former AP clients in matters unrelated to the Debtors.  Mayer Brown is a current and former AP client in matters unrelated to the Debtors.  Mayer Brown is a vendor to AP.

- Proskauer Rose, LLP, an auction party in these Chapter 11 Cases, is a professional, opposing counsel and counsel to current and former AP clients in matters unrelated to the Debtors.  Proskauer Rose LLP is a current and former AP client in matters unrelated to the Debtors.

- Stoel Rives LLP, an auction party in these Chapter 11 Cases, is a professional and counsel to former AP clients in matters unrelated to the Debtors.

- The Morning Consult LLC, a notice of appearance party in these Chapter 11 Cases, is a former employer of a current AP employee.

- United States of America, a notice of appearance party in these Chapter 11 Cases, is an adverse litigation party, bondholder and non-adverse litigation party to current and former AP clients in matters unrelated to the Debtors.

5. AlixPartners does not believe that the supplemental disclosures above impact its disinterestedness. I continue to reserve the right to supplement AlixPartners' disclosures in the event that AlixPartners learns of any additional connections that require disclosure. If any new material relevant facts or relationships are discovered or arise, AlixPartners will promptly file a supplemental declaration pursuant to Bankruptcy Rule 2014(a).

I declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the foregoing is true and correct.

Dated: September 15, 2025  
      New York, New York

AlixPartners, LLP

*/s/ Jesse DelConte*  
Jesse DelConte  
Partner & Managing Director