# **Exhibit B**

| Matter Name: Restructuring Advice | Invoice Date: | September 15, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3033543 |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/02/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 0.60 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 9.00 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 4.60 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 5.00 | 19.50 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 9.40 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 3.70 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/10/25 | JPMORGAN CHASE BANK NA - JPMorgan Chase-TST*PUREBREAD DELI - GRE-Client Lunch | 1.00 | 177.00 |
| 07/16/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/20/25 | ZACHARY I. SHAPIRO - Lunch with Clint Carlisle and Colin Meehan | 1.00 | 68.40 |
| 07/28/25 | JPMORGAN CHASE BANK NA - JPMorgan Chase-TST*BLUEBIRD-Client lunch | 1.00 | 210.00 |
| 07/28/25 | ZACHARY I. SHAPIRO - Coffee with co-cousel | 1.00 | 27.78 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | September 15, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3033543 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 07/30/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 5.80 |
| 07/30/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 07/30/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 7.70 |
| 07/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/30/25 | Bloomberg - Document Retrieval (Electronic) | 3.00 | 12.50 |
| 07/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/02/25 | PARCELS INC - Duplicating | 1.00 | 331.66 |
| 08/04/25 | Printing | 17.00 | 1.70 |
| 08/04/25 | Printing | 7.00 | 0.70 |
| 08/05/25 | Printing | 6.00 | 0.60 |
| 08/05/25 | Printing | 3.00 | 0.30 |
| 08/05/25 | Printing | 8.00 | 0.80 |
| 08/05/25 | Printing | 58.00 | 5.80 |
| 08/05/25 | Printing | 5.00 | 0.50 |
| 08/11/25 | Printing | 49.00 | 4.90 |
| 08/11/25 | Printing | 6.00 | 0.60 |
| 08/12/25 | Printing | 9.00 | 0.90 |
| 08/12/25 | Printing | 58.00 | 5.80 |
| 08/13/25 | Printing | 9.00 | 0.90 |
| 08/13/25 | Printing | 56.00 | 5.60 |
| 08/19/25 | Printing | 77.00 | 7.70 |
| 08/19/25 | FRANK SUN - Frank Sun-Client meeting | 1.00 | 1,264.04 |
| 08/19/25 | Printing | 76.00 | 7.60 |
| 08/19/25 | Printing | 2.00 | 0.20 |
| 08/19/25 | Printing | 2.00 | 0.20 |
| 08/19/25 | Printing | 2.00 | 0.20 |
| 08/19/25 | Printing | 77.00 | 7.70 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/25/25 | Printing | 4.00 | 0.40 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/25/25 | Printing | 3.00 | 0.30 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/25/25 | Printing | 2.00 | 0.20 |
| 08/25/25 | Printing | 2.00 | 0.20 |
| 08/25/25 | Printing | 29.00 | 2.90 |
| 08/25/25 | Printing | 29.00 | 2.90 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/25/25 | Printing | 4.00 | 0.40 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/25/25 | Printing | 4.00 | 0.40 |
| 08/25/25 | Printing | 19.00 | 1.90 |
| 08/25/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 2.00 | 0.20 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 6.00 | 0.60 |
| 08/26/25 | Printing | 5.00 | 0.50 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | September 15, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3033543 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/26/25 | Printing | 5.00 | 0.50 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 2.00 | 0.20 |
| 08/26/25 | Printing | 6.00 | 0.60 |
| 08/26/25 | Printing | 9.00 | 0.90 |
| 08/26/25 | Printing | 3.00 | 0.30 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 2.00 | 0.20 |
| 08/26/25 | Printing | 4.00 | 0.40 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 42.00 | 4.20 |
| 08/26/25 | Printing | 37.00 | 3.70 |
| 08/26/25 | Printing | 4.00 | 0.40 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 2.00 | 0.20 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 6.00 | 0.60 |
| 08/26/25 | Printing | 7.00 | 0.70 |
| 08/26/25 | Printing | 28.00 | 2.80 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 89.00 | 8.90 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/26/25 | Printing | 28.00 | 2.80 |
| 08/26/25 | Printing | 1.00 | 0.10 |
| 08/27/25 | Printing | 10.00 | 1.00 |
| 08/27/25 | Printing | 5.00 | 0.50 |
| 08/27/25 | Printing | 67.00 | 6.70 |
| 08/27/25 | Printing | 36.00 | 3.60 |
| 08/27/25 | Printing | 130.00 | 13.00 |
| 08/27/25 | Printing | 12.00 | 1.20 |
| 08/27/25 | Printing | 25.00 | 2.50 |
| 08/27/25 | Printing | 1.00 | 0.10 |
| 08/27/25 | Printing | 1.00 | 0.10 |
| 08/27/25 | Printing | 171.00 | 17.10 |
| 08/27/25 | Printing | 2.00 | 0.20 |
| 08/27/25 | Printing | 70.00 | 7.00 |
| 08/28/25 | Printing | 6.00 | 0.60 |
| 08/29/25 | Printing | 7.00 | 0.70 |
| 08/29/25 | Printing | 12.00 | 1.20 |
| 08/29/25 | Printing | 12.00 | 1.20 |
| 08/29/25 | Printing | 7.00 | 0.70 |
| **Total** | | | **$3,213.78** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| Description | Amount |
|---|---:|
| Bloomberg | 984.80 |

| | |
|---|---|
| Matter Name: Restructuring Advice | Invoice Date:	September 15, 2025 |
| Matter Number: 773612-237571 | Invoice Number:	3033543 |

| **Description** | **Amount** |
|---|---:|
| Business Meals | 483.18 |
| Duplicating | 331.66 |
| Printing | 150.10 |
| Travel | 1,264.04 |
| **Total** | **$3,213.78** |