**Exhibit A**

**Time Entries**

Zen, LLC - CPO Billing

| Date | Project | Activity | Comments | Hours |
|---|---|---|---|---|
| 7/8/25 | Initial Questions | Call with Robert Brown & LW team | | 0.40 |
| 7/8/25 | Research | Scan through APAs for the stalking hourse purchasers | | 1.50 |
| 7/8/25 | Research | Initial review of Zen Privacy Policies | | 2.60 |
| 7/9/25 | Initial Questions | Craft initial set of questions, initial research on Zen, send questions to Robert Brown | | 1.10 |
| 7/9/25 | Research | Researching relevant (state) privacy law | | 2.60 |
| 7/10/25 | Initial Questions | Quick call with Robert Brown re: debtor's customer notification email. | | 0.20 |
| 7/10/25 | Research | Retrieve, review and catalog previous privacy statements on Archive.org | | 3.00 |
| 7/10/25 | Report | Begin Drafting report | | 2.10 |
| 7/11/25 | Initial Questions | Back and forth emails with Robert trying to understand the scope of Debtors' data collection as well as building alignment on the role of the CPO here with respect to certain data that Debtors' operate as a data processor. | | 0.50 |
| 7/11/25 | Initial Questions | Receive Responses from Robert Brown, respond with follow-up questions. | | 1.20 |
| 7/11/25 | Research | Compile notes to review and compare PP's across debtors digital properties. | | 2.50 |
| 7/11/25 | Research | Recive email from Robert Brown re: initial questions. Email back and forth for clarifications. | | 0.60 |
| 7/12/25 | Research | Back and forth email with Robert and team and a re-evaluation of the list of categories of | | 1.50 |
| 7/13/25 | Report | Continue to draft initial findings. | | 3.50 |
| 7/13/25 | Research | Review state privacy laws re: sensitive data and purpose limitation requirements. | | 1.50 |
| 7/14/25 | Report | Continue to draft initial findings. | | 2.60 |
| 7/15/25 | Report | Finalize draft of initial findings, email to Debtor's counsel. | | 2.70 |
| 7/16/25 | Report | Finalize Report send to Debtors' counsel for filing | | 5.20 |
| 7/16/25 | Research | Review state privacy laws re: rules around minors | | 0.70 |
| 7/24/25 | Sale Order | Call to Review Sale order with Debtor's Counsel and counsel for purchaser. | | 0.30 |
| 7/28/25 | Court Hearing | Participate in hearing telephonically. | | 0.70 |
| 7/28/25 | Fee Application | | | 1.00 |
| | | **Total Hours (including fee app)** | | 38.00 |
| | | | **Fees** | $ 30,400.00 |