# APPENDIX A

## Biographies of PJT Professionals

- **Avram Robbins.** Mr. Robbins is a Partner in the Restructuring & Special Situations Group at PJT Partners LP. Prior to PJT Partners LP's spin out from Blackstone, Mr. Robbins worked at The Blackstone Group which he joined in 2011. Mr. Robbins has been involved in financial advisory work across a broad range of industries and has advised a combination of both debtors and creditors. Representative matters include: Arsenal Resources LLC, Aspect Software, All American Oil & Gas Inc., Bruin E&P Partners, Endeavour International, GateHouse Media, Halcón Resources, JCPenney, Legacy Reserves, Meridian Lightweight Technologies, NewPage, Penn Foster, Philadelphia Energy Solutions, Rex Energy Corporation, RockPile Energy Services LLC, Samson Resources, Sanchez Energy Corporation, Sea Lion Shipping, Southland Royalty Company LLC, Toisa Ltd, The Hellenic Republic, The Princeton Review, Travelport, Triangle USA Petroleum Corporation, Ultra Petroleum Corporation, and Whiting Petroleum Corporation. Before joining Blackstone, Mr. Robbins worked as a distressed research analyst at J.P. Morgan. Prior to J.P. Morgan, Mr. Robbins worked as a high yield desk analyst at Morgan Stanley. Mr. Robbins graduated from Brown University with a B.A. and M.Sc. in Biomedical Engineering. He received his MBA in Finance from the Wharton School at the University of Pennsylvania.

- **James Lilly.** Mr. Lilly is a Managing Director in the Strategic Advisory Group at PJT Partners, based in New York. Mr. Lilly has over 10 years of investment banking experience, advising companies and investors across the vertical information, software and media sectors. Mr. Lilly has worked on a variety of public and private M&A transactions, including carve-out transactions, cross-border mergers, and take-private transactions. He also has experience in mandates involving activism and defense, special committees, corporate restructurings, and capital raising. Prior to joining PJT Partners in 2023, Mr. Lilly spent 10 years at Evercore in the Information & Media group. Mr. Lilly received a BA from Wesleyan University and an MBA from the Stanford Graduate School of Business.

- **Wei Wen.** Ms. Wen is a VP in the Strategic Advisory Group at PJT Partners. Wei has 7+ years of investment banking experience at PJT Partners and Credit Suisse. She has completed a variety of M&A, debt, and equity financing transactions in technology, media, and telecom sectors. Previously, she worked at EY in tech consulting, and at Deutsche Bank as a business analyst. Ms. Wen received a B.B.A. in Information Systems from University of Wisconsin – Madison and an M.B.A. from NYU Stern School of Business.

- **Asher Eddy.** Mr. Eddy is an Associate in the Strategic Advisory Group at PJT Partners. Prior to joining PJT, Mr. Eddy was an Investment Banking Associate at Credit Suisse. Mr. Eddy previously served as a Captain in the United States Army. Mr. Eddy received a B.S. in Brand Management and Marketing at North Carolina State University and an MBA from New York University.

- **Marilia Bagatini.** Ms. Bagatini is an Associate in the Strategic Advisory Group at PJT Partners. Prior to joining PJT, Ms. Bagatini worked in Finance at General Electric. Ms. Bagatini received a BSc in Economics from Universidade Federal do Rio Grande do Sul and an MBA from New York University.

- **Victoria Geh.** Ms. Geh is an Analyst in the Strategic Advisory Group at PJT Partners. Ms. Geh received a B.S. in Operations Research from Columbia University.