# APPENDIX B

# PJT Partners



September 4, 2025

Jeffrey Furman
Chief Executive Officer
Zen JV, LLC
200 N. LaSalle Street, Suite 900
Chicago, IL 60601

Sheri Drucker Davis
General Counsel
Zen JV, LLC
200 N. LaSalle Street, Suite 900
Chicago, IL 60601

| | | | | |
|---|---|---|---|---|
| Restructuring Fee: | | | $ | 4,587,300.00 |

Out-of-pocket expenses processed through August 29, 2025**:**

| | | | | |
|---|---|---|---|---|
| Ground Transportation | $ | 718.17 | | |
| Meals | | 60.00 | | 778.17 |
| **Total Amount Due** | | | $ | **4,588,078.17** |

Invoice No. 10032438

**PJT Partners LP**
Finance Department - 17th Floor
280 Park Avenue
New York, NY 10017
212 364-7800
pjtaccountingus@pjtpartners.com

**Zen JV, LLC**
**Summary of Expenses**

|  | GL Detail Aug-25 | Total Expenses |
|---|---:|---:|
| Ground Transportation | $ 718.17 | $ 718.17 |
| Meals | 60.00 | 60.00 |
| **Total** | **778.17** | **778.17** |
|  |  |  |
| **Ground Transportation** |  | $ 718.17 |
| **Meals** |  | 60.00 |
|  |  |  |
| **Total Expenses** |  | $ 778.17 |

**Zen JV, LLC**
**Detail of Expenses Processed**
**Through August 29, 2025**
**Invoice No. 10032438**

**Ground Transportation**

| | | | | |
|---|---|---|---|---|
| Lilly (round trip coach class train travel to/from Wilmington, DE from/to New York, NY) | 07/08/25 | 274.00 | | |
| Lilly (one-way coach class train travel to Wilmington, DE from New York, NY) | 07/28/25 | 137.00 | | |
| Lilly (one-way coach class train travel to New York, NY frin Wilmington, DE) | 07/28/25 | 137.00 | | |
| Murray (taxi for business travel in New York, NY) | 07/15/25 | 35.36 | | |
| Robbins (taxi for business travel in New York, NY) | 07/17/25 | 77.85 | | |
| Robbins (taxi for business travel in New York, NY) | 07/18/25 | 56.96 | | |
| **Subtotal - Ground Transportation** | | | **$** | **718.17** |

**Employee Meals**

| | | | | |
|---|---|---|---|---|
| Bagatini (weekend working lunch meal) | 06/28/25 | 25.00 | | |
| Bagatini (weekend working dinner meal) | 06/28/25 | 35.00 | | |
| **Subtotal - Employee Meals** | | | | **60.00** |
| **Total Expenses** | | | **$** | **778.17** |