**APPENDIX C**

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Title | Hours |
|---|---|---|
| Avram Robbins | Partner | 6.0 |
| James Lilly | Managing Director | 17.0 |
| Wei Wen | Vice President | 14.5 |
| Asher Eddy | Associate | 22.0 |
| Marilia Bagatini | Associate | 24.5 |
| Daniel Armagh | Associate | 14.5 |
| Victoria Geh | Analyst | 8.0 |
| Olivia Schewe | Analyst | 4.5 |
| Nisha Ray | Analyst | 18.5 |
| | **Total** | **129.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Avi Robbins | 06/24/25 | 0.5 | Call with counsel |
| Avi Robbins | 06/24/25 | 0.5 | Review of DIP term sheet |
| Avi Robbins | 06/25/25 | 0.5 | Review of DIP term sheet |
| Avi Robbins | 06/25/25 | 0.5 | Board Call |
| Avi Robbins | 06/25/25 | 0.5 | Review of emails |
| Avi Robbins | 06/25/25 | 0.5 | Call re: DIP term sheet |
| Avi Robbins | 06/27/25 | 0.5 | Review of court filing |
| Avi Robbins | 06/27/25 | 0.5 | Email review |
| Avi Robbins | 06/27/25 | 0.5 | Call w/ counsel and Alix Partners re: DIP |
| Avi Robbins | 06/30/25 | 0.5 | Review of emails |
| Avi Robbins | 06/30/25 | 0.5 | Review of court pleadings related to stalking horse bids |
| Avi Robbins | 06/30/25 | 0.5 | Review of court pleadings |
| | | **6.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Lilly | 06/24/25 | 1.5 | Bidder diligence call |
| James Lilly | 06/25/25 | 1.0 | Bidder diligence call |
| James Lilly | 06/25/25 | 1.0 | Cure schedule call |
| James Lilly | 06/25/25 | 1.0 | Special committee call |
| James Lilly | 06/25/25 | 0.5 | Bidder diligence call |
| James Lilly | 06/26/25 | 1.0 | Bidder diligence call |
| James Lilly | 06/26/25 | 1.0 | Bidder diligence call |
| James Lilly | 06/26/25 | 0.5 | Bidder diligence call |
| James Lilly | 06/27/25 | 0.5 | Bidder process call |
| James Lilly | 06/27/25 | 0.5 | Bidder process call |
| James Lilly | 06/27/25 | 0.5 | Bidder process call |
| James Lilly | 06/27/25 | 0.5 | Bidder process call |
| James Lilly | 06/27/25 | 1.0 | Bidder diligence call |
| James Lilly | 06/27/25 | 1.0 | First day hearing |
| James Lilly | 06/27/25 | 1.0 | Bidder diligence call |
| James Lilly | 06/30/25 | 0.5 | Bidder process call |
| James Lilly | 06/30/25 | 0.5 | Bidder process call |
| James Lilly | 06/30/25 | 0.5 | Bidder process call |
| James Lilly | 06/30/25 | 0.5 | Bidder process call |
| James Lilly | 06/30/25 | 0.5 | Internal advisor call |
| James Lilly | 06/30/25 | 0.5 | Bidder diligence call |
| James Lilly | 06/30/25 | 0.5 | Bidder diligence call |
| James Lilly | 06/30/25 | 0.5 | Bidder diligence call |
| James Lilly | 06/30/25 | 0.5 | Bidder diligence call |
| | | **17.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Wei Wen | 06/25/25 | 0.5 | Diligence calls with potential buyer |
| Wei Wen | 06/25/25 | 1.0 | Call with counsel re: disclosures |
| Wei Wen | 06/25/25 | 0.5 | Email correspondence re: diligence and calls |
| Wei Wen | 06/25/25 | 0.5 | Review analysis and diligence materials |
| Wei Wen | 06/26/25 | 1.0 | Call with client to discuss diligence and disclosures |
| Wei Wen | 06/26/25 | 1.0 | Internal call to discuss diligence |
| Wei Wen | 06/26/25 | 1.0 | Email correspondence re: diligence |
| Wei Wen | 06/26/25 | 1.0 | Review analysis and diligence materials |
| Wei Wen | 06/27/25 | 0.5 | Email correspondence re: diligence |
| Wei Wen | 06/27/25 | 0.5 | Review analysis and diligence materials |
| Wei Wen | 06/27/25 | 1.0 | Diligence calls with potential buyers |
| Wei Wen | 06/28/25 | 1.0 | Review analysis and diligence materials |
| Wei Wen | 06/28/25 | 1.0 | Internal call to discuss diligence |
| Wei Wen | 06/28/25 | 0.5 | Email correspondence re: diligence |
| Wei Wen | 06/29/25 | 1.0 | Email correspondence re: diligence |
| Wei Wen | 06/30/25 | 1.0 | Email correspondence re: diligence |
| Wei Wen | 06/30/25 | 0.5 | Review analysis and diligence materials |
| Wei Wen | 06/30/25 | 1.0 | Internal call to discuss diligence |
| | | **14.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 06/24/25 | 1.5 | Diligence Call |
| Asher Eddy | 06/24/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 06/25/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/25/25 | 1.0 | Call with Client and Counsel regarding contracts |
| Asher Eddy | 06/25/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/25/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 06/26/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/26/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/26/25 | 1.0 | Call with Client and Counsel regarding contracts & diligence |
