# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
ZEN JV, LLC, *et al.*,                                  :   Case No. 25-11195 (JKS)
                                                        :
       Debtors.                                          :   (Jointly Administered)
                                                        :
                                                        :   **Re: Docket No. 366**
------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| November 13, 2025 at 1:00 p.m. (ET) *(Interim Fee Hearing)* | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 6<br>Wilmington, Delaware 19801 |

**Dated: September 17th, 2025**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

RLF1 33790105v.1