IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : : : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : : : | Case No. 25-11195 (JKS) |
| Debtors. | : : : | (Jointly Administered) |
|  |  | Re: Docket No. 365 |

# NOTICE OF WITHDRAWAL

**PLEASE TAKE NOTICE** that, on September 16, 2025, the above-captioned debtors and debtors-in-possession (the "**Debtors**") in the above-captioned cases filed the *Certificate of No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Cocounsel to The Debtors and Debtors in Possession for the Period from June 24, 2025 through July 31, 2025 (No Order Required)* [Docket No. 365] (the "**CNO**").

**PLEASE TAKE FURTHER NOTICE** that, the Debtors hereby withdraw the CNO without prejudice.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33793057v.1

2

Dated: September 17, 2025
Wilmington, Delaware

| | /s/ Huiqi Liu |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|         candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |         shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |         liu@rlf.com |
| Chicago, Illinois 60611 |         carlisle@rlf.com |
| Telephone: (312) 876-7700 |         meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*