**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZEN JV, LLC, *et al.*,[1] | ) | Case No. 25-11195 (JKS) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICE AND PLEADINGS**

The Comptroller of Public Accounts, Revenue Accounting Division (the "Texas Comptroller"), hereby gives notice of its appearance in the case pursuant to Bankruptcy Rule 9010 by and through the undersigned counsel:

Courtney J. Hull
Assistant Attorney General
Texas Attorney General's Office
Bankruptcy & Collections Div.
P.O. Box 12548
Austin, TX 78711-2548
bk-chull@oag.texas.gov

The Texas Comptroller respectfully requests through its counsel that it be served with copies of all notices and other documents issued by the Clerk of the Court and all other pleadings and notices to parties in interest filed by Debtor or any other interested parties in this case, including disclosure statements and/or schedules, in accordance with Bankruptcy Rules 2002, 3017, and 9013 and any other Bankruptcy Rules or local rules governing notice.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Courtney J. Hull*
**COURTNEY J. HULL**
Assistant Attorney General
Texas State Bar No. 24061297

Office of the Attorney General
Bankruptcy & Collections Division
P. O. Box 12548, Capitol Station
Austin, TX 78711-2548
Telephone: (512) 475-4862
Facsimile: (512) 936-1409
bk-chull@oag.texas.gov

**ATTORNEYS FOR THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS**

## **CERTIFICATE OF SERVICE**

I certify that on September 18, 2025, a true copy of the foregoing was served by the method and on the following parties as indicated:

By First Class Mail:

Zen JV, LLC
200 N LaSalle St., #900
Chicago, IL 60601

By Electronic Mean as listed on the Court's ECF Noticing System:

- **Justin R. Alberto** jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead** ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- **Jody C. Barillare** jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Chelsea A Botsch** cbotsch@mccarter.com
- **Robert Bruner** bob.bruner@nortonrosefulbright.com
- **Kate R. Buck** kbuck@mccarter.com
- **Clint Michael Carlisle** carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Christopher L. Carter** christopher.carter@morganlewis.com
- **Linda J. Casey** Linda.Casey@usdoj.gov
- **William E. Chipman** chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com
- **Shawn M. Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **James A. Copeland** james.copeland@nortonrosefulbright.com
- **Daniel J. DeFranceschi** defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Robert J. Dehney** rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Monique Bair DiSabatino** monique.disabatino@saul.com, robyn.warren@saul.com
- **Turner Falk** turner.falk@saul.com, tnfalk@recap.email
- **Melissa M. Hartlipp** MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **William A. Hazeltine** whazeltine@sha-llc.com
- **Robert M. Hirsh** robert.hirsh@nortonrosefulbright.com, jrenert@lowenstein.com
- **Jennifer R. Hoover** jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **James E. Huggett** jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

- **Michael Ingrassia** ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Elazar A. Kosman** ekosman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Elazar A. Kosman** ekosman@coleschotz.com
- **Maria Kotsiras** mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com
- **Tara L. Lattomus** delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Leah Victoria Lerman** Leah.V.Lerman@usdoj.gov
- **Huiqi Liu** liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Brian Loughnane** brian.loughnane@morganlewis.com
- **Matthew Barry Lunn** mlunn@ycst.com, bankfilings@ycst.com
- **Kevin Scott Mann** kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com
- **Colin Meehan** meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Lucian Borders Murley** luke.murley@saul.com, robyn.warren@saul.com
- **Sven Thure Nylen** snylen@beneschlaw.com
- **Robert F. Poppiti, Jr.** rpoppiti@ycst.com, bankfilings@ycst.com
- **Echo Yi Qian** eqian@morrisnichols.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Reliable Companies** gmatthews@reliable-co.com
- **Christopher M. Samis** leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Zachary I Shapiro** shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Aaron H. Stulman** astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **U.S. Trustee** USTPRegion03.WL.ECF@USDOJ.GOV
- **Stephanie Slater Ward** sslater@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com
- **Christopher M. Winter** cmwinter@duanemorris.com

*/s/ Courtney J. Hull*
**COURTNEY J. HULL**