IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: Chapter 11
In re: :
: Case No. 25-11195 (JKS)
ZEN JV, LLC, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
: **Objection Deadline: October 3, 2025 at 4:00 p.m. (ET)**
---------------------------------------------------------- x

**NOTICE OF PROPOSED ASSUMPTION AND ASSIGNMENT AND
CURE AMOUNT RELATING TO EXECUTORY CONTRACTS AND
UNEXPIRED LEASES OF THE DEBTORS**

**PLEASE TAKE NOTICE THAT:**

1. On September 4, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed the *Debtors' Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 336] (as may be amended, modified and/or supplemented, the "**Combined Plan and Disclosure Statement**")[2] with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. On September 4, 2025, the Court entered an order [Docket No. 335] (the "**Conditional Approval and Procedures Order**") conditionally approving the Combined Plan and Disclosure Statement for solicitation purposes only.

3. Copies of the Combined Plan and Disclosure Statement and the Conditional Approval and Procedures Order are available for download at *https://omniagentsolutions.com/CareerBuilderMonster*.

4. **You are receiving this notice because you may be a counterparty to one or more executory contracts or unexpired leases that may potentially be assumed by the**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings given to them in the Combined Plan and Disclosure Statement.

**Debtors and assigned to the Liquidation Trust under the Combined Plan and Disclosure Statement (collectively, the "Assumed Executory Contracts").**[3]

5.      The Debtors have determined the Cure Amount under each Assumed Executory Contract and have listed the applicable proposed Cure Amount on **Exhibit A**.  The proposed Cure Amount is the only amount proposed to be paid upon the assumption and assignment of each Assumed Executory Contract.

6.      If you object to the assumption and/or assignment of an Assumed Executory Contract, including to the Cure Amount set forth on **Exhibit A** attached hereto, you must file and serve an objection in accordance with the Combined Plan and Disclosure Statement (each, an "**Objection to Assumption and Assignment**") by **October 3, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**ANY COUNTERPARTY TO AN EXECUTORY CONTRACT THAT FAILS TO OBJECT TIMELY TO THE PROPOSED ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR CURE AMOUNT (I) SHALL BE DEEMED TO HAVE ASSENTED TO SUCH ASSUMPTION, ASSUMPTION AND ASSIGNMENT, OR CURE AMOUNT, NOTWITHSTANDING ANY PROVISION THEREOF THAT PURPORTS TO (1) PROHIBIT, RESTRICT, OR CONDITION THE TRANSFER OR ASSIGNMENT OF SUCH CONTRACT OR LEASE OR (2) TERMINATE OR PERMIT THE TERMINATION OF A CONTRACT OR LEASE AS A RESULT OF ANY DIRECT OR INDIRECT TRANSFER OR ASSIGNMENT OF THE RIGHTS OF THE DEBTORS UNDER SUCH CONTRACT OR LEASE OR A CHANGE, IF ANY, IN THE OWNERSHIP OR CONTROL TO THE EXTENT CONTEMPLATED BY THE COMBINED PLAN AND DISCLOSURE STATEMENT, AND SHALL FOREVER BE BARRED AND ENJOINED FROM ASSERTING SUCH OBJECTION AGAINST THE DEBTORS OR TERMINATING OR MODIFYING SUCH CONTRACT OR LEASE ON ACCOUNT OF TRANSACTIONS CONTEMPLATED BY THE COMBINED PLAN AND DISCLOSURE STATEMENT AND (II) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM CHALLENGING THE VALIDITY OF SUCH ASSUMPTION OR ASSUMPTION AND ASSIGNMENT, AS APPLICABLE, THEREAFTER.**

7.      **All Objections to Assumption and Assignment must be filed and served in accordance with the Combined Plan and Disclosure Statement by electronic transmission and/or first class mail on the Debtors, as follows:**

   a.   Counsel to the Debtors, Latham & Watkins LLP, (x) 1271 Avenue of the Americas, New York, New York 10020, Attn: Ray C. Schrock (ray.schrock@lw.com) and Candace M. Arthur (candace.arthur@lw.com) and (y) 330 North Wabash Avenue, Suite 2800 Chicago, IL 60611, Attn: Jonathan Gordon (jonathan.gordon@lw.com); and

---

[3]   For the avoidance of doubt, the Debtors reserve the right to reject any Assumed Executory Contract in accordance with Article XIII of the Combined Plan and Disclosure Statement.

2

      b.      Co-counsel to the Debtors, Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi (defranceschi@rlf.com) and Zachary I. Shapiro (shapiro@rlf.com).

8.      The Debtors intend to resolve any Objections to Assumption and Assignment before or at the combined hearing to consider the final approval of the Combined Plan and Disclosure Statement as containing adequate information and confirmation of the Combined Plan and Disclosure Statement (the "**Confirmation Hearing**") before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801, on **October 7, 2025 at 1:00 p.m. (prevailing Eastern Time)**.  The Debtors also reserve the right to adjourn any Objections to Assumption and Assignment to a later date, including a date that is after the Confirmation Hearing and/or the Effective Date.

9.      The Confirmation Hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in the Court of such adjournment on the date scheduled for the Confirmation Hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Court.  The Debtors may modify the Combined Plan and Disclosure Statement, if necessary, prior to, during, or as a result of the Confirmation Hearing without further notice.

[*Remainder of Page Intentionally Left Blank*]

Dated: September 23, 2025
      Wilmington, Delaware　　　　　　　　　/s/ *Huiqi Liu*

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| | |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*