## Exhibit A

**Assumption Schedule**

| # | Debtor Counterparty | Counterparty | Counterparty Address(es) | Agreement | Cure amount |
|---|---|---|---|---|---|
| 1 | **CareerBuilder, LLC** | **ADP Inc.** | 1 ADP Boulevard, Roseland, NJ 07068 | Payroll Processing Master Services Agreement | $0.00 |
| 2 | **CareerBuilder, LLC** | **ADP Inc.** | 1 ADP Boulevard, Roseland, NJ 07068 | Payroll Processing Master Services Agreement | $0.00 |
| 3 | **CareerBuilder, LLC** | **Delta Dental Illinois** | 111 Shuman Boulevard, Naperville, IL, 60563 | Certificate of Coverage | $0.00 |
| 4 | **CareerBuilder, LLC** | **EyeMed Vision Care** | 4000 Luxottica Place, Mason, OH 45040 | Group Vision Insurance Policy | $0.00 |
| 5 | **CareerBuilder, LLC** | **United Healthcare** | 1 Health Dr, Eden Prairie, MN 55344 | Claim Administration Services Agreement | $0.00 |
| 6 | **CareerBuilder, LLC** | **UnitedHealthcare Insurance Company of New York** | 2950 Expressway Drive, Suite 240, Islandia, NY 11749 | Excess Loss Policy | $0.00 |
| 7 | **CareerBuilder, LLC** | **Workday** | 6110 Stoneridge Mall Road, Pleasanton, CA, 94588 | Master Agreement and Related Order Forms | $0.00 |
| 8 | **Monster Worldwide, LLC** | **RANDSTAD NV** | Diemermere 25, 1112 TC Diemen, Diemen, The Netherlands | Transition Services Agreement, as amended | $0.00 |