IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: Docket Nos. 335 & 336**
------------------------------------------------------- x

### NOTICE OF FILING OF PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS' AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION

**PLEASE TAKE NOTICE THAT:**

1. On June 24, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. On September 4, 2025, the Debtors filed the *Debtors' Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 336] (as may be amended, modified and/or supplemented, the "**Combined Plan and Disclosure Statement**").[2] That same date, the Court entered an order [Docket No. 335] (the "**Conditional Approval and Procedures**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein or in the Plan Supplement (as defined below) have the meanings ascribed to such terms in the Combined Plan and Disclosure Statement.

**Order**"), among other things, conditionally approving the Combined Plan and Disclosure Statement for solicitation purposes only.

3. In accordance with the Combined Plan and Disclosure Statement and the Conditional Approval and Procedures Order, the Debtors hereby file the following documents as part of the plan supplement (as may be amended, modified, or supplemented from time to time, the "**Plan Supplement**"):

| Exhibit A | Liquidation Trust Agreement[3] |
|---|---|
| Exhibit B | Assumption Schedule[4] |

4. The documents contained in this Plan Supplement are integral to, and are considered part of, the Combined Plan and Disclosure Statement. These documents have not yet been approved by the Court. If the Combined Plan and Disclosure Statement is approved, the documents contained in this Plan Supplement will be approved by the Court pursuant to the order confirming the Combined Plan and Disclosure Statement.

5. A hearing to consider final approval of the Combined Plan and Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and confirmation of the Combined Plan and Disclosure will be held on **October 7, 2025 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

---

[3] The Liquidation Trust Agreement includes the identity of the Liquidation Trustee (Steven Balasiano of MHR Advisory Group, LLC). In addition, **Schedule A** to the Liquidation Trust Agreement sets forth the compensation of the Liquidation Trustee.

[4] The Assumption Schedule is being filed with this Plan Supplement for informational purposes. Counterparties to any executory contracts or unexpired leases that are proposed to be assumed and assigned pursuant to the Combined Plan and Disclosure Statement have received or will receive separate notice of the deadline to object to such assumption and assignment and the related Cure Amount.

6. The documents, schedules, and other information contained in this Plan Supplement are not final and remain subject to continuing negotiations and revisions among the Debtors and other interested parties. The form of the documents contained in this Plan Supplement filed herewith reflects the latest draft of each document as of September 24, 2025. The Debtors reserve all of their respective rights to amend, modify, or supplement the Plan Supplement, and any of the documents filed herewith.

7. Copies of the Combined Plan and Disclosure Statement, the Conditional Approval and Procedures Order, the Plan Supplement and all documents filed in the Chapter 11 Cases are available free of charge by visiting https://omniagentsolutions.com/CareerBuilderMonster.

8. In addition, a copy of the Plan Supplement may also be obtained by emailing the Debtors' Claims and Noticing Agent, Omni Agent Solutions, Inc., at CareerBuilderMonsterInquiries@OmniAgnt.com. You may also obtain copies of the documents by visiting the Court's website at https://www.deb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: September 24, 2025
       Wilmington, Delaware

/s/ *Clint M. Carlisle*

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>       candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>       shapiro@rlf.com<br>       liu@rlf.com<br>       carlisle@rlf.com<br>       meehan@rlf.com |

*Co-Counsel for Debtors and Debtors in Possession*