**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date:  Only if objections are filed**<br>**Objections Due:  October 20, 2025 at 4:00 p.m. (ET)** |

**SUMMARY OF SECOND MONTHLY APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** |
| **Authorized to provide professional services to:** | **The Chapter 11 Debtors** |
| **Date of Retention:** | **August 1, 2025, effective as of June 24, 2025 [Docket No. 263]** |
| **Period for which compensation and reimbursement is sought:** | **August 1, 2025 through August 31, 2025** |
| **Amount of compensation sought as actual, reasonable and necessary:** | **$507,738.00** |
| **Amount of payment sought:** | **$406,190.40 (80% of $507,738.00)** |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$0.00** |
| **This is a(n):   X  Monthly Application ___ Interim Application ___ Final Application** ||
| **The total time expended for fee application preparation is approximately 17.2 hours and the corresponding compensation requested is approximately $13,370.00.** ||

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

1

## ALIXPARTNERS, LLP

## **SUMMARY OF MONTHLY FEE APPLICATIONS**

| Date Filed; Docket No. | Period | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees | Expenses | | |
| 08/29/2025 Docket #322 | 06/24/2025 - 07/31/2025 | $ 865,377.00 | $ 569.55 | $ - | $ - | | $ 865,946.55 |
| 09/29/2025 Docket #N/A | 08/01/2025 - 08/31/2025 | 507,738.00 | - | - | - | | 507,738.00 |
| Total | | $ 1,373,115.00 | $ 569.55 | $ - | $ - | | $ 1,373,684.55 |

## ALIXPARTNERS, LLP

### SUMMARY OF HOURS AND FEES BY PROFESSIONAL
### AUGUST 1, 2025 THROUGH AUGUST 31, 2025

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Jesse DelConte | Partner & Managing Director | $1,415 | 40.5 | 57,307.50 |
| John Creighton | Partner | $1,225 | 146.9 | 179,952.50 |
| Kaitlyn Sundt McClarren | Director | $715 | 1.1 | 786.50 |
| James Shen | Senior Vice President | $910 | 104.0 | 94,640.00 |
| Brooke Filler | Senior Vice President | $605 | 0.2 | 121.00 |
| Bakhovuddin Muratov | Vice President | $810 | 113.8 | 92,178.00 |
| Juan Duran | Vice President | $810 | 90.6 | 73,386.00 |
| Lisa Marie Bonito | Vice President | $580 | 12.8 | 7,424.00 |
| Lauren Prohaska | Vice President | $555 | 3.5 | 1,942.50 |
| **Total Hours and Fees for Professionals** | | | **513.4** | **$ 507,738.00** |
| Less: 20% Holdback | | | | (101,547.60) |
| **Total Fees for Professionals Less Holdback** | | | | **$ 406,190.40** |

**Average Billing Rate**     **$ 988.97**

## ALIXPARTNERS, LLP

## SUMMARY OF HOURS AND FEES BY MATTER CATEGORY
### AUGUST 1, 2025 THROUGH AUGUST 31, 2025

| Code | Matter Category | Hours | Fees |
|---|---|---|---|
| 1.3 | Cash / Liquidity Matters | 143.1 | $ 128,804.00 |
| 1.4 | Communication & Meetings with Interested Parties | 13.6 | 14,678.50 |
| 1.5 | U.S. Trustee / Court Reporting Requirements | 28.1 | 24,587.00 |
| 1.9 | Plan & Disclosure Statement | 77.1 | 82,975.50 |
| 1.10 | Transaction Support | 43.8 | 43,764.00 |
| 1.11 | Business Operations | 54.8 | 67,124.00 |
| 1.14 | Executory Contracts | 87.2 | 89,171.00 |
| 1.15 | Claims Process / Avoidance Actions | 2.7 | 2,187.00 |
| 1.19 | Retention Application & Relationship Disclosures | 6.5 | 4,386.00 |
| 1.20 | Fee Statements & Fee Applications | 17.2 | 13,370.00 |
| 1.21 | Due Diligence Support | 33.8 | 31,004.00 |
| 1.23 | Chapter 11 Process / Case Management | 5.5 | 5,687.00 |
| | **Total Hours and Fees By Matter Category Before Holdback** | **513.4** | **$ 507,738.00** |

