**<u>Exhibit A</u>**

**Detailed Description of AlixPartners' Fees and Hours by Matter Category**

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:       Cash / Liquidity Matters
Code:     20010759PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2025 | JS | Update cash flow model | 1.1 |
| 08/04/2025 | BM | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contracts treatments | 0.4 |
| 08/04/2025 | JS | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contracts treatments | 0.4 |
| 08/04/2025 | JS | Review AP payments | 2.5 |
| 08/04/2025 | JS | Update analysis on employee wind down salaries | 0.5 |
| 08/04/2025 | JS | Update cash flow model | 0.5 |
| 08/04/2025 | JC | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contracts treatments | 0.4 |
| 08/04/2025 | JXD | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contracts treatments | 0.4 |
| 08/04/2025 | JXD | Prepare weekly professional fees escrow funding request | 0.9 |
| 08/04/2025 | JXD | Prepare wind down team salary analysis | 1.3 |
| 08/05/2025 | JS | Review AP payments | 1.5 |
| 08/05/2025 | JS | Review variance reporting | 0.5 |
| 08/05/2025 | JS | Update analysis on employee wind down salaries | 1.5 |
| 08/05/2025 | JS | Update cash flow model | 2.2 |
| 08/05/2025 | JD | Correspondence with professionals re: pro fee escrow account. | 0.3 |
| 08/05/2025 | JC | Prepare estimates for tax provider expenses | 0.7 |
| 08/06/2025 | JS | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/06/2025 | JS | Review AP payments | 1.1 |
| 08/06/2025 | JS | Review variance reporting | 0.5 |
| 08/06/2025 | JS | Update analysis on employee wind down salaries | 1.1 |
| 08/06/2025 | JS | Update cash flow model | 1.1 |
| 08/06/2025 | JC | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/06/2025 | JC | Update taxing authority cost estimates | 0.8 |
| 08/06/2025 | JXD | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/06/2025 | JXD | Prepare prior week intercompany transaction report | 0.8 |
| 08/06/2025 | JXD | Prepare prior week variance report | 1.2 |
| 08/07/2025 | BM | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/07/2025 | JC | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/07/2025 | JC | Prepare schedule of terminated employees | 0.7 |
| 08/07/2025 | JXD | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/08/2025 | JS | Review AP payments | 1.0 |
| 08/08/2025 | JS | Update cash flow model | 2.0 |
| 08/11/2025 | BM | Update the employee movement for the plan and budget | 0.3 |
| 08/11/2025 | JS | Review AP payments | 2.5 |
| 08/11/2025 | JS | Update board meeting materials | 2.5 |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:         Cash / Liquidity Matters
Code:       20010759PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------|------|------|
| 08/11/2025 | JS | Update cash flow model | 1.2 |
| 08/11/2025 | JD | Review latest cash flow in advance of board meeting later this week. | 0.5 |
| 08/11/2025 | JXD | Prepare liquidity slides for board meeting | 1.3 |
| 08/11/2025 | JXD | Prepare weekly professional fees escrow funding request | 0.8 |
| 08/12/2025 | JS | Review AP payments | 2.9 |
| 08/12/2025 | JS | Review variance reporting | 0.5 |
| 08/12/2025 | JS | Update board meeting materials | 1.5 |
| 08/12/2025 | JS | Update cash flow model | 1.1 |
| 08/12/2025 | JD | Finalize initial draft board slides for Thursday board meeting. | 1.3 |
| 08/12/2025 | JXD | Prepare RIF estimate analysis | 1.4 |
| 08/12/2025 | JXD | Update board meeting liquidity slides | 0.6 |
| 08/12/2025 | JXD | Update forecast for board meeting | 2.3 |
| 08/13/2025 | JS | Call with J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/13/2025 | JS | Review AP payments | 2.1 |
| 08/13/2025 | JS | Review variance reporting | 0.5 |
| 08/13/2025 | JS | Update board meeting materials | 2.2 |
| 08/13/2025 | JS | Update cash flow model | 1.1 |
| 08/13/2025 | JXD | Call with J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/13/2025 | JXD | Update CB + M open account payable file with payment priority category | 1.4 |
| 08/13/2025 | JXD | Update CB + M open account payable file with pro rata calculations | 1.7 |
| 08/13/2025 | JXD | Prepare prior week variance report | 1.9 |
| 08/14/2025 | JS | Review AP payments | 2.0 |
| 08/14/2025 | JS | Update cash flow model | 1.5 |
| 08/14/2025 | JD | Provide comments on weekly variance report prior to sending out. | 0.3 |
| 08/14/2025 | JXD | Correspond with E. Tassel (CB + M) re: prior week variance report | 0.6 |
| 08/14/2025 | JXD | Prepare invoice summary file for certain vendors | 1.1 |
| 08/14/2025 | JXD | Review open invoices for certain vendors | 2.1 |
| 08/15/2025 | BM | Update accounts payable categorizations | 2.9 |
| 08/15/2025 | JS | Review AP payments | 1.0 |
| 08/15/2025 | JS | Update cash flow model | 2.0 |
| 08/18/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/18/2025 | BM | Analyze invoices for pre and post petition splits | 1.4 |
| 08/18/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/18/2025 | JS | Review AP payments | 2.5 |
| 08/18/2025 | JS | Update buyer payment coordination report | 2.8 |
| 08/18/2025 | JS | Update cash flow model | 0.6 |
| 08/18/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/18/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Cash / Liquidity Matters
Code:      20010759PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/18/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/18/2025 | JXD | Augment CB open AP file priority flags and assumption comments | 1.1 |
| 08/18/2025 | JXD | Prepare weekly professional fees escrow funding request | 0.6 |
| 08/19/2025 | BM | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), A. Chou, H. Schaeffler and others (CB + M) re: Sort AP | 0.8 |
| 08/19/2025 | BM | Update Open AP to classify invoice types | 1.4 |
| 08/19/2025 | JS | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), A. Chou, H. Schaeffler and others (CB + M) re: Sort AP | 0.8 |
| 08/19/2025 | JS | Review AP payments | 2.1 |
| 08/19/2025 | JS | Update cash flow model | 1.4 |
| 08/19/2025 | JC | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), A. Chou, H. Schaeffler and others (CB + M) re: Sort AP | 0.8 |
| 08/19/2025 | JXD | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), A. Chou, H. Schaeffler and others (CB + M) re: Sort AP | 0.8 |
| 08/19/2025 | JXD | Incorporate J. DelConte (AlixPartners) comments re: wind down budget | 0.9 |
| 08/19/2025 | JXD | Prepare professional fee budget vs. estimated actuals variance analysis | 1.3 |
| 08/19/2025 | JXD | Prepare wind down budget comparison analysis | 1.6 |
| 08/19/2025 | JXD | Update payment amounts and priority logic in CB open AP file | 0.7 |
| 08/19/2025 | JXD | Update payment amounts and priority logic in Monster open AP file | 1.1 |
| 08/20/2025 | JS | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/20/2025 | JS | Review AP payments | 2.9 |
| 08/20/2025 | JS | Review variance reporting | 0.5 |
| 08/20/2025 | JS | Update cash flow model | 0.7 |
| 08/20/2025 | JC | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/20/2025 | JXD | Call with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CB + M) re: weekly CB accounts payable review | 0.7 |
| 08/21/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/21/2025 | BM | Update open AP and classified invoices to be paid or retain as TSA | 0.9 |
| 08/21/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/21/2025 | JS | Review AP payments | 2.0 |
| 08/21/2025 | JS | Review variance reporting | 0.5 |
| 08/21/2025 | JS | Update cash flow model | 1.0 |
| 08/21/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/21/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/21/2025 | JC | Research wind down liquidity planning | 1.3 |
| 08/21/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: case update and liquidity impact from contract treatment | 0.4 |
| 08/21/2025 | JXD | Prepare prior week intercompany transaction report | 0.8 |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:          Cash / Liquidity Matters
Code:        20010759PA0003.1.3

