# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Objection Deadline: October 21, 2025 at 4:00 p.m. (ET)** |
| | : | |
| | : | **Hearing Date: November 13, 2025 at 1:00 p.m. (ET)** |
| | : | |

---------------------------------------------------------------x

## FIRST INTERIM FEE APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS BANKRUPTCY COUNSEL FOR THE PERIOD FROM JUNE 24, 2025 THROUGH AUGUST 31, 2025

| | |
|---|---|
| Name of Applicant: | Latham & Watkins LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors-in-Possession |
| Date of Retention: | August 11, 2025, effective as of June 24, 2025 |
| Period for which compensation and reimbursement are sought: | June 24, 2025 through August 31, 2025 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $3,297,197.25 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $16,526.93 |

This is a(n): ___ monthly   _X_ interim ___ final application

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

US-DOCS\163982559.5

**Prior Monthly Fee Applications Filed:**

| Docket No. | Date Filed | Period Covered | Fees | Expenses | CNO Filed |
|---|---|---|---|---|---|
| 313 | 08/25/2025 | 6/24/2025 – 7/31/2025 | $3,073,816.75 | $5,934.33 | Docket No. 364 9/16/2025 |
| 359 | 09/12/2025 | 8/1/2025 – 8/31/2025 | $223,380.50 | $10,592.60 | Objection Deadline 10/03/2025 |

2

**PLEASE TAKE NOTICE** that, pursuant to the *Order Pursuant to 11 U.S.C. §§ 331, 330, AND 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Processionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**") objections, if any, to this Interim Fee Application must be filed with the Court and served on Latham & Watkins LLP ("**Latham**") at the address set forth below and the Notice Parties (as defined in the Interim Compensation Order) so as to be received by **October 21, 2025 at 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider this Interim Fee Application will be held before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware 824 North Market Street, 5th Floor, Courtroom 6 Wilmington, Delaware 19801 on **November 13, 2025, at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that, (i) attached hereto as Exhibit A is Latham's summary cover sheet of the fee application and certain additional disclosures related to the Interim Fee Application, (ii) attached hereto as Exhibit B is a summary of compensation by each professional of Latham that worked on the above-captioned chapter 11 cases, (iii) attached hereto as Exhibit C is a summary of compensation by project category, (iv) attached hereto as Exhibit D is an expense summary, (v) attached hereto as Exhibit E are Latham's customary and comparable compensation disclosures, (vi) attached hereto as Exhibit F is the *Budget for Latham & Watkins LLP, Counsel to the Debtors, for the Period from June 25, 2025 through August 31, 2025* and the *Staffing Plan for Latham & Watkins LLP, Counsel to the Debtors, for the Period from June 25, 2025 through August 31, 2025*, (vii) attached hereto as Exhibit G is a summary of fees and hours budgeted compared to fees and hours billed, and (viii) attached hereto as Exhibit H is a certification of Candace M. Arthur in support of this Interim Fee Application.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER AND THE ORDER APPOINTING FEE EXAMINER AND ESTABLISHING PROCEDURES FOR THE REVIEW OF APPLICATIONS OF RETAINED PROFESSIONALS [DOCKET NO. 741], MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING**.

| | |
|---|---|
| Dated:  September 30, 2025<br>         Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Candace M. Arthur*<br>**LATHAM & WATKINS LLP**<br>Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:   ray.schrock@lw.com<br>            candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>Email:  jonathan.gordon@lw.com |

*Counsel for the Debtors and Debtors in Possession*