**Exhibit A**

**Summary Cover Sheet of Fee Application**

Case Name: **ZEN JV, LLC**, *et al.*
Case Number: **25-11195**
Applicant's Name: **Latham & Watkins LLP**
Date of Application: **September 30, 2025**
Interim or Final: **Interim**

| | |
|---|---|
| Name of Applicant | Latham & Watkins LLP |
| Name of Client | Debtors and Debtors-in-Possession |
| Time Period Covered by the Interim Fee Period | Start: June 24, 2025<br>End: August 31, 2025 |
| Total compensation sought for the Interim Fee Period | $3,297,197.25 |
| Total expenses sought for the Interim Fee Period | $16,526.93 |
| Petition date | June 24, 2025 |
| Retention date | August 11, 2025, effective as of June 24, 2025 |
| Date of order approving employment | August 11, 2025 |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the Interim Fee Period for all attorneys | $1,605.25 |
| Blended rate in the Interim Fee Period for all timekeepers | $1,598.72 |
| Compensation sought in this Interim Fee Application and already paid pursuant to a monthly compensation order but not yet allowed | $2,459,053.40 |
| Expenses sought in this Interim Fee Application and already paid pursuant to a monthly compensation order but not yet allowed | $5,934.33 |
| Number of professionals included in the Interim Application | 41 |
| If applicable, number of professionals in the Interim Application not included in staffing plan approved by client | 0[1] |
| If applicable, difference between fees budgeted and compensation sought for the Interim Fee Period | $1,522,802.75 less than budgeted |
| Number of professionals billing fewer than 15 hours to the case during the Interim Fee Period | 18 |
| Are any rates higher than those approved or disclosed at retention? | No |

---

[1] The staffing plan only accounts for professionals expected to bill at least 50 hours to these chapter 11 cases. Of the 41 professionals who billed time to these chapter 11 cases, 12 billed 50 or more hours.

US-DOCS\163982559.5