## Exhibit B

## Compensation By Professional from June 24, 2025 through August 31, 2025

| Name of Professional | Position, Number of Years in Practice at Latham, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Kronsnoble, Joseph M. | Partner. Joined firm in 1991. Member of Illinois Bar since 1991. Member of Tax Department. | $2,650.00 | 3.60 | $9,540.00 |
| Schrock, Ray C. | Partner. Joined firm in 2024. Member of Illinois Bar since 1998. Member of New York Bar since 2010. Member of Restructuring Department. | $2,550.00 | 16.10 | $41,055.00 |
| Murphy, Erin | Partner. Joined firm in 2020. Member of New York Bar since 2001. Member of California Bar since 2019. Member of Tax Department. | $2,325.00 | 4.40 | $10,230.00 |
| Jefcoat, Kyle R. | Partner. Joined firm in 2004. Member of New York Bar since 2000. Member of District of Columbia Bar since 2005. Member of Litigation Department. | $2,195.00 | 2.80 | $6,146.00 |
| Ollivierre, Scott C. | Partner. Joined firm in 2013. Member of New York Bar since 2010. Member of Finance Department. | $2,095.00 | 28.30 | $59,288.50 |
| Sorkin, Andrew | Partner. Joined firm in 2019. Member of New York Bar since 2008. Member of District of Columbia Bar since 2016. Member of Restructuring Department. | $2,095.00 | 2.80 | $5,866.00 |
| Walker, Jessica Diane E. | Partner. Joined firm in 2020. England and Wales (Solicitor), 2008. Member of Finance Department. | $2,095.00 | 2.30 | $4,818.50 |
| Chandrasekhar, Sandhya | Counsel. Joined firm in 1998. Member of Illinois Bar since 1990. Member of Tax Department. | $2,070.00 | 2.30 | $4,761.00 |
| Arthur, Candace M. | Partner. Joined firm in 2024. Member of New York Bar since 2010. Member of Restructuring Department. | $2,060.81[2] | 177.90 | $366,415.50 |
| Brubaker, Morgan E. | Partner. Joined firm in 2016. Member of District Of Columbia Bar since 2015. Member of Corporate Department. | $1,980.00 | 64.00 | $126,720.00 |
| Gardiner, Drew T. | Partner. Joined firm in 2004. Member of California Bar since 2004. Member of Litigation Department. | $1,980.00 | 4.30 | $8,514.00 |
| Brown, Robert W. | Partner. Joined firm in 2021. Member of New York Bar since 2013. Member of Texas Bar since 2018. Member of Corporate Department. | $1,980.00 | 42.90 | $84,942.00 |
| Kaplan, Binyomin | Counsel. Joined firm in 2022. Member of New York Bar since 2001. Member of Corporate Department | $1,980.00 | 239.30 | $473,814.00 |
| Quay, Richard R. | Counsel. Joined firm in 2022. Member of New York Bar since 2012. Member of Corporate Department. | $1,980.00 | 6.70 | $13,266.00 |
| Waller, Laura Marie D. | Counsel. Joined firm in 2020. Member of Illinois Bar since 2004. Member of Tax Department. | $1,875.00 | 13.90 | $26,062.50 |

---

[1] All non-working travel time has been billed at 50% of the normal hourly rate.

[2] Blended rate includes non-working travel time billed at 50% of the normal hourly rate and rates as indicated in Retention Application.

