**Exhibit C**

**Compensation By Project Category from June 24, 2025 through August 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition/Asset Sales | 1,534.00 | $2,411,613.00 |
| Automatic Stay Issues/Motions for Relief From Stay | 0.90 | $1,471.50 |
| Business Operations/Strategic Planning | 12.40 | $22,321.00 |
| Case Administration (Docket, WIP and Calendar Updates) | 6.10 | $10,617.50 |
| Claims Administration and Objections | 2.80 | $5,038.00 |
| Corporate Governance and Board Matters | 14.80 | $26,636.00 |
| Creditors Committee Matters | 10.60 | $18,773.50 |
| Employee Matters (including Benefits/Pensions) | 33.40 | $56,448.00 |
| Financing and Cash Collateral | 136.40 | $237,495.50 |
| General Case Strategy (WIP Calls, Team and Client Calls) | 19.00 | $32,161.50 |
| Hearings | 40.70 | $68,443.50 |
| Insurance | 5.70 | $10,803.00 |
| International / Foreign Matters | 10.10 | $16,911.50 |
| Leases and Contracts | 8.60 | $14,027.00 |
| Litigation Matters | 0.50 | $660.00 |
| Meetings and Communications with Creditors | 0.80 | $1,538.00 |
| Non-Working Travel Time[1] | 25.50 | $22,226.25 |
| Plan and Disclosure Statement / Confirmation | 49.20 | $99,624.00 |
| Regulatory Matters | 81.30 | $134,319.50 |
| Reports and Schedules | 2.60 | $4,573.00 |
| Retention/Fee Matters (L&W) | 49.40 | $71,307.00 |
| Retention/Fee Matters/Objections (Others) | 8.50 | $13,276.50 |
| Tax Matters | 7.10 | $12,952.50 |
| U.S. Trustee Matters | 2.00 | $3,960.00 |
| **TOTAL** | **2,062.40** | **$3,297,197.25** |

---

[1] The fees associated with non-working travel are reduced by 50%.

US-DOCS\163982559.5