**Exhibit D**

**Expense Summary from June 24, 2025 through August 31, 2025**

| Expense Category | Total Expenses |
|---|---:|
| Airfare | $1,701.56 |
| Ground Transportation - Local | $2,177.99 |
| Ground Transportation - Out-Of-Town | $700.25 |
| Laser Print | $152.00 |
| Lodging - Out of Town | $1,396.41 |
| Meal Services | $3,177.38 |
| Meals - Local | $1,578.96 |
| Meals - Out-of-Town | $138.83 |
| Other Database Research | $38.30 |
| Outside Services - Non-Attorney | $212.50 |
| Trainfare | $412.00 |
| Transcripts | $4,840.75 |
| **TOTAL** | **$16,526.93** |