**Exhibit E**

**Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
| --- | --- | --- |
| | Billed Firm-Wide for Preceding Year (2024)[1] | Billed June 24, 2025 through August 31, 2025[2] |
| Partner | $1,809 | $2,071 |
| Counsel | $1,522 | $1,975 |
| Senior Associate (7 years or more since first admission) | $1,393 | $1,583 |
| Mid-level Associate (4-6 years since first admission) | $1,273 | $1,593 |
| Junior Associate (0-3 years since first admission) | $961 | $1,198 |
| Professional Staff | $547 | $905 |
| Paralegals | $533 | $650 |
| **All timekeepers aggregated** | **$1,329** | **$1,599** |

---

[1] The data in this column excludes 2024 blended hourly rate information for members of the Restructuring and Special Situations practice group. The billable rates for Latham attorneys are adjusted on January 1 of each year.

[2] Blended hourly rates are rounded to the nearest whole number.

US-DOCS\163982559.5