# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
      Debtors. : (Jointly Administered)
: 
: **Objection Deadline: October 21, 2025 at 4:00 p.m. (ET)**
---------------------------------------------------------- x **Hearing Date: November 13, 2025 at 1:00 p.m. (ET)**

## NOTICE OF FIRST INTERIM FEE APPLICATION
## REQUEST OF RICHARDS, LAYTON & FINGER, P.A., CO-COUNSEL TO DEBTORS

| | |
|---|---|
| Name of applicant (the "**Applicant**"): | Richards, Layton & Finger, P.A. |
| Authorized to provide professional services to: | the above-captioned debtors and debtors in possession |
| Date of retention: | August 1, 2025, effective as of June 24, 2025 |
| Period for which compensation and reimbursement is sought: | June 24, 2025 to August 31, 2025 |
| Amount of compensation sought as actual, reasonable, and necessary: | $1,420,887.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $35,512.52 |

This is a(n):  __X__ interim       ____ final application

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33780718v.3

Summary of fee applications for the compensation period:

| Date Filed and Docket No. | Period Covered | Total Amount Requested | | Total Amount Approved to Date via Certification of No Objection | | Holdback Fees Requested |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees (@ 80%) | Expenses (@ 100%) | Fees (@ 20%) |
| 8/25/25<br><br>Docket No. 314 | 6/24/25 – 7/31/25 | $917,032.50 | $32,298.74 | $733,626.00 | $32,298.74 | $183,406.50 |
| 9/16/25<br><br>Docket No. 362 | 8/1/25 – 8/31/25 | $503,855.00 | $3,213.78 | $0.00 Pending objection deadline of 10/7/25 | $0.00 Pending objection deadline of 10/7/25 | $0.00 Pending objection deadline of 10/7/25 |
| **Total:** | | **$1,420,887.50** | **$35,512.52** | **$733,626.00** | **$32,298.74** | **$183,406.50** |

Summary of any objections to fee applications: None.

PLEASE TAKE NOTICE that, pursuant to the Court's *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**")[2], objections, if any, to this Interim Fee Application must be filed with the Court by **October 21, 2025 at 4:00 p.m. (ET)** and served on the Applicant at the address set forth below and the Notice Parties.

PLEASE TAKE FURTHER NOTICE that a hearing to consider this Interim Fee Application will be held on **November 13, 2025 at 1:00 p.m. (ET)** before the Honorable J. Kate

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Interim Compensation Order.

2

Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, (i) attached hereto as **Exhibit A** is a summary of compensation by each professional of the Applicant that worked on the above-captioned chapter 11 cases, (ii) attached hereto as **Exhibit B** is a summary of compensation by project category, (iii) attached hereto as **Exhibit C** is an expense summary, (iv) attached hereto as **Exhibit D** are the Applicant's customary and comparable compensation disclosures, (v) attached hereto as **Exhibit E** is the *Budget for Richards, Layton & Finger, P.A., Co-Counsel to the Debtors, for the Period from June 24, 2025 through August 31, 2025* (the "**Budget**") and the *Staffing Plan for Richards, Layton & Finger, P.A., Co-Counsel to the Debtors, for the Period from June 24, 2025 through August 31, 2025* (the "**Staffing Plan**"), (vi) attached hereto as **Exhibit F** is a summary of fees and hours budgeted compared to fees and hours billed, (vii) attached hereto as **Exhibit G** are certain additional disclosures related to the Interim Fee Application and (viii) attached hereto as **Exhibit H** is a certification, wherein an attorney of the Applicant certifies to certain matters addressed in the Interim Compensation Order.

**IF NO TIMELY OBJECTIONS ARE FILED TO THIS INTERIM FEE APPLICATION, THE COURT, IN ACCORDANCE WITH THE TERMS OF THE INTERIM COMPENSATION ORDER, MAY ENTER AN ORDER GRANTING THIS INTERIM FEE APPLICATION WITHOUT A HEARING.**

| | | |
|---|---|---|
| Dated: | September 30, 2025<br>Wilmington, Delaware | Respectfully submitted,<br><br>*/s/ Zachary I. Shapiro*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:    defranceschi@rlf.com<br>          shapiro@rlf.com<br>          liu@rlf.com<br>          carlisle@rlf.com<br>          meehan@rlf.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |