**Exhibit A - Compensation by Professional**
**June 24, 2025 through August 31, 2025**

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Daniel J. DeFranceschi | Joined firm as associate in 1990. Director in 2000. Member of DE Bar since 1989. | $1,500.00 | 23.6 | $35,400.00 |
| Mark A. Kurtz | Business Department. Joined firm as associate in 2004. Director in 2015. Member of DE Bar since 2005. | $1,150.00 | 99.0 | $113,850.00 |
| | | $575.00 | 6.0 | $3,450.00 |
| Zachary I. Shapiro | Joined firm as associate in 2007. Director in 2019. Member of DE Bar since 2008. | $1,175.00 | 307.2 | $360,960.00 |
| Katharine L. Mowery | Litigation Department. Joined firm as associate in 2012. Director in 2021. Member of DE Bar since 2011. | $1,050.00 | 39.2 | $41,160.00 |
| Cory D. Kandestin | Joined firm as associate in 2007. Counsel in 2015. Director in 2024. Member of DE Bar since 2007. | $1,175.00 | 2.3 | $2,702.50 |
| Robert C. Maddox | Joined firm as associate in 2009. Counsel in 2021. Member of DE Bar since 2009. | $1,000.00 | 161.2 | $161,200.00 |
| Jake M. Crosetto | Business Department. Joined firm as associate in 2014. Counsel in 2022. Member of DE Bar since 2014. | $950.00 | 22.6 | $21,470.0 |
| Robert S. Kissel | Business Department. Joined firm as associate in 2022. Member of DE Bar since 2017. | $900.00 | 2.0 | $1,800.00 |

---

[1]   Unless otherwise noted, the professionals listed are members of RLF's Bankruptcy and Corporate Restructuring Department.

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Frank Y. Sun | Business Department. Joined firm as associate in 2017. Member of DE Bar since 2017. | $900.00 | 75.4 | $67,860.00 |
|  |  | $450.00 | 1.5 | $675.00 |
| Huiqi Vicky Liu | Joined firm as associate in 2020. Member of DE Bar since 2022. | $800.00 | 258.3 | $206,640.00 |
| James F. McCauley | Joined firm as associate in 2020. Member of DE Bar since 2022. | $800.00 | 6.1 | $4,880.00 |
| David E. Milano | Corporate Department. Joined firm as associate in 2020. Member of DE Bar since 2022. | $800.00 | 2.8 | $2,240.00 |
| Clint M. Carlisle | Joined firm as associate in 2025. Member of NY Bar since 2021. Member of DE Bar since 2024. | $800.00 | 210.7 | $168,560.00 |
| Thomas K. Malone | Business Department. Joined firm as associate in 2021. Member of DE Bar since 2022. | $750.00 | 45.8 | $34,350.00 |
| Alexander R. Steiger | Joined firm as associate in 2022. Member of NY Bar since 2022. Member of DE Bar since 2023. | $750.00 | 0.1 | $75.00 |
| Zachary J. Javorsky | Joined firm as associate in 2022. Member of DE Bar since 2022. | $700.00 | 11.9 | $8,330.00 |
| Stanley N. Medlin | Litigation Department. Joined firm as associate in 2025. Member of the TN Bar since 2022. Member of the PA Bar since 2025. | $700.00 | 24.8 | $17,360.00 |
| Gabriela Z. Monasterio | Litigation Department. Joined firm as associate in 2023. Member of DE Bar since 2023. | $650.00 | 30.0 | $19,500.00 |

RLF1 33780718v.3

| Name of Professional Individual | Position, year assumed position, prior relevant experience, year of obtaining relevant license to practice, department[1] | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Colin A. Meehan | Joined firm as associate in 2024. Member of DE Bar since 2023. | $650.00 | 90.0 | $58,500.00 |
| Nicholas A. Franchi | Joined firm as associate in 2024. Member of DE Bar since 2024. | $575.00 | 13.5 | $7,762.50 |
| Barbara J. Witters | Paralegal since 2000. Joined firm in 2000. | $425.00 | 12.8 | $5,440.00 |
| Rebecca V. Speaker | Paralegal since 2002. Joined firm in 2001. | $425.00 | 89.8 | $38,165.00 |
| Christopher J. Ruggiero | Business Department. Paralegal since 2012. Joined firm in 2015. | $425.00 | 0.2 | $85.00 |
| LeeAnn Scavina | Paralegal since 2005. Joined firm in 2023. | $425.00 | 1.2 | $510.00 |
| Erin N. Weyl | Paralegal since 2021. Joined firm in 2024. | $425.00 | 5.7 | $2,422.50 |
| Gregory J. Nequist | MIS Litigation Support Department. Senior Practice Support Analyst. Joined firm in 2015. | $425.00 | 65.5 | $27,837.50 |
| Carlos B. Terreforte | MIS Litigation Support Department. Practice Support Analyst. Joined firm in 2015. | $425.00 | 3.9 | $1,657.50 |
| Tesia S. Smith | Case management assistant since 2016. Joined firm in 1996. | $325.00 | 8.3 | $2,697.50 |
| Jeanne T. Kolb | Case management assistant since 2023. Joined firm in 2015. | $325.00 | 10.3 | $3,347.50 |
| TOTAL | | | 1,631.7 | $1,420,887.50 |

**Grand Total:**            **$1,420,887.50**
**Attorney Compensation:**  **$1,338,725.00**
**Total Attorney Hours:**   **1434.0**
**Attorney Blended Rate:**  **$933.56**

3