**Exhibit B - Compensation by Project Category**
**June 24, 2025 through August 31, 2025**

| Project Category | Total Hours | Total Fees |
|---|---:|---:|
| Case Administration (A) | 65.7 | $58,852.50 |
| Creditor Inquiries (B) | 0.3 | $165.00 |
| Meetings (C) | 19.7 | $15,282.50 |
| Executory Contracts/Unexpired Leases (D) | 114.1 | $93,785.00 |
| Automatic Stay/Adequate Protection (E) | 0.0 | $0.00 |
| Plan of Re-Organization/Disclosure Statement (F) | 202.4 | $186,840.00 |
| Use, Sale, Lease of Assets (G) | 443.0 | $420,622.50 |
| Cash Collateral/DIP Financing (H) | 48.3 | $51,190.00 |
| Claims Administration (I) | 32.7 | $25,702.50 |
| Court Hearings (J) | 139.0 | $115,592.50 |
| General Corporate/Real Estate (K) | 0.7 | $822.50 |
| Schedules/SOFA/U.S. Trustee Reports (L) | 52.5 | $45,815.00 |
| Employee Issues (M) | 28.3 | $24,935.00 |
| Environmental (N) | 0.0 | $0.00 |
| Tax Issues (O) | 11.3 | $9,152.50 |
| Litigation/Adversary Proceedings (P) | 350.4 | $284,697.50 |
| RL&F Retention (Q-1) | 15.9 | $11,955.00 |
| Retention of Others (Q-2) | 51.6 | $41,610.00 |
| RL&F Fee Applications (R-1) | 33.3 | $18,477.50 |
| Fee Applications of Others (R-2) | 11.4 | $8,362.50 |
| Vendor/Supplies (S) | 0.0 | $0.00 |
| Non-Working Travel (T) | 7.5 | $4,125.00 |
| Utilities (U) | 1.7 | $1,157.50 |
| Insurance (V) | 1.9 | $1,745.00 |
| **TOTAL** | **1631.7** | **$1,420,887.50** |

RLF1 33780718v.3