**Exhibit C - Expense Summary**
**June 24, 2025 through August 31, 2025**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Facsimile | | $0.00 |
| Conference Calling | | $0.00 |
| Long Distance Telephone | | $0.00 |
| In-House Reproduction (Duplication/Printing) | Copies:  0 pages @ $.10/pg. Printing: 10,538 pages @ $.10/pg. | $1,053.80 |
| Outside Reproduction | *See previously filed fee applications* | $5,035.30 |
| Legal Research | *See previously filed fee applications* | $3,885.60 |
| Filing/Court Fees | *See previously filed fee applications* | $17,729.00 |
| Court Reporting | *See previously filed fee applications* | $1,101.70 |
| Travel Expenses | *See previously filed fee applications* | $4,678.91 |
| Inside Courier & Expense Carriers | | $0.00 |
| Outside Courier & Expense Carriers | *See previously filed fee applications* | $581.75 |
| Postage | | $0.00 |
| Binding | | $0.00 |
| Business Meals | *See previously filed fee applications* | $706.76 |
| Document Retrieval | *See previously filed fee applications* | $739.70 |
| Record Retrieval | | $0.00 |
| Professional Services | | $0.00 |
| Overtime | | $0.00 |
| Room Rental | | $0.00 |
| Stationery Supplies | | $0.00 |
| **TOTAL** | | **$35,512.52** |