**Exhibit D - Customary and Comparable Compensation Disclosures**

| Category of Timekeeper | Blended Hourly Rate | |
|---|---|---|
| | Billed Firm-wide for preceding year (2024)[1] | Billed June 24, 2025 through August 31, 2025 |
| Partner | $1,085.33 | $1,168.08 |
| Counsel | $831.72 | $993.85 |
| Associate | $632.47 | $774.40 |
| Paralegal | $354.25 | $425.00 |
| Aggregated | $805.98 | $897.42 |

---

[1]    The billable rates for RL&F attorneys are adjusted on January 1 of each year. The data in this column excludes 2024 blended hourly rate information for the Bankruptcy and Corporate Restructuring Department at RL&F.