**Exhibit F**

**Summary of Fees/Hours Budgeted Compared with Fee/Hours Billed**

| Project Category | Budgeted Hours | Billed Hours | Budgeted Fees | Billed Fees |
|---|---|---|---|---|
| Case Administration | 70.0 | 65.7 | $69,416.90 | $58,852.50 |
| Creditor Inquiries | 5.0 | 0.3 | $4,958.35 | $165.00 |
| Meetings | 25.0 | 19.7 | $24,791.75 | $15,282.50 |
| Executory Contracts/Unexpired Leases | 120.0 | 114.1 | $119,000.40 | $93,785.00 |
| Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| Plan of Reorganization/Disclosure Statement | 300.0 | 202.4 | $297,501.00 | $186,840.00 |
| Use, Sale, Lease of Assets | 500.0 | 443.0 | $495,835.00 | $420,622.50 |
| Cash Collateral/DIP Financing | 50.0 | 48.3 | $49,583.50 | $51,190.00 |
| Claims Administration | 40.0 | 32.7 | $39,666.80 | $25,702.50 |
| Court Hearings | 150.0 | 139.0 | $148,750.50 | $115,592.50 |
| General Corporate/Real Estate | 5.0 | 0.7 | $4,958.35 | $822.50 |
| Schedules/SOFA/U.S. Trustee Reports | 55.0 | 52.5 | $54,541.85 | $45,815.00 |
| Employee Issues | 50.0 | 28.3 | $49,583.50 | $24,935.00 |
| Environmental | 5.0 | 0.0 | $4,958.35 | $0.00 |
| Tax Issues | 15.0 | 11.3 | $14,875.05 | $9,152.50 |
| Litigation/Adversary Proceedings | 400.0 | 350.4 | $396,668.00 | $284,697.50 |
| RL&F Retention | 20.0 | 15.9 | $19,833.40 | $11,955.00 |
| Retention of Others | 55.0 | 51.6 | $54,541.85 | $41,610.00 |
| RL&F Fee Applications | 40.0 | 33.3 | $39,666.80 | $18,477.50 |
| Fee Applications of Others | 15.0 | 11.4 | $14,875.05 | $8,362.50 |
| Vendor/Suppliers | 5.0 | 0.0 | $4,958.35 | $0.00 |
| Non-Working Travel | 5.0 | 7.5 | $4,958.35 | $4,125.00 |
| Utilities | 5.0 | 1.7 | $4,958.35 | $1,157.50 |
| Insurance | 5.0 | 1.9 | $4,958.35 | $1,745.00 |
| **TOTAL** | **1949.0** | **1,631.7** | **$1,923,839.80** | **$1,420,887.50** |