**<u>Exhibit H</u>**

**Certification Regarding Interim Fee Application**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
--------------------------------------------------------- x
                                                          :
In re:                                                    :    Chapter 11
                                                          :
ZEN JV, LLC, et al.,¹                                     :    Case No. 25-11195 (JKS)
                                                          :
                        Debtors.                          :    (Jointly Administered)
                                                          :
--------------------------------------------------------- x
```

**CERTIFICATION REGARDING FIRST INTERIM FEE APPLICATION REQUEST**
**OF RICHARDS, LAYTON & FINGER, P.A., CO-COUNSEL TO DEBTORS**

1.      I am an attorney admitted to practice in the State of Delaware and before this Court, and a Director with the law firm of Richards, Layton & Finger, P.A. ("**RL&F**").  RL&F is a Delaware law firm with an office at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2.      I make this certification regarding the *First Interim Fee Application Request of Richards, Layton & Finger, P.A., Co-Counsel to Debtors* (the "**Interim Fee Application**") to certify to certain matters addressed in the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**").²

---

¹ The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

² Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

3.      Specifically, I have reviewed the Interim Fee Application, including each Monthly Fee Application relating to the Interim Fee Period covered by the Interim Fee Application, and I hereby certify that such applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  In addition, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing the Interim Fee Application, RL&F has made a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**").   To that end, RL&F specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

Question 1:     Did RL&F agree to any variations from, or alternatives to, RL&F's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the application period?  If so, please explain.

Answer:     No.

Question 2:     If the fees sought in the Interim Fee Application as compared to the fees budgeted for the time period covered by the Application are higher by 10% or more, did RL&F discuss the reasons for the variation with the client?

Answer:     The fees sought in the Interim Fee Application compared to the fees budgeted for the interim period are not higher by 10% or more.

Question 3:     Have any of the professionals included in the Interim Fee Application varied their hourly rate based on the geographic location of the bankruptcy case?

Answer:     No.

Question 4:     Does the Interim Fee Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices?

Answer:     All time included in project category R-1 during the Interim Fee Period by RL&F professionals was on account of reviewing and revising RL&F's

Monthly Fee Applications for such period, which may include reviewing and revising the relevant time detail attached to each such application.

Question 5:    Does the Interim Fee Application include time for fees for reviewing time records to redact any privileged or other confidential information?  If so, please quantify hours and fees.

Answer:    No.

Question 6:    Did the Interim Fee Application include any rate increases since retention in these cases?

Answer:    No.

Question 7:    Did the client agree when retaining RL&F to accept all future rate increases? If not, did RL&F inform the client that they need not agree to modified rates or terms in order to have you continue the representation, consistent with ABA Formal Ethics Opinion 11-458?

Answer:    The client was notified at the outset of the engagement that RL&F's hourly rates are reviewed and revised from time to time.

_/s/ Zachary I. Shapiro_
Zachary I. Shapiro (No. 5103)