IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING ORDER
APPROVING STIPULATION REJECTING CERTAIN MASTER
APPLICATION SERVICE PROVIDER AGREEMENT WITH VERINEXT**

The undersigned hereby certifies as follows:

1. Debtor CareerBuilder, LLC and Verinext Corp. (fka Forty8Fifty Labs, LLC) ("**Verinext**," and together with the Debtors, the "**Parties**") entered into that certain Master Application Service Provider Agreement, dated March 20, 2017 (including all Orders, SOWs and agreements thereunder, including, without limitation, HPE GreenLake SOW Order and Atlassian Order) (the "**Contract**").

2. On June 24, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") voluntary cases under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

3. The Debtors and Verinext have engaged in discussions regarding the Debtors' rejection of the Contract under section 365 of the Bankruptcy Code.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

4. The Parties have entered into the *Stipulation Rejecting Certain Master Application Service Provider Agreement with Verinext* (the "**Stipulation**")[2] as a result of the Parties' discussions regarding rejection of the Contract.  A proposed form of order approving the Stipulation (the "**Proposed Order**") is attached hereto as **Exhibit A**.  A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order.

**WHEREFORE**, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

[*Remainder of page intentionally left blank*]

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

| | |
|---|---|
| Dated: September 30, 2025<br>Wilmington, Delaware | /s/ Huiqi Liu |
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>       candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>       shapiro@rlf.com<br>       liu@rlf.com<br>       carlisle@rlf.com<br>       meehan@rlf.com |

*Co-Counsel for Debtors and Debtors in Possession*