**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.,*[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  November 13, 2025 at 1:00 p.m. (ET)**<br>**Objection Deadline: October 21, 2025 at 4:00 p.m. (ET)** |

**SUMMARY OF FIRST INTERIM APPLICATION OF ALIXPARTNERS, LLP,
FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS,
FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR THE PERIOD FROM JUNE 24, 2025 THROUGH AUGUST 31, 2025**

| | | |
|---|---|---|
| **Name of Applicant:** | **ALIXPARTNERS, LLP** | |
| **Authorized to provide professional services to:** | **The Chapter 11 Debtors** | |
| **Date of Retention:** | **August 1, 2025, effective as of July 14, 2025 [Docket No. 263]** | |
| **Period for which compensation and reimbursement is sought:** | **Beginning of Period** | **End of Period** |
| | **June 24, 2025** | **August 31, 2025** |
| **Summary of Total Fees and Expenses Requested During the First Interim Period:** | | |
| **Amount of compensation sought as actual, reasonable and necessary:** | **$1,373,115.00** | |
| **Amount of expense reimbursement sought as actual, reasonable and necessary:** | **$569.55** | |

---

[1]  The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

| Blended Hourly Rate: | $1,008.75 |
|---|---|
| **Summary of Payments and Outstanding Amounts Due to AlixPartners During the First Interim Period:** | |
| **Total fees paid to AlixPartners during the First Interim Period:** | $692,301.60 |
| **Total expenses paid to AlixPartners during the First Interim Period:** | $569.55 |
| **Total amount of fees and expenses due and owing to AlixPartners during the First Interim Period:** | $680,813.40 |
| **The total time expended for fee application preparation is 18.4 hours and the corresponding compensation requested is $14,124.00.** | |
| **This is a(n):  ___ Monthly Application  _X_  Interim Application ___ Final Application** | |

2

**ALIXPARTNERS, LLP**

**SUMMARY OF MONTHLY FEE APPLICATIONS**
**DURING THE FIRST INTERIM PERIOD**

| Date Filed; Docket No. | Period | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 08/29/2025 Docket #322 | 06/24/2025 - 07/31/2025 | $ 865,377.00 | $ 569.55 | $ 692,301.60 | $ 569.55 | 09/25/2025 Docket #390 | $ 173,075.40 |
| 09/29/2025 Docket #393 | 08/01/2025 - 08/31/2025 | 507,738.00 | - | - | - | | 507,738.00 |
| **Total** | | **$ 1,373,115.00** | **$ 569.55** | **$ 692,301.60** | **$ 569.55** | | **$ 680,813.40** |

3

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY PROFESSIONAL**
**DURING THE FIRST INTERIM PERIOD**

| Professional | Title | Rate | Hours | Fees |
|---|---|---|---|---|
| Randall S Eisenberg | Partner & Managing Director | $1,540 | 15.1 | $ 23,254.00 |
| Jesse DelConte | Partner & Managing Director | $1,415 | 146.6 | 207,439.00 |
| John Creighton | Partner | $1,225 | 382.1 | 468,072.50 |
| Kaitlyn Sundt McClarren | Director | $715 | 10.6 | 7,579.00 |
| James Shen | Senior Vice President | $910 | 261.7 | 238,147.00 |
| Brooke Filler | Senior Vice President | $605 | 7.0 | 4,235.00 |
| Bakhovuddin Muratov | Vice President | $810 | 258.7 | 209,547.00 |
| Harrison Cunningham | Vice President | $810 | 11.1 | 8,991.00 |
| Juan Duran | Vice President | $810 | 235.8 | 190,998.00 |
| Lisa Marie Bonito | Vice President | $580 | 14.1 | 8,178.00 |
| Lauren Prohaska | Vice President | $555 | 18.4 | 10,212.00 |
| **Total Hours and Fees for Professionals** | | | **1,361.2** | **$ 1,376,652.50** |
| Less: 50% Travel Fees | | | | (3,537.50) |
| **Total Fees for Professionals** | | | | **$ 1,373,115.00** |

