**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: Oct. 21, 2025 at 4:00 p.m. (ET)**<br>**Hearing Date:** *Only if objections are filed* |

**COMBINED FIRST MONTHLY FEE STATEMENT**
**OF M3 ADVISORY PARTNERS, LP, AS FINANCIAL ADVISOR**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS,**
**FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT**
**OF EXPENSES INCURRED FOR THE PERIOD FROM**
**JULY 2, 2025 THROUGH AUGUST 31, 2025**

| | |
|---|---|
| **Name of applicant:** | M3 Advisory Partners, LP |
| **Authorized to provide professional services to:** | Official Committee of Unsecured Creditors of Zen JV, LLC and affiliated Debtors |
| **Date of retention order:** | August 8, 2025 [Docket No. 294] |
| **Period for which fees and expenses were incurred:** | July 2, 2025 through and including August 31, 2025 |
| **Fees incurred:** | $458,108.50 |
| **Payment of fees incurred (80%):** | $366,486.80 |
| **Holdback of fees incurred (20%):** | $91,621.70 |
| **Expenses incurred:** | $209.30 |
| **Total fees (80%) and expenses (100%) due:** | $366,696.10 |

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

1.      Pursuant to sections 330, and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), rule 2016-1 of the Bankruptcy Local Rules for the Southern District of Texas (the "<u>Bankruptcy Local Rules</u>"), and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [Docket No. 258] (the "<u>Interim Compensation Order</u>"),[2] M3 Advisory Partners, LP ("<u>M3</u>"), financial advisor to the Official Committee of Unsecured Creditors (the "<u>Committee</u>") of Zen JV, LLC and its debtor affiliates (collectively, the "<u>Debtors</u>"), each of which is a debtor and debtor in possession in the above-captioned chapter 11 cases (the "<u>Chapter 11 Cases</u>"), hereby submits this combined monthly fee statement (the "<u>Combined Monthly Fee Statement</u>") for (a) compensation in the amount of $366,486.80[3] for the reasonable and necessary financial advisory services that M3 rendered to the Committee during the period from July 2, 2025 through and including August 31, 2025 (the "<u>Compensation Period</u>") and (b) reimbursement in the amount of $209.30 for 100% of the actual and necessary expenses that M3 incurred during the Compensation Period.

## Services Rendered and Disbursements Incurred

2.      Attached hereto as **<u>Exhibit A</u>** is a summary of the number of hours expended and fees incurred (on an aggregate basis) by M3 professionals during the Compensation Period with respect to each of the project categories M3 established in accordance with its internal billing procedures.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Interim Compensation Order.

[3]   This amount represents 80% of the $458,108.50 in fees that M3 incurred during the Compensation Period (as defined below).  M3 intends to seek payment of the remaining 20% of fees $91,621.70 pursuant to an interim or final fee application in accordance with the Interim Compensation Order.

3.      Attached hereto as **<u>Exhibit B</u>** is a billing summary of certain information regarding the M3 professionals for whose work compensation is sought in this Fee Statement. M3 professionals have expended a total of 567.0 hours in connection with the Chapter 11 Cases during the Compensation Period.

4.      Attached hereto as **<u>Exhibit C</u>** is a summary setting forth the total amount of compensation sought for the Compensation Period, broken down by project category and individual, for which M3 is seeking compensation in this Fee Statement.

5.      Attached hereto as **<u>Exhibit D</u>** is M3's detailed records of hours incurred during the Compensation Period.

6.      Attached hereto as **<u>Exhibit E</u>** is M3's summary of expenses by category incurred during the Compensation Period.

7.      Attached hereto as **<u>Exhibit F</u>** is M3's detail of expenses incurred during the Compensation Period.

**<u>Reservation of Rights</u>**

8.      This Monthly Fee Statement includes all fees and expenses for the Compensation Period, as well as the required information and supporting detail related thereto, available to M3 at the time of the filing of this Monthly Fee Statement.  If additional fees, expenses, required information or supporting detail in connection with this Compensation Period should subsequently become available, as a result of delays in accounting processing, an inadvertence with respect to time entered in the accounting system, or any other reason, M3 reserves the right to payment of such affected amounts (including the right to seek payment thereof in a manner consistent with the Interim Compensation Order).

**Notice**

9.      In accordance with the procedures set forth in the Interim Compensation Order, notice of this Combined Monthly Fee Statement will be served by electronic transmission upon the Fee Notice Parties (*i.e.*, (a) the Debtors, c/o Zen JV, LLC, 200 N. LaSalle Street #900, Chicago, Illinois 60601, Attn: Sheri D. Davis, General Counsel (Sheri.Davis@careerbuilder.com); (b) counsel to the Debtors: (i) Latham & Watkins LLP, (a) 1271 Avenue of the Americas, New York, New York 10020, Attn: Ray C. Schrock (ray.schrock@lw.com) and Candace M. Arthur (candace.arthur@lw.com) and (b) 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: Jonathan Gordon (jonathan.gordon@lw.com) and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi (defranceschi@rlf.com) and Zachary I. Shapiro (shapiro@rlf.com); (c) counsel to the DIP Lender: (i) Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019, Attn: Robert M. Hirsh (robert.hirsh@nortonrosefulbright.com) and James Copeland(james.copeland@nortonrosefulbright.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew Lunn, Esq. (mlunn@ycst.com) and Robert Poppiti (rpoppiti@ycst.com); (d) the U.S. Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington, DE 19801, Attn: Linda J. Casey (Linda.Casey@usdoj.gov); and (e) counsel to the Creditors' Committee, Cole Schotz P.C., (i) 500 Delaware Avenue, Suite 600, Attn: Justin Alberto (jalberto@coleschotz.com), Melissa Hartlipp (mhartlipp@coleschotz.com), and Elazar Kosman (ekosman@coleschotz.com); and (ii) 1325 Avenue of the Americas, 19th Floor, Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah Carnes (scarnes@coleschotz.com). Based on the foregoing, M3 submits that no other or further notice is required.

10.     Each Fee Notice Party will have fourteen (14) days after delivery of a Monthly Fee Statement (the "<u>Objection Deadline</u>") to object to the requested fees and expenses in accordance with the procedures set forth in the Interim Compensation Order.  After the expiration of the Objection Deadline, the Debtors shall promptly pay M3 the undisputed portion of the fees and expenses requested herein.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, M3 respectfully requests compensation and reimbursement of its fees and expenses incurred during the Compensation Period in the total amount of $366,696.10, which pursuant to the Interim Compensation Order, consists of the following:  (a) $366,486.80 for 80% of the fees incurred by M3 in rendering reasonable and necessary financial advisory services to the Committee during the Compensation Period and (b) $209.30 for 100% of the actual and necessary expenses that M3 incurred during the Compensation Period.

Dated:  September 30, 2025

Respectfully submitted,

*/s/ Robert Winning*
Robert Winning
Managing Director
M3 Advisory Partners, LP
1700 Broadway, 19th Floor
New York, NY 10119