**<u>EXHIBIT A</u>**

**Summary of Total Hours and Fees**

**July 2, 2025 through August 31, 2025**

**EXHIBIT A**
**SUMMARY OF TIME DETAIL BY TASK**

| Task Code | Matter Category | Total Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Asset Sales | 84.3 | $70,388.00 |
| 2 | Case Administration | 1.5 | $1,539.50 |
| 3 | Claims/Liabilities Subject to Compromise | 14.6 | $10,114.50 |
| 4 | Contracts | 11.9 | $7,318.50 |
| 5 | Court Attendance/Participation | 0.9 | $652.50 |
| 6 | Diligence | 7.0 | $6,205.00 |
| 7 | Fee Application | 6.2 | $3,813.00 |
| 8 | Financial and Operational Matters | 32.3 | $21,074.50 |
| 9 | Financing Matters (Cash Budget, Exit, Other) | 44.9 | $39,139.00 |
| 10 | General Correspondence with Debtor & Debtors' Professionals | 10.3 | $8,076.00 |
| 11 | General Correspondence with UCC & UCC Counsel | 37.9 | $34,411.50 |
| 12 | Investigations and Litigation Support | 289.7 | $230,460.50 |
| 13 | Plan of Reorganization/Disclosure Statement | 25.5 | $24,916.00 |
| **Total** | | **567.0** | **$458,108.50** |

**<u>EXHIBIT B</u>**

**Summary of Compensation by Professional**

**July 2, 2025 through August 31, 2025**

**EXHIBIT B**
**SUMMARY OF TIME DETAIL BY PROFESSIONAL**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290.00 | 78.7 | $101,523.00 |
| Brett Joshpe | Director | $1,060.00 | 84.6 | $89,676.00 |
| Matthew Altman | Senior Associate | $725.00 | 169.4 | $122,815.00 |
| Nathaniel Repko | Associate | $615.00 | 234.3 | $144,094.50 |
| | | | | |
| **Total** | | | **567.0** | **$458,108.50** |

**Blended Rate:**                                    **$807.95**

## **EXHIBIT C**

**Summary of Total Fees**

**July 2, 2025 through August 31, 2025**

## EXHIBIT C
## TIME DETAIL BY TASK AND PROFESSIONAL

### *Asset Sales*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 21.1 | $27,219.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 39.1 | $28,347.50 |
| Nathaniel Repko | Associate | $615 | 24.1 | $14,821.50 |
| | | | **84.3** | **$70,388.00** |
| | Average Billing Rate | | | **$834.97** |

### *Case Administration*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 0.8 | $1,032.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 0.7 | $507.50 |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **1.5** | **$1,539.50** |
| | Average Billing Rate | | | **$1,026.33** |

### *Claims/Liabilities Subject to Compromise*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| Brett Joshpe | Director | $1,060 | 0.5 | $530.00 |
| Matthew Altman | Senior Associate | $725 | 8.3 | $6,017.50 |
| Nathaniel Repko | Associate | $615 | 5.8 | $3,567.00 |
| | | | **14.6** | **$10,114.50** |
| | Average Billing Rate | | | **$692.77** |

### *Contracts*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | 11.9 | $7,318.50 |
| | | | **11.9** | **$7,318.50** |
| | Average Billing Rate | | | **$615.00** |

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

### *Court Attendance/Participation*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 0.9 | $652.50 |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **0.9** | **$652.50** |
| | Average Billing Rate | | | **$725.00** |

### *Diligence*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 2.0 | $2,580.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 5.0 | $3,625.00 |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **7.0** | **$6,205.00** |
| | Average Billing Rate | | | **$886.43** |

### *Fee Application*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | 6.2 | $3,813.00 |
| | | | **6.2** | **$3,813.00** |
| | Average Billing Rate | | | **$615.00** |

### *Financial and Operational Matters*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 11.0 | $7,975.00 |
| Nathaniel Repko | Associate | $615 | 21.3 | $13,099.50 |
| | | | **32.3** | **$21,074.50** |
| | Average Billing Rate | | | **$652.46** |

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

*Financing Matters (Cash Budget, Exit, Other)*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 15.0 | $19,350.00 |
| Brett Joshpe | Director | $1,060 | 0.7 | $742.00 |
| Matthew Altman | Senior Associate | $725 | 9.9 | $7,177.50 |
| Nathaniel Repko | Associate | $615 | 19.3 | $11,869.50 |
| | | | **44.9** | **$39,139.00** |
| | Average Billing Rate | | | **$871.69** |

*General Correspondence with Debtor & Debtors' Professionals*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 1.6 | $2,064.00 |
| Brett Joshpe | Director | $1,060 | 0.3 | $318.00 |
| Matthew Altman | Senior Associate | $725 | 4.8 | $3,480.00 |
| Nathaniel Repko | Associate | $615 | 3.6 | $2,214.00 |
| | | | **10.3** | **$8,076.00** |
| | Average Billing Rate | | | **$784.08** |

*General Correspondence with UCC & UCC Counsel*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 13.1 | $16,899.00 |
| Brett Joshpe | Director | $1,060 | 3.3 | $3,498.00 |
| Matthew Altman | Senior Associate | $725 | 7.2 | $5,220.00 |
| Nathaniel Repko | Associate | $615 | 14.3 | $8,794.50 |
| | | | **37.9** | **$34,411.50** |
| | Average Billing Rate | | | **$907.96** |

*Investigations and Litigation Support*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 13.9 | $17,931.00 |
| Brett Joshpe | Director | $1,060 | 79.5 | $84,270.00 |
| Matthew Altman | Senior Associate | $725 | 68.5 | $49,662.50 |
| Nathaniel Repko | Associate | $615 | 127.8 | $78,597.00 |
| | | | **289.7** | **$230,460.50** |
| | Average Billing Rate | | | **$795.51** |

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

*Plan of Reorganization/Disclosure Statement*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 11.2 | $14,448.00 |
| Brett Joshpe | Director | $1,060 | 0.3 | $318.00 |
| Matthew Altman | Senior Associate | $725 | 14.0 | $10,150.00 |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **25.5** | **$24,916.00** |
| | Average Billing Rate | | | **$977.10** |

