# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | Obj. Deadline: Oct. 21, 2025 at 4:00 p.m. (ET)<br>Hearing Date: Nov. 13, 2025 at 1:00 p.m. (ET) |

### NOTICE OF FIRST INTERIM FEE APPLICATION
### OF M3 ADVISORY PARTNERS, LP, FINANCIAL ADVISOR TO THE COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JULY 2, 2025 THROUGH AUGUST 31, 2025

**PLEASE TAKE NOTICE** that on September 30, 2025, the Official Committee of Unsecured Creditors (the "Committee") of Zen JV, LLC, and the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *First Interim Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 Through August 31, 2025* (the "Application"), which seeks approval of professional services rendered to the Committee in the amount of $458,108.50, together with reimbursement of expenses in the amount of $209.30.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following, so as to be **received no later than 4:00 p.m. (ET) on October 21, 2025 (the "Objection Deadline")**: (a) the Debtors, c/o Zen JV, LLC, 200 N. LaSalle Street #900, Chicago, Illinois 60601, Attn: Sheri D. Davis, General Counsel (Sheri.Davis@careerbuilder.com); (b) counsel to the Debtors: (i) Latham & Watkins LLP, (a) 1271 Avenue of the Americas, New York, New York 10020, Attn: Ray C. Schrock (ray.schrock@lw.com) and Candace M. Arthur (candace.arthur@lw.com) and (b) 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611, Attn: Jonathan Gordon (jonathan.gordon@lw.com) and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi (defranceschi@rlf.com) and Zachary I. Shapiro (shapiro@rlf.com); (c) counsel to the DIP Lender: (i) Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019, Attn: Robert M. Hirsh (robert.hirsh@nortonrosefulbright.com) and James Copeland (james.copeland@nortonrosefulbright.com) and (ii) Young Conaway Stargatt & Taylor, LLP,

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Rodney Square, 1000 North King Street, Wilmington, Delaware 19801, Attn: Matthew Lunn, Esq. (mlunn@ycst.com) and Robert Poppiti (rpoppiti@ycst.com); (d) the U.S. Trustee, 844 King Street, Suite 2207 Lockbox 35, Wilmington, DE 19801, Attn: Linda J. Casey (Linda.Casey@usdoj.gov); and (e) counsel to the Creditors' Committee, Cole Schotz P.C., (i) 500 Delaware Avenue, Suite 600, Attn: Justin R. Alberto (jalberto@coleschotz.com), Melissa M. Hartlipp (mhartlipp@coleschotz.com), and Elazar A. Kosman (ekosman@coleschotz.com); and (ii) 1325 Avenue of the Americas, 19th Floor, Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah A. Carnes (scarnes@coleschotz.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **November 13, 2025 at 1:00 p.m. (ET)** before The Honorable J. Kate Stickles, U.S. Bankruptcy Judge, U.S. Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 30, 2025  
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
Elazar A. Kosman (No. 7077)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone:   (302) 652-3131
Facsimile:   (302) 652-3117
Email:       jalberto@coleschotz.com
             mhartlipp@coleschotz.com
             ekosman@coleschotz.com

– and –

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone:   (212) 752-8000
Facsimile:   (212) 752-8393
Email:       svanaalten@coleschotz.com
             scarnes@coleschotz.com

*Counsel to the Official Committee of Unsecured Creditors*