IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
**Re: Docket No. 400**
------------------------------------------------------- x

ORDER APPROVING STIPULATION
REJECTING CERTAIN MASTER APPLICATION
SERVICE PROVIDER AGREEMENT WITH VERINEXT

Upon consideration of the stipulation attached hereto as **Exhibit 1** (the "**Stipulation**")[2] by and between Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), and Verinext Corp. (fka Forty8Fifty Labs, LLC) ("**Verinext**," and together with the Debtors, the "**Parties**") with respect to the Parties' agreement regarding the rejection of the Contract; and the Court having jurisdiction to consider the Stipulation in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefore

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation attached hereto as **Exhibit 1** is hereby APPROVED.

2. The Parties are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

3. The terms and provisions of the Stipulation shall immediately be effective and enforceable upon entry of this Order.

4. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 1st, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE