IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 305, 325 & 408 |

---

**NOTICE OF FILING OF DEBTORS' SECOND AMENDED COMBINED
DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION**

PLEASE TAKE NOTICE that, on August 19, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), filed *Debtors' Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 305] (the "**Combined Plan and Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on September 2, 2025, the Debtors filed *Debtors' Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 325].

PLEASE TAKE FURTHER NOTICE that, on September 4, 2025, the Debtors filed a solicitation version of the Combined Plan and Disclosure Statement. *See* Docket No. 336.

PLEASE TAKE FURTHER NOTICE that, contemporaneously herewith, the Debtors have filed a further amended version of the Combined Plan and Disclosure Statement

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[Docket No. 408] (as may be amended, modified and/or supplemented, the "**Second Amended Combined Plan and Disclosure Statement**").

PLEASE TAKE FURTHER NOTICE that, for the convenience of the Court and all parties in interest, a changed pages only blackline of the Second Amended Combined Plan and Disclosure Statement marked against the solicitation version of the Combined Plan and Disclosure Statement is attached hereto as **Exhibit 1**.

PLEASE TAKE FURTHER NOTICE that, the Debtors reserve the right to further amend, modify, or supplement the Second Amended Combined Plan and Disclosure Statement and that the Second Amended Combined Plan and Disclosure Statement remains subject to further review and comment from interested parties engaged in discussions with the Debtors. To the extent that the Debtors make further amendments to the Second Amended Combined Plan and Disclosure Statement, the Debtors will file a further amended copy of such document with the Court.

Dated:  October 3, 2025
       Wilmington, Delaware

|  |  |
|---|---|
| **LATHAM & WATKINS LLP** | */s/ Clint M. Carlisle*<br>**RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone:  (212) 906-1200<br>Facsimile:  (212) 751-4864<br>Email:  ray.schrock@lw.com<br>       candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone:  (312) 876-7700<br>Facsimile:  (312) 993-9767<br>Email:  jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:  (302) 651-7700<br>Facsimile:  (302) 651-7701<br>Email:  defranceschi@rlf.com<br>       shapiro@rlf.com<br>       liu@rlf.com<br>       carlisle@rlf.com<br>       meehan@rlf.com |

*Co-Counsel for Debtors and Debtors in Possession*