**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: Docket No. 408**
------------------------------------------------------- x

**NOTICE OF FILING OF PROPOSED CONFIRMATION ORDER**

PLEASE TAKE NOTICE that, on October 3, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") filed the *Debtors' Second Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 408] (as may be amended, modified and/or supplemented, the "**Combined Plan and Disclosure Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that the Debtors hereby file a proposed form of order (i) confirming and (ii) approving the adequacy on a final basis the Combined Plan and Disclosure Statement, a copy of which is attached hereto as **Exhibit A** (the "**Proposed Confirmation Order**").

PLEASE TAKE FURTHER NOTICE that a hearing (the "**Hearing**") on confirmation and final approval of the adequacy of the Combined Plan and Disclosure Statement will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801, on **October 7, 2025 at 1:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that the Debtors intend to present the Proposed Confirmation Order, substantially in the form attached hereto as **Exhibit A**, to the Court at the Hearing. To the extent the Debtors make revisions to the Proposed Confirmation Order, the Debtors will present a revised form of order and a blackline copy to the Court prior to or at the Hearing.

[*Remainder of page intentionally left blank*]

Dated:  October 3, 2025
       Wilmington, Delaware

/s/  Huiqi Liu

**LATHAM & WATKINS LLP**

Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 906-1200
Facsimile:  (212) 751-4864
Email:  ray.schrock@lw.com
       candace.arthur@lw.com

  - and -

Jonathan C. Gordon (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767
Email:  jonathan.gordon@lw.com

**RICHARDS, LAYTON & FINGER, P.A.**

Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Huiqi Liu (No. 6850)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  defranceschi@rlf.com
       shapiro@rlf.com
       liu@rlf.com
       carlisle@rlf.com
       meehan@rlf.com

*Co-Counsel for Debtors and Debtors in Possession*