**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ZEN JV, LLC, *et al.*,[1] | ) | Case No. 25-11195 (JKS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF JERIAD R. PAUL REGARDING THE SOLICITATION AND
TABULATION OF VOTES ON THE DEBTORS' SECOND AMENDED COMBINED
DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION**

I, Jeriad R. Paul, hereby declare under penalty of perjury as follows:

1.      I am the Vice President of Omni Agent Solutions, Inc. ("Omni"), located at 5955
De Soto Ave., Suite 100, Woodland Hills, California, 91367 and 1120 Avenue of the Americas,
4th Floor, New York, NY 11036.  I am over the age of 18 years and not a party to the above-
captioned action.

2.      I submit this declaration (the "Declaration") with respect to (i) the solicitation of
votes and tabulation of ballots cast on the *Debtors' Amended Combined Disclosure Statement and
Joint Chapter 11 Plan Of Liquidation*  [Docket No. 336] (as may be amended, supplemented or
otherwise modified from time to time, the "Plan")[2] and (ii) the solicitation and tabulation of
elections to Opt-Out or Opt-In to the Third-Party Release contained in the Plan.

3.      Prior to the commencement of these Chapter 11 Cases, Zen JV, LLC and the other
above-captioned debtors and debtors in possession (collectively, the "Debtors") engaged Omni as

---

[1]     The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to
the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster
Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder
Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339);
and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Plan.

their claims, noticing, and solicitation agent (the "Solicitation Agent") to assist with, among other things, (a) serving solicitation materials to the parties entitled to vote to accept or reject the Plan and (b) tabulating votes cast with respect thereto.  Omni and its employees have considerable experience in soliciting and tabulating votes to accept or reject proposed chapter 11 plans.  The Court authorized Omni's retention (a) as claims and noticing agent to the Debtors on July 15, 2025, pursuant to the *Application of Debtors for Entry of an Order Authorizing the Employment and Retention of Omni Agent Solutions Inc. as Administrative Agent Effective as of the Petition Date* [Docket No. 155].

4.     Except as otherwise noted, all facts set forth herein are based on my personal knowledge, knowledge that I acquired from individuals under my supervision or from the Debtors, and/or my review of the relevant documents.  I am authorized to submit this Declaration on behalf of Omni.  If I were called to testify, and if called as a witness, I could and would testify competently as to the facts set forth herein.

**A.     Service and Transmittal of the Solicitation Packages.**

5.     Pursuant to the Disclosure Statement Order (as defined below), the Debtors established August 29, 2025, as the record date (the "Voting Record Date") for determining which creditors were entitled to vote on the Plan.  Pursuant to the Plan, Holders of Class 3 (Prepetition Term Loan Claims), Class 4 (Prepetition Notes Claims), and Class 5 (General Unsecured Claims) (the "Voting Classes") as of the Voting Record Date were entitled to vote to accept or reject the Plan.  No other classes were entitled to vote on the Plan.

6.     On September 8, 2025, Omni caused to be distributed via first-class mail and/or email to Holders of Claims in the Voting Classes as of the Voting Record Date: (a) the Confirmation Hearing Notice (with QR code to DS and Plan) (the "Confirmation Hearing

Notice"); (b) Order (without Exhibits); (c) the Ballots; and (d) a pre-paid, pre-addressed return envelope (collectively, the "Solicitation Package"). Additionally, Holders of Class 5 General Unsecured Claim were provided the Committee Letter in support of the Plan.

7.     The Solicitation Package was distributed in accordance with the *Order (A) Approving the Disclosure Statement on an Interim Basis; (B) Establishing Solicitation and Tabulation Procedures; (C) Approving the Form of Ballot and Solicitation Materials; (D) Establishing the Voting Record Date; (E) Fixing the Date, Time, and Place for the Combined Confirmation Hearing and the Deadline for Filing Objections thereto; and (F) Granting Related Relief* [Docket No. 335] (the "Disclosure Statement Order").

8.     In accordance with the solicitation and tabulation procedures, Omni worked closely with the Debtors and their advisors to identify the Holders in the Voting Classes as of the Voting Record Date that were entitled to vote and to coordinate the distribution of the Solicitation Package to such Holders. Detailed descriptions evidencing the service of the Solicitation Package are set forth in the *Affidavit of Service,* filed with the Court on September 21, 2025 [Docket No. 379].

