## Exhibit A

## Consolidated Ballot Report

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 3 - Prepetition Term Loan Claims

**Class Summary**  Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 55 | 55 | 55 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $90,494,321.65 | $90,494,321.65 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| ALCOF III NUBT, L.P. | 6251 |  | 9/30/2025 | $11,242,662.98 | $11,242,662.98 | Accept | ☑ |  |
| ARIZONA STATE RETIREMENT SYSTEM D/B/A CERBERUS ASRS HOLDINGS LLC | 6254 |  | 10/1/2025 | $7,343,700.85 | $7,343,700.85 | Accept | ☑ |  |
| CERBERUS AOZ LOAN OPPORTUNITIES FUND, L.P. | 6260 |  | 10/1/2025 | $220,893.90 | $220,893.90 | Accept | ☑ |  |
| CERBERUS ASRS CREDIT OPPORTUNITIES FUND LP D/B/A CERBERUS ASRS FUNDING LLC | 6269 |  | 10/1/2025 | $2,586,304.78 | $2,586,304.78 | Accept | ☑ |  |
| CERBERUS AUS LEVERED HOLDINGS LP | 6270 |  | 10/1/2025 | $472,485.09 | $472,485.09 | Accept | ☑ |  |
| CERBERUS AUS SA LEVERED LOAN OPPORTUNITIES MASTER FUND LP D/B/A CERBERUS AUS LEVERED HOLDINGS III LLC | 6271 |  | 10/1/2025 | $236,856.72 | $236,856.72 | Accept | ☑ |  |
| CERBERUS BUSINESS FINANCE LLC - SERIES XVIII | 6272 |  | 10/1/2025 | $38,518.22 | $38,518.22 | Accept | ☑ |  |
| CERBERUS BUSINESS FINANCE LLC - SERIES XX | 6273 |  | 10/1/2025 | $12,766.32 | $12,766.32 | Accept | ☑ |  |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXI | 6274 |  | 10/1/2025 | $96,768.81 | $96,768.81 | Accept | ☑ |  |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXII | 6275 |  | 10/1/2025 | $27,534.76 | $27,534.76 | Accept | ☑ |  |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXIX | 6276 |  | 10/1/2025 | $2,939.10 | $2,939.10 | Accept | ☑ |  |

**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| CERBERUS BUSINESS FINANCE LLC - SERIES XXLLI | 6279 | | 10/1/2025 | $15,163.49 | $15,163.49 | Accept | ✓ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXVI | 6277 | | 10/1/2025 | $114,548.46 | $114,548.46 | Accept | ✓ | |
| CERBERUS BUSINESS FINANCE LLC - SERIES XXX | 6278 | | 10/1/2025 | $25,280.95 | $25,280.95 | Accept | ✓ | |
| CERBERUS BUSINESS FINANCE, LLC - SERIES XIX | 6280 | | 10/1/2025 | $33,204.64 | $33,204.64 | Accept | ✓ | |
| CERBERUS BUSINESS FINANCE, LLC -SERIES XXV | 6281 | | 10/1/2025 | $30,924.08 | $30,924.08 | Accept | ✓ | |
| CERBERUS C-1 LEVERED LOAN OPPORTUNITIES MASTER FUND, L.P. DBA CERBERUS C-1 LEVERED II LLC | 6282 | | 10/1/2025 | $1,384,664.71 | $1,384,664.71 | Accept | ✓ | |
| CERBERUS CAVALIERS CREDIT MASTER FUND LP D/B/A CERBERUS CAVALIERS LEVERED LOAN OPPORTUNITIES FUND LLC | 6261 | | 10/1/2025 | $413,244.88 | $413,244.88 | Accept | ✓ | |
| CERBERUS FSBA LEVERED LOAN OPPORTUNITIES FUND LP DBA CERBERUS FSBA HOLDINGS LLC | 6262 | | 10/1/2025 | $2,407,013.59 | $2,407,013.59 | Accept | ✓ | |
| CERBERUS ICQ OFFSHORE LOAN OPPORTUNITIES MASTER FUND LP | 6283 | | 10/1/2025 | $1,817,161.57 | $1,817,161.57 | Accept | ✓ | |
| CERBERUS KRS LEVERED LOAN OPPORTUNITIES FUND, LP | 6284 | | 10/1/2025 | $1,138,405.77 | $1,138,405.77 | Accept | ✓ | |
| CERBERUS KRS LEVERED LOAN OPPORTUNITIES FUND, LP D/B/A CERBERUS KRS LEVERED, LLC | 6285 | | 10/1/2025 | $472,179.14 | $472,179.14 | Accept | ✓ | |
| CERBERUS LEVERED LOAN OPPORTUNITIES FUND III, L.P. | 6287 | | 10/1/2025 | $6,649,332.62 | $6,649,332.62 | Accept | ✓ | |
| CERBERUS LFGP XXIV, LLC | 6286 | | 10/1/2025 | $414,370.71 | $414,370.71 | Accept | ✓ | |
| CERBERUS LOAN FUNDING XXXI L.P. | 6263 | | 10/1/2025 | $2,624,105.85 | $2,624,105.85 | Accept | ✓ | |
| CERBERUS NJ CREDIT OPPORTUNITIES FUND DBA CERBERUS N-1 FUNDING LLC | 6288 | | 10/1/2025 | $2,914,155.27 | $2,914,155.27 | Accept | ✓ | |