| Asher Eddy | 06/26/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/26/25 | 0.5 | Internal Catch Up |
| Asher Eddy | 06/26/25 | 0.5 | Discussion with data site provider |
| Asher Eddy | 06/26/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 06/27/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/27/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/27/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/27/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/27/25 | 1.5 | Call with Client and Counsel regarding contracts & schedules |
| Asher Eddy | 06/27/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/27/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 06/30/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/30/25 | 0.5 | Internal Call |
| Asher Eddy | 06/30/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/30/25 | 1.0 | Diligence Call |
| Asher Eddy | 06/30/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/30/25 | 0.5 | Diligence Call |
| Asher Eddy | 06/30/25 | 1.0 | Email Correspondence regarding diligence and calls |
| | | **22.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 06/24/25 | 0.5 | VDR management |
| Marilia Bagatini | 06/25/25 | 0.5 | Diligence calls with potential buyer |
| Marilia Bagatini | 06/25/25 | 1.0 | Call with counsel re: disclosures |
| Marilia Bagatini | 06/25/25 | 1.0 | Email correspondence re: diligence and calls |
| Marilia Bagatini | 06/25/25 | 1.0 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/26/25 | 1.0 | Call with client to discuss diligence and disclosures |
| Marilia Bagatini | 06/26/25 | 1.0 | Internal call to discuss diligence |
| Marilia Bagatini | 06/26/25 | 1.0 | Email correspondence re: diligence |
| Marilia Bagatini | 06/26/25 | 1.5 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/27/25 | 1.5 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/27/25 | 2.0 | Diligence calls with potential buyers |
| Marilia Bagatini | 06/27/25 | 1.0 | Email correspondence re: diligence |
| Marilia Bagatini | 06/28/25 | 3.0 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/28/25 | 1.0 | Internal call to discuss diligence |
| Marilia Bagatini | 06/28/25 | 2.0 | Email correspondence re: diligence |
| Marilia Bagatini | 06/29/25 | 2.0 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/29/25 | 1.0 | Email correspondence re: diligence |
| Marilia Bagatini | 06/30/25 | 0.5 | Email correspondence re: diligence |
| Marilia Bagatini | 06/30/25 | 1.0 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 06/30/25 | 1.0 | Internal call to discuss diligence |
| | | **24.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Daniel Armagh | 06/28/25 | 4.5 | Contract Redaction |
| Daniel Armagh | 06/29/25 | 0.5 | Internal Meeting |
| Daniel Armagh | 06/29/25 | 5.0 | Contract Redaction |
| Daniel Armagh | 06/30/25 | 1.0 | Contract Redaction |
| Daniel Armagh | 06/30/25 | 2.5 | Contract Redaction |
| Daniel Armagh | 06/30/25 | 1.0 | Contract Redaction |
| | | **14.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Victoria Geh | 06/25/25 | 1.0 | Preparation of materials re: sale process |
| Victoria Geh | 06/26/25 | 1.0 | Preparation of materials re: sale process |
| Victoria Geh | 06/26/25 | 1.0 | Internal call re workstreams |
| Victoria Geh | 06/27/25 | 0.5 | Communication with potentially interested party |
| Victoria Geh | 06/27/25 | 1.5 | Call with potential buyer |
| Victoria Geh | 06/27/25 | 0.5 | Internal call re workstreams |
| Victoria Geh | 06/29/25 | 0.5 | Fee run |
| Victoria Geh | 06/29/25 | 0.5 | VDR preparation |
| Victoria Geh | 06/30/25 | 1.0 | Fee run |
| Victoria Geh | 06/30/25 | 0.5 | Communication with potentially interested party |
| | | **8.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Olivia Schewe | 06/25/25 | 1.0 | Call w/ counsel to discuss diligence materials |
| Olivia Schewe | 06/26/25 | 0.5 | Call w/ company to discuss diligence items |
| Olivia Schewe | 06/27/25 | 0.5 | Call w/ buyer to discuss structuring |
| Olivia Schewe | 06/27/25 | 0.5 | Call w/ counsel to discuss contracts |
| Olivia Schewe | 06/27/25 | 1.0 | Call w/ counsel to discuss contracts |
| Olivia Schewe | 06/30/25 | 0.5 | Call w/ buyer |
| Olivia Schewe | 06/30/25 | 0.5 | Call w/ buyer |
| | | **4.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 24, 2025 THROUGH JUNE 30, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nisha Ray | 06/27/25 | 0.5 | Diligence Call |
| Nisha Ray | 06/27/25 | 0.5 | Diligence Call |
| Nisha Ray | 06/28/25 | 4.5 | Contract Redaction |
| Nisha Ray | 06/29/25 | 0.5 | Internal Meeting |