**Average Billing Rate   $   988.97**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:** Only if objections are filed |
| | **Objections Due:** October 20, 2025 at 4:00 p.m. (ET) |

**SECOND MONTHLY APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS, FOR
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the above-captioned debtors (the "Debtors"), hereby submits its second monthly application (the "Application") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from August 1, 2025 through August 31, 2025 (the "Compensation Period"). AlixPartners respectfully states as follows:

**Jurisdiction and Venue**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

1

**Basis for Relief**

3.     The bases for the relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the *Local Rules of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules"), the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(A) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation And Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "Interim Compensation Order").

**Background**

4.     On June 24, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this Court.

5.     No trustee or examiner has been appointed in these Chapter 11 Cases.

6.     On July 2, 2025, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 65].

**AlixPartners' Retention**

7.     On July 14, 2025, the Debtors filed the *Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date* [Docket No. 145].

2

8. On August 1, 2025, the Court entered *the Order Authorizing Debtors to Employ And Retain AlixPartners, LLP as their Financial Advisor Effective as of the Petition* [Docket No. 263] (the "Retention Order").

9. AlixPartners is currently holding a retainer in the amount of $138,178.50 (the "Retainer"). Pursuant to the Retention Order, the Retainer shall be treated as an evergreen retainer and held by AlixPartners as security throughout these Chapter 11 Cases until AlixPartners' fees and expenses are fully paid.

10. The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated May 31, 2025 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 330 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines and the Interim Compensation Order, and any other applicable orders of this Court.

11. The Interim Compensation Order provides that, upon the expiration of the objection deadline (the "Objection Deadline"), a professional may file a certificate of no objection (a "CNO") with the Court with respect to any professional fees and out-of-pocket expenses not subject to objection. After a professional files a CNO, the Debtors are authorized and directed to pay the professional 80% of the fees and 100% of the expenses requested in the Application that are not subject to an objection.

**Fees and Expenses During the Compensation Period**

12. During the Compensation Period, AlixPartners provided an aggregate of 513.4 hours of professional services in the amount of $507,738.00. After applying a 20% holdback of fees in the amount of $101,547.60, AlixPartners seeks payment of 80% of fees for services rendered in the

3

amount of $406,190.40 for the Compensation Period.

13.  Detailed descriptions of the services performed by each professional, organized by matter category and by date, and the hours of services provided (in tenths of an hour) during the Compensation Period are attached hereto as **Exhibit A**.

**Services by Category Provided During the Compensation Period**

14.  AlixPartners classified the services performed into separate categories. The descriptions below summarize the services provided by AlixPartners to the Debtors during the Compensation Period.

**Matter Code 1.3:  Cash/Liquidity Matters**
**143.1 hours - $128,804.00**
- Monitored daily liquidity
- Assisted the Debtors in planning and tracking cash payments
- Monitored and reported on ongoing covenant compliance and assisted the company in determining what prepetition payments can be made based upon payments made to date, available liquidity, and if allowable by the Court
- Developed detailed daily and weekly cash flow forecasts, which were critical to managing liquidity and serve as a basis for funding requirements
- Prepared a post-effective date wind down forecast to be included in the company's DIP budget

**Matter Code 1.4:  Communication & Meetings with Interested Parties**
**13.6 hours - $14,678.50**
- Met and communicated with various Committee professionals, lenders and/or their advisors, the U.S. Trustee, and other parties in interest

**Matter Code 1.5:  U.S. Trustee/Court Reporting Requirements**
**28.1 hours - $24,587.00**
- Ensured compliance with the requirements of the Court, the U.S. Trustee, and/or the Bankruptcy Code
- Prepared the July monthly operating report