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/21/2025 | JXD | Prepare prior week variance report | 1.3 |
| 08/22/2025 | JS | Review AP payments | 2.5 |
| 08/22/2025 | JS | Update cash flow model | 0.3 |
| 08/22/2025 | JXD | Prepare summary file for invoices not included in Monster open AP | 0.9 |
| 08/22/2025 | JXD | Review invoices not included in Monster open AP | 1.7 |
| 08/25/2025 | JS | Review AP payments | 0.5 |
| 08/25/2025 | JS | Update cash flow model | 0.2 |
| 08/25/2025 | JS | Update liquidation analysis | 1.5 |
| 08/25/2025 | JD | Review latest cash flow forecast materials to share with Jones Day. | 0.3 |
| 08/25/2025 | JXD | Augment CB open AP file with latest invoices | 0.7 |
| 08/25/2025 | JXD | Prepare weekly professional fees escrow funding request | 0.4 |
| 08/25/2025 | JXD | Review invoices outstanding for certain vendor | 0.4 |
| 08/25/2025 | JXD | Update CB open AP file with week priority payments | 1.7 |
| 08/26/2025 | JS | Review AP payments | 1.0 |
| 08/26/2025 | JS | Update cash flow model | 0.2 |
| 08/26/2025 | JXD | Correspondence with E. Tassel and A. Chou (CB+M) re: prior week variance report | 0.7 |
| 08/26/2025 | JXD | Prepare prior week variance report | 1.4 |
| 08/27/2025 | JS | Meeting with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CareerBuilder) re: open payables | 0.4 |
| 08/27/2025 | JS | Review AP payments | 1.6 |
| 08/27/2025 | JS | Review variance reporting | 0.5 |
| 08/27/2025 | JS | Update cash flow model | 1.6 |
| 08/27/2025 | JC | Meeting with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CareerBuilder) re: open payables | 0.4 |
| 08/27/2025 | JXD | Meeting with J. Creighton, J. Shen, J. Duran (AlixPartners), A. Chou (CareerBuilder) re: open payables | 0.4 |
| 08/27/2025 | JXD | Prepare professional fee invoice/fee app tracker | 2.3 |
| 08/27/2025 | JXD | Update professional fee invoice tracker with latest fee applications | 0.8 |
| 08/28/2025 | JS | Review AP payments | 1.1 |
| 08/28/2025 | JS | Review variance reporting | 0.5 |
| 08/28/2025 | JS | Update cash flow model | 1.1 |
| 08/29/2025 | BM | Identify whether invoices with certain vendors were assumed by buyers or subject to TSA | 2.1 |

**Total Professional Hours**                                                                 **143.1**

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                     Cash / Liquidity Matters
Code:                   20010759PA0003.1.3

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 3.5 | $ | 4,952.50 |
| John Creighton | $1,225 | 7.7 | | 9,432.50 |
| James Shen | $910 | 75.8 | | 68,978.00 |
| Bakhovuddin Muratov | $810 | 11.4 | | 9,234.00 |
| Juan Duran | $810 | 44.7 | | 36,207.00 |
| **Total Professional Hours and Fees** | | **143.1** | **$** | **128,804.00** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Communication & Meetings with Interested Parties
Code:      20010759PA0003.1.4

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2025 | BM | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: advisor update | 0.4 |
| 08/01/2025 | BM | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: UCC Professionals Call | 0.8 |
| 08/01/2025 | JS | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: advisor update | 0.4 |
| 08/01/2025 | JC | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: advisor update | 0.4 |
| 08/01/2025 | JC | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: UCC Professionals Call | 0.8 |
| 08/01/2025 | JXD | Call with J. Creighton, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: UCC Professionals Call | 0.8 |
| 08/01/2025 | JXD | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3) re: advisor update | 0.4 |
| 08/05/2025 | JS | Meeting with J. DelConte, J. Shen (AlixPartners), A. Heller and others (CB Lender) re: advisor update | 0.3 |
| 08/05/2025 | JD | Meeting with J. DelConte, J. Shen (AlixPartners), A. Heller and others (CB Lender) re: advisor update | 0.3 |
| 08/15/2025 | BM | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), M. Altman (M3 Partners) re: Committee professionals update | 0.6 |
| 08/15/2025 | JS | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), M. Altman (M3 Partners) re: Committee professionals update | 0.6 |
| 08/15/2025 | JC | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), M. Altman (M3 Partners) re: Committee professionals update | 0.6 |
| 08/18/2025 | JD | Correspondence with term loan lender re: plan distributions. | 0.2 |
| 08/22/2025 | BM | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3 Partners) re: weekly UCC call | 0.8 |
| 08/22/2025 | JS | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3 Partners) re: weekly UCC call | 0.8 |
| 08/22/2025 | JD | Correspondence with a CB term lender re: plan process. | 0.3 |
| 08/22/2025 | JD | Correspondence with Jones Day re: UCC settlement proposal. | 0.4 |
| 08/22/2025 | JD | Correspondence with Jones Day, management and Alix re: wind down budget. | 0.6 |
| 08/22/2025 | JC | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3 Partners) re: weekly UCC call | 0.8 |
| 08/22/2025 | JXD | Call with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), M. Altman and others (M3 Partners) re: weekly UCC call | 0.8 |
| 08/25/2025 | JD | Call with C. Arthur, J. Gordon (Latham), D. Merrett, P. Baldwin (Jones Day), J. Alberto, S. Carnes (Cole Schotz), Z. Shapiro (RLF) re: plan settlement. | 0.8 |
| 08/25/2025 | JD | Call with D. Merrett, P. Baldwin (Jones Day), C. Arthur, J. Gordon (Latham), Z. Shapiro (RLF) re: settlement discussions. | 0.5 |
| 08/29/2025 | JC | Prepare correspondence for stakeholder inquiries | 1.2 |
| **Total Professional Hours** | | | **13.6** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                          Communication & Meetings with Interested Parties
Code:                      20010759PA0003.1.4