| Name of Professional | Position, Number of Years in Practice at Latham, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Clore, Ryan D. | Counsel. Joined firm in 2016. Member of Maryland Bar since 2016. Member of District of Columbia Bar since 2018. Member of Corporate Department. | $1,635.00 | 40.20 | $65,727.00 |
| Lim, Christopher W. | Associate. Joined firm in 2017. England and Wales (Solicitor), 2019. Member of California Bar since 2021. Member of Corporate Department. | $1,635.00 | 312.10 | $510,283.50 |
| Kutilek, Lukas | Associate. Joined firm in 2021. Member of New York Bar since 2019. Member of Tax Department. | $1,635.00 | 4.20 | $6,867.00 |
| Brunning, Alice E. | Associate. Joined firm in 2021. England and Wales (Solicitor), 2017. Member of Privacy and Cyber Department. | $1,635.00 | 2.00 | $3,270.00 |
| Gordon, Jonathan | Associate. Joined firm in 2020. Member of Illinois Bar since 2018. Member of Restructuring Department. | $1,574.87[3] | 260.90 | $410,630.25 |
| Barkow, Joshua | Associate. Joined firm in 2022. Member of New York Bar since 2021. Member of Corporate Department. | $1,560.00 | 49.40 | $77,064.00 |
| Wang, Victor | Associate. Joined firm in 2024. Member of New York Bar since 2021. Member of Corporate Department. | $1,560.00 | 44.40 | $69,264.00 |
| Zhang, Jiaheng | Associate. Joined firm in 2025. Member of New York Bar since 2021. Member of Restructuring Department. | $1,560.00 | 51.30 | $80,028.00 |
| Russell, Benjamin A. | Associate. Joined firm in 2019. England and Wales (Solicitor), 2021. Member of Finance Department. | $1,515.00 | 5.50 | $8,332.50 |
| Waterman, Katherine | Associate. Joined firm in 2025. Member of New York Bar since 2022. Member of Finance Department. | $1,465.00 | 14.20 | $20,803.00 |
| Cobb, Stuart | Associate. Joined firm in 2025. Member of Texas Bar since 2021. Member of Corporate Department. | $1,465.00 | 47.80 | $70,027.00 |
| Hecht, Elliot W. | Associate. Joined firm in 2022. Member of District of Columbia Bar since 2022. Member of Litigation Department. | $1,320.00 | 2.40 | $3,168.00 |
| Lisner, Alexandra T. | Associate. Joined firm in 2022. Member of New York Bar since 2023. Member of Restructuring Department. | $1,320.00 | 48.50 | $64,020.00 |
| McKenzie, Robert A. | Associate. Joined firm in 2022. Member of New York Bar since 2024. Member of Restructuring Department. | $1,320.00 | 19.10 | $25,212.00 |
| Savelski, Julian | Associate. Joined firm in 2022. Member of California Bar since 2022. Member of Corporate Department. | $1,320.00 | 80.40 | $106,128.00 |
| Gallucci, Mary A. | Associate. Joined firm in 2022. Member of New York Bar since 2023. Member of Corporate Department. | $1,320.00 | 73.00 | $96,360.00 |
| Hasan, Shoumick | Associate. Joined firm in 2025. Member of New York Bar since 2023. Member of Corporate Deparmten.t | $1,320.00 | 109.00 | $143,880.00 |

---

[3] Blended rate includes non-working travel time billed at 50% of the normal hourly rate and rates as indicated in Retention Application.

| Name of Professional | Position, Number of Years in Practice at Latham, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Danilenko, Jennifer | Associate. Joined firm in 2023. Member of New York Bar since 20204. Member of Corporate Department. | $1,145.00 | 32.60 | $37,327.00 |
| Clevenger, Blake | Associate. Joined firm in 2023. Member of New York Bar since 2024. Member of Corporate Department. | $1,145.00 | 66.30 | $75,913.50 |
| Licari, Montana | Associate. Joined firm in 2025. Member of New York Bar since 2025. Member of Restructuring Department. | $1,145.00 | 20.10 | $23,014.50 |
| Li, Ruoyun | Associate. Joined firm in 2024. Member of New York Bar since 2025. | $975.00 | 51.60 | $50,310.00 |
| Shin, Joyce Youngseo | Associate. Joined firm in 2024. Member of New York Bar since 2025. | $975.00 | 12.80 | $12,480.00 |
| Han, Alice | Associate. Joined firm in 2024. Member of California Bar since 2024. | $975.00 | 89.10 | $86,872.50 |
| Tarrant, Christopher M. | Senior Paralegal. Joined firm in 2022. | $650.00 | 9.20 | $5,980.00 |
| Bond, Jennifer | Corporate Transaction Lawyer. Joined firm in 2022. England and Wales (Solicitor), 2010. | $595.00 | 2.30 | $1,368.50 |
| Lee, Mary K. | Corporate Transaction Lawyer. Joined firm in 2022. Member of Texas Bar since 2019. | $595.00 | 2.40 | $1,428.00 |
| **TOTAL** | | | **2,062.40** | **$3,297,197.25** |

**Total**         $3,297,197.25
**Total Hours**   2,062.40
**Blended Rate**[4]   $1,598.72

---

[4]    The blended rate is calculated based on the hourly rates for all professionals.