**Average Billing Rate**  $ **1,008.75**

**ALIXPARTNERS, LLP**

**SUMMARY OF HOURS AND FEES BY MATTER CATEGORY**
**DURING THE FIRST INTERIM PERIOD**

| Code | Matter Category | Hours | Fees |
|------|-----------------|-------|------|
| 1.2 | DIP Financing | 13.5 | 18,745.00 |
| 1.3 | Cash / Liquidity Matters | 325.4 | 298,261.00 |
| 1.4 | Communication & Meetings with Interested Parties | 25.5 | 27,451.00 |
| 1.5 | U.S. Trustee / Court Reporting Requirements | 206.9 | 192,616.00 |
| 1.9 | Plan & Disclosure Statement | 80.1 | 85,405.50 |
| 1.10 | Transaction Support | 128.0 | 140,004.00 |
| 1.11 | Business Operations | 186.1 | 218,357.50 |
| 1.12 | Testimony | 2.2 | 3,113.00 |
| 1.13 | Vendor Management | 2.5 | 3,625.00 |
| 1.14 | Executory Contracts | 212.5 | 224,873.00 |
| 1.15 | Claims Process / Avoidance Actions | 2.7 | 2,187.00 |
| 1.17 | Preparation for / Attend Court Hearings | 16.9 | 20,597.00 |
| 1.19 | Retention Application & Relationship Disclosures | 39.9 | 26,750.00 |
| 1.20 | Fee Statements & Fee Applications | 18.5 | 14,124.00 |
| 1.21 | Due Diligence Support | 40.3 | 37,820.00 |
| 1.23 | Chapter 11 Process / Case Management | 55.2 | 55,648.50 |
| 1.31 | Travel Time | 5.0 | 3,537.50 |
| | **Total Hours and Fees By Matter Category** | **1,361.2** | **$    1,373,115.00** |

**Average Billing Rate  $          1,008.75**

**ALIXPARTNERS, LLP**

**SUMMARY OF EXPENSES**
**DURING THE FIRST INTERIM PERIOD**

| Expense Category | Amount |
|---|---|
| Ground Transportation | $ 569.55 |
| **Total Expenses** | **$ 569.55** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al..,*[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: November 13, 2025 at 1:00 p.m. (ET)** |
| | **Objection Deadline: October 21, 2025 at 4:00 p.m. (ET)** |

**FIRST INTERIM APPLICATION OF ALIXPARTNERS, LLP,**
**FINANCIAL ADVISOR TO THE CHAPTER 11 DEBTORS,**
**FOR ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD FROM JUNE 24, 2025 THROUGH AUGUST 31, 2025**

AlixPartners, LLP ("AlixPartners"), as financial advisor to the above-captioned debtors ( the "Debtors"), hereby submits its first interim application (the "Application") for allowance of compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred for the period from June 24, 2025 through August 31, 2025 (the "First Interim Period"). AlixPartners respectfully states as follows:

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

**Basis for Relief**

3.      The bases for the relief requested herein are Sections 330 and 331 of Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-1 of the *Local Rules of the United States Bankruptcy Court for the District of Delaware* (the "Local Rules")*, the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines") and *the Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(A) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "Interim Compensation Order").

**Background**

4.      On June 24, 2025 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned chapter 11 cases (the "Chapter 11 Cases") in this Court.

5.      No trustee or examiner has been appointed in these Chapter 11 Cases.

6.      On July 2, 2025, the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed the Official Committee of Unsecured Creditors (the "Committee") [Docket No. 65].

2

**AlixPartners' Retention**

7.      On July 14, 2025, the Debtors filed the *Application for Entry of an Order Authorizing the Employment and Retention of AlixPartners, LLP as Financial Advisor for the Debtors Effective as of the Petition Date* [Docket No. 145].

8.      On August 1, 2025, the Court entered *the Order Authorizing Debtors to Employ And Retain AlixPartners, LLP as their Financial Advisor Effective as of the Petition* [Docket No. 263] (the "Retention Order").

9.      AlixPartners is currently holding a retainer in the amount of $138,178.50 (the "Retainer").  Pursuant to the Retention Order, the Retainer shall be treated as an evergreen retainer and held by AlixPartners as security throughout these Chapter 11 Cases until AlixPartners' fees and expenses are fully paid.

10.     The Retention Order approved the terms of AlixPartners' hourly fee and expense structure set forth in the engagement letter dated May 31, 2025 (the "Engagement Letter") and authorized AlixPartners to be compensated and reimbursed pursuant to section 330 of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, Bankruptcy Rules, Local Rules, U.S. Trustee Guidelines and the Interim Compensation Order, and any other applicable orders of this Court.

**Monthly Fee Applications During the First Interim Period**

11.     AlixPartners filed and served two (2) monthly fee applications (the "Monthly Fee Applications") during the First Interim Period pursuant to the Interim Compensation Order.  The Monthly Fee Applications contain detailed descriptions of the services rendered in the amount of

3

$1,373,115.00[2] and out-of-pocket expenses incurred in the amount of $569.55 and are noted below:

| Date Filed; Docket No. | Period | Requested | | Paid | | Certificate of No Objection | Amount Outstanding |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | | |
| 08/29/2025 Docket #322 | 06/24/2025 - 07/31/2025 | $    865,377.00 | $    569.55 | $    692,301.60 | $    569.55 | 09/25/2025 Docket #390 | $    173,075.40 |
| 09/29/2025 Docket #393 | 08/01/2025 - 08/31/2025 | 507,738.00 | - | - | - | | 507,738.00 |
| Total | | $    1,373,115.00 | $    569.55 | $    692,301.60 | $    569.55 | | $    680,813.40 |

12.    Detailed descriptions of the services performed by each professional, organized by matter category and by date, the hours of services provided (in tenths of an hour), and a detailed list of the out-of-pocket expenses incurred during the First Interim Period are attached to the Monthly Fee Applications.