# EXHIBIT D

**Time Detail by Project Category by Professional**

**July 2, 2025 through August 31, 2025**

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| *Asset Sales* | | | |
| 7/3/2025 | Robert Winning | 1.8 | Analysis of bid procedures and stalking horse bid |
| 7/5/2025 | Matthew Altman | 0.5 | Review asset sale log and correspondence with team re: same |
| 7/6/2025 | Matthew Altman | 1.5 | Prepare materials for committee re: asset sale process |
| 7/6/2025 | Nathaniel Repko | 1.4 | Continue reviewing documents and bidder log |
| 7/7/2025 | Robert Winning | 1.4 | Analysis re: bid procedure and sale issues |
| 7/8/2025 | Matthew Altman | 0.6 | Review APAs |
| 7/8/2025 | Nathaniel Repko | 2.2 | Review APA's and prepare analysis of same |
| 7/8/2025 | Nathaniel Repko | 2.1 | Continue analysis of APA's |
| 7/8/2025 | Nathaniel Repko | 1.8 | Continue analysis of APA's |
| 7/10/2025 | Matthew Altman | 0.8 | Review dataroom re: asset sales |
| 7/10/2025 | Robert Winning | 1.3 | Analysis re: contract assumption issues in connection with stalking horse proposals |
| 7/11/2025 | Matthew Altman | 1.0 | Review contract cures re: asset sales |
| 7/11/2025 | Nathaniel Repko | 1.4 | Prepare sale process update and summary |
| 7/13/2025 | Matthew Altman | 1.1 | Review TSA agreement |
| 7/14/2025 | Nathaniel Repko | 1.9 | Prepare updated financials/sale/APA deck for UCC |
| 7/14/2025 | Nathaniel Repko | 1.4 | Prepare updated financials/sale/APA deck for UCC; discuss same internally |
| 7/14/2025 | Robert Winning | 1.2 | Analysis re: potential contract assumptions in sale process |
| 7/15/2025 | Matthew Altman | 2.2 | Analyze bids re: MMP and MGS |
| 7/15/2025 | Matthew Altman | 2.5 | Analyze bids re: Job Boards |
| 7/15/2025 | Matthew Altman | 1.9 | Review bid summary materials and prepare edits |
| 7/15/2025 | Nathaniel Repko | 2.2 | Review submitted bids; prepare summary of same |
| 7/15/2025 | Nathaniel Repko | 2.1 | Continue reviewing submitted bids and preparing summary of same |
| 7/16/2025 | Matthew Altman | 2.2 | Review TSA and contract schedules |
| 7/16/2025 | Matthew Altman | 1.9 | Review bid materials for auction process |
| 7/16/2025 | Matthew Altman | 2.0 | Analyze bid packages re: Job Boards business |
| 7/16/2025 | Matthew Altman | 2.0 | Prepare bid summary materials for client |
| 7/16/2025 | Matthew Altman | 0.8 | Participate in conference with R. Winning (M3) and AlixPartners team re: auction process |
| 7/16/2025 | Nathaniel Repko | 1.9 | Continue reviewing submitted bids and preparing summary of same |
| 7/16/2025 | Nathaniel Repko | 1.8 | Organize bid packages for internal review |
| 7/16/2025 | Nathaniel Repko | 1.4 | Continue reviewing submitted bids and preparing summary of same |
| 7/16/2025 | Nathaniel Repko | 1.1 | Review Stalking Horse APA provisions vs. bids |
| 7/16/2025 | Robert Winning | 3.3 | Analysis of bids submitted by bid deadline |
| 7/17/2025 | Matthew Altman | 13.0 | Participate in auction re: MGS, MMP, and Job Boards Businesses at Debtor Counsel's offices |
| 7/17/2025 | Nathaniel Repko | 0.9 | Prepare bid tracker |
| 7/17/2025 | Robert Winning | 6.5 | Participate in auction (partial) |
| 7/18/2025 | Matthew Altman | 1.9 | Analyze contracts re: TSA contract cures |
| 7/18/2025 | Matthew Altman | 0.5 | Participate in call with D. Repko (M3) and AlixPartners re: TSA |
| 7/18/2025 | Matthew Altman | 2.0 | Analyze contracts re: TSA contract cures |
| 7/18/2025 | Robert Winning | 2.4 | Analysis of final bids and open issues following auction |
| 7/18/2025 | Nathaniel Repko | 0.5 | Participate in call with M. Altman (M3) and AlixPartners re: TSA |
| 7/19/2025 | Matthew Altman | 0.2 | Participate in final auction results meeting |
| 7/20/2025 | Matthew Altman | 0.5 | Review Transaction Services Agreement |
| 7/20/2025 | Robert Winning | 0.8 | Correspondence re: open bid issues |
| 7/21/2025 | Robert Winning | 0.8 | Analysis re: assumption of liabilities under the asset sales |
| 7/23/2025 | Robert Winning | 0.4 | Correspondence re: assumed liabilities under winning bids |
| 8/6/2025 | Robert Winning | 1.2 | Analysis of contract assumptions and cure |
| **Subtotal** | | **84.3** | |
| | | | |
| *Case Administration* | | | |
| 7/2/2025 | Matthew Altman | 0.3 | Correspondence with internal team re: workstreams and case items |
| 7/15/2025 | Robert Winning | 0.8 | Calls with creditors re: case status and follow-ups |
| 7/18/2025 | Matthew Altman | 0.4 | Prepare retention application |
| **Subtotal** | | **1.5** | |
| | | | |
| *Claims/Liabilities Subject to Compromise* | | | |
| 7/21/2025 | Matthew Altman | 2.2 | Review SOFA SOAL materials |
| 7/21/2025 | Matthew Altman | 1.3 | Review and comment on presentation materials re: SOFA SOALS |
| 7/23/2025 | Matthew Altman | 1.1 | Analyze contract rejections and cures |
| 8/11/2025 | Brett Joshpe | 0.5 | Review claims materials |
| 8/11/2025 | Matthew Altman | 1.3 | Analyze claims re: settlement Discussions |
| 8/11/2025 | Matthew Altman | 0.7 | Analyze insider payments |
| 8/13/2025 | Matthew Altman | 1.3 | Analyze priority tax claims and prepare diligence items for Debtors |
| 8/19/2025 | Nathaniel Repko | 1.7 | Review claims register; prepare summary analyses of same |
| 8/19/2025 | Nathaniel Repko | 1.6 | Continue preparing summary claims register analyses |
| 8/20/2025 | Matthew Altman | 0.4 | Review filed and scheduled claims |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/20/2025 | Nathaniel Repko | 1.3 | Continue analysis of general unsecured claims pool |
| 8/25/2025 | Nathaniel Repko | 1.2 | Prepare summary claims analysis |
| **Subtotal** | | **14.6** | |
| | | | |
| *Contracts* | | | |
| 7/10/2025 | Nathaniel Repko | 1.8 | Review contract cure list and material contracts; discuss same internally |
| 7/10/2025 | Nathaniel Repko | 1.9 | Analyze contract cures |
| 7/11/2025 | Nathaniel Repko | 1.6 | Review and organize contract data |
| 7/16/2025 | Nathaniel Repko | 2.1 | Review contract portions of bids; discuss same internally |
| 7/17/2025 | Nathaniel Repko | 1.9 | Prepare contract cure summary bridge |
| 7/17/2025 | Nathaniel Repko | 1.3 | Review data room for contract-related information; compare to filed cures; discuss same internally |
| 7/17/2025 | Nathaniel Repko | 1.3 | Continue reviewing contract data and filed cure schedules |
| **Subtotal** | | **11.9** | |
| | | | |
| *Court Attendance/Participation* | | | |
| 7/28/2025 | Matthew Altman | 0.9 | Attend second day hearing |