**B.     The Tabulation Process.**

9.     In accordance with the solicitation and tabulation procedures, Omni reviewed, determined the validity of and tabulated the Ballots submitted to vote on the Plan. Each Ballot submitted to Omni was processed in accordance with Omni's standard tabulation procedures and in compliance with the court-approved solicitation and tabulation procedures. To be included in the tabulation results as valid, each Ballot must have been properly executed, completed, and delivered according to the applicable voting instructions by: (a) first class mail; (b) overnight courier; or (c) personal delivery; so that each Ballot was actually received by Omni no later than the Voting Deadline at the return address set forth in the applicable Ballot. Alternatively, Ballots

could be submitted electronically through the Solicitation Agent's E-Ballot Portal at
https://omniagentsolutions.com/CareerBuilderMonster-Ballots by no later than the Voting
Deadline, unless the Debtors determine otherwise or as permitted by the Court.   Omni completed
its final tabulation of the Ballots on October 2, 2025, following a complete review and audit of all
Ballots received.

10.     Set forth below is a summary of the voting results with respect to the Voting Classes
tabulated on a consolidated basis:

| Accept | | Reject | |
|---|---|---|---|
| **Number**<br>*(% of Number)* | **Amount**<br>*(% of Amount)* | **Number**<br>*(% of Number)* | **Amount**<br>*(% of Amount)* |
| **Class 3 – Prepetition Term Loan Claims** | | | |
| 55<br>*(100%)* | $90,494,321.65<br>*(100%)* | 0<br>*(0%)* | 0<br>*(0%)* |
| **Class 4 – Prepetition Notes Claim** | | | |
| 3<br>*(100%)* | $212,986,587.00<br>*(100%)* | 0<br>*(0%)* | 0<br>*(0%)* |
| **Class 5 – General Unsecured Claims** | | | |
| 19<br>*(86.36%)* | $4,250,268.31<br>*(99.85%)* | 3<br>*(13.64%)* | $6,396.49<br>*(0.15%)* |

11.     The final tabulation of votes cast by timely and properly completed Ballots received
by Omni is attached hereto as **Exhibit A**.

**C.     Ballot Opt-In and Opt-Out Election.**

12.     In addition, in accordance with the solicitation and tabulation procedures, Omni
reviewed and tabulated the elections recorded on the Ballots from Holders of Claims in the Voting
Classes that chose to opt-in to the Plan's Third-Party Release or opt-out of the Plan's Third-Party

Release.  **__Exhibit A__** further denotes which Claims in the Voting Classes opted in to the Plan's Third-Party Release.  For the avoidance of doubt, the Declaration does not certify the validity of any such election.  This information is provided for reporting and information purposes only.

**D.      Ballots that Contained Irregularities or Were Not Counted.**

13.      As of the Voting Deadline, Omni received two Ballots not included for the purposes of the numerosity requirement of section 1126(c) of the Bankruptcy Code and voting amounts were aggregated to a single claim.  One Ballot is not included because the Ballot was not signed.  One Ballot is not included because a vote to accept or reject the Plan was not indicated.  One Ballot was not included as the holder of the claim is not a voting party.  Finally, one Ballot is not included because it was a duplicative Ballot.

**E.      Notices of Non-Voting Status.**

14.      On September 8, 2025, upon entry of the Disclosure Statement Order, Omni sent via first-class mail and/or email (a) the Notice of Non-Voting Status and Confirmation Hearing Notice (with QR code DS and Plan) to the Holders of Claims or Equity Interests in the Non-Voting Classes.

15.      Omni is in possession of the Ballots received by it, and copies of the same are available for review and inspection by or submission to the Court.

To the best of my knowledge, information, and belief, the foregoing information concerning the distribution, submission, and tabulation of Ballots in connection with the Plan is true and correct.

Dated: October 3, 2025

/s/ Jeriad R. Paul
Jeriad R. Paul
Vice President
Omni Agent Solutions, Inc.