**OMNI AGENT SOLUTIONS**
**5955 DE SOTO AVENUE, SUITE 100**
**WOODLAND HILLS, CA 91367**

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| CERBERUS NJ CREDIT OPPORTUNITIES FUND LP | 6289 | | 10/1/2025 | $132,818.59 | $132,818.59 | Accept | ☑ | |
| CERBERUS OFFSHORE LEVERED III HOLDINGS II LP | 6290 | | 10/1/2025 | $5,003,867.87 | $5,003,867.87 | Accept | ☑ | |
| CERBERUS OFFSHORE LEVERED IV LLC | 6291 | | 10/1/2025 | $2,174,071.80 | $2,174,071.80 | Accept | ☑ | |
| CERBERUS OFFSHORE UNLEVERED LOAN OPPORTUNITIES MASTER FUND IV, L.P. | 6264 | | 10/1/2025 | $850,198.09 | $850,198.09 | Accept | ☑ | |
| CERBERUS PNC SENIOR LOAN FUND, L.P. | 6292 | | 10/1/2025 | $2,267,253.88 | $2,267,253.88 | Accept | ☑ | |
| CERBERUS PSERS LEVERED LOAN OPPORTUNITIES FUND, L.P. | 6293 | | 10/1/2025 | $2,954,813.74 | $2,954,813.74 | Accept | ☑ | |
| CERBERUS PSERS LEVERED LOAN OPPORTUNITIES FUND, L.P. D/B/A CERBERUS PSERS LEVERED LLC | 6294 | | 10/1/2025 | $1,011,673.98 | $1,011,673.98 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND A LP | 6265 | | 10/1/2025 | $2,223,646.72 | $2,223,646.72 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND B LP | 6266 | | 10/1/2025 | $2,620,295.61 | $2,620,295.61 | Accept | ☑ | |
| CERBERUS REDWOOD LEVERED LOAN OPPORTUNITIES FUND B LP D/B/A CERBERUS REDWOOD LEVERED B LLC | 6295 | | 10/1/2025 | $645,996.99 | $645,996.99 | Accept | ☑ | |
| CERBERUS STEPSTONE CREDIT FUND LLC DBA CERBERUS STEPSTONE CREDIT HOLDINGS LLC | 6297 | | 10/1/2025 | $2,275,984.05 | $2,275,984.05 | Accept | ☑ | |
| CERBERUS SWC LEVERED HOLDINGS II LP | 6296 | | 10/1/2025 | $978,336.18 | $978,336.18 | Accept | ☑ | |
| CERBERUS SWC LOAN OPPORTUNITIES MASTER FUND II, L.P. | 6267 | | 10/1/2025 | $978,336.16 | $978,336.16 | Accept | ☑ | |
| CIM REAL ESTATE FINANCE TRUST, INC. DBA CMFT CORPORATE CREDIT SECURITIES, LLC | 6268 | | 9/19/2025 | $1,154,570.15 | $1,154,570.15 | Accept | ☐ | |
| INVESTCORP CREDIT MANAGEMENT BDC SPV, LLC | 6314 | | 9/29/2025 | $6,163,628.38 | $6,163,628.38 | Accept | ☑ | |
| IRONSIDES OPPORTUNITIES ANNEX FUND LP | 6315 | | 9/26/2025 | $1,532,896.11 | $1,532,896.11 | Accept | ☐ | |

**OMNI AGENT SOLUTIONS**                                       **Visit us on the Web at www.omniagentsolutions.com**                                       **PHONE: (818) 906-8300**
**5955 DE SOTO AVENUE, SUITE 100**                                                                                                                          **FAX: (818) 783-2737**
**WOODLAND HILLS, CA 91367**

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 3 - Prepetition Term Loan Claims**