| Nisha Ray | 06/29/25 | 5.0 | Contract Redaction |
| Nisha Ray | 06/29/25 | 2.0 | Fee run |
| Nisha Ray | 06/30/25 | 1.0 | Contract Redaction |
| Nisha Ray | 06/30/25 | 2.5 | Contract Redaction |
| Nisha Ray | 06/30/25 | 1.0 | Contract Redaction |
| Nisha Ray | 06/30/25 | 1.0 | Fee run |
| | | **18.5** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Title | Hours |
|---|---|---|
| Avram Robbins | Partner | 29.5 |
| James Lilly | Managing Director | 90.5 |
| Wei Wen | Vice President | 45.5 |
| Asher Eddy | Associate | 96.0 |
| Marilia Bagatini | Associate | 50.5 |
| Daniel Armagh | Associate | 51.5 |
| Victoria Geh | Analyst | 15.0 |
| Nisha Ray | Analyst | 11.0 |
| | **Total** | **389.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Avi Robbins | 07/01/25 | 0.5 | Email correspondence |
| Avi Robbins | 07/01/25 | 0.5 | Review of court pleading related to stalking horse bids |
| Avi Robbins | 07/01/25 | 0.5 | Call with counsel re: upcoming hearings |
| Avi Robbins | 07/02/25 | 0.5 | Review of emails |
| Avi Robbins | 07/02/25 | 0.5 | Call with attorneys re: stalking horse bidder |
| Avi Robbins | 07/02/25 | 0.5 | Review of declarations |
| Avi Robbins | 07/02/25 | 0.5 | Call with attorneys re: stalking horse bidder |
| Avi Robbins | 07/02/25 | 0.5 | Review of declarations |
| Avi Robbins | 07/03/25 | 0.5 | Review of emails |
| Avi Robbins | 07/03/25 | 1.0 | Call with UCC |
| Avi Robbins | 07/03/25 | 0.5 | Review of financial analysis |
| Avi Robbins | 07/08/25 | 0.5 | Call with counsel re: UST objection |
| Avi Robbins | 07/08/25 | 0.5 | Review of declaration |
| Avi Robbins | 07/08/25 | 0.5 | Review of email correspondence |
| Avi Robbins | 07/11/25 | 0.5 | Review of court pleading |
| Avi Robbins | 07/11/25 | 0.5 | Call with counsel re: auction |
| Avi Robbins | 07/11/25 | 0.5 | Internal call re: auction |
| Avi Robbins | 07/13/25 | 0.5 | Call with counsel re: auction |
| Avi Robbins | 07/14/25 | 0.5 | Review of email correspondence |
| Avi Robbins | 07/14/25 | 0.5 | Preparation for auction |
| Avi Robbins | 07/16/25 | 0.5 | Email correspondence |
| Avi Robbins | 07/16/25 | 1.0 | Prep for auction |
| Avi Robbins | 07/17/25 | 16.0 | Auction |
| Avi Robbins | 07/18/25 | 0.5 | Review of email correspondence |
| Avi Robbins | 07/21/25 | 0.5 | Email correspondence |
| Avi Robbins | 07/25/25 | 0.5 | Email correspondence w/ counsel |
| | | **29.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/01/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/02/25 | 0.5 | Bidder process call |
| James Lilly | 07/02/25 | 0.5 | Call with counsel on declaration |
| James Lilly | 07/02/25 | 2.0 | Drafting declaration |
| James Lilly | 07/02/25 | 1.0 | Cure schedule call |
| James Lilly | 07/03/25 | 0.5 | Bidder process call |
| James Lilly | 07/03/25 | 0.5 | Bidder process call |
| James Lilly | 07/03/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/03/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/03/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/03/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/05/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/06/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/07/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 5.0 | Travel and attend hearing |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/08/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/09/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/10/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/11/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/13/25 | 0.5 | Bidder diligence call |
| James Lilly | 07/14/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/14/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/14/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/14/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/14/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/14/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/15/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/15/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/16/25 | 1.0 | Strategic Committee Meeting |
| James Lilly | 07/16/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/16/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/16/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/16/25 | 1.0 | Bidder diligence call |
| James Lilly | 07/16/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/17/25 | 14.0 | Auction |
| James Lilly | 07/18/25 | 1.0 | Strategic Committee Meeting |
| James Lilly | 07/13/25 | 0.5 | Advisor catch-up call |