**Matter Code 1.9:  Plan & Disclosure Statement**
**77.1 hours - $82,975.50**
- Developed the Debtors' disclosure statement and plan of reorganization (the "Plan")
- Prepared various exhibits including financial projections and expert reports on liquidation analysis
- Analyzed the size of various plan class claim estimates

- Assisted in the negotiation of a consensual plan settlement

### Matter Code 1.10:  Transaction Support
**43.8 hours - $43,764.00**
- Analyzed post-close receipts and invoice payments to determine the appropriate cash settlements for the three buyers of the Debtors' assets
- Negotiated various open issues related to contract assumptions and rejections with the three buyers of the Debtors' assets

### Matter Code 1.11:  Business Operations
**54.8 hours - $67,124.00**
- Researched and prepared materials necessary for various motions
- Assisted management in the winding up of the Debtors' international operations
- Assisted management in determining the appropriate operations and spending of the business post-filing
- Assisted the company with various employee, vendor and customer issues

### Matter Code 1.14:  Executory Contracts
**87.2 hours - $89,171.00**
- Identified executory contracts and calculated related cure amounts in order to determine appropriate contract treatment during the pendency of the case and post-confirmation
- Resolved cure disputes
- Analyzed leases and other contracts with respect to assumption and/or rejection

### Matter Code 1.15:  Claims Process/Avoidance Action
**2.7 hours - $2,187.00**
- Reviewed, analyzed and reconciled filed claims, including administrative and priority claims
- Assisted Debtors' counsel in negotiating with various claimants

### Matter Code 1.19:  Retention Application & Relationship Disclosures
**6.5 hours - $4,386.00**
- Analyzed relationship disclosures required by the Bankruptcy Code
- Communicated regarding AlixPartners' retention

### Matter Code 1.20:  Fee Statements & Fee Applications
**17.2 hours - $13,370.00**
- Managed the fee application process
- Prepared and reviewed the July/August monthly fee application, including all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court

**Matter Code 1.21:  Due Diligence Support**
**33.8 hours - $31,004.00**
- Organized and managed the Debtors' responses to diligence requests and questions from the Debtors' various stakeholder groups, including the official unsecured creditors committee, ad hoc creditor groups and others
- Created various analyses or presentations in response to due diligence requests from the Debtors' various stakeholders

**Matter Code 1.23:  Chapter 11 Process/Case Management**
**5.5 hours - $5,687.00**
- Organized and managed the Debtors' resources to effectively and efficiently plan, coordinate and manage the Chapter 11 process
- Held working sessions with the engagement team informed of the latest case developments, remain aligned on the many workstreams, verify that resources were properly allocated to meet deadlines, and ensure all matters and issues were addressed in an efficient and timely manner
- Held meetings with the AlixPartners, Latham & Watkins, PJT Partners and Richards, Layton & Finger to coordinate the various workstreams amongst the Debtors' advisors and ensure the most efficient and effective usage of the Debtors' advisors' resources

15. AlixPartners believes that the fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Debtors during the Compensation Period.

16. AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

17. The Certification of Jesse DelConte is attached hereto as **Exhibit B** and incorporated herein.

## No Prior Request

18. No prior request for the relief sought in this Application has been made to this or any other court. This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in the case as a whole.

## Notice

19. Notice of this Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

*[Remainder of page intentionally left blank.]*

**Conclusion**

**WHEREFORE**, AlixPartners, as financial advisor to the Debtors, respectfully requests: (i) an allowance of compensation for professional services in the amount of $507,738.00 for the Compensation Period; (ii) that, upon the expiration of the Objection Deadline and entry of a CNO, the Debtors are authorized and directed to pay AlixPartners fees in the amount of $406,190.40 (80% of $507,738.00); and (iii) such other and further relief as this Court deems proper.

Dated: September 29, 2025                ALIXPARTNERS, LLP
                                         909 Third Avenue, 28th Floor
                                         New York, New York 10022


                                         */s/ Jesse DelConte*
                                         By:  Jesse DelConte
                                              Partner & Managing Director