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jesse DelConte | $1,415 | 3.1 | $ 4,386.50 |
| John Creighton | $1,225 | 3.8 | 4,655.00 |
| James Shen | $910 | 2.1 | 1,911.00 |
| Bakhovuddin Muratov | $810 | 2.6 | 2,106.00 |
| Juan Duran | $810 | 2.0 | 1,620.00 |
| **Total Professional Hours and Fees** | | **13.6** | **$ 14,678.50** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        U.S. Trustee / Court Reporting Requirements
Code:      20010759PA0003.1.5

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|------------------------|-------|
| 08/04/2025 | BM | Update insiders list | 0.4 |
| 08/04/2025 | JC | Review updates monthly operating report materials | 0.7 |
| 08/04/2025 | JXD | Incorporate RLF comments re: June monthly operating reports | 1.1 |
| 08/04/2025 | JXD | Prepare final June monthly operating reports | 0.8 |
| 08/05/2025 | JXD | Correspond with K. Koronkowski (CB + M) re: July monthly operating reports | 0.6 |
| 08/07/2025 | JXD | Correspond with K. Koronkowski (CB + M) re: asset sale section for July monthly operating report | 0.6 |
| 08/07/2025 | JXD | Prepare asset sale section for July monthly operating report | 1.4 |
| 08/15/2025 | JC | Review initial monthly operating reporting materials | 0.9 |
| 08/15/2025 | JXD | Correspond with K. Koronkowski (CB+M) re: July monthly operating report supporting document comments | 0.8 |
| 08/15/2025 | JXD | Prepare initial July monthly operating report template draft | 1.4 |
| 08/15/2025 | JXD | Review supporting documents provided by CB+M re: July monthly operating report | 2.2 |
| 08/18/2025 | JC | Review July draft monthly operating report materials | 1.1 |
| 08/18/2025 | JXD | Correspond with K. Koronkowski (CB+M) re: July monthly operating report | 0.4 |
| 08/19/2025 | JXD | Review CB+M responses re: July monthly operating report open items | 1.2 |
| 08/20/2025 | JC | Call with J. Creighton, J. Duran (AlixPartners), A. Chou and others (CB + M) re: July monthly operating report discussion | 0.5 |
| 08/20/2025 | JXD | Call with J. Creighton, J. Duran (AlixPartners), A. Chou and others (CB + M) re: July monthly operating report discussion | 0.5 |
| 08/20/2025 | JXD | Augment July monthly operating report template file with latest response and supporting documents provided by CB+M | 2.4 |
| 08/20/2025 | JXD | Prepare comment list for July monthly operating report discussion call with CB+M | 0.8 |
| 08/20/2025 | JXD | Prepare preliminary July monthly operating report global notes | 1.3 |
| 08/20/2025 | JXD | Review cash flow file prepared by CB + M for July monthly operating report | 1.4 |
| 08/21/2025 | JC | Update monthly operating report materials | 1.2 |
| 08/21/2025 | JXD | Prepare preliminary July monthly operating reports and exhibits PDF | 0.9 |
| 08/21/2025 | JXD | Review complete draft version July monthly operating reports | 1.6 |
| 08/22/2025 | JXD | Correspond with G. Binder (CB + M) re: July monthly operating report open items | 0.6 |
| 08/25/2025 | JXD | Correspondence with A. Rodriguez (CB+M) re: July monthly operating report | 0.6 |
| 08/26/2025 | JXD | Update July monthly operating report drafts with latest responses from CB+M | 1.6 |
| 08/27/2025 | JXD | Correspondence with J. Furman (CB+M) re: July monthly operating report sign off | 0.7 |
| 08/27/2025 | JXD | Correspondence with Z. Shapiro and others (RLF) re: July monthly operating report draft review | 0.4 |
| **Total Professional Hours** | | | **28.1** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                              U.S. Trustee / Court Reporting Requirements
Code:                            20010759PA0003.1.5