13.    AlixPartners received payments from the Debtors in the amount of $692,301.60 for services rendered and $569.55 for out-of-pocket expenses incurred during the First Interim Period. The total amount of $680,813.40 remains outstanding as of the filing of this Application.

## Summary of Services Rendered During the First Interim Period

14.    During the First Interim Period, AlixPartners has advised the Debtors on and assisted the Debtors with (i) liquidity forecasting, cash management, and DIP compliance/reporting; (ii) communications and/or negotiations with stakeholders and their representatives; (iii) preparation for the filing of the bankruptcy petitions and first day motions; (iv) implementation of the accounts payable and liability segregation controls; (v) preparation of the Statement of Financial Affairs, Schedules of Assets and Liabilities, Monthly Operating Reports and other regular reports required by the Court; (vi)  assist with the sale of the Debtors' assets through 3 separate 363 asset sales and work

---

[2]  This amount includes the 20% holdback of fees reflected in the Monthly Fee Applications, including $173,075.40 for the First Monthly Fee Application and $101,547.60 for the Second Monthly Fee Application, for a total holdback of $274,623.00  (the "Holdback").

4

through various issues with the buyers post-closing; (vii) preparation of a liquidation analysis for the

plan of reorganization; (viii) coordinating and responding to extensive diligence requests from the

unsecured creditors' committee and other interested parties; (ix) preparing and providing written

testimony before the Court; (x) identifying/reviewing executory contracts; (xi) vendor/supplier

management; (xii) claims management; and (xiii) intercompany claims summary.

### Summary of  Services by Category During the First Interim Period

15.    AlixPartners classified the services performed into separate categories.  The descriptions

below summarize the services provided by AlixPartners to the Debtors during the First Interim Period.

#### Matter Code 1.2:  DIP Financing
**13.5 hours - $18,745.00**
- Negotiated DIP Financing agreements with JMB Capital and Blue Torch Capital
- Reviewed and prepared DIP Financing agreements and court documentation

#### Matter Code 1.3:  Cash/Liquidity Matters
**325.4 hours - $298,261.00**
- Monitored daily liquidity
- Assisted the Debtors in planning and tracking cash payments
- Monitored and reported on ongoing covenant compliance and assisted the company in determining what prepetition payments can be made based upon payments made to date, available liquidity, and if allowable by the Court
- Developed detailed daily and weekly cash flow forecasts, which were critical to managing liquidity and serve as a basis for funding requirements
- Prepared a post-effective date wind down forecast to be included in the company's DIP budget

#### Matter Code 1.4:  Communication & Meetings with Interested Parties
**25.5 hours - $27,451.00**
- Met and communicated with various Committee professionals, lenders and/or their advisors, the U.S. Trustee, and other parties in interest

**Matter Code 1.5:  U.S. Trustee/Court Reporting Requirements**
**206.9 hours - $192,616.00**
- Ensured compliance with the requirements of the Court, the U.S. Trustee, and/or the Bankruptcy Code
- Prepared for and attend the initial Debtor interview and 341 meeting of creditors
- Prepared financial and operating information, including preparation and review of the Schedules and Statements of Financial Affairs, interim and monthly operating reports, and motions, orders and stipulations related thereto

**Matter Code 1.9:  Plan & Disclosure Statement**
**80.1 hours - $85,405.50**
- Assisted with the development of the Debtors' disclosure statement and plan of reorganization (the "Plan")
- Prepared various exhibits including financial projections and the liquidation analysis
- Analyzed the size of various plan class claim estimates

**Matter Code 1.10:  Transaction Support**
**128.0 hours - $140,004.00**
- Assisted the Debtors with various transaction and closing-related tasks, including negotiating and assisting in the creation of the TSAs amongst the Debtors and the three purchasers of the Debtors' assets
- Assisted PJT, Latham and Richards, Layton & Finger in running the Debtors' auction, including preparing a waterfall analysis to compare bids from different parties
- Assisted with post-closing cash settlements with the 3 buyers
- Prepared and managed the sale closing funds flow

**Matter Code 1.11:  Business Operations**
**186.1 hours - $218,357.50**
- Researched and prepared materials necessary for various motions
- Developed communication materials associated with the bankruptcy filing and subsequent sales processes
- Assisted management in the winding up of the Debtors' international operations
- Assisted management in determining the appropriate operations and spending of the business post-filing
- Assisted the company with various employee, vendor and customer issues