| **Subtotal** | | **0.9** | |
| | | | |
| *Diligence* | | | |
| 7/9/2025 | Matthew Altman | 1.5 | Review dataroom files |
| 7/9/2025 | Matthew Altman | 1.5 | Prepare diligence request lists |
| 7/23/2025 | Robert Winning | 0.8 | Review schedules and statements |
| 7/24/2025 | Matthew Altman | 1.1 | Review responses to outstanding diligence requests |
| 7/25/2025 | Matthew Altman | 0.9 | Review diligence responses from Alix team |
| 8/8/2025 | Robert Winning | 1.2 | Review materials re: business combination and prior activities |
| **Subtotal** | | **7.0** | |
| | | | |
| *Fee Application* | | | |
| 8/12/2025 | Nathaniel Repko | 1.5 | Prepare fee application |
| 8/22/2025 | Nathaniel Repko | 0.4 | Review current fee application; discuss same internally |
| 8/27/2025 | Nathaniel Repko | 1.4 | Prepare fee application exhibits and related support |
| 8/28/2025 | Nathaniel Repko | 1.6 | Prepare fee application exhibits and related support |
| 8/29/2025 | Nathaniel Repko | 1.3 | Review fee application and related entries |
| **Subtotal** | | **6.2** | |
| | | | |
| *Financial and Operational Matters* | | | |
| 7/3/2025 | Nathaniel Repko | 1.1 | Analyze first day motions |
| 7/9/2025 | Matthew Altman | 1.2 | Review historical financial information |
| 7/10/2025 | Matthew Altman | 1.6 | Analyze historical financial information |
| 7/10/2025 | Nathaniel Repko | 2.2 | Review recent historical financials received from debtors advisors |
| 7/10/2025 | Nathaniel Repko | 2.1 | Continue preparing recent historical financial analysis |
| 7/10/2025 | Matthew Altman | 1.4 | Analyze financial data re: historical performance |
| 7/11/2025 | Matthew Altman | 1.0 | Analyze historical financial performance for Job Boards business |
| 7/16/2025 | Nathaniel Repko | 1.5 | Update UCC deck with latest sale information |
| 7/22/2025 | Matthew Altman | 1.1 | Correspond with Debtors' advisors re: operational matters |
| 7/22/2025 | Matthew Altman | 1.1 | Prepare UCC presentation materials re: auction results and APAs |
| 7/22/2025 | Matthew Altman | 1.9 | Prepare presentation materials re: SOFA SOALs, variance, and auction results |
| 7/24/2025 | Nathaniel Repko | 1.8 | Prepare latest UCC update deck re: DIP budget, variance and forecast |
| 7/25/2025 | Nathaniel Repko | 1.9 | Update UCC materials based on latest budget; discuss same internally |
| 7/25/2025 | Nathaniel Repko | 1.8 | Continue updating UCC materials re: DIP Budget |
| 8/1/2025 | Nathaniel Repko | 1.8 | Update and refine organizational chart and merger summary analyses |
| 8/1/2025 | Nathaniel Repko | 1.5 | Continue to update/refine organizational chart and merger summary analyses |
| 8/1/2025 | Nathaniel Repko | 1.6 | Continue to update/refine organizational chart and merger summary analyses |
| 8/1/2025 | Nathaniel Repko | 0.7 | Review filings and data room for information related to merger, financing, other key terms |
| 8/1/2025 | Nathaniel Repko | 1.4 | Address comments to org chart and related work; prepare updates and correspondence re: same |
| 8/6/2025 | Matthew Altman | 1.7 | Analysis re: contract assumptions and related conversations with J. Shen and J. Creighton (Alix) |
| 8/25/2025 | Nathaniel Repko | 1.1 | Prepare professional fee summary |
| 8/28/2025 | Nathaniel Repko | 0.8 | Assist with preparing settlement recovery analysis |
| **Subtotal** | | **32.3** | |
| | | | |
| *Financing Matters (Cash Budget, Exit, Other)* | | | |
| 7/3/2025 | Nathaniel Repko | 0.6 | Conference w/ J. Shen, J. Duran (AlixPartners), R. Winning (M3) to discuss DIP model |
| 7/3/2025 | Nathaniel Repko | 1.8 | Review DIP model |
| 7/3/2025 | Nathaniel Repko | 2.3 | Prepare slides for initial UCC presentation re: DIP |
| 7/3/2025 | Robert Winning | 2.2 | Analysis of DIP budget |
| 7/3/2025 | Robert Winning | 1.7 | Analysis of potential wind-down issues and related diligence |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 7/6/2025 | Matthew Altman | 0.6 | Review and provide comments re: DIP budget presentation materials |
| 7/6/2025 | Nathaniel Repko | 1.8 | Continue preparing slides for initial UCC presentation on DIP budget |
| 7/7/2025 | Matthew Altman | 1.2 | Review DIP budget |
| 7/7/2025 | Nathaniel Repko | 1.1 | Prepare updated UCC presentation on DIP budget |
| 7/7/2025 | Robert Winning | 1.6 | Analysis re: DIP/budget issues |
| 7/8/2025 | Robert Winning | 0.6 | Conference w/ J. Shen, J. Duran (AlixPartners), D. Repko (M3) to discuss DIP model |
| 7/14/2025 | Matthew Altman | 0.5 | Correspond with counsel re: DIP issues |
| 7/15/2025 | Robert Winning | 1.4 | Analysis re: DIP issues |
| 7/18/2025 | Matthew Altman | 0.4 | Analyze variance reporting |
| 7/20/2025 | Robert Winning | 1.8 | Attention to matters re: DIP objection |
| 7/23/2025 | Matthew Altman | 0.8 | Analyze DIP budget and term sheet |
| 7/23/2025 | Matthew Altman | 1.1 | Continue to analze DIP budget and term sheet |
| 7/23/2025 | Matthew Altman | 0.8 | Analyze DIP budget |
| 7/23/2025 | Nathaniel Repko | 2.3 | Review latest DIP budget and term sheet |
| 7/23/2025 | Nathaniel Repko | 1.9 | Continue reviewing DIP budget and preparing variance analysis of same |
| 7/23/2025 | Robert Winning | 3.2 | Analysis re: potential cash collateral settlement |
| 7/24/2025 | Matthew Altman | 1.1 | Review DIP presentation materials and DIP terms |
| 7/24/2025 | Matthew Altman | 0.6 | Review DIP presentation materials |
| 7/24/2025 | Robert Winning | 1.2 | Continued analysis re: potential cash collateral settlement |
| 7/25/2025 | Matthew Altman | 1.5 | Analyze updated DIP budget and term sheet |
| 7/25/2025 | Nathaniel Repko | 2.2 | Review latest DIP budget and term sheet; prepare variance analysis of same |
| 7/28/2025 | Matthew Altman | 1.3 | Review DIP presentation materials |
| 8/4/2025 | Nathaniel Repko | 1.4 | Review recent company financials and DIP budget |
| 8/6/2025 | Robert Winning | 1.3 | Analysis re: updated budget including wind-down |
| 8/19/2025 | Brett Joshpe | 0.7 | Review and discuss cash collateral term sheet and DIP materials w/ D. Repko (M3) |
| 8/19/2025 | Nathaniel Repko | 0.7 | Review and discuss cash collateral term sheet and DIP materials w/ B. Joshpe (M3) |
| 8/26/2025 | Nathaniel Repko | 1.8 | Prepare debtor budget summary analysis and bridge to actuals |
| 8/26/2025 | Nathaniel Repko | 1.4 | Continue preparing debtor budget summary analysis and bridge to actuals |
| **Subtotal** | | **44.9** | |