## Exhibit A

**Consolidated Ballot Report**

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

---

| Class Summary | Voting Outcome: | Accepted |
|---|---|---|

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 55 | 55 | 55 | 0 | 0 |
| Vote %: | | | 100.00% | 0.00% | |
| Amt: | | $90,494,321.65 | $90,494,321.65 | $0.00 | |
| Amt %: | | | 100.00% | 0.00% | |

---

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ALCOF III NUBT, L.P. | 6251 | | 9/30/2025 | $11,242,662.98 | $11,242,662.98 | Accept | ☑ | |
| ARIZONA STATE RETIREMENT SYSTEM D/B/A CERBERUS ASRS HOLDINGS LLC | 6254 | | 10/1/2025 | $7,343,700.85 | $7,343,700.85 | Accept | ☑ | |
| CERBERUS AOZ LOAN OPPORTUNITIES FUND, L.P. | 6260 | | 10/1/2025 | $220,893.90 | $220,893.90 | Accept | ☑ | |
| CERBERUS ASRS CREDIT OPPORTUNITIES FUND LP D/B/A CERBERUS ASRS FUNDING LLC | 6269 | | 10/1/2025 | $2,586,304.78 | $2,586,304.78 | Accept | ☑ | |
| CERBERUS AUS LEVERED HOLDINGS LP | 6270 | | 10/1/2025 | $472,485.09 | $472,485.09 | Accept | ☑ | |
| CERBERUS AUS SA LEVERED LOAN OPPORTUNITIES MASTER FUND LP D/B/A CERBERUS AUS LEVERED HOLDINGS III LLC | 6271 | | 10/1/2025 | $236,856.72 | $236,856.72 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XVIII | 6272 | | 10/1/2025 | $38,518.22 | $38,518.22 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XX | 6273 | | 10/1/2025 | $12,766.32 | $12,766.32 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXI | 6274 | | 10/1/2025 | $96,768.81 | $96,768.81 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXII | 6275 | | 10/1/2025 | $27,534.76 | $27,534.76 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXIX | 6276 | | 10/1/2025 | $2,939.10 | $2,939.10 | Accept | ☑ | |

---

*Wednesday, October 1, 2025*                                                                 *Page 1 of 4*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| CERBERUS BUSINESS FINANCE LLC - SERIES XXLLI | 6279 | | 10/1/2025 | $15,163.49 | $15,163.49 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXVI | 6277 | | 10/1/2025 | $114,548.46 | $114,548.46 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXX | 6278 | | 10/1/2025 | $25,280.95 | $25,280.95 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE, LLC - SERIES XIX | 6280 | | 10/1/2025 | $33,204.64 | $33,204.64 | Accept | ☑ | |
| CERBERUS BUSINESS FINANCE, LLC -SERIES XXV | 6281 | | 10/1/2025 | $30,924.08 | $30,924.08 | Accept | ☑ | |
| CERBERUS C-1 LEVERED LOAN OPPORTUNITIES MASTER FUND, L.P. DBA CERBERUS C-1 LEVERED II LLC | 6282 | | 10/1/2025 | $1,384,664.71 | $1,384,664.71 | Accept | ☑ | |
| CERBERUS CAVALIERS CREDIT MASTER FUND LP D/B/A CERBERUS CAVALIERS LEVERED LOAN OPPORTUNITIES FUND LLC | 6261 | | 10/1/2025 | $413,244.88 | $413,244.88 | Accept | ☑ | |
| CERBERUS FSBA LEVERED LOAN OPPORTUNITIES FUND LP DBA CERBERUS FSBA HOLDINGS LLC | 6262 | | 10/1/2025 | $2,407,013.59 | $2,407,013.59 | Accept | ☑ | |
| CERBERUS ICQ OFFSHORE LOAN OPPORTUNITIES MASTER FUND LP | 6283 | | 10/1/2025 | $1,817,161.57 | $1,817,161.57 | Accept | ☑ | |
| CERBERUS KRS LEVERED LOAN OPPORTUNITIES FUND, LP | 6284 | | 10/1/2025 | $1,138,405.77 | $1,138,405.77 | Accept | ☑ | |
| CERBERUS KRS LEVERED LOAN OPPORTUNITIES FUND, LP D/B/A CERBERUS KRS LEVERED, LLC | 6285 | | 10/1/2025 | $472,179.14 | $472,179.14 | Accept | ☑ | |
| CERBERUS LEVERED LOAN OPPORTUNITIES FUND III, L.P. | 6287 | | 10/1/2025 | $6,649,332.62 | $6,649,332.62 | Accept | ☑ | |
| CERBERUS LFGP XXIV, LLC | 6286 | | 10/1/2025 | $414,370.71 | $414,370.71 | Accept | ☑ | |
| CERBERUS LOAN FUNDING XXXI L.P. | 6263 | | 10/1/2025 | $2,624,105.85 | $2,624,105.85 | Accept | ☑ | |
| CERBERUS NJ CREDIT OPPORTUNITIES FUND DBA CERBERUS N-1 FUNDING LLC | 6288 | | 10/1/2025 | $2,914,155.27 | $2,914,155.27 | Accept | ☑ | |