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| KAAMANEN LEVERED, LP | 6316 | | 10/1/2025 | $907,506.96 | $907,506.96 | Accept | ☑ | |
| NORTH DAKOTA STATE INVESTMENT BOARD DBA CERBERUS ND CREDIT HOLDINGS LLC | 6322 | | 10/1/2025 | $505,201.71 | $505,201.71 | Accept | ☑ | |
| NORTH DAKOTA STATE INVESTMENT BOARD DBA CERBERUS ND LEVERED LLC | 6323 | | 10/1/2025 | $1,534,046.31 | $1,534,046.31 | Accept | ☑ | |
| OFSI BSL IX, LTD | 6324 | | 9/19/2025 | $682,966.72 | $682,966.72 | Accept | ☐ | |
| OFSI BSL VIII, LTD. | 6325 | | 9/19/2025 | $1,332,693.03 | $1,332,693.03 | Accept | ☐ | |
| RELIANCE STANDARD LIFE INSURANCE COMPANY | 6328 | | 10/1/2025 | $1,061,947.96 | $1,061,947.96 | Accept | ☑ | |
| SAFETY NATIONAL CASUALTY CORPORATION | 6329 | | 10/1/2025 | $779,968.73 | $779,968.73 | Accept | ☑ | |
| SARANAC CLO III LIMITED | 6330 | | 9/25/2025 | $2,962,103.46 | $2,962,103.46 | Accept | ☑ | |
| SARANAC CLO VI LIMITED | 6331 | | 9/25/2025 | $2,149,647.38 | $2,149,647.38 | Accept | ☑ | |
| SARANAC CLO VIII LIMITED | 6332 | | 9/25/2025 | $1,586,016.10 | $1,586,016.10 | Accept | ☑ | |
| TMD-DL HOLDINGS LLC | 6334 | | 10/1/2025 | $384,494.56 | $384,494.56 | Accept | ☑ | |
| TRALEE CLO IV, LTD. | 6335 | | 10/1/2025 | $676,497.60 | $676,497.60 | Accept | ☐ | |
| TRALEE CLO V, LTD. | 6336 | | 10/1/2025 | $227,655.57 | $227,655.57 | Accept | ☑ | |

*Wednesday, October 1, 2025*    *Page 4 of 4*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 4 - Prepetition Notes Claims**

**Class Summary**  Voting Outcome: **Accepted**

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 3 | 3 | 3 | 0 | 0 |
| Vote %: |  |  | 100.00% | 0.00% |  |
| Amt: |  | $212,986,587.00 | $212,986,587.00 | $0.00 |  |
| Amt %: |  |  | 100.00% | 0.00% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| RANDSTAD MWW INC. | 6350 |  | 9/25/2025 | $19,274,234.00 | $19,274,234.00 | Accept | ✓ | Third Senior Secured Note |
| RANDSTAD MWW SOLUTIONS INC. | 6349 |  | 9/25/2025 | $40,000,000.00 | $40,000,000.00 | Accept | ✓ | Additional Senior Secured Note |
| RANDSTAD MWW SOLUTIONS INC. | 6348 |  | 9/25/2025 | $153,712,353.00 | $153,712,353.00 | Accept | ✓ | Senior Secured Note |

Tuesday, September 30, 2025                                                                                                                                                     Page 1 of 1

OMNI AGENT SOLUTIONS                                   Visit us on the Web at www.omniagentsolutions.com                          PHONE: (818) 906-8300
5955 DE SOTO AVENUE, SUITE 100                                                                                                    FAX: (818) 783-2737
WOODLAND HILLS, CA 91367

**Debtor: Zen JV, LLC, et al.**
**Case No. 25-11195**
**Claims Ballot Detail Results**
**Class 5 - General Unsecured Claims**

## Class Summary   Voting Outcome: Accepted

|  | Total Received | Total Valid | Accepted | Rejected | Invalid |
|---|---|---|---|---|---|
| # Votes: | 28 | 21 | 19 | 2 | 7 |
| Vote %: |  |  | 90.48% | 9.52% |  |
| Amt: |  | $4,295,602.85 | $4,289,206.36 | $6,396.49 |  |
| Amt %: |  |  | 99.85% | 0.15% |  |