| James Lilly | 07/25/25 | 1.0 | Board Call |
| James Lilly | 07/28/25 | 5.0 | Travel to Delaware and attend sale hearing |
| | | **90.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Wei Wen | 07/01/25 | 1.0 | Email correspondence re: diligence |
| Wei Wen | 07/01/25 | 1.0 | Call with counsel to discuss diligence and disclosures |
| Wei Wen | 07/02/25 | 1.0 | Call re: cure schedule |
| Wei Wen | 07/02/25 | 1.0 | Email / Call correspondence re: diligence |
| Wei Wen | 07/02/25 | 0.5 | Review analysis and diligence materials |
| Wei Wen | 07/03/25 | 1.5 | Email correspondence re: disclosures and diligence |
| Wei Wen | 07/04/25 | 0.5 | Email correspondence re: diligence |
| Wei Wen | 07/07/25 | 2.0 | Email correspondence re: diligence |
| Wei Wen | 07/07/25 | 0.5 | Calls with potential buyers |
| Wei Wen | 07/07/25 | 1.0 | Call with client on diligence |
| Wei Wen | 07/07/25 | 2.5 | Diligence calls with potential buyers |
| Wei Wen | 07/07/25 | 2.0 | Analysis, preparation and review of diligence requests and responses |
| Wei Wen | 07/08/25 | 1.0 | Diligence calls with potential buyers |
| Wei Wen | 07/08/25 | 2.0 | Analysis, preparation and review of diligence requests and responses |
| Wei Wen | 07/08/25 | 2.0 | Email correspondence re: diligence |
| Wei Wen | 07/09/25 | 2.0 | Email correspondence re: diligence and process |
| Wei Wen | 07/09/25 | 0.5 | Review analysis and diligence materials |
| Wei Wen | 07/10/25 | 0.5 | Internal discussion re: diligence and process |
| Wei Wen | 07/10/25 | 2.0 | Diligence calls with potential buyers |
| Wei Wen | 07/10/25 | 1.0 | Email correspondence re: diligence and process |
| Wei Wen | 07/11/25 | 1.5 | Email correspondence re: diligence and process |
| Wei Wen | 07/11/25 | 2.0 | Diligence calls with potential buyers |
| Wei Wen | 07/12/25 | 1.0 | Email correspondence re: diligence and process |
| Wei Wen | 07/13/25 | 1.0 | Review analysis and diligence materials |
| Wei Wen | 07/14/25 | 2.0 | Diligence calls with potential buyers |
| Wei Wen | 07/14/25 | 0.5 | Call with client to discuss diligence and process |
| Wei Wen | 07/14/25 | 1.0 | Email correspondence re: diligence and process |
| Wei Wen | 07/15/25 | 1.0 | Analysis, preparation and review of diligence requests and responses |
| Wei Wen | 07/15/25 | 2.0 | Diligence call with potential buyer |
| Wei Wen | 07/15/25 | 1.5 | Email correspondence re: diligence and process |
| Wei Wen | 07/16/25 | 0.5 | Diligence call with potential buyer |
| Wei Wen | 07/16/25 | 1.0 | Email correspondence re: diligence and process |
| Wei Wen | 07/17/25 | 4.0 | Support on Auction |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Wei Wen | 07/17/25 | 1.0 | Email correspondence re: diligence and process |
| | | 45.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 07/01/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/01/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/01/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/01/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/01/25 | 0.5 | Call with Counsel regarding deal logistics |
| Asher Eddy | 07/01/25 | 0.5 | Call with Counsel regarding contracts |
| Asher Eddy | 07/01/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/02/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/02/25 | 1.0 | Call with Counsel regarding schedules |
| Asher Eddy | 07/02/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/03/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/03/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/03/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/03/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/03/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/03/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/04/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/05/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/06/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/06/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/07/25 | 1.5 | Diligence Call |
| Asher Eddy | 07/07/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/07/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/07/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/07/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/07/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/07/25 | 0.5 | Internal Catch Up |
| Asher Eddy | 07/07/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/07/25 | 2.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/08/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Discussion with Counsel |