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| John Creighton | $1,225 | 4.4 | $ | 5,390.00 |
| Bakhovuddin Muratov | $810 | 0.4 | | 324.00 |
| Juan Duran | $810 | 23.3 | | 18,873.00 |
| **Total Professional Hours and Fees** | | **28.1** | **$** | **24,587.00** |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:         Plan & Disclosure Statement
Code:       20010759PA0003.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/01/2025 | BM | Update plan class estimates | 2.9 |
| 08/01/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners) re: Plan Claim Classification | 0.7 |
| 08/01/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners) re: Plan Claim Classification | 0.7 |
| 08/04/2025 | BM | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur, J. Gordon and others (Latham), Z. Shapiro, V Liu and others (RLF) re: advisor update and plan | 0.7 |
| 08/04/2025 | JS | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur, J. Gordon and others (Latham), Z. Shapiro, V Liu and others (RLF) re: advisor update and plan | 0.7 |
| 08/04/2025 | JC | Prepare correspondence with counsel re: prepetition notes | 0.6 |
| 08/04/2025 | JC | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur, J. Gordon and others (Latham), Z. Shapiro, V Liu and others (RLF) re: advisor update and plan | 0.7 |
| 08/04/2025 | JXD | Meeting with J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/05/2025 | JD | Call with C. Arthur, J. Gordon (Latham), Z. Shapiro (RLF) re: plan development. | 1.2 |
| 08/06/2025 | JD | Correspondence with Latham and RLF re: plan development. | 0.3 |
| 08/06/2025 | JC | Incorporate contract cures into plan class estimates | 2.9 |
| 08/06/2025 | JC | Prepare updates to plan class estimates | 2.6 |
| 08/08/2025 | JD | Correspondence with Alix, Latham and RLF teams re: plan development options. | 0.5 |
| 08/08/2025 | JC | Review contracts for rejection damages estimates | 3.2 |
| 08/09/2025 | JC | Incorporate updates into master counterparty dataset | 2.9 |
| 08/11/2025 | BM | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors update and plan discussion | 0.4 |
| 08/11/2025 | JS | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors update and plan discussion | 0.4 |
| 08/11/2025 | JD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors update and plan discussion | 0.4 |
| 08/11/2025 | JC | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors update and plan discussion | 0.4 |
| 08/11/2025 | JC | Update master counterparty dataset | 3.6 |
| 08/11/2025 | JXD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors update and plan discussion | 0.4 |
| 08/12/2025 | JD | Correspondence with Latham and RLF re: plan structuring. | 0.6 |
| 08/14/2025 | BM | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: Advisors update and plan discussion | 0.4 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:           Plan & Disclosure Statement
Code:         20010759PA0003.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/14/2025 | JS | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: Advisors update and plan discussion | 0.4 |
| 08/14/2025 | JD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: Advisors update and plan discussion | 0.4 |
| 08/14/2025 | JD | Correspondence with RLF and Latham re: plan inquiries from Randstad. | 0.5 |
| 08/14/2025 | JD | Provide comments on draft bar date notice. | 0.3 |
| 08/14/2025 | JC | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: Advisors update and plan discussion | 0.4 |
| 08/14/2025 | JXD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: Advisors update and plan discussion | 0.4 |
| 08/15/2025 | JD | Correspondence with RLF re: disclosure statement requirements. | 0.3 |
| 08/15/2025 | JC | Develop review plan for key claims for plan confirmation | 1.1 |
| 08/18/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/18/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/18/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/18/2025 | JD | Correspondence with Alix, RLF and Latham teams re: liquidation analysis. | 0.3 |
| 08/18/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/18/2025 | JC | Review secured, administrative, and priority clams for plan estimates | 1.8 |
| 08/18/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/18/2025 | JXD | Incorporate J. Shen (AlixPartners) comments re: preliminary liquidation analysis | 0.7 |
| 08/18/2025 | JXD | Prepare preliminary liquidation analysis | 2.1 |
| 08/19/2025 | BM | Prepare claims register and included in plan estimates | 2.9 |
| 08/19/2025 | JS | Meeting with J. DelConte, J. Creighton, J. Shen (AlixPartners), C. Arthur and others (Latham), Z. Shapiro (RLF), D. Merrett (Jones Day) re: plan discussion | 0.7 |
| 08/19/2025 | JD | Meeting with J. DelConte, J. Creighton, J. Shen (AlixPartners), C. Arthur and others (Latham), Z. Shapiro (RLF), D. Merrett (Jones Day) re: plan discussion | 0.7 |
| 08/19/2025 | JD | Correspondence with Latham and RLF re: plan structures and settlements. | 1.0 |
| 08/19/2025 | JC | Meeting with J. DelConte, J. Creighton, J. Shen (AlixPartners), C. Arthur and others (Latham), Z. Shapiro (RLF), D. Merrett (Jones Day) re: plan discussion | 0.7 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Plan & Disclosure Statement
Code:      20010759PA0003.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/20/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/20/2025 | BM | Update plan estimates with claims register | 1.7 |
| 08/20/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/20/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/20/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/20/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: advisor update and plan discussion | 0.7 |
| 08/21/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners) re: claims register analysis for plan | 0.3 |
| 08/21/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners) re: claims register analysis for plan | 0.3 |
| 08/21/2025 | JXD | Update preliminary liquidation analysis with latest class claim estimates | 0.6 |
| 08/22/2025 | JD | Correspondence with Alix, RLF and Latham teams re: UCC settlement proposal. | 0.3 |
| 08/22/2025 | JD | Review UCC settlement proposal. | 0.4 |
| 08/25/2025 | BM | Calculate pro-rated balances fro seller note and term loan | 0.6 |
| 08/25/2025 | JD | Provide comments on the latest liquidation analysis to be included in the plan. | 0.5 |
| 08/25/2025 | JD | Review the updated intercompany claims summary for purposes of the plan. | 0.4 |
| 08/25/2025 | JD | Review updated draft liquidation analysis. | 0.3 |
| 08/25/2025 | JC | Review claim estimate development | 1.7 |
| 08/25/2025 | JC | Review secured claim estimates | 0.8 |
| 08/26/2025 | BM | Create inter-company matrix | 2.8 |
| 08/26/2025 | BM | Verify inter company balances with CB+M team | 0.4 |
| 08/26/2025 | JS | Update liquidation analysis | 2.0 |
| 08/26/2025 | JD | Provide comments on the latest draft liquidation analysis. | 0.3 |
| 08/26/2025 | JC | Review vendor objection inquiry | 0.9 |
| 08/27/2025 | JD | Correspondence with Latham and RLF re: claims pools. | 0.3 |
| 08/27/2025 | JD | Correspondence with Latham, RLF and Jones Day re: plan settlement discussions. | 0.7 |
| 08/27/2025 | JD | Review final draft liquidation analysis prior to sharing with Latham and RLF. | 0.3 |
| 08/28/2025 | BM | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: payment coordination and plan development | 0.3 |
| 08/28/2025 | BM | Discussion with A. Chou, E. Tassel (CB+M) re: potential 503b9 claims | 0.8 |
| 08/28/2025 | BM | Identify list of potential 503b9 admin claims | 2.9 |
| 08/28/2025 | JS | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: payment coordination and plan development | 0.3 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:           Plan & Disclosure Statement
Code:         20010759PA0003.1.9

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/28/2025 | JD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: payment coordination and plan development | 0.3 |
| 08/28/2025 | JD | Correspondence with Jones Day, RLF and Latham re: class estimates. | 0.4 |
| 08/28/2025 | JD | Correspondence with Latham and RLF re: updated plan and disclosure statement. | 0.8 |
| 08/28/2025 | JC | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: payment coordination and plan development | 0.3 |
| 08/28/2025 | JC | Prepare settlement correspondence with secured lender advisors | 0.8 |
| 08/28/2025 | JXD | Meeting with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: payment coordination and plan development | 0.3 |
| 08/29/2025 | BM | Compare current AP with Schedule EF to identify any emerging balances with higher claims | 1.9 |
| 08/29/2025 | JD | Correspondence with Latham and RLF re: plan comments. | 0.5 |
| 08/29/2025 | JC | Review unsecured claims for balloting purposes | 0.7 |
| 08/29/2025 | JXD | Incorporate Z. Shapiro (RLF) feedback re: liquidation analysis | 1.6 |
| **Total Professional Hours** | | | **77.1** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                          Plan & Disclosure Statement
Code:                       20010759PA0003.1.9

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 13.4 | $ | 18,961.00 |
| John Creighton | $1,225 | 28.5 | | 34,912.50 |
| James Shen | $910 | 5.9 | | 5,369.00 |
| Bakhovuddin Muratov | $810 | 21.1 | | 17,091.00 |
| Juan Duran | $810 | 8.2 | | 6,642.00 |
| **Total Professional Hours and Fees** | | **77.1** | **$** | **82,975.50** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:   Transaction Support
Code:  20010759PA0003.1.10