**Matter Code 1.12:  Testimony**
**2.2 hours - $3,113.00**
- Prepared for and/or provided written testimony via declaration

**Matter Code 1.13:  Vendor Management**
**2.5 hours - $3,625.00**
- Assisted the Debtors with vendor management, including performing claims analyses, communicating with vendors, negotiating payment terms, and developing and customizing vendor payment proposals

**Matter Code 1.14:  Executory Contracts**
**212.5 hours - $224,873.00**
- Identified executory contracts and calculated related cure amounts in order to file cure schedules with the Court
- Resolved cure disputes
- Analyzed leases and other contracts with respect to assumption and/or rejection

**Matter Code 1.15:  Claims Process/Avoidance Action**
**2.7 hours - $2,187.00**
- Reviewed, analyzed and reconciled filed claims, including administrative and priority claims
- Assisted Debtors' counsel in negotiating with various claimants

**Matter Code 1.17:  Preparation for/Attend Court Hearings**
**16.9 hours - $20,597.00**
- Prepared for Court hearings
- Attended Court hearings in person, by video conference, or telephonically

**Matter Code 1.19:  Retention Application & Relationship Disclosures**
**39.9 hours - $26,750.00**
- Drafted AlixPartners' retention application, proposed orders and declarations
- Analyzed relationship disclosures required by the Bankruptcy Code
- Communicated regarding AlixPartners' retention
- Responded to inquiries from the U.S. Trustee regarding AlixPartners' retention

**Matter Code 1.20:  Fee Statements & Fee Applications**
**18.5 hours - $14,124.00**
- Managed the fee application process
- Prepared and reviewed the two (2) monthly fee applications, including all required supporting documentation in accordance with requirements of the U.S. Trustee and/or the Court

**Matter Code 1.21:  Due Diligence Support**
**40.3 hours - $37,820.00**
- Organized and managed the Debtors' responses to diligence requests and questions from the Debtors' various stakeholder groups, including the Committee, ad hoc creditor groups and others

- Created various analyses or presentations in response to due diligence requests from the Debtors' various stakeholders

**Matter Code 1.23:  Chapter 11 Process/Case Management**
**55.2 hours - $55,648.50**
- Organized and managed the Debtors' resources to effectively and efficiently plan, coordinate and manage the Chapter 11 process
- Held working sessions with the engagement team informed of the latest case developments, remain aligned on the many workstreams, verify that resources were properly allocated to meet deadlines, and ensure all matters and issues were addressed in an efficient and timely manner
- Held meetings with the AlixPartners, Latham & Watkins, PJT Partners and Richards, Layton & Finger to coordinate the various workstreams amongst the Debtors' advisors and ensure the most efficient and effective usage of the Debtors' advisors' resources

**Matter Code 1.31:  Travel Time**
**5.0 hours - $3,537.50**  (billed at 50% standard rates)
- Engagement related travel outside of home office region

16.    AlixPartners believes that the fees and out-of-pocket expenses requested are reasonable, actual and for necessary services rendered or expenses incurred on behalf of the Debtors during the First Interim Period.

17.    AlixPartners has not entered into any agreement, express or implied, with any other party for the purpose of fixing or sharing fees or other compensation to be paid for professional services rendered in these Chapter 11 Cases.  No promises have been received by AlixPartners or any member thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.

## Certification

18.    The Certification of Jesse DelConte is attached hereto as **Exhibit A** and incorporated herein.

8

**<u>No Prior Request</u>**

19.    No prior request for the relief sought in this Application has been made to this or any other Court.  This Application is made without prejudice to further or final applications based upon all relevant criteria, including the results achieved in these Chapter 11 Cases.

**<u>Notice</u>**

20.    Notice of the Application has been or will be provided to those parties entitled to receive notice hereof in accordance with any applicable order of this Court.

9

## Conclusion

**WHEREFORE**, AlixPartners, as financial advisor to the Debtors, respectfully requests that the Court enter an order providing: (i) an interim allowance in the amount of $1,373,115.00 (including the Holdback in the amount of $274,623.00) as compensation for professional services rendered and reimbursement of out-of-pocket expenses incurred in the amount of $569.55 for the First Interim Period; (ii) that the Debtors are authorized and directed to pay AlixPartners the remaining outstanding balance of $680,813.40; and (iii) such other and further relief as this Court deems proper.

Dated:  September 30, 2025

ALIXPARTNERS, LLP
909 Third Avenue, 28th Floor
New York, New York 10022


*/s/ Jesse DelConte*
By:  Jesse DelConte
       Partner & Managing Director

10