*General Correspondence with Debtor & Debtors' Professionals*

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 7/3/2025 | Robert Winning | 0.9 | Call with Debtor professionals re: case status |
| 7/11/2025 | Robert Winning | 0.7 | Conference w/ J. Lily, A. Reddy (PJT), J. Shen (AlixPartners), M. Altman, D. Repko (M3) to discuss sale process, cure list and budget |
| 7/11/2025 | Nathaniel Repko | 0.7 | Conference w/ J. Lily, A. Reddy (PJT), J. Shen (AlixPartners), R. Winning, M. Altman (M3) to discuss sale process, cure list and budget |
| 7/11/2025 | Matthew Altman | 0.7 | Conference w/ J. Lily, A. Reddy (PJT), J. Shen (AlixPartners), R. Winning, D. Repko (M3) to discuss sale process, cure list and budget |
| 7/18/2025 | Nathaniel Repko | 0.4 | Conference w/ J. Shen, J. Creighton, J. Duran (AlixPartners), M. Altman (M3) to discuss auction and contract cures |
| 7/23/2025 | Matthew Altman | 1.6 | Correspond with Debtor professionals re: DIP inputs |
| 7/25/2025 | Matthew Altman | 0.4 | Conference w/ AlixPartners team, D. Repko (M3) to discuss latest DIP budget |
| 7/25/2025 | Nathaniel Repko | 0.4 | Conference w/ AlixPartners team, M. Altman (M3) to discuss latest DIP budget |
| 8/1/2025 | Brett Joshpe | 0.3 | Conference w/ AlixPartners team, M. Altman, D. Repko (M3) to discuss latest variance report and sale closing |
| 8/1/2025 | Nathaniel Repko | 0.3 | Conference w/ AlixPartners team, B. Joshpe, M. Altman (M3) to discuss latest variance report and sale closing |
| 8/1/2025 | Matthew Altman | 0.3 | Conference w/ AlixPartners team, B. Joshpe, D. Repko (M3) to discuss latest variance report and sale closing |
| 8/15/2025 | Nathaniel Repko | 1.5 | Conference with Debtors' advisors and M3 re: case updates, correspondence with M3 re: same |
| 8/15/2025 | Matthew Altman | 1.5 | Conference with Debtors' advisors and M3 re: case updates, correspondence with M3 re: same |
| 8/22/2025 | Matthew Altman | 0.3 | Conference with D. Repko (M3) and AlixPartners re: case updates |
| 8/22/2025 | Nathaniel Repko | 0.3 | Conference with M. Altman (M3) and AlixPartners re: case updates |
| **Subtotal** | | **10.3** | |