*Wednesday, October 1, 2025*                                                                                             *Page 2 of 4*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| CERBERUS NJ CREDIT OPPORTUNITIES FUND LP | 6289 | | 10/1/2025 | $132,818.59 | $132,818.59 | Accept | ☑ | |
| CERBERUS OFFSHORE LEVERED III HOLDINGS II LP | 6290 | | 10/1/2025 | $5,003,867.87 | $5,003,867.87 | Accept | ☑ | |
| CERBERUS OFFSHORE LEVERED IV LLC | 6291 | | 10/1/2025 | $2,174,071.80 | $2,174,071.80 | Accept | ☑ | |
| CERBERUS OFFSHORE UNLEVERED LOAN OPPORTUNITIES MASTER FUND IV, L.P. | 6264 | | 10/1/2025 | $850,198.09 | $850,198.09 | Accept | ☑ | |
| CERBERUS PNC SENIOR LOAN FUND, L.P. | 6292 | | 10/1/2025 | $2,267,253.88 | $2,267,253.88 | Accept | ☑ | |
| CERBERUS PSERS LEVERED LOAN OPPORTUNITIES FUND, L.P. | 6293 | | 10/1/2025 | $2,954,813.74 | $2,954,813.74 | Accept | ☑ | |
| CERBERUS PSERS LEVERED LOAN OPPORTUNITIES FUND, L.P. D/B/A CERBERUS PSERS LEVERED LLC | 6294 | | 10/1/2025 | $1,011,673.98 | $1,011,673.98 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND A LP | 6265 | | 10/1/2025 | $2,223,646.72 | $2,223,646.72 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND B LP | 6266 | | 10/1/2025 | $2,620,295.61 | $2,620,295.61 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND B LP D/B/A CERBERUS REDWOOD LEVERED B LLC | 6295 | | 10/1/2025 | $645,996.99 | $645,996.99 | Accept | ☑ | |
| CERBERUS STEPSTONE CREDIT FUND LLC DBA CERBERUS STEPSTONE CREDIT HOLDINGS LLC | 6297 | | 10/1/2025 | $2,275,984.05 | $2,275,984.05 | Accept | ☑ | |
| CERBERUS SWC LEVERED HOLDINGS II LP | 6296 | | 10/1/2025 | $978,336.18 | $978,336.18 | Accept | ☑ | |
| CERBERUS SWC LOAN OPPORTUNITIES MASTER FUND II, L.P. | 6267 | | 10/1/2025 | $978,336.16 | $978,336.16 | Accept | ☑ | |
| CIM REAL ESTATE FINANCE TRUST, INC. DBA CMFT CORPORATE CREDIT SECURITIES, LLC | 6268 | | 9/19/2025 | $1,154,570.15 | $1,154,570.15 | Accept | ☐ | |
| INVESTCORP CREDIT MANAGEMENT BDC SPV, LLC | 6314 | | 9/29/2025 | $6,163,628.38 | $6,163,628.38 | Accept | ☑ | |
| IRONSIDES OPPORTUNITIES ANNEX FUND LP | 6315 | | 9/26/2025 | $1,532,896.11 | $1,532,896.11 | Accept | ☐ | |