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| AIMWEL B.V. | 5920 | C1 | 9/23/2025 | $453,186.64 | $453,186.64 | Accept | ☐ | Claimant wrote claim amount of $453,186, tabulated at voting amount. |
| APPCAST INC | 2549 | S3654 | 9/30/2025 | $821,938.04 | $0.00 | Invalid | ☑ | Claimant wrote claim amount of $692,540.90, tabulated at voting amount. Ballot amount has been aggregated in Ballot ID 2434. |
| APPCAST INC | 2434 | S3532 | 9/30/2025 | $43,527.84 | $865,465.88 | Accept | ☑ | Claimant wrote claim amount of $692,540.90, tabulated at voting amount. Ballot amount has been aggregated. |
| APPLAUSE APP QUALITY, INC. | 6212 | C2 | 9/9/2025 | $37,181.87 | $37,181.87 | Accept | ☑ |  |
| BAKER & MCKENZIE LLP | 5945 | C8 | 9/23/2025 | $5,929.84 | $5,929.84 | Accept | ☑ |  |
| BROADBEAN TECHNOLOGY LIMIITED | 2569 | S3674 | 10/2/2025 | $98,938.05 | $98,938.05 | Accept | ☑ |  |
| BULLHORN INC | 2521 | S3626 | 9/30/2025 | $47,921.84 | $0.00 | Invalid | ☐ | Ballot amount has been aggregated in Ballot ID 2413. |
| BULLHORN INC | 2413 | S3511 | 9/30/2025 | $20,485.48 | $68,407.32 | Accept | ☐ | Ballot amount has been aggregated. |
| COALFIRE CONTROLS LLC | 6351 |  | 9/30/2025 | $0.00 | $0.00 | Invalid | ☐ | Creditor not a voting party. |
| DAVIES WARD PHILLIPS VINEBERG | 2585 | S3690 | 9/30/2025 | $7,591.00 | $7,591.00 | Accept | ☐ |  |
| ELIZABETH ZUKOWSKY | 6002 | C20 | 9/23/2025 | $67,657.66 | $0.00 | Invalid | ☐ | Ballot not signed. |
| EXCEL MANAGEMENT SYSTEMS, INC. | 5931 | C3 | 10/1/2025 | $69,506.01 | $69,506.01 | Accept | ☑ |  |
| INSPIRE U | 5971 | C16 | 9/22/2025 | $7,194.24 | $7,194.24 | Accept | ☐ |  |
| JOBVERSE INC | 6353 | S930 | 10/1/2025 | $0.00 | $0.00 | Accept | ☑ | Claimant wrote claim amount of $2,885,564.00, tabulated at voting amount. |

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737

# Debtor: Zen JV, LLC, et al.
## Case No. 25-11195
## Claims Ballot Detail Results
## Class 5 - General Unsecured Claims

| Creditor | Ballot # | Clm Sch | Date Received | Printed Ballot Amount | Tabulated Vote Amount | Vote | Opt In Election | Comment |
|---|---|---|---|---|---|---|---|---|
| JOSHUA M AMOROSO | 6007 | C26 | 9/29/2025 | $3,291.72 | $3,291.72 | Reject | ☑ | |
| JUSTIN CHERE | 5996 | C17 | 9/22/2025 | $32,500.00 | $32,500.00 | Accept | ☐ | |
| LOUISIANA DEPT OF REVENUE | 2689 | S3794 | 10/1/2025 | $342.66 | $3,104.77 | Reject | ☐ | Claimant wrote claim amount of $3,600.00, tabulated at voting amount. Ballot amount has been aggregated. |
| LOUISIANA DEPT OF REVENUE | 2677 | S3782 | 10/1/2025 | $2,762.11 | $0.00 | Invalid | ☐ | Claimant wrote claim amount of $19.60, tabulated at voting amount. Ballot amount has been aggregated in Ballot ID 2689. |
| NOMTEK SP. Z O. O. | 5943 | C8 | 9/30/2025 | $82,108.10 | $82,108.10 | Accept | ☐ | |
| PENFIELD DIGITAL | 2453 | S3552 | 9/23/2025 | $15,000.00 | $15,000.00 | Accept | ☑ | |
| RED CEDAR TG-MTE LLC | 2424 | S3522 | 9/23/2025 | $5,280.00 | $5,280.00 | Accept | ☑ | |
| STEVEN CERNY | 6008 | C10 | 10/1/2025 | $240,625.00 | $240,625.00 | Accept | ☑ | |
| TEXTKERNEL BV | 2532 | S3637 | 9/30/2025 | $2,203,180.55 | $2,203,180.55 | Accept | ☐ | |
| TFA - DANNY KRAVITZ | 6020 | C20 | 9/18/2025 | $1,140.00 | $0.00 | Invalid | ☐ | Duplicate ballot. C20 is a duplicate claim of C19. |
| TFA - DANNY KRAVITZ | 6019 | C19 | 9/18/2025 | $1,140.00 | $1,140.00 | Accept | ☐ | |
| VANTAGE LEARNING USA LLC | 2378 | S3474 | 9/15/2025 | $16,937.49 | $16,937.49 | Accept | ☐ | Claimant wrote claim amount of $17,125.68, tabulated at voting amount. |
| VERINEXT CORP | 2584 | S3689 | 10/1/2025 | $79,034.37 | $79,034.37 | Accept | ☐ | Claimant wrote claim amount of $1,313,704.91, tabulated at voting amount. |
| XPERT RECRUITERS LLC | 5968 | C15 | 10/1/2025 | $60,000.00 | $0.00 | Invalid | ☐ | Vote not indicated. |

*Friday, October 3, 2025*     *Page 2 of 2*

OMNI AGENT SOLUTIONS
5955 DE SOTO AVENUE, SUITE 100
WOODLAND HILLS, CA 91367

Visit us on the Web at www.omniagentsolutions.com

PHONE: (818) 906-8300
FAX: (818) 783-2737