| Asher Eddy | 07/08/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 1.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/08/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/08/25 | 2.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/09/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/09/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/09/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/09/25 | 2.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/10/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/10/25 | 1.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/10/25 | 2.0 | Email Correspondence regarding diligence and calls |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 1.0 | Discussion |
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/11/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/11/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/11/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/11/25 | 2.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/12/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/12/25 | 0.5 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/13/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/13/25 | 0.5 | Advisor / Debtor Call |
| Asher Eddy | 07/13/25 | 0.5 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/14/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/14/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/14/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/14/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/14/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/14/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/15/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/15/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/15/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/15/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/15/25 | 1.0 | Diligence Call |
| Asher Eddy | 07/15/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/15/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/15/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/15/25 | 0.5 | Diligence Call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 07/15/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/15/25 | 0.5 | Advisor Call |
| Asher Eddy | 07/15/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/16/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/16/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/16/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/16/25 | 0.5 | Diligence Call |
| Asher Eddy | 07/16/25 | 1.0 | Email Correspondence regarding diligence and calls |
| Asher Eddy | 07/17/25 | 13.0 | Auction |
| Asher Eddy | 07/17/25 | 0.5 | Email Correspondence regarding diligence |
| | | **96.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Marilia Bagatini | 07/01/25 | 0.5 | Email correspondence re: diligence |
| Marilia Bagatini | 07/01/25 | 0.5 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 07/01/25 | 1.0 | Call with counsel to discuss diligence and disclosures |
| Marilia Bagatini | 07/02/25 | 1.0 | Call re: cure schedule |
| Marilia Bagatini | 07/02/25 | 1.0 | Email correspondence re: disclosures |
| Marilia Bagatini | 07/02/25 | 0.5 | Preparation of analysis and diligence materials |
| Marilia Bagatini | 07/03/25 | 0.5 | Email correspondence re: disclosures |
| Marilia Bagatini | 07/04/25 | 1.0 | Email correspondence re: disclosures |
| Marilia Bagatini | 07/04/25 | 1.5 | Review and preparation of schedules |
| Marilia Bagatini | 07/05/25 | 4.0 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/06/25 | 0.5 | Email correspondence re: diligence |
| Marilia Bagatini | 07/06/25 | 0.5 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/07/25 | 3.0 | Diligence calls with potential buyers |
| Marilia Bagatini | 07/07/25 | 1.0 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/08/25 | 1.5 | Diligence calls with potential buyers |
| Marilia Bagatini | 07/08/25 | 1.0 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/09/25 | 1.0 | Email correspondence re: diligence |
| Marilia Bagatini | 07/09/25 | 1.0 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/10/25 | 1.0 | Internal discussion re: diligence and process |
| Marilia Bagatini | 07/10/25 | 2.0 | Diligence calls with potential buyers |
| Marilia Bagatini | 07/11/25 | 2.0 | Diligence calls with potential buyers |
| Marilia Bagatini | 07/13/25 | 2.0 | Email correspondence re: disclosures and bid procedures |
| Marilia Bagatini | 07/13/25 | 2.0 | Analysis and preparation of diligence requests |