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 08/11/2025 | JD | Correspondence with management re: buyer cash settlements. | 0.5 |
| 08/12/2025 | JD | Correspondence with management re: vendor cure questions from the buyers. | 0.5 |
| 08/12/2025 | JC | Support Post Close Cash Application meeting with B. Kaplan of Latham | 0.4 |
| 08/13/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), R. Arzoumanian and others (Valnet) re: post sale payment coordination | 0.5 |
| 08/13/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), B. Clinton and others (MGS) re: post sale payment coordination | 0.5 |
| 08/13/2025 | JC | Reconcile payment receipts for the benefit of buyers | 3.1 |
| 08/13/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), R. Arzoumanian and others (Valnet) re: post sale payment coordination | 0.5 |
| 08/13/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), B. Clinton and others (MGS) re: post sale payment coordination | 0.5 |
| 08/14/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), N. Ortiz and others (Bold) re: post sale payment coordination | 0.5 |
| 08/14/2025 | JC | Document 4-way coordination process with buyers | 3.6 |
| 08/14/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), N. Ortiz and others (Bold) re: post sale payment coordination | 0.5 |
| 08/15/2025 | JD | Review correspondence with buyers re: cash settlements. | 0.4 |
| 08/15/2025 | JC | Parse invoices where multiple buyers have assumed agreements with vendor | 1.7 |
| 08/18/2025 | JD | Review correspondence among the buyers re: cash receipts and settlement processes. | 0.5 |
| 08/19/2025 | JS | Update buyer payment coordination report | 2.0 |
| 08/20/2025 | JS | Update buyer payment coordination report | 2.9 |
| 08/20/2025 | JD | Correspondence with buyers and Alix team re: cash reconciliations. | 0.4 |
| 08/20/2025 | JXD | Incorporate J. Creighton comments re: buyers' payment coordination files | 1.3 |
| 08/20/2025 | JXD | Prepare Bold payment coordination file | 1.9 |
| 08/20/2025 | JXD | Prepare Iron Corp payment coordination file | 1.6 |
| 08/20/2025 | JXD | Prepare PartnerOne payment coordination file | 2.2 |
| 08/21/2025 | JS | Update buyer payment coordination report | 2.0 |
| 08/21/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), N. Ortiz and A. Sanchez (Bold) re: payment coordination | 0.3 |
| 08/21/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), R. Arzoumanian (Iron Corp) re: payment coordination | 0.3 |
| 08/21/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), B. Clinton and S. Fallon (MGS) re: payment coordination | 0.5 |
| 08/21/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), N. Ortiz and A. Sanchez (Bold) re: payment coordination | 0.3 |
| 08/21/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), R. Arzoumanian (Iron Corp) re: payment coordination | 0.3 |
| 08/21/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), B. Clinton and S. Fallon (MGS) re: payment coordination | 0.5 |
| 08/22/2025 | JS | Update buyer payment coordination report | 0.5 |
| 08/25/2025 | JS | Update buyer payment coordination report | 0.5 |
| 08/25/2025 | JXD | Prepare Bold weekly payment coordination file with new invoices | 0.8 |
| 08/25/2025 | JXD | Prepare Iron Corp weekly payment coordination file with new invoices | 1.1 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:          Transaction Support
Code:        20010759PA0003.1.10

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|-------------|------------------------|-------|
| 08/25/2025 | JXD | Prepare Partner One weekly payment coordination file new invoices | 0.6 |
| 08/26/2025 | JS | Update buyer payment coordination report | 2.5 |
| 08/26/2025 | JXD | Update buyer weekly payment coordination files with receipts | 1.8 |
| 08/27/2025 | JS | Update buyer payment coordination report | 2.9 |
| 08/28/2025 | JS | Update buyer payment coordination report | 1.1 |
| 08/28/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), N. Otis and others (Bold) re: payment coordination | 0.2 |
| 08/28/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), S. Fallon and B. Clinton (MGS) re: payment coordination | 0.5 |
| 08/28/2025 | JS | Meeting with J. Creighton, J. Shen (AlixPartners), S. Farhat and others (Iron Corp) re: payment coordination | 0.2 |
| 08/28/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), N. Otis and others (Bold) re: payment coordination | 0.2 |
| 08/28/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), S. Fallon and B. Clinton (MGS) re: payment coordination | 0.5 |
| 08/28/2025 | JC | Meeting with J. Creighton, J. Shen (AlixPartners), S. Farhat and others (Iron Corp) re: payment coordination | 0.2 |
| **Total Professional Hours** | | | **43.8** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