*General Correspondence with UCC & UCC Counsel*

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 7/7/2025 | Matthew Altman | 0.3 | Conference w/ Committee members, Cole Schotz team, R. Winning, D. Repko (M3) to discuss initial priorities and timeline, bid procedures and next steps |
| 7/7/2025 | Matthew Altman | 0.4 | Conference w/ Cole Schotz team, R. Winning, D. Repko (M3) to discuss initial UCC call, case timeline and next steps |
| 7/7/2025 | Nathaniel Repko | 0.3 | Conference w/ Committee members, Cole Schotz team, R. Winning, M. Altman (M3) to discuss initial priorities and timeline, bid procedures and next steps |
| 7/7/2025 | Nathaniel Repko | 0.4 | Conference w/ Cole Schotz team, R. Winning, M. Altman (M3) to discuss initial UCC call, case timeline and next steps |
| 7/7/2025 | Robert Winning | 0.3 | Conference w/ Committee members, Cole Schotz team, M. Altman, D. Repko (M3) to discuss initial priorities and timeline, bid procedures and next steps |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 7/7/2025 | Robert Winning | 0.4 | Conference w/ Cole Schotz team, M. Altman, D. Repko (M3) to discuss initial UCC call, case timeline and next steps |
| 7/8/2025 | Matthew Altman | 0.5 | Conference w/ M. Hartlipp (Cole Schotz), D. Repko (M3) to discuss initial debtor information requests |
| 7/8/2025 | Nathaniel Repko | 0.5 | Conference w/ M. Hartlipp (Cole Schotz), M. Altman (M3) to discuss initial debtor information requests |
| 7/8/2025 | Nathaniel Repko | 0.4 | Correspond w/ UCC members re: call scheduling |
| 7/8/2025 | Robert Winning | 1.3 | Revise materials for UCC re: recent operations and key case workstreams |
| 7/10/2025 | Matthew Altman | 0.3 | Conference w/ Textkernel team, S. Carnes (Cole Schotz), R. Winning, D. Repko (M3) to discuss priorities and next steps |
| 7/10/2025 | Matthew Altman | 0.3 | Conference w/ Jobcase team, R. Winning, D. Repko (M3) to discuss priorities and next steps |
| 7/10/2025 | Matthew Altman | 0.2 | Correspondence with committee members re: contract cures |
| 7/10/2025 | Nathaniel Repko | 0.3 | Conference w/ Textkernel team, S. Carnes (Cole Schotz), R. Winning, M. Altman (M3) to discuss priorities and next steps |
| 7/10/2025 | Nathaniel Repko | 0.3 | Conference w/ Jobcase team, R. Winning, M. Altman (M3) to discuss priorities and next steps |
| 7/10/2025 | Robert Winning | 0.3 | Conference w/ Jobcase team, M. Altman, D. Repko (M3) to discuss priorities and next steps |
| 7/10/2025 | Robert Winning | 0.3 | Conference w/ Textkernel team, S. Carnes (Cole Schotz), M. Altman, D. Repko (M3) to discuss priorities and next steps |
| 7/15/2025 | Matthew Altman | 0.3 | Conference w/ Verinext team, S. Carnes (Cole Schotz), R. Winning, D. Repko (M3) to discuss case timeline, sale process and contracts |
| 7/15/2025 | Nathaniel Repko | 0.3 | Conference w/ Verinext team, S. Carnes (Cole Schotz), R. Winning, M. Altman (M3) to discuss case timeline, sale process and contracts |
| 7/15/2025 | Robert Winning | 0.3 | Conference w/ Verinext team, S. Carnes (Cole Schotz), M. Altman, D. Repko (M3) to discuss case timeline, sale process and contracts |
| 7/16/2025 | Matthew Altman | 0.5 | Conference w/ UCC & UCC Counsel, S. Carnes, E. Kosman (Cole Schotz), R. Winning, D. Repko (M3) to discuss sale process, timeline and auction |
| 7/16/2025 | Nathaniel Repko | 0.5 | Conference w/ UCC & UCC Counsel, S. Carnes, E. Kosman (Cole Schotz), R. Winning, M. Altman (M3) to discuss sale process, timeline and auction |
| 7/16/2025 | Robert Winning | 2.2 | Revise materials for Committee on case updates and key next steps |
| 7/16/2025 | Robert Winning | 0.5 | Conference w/ UCC & UCC Counsel, S. Carnes, E. Kosman (Cole Schotz), M. Altman, D. Repko (M3) to discuss sale process, timeline and auction |
| 7/21/2025 | Matthew Altman | 2.1 | Prepare UCC presentation materials re: SOFA/SOAL |
| 7/21/2025 | Nathaniel Repko | 2.2 | Update latest UCC deck re: SOFA/SOAL |
| 7/21/2025 | Nathaniel Repko | 1.9 | Continue updating UCC deck and related materials |
| 7/22/2025 | Nathaniel Repko | 2.1 | Update latest UCC deck; discuss same internally |
| 7/22/2025 | Nathaniel Repko | 1.9 | Update UCC deck based on internal comments |
| 7/22/2025 | Robert Winning | 1.3 | Revise case update materials for UCC |
| 7/23/2025 | Matthew Altman | 0.3 | Conference w/ Cole Schotz team, R. Winning, D. Repko (M3) to discuss upcoming UCC call, DIP and budget |
| 7/23/2025 | Matthew Altman | 0.3 | Conference w/ UCC, Cole Schotz team, R. Winning, D. Repko (M3) to discuss auction/sale results, budget, DIP and case timeline |
| 7/23/2025 | Nathaniel Repko | 0.3 | Conference w/ Cole Schotz team, R. Winning, M. Altman (M3) to discuss upcoming UCC call, DIP and budget |
| 7/23/2025 | Nathaniel Repko | 0.3 | Conference w/ UCC, Cole Schotz team, R. Winning, M. Altman (M3) to discuss auction/sale results, budget, DIP and case timeline |
| 7/23/2025 | Robert Winning | 0.3 | Conference w/ Cole Schotz team, M. Altman, D. Repko (M3) to discuss upcoming UCC call, DIP and budget |
| 7/23/2025 | Robert Winning | 0.3 | Conference w/ UCC, Cole Schotz team, M. Altman, D. Repko (M3) to discuss auction/sale results, budget, DIP and case timeline |
| 7/29/2025 | Nathaniel Repko | 1.1 | Update latest UCC presentation re: DIP and case updates |
| 8/2/2025 | Brett Joshpe | 0.3 | Review and update slides and send comments to D. Repko (M3) |
| 8/19/2025 | Robert Winning | 1.8 | Revisions to UCC materials re: case next steps |
| 8/21/2025 | Brett Joshpe | 0.4 | Conference w/ Cole Schotz team, R. Winning, M. Altman, D. Repko (M3) to review UCC initial findings presentation and organize cadence for UCC call |
| 8/21/2025 | Brett Joshpe | 1.1 | Conference w/ UCC members, Cole Schotz team, R. Winning, M. Altman, D. Repko (M3) to discuss UCC initial findings and next steps regarding the case |
| 8/21/2025 | Matthew Altman | 0.4 | Conference w/ Cole Schotz team, R. Winning, B. Joshpe, D. Repko (M3) to review UCC plan and alternatives |
| 8/21/2025 | Matthew Altman | 1.1 | Conference w/ UCC members, Cole Schotz team, R. Winning, B. Joshpe, D. Repko (M3) to discuss UCC plan and alternatives |
| 8/21/2025 | Nathaniel Repko | 0.4 | Conference w/ Cole Schotz team, R. Winning, B. Joshpe, M. Altman, (M3) to review UCC plan and alternatives |
| 8/21/2025 | Nathaniel Repko | 1.1 | Conference w/ UCC members, Cole Schotz team, R. Winning, B. Joshpe, M. Altman (M3) to discuss UCC plan and alternatives |
| 8/21/2025 | Robert Winning | 0.4 | Conference w/ Cole Schotz team, B. Joshpe, M. Altman, D. Repko (M3) to review UCC plan and alternatives |
| 8/21/2025 | Robert Winning | 1.1 | Conference w/ UCC members, Cole Schotz team, B. Joshpe, M. Altman, D. Repko (M3) to discuss UCC plan and alternatives |
| 8/21/2025 | Robert Winning | 2.3 | Prepare for and participate in UCC call re: plan alternatives |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/22/2025 | Matthew Altman | 0.2 | Prepare correspondence to UCC counsel re: finding from call with AlixPartners |
| 8/25/2025 | Brett Joshpe | 0.8 | Follow correspondence related to settlement terms between Cole Schotz and M3 |
| 8/26/2025 | Brett Joshpe | 0.2 | Continue to follow correspondence between Cole Schotz and M3 on settlement terms |
| 8/29/2025 | Brett Joshpe | 0.5 | Follow correspondence on final settlement terms between M3, Cole Schotz and UCC and review M3 materials |
| **Subtotal** | | **37.9** | |