*Wednesday, October 1, 2025*

*Page 3 of 4*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 3 - Prepetition Term Loan Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| KAAMANEN LEVERED, LP | 6316 | | 10/1/2025 | $907,506.96 | $907,506.96 | Accept | ☑ | |
| NORTH DAKOTA STATE INVESTMENT BOARD DBA CERBERUS ND CREDIT HOLDINGS LLC | 6322 | | 10/1/2025 | $505,201.71 | $505,201.71 | Accept | ☑ | |
| NORTH DAKOTA STATE INVESTMENT BOARD DBA CERBERUS ND LEVERED LLC | 6323 | | 10/1/2025 | $1,534,046.31 | $1,534,046.31 | Accept | ☑ | |
| OFSI BSL IX, LTD | 6324 | | 9/19/2025 | $682,966.72 | $682,966.72 | Accept | ☐ | |
| OFSI BSL VIII, LTD. | 6325 | | 9/19/2025 | $1,332,693.03 | $1,332,693.03 | Accept | ☐ | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 6328 | | 10/1/2025 | $1,061,947.96 | $1,061,947.96 | Accept | ☑ | |
| SAFETY NATIONAL CASUALTY CORPORATION | 6329 | | 10/1/2025 | $779,968.73 | $779,968.73 | Accept | ☑ | |
| SARANAC CLO III LIMITED | 6330 | | 9/25/2025 | $2,962,103.46 | $2,962,103.46 | Accept | ☑ | |
| SARANAC CLO VI LIMITED | 6331 | | 9/25/2025 | $2,149,647.38 | $2,149,647.38 | Accept | ☑ | |
| SARANAC CLO VIII LIMITED | 6332 | | 9/25/2025 | $1,586,016.10 | $1,586,016.10 | Accept | ☑ | |
| TMD-DL HOLDINGS LLC | 6334 | | 10/1/2025 | $384,494.56 | $384,494.56 | Accept | ☑ | |
| TRALEE CLO IV, LTD. | 6335 | | 10/1/2025 | $676,497.60 | $676,497.60 | Accept | ☐ | |
| TRALEE CLO V, LTD. | 6336 | | 10/1/2025 | $227,655.57 | $227,655.57 | Accept | ☑ | |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 4 - Prepetition Notes Claims

**Class Summary**        **Voting Outcome:** [ Accepted ]

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| **# Votes:** | 3 | 3 | 3 | 0 | 0 |
| **Vote %:** |  |  | 100.00% | 0.00% |  |
| **Amt:** |  | $212,986,587.00 | $212,986,587.00 | $0.00 |  |
| **Amt %:** |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| RANDSTAD MWW INC. | 6350 |  | 9/25/2025 | $19,274,234.00 | $19,274,234.00 | Accept | ☑ | Third Senior Secured Note |
| RANDSTAD MWW SOLUTIONS INC. | 6349 |  | 9/25/2025 | $40,000,000.00 | $40,000,000.00 | Accept | ☑ | Additional Senior Secured Note |
| RANDSTAD MWW SOLUTIONS INC. | 6348 |  | 9/25/2025 | $153,712,353.00 | $153,712,353.00 | Accept | ☑ | Senior Secured Note |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 5 - General Unsecured Claims