| Marilia Bagatini | 07/14/25 | 3.0 | Diligence calls with potential buyers |
| Marilia Bagatini | 07/15/25 | 2.0 | Preparation of analysis and presentation |
| Marilia Bagatini | 07/15/25 | 1.0 | Diligence call with potential buyer |
| Marilia Bagatini | 07/15/25 | 1.0 | Diligence call with potential buyer |
| Marilia Bagatini | 07/16/25 | 1.0 | Email correspondence |
| Marilia Bagatini | 07/17/25 | 10.0 | Support on Auction |
| Marilia Bagatini | 07/17/25 | 2.0 | Preparation of financial analysis |
| Marilia Bagatini | 07/18/25 | 0.5 | Email correspondence |
| | | **50.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Daniel Armagh | 07/02/25 | 0.5 | Creating Diligence Tracker |
| Daniel Armagh | 07/05/25 | 1.5 | Contract Redaction |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/07/25 | 2.0 | Diligence Call |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/07/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/08/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/09/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/09/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/10/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/11/25 | 0.5 | Diligence Call |
| Daniel Armagh | 07/14/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/14/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/14/25 | 1.0 | Diligence Call |
| Daniel Armagh | 07/14/25 | 1.5 | Diligence Call |
| Daniel Armagh | 07/15/25 | 3.0 | Preparing Materials |
| Daniel Armagh | 07/16/25 | 1.0 | Preparing Materials |
| Daniel Armagh | 07/16/25 | 2.0 | Preparing Materials |
| Daniel Armagh | 07/17/25 | 13.0 | Auction |
| | | **51.5** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Victoria Geh | 07/02/25 | 1.0 | Coordinate diligence re sale process |
| Victoria Geh | 07/03/25 | 0.5 | Coordinate buyer calls |
| Victoria Geh | 07/08/25 | 1.0 | Call with potential buyer |
| Victoria Geh | 07/08/25 | 1.0 | Coordinate diligence re sale process |
| Victoria Geh | 07/09/25 | 1.0 | Coordinate diligence re sale process |
| Victoria Geh | 07/10/25 | 3.0 | Call with potential buyers |
| Victoria Geh | 07/11/25 | 2.0 | Call with potential buyer |
| Victoria Geh | 07/11/25 | 0.5 | Coordinate diligence re sale process |
| Victoria Geh | 07/13/25 | 0.5 | Coordinate diligence re sale process |
| Victoria Geh | 07/14/25 | 1.0 | Coordinate diligence re sale process |
| Victoria Geh | 07/15/25 | 1.0 | Call with potential buyer |
| Victoria Geh | 07/16/25 | 1.0 | Email communications re sale process |
| Victoria Geh | 07/17/25 | 1.0 | Preparation of materials re: sale process |
| Victoria Geh | 07/21/25 | 0.5 | Coordinate diligence re sale process |
| | | **15.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**JULY 1, 2025 THROUGH JULY 31, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Nisha Ray | 07/05/25 | 1.5 | Contract Redaction |
| Nisha Ray | 07/08/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/08/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/10/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/11/25 | 1.0 | Diligence Work |
| Nisha Ray | 07/11/25 | 0.5 | Contract Redaction |
| Nisha Ray | 07/15/25 | 1.0 | Contract Redaction |
| Nisha Ray | 07/15/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/15/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/15/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/15/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/15/25 | 0.5 | Diligence Call |
| Nisha Ray | 07/15/25 | 3.0 | Preparing Materials |
| | | **11.0** | |

**PJT PARTNERS LP**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**AUGUST 1, 2025 THROUGH AUGUST 19, 2025**

| Professional | Title | Hours |
|---|---|---|
| James Lilly | Managing Director | 3.5 |
| Wei Wen | Vice President | 1.0 |
| Asher Eddy | Associate | 1.0 |
| **Total** | | **5.5** |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2025 THROUGH AUGUST 19, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| James Lilly | 08/06/25 | 0.5 | Advisor catch-up call |
| James Lilly | 08/19/25 | 3.0 | Prepare fee application |
| | | 3.5 | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2025 THROUGH AUGUST 19, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Wei Wen | 08/19/25 | 1.0 | Prepare fee application |
| | | **1.0** | |

**PJT PARTNERS LP**
**HOURLY DETAILS FOR THE PERIOD OF**
**AUGUST 1, 2025 THROUGH AUGUST 19, 2025**

| Professional | Date | Hours | Explanation |
|---|---|---|---|
| Asher Eddy | 08/19/25 | 1.0 | Prepare fee application |
| | | **1.0** | |