| Re: | Transaction Support |
| Code: | 20010759PA0003.1.10 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 2.3 | $ | 3,254.50 |
| John Creighton | $1,225 | 12.3 | | 15,067.50 |
| James Shen | $910 | 17.9 | | 16,289.00 |
| Juan Duran | $810 | 11.3 | | 9,153.00 |
| **Total Professional Hours and Fees** | | **43.8** | **$** | **43,764.00** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Business Operations
Code:      20010759PA0003.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2025 | JD | Meeting with J. Furman, M. Suhajda and others (C+M) re: wind down team meeting. | 0.7 |
| 08/01/2025 | JD | Correspondence with management and Core buyer re: email support. | 0.3 |
| 08/01/2025 | JD | Correspondence with management re: wind down payroll and operational support functions. | 0.4 |
| 08/01/2025 | JC | Research severance implications for employees with employment agreements | 0.9 |
| 08/04/2025 | JD | Correspondence with management, Latham and RLF re: wind down team payroll. | 0.5 |
| 08/04/2025 | JC | Develop payment processing instructions for wind down team | 1.8 |
| 08/05/2025 | BM | Prepare analysis of 8/4 reduction in force | 1.6 |
| 08/05/2025 | JD | Correspondence with RLF re: tax preparer retention. | 0.3 |
| 08/05/2025 | JD | Call with J. Furman, A. Chou (C+M), J. DelConte, J. Creighton (AlixPartners) re: wind down planning. | 0.6 |
| 08/05/2025 | JD | Provide comments on proposed A/P procedures. | 0.4 |
| 08/05/2025 | JC | Call with J. Furman, A. Chou (C+M), J. DelConte, J. Creighton (AlixPartners) re: wind down planning. | 0.6 |
| 08/05/2025 | JC | Develop guidelines for accounts payable and assumed contracts | 1.8 |
| 08/05/2025 | JC | Prepare materials for an ordinary course professionals motion | 0.8 |
| 08/05/2025 | JC | Review TSA for transition contract responsibilities | 1.4 |
| 08/06/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners) re: Match table review | 0.4 |
| 08/06/2025 | JD | Correspondence with management re: vendor invoice payments. | 0.5 |
| 08/06/2025 | JD | Correspondence with management, Latham and RLF re: post-sale wind down payroll. | 0.4 |
| 08/06/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners) re: Match table review | 0.4 |
| 08/07/2025 | JC | Develop Accounts payable and customer receipt coordination process | 3.8 |
| 08/08/2025 | JD | Correspondence with management re: foreign wind down support. | 0.5 |
| 08/08/2025 | JD | Correspondence with management, Alix and Latham teams re: TSA support services. | 0.4 |
| 08/08/2025 | JD | Correspondence with MMP buyer, management and Alix team re: taxes. | 0.3 |
| 08/08/2025 | JC | Incorporate cross-business payables data into master counterparty dataset | 2.8 |
| 08/11/2025 | BM | Update parties in Interest list | 2.4 |
| 08/11/2025 | JD | Teleconference with J. DelConte, J. Creighton (AlixPartners), J. Furman (CB+Monster) re: wind down planning | 0.4 |
| 08/11/2025 | JD | Correspondence with management and Alix team re: vendor correspondence. | 0.2 |
| 08/11/2025 | JD | Correspondence with management and Latham re: board fees. | 0.3 |
| 08/11/2025 | JC | Teleconference with J. DelConte, J. Creighton (AlixPartners), J. Furman (CB+Monster) re: wind down planning | 0.4 |
| 08/11/2025 | JC | Finalize coordination approach for multi-buyer invoice population | 3.3 |
| 08/11/2025 | JC | Review medical claim invoice position for administrator | 3.2 |
| 08/12/2025 | JD | Correspondence with management re: commission payments. | 0.4 |
| 08/12/2025 | JD | Correspondence with management re: vendor payments. | 0.4 |
| 08/14/2025 | JD | Participate in CB+M board meeting. | 0.8 |
| 08/14/2025 | JD | Review final board materials ahead of call. | 0.4 |
| 08/15/2025 | JC | Prepare updates to creditor matrix | 1.2 |
| 08/15/2025 | JC | Prepare updates to parties in interest list | 1.6 |
| 08/18/2025 | BM | Prepare termination notices to Maddy's and S&P | 0.6 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Business Operations
Code:     20010759PA0003.1.11

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/18/2025 | JC | Incorporate updates to internal creditor matrix | 1.2 |
| 08/19/2025 | JC | Prepare correspondence re: specific invoices for payment | 0.4 |
| 08/19/2025 | JC | Update accounts payable framework for invoices | 1.2 |
| 08/19/2025 | JC | Update wind down budget materials | 1.1 |
| 08/20/2025 | JD | Correspondence with management re: bank account closures. | 0.3 |
| 08/20/2025 | JD | Correspondence with management re: Dell letter of credit. | 0.3 |
| 08/20/2025 | JD | Review draft FiServ agreement. | 0.4 |
| 08/20/2025 | JC | Review asset wind down planning | 0.6 |
| 08/20/2025 | JC | Develop wind down plans for customer receipt reconciliation | 1.1 |
| 08/20/2025 | JC | Prepare administrative claim management approach | 0.7 |
| 08/20/2025 | JC | Update buyer invoice listing | 1.9 |
| 08/21/2025 | JD | Correspondence with Latham and RLF re: various vendor agreements. | 0.3 |
| 08/21/2025 | JD | Correspondence with management, Latham and RLF re: Fiserv refund. | 0.5 |
| 08/21/2025 | JD | Review previous wind down budgets in comparison to our current version. | 0.4 |
| 08/21/2025 | JC | Coordinate medical claim coverage for wind down team | 0.4 |
| 08/21/2025 | JC | Prepare transition services updates for contract amendment negotiations | 0.9 |
| 08/25/2025 | BM | Prepare schedule of listed laptops being leased from Dell | 0.6 |
| 08/25/2025 | JD | Call with J. Furman (C+M), J. DelConte, J. Creighton (AlixPartners) re: wind down planning and updates. | 0.5 |
| 08/25/2025 | JC | Teleconference with J. DelConte, J. Creighton (AlixPartners), J. Furman (CB+Monster) re: international wind down planning | 0.5 |
| 08/25/2025 | JC | Prepare wind down correspondence re: taxes | 0.8 |
| 08/26/2025 | JD | Correspondence with management: international wind down. | 0.4 |
| 08/27/2025 | JD | Meeting with J. Furman, A. Chou (C+M), J. DelConte, J. Creighton (AlixPartners) re: post-effective date planning. | 0.9 |
| 08/27/2025 | JC | Meeting with J. Furman, A. Chou (C+M), J. DelConte, J. Creighton (AlixPartners) re: post-effective date planning. | 0.9 |
| 08/29/2025 | JC | Research invoice position for key services provider | 1.3 |
| **Total Professional Hours** | | | **54.8** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