***Investigations and Litigation Support***

| | | | |
|------|-------------|-------|----------|
| 7/9/2025 | Matthew Altman | 0.4 | Conference with S. Carnes (CS), and R. Winning (M3) re: investigation data requests |
| 7/9/2025 | Robert Winning | 0.4 | Conference with S. Carnes (CS), and M. Altman (M3) re: investigation data requests |
| 7/10/2025 | Matthew Altman | 0.3 | Conference with Debtors, CS, and M3 re: investigation matters |
| 7/11/2025 | Robert Winning | 0.8 | Comment on document request |
| 7/21/2025 | Matthew Altman | 1.2 | Review DIP objection and provide comments for counsel |
| 7/25/2025 | Brett Joshpe | 0.7 | Read First Day Declaration in preparation for investigative work |
| 7/28/2025 | Brett Joshpe | 0.6 | Review DIP objection |
| 7/28/2025 | Brett Joshpe | 0.6 | Start review of documents produced for investigation |
| 7/28/2025 | Matthew Altman | 2.0 | Review documents produced by Debtors |
| 7/28/2025 | Nathaniel Repko | 2.2 | Prepare analysis re: Debtors' historical financials |
| 7/28/2025 | Nathaniel Repko | 2.1 | Continue analysis re: Debtors' historical financials |
| 7/28/2025 | Nathaniel Repko | 1.9 | Review Contribution/Sale Agreement and related documents |
| 7/28/2025 | Nathaniel Repko | 2.1 | Continue review of CSA and related documents |
| 7/28/2025 | Robert Winning | 0.7 | Attention to matters re: initial document production and next steps |
| 7/29/2025 | Brett Joshpe | 0.7 | Review merger documents |
| 7/29/2025 | Brett Joshpe | 2.5 | Review various transaction documents |
| 7/29/2025 | Brett Joshpe | 0.6 | Continue review of documents |
| 7/29/2025 | Matthew Altman | 1.6 | Review investigation documents |
| 7/29/2025 | Matthew Altman | 2.4 | Continued document review re: investigation |
| 7/29/2025 | Nathaniel Repko | 1.2 | Continue analysis re: Debtors' historical financials |
| 7/29/2025 | Nathaniel Repko | 1.9 | Continue merger summary and analysis |
| 7/29/2025 | Nathaniel Repko | 1.6 | Continue review seller note and credit agreement documents |
| 7/29/2025 | Nathaniel Repko | 1.2 | Continue review seller note and credit agreement documents |
| 7/30/2025 | Brett Joshpe | 0.3 | Conference with M. Altman (M3) re: pre-petition transactions |
| 7/30/2025 | Brett Joshpe | 1.2 | Review documentation of Monster/CB deal as part of investigative financial analysis |
| 7/30/2025 | Matthew Altman | 1.4 | Conduct document review re: investigation |
| 7/30/2025 | Matthew Altman | 0.3 | Conference with B. Joshpe (M3) re: pre-petition transactions |
| 7/30/2025 | Matthew Altman | 1.0 | Create work plan and scope for investigation |
| 7/30/2025 | Nathaniel Repko | 0.9 | Prepare historical organizational charts |
| 7/30/2025 | Nathaniel Repko | 1.8 | Continue preparing organizational chart |
| 7/30/2025 | Nathaniel Repko | 1.2 | Review seller note documentation |
| 7/31/2025 | Brett Joshpe | 2.5 | Meet with D. Repko (M3) to discuss investigation and merger |
| 7/31/2025 | Brett Joshpe | 0.3 | Call with M. Altman about merger transaction as part of investigative work |
| 7/31/2025 | Brett Joshpe | 1.6 | Continue review of merger and transaction documents |
| 7/31/2025 | Brett Joshpe | 0.6 | Conference with M. Altman (M3) re: discovery and investigation items |
| 7/31/2025 | Matthew Altman | 2.5 | Continued document review: investigation |
| 7/31/2025 | Matthew Altman | 1.9 | Review merger documents re: investigation |
| 7/31/2025 | Matthew Altman | 0.6 | Conference with B. Joshpe (M3) re: discovery and investigation items |
| 7/31/2025 | Nathaniel Repko | 2.1 | Update and refine historical organizational charts |
| 7/31/2025 | Nathaniel Repko | 1.0 | Continue to update/refine organizational chart and merger summary analyses |
| 7/31/2025 | Nathaniel Repko | 2.5 | Meet with B. Joshpe (M3) to discuss investigation and merger |
| 7/31/2025 | Nathaniel Repko | 1.4 | Update financial supporting analyses/summary with entity-level breakout |
| 7/31/2025 | Robert Winning | 0.5 | Call with UCC counsel re: next steps in investigation |
| 7/31/2025 | Robert Winning | 0.7 | Prepare WIP list for investigation |
| 8/1/2025 | Brett Joshpe | 0.2 | Conference with M. Altman (M3) re: investigation items |
| 8/1/2025 | Brett Joshpe | 0.2 | Review and make edits to diligence items |
| 8/1/2025 | Brett Joshpe | 0.2 | Review materials sent by D. Repko re: diligence items |
| 8/1/2025 | Brett Joshpe | 0.3 | Review summaries of diligence re: prepetition transactions |
| 8/1/2025 | Brett Joshpe | 0.6 | Conference with R. Winning and M. Altman (M3) to discuss investigation workplan |
| 8/1/2025 | Matthew Altman | 0.2 | Conference with B. Joshpe (M3) re: investigation items |
| 8/1/2025 | Matthew Altman | 0.6 | Conference with R. Winning, B. Joshpe (M3) to discuss investigation workplan |
| 8/1/2025 | Matthew Altman | 2.4 | Review documents produced by Debtors |
| 8/1/2025 | Matthew Altman | 1.2 | Review materials re: investigation matters |
| 8/1/2025 | Robert Winning | 0.6 | Conference with B. Joshpe, and M. Altman (M3) to discuss investigation workplan |
| 8/3/2025 | Brett Joshpe | 1.7 | Continue review of merger and transaction documents |
| 8/3/2025 | Brett Joshpe | 0.5 | Recreate historical org chart |
| 8/3/2025 | Brett Joshpe | 0.8 | Review recharacterization of debt to equity standards |
| 8/4/2025 | Brett Joshpe | 1.1 | Conference w/ M. Altman, D. Repko (M3) to review materials re: prepetition activities |