| Class Summary | Voting Outcome: | Accepted |
|---|---|---|

| | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 28 | 22 | 19 | 3 | 6 |
| Vote %: | | | 86.36% | 13.64% | |
| Amt: | | $4,295,602.85 | $4,289,206.36 | $6,396.49 | |
| Amt %: | | | 99.85% | 0.15% | |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AIMWEL B.V. | 5920 | C1 | 9/23/2025 | $453,186.64 | $453,186.64 | Accept | ☐ | Claimant wrote claim amount of $453,186, tabulated at voting amount. |
| APPCAST INC | 2549 | S3654 | 9/30/2025 | $821,938.04 | $0.00 | Invalid | ☑ | Claimant wrote claim amount of $692,540.90, tabulated at voting amount. Ballot amount has been aggregated in Ballot ID 2434. |
| APPCAST INC | 2434 | S3532 | 9/30/2025 | $43,527.84 | $865,465.88 | Accept | ☑ | Claimant wrote claim amount of $692,540.90, tabulated at voting amount. Ballot amount has been aggregated. |
| APPLAUSE APP QUALITY, INC. | 6212 | C2 | 9/9/2025 | $37,181.87 | $37,181.87 | Accept | ☑ | |
| BAKER & MCKENZIE LLP | 5945 | C8 | 9/23/2025 | $5,929.84 | $5,929.84 | Accept | ☑ | |
| BROADBEAN TECHNOLOGY LIMIITED | 2569 | S3674 | 10/2/2025 | $98,938.05 | $98,938.05 | Accept | ☑ | |
| BULLHORN INC | 2521 | S3626 | 9/30/2025 | $47,921.84 | $0.00 | Invalid | ☐ | Ballot amount has been aggregated in Ballot ID 2413. |
| BULLHORN INC | 2413 | S3511 | 9/30/2025 | $20,485.48 | $68,407.32 | Accept | ☐ | Ballot amount has been aggregated. |
| COALFIRE CONTROLS LLC | 6351 | | 9/30/2025 | $0.00 | $0.00 | Invalid | ☐ | Creditor not a voting party. |
| DAVIES WARD PHILLIPS VINEBERG | 2585 | S3690 | 9/30/2025 | $7,591.00 | $7,591.00 | Accept | ☐ | |
| ELIZABETH ZUKOWSKY | 6002 | C20 | 9/23/2025 | $67,657.66 | $0.00 | Invalid | ☐ | Ballot not signed. |
| EXCEL MANAGEMENT SYSTEMS, INC. | 5931 | C3 | 10/1/2025 | $69,506.01 | $69,506.01 | Accept | ☑ | |
| INSPIRE U | 5971 | C16 | 9/22/2025 | $7,194.24 | $7,194.24 | Accept | ☐ | |
| JOBVERSE INC | 6353 | S930 | 10/1/2025 | $0.00 | $0.00 | Accept | ☑ | Claimant wrote claim amount of $2,885,564.00, tabulated at voting amount. |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 5 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| JOSHUA M AMOROSO | 6007 | C26 | 9/29/2025 | $3,291.72 | $3,291.72 | Reject | ☑ | |
| JUSTIN CHERE | 5996 | C17 | 9/22/2025 | $32,500.00 | $32,500.00 | Accept | ☐ | |
| LOUISIANA DEPT OF REVENUE | 2689 | S3794 | 10/1/2025 | $342.66 | $342.66 | Reject | ☐ | Claimant wrote claim amount of $3,600.00, tabulated at voting amount. |
| LOUISIANA DEPT OF REVENUE | 2677 | S3782 | 10/1/2025 | $2,762.11 | $2,762.11 | Reject | ☐ | Claimant wrote claim amount of $19.60, tabulated at voting amount. |
| NOMTEK SP. Z O. O. | 5943 | C8 | 9/30/2025 | $82,108.10 | $82,108.10 | Accept | ☐ | |
| PENFIELD DIGITAL | 2453 | S3552 | 9/23/2025 | $15,000.00 | $15,000.00 | Accept | ☑ | |
| RED CEDAR TG-MTE LLC | 2424 | S3522 | 9/23/2025 | $5,280.00 | $5,280.00 | Accept | ☑ | |
| STEVEN CERNY | 6008 | C10 | 10/1/2025 | $240,625.00 | $240,625.00 | Accept | ☑ | |
| TEXTKERNEL BV | 2532 | S3637 | 9/30/2025 | $2,203,180.55 | $2,203,180.55 | Accept | ☐ | |
| TFA - DANNY KRAVITZ | 6020 | C20 | 9/18/2025 | $1,140.00 | $0.00 | Invalid | ☐ | Duplicate ballot. C20 is a duplicate claim of C19. |
| TFA - DANNY KRAVITZ | 6019 | C19 | 9/18/2025 | $1,140.00 | $1,140.00 | Accept | ☐ | |
| VANTAGE LEARNING USA LLC | 2378 | S3474 | 9/15/2025 | $16,937.49 | $16,937.49 | Accept | ☐ | Claimant wrote claim amount of $17,125.68, tabulated at voting amount. |
| VERINEXT CORP | 2584 | S3689 | 10/1/2025 | $79,034.37 | $79,034.37 | Accept | ☐ | Claimant wrote claim amount of $1,313,704.91, tabulated at voting amount. |
| XPERT RECRUITERS LLC | 5968 | C15 | 10/1/2025 | $60,000.00 | $0.00 | Invalid | ☐ | Vote not indicated. |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737