| | | |
|---|---|---|
| Re: | Business Operations | |
| Code: | 20010759PA0003.1.11 | |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 12.2 | $ | 17,263.00 |
| John Creighton | $1,225 | 37.0 | | 45,325.00 |
| Bakhovuddin Muratov | $810 | 5.6 | | 4,536.00 |
| **Total Professional Hours and Fees** | | **54.8** | **$** | **67,124.00** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:          Executory Contracts
Code:        20010759PA0003.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners), M. Suhajda, A. Chou (CB + M) re: Administratively burdensome contracts for the wind down estate to reject before the plan | 0.6 |
| 08/01/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners), M. Suhajda, A. Chou (CB + M) re: Administratively burdensome contracts for the wind down estate to reject before the plan | 0.6 |
| 08/01/2025 | JC | Research contract and cure inquiries from Job Board team | 1.6 |
| 08/01/2025 | JC | Update assumed contract population with latest supplement | 0.8 |
| 08/04/2025 | BM | Match tables linked to contracts assumed by buyers | 2.9 |
| 08/04/2025 | JC | Update contract matching table | 2.6 |
| 08/04/2025 | JC | Review assumed contract schedules for cure amounts in payables | 2.3 |
| 08/05/2025 | BM | Link open A/P to contracts assumed by the buyers | 2.9 |
| 08/05/2025 | JC | Integrate assumed contract counterparties into creditor repository | 3.2 |
| 08/06/2025 | BM | Finalize the list of left behind contracts subject for rejection | 2.8 |
| 08/06/2025 | BM | Update the contracts match table | 2.6 |
| 08/06/2025 | JC | Augment assumed contract counterparty contact repository | 2.8 |
| 08/07/2025 | BM | Finalize the list of left behind contracts subject for rejection | 2.9 |
| 08/07/2025 | BM | Update match tables for contracts | 2.7 |
| 08/07/2025 | JC | Coordinate payment of some invoices for assumed contract counterparties | 0.7 |
| 08/07/2025 | JC | Update contracts assumed by buyer | 3.7 |
| 08/08/2025 | BM | Finalize and share latest contract rejection list with management | 1.1 |
| 08/08/2025 | JC | Update assumed contract segmentation | 2.7 |
| 08/12/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners), A. Chou, C. Kemp, K. Sebkova (CB + M) re: Left behind contracts review | 0.8 |
| 08/12/2025 | BM | Update analysis of A/P for future contract rejections | 2.9 |
| 08/12/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners), A. Chou, C. Kemp, K. Sebkova (CB + M) re: Left behind contracts review | 0.8 |
| 08/12/2025 | JC | Compare left behind contracts to open payables to identify contract rejections | 3.1 |
| 08/13/2025 | BM | Update analysis of open AP and to be rejected contracts | 3.0 |
| 08/14/2025 | BM | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), A. Chou and C. Kemp (CB + M) re: assumed contracts/cure | 1.2 |
| 08/14/2025 | BM | Continue updating contract rejection list with open payable amounts | 2.9 |
| 08/14/2025 | JS | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), A. Chou and C. Kemp (CB + M) re: assumed contracts/cure | 1.2 |
| 08/14/2025 | JC | Call with J. Creighton, J. Shen, B. Muratov (AlixPartners), A. Chou and C. Kemp (CB + M) re: assumed contracts/cure | 1.2 |
| 08/18/2025 | BM | Produced initial list of contracts to reject | 2.6 |
| 08/18/2025 | JC | Review contracts for potential early rejection | 2.4 |
| 08/19/2025 | JC | Augment internal creditor matrix for contracts identified for rejection | 1.1 |
| 08/19/2025 | JC | Develop framework for post effective date TSA agreement | 0.4 |
| 08/19/2025 | JC | Prepare early contract rejection morion schedule | 1.8 |
| 08/20/2025 | JD | Correspondence with Latham and RLF re: vendor contract rejections. | 0.4 |
| 08/20/2025 | JC | Prepare initial contract rejection group | 1.9 |
| 08/21/2025 | JC | Incorporate updates into contract rejection list | 1.3 |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:          Executory Contracts
Code:        20010759PA0003.1.14

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/22/2025 | BM | Call with J. Creighton, B. Muratov (AlixPartners), J. Furman, A. Chou and others (CB + M), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: contract rejections | 1.1 |
| 08/22/2025 | BM | Update list of contracts to reject | 2.7 |
| 08/22/2025 | JC | Call with J. Creighton, B. Muratov (AlixPartners), J. Furman, A. Chou and others (CB + M), C. Arthur and others (Latham), Z. Shapiro and others (RLF) re: contract rejections | 1.1 |
| 08/22/2025 | JC | Incorporate updates to contract rejection listing | 2.8 |
| 08/22/2025 | JC | Update contract rejection listing | 2.7 |
| 08/25/2025 | BM | Prepare the list of additional addresses of vendors with contracts being rejected on 8/22 | 2.1 |
| 08/25/2025 | JC | Incorporate incremental contract assumptions | 1.6 |
| 08/28/2025 | BM | Match customer agreements to be additionally assumed by Bold with cure schedule and other assumed contracts list | 1.9 |
| 08/28/2025 | BM | Match partner agreements to be additionally assumed by Bold with cure schedule and other assumed contracts list | 2.1 |
| 08/29/2025 | JC | Prepare contract assumption objection correspondence | 0.6 |
| **Total Professional Hours** | | | **87.2** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601


Re:                          Executory Contracts
Code:                        20010759PA0003.1.14

| PROFESSIONAL | RATE | HOURS | FEES |
|---|---|---|---|
| Jesse DelConte | $1,415 | 0.4 | $ 566.00 |
| John Creighton | $1,225 | 43.8 | 53,655.00 |
| James Shen | $910 | 1.2 | 1,092.00 |
| Bakhovuddin Muratov | $810 | 41.8 | 33,858.00 |
| **Total Professional Hours and Fees** | | **87.2** | **$ 89,171.00** |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:         Claims Process / Avoidance Actions
Code:       20010759PA0003.1.15

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/01/2025 | BM | Create schedule of payments to and from Randstad | 0.6 |
| 08/01/2025 | BM | Upate match table for claims | 2.1 |
| **Total Professional Hours** | | | **2.7** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601


Re:                              Claims Process / Avoidance Actions
Code:                          20010759PA0003.1.15

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Bakhovuddin Muratov | $810 | 2.7 | $ | 2,187.00 |
| **Total Professional Hours and Fees** | | **2.7** | **$** | **2,187.00** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Retention Application & Relationship Disclosures
Code:      20010759PA0003.1.19

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/05/2025 | BM | Update parties in Interest list | 1.9 |
| 08/07/2025 | BF | Emails to counsel re: supplemental declaration | 0.2 |
| 08/07/2025 | KSM | Review draft first supplemental declaration for filing | 0.3 |
| 08/08/2025 | JD | Review updated relationship disclosures. | 0.2 |
| 08/21/2025 | KSM | Emails with L. Prohaska and B. Filler (AlixPartners) re updated parties-in-interest list | 0.2 |
| 08/21/2025 | KSM | Review updated parties-in-interest list | 0.2 |
| 08/28/2025 | LP | Draft supplemental disclosures to be included in Second Supplemental Declaration of Randall S. Eisenberg | 2.5 |
| 08/28/2025 | LP | Prepare new parties-in-interest list for firm database | 0.6 |
| 08/28/2025 | LP | Review new parties-in-interest list for disclosure purposes | 0.4 |
| **Total Professional Hours** | | | **6.5** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                         Retention Application & Relationship Disclosures
Code:                      20010759PA0003.1.19

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 0.2 | $ | 283.00 |
| Kaitlyn Sundt McClarren | $715 | 0.7 | | 500.50 |
| Brooke Filler | $605 | 0.2 | | 121.00 |
| Bakhovuddin Muratov | $810 | 1.9 | | 1,539.00 |
| Lauren Prohaska | $555 | 3.5 | | 1,942.50 |
| **Total Professional Hours and Fees** | | **6.5** | **$** | **4,386.00** |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Fee Statements & Fee Applications
Code:      20010759PA0003.1.20