EXHIBIT D
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/4/2025 | Brett Joshpe | 1.9 | Review prepetition transaction documents |
| 8/4/2025 | Brett Joshpe | 0.2 | Call with M. Altman to discuss investigation work |
| 8/4/2025 | Brett Joshpe | 0.8 | Review latest draft of materials re: prepetition activities |
| 8/4/2025 | Matthew Altman | 1.1 | Conference w/ B. Joshpe, D. Repko (M3) to discuss 2024 merger |
| 8/4/2025 | Matthew Altman | 1.9 | Review discovery documents re: investigation |
| 8/4/2025 | Matthew Altman | 1.6 | Analyze 1-year insider payments |
| 8/4/2025 | Nathaniel Repko | 1.1 | Conference w/ B. Joshpe, M. Altman (M3) to review latest UCC presentation re: prepetition activities |
| 8/4/2025 | Nathaniel Repko | 1.9 | Prepare presentation and supporting analyses for potential litigation alternatives |
| 8/4/2025 | Nathaniel Repko | 1.8 | Prepare presentation and supporting analyses for potential litigation alternatives |
| 8/4/2025 | Nathaniel Repko | 1.7 | Continue reviewing relevant documents re: prepetition transactions |
| 8/4/2025 | Nathaniel Repko | 1.9 | Continue reviewing relevant documents re: prepetition transactions |
| 8/5/2025 | Brett Joshpe | 1.0 | Meet with M. Altman and D. Repko (M3) re: investigation matters |
| 8/5/2025 | Brett Joshpe | 0.5 | Meet with M. Altman and D. Repko on merger transaction investigation |
| 8/5/2025 | Brett Joshpe | 0.4 | Correspond with D. Repko (M3) about latest deck presentation |
| 8/5/2025 | Matthew Altman | 1.0 | Meet with B. Joshpe and D. Repko (M3) re: investigation matters |
| 8/5/2025 | Matthew Altman | 2.1 | Document review re: investigation |
| 8/5/2025 | Nathaniel Repko | 1.0 | Meet with B. Joshpe and M. Altman (M3) re: investigation matters |
| 8/5/2025 | Nathaniel Repko | 1.7 | Prepare supporting analyses for investigation |
| 8/5/2025 | Nathaniel Repko | 1.9 | Prepare supporting analyses for investigation |
| 8/5/2025 | Nathaniel Repko | 1.9 | Continue reviewing relevant documents re: prepetition transactions |
| 8/6/2025 | Matthew Altman | 1.9 | Continued investigation analysis and discovery review |
| 8/6/2025 | Nathaniel Repko | 1.3 | Prepare analyses for investigation |
| 8/6/2025 | Nathaniel Repko | 2.1 | Prepare analyses for investigation |
| 8/6/2025 | Nathaniel Repko | 2.2 | Prepare analyses for investigation |
| 8/6/2025 | Nathaniel Repko | 0.9 | Continue reviewing relevant documents re: prepetition transactions |
| 8/7/2025 | Brett Joshpe | 0.9 | Review updated deck, make edits and correspond with D. Repko (M3) |
| 8/7/2025 | Brett Joshpe | 1.1 | Meet with D. Repko and M. Altman (M3) to work through transaction history |
| 8/7/2025 | Brett Joshpe | 0.1 | Meet with R. Winning re: investigation |
| 8/7/2025 | Brett Joshpe | 0.3 | Review debt provisions for recharacterization analysis. |
| 8/7/2025 | Brett Joshpe | 0.4 | Continue review of latest version of deck and correspond with D. Repko |
| 8/7/2025 | Brett Joshpe | 1.0 | Conference with M. Altman and D. Repko (M3) re: investigation materials |
| 8/7/2025 | Matthew Altman | 1.0 | Conference with B. Joshpe and D. Repko (M3) re: investigation materials |
| 8/7/2025 | Nathaniel Repko | 1.0 | Conference with B. Joshpe and M. Altman (M3) re: investigation materials |
| 8/7/2025 | Nathaniel Repko | 1.1 | Prepare presentation for UCC re: investigation |
| 8/7/2025 | Nathaniel Repko | 1.8 | Prepare presentation for UCC re: investigation |
| 8/7/2025 | Nathaniel Repko | 2.3 | Prepare presentation for UCC re: investigation |
| 8/7/2025 | Nathaniel Repko | 1.4 | Continue reviewing relevant documents re: prepetition transactions |
| 8/7/2025 | Nathaniel Repko | 1.6 | Continue reviewing relevant documents re: prepetition transactions |
| 8/8/2025 | Brett Joshpe | 0.3 | Call with D. Repko (M3) to discuss next investigation deliverables. |
| 8/8/2025 | Brett Joshpe | 0.5 | Prepare analysis re: recharacterization |
| 8/8/2025 | Brett Joshpe | 0.8 | Continue review of information re: recharacterization |
| 8/8/2025 | Brett Joshpe | 0.5 | Review and make edits to updated slides re: plan alternatives |
| 8/8/2025 | Nathaniel Repko | 0.3 | Call with B. Joshpe (M3) to discuss next investigation deliverables |
| 8/8/2025 | Nathaniel Repko | 0.9 | Prepare materials re: prepetition transactions |
| 8/8/2025 | Nathaniel Repko | 1.4 | Prepare materials re: prepetition transactions |
| 8/8/2025 | Nathaniel Repko | 2.1 | Prepare materials re: prepetition transactions |
| 8/8/2025 | Nathaniel Repko | 1.8 | Continue reviewing relevant documents re: prepetition transactions |
| 8/9/2025 | Brett Joshpe | 0.6 | Review materials re: litigation alternatives |
| 8/9/2025 | Nathaniel Repko | 1.8 | Prepare supporting analyses for counsel re: investigation |
| 8/10/2025 | Brett Joshpe | 0.7 | Revise investigation materials for counsel |
| 8/11/2025 | Brett Joshpe | 0.8 | Conference w/ R. Winning, D. Repko (M3) to discuss 2024 merger |
| 8/11/2025 | Brett Joshpe | 1.1 | Meet with R. Winning and D. Repko (M3) and call with Cole Schotz to discuss investigation |
| 8/11/2025 | Brett Joshpe | 0.2 | Follow up meeting with R. Winning (M3) to discuss investigation |
| 8/11/2025 | Robert Winning | 0.2 | Follow up meeting with B. Joshpe (M3) to discuss investigation |
| 8/11/2025 | Brett Joshpe | 0.2 | Follow up call with D. Repko (M3) to discuss investigation |
| 8/11/2025 | Nathaniel Repko | 0.2 | Follow up call with B. Joshpe (M3) to discuss investigation |
| 8/11/2025 | Brett Joshpe | 0.2 | Review materials to prepare for meeting with R. Winning (M3) re: investigation |
| 8/11/2025 | Brett Joshpe | 0.3 | Review materials re: investigations |
| 8/11/2025 | Brett Joshpe | 1.2 | Call with D. Repko to discuss diligence items and investigation materials |
| 8/11/2025 | Brett Joshpe | 0.7 | Review investigation materials, including diligence questions from Cole Schotz and internal M3 analysis |
| 8/11/2025 | Brett Joshpe | 0.1 | Call with D. Repko (M3) as follow up to Cole Schotz call |
| 8/11/2025 | Brett Joshpe | 0.2 | Meet with R. Winning (M3) to discuss additional questions related to investigation |
| 8/11/2025 | Brett Joshpe | 0.2 | Call with D. Repko (M3) to discuss additional investigative points |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 8/11/2025 | Brett Joshpe | 1.4 | Review updated deck and preference data. Email correspondence with D. Repko and M. Altman (M3) with questions and comments |
| 8/11/2025 | Brett Joshpe | 0.6 | Call with R. Winning and D. Repko (M3) and Sarah Carnes (Cole Schotz) to discuss investigation |
| 8/11/2025 | Nathaniel Repko | 0.8 | Conference w/ R. Winning, B. Joshpe, D. Repko (M3) to discuss 2024 merger |
| 8/11/2025 | Nathaniel Repko | 1.2 | Prepare analysis re: prepetition transactions |
| 8/11/2025 | Nathaniel Repko | 1.7 | Prepare analysis re: prepetition transactions |
| 8/11/2025 | Nathaniel Repko | 1.9 | Prepare analysis re: prepetition transactions |
| 8/11/2025 | Nathaniel Repko | 1.1 | Prepare analysis re: prepetition transactions |
| 8/11/2025 | Robert Winning | 0.8 | Conference w/ B. Joshpe, D. Repko (M3) to discuss 2024 merger |
| 8/11/2025 | Robert Winning | 2.2 | Review information re: Debtors' prepetition activities |
| 8/12/2025 | Brett Joshpe | 0.2 | Correspond with D. Repko and M. Altman (M3) about updated deck and diligence questions. |
| 8/12/2025 | Brett Joshpe | 0.8 | Review transaction documents and continue drafting and editing list of documents/information to request from debtors |
| 8/12/2025 | Brett Joshpe | 0.4 | Review analysis and send comments back to D. Repko (M3) |
| 8/12/2025 | Brett Joshpe | 0.2 | Correspond with D. Repko and M. Altman (M3) about CSA customer agreements and DIP budget |
| 8/12/2025 | Brett Joshpe | 2.1 | Review revised deck to send to Cole Schotz. Correspond with R. Winning, M. Atlman and D. Repko (M3) |
| 8/12/2025 | Matthew Altman | 1.2 | Prepare materials for counsel re: investigation |
| 8/12/2025 | Nathaniel Repko | 1.7 | Prepare materials for counsel re: investigation |
| 8/12/2025 | Nathaniel Repko | 1.5 | Prepare materials for counsel re: investigation |
| 8/12/2025 | Nathaniel Repko | 1.8 | Prepare materials for counsel re: investigation |
| 8/12/2025 | Nathaniel Repko | 1.4 | Prepare materials for counsel re: investigation |
| 8/12/2025 | Nathaniel Repko | 1.3 | Prepare analysis re: prepetition transactions |
| 8/12/2025 | Robert Winning | 0.8 | Analysis re: discovery needed from different prepetition lenders |
| 8/12/2025 | Robert Winning | 0.8 | Review information re: prepetition transfers |
| 8/13/2025 | Brett Joshpe | 0.4 | Meet with R. Winning (M3) to discuss investigation |
| 8/13/2025 | Robert Winning | 0.4 | Meet with B. Joshpe (M3) to discuss investigation |
| 8/13/2025 | Brett Joshpe | 0.2 | Review correspondence from Sarah Carnes (Cole Schotz) and review diligence questions |
| 8/13/2025 | Brett Joshpe | 1.8 | Call D. Repko (M3) to discuss additional inquiries for investigation |
| 8/13/2025 | Nathaniel Repko | 1.8 | Research TSA and shared services documentation |
| 8/13/2025 | Nathaniel Repko | 1.1 | Research TSA and shared services documentation |
| 8/13/2025 | Nathaniel Repko | 1.9 | Prepare summary of financial projections |
| 8/13/2025 | Robert Winning | 1.3 | Review information re: Debtors' prepetition transactions |
| 8/14/2025 | Brett Joshpe | 1.3 | Call with R. Winning and Cole Schotz to discuss investigation and presentation materials |
| 8/14/2025 | Robert Winning | 1.3 | Call with B. Joshpe and Cole Schotz to discuss investigation and presentation materials |
| 8/14/2025 | Brett Joshpe | 0.7 | Meet with D. Repko (M3) to discuss investigation workstreams and deck |
| 8/14/2025 | Brett Joshpe | 0.9 | Prepare for call with Cole Schotz |
| 8/14/2025 | Brett Joshpe | 0.2 | Meet with D. Repko to further discuss investigation work plan |
| 8/14/2025 | Brett Joshpe | 0.2 | Review email from Sarah Carnes (Cole Schotz) about investigative deliverables |
| 8/14/2025 | Brett Joshpe | 0.4 | Meet with D. Repko (M3) and call with Sarah Carnes (Cole Schotz) to discuss Committee meeting |
| 8/14/2025 | Brett Joshpe | 0.3 | Call with R. Winning (M3) to discuss investigation and presentation |
| 8/14/2025 | Brett Joshpe | 0.4 | Call and correspondence with M. Altman (M3) about discovery requests |
| 8/14/2025 | Brett Joshpe | 0.4 | Make revisions to discovery requests and send to Cole Schotz |
| 8/14/2025 | Matthew Altman | 1.9 | Analyze prepetition transactions |
| 8/14/2025 | Matthew Altman | 1.7 | Continue to analyze prepetition transactions |
| 8/14/2025 | Nathaniel Repko | 1.1 | Update investigation materials at direction of counsel |
| 8/14/2025 | Nathaniel Repko | 2.1 | Update investigation materials at direction of counsel |
| 8/14/2025 | Nathaniel Repko | 1.8 | Update investigation materials at direction of counsel |
| 8/14/2025 | Nathaniel Repko | 1.9 | Update investigation materials at direction of counsel |
| 8/15/2025 | Brett Joshpe | 0.4 | Call with Sarah Carnes, M. Altman and R. Winning (M3) about UCC presentation |
| 8/15/2025 | Brett Joshpe | 0.2 | Call with Krista Kulp (M3) on investigation document requests |
| 8/15/2025 | Brett Joshpe | 1.5 | Correspond with M. Altman and D. Repko (M3) on investigation materials |
| 8/15/2025 | Brett Joshpe | 0.3 | Call with Alix on budget and operational items |
| 8/15/2025 | Brett Joshpe | 0.2 | Review materials re: prepetition transactions |
| 8/15/2025 | Brett Joshpe | 0.4 | Review Randstad responses to transaction questions |
| 8/15/2025 | Brett Joshpe | 0.5 | Update investigation materials at direction of counsel |
| 8/15/2025 | Matthew Altman | 1.2 | Analyze prepetition transactions |
| 8/15/2025 | Nathaniel Repko | 1.1 | Update investigation materials |
| 8/15/2025 | Nathaniel Repko | 1.8 | Prepare waterfall/sensitivity analyses |
| 8/15/2025 | Nathaniel Repko | 0.9 | Update waterfall/sensitivity analyses |
| 8/15/2025 | Robert Winning | 1.8 | Continued attention to matters re: potential litigation and global settlement |
| 8/16/2025 | Brett Joshpe | 1.5 | Read CSA disclosure letters |
| 8/16/2025 | Matthew Altman | 1.5 | Analyze pre-petition transactions |
| 8/17/2025 | Brett Joshpe | 0.2 | Check and review latest docket filings |
| 8/17/2025 | Matthew Altman | 1.7 | Analyze pre-petition transactions |
| 8/17/2025 | Matthew Altman | 2.1 | Continue to analyze pre-petition transactions |