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|------------|------------------------|-------|
| 08/04/2025 | LMB | Review Interim Compensation Order | 0.2 |
| 08/06/2025 | LMB | Prepare professional fees for July 2025 Monthly Fee Application | 1.0 |
| 08/12/2025 | LMB | Prepare professional fees for July 2025 Monthly Fee Application | 1.4 |
| 08/14/2025 | LMB | Prepare professional fees for July 2025 Monthly Fee Application | 2.2 |
| 08/25/2025 | JD | Begin review of June and July professional fees for privilege and other sensitive items. | 1.3 |
| 08/26/2025 | JD | Continue review of June and July professional fees for privilege and other sensitive items. | 2.0 |
| 08/26/2025 | LMB | Prepare initial schedule/exhibit workbook for monthly fee Applications | 1.0 |
| 08/26/2025 | LMB | Prepare professional fees or June/July 2025 monthly fee Application | 1.2 |
| 08/27/2025 | JD | Finalize fee application review prior to sharing with Latham and RLF. | 0.7 |
| 08/27/2025 | KSM | Revise first monthly fee Application | 0.4 |
| 08/27/2025 | LMB | Prepare First Monthly Fee Application (June 24-July 31), supporting schedules and exhibits | 2.2 |
| 08/27/2025 | LMB | Prepare initial fee application summary chat | 0.2 |
| 08/27/2025 | LMB | Prepare schedule/exhibit workbook for First Monthly Fee Application (June 24-July 31) | 1.0 |
| 08/27/2025 | LMB | Revise First Monthly Fee Application (June 24-July 31), supporting schedules and exhibits | 0.7 |
| 08/28/2025 | LMB | Revise First Monthly Fee Application (June 24-July 31), supporting schedules and exhibits | 0.8 |
| 08/29/2025 | LMB | Finalize First Monthly Fee Application (June 24-July 31), supporting schedules and exhibits | 0.7 |
| 08/29/2025 | LMB | Email to Z. Shapiro and Carlisle (RLF) attaching First Monthly Fee Application (June 24-July 31) for filing on the Court docket. | 0.2 |
| **Total Professional Hours** | | | **17.2** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                             Fee Statements & Fee Applications
Code:                        20010759PA0003.1.20

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 4.0 | $ | 5,660.00 |
| Kaitlyn Sundt McClarren | $715 | 0.4 | | 286.00 |
| Lisa Marie Bonito | $580 | 12.8 | | 7,424.00 |
| **Total Professional Hours and Fees** | | **17.2** | **$** | **13,370.00** |

**AlixPartners**

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:          Due Diligence Support
Code:        20010759PA0003.1.21

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|---|---|---|---|
| 08/04/2025 | BM | Intercompany transfers update for UCC | 2.1 |
| 08/04/2025 | JC | Prepare assumed contract schedules for unsecured creditors' committee | 1.2 |
| 08/05/2025 | JC | Research customer contract assumption inquiry from unsecured creditors' committee | 1.1 |
| 08/07/2025 | JC | Prepare responses to stakeholder inquiries | 0.6 |
| 08/08/2025 | JC | Prepare correspondence with creditors' committee re: taxes | 0.8 |
| 08/11/2025 | BM | Prepare diligence responses to latest UCC diligence requests. | 2.9 |
| 08/12/2025 | BM | Continue to prepare diligence responses to open UCC diligence requests. | 2.9 |
| 08/12/2025 | JC | Prepare correspondence for unsecured creditor committee inquiries | 1.8 |
| 08/13/2025 | BM | Revise latest batch of UCC diligence responses | 2.8 |
| 08/13/2025 | JC | Review responses for creditors committee inquiries | 0.7 |
| 08/14/2025 | BM | Update diligence responses to UCC requests | 2.9 |
| 08/14/2025 | JD | Review insider payment details prior to sending to the UCC. | 0.3 |
| 08/14/2025 | JC | Develop responses to Committee inquiries | 2.1 |
| 08/15/2025 | BM | Revise latest batch of UCC diligence responses | 2.9 |
| 08/18/2025 | BM | Update analysis per UCC and RLF requests | 2.3 |
| 08/20/2025 | BM | Respond to UCC questions for RLF | 2.6 |
| 08/21/2025 | BM | Prepare responses to latest UCC diligence responses. | 2.4 |
| 08/25/2025 | BM | Prepare diligence responses to latest UCC diligence questions from RLF. | 0.6 |
| 08/26/2025 | BM | Continue to prepare diligence responses to latest UCC diligence questions from RLF. | 0.8 |
| **Total Professional Hours** | | | **33.8** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:                         Due Diligence Support
Code:                     20010759PA0003.1.21

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 0.3 | $ | 424.50 |
| John Creighton | $1,225 | 8.3 | | 10,167.50 |
| Bakhovuddin Muratov | $810 | 25.2 | | 20,412.00 |
| **Total Professional Hours and Fees** | | **33.8** | **$** | **31,004.00** |

**Alix**Partners

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:        Chapter 11 Process / Case Management
Code:      20010759PA0003.1.23

| DATE | PROFESSIONAL | DESCRIPTION OF SERVICES | HOURS |
|------|--------------|-------------------------|-------|
| 08/06/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors status and case update | 0.7 |
| 08/06/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors status and case update | 0.7 |
| 08/06/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors status and case update | 0.7 |
| 08/06/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors status and case update | 0.7 |
| 08/06/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners), C. Arthur and J. Gordon (Latham), Z. Shapiro, V. Liu and others (RLF) re: advisors status and case update | 0.7 |
| 08/25/2025 | BM | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: catch-up and planning call. | 0.4 |
| 08/25/2025 | JS | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: catch-up and planning call. | 0.4 |
| 08/25/2025 | JD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: catch-up and planning call. | 0.4 |
| 08/25/2025 | JC | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: catch-up and planning call. | 0.4 |
| 08/25/2025 | JXD | Call with J. DelConte, J. Creighton, J. Shen, J. Duran, B. Muratov (AlixPartners) re: catch-up and planning call. | 0.4 |
| **Total Professional Hours** | | | **5.5** |

**Alix**Partners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

| Re: | Chapter 11 Process / Case Management |
| Code: | 20010759PA0003.1.23 |

| PROFESSIONAL | RATE | HOURS | | FEES |
|---|---|---|---|---|
| Jesse DelConte | $1,415 | 1.1 | $ | 1,556.50 |
| John Creighton | $1,225 | 1.1 | | 1,347.50 |
| James Shen | $910 | 1.1 | | 1,001.00 |
| Bakhovuddin Muratov | $810 | 1.1 | | 891.00 |
| Juan Duran | $810 | 1.1 | | 891.00 |
| **Total Professional Hours and Fees** | | **5.5** | **$** | **5,687.00** |