EXHIBIT D
TIME DETAIL BY ACTIVITY BY PROFESSIONAL

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/18/2025 | Brett Joshpe | 0.3 | Correspond with R. Winning, M. Altman and D. Repko (M3) about various investigation deliverables |
| 8/18/2025 | Brett Joshpe | 1.2 | Draft list of follow-up questions for Sarah Carnes for debtors |
| 8/18/2025 | Brett Joshpe | 0.2 | Call with Sarah Carnes (Cole Schotz) to discuss investigation status |
| 8/18/2025 | Brett Joshpe | 0.2 | Call with R. Winning (M3) to discuss investigation status |
| 8/18/2025 | Robert Winning | 0.2 | Call with B. Joshpe (M3) to discuss investigation status |
| 8/18/2025 | Brett Joshpe | 0.4 | Call with D. Repko (M3) and revise materials following call with Sarah Carnes |
| 8/18/2025 | Brett Joshpe | 0.3 | Call with D. Repko (M3) to discuss updates to investigations deck |
| 8/18/2025 | Brett Joshpe | 0.4 | Call with D. Repko and M. Altman (M3) to discuss prepetition transactions |
| 8/18/2025 | Brett Joshpe | 0.4 | Call with M. Altman (M3) regarding prepetition transactions |
| 8/18/2025 | Brett Joshpe | 0.8 | Review email from Jones Day with responses to diligence questions |
| 8/18/2025 | Brett Joshpe | 0.8 | Call with M. Altman (M3) to discuss documents provided by Jones Day |
| 8/18/2025 | Brett Joshpe | 1.2 | Review documents provided by Jones Day related to investigation |
| 8/18/2025 | Matthew Altman | 0.3 | Conference w/ B. Joshpe, D. Repko (M3) to discuss scheduled claims analysis |
| 8/18/2025 | Matthew Altman | 2.2 | Analyze prepetition transactions |
| 8/18/2025 | Matthew Altman | 1.2 | Continue to analyze prepetition transactions |
| 8/18/2025 | Matthew Altman | 2.7 | Prepare investigation materials for committee |
| 8/18/2025 | Matthew Altman | 0.6 | Review files from Debtors re: insider transactions |
| 8/18/2025 | Matthew Altman | 2.2 | Continue to review prepetition transactions |
| 8/18/2025 | Nathaniel Repko | 0.3 | Conference w/ B. Joshpe, M. Altman (M3) to discuss scheduled claims analysis |
| 8/18/2025 | Nathaniel Repko | 0.4 | Conference w/ B. Joshpe (M3) to discuss initial findings presentation and waterfall analysis |
| 8/18/2025 | Nathaniel Repko | 1.6 | Update materials re: prepetition transactions |
| 8/18/2025 | Nathaniel Repko | 1.7 | Review use of sale proceeds dynamics |
| 8/18/2025 | Nathaniel Repko | 1.1 | Prepare summary analysis of lender escrowed cash |
| 8/19/2025 | Brett Joshpe | 1.7 | Conference w/ M. Altman, D. Repko (M3) to continue reviewing materials re: potential settlement |
| 8/19/2025 | Brett Joshpe | 1.1 | Conference w/ M. Altman, D. Repko (M3) to review initial findings presentation, discuss diligence received, and address internal comments |
| 8/19/2025 | Brett Joshpe | 0.4 | Meet with R. Winning and M. Altman to discuss investigation and UCC presentation |
| 8/19/2025 | Brett Joshpe | 0.8 | Meet with. D Repko and M. Altman on follow up questions for Randstad |
| 8/19/2025 | Brett Joshpe | 0.7 | Meet with D. Repko (M3) to discuss claims pool and lender recoveries |
| 8/19/2025 | Brett Joshpe | 0.7 | Call with R. WInning and M. Altman (M3) to discuss UCC presentation |
| 8/19/2025 | Brett Joshpe | 0.1 | Call with D. Repko (M3) to discuss additional changes to deck |
| 8/19/2025 | Brett Joshpe | 0.6 | Call with M. Altman and D. Repko (M3) to discuss presentation |
| 8/19/2025 | Brett Joshpe | 2.3 | Continue analysis and review of deck for UCC re: potential plan alternatives |
| 8/19/2025 | Matthew Altman | 0.8 | Analyze prepetition transactions |
| 8/19/2025 | Matthew Altman | 1.1 | Conference w/ B. Joshpe, D. Repko (M3) to review materials re: prepetition transactions |
| 8/19/2025 | Matthew Altman | 1.7 | Conference w/ B. Joshpe, D. Repko (M3) to continue reviewing materials re: prepetition transactions |
| 8/19/2025 | Matthew Altman | 1.7 | Continued analysis re: prepetition transactions |
| 8/19/2025 | Nathaniel Repko | 1.4 | Continue reviewing documents re: prepetition transactions |
| 8/19/2025 | Nathaniel Repko | 1.1 | Conference w/ B. Joshpe, M. Altman (M3) to review materials re: prepetition transactions |
| 8/19/2025 | Nathaniel Repko | 1.7 | Conference w/ B. Joshpe, M. Altman (M3) to continue reviewing materials re: prepetition transactions |
| 8/19/2025 | Nathaniel Repko | 1.4 | Prepare materials re: prepetition activities |
| 8/19/2025 | Nathaniel Repko | 1.8 | Continue preparing materials re: prepetition activities |
| 8/19/2025 | Nathaniel Repko | 1.4 | Continue preparing materials re: prepetition activities |
| 8/19/2025 | Robert Winning | 0.4 | Meet with B. Joshpe, and M. Altman (M3) to discuss investigation |
| 8/20/2025 | Brett Joshpe | 1.4 | Review updated deck and meet with M. Altman and D. Repko to discuss |
| 8/20/2025 | Brett Joshpe | 1.2 | Meet with M. Altman and D. Repko (M3) to go through deck |
| 8/20/2025 | Brett Joshpe | 0.4 | Call with R. Winning and M. Altman (M3) to discuss UCC presentation |
| 8/20/2025 | Brett Joshpe | 0.8 | Meet with D. Repko and M. Altman (M3) to work on updated deck |
| 8/20/2025 | Brett Joshpe | 0.3 | Call with Sarah Carnes (CS) to discuss presentation and additional changes to deck and review deck |
| 8/20/2025 | Brett Joshpe | 0.8 | Read through and draft comments from Cole Schotz slide |
| 8/20/2025 | Brett Joshpe | 1.2 | Make edits to presentation for UCC |
| 8/20/2025 | Brett Joshpe | 0.9 | Prepare for presentation to UCC |
| 8/20/2025 | Brett Joshpe | 0.5 | Call with M. Altman to discuss Plan and UCC presentation |
| 8/20/2025 | Matthew Altman | 2.2 | Analysis re: insider transactions |
| 8/20/2025 | Matthew Altman | 1.4 | Review presentation materials and provide comments re: investigation findings |
| 8/20/2025 | Matthew Altman | 1.2 | Revise presentation re: investigation |
| 8/20/2025 | Matthew Altman | 1.7 | Continue to revise presentation re: investigation |
| 8/20/2025 | Matthew Altman | 0.5 | Provide comments re: investigation materials |
| 8/20/2025 | Matthew Altman | 0.9 | Analysis and correspondence with Debtors re: insider transactions |
| 8/20/2025 | Nathaniel Repko | 1.4 | Review CS materials for UCC re: investigation |
| 8/20/2025 | Nathaniel Repko | 1.1 | Continue refining presentation materials based on internal discussions |
| 8/20/2025 | Nathaniel Repko | 1.4 | Review transaction documentation for presentation accuracy |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/20/2025 | Nathaniel Repko | 1.3 | Conference w/ B. Joshpe, M. Altman (M3) to review UCC initial findings presentation |
| 8/20/2025 | Nathaniel Repko | 0.4 | Conference w/ B. Joshpe, M. Altman (M3) to discuss UCC initial findings presentation |
| 8/20/2025 | Nathaniel Repko | 1.9 | Update initial findings presentation based on internal comments |
| 8/20/2025 | Nathaniel Repko | 2.2 | Continue refining presentation materials based on internal discussions |
| 8/20/2025 | Nathaniel Repko | 1.9 | Continue refining presentation materials based on internal discussions |
| 8/20/2025 | Nathaniel Repko | 1.3 | Update UCC presentation |
| 8/21/2025 | Brett Joshpe | 0.1 | Follow correspondence on distribution of revised UCC materials. |
| 8/21/2025 | Brett Joshpe | 2.2 | Continue refining presentation re: investigation |
| 8/21/2025 | Brett Joshpe | 0.3 | Call with M3 and Cole Schotz to prep for call re: investigation |
| 8/21/2025 | Brett Joshpe | 0.3 | Call with M. Altman and D. Repko to practice presentation |
| 8/21/2025 | Brett Joshpe | 1.2 | UCC investigations call |
| 8/21/2025 | Brett Joshpe | 0.2 | Investigation recap call with M. Altman (M3) |
| 8/21/2025 | Matthew Altman | 1.3 | Conference w/ B. Joshpe, D. Repko (M3) to review materials for UCC re: investigation |
| 8/21/2025 | Matthew Altman | 0.4 | Conference w/ B. Joshpe, D. Repko (M3) to review materials for UCC re: investigation |
| 8/21/2025 | Matthew Altman | 0.6 | Conference w/ B. Joshpe, D. Repko (M3) to address comments regarding the initial findings presentation |
| 8/21/2025 | Matthew Altman | 1.9 | Review and revise investigation findings materials ahead of UCC call |
| 8/21/2025 | Nathaniel Repko | 0.6 | Conference w/ B. Joshpe, M. Altman, (M3) to address comments regarding materials for UCC re: investigation |
| 8/21/2025 | Nathaniel Repko | 1.6 | Continue refining presentation materials based on internal discussions |
| 8/21/2025 | Nathaniel Repko | 2.2 | Continue refining presentation materials based on internal discussions |
| 8/21/2025 | Nathaniel Repko | 1.4 | Finalize materials for UCC presentation |
| 8/21/2025 | Nathaniel Repko | 1.1 | Review CS presentation materials for UCC |
| **Subtotal** | | **289.7** | |

*Plan of Reorganization/Disclosure Statement*

| Date | Professional | Hours | Activity |
|------|-------------|-------|----------|
| 8/6/2025 | Matthew Altman | 0.6 | Analyze initial wind down budget |
| 8/12/2025 | Robert Winning | 1.4 | Analysis of wind-down costs and needs and transition planning |
| 8/12/2025 | Robert Winning | 1.4 | Attention to matters for presentation to UCC on plan alternatives |
| 8/14/2025 | Robert Winning | 1.7 | Review materials for presentation to UCC re: potential plan alternatives |
| 8/21/2025 | Brett Joshpe | 0.3 | Call with R. Winning to discuss Monster settlement and presentation |
| 8/25/2025 | Matthew Altman | 2.5 | Prepare settlement construct analysis |
| 8/25/2025 | Matthew Altman | 0.4 | Conference with CS, Latham, Alix, and Jones Day re: settlement proposal |
| 8/25/2025 | Matthew Altman | 2.3 | Analyze settlement structure and prepare model |
| 8/25/2025 | Matthew Altman | 0.9 | Analyze ending cash on effective date |
| 8/25/2025 | Robert Winning | 2.3 | Analysis of potential settlement structure |
| 8/26/2025 | Matthew Altman | 2.9 | Prepare settlement analysis |
| 8/26/2025 | Matthew Altman | 2.7 | Continue to refine settlement analysis |
| 8/26/2025 | Matthew Altman | 0.4 | Meeting with R. Winning (M3) and CS re: settlement |
| 8/26/2025 | Robert Winning | 0.4 | Meeting with M. Altman (M3) and CS re: settlement |
| 8/26/2025 | Robert Winning | 2.8 | Continued analysis of settlement alternatives and considerations |
| 8/27/2025 | Matthew Altman | 0.2 | Comment on plan settlement structure |
| 8/27/2025 | Robert Winning | 1.2 | Analysis re: settlement alternatives |
| 8/28/2025 | Matthew Altman | 1.1 | Revise plan settlement construct |
| **Subtotal** | | **25.5** | |
| | | | |
| **Total** | | **567.0** | |

# **EXHIBIT E**

**Summary of Expense by Category**

**July 2, 2025 through August 31, 2025**

**EXHIBIT E**
**SMMARY OF EXPENSE DETAIL BY CATEGORY**

| Expense Category | Amount |
|---|---|
| Transportation | $209.30 |
| **Total** | **$209.30** |

## **EXHIBIT F**

**Expense Detail**

**July 2, 2025 through August 31, 2025**

**EXHIBIT F**
**EXPENSE DETAIL BY CATEGORY BY PROFESSIONAL**

*Transportation*

| PROFESSIONAL | DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|
| Matthew Altman | 7/17/2025 | Car home from auction | $ | 209.30 |
| | | *Subtotal Transportation* | *$* | *209.30* |
| | | **Total Expenses** | **$** | **209.30** |