**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
:
In re:                                  :   Chapter 11
                                        :
ZEN JV, LLC, *et al.*,[1]               :   Case No. 25-11195 (JKS)
                                        :
       Debtors.              :   (Jointly Administered)
                                        :
                                        :   **Re: Docket No.**
------------------------------------------------------- x

**ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an (this "**Order**") (i) authorizing assumption and assignment of the executory contracts with the counterparties listed on the chart attached hereto as **Exhibit 1** (the "**Assumed Contracts**") and (ii) granting related relief , all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

RLF1 33785992v.2

notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The Assumed Contracts are hereby assumed and assigned to BOLD in their entirety pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, on the terms and conditions therein, effective as of the Closing. The Assumed Contracts shall constitute Assumed Agreements under the Job Board APA.

4. The Debtors have provided adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1) of the Bankruptcy Code.

5. BOLD shall promptly cure existing defaults under the Assumed Contracts as required by section 365(b)(1)(A) in the amounts identified in **Exhibit 1** to this Order.

6. Under the circumstances, the notice requirement set forth in Bankruptcy Rule 6004(a) is satisfied.

7. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

8. The requirements of Bankruptcy Rule 6006(f)(6) are waived.

9. The Debtors or their successors and assigns are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

10. This Order shall bind the Debtors, their successors in interest and assigns, and BOLD.

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# Exhibit 1

## Assumed Contracts

| Counterparty | Debtor Party | Agreement Name/Description | Order ID | Cure Amount | Contact Email | Address | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08690779 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695896 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708283 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711973 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713570 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 73rd Solution | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715068 | $ - | skhan@73rdsolution.com | 43 Milestone Dr. | Ringoes | New Jersey | 08551 | United States |
| A & D Home Health Care | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715069 | $ - | sbivins@a-dhomecare.com | 3150 ENTERPRISE DR | SAGINAW | Michigan | 48603 | United States |
| A P R Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715070 | $ - | billing@alphaprotemps.com | 685 Cochran St., Suite 222 | Simi Valley | California | 93065 | United States |
| Acro Service Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713301 | $ - | sdodson@acrocorp.com | 39209 W. Six Mile Road, Suite #160 | Livonia | Michigan | 48152 | United States |
| ADAEQUARE | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713659 | $ - | vkpnimma@adaequare.com | 14100 Parke-Long Ct Ste J | Chantilly | Virginia | 20151 | United States |
| Administrative Controls Management, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715015 | $ - | amw@acmpm.com | 525 Avis Drive, Suite 2 | Ann Arbor | Michigan | 48108 | United States |
| ADP, Inc. (on behalf of ADP RPO) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703972 | $ - | heather.howard@adp.com | 3401 Technology Dr | Findlay | Ohio | 45840 | United States |
| Aims5Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714964 | $ - | (blank) | 143 Northlight passe , | Lake In the Hills | Illinois | 60156 | United States |
| AKAASA Technologies Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711876 | $ - | anuj@akaasa.com | 3741 Terrasol Trl SW | Lilburn | Georgia | 30047 | United States |
| Albany Times Union | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705089 | $ - | cfinnegan@timesunion.com | 645 Albany Shaker Rd | Albany | New York | 12211-1158 | United States |
| Alchemy Software Solutions LLC, | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711013 | $ - | ram.v@alchemysolutions.us | 1000 North West Street | Wilmington | Delaware | 19801 | United States |
| ALITE HEALTHCARE SERVICES INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705540 | $ - | ravi@alitehs.com | 856 RT 206, Building C, Suite 15 | Hillsborough | New Jersey | 08844 | United States |
| Alpha Silicon LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705405 | $ - | anish@alphasilicon.com | 2010 El Camino Real # 1047 | Santa Clara | California | 95050 | United States |
| Altezzasys Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710276 | $ - | logisticsusa@altezzasys.com | 450 S Abel St | Milpitas | California | 95036 | United States |
| American Contract Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713152 | $ - | kevin@americancontractgroup.com | 50 High St Suite 46 | North Andover | Massachusetts | 01845 | United States |
| American Panel Solutions LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08698583 | $ - | hr@jasolaraz.com | 1975 S 99th Ave | Tolleson | Arizona | 85353 | United States |
| American Vulkan Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708505 | $ - | tking@vulkanusa.com | 2525 Dundee Road | Winter Haven | Florida | 33884 | United States |
| AMSYS Innovative Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703865 | $ - | vvazquez@amsysis.com | 10101 Southwest Freeway, Suite 570 | Houston | Texas | 77074 | United States |
| ApplicantPro Holdings, dba JobMatch | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715049 | $ - | mchristensen@isolvedhcm.com | 3688 Campus Drive #150 | Eagle Mountain | Utah | 84005 | United States |
| Arbeit IT Consulting Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08678867 | $ - | himabinduchevooru@arbeitconsultancy.com | 16192 Costal Highway | Lewes | Delaware | 19958 | United States |
| Arcus Technologies Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695291 | $ - | lakuma@kattechsystems.com | 11095 Viking Dr | Eden Prairie | Minnesota | 55344 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | $ | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARK InfotechSpectrum | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709830 | $ | - | abhik@arkinfotechspectrum.com | 7924 Preston Rd Ste 350 | Plano | Texas | 75024 | United States |
| ARKA TECH IT INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715063 | $ | - | info@arkatechit.com | 310w, 9th street, | Wilmington | Delaware | 19801 | United States |
| Arrow Strategies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708436 | $ | - | tiffanym@arrowstrategies.com | 2533 NORWOOD RD | Bloomfield Hills | Michigan | 48302-1158 | United States |
| Arrowcore Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703768 | $ | - | rpandey@arrowcore.com | 24 Sloan St. | Roswell | Georgia | 30075 | United States |
| ASM Tech Solutions LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714620 | $ | - | hr@asmtechsolution.com | 30n North Gould Street | Sheridan | Wyoming | 82801 | United States |
| Atlantic Painting | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714930 | $ | - | jobs@atlanticpainting.com | 12551 s mason | alsip | Illinois | 60803 | United States |
| ATR Arena Technical Resources | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08683713 | $ | - | rll@atr.com | 104 S Washington Street | Rockville | Maryland | 20850 | United States |
| Axis Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714876 | $ | - | cbranch@axistec.com | 5904 Chapel Hill Blvd, Ste 205 | Plano | Texas | 75093 | United States |
| B and B Search Firm | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714973 | $ | - | (blank) | 824 Heather Lane | Hamilton | Montana | 59840 | United States |
| BARBEY ELECTRONICS CORP. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714896 | $ | - | kloudis@barbeyele.com | 110 CORPORATE DRIVE, | READING | Pennsylvania | 19605 | United States |
| BECKER'S SCHOOL SUPPLIES | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704635 | $ | - | jacquelyn.bader@cjbinc.com | 1500 Melrose Highway | Pennsauken | New Jersey | 08110-1410 | United States |
| BECKER'S SCHOOL SUPPLIES | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711138 | $ | - | jacquelyn.bader@cjbinc.com | 1500 Melrose Highway | Pennsauken | New Jersey | 08110-1410 | United States |
| Black Rock Solutions Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714958 | $ | - | aditya.singh@blackrockgrps.com | 5900 Balcones Drive Suite 100 | Austin | Texas | 78731 | United States |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699924 | $ | - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701554 | $ | - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701852 | $ | - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705482 | $ | - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712104 | $ | - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blue Rose Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711021 | $ | - | chandra.bajpai@bluerosetech.com | 7950 NW 53rd Street, Suite 337 | Miami | Florida | 33166 | United States |
| Blue Rose Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711533 | $ | - | chandra.bajpai@bluerosetech.com | 7950 NW 53rd Street, Suite 337 | Miami | Florida | 33166 | United States |
| BLYK ENGINEERING SERVICES INC. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08693711 | $ | - | lkumari@blykengineering.com | 521 S Francisca Avenue | Redondo Beach | California | 90277 | United States |
| BNS ECOM LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711039 | $ | - | info@bnsecom.com | 115-07 115th St | Queens | New York | 11420 | United States |
| Booz Allen Hamilton | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08678116 | $ | - | holdridge_aileen@bah.com | 8283 Greensboro Drive | McLean | Virginia | 22102 | United States |
| Bridges of Wisconsin | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715044 | $ | - | billing@bridgesofwisconsin.com | 1530 Corporate Center Dr Ste 1 | West Bend | Wisconsin | 53095 | United States |
| BSL consulting LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702470 | $ | - | arun@bslci.com | 701 Brazos St, Ste 720 | Austin | Texas | 78701 | United States |
| BTI Solutions Inc. dba Blue Telcom, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714966 | $ | - | sean.kim@btisolutions.com | 801 E. Campbell Rd Suite 230 | Richardson | Texas | 75081 | United States |
| Burns Motor Company | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715075 | $ | - | luxurycardealer@gmail.com | 700 Middle Country Rd | Saint James | New York | 11780-3222 | United States |
| Business Needs Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715076 | $ | - | pmital@businessneedsinc.com | 1950 S. Brea Canyon Rd. Suite 5 | Diamond Bar | California | 91765 | United States |
| California SoftTech Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706866 | $ | - | ashok@calisofttech.com | 6411 Inkster Rd., Suite 130 | Bloomfield Hills | Michigan | 48301 | United States |
| CANVIN TEK INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706742 | $ | - | uday@canvintek.com | 431 Boulder Dr. | Morganville | New Jersey | 07751 | United States |
| CBM of America - Communications Technologies Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711516 | $ | - | mhannam@cbmusa.com | 2270 NW 30th Pl | Pompano Beach | Florida | 33069 | United States |

| Customer | Counterparty | Agreement Type | Order ID | $ | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| City Of Middletown | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704870 | $ | - | chelseas@cityofmiddletown.org | 1 Donham Plaza | Middletown | Ohio | 45042 | United States |
| Classic Performance Products, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715074 | $ | - | jobs@classicperform.com | 378 E ORANGETHORPE AVE | PLACENTIA | California | 92870-6502 | United States |
| Cleantech Ventures, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710427 | $ | - | kiranv@cleantechventures.com | 12 Roszel Road, Suite A-204 | Princeton | New Jersey | 08540 | United States |
| CloudIngest INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715048 | $ | - | amar@cloudingest.com | 310 Maxwell Rd Suite 600 | Alpharetta | Georgia | 30009 | United States |
| CloudRay Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703627 | $ | - | hr@cloudrayinc.com | 104 Interchange Plaza, Suite 100 | Monroe | New Jersey | 08831 | United States |
| Cognowiz | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707360 | $ | - | reddyn@cognowiz.com | 23698 Heather Mews Dr | Ashburn | Virginia | 20148 | United States |
| Color Jewels Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714920 | $ | - | nparekh@colorjewels.net | 36 W 44TH ST | NEW YORK | New York | 10036-8102 | United States |
| COMPUPLUS INTERNATIONAL, INC. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706459 | $ | - | sam@cp-intl.com | 94 Lilac Lane | Paramus | New Jersey | 07652 | United States |
| Connections IT Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706977 | $ | - | benica@connectionsitservices.com | 6440 N Central Expressway suite 620 | Dallas | Texas | 75206 | United States |
| Cortracker Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705057 | $ | - | hr.india@cortracker360.com | 9555, Orchard Hill Place, Suite 600 | Novi | Michigan | 48375 | United States |
| Cunningham Stauring & Associates Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711873 | $ | - | jstauring@cunninghamstauring.com | 327 Seneca Rd. | Hornell | New York | 14843 | United States |
| Cyber Elite | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714681 | $ | - | namit@cyberelite.in | 36 Willocks Cir, | Somerset | New Jersey | 08873 | United States |
| Datalore Technologies Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711498 | $ | - | shiva.reddy@dataloretech.com | 133 Keybridge Dr. Suite E | Morrisville | North Carolina | 27560 | United States |
| DB Holdings Shops LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710423 | $ | - | angela.sampson@drybarshops.com | 125 Technology Dr Ste 150 | Irvine | California | 92618 | United States |
| Deseret News | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714911 | $ | - | amanning@deseretnews.com | 55 N. 300 West, STE 40 | Salt Lake City | Utah | 84101 | United States |
| Dhruv Technology Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711805 | $ | - | sudheerms@dhruvts.com | 35453-B Dumbarton Ct | Newark | California | 94560 | United States |
| Digital Intelligence Systems, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703600 | $ | - | blake.harris@dexian.com | 8270 Greensboro Drive, Suite 1000 | McLean | Virginia | 22102 | United States |
| Digital Intelligence Systems, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714277 | $ | - | blake.harris@dexian.com | 8270 Greensboro Drive, Suite 1000 | McLean | Virginia | 22102 | United States |
| DIGITAL TRANSFORMATION INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710110 | $ | - | bev@digixforminc.com | 44330 Mercure Cir | Sterling | Virginia | 20166 | United States |
| Drawbridge Services, Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699201 | $ | - | crodriguez@floridadrawbridges.com | 1901 E Atlantic Blvd | Pompano Beach | Florida | 33060 | United States |
| DVG Tech Solutions LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714897 | $ | - | renukad@dvgts.com | 666 Plainsboro Rd , Suite 1010 | Plainsboro Township | New Jersey | 08536 | United States |
| Eclaro | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08675355 | $ | - | paul.sheridan@eclaro.com | 450 Seventh Avenue, Suite 1102, | New York | New York | 10123 | United States |
| Eleven Recruiting | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714525 | $ | - | maria@elevenrecruiting.com | 3435 Wilshire Blvd., Fl 14 | Los Angeles | California | 90010 | United States |
| Elite Staffing Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712192 | $ | - | jon@elitestaffinginc.com | 1400 W HUBBARD ST | Chicago | Illinois | 60642-8195 | United States |
| EnableNow INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705086 | $ | - | muneer.baig@enablenow.com | 414 Windward Drive | Murphy | Texas | 75094 | United States |
| Entravision | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708942 | $ | - | tmeyer@entravision.com | 101 W Colfax Ave | Denver | Colorado | 80202-5167 | United States |
| Estes Express Lines | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710655 | $ | - | greg.richardson@estesexpress.com | 3901 West Broad Street | Richmond | Virginia | 23230-3962 | United States |
| Euclid Innovation Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705549 | $ | - | subha.dhanasekar@euclidinnovations.com | 15720 Brixham Hill avenue Suite 201 | Charlotte | North Carolina | 28277 | United States |
| First To Serve Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708616 | $ | - | mcardenas@firsttoserve.org | 1017 W 50th Street | Los Angeles | California | 90037 | United States |
| Flexton Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711721 | $ | - | rajdeep@flextoninc.com | 2590 N 1st St | San Jose | California | 95131 | United States |

| Counterparty | Debtor | Contract Type | Contract # | | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Fluor Marine Propulsion, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08592014 | $ | - | patricia.west@unnpp.gov | PO BOX 1072 | Schenectady | New York | 12301 | United States |
| Galaxy Infotech Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715055 | $ | - | gurjant@galaxyinfotechinc.com | 4000 Legato Road, 11th Floor, Suite 69, | Fairfax | Virginia | 22033 | United States |
| GE Vernova | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704779 | $ | - | ge@nrl.co.uk | 58 Charles Street | Cambridge | Massachusetts | 02141 | United States |
| Generate Next Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714339 | $ | - | hr@generatenextnc.com | 1026 Jay St | Charlotte | North Carolina | 28208 | United States |
| GeniePro Technologies Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714765 | $ | - | nm@genieprotech.com | 475 Bayswater Way | Suwanee | Georgia | 30024 | United States |
| GHSL Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08666295 | $ | - | sanjeeva@ghsltechnologies.com | 16192 Coastal Highway | Lewes | Delaware | 19958 | United States |
| GlobalLogic | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706964 | $ | - | shruthi.ketepalle@globallogic.com | 2535 Augustine Drive, 5th Floor | Santa Clara | California | 95054 | United States |
| Google LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710279 | $ | - | dianalouie@google.com | 1600 Amphitheather Pkwy | Mountain View | California | 94043 | United States |
| Granite Solutions Groupe | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08696056 | $ | - | anilkumar@granitesolutionsgroupe.com | 235 Montgomery Street | San Francisco | California | 94104 | United States |
| Graystone Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714878 | $ | - | elazowski@graystoneadv.com | 55 Merritt Blvd | Trumbull | Connecticut | 06611-5435 | United States |
| Hart Mechanical, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714943 | $ | - | hr@hartmech.com | 293 Oakwood Dr | Glastonbury | Connecticut | 06033-5039 | United States |
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710543 | $ | - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711858 | $ | - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713572 | $ | - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hays US | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715047 | $ | - | mark.schultz@hays.com | 950 East Paces Ferry Suite 2150 | Atlanta | Georgia | 30326 | United States |
| HireQuotient Technologies Pte Ltd | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701325 | $ | - | maitreyee.srivastava@hirequotient.com | Level 08, The Metropolis Tower 2, 11 North Buona Vista Drive | Singapore | | 138589 | Singapore |
| HIRESIGMA | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714872 | $ | - | aviral@hiresigma.com | 3135 31st Street | Astoria | New York | 11106 | United States |
| Hoosic Valley Central School | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714975 | $ | - | acardone@timesunion.com | 2 Pleasant Avenue | Schaghticoke | New York | 12154 | United States |
| iFlex Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714338 | $ | - | milan.patel@iflexgroupinc.com | 321 Curricle run, | Fort Wayne | Indiana | 46845 | United States |
| Impetusit | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715073 | $ | - | roy@synergisticit.com | 39141 civic center dr ste 201 | Fremont | California | 94582 | United States |
| Indium Software Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713559 | $ | - | mahendran.dilli@indium.tech | 19925 Stevens Creek Blvd, Suite 100 | Cupertino | California | 95014 | United States |
| Infozic Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714982 | $ | - | umesh@infozic.com | 1071 HOLLY HILL DR | San Jose | California | 95122 | United States |
| Interactive Resources LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711501 | $ | - | mpuskar@irtalent.com | 4901 Belfort Rd Suite 130 | Jacksonville | Florida | 32256 | United States |
| Intratek Computer, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710649 | $ | - | bghobbeh@intrapc.com | 9950 Irvinre Center Dr. | Irvine | California | 92618 | United States |
| IntVerse.io | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709999 | $ | - | rajesh@intverse.io | 8936 N Pointe Executive Park Dr, Suite #185 | Huntersville | North Carolina | 28078 | United States |
| iStaff | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714808 | $ | - | jeremy@istaff.com | 1325 Satellite Blvd NW, Suite 1305 | Suwanee | Georgia | 30024 | United States |
| IT Sutra | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714910 | $ | - | billings@itsutra.com | 4425 W. Airport Fwy, STE 234 | Irving | Texas | 75062 | United States |
| ITG (Information Technology Group) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714907 | $ | - | bhinkle@itgllc.net | 140 Walnut St, Suite 205 | Kansas City | Missouri | 64106 | United States |
| Jefferson Community College | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715066 | $ | - | acardone@timesunion.com | 1220 Coffeen St. | Watertown | New York | 13601 | United States |
| Jewish Family Service of Dallas | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705774 | $ | - | mmickish@jfsdallas.org | 5402 Arapaho | Dallas | Texas | 75248 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jobot | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714840 | $ | - | heidi@jobot.com | 3101 West Coast Hwy | Newport Beach | California | 92663 | United States |
| Kanha Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715045 | $ | - | preeti.sambher@kanhaservices.com | 9221 RAINBOW FALLS DR | Bristow | Virginia | 20136 | United States |
| Kate Farrell Staffing | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714959 | $ | - | katefarrellstaffing@gmail.com | 233 Roseland Avenue | ESSEX FELLS | New Jersey | 07021 | United States |
| Kelly Services Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710769 | $ | - | alim161@kellyservices.com | 999 West Big Beaver Road | Troy | Michigan | 48084-4782 | United States |
| Ken's Foods | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707159 | $ | - | dkeane@kensfoods.com | 1 D'Angelo Drive | Marlboro | Massachusetts | 01752 | United States |
| kesarweb | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714950 | $ | - | amit@dashtechinc.com | 565 Metro Pl S Suite 400 | Dublin | Ohio | 43017 | United States |
| KHT Industry Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714895 | $ | - | vincent.xgh@gmail.com | 11003 GALLANT FLAG DR | TOMBALL | Texas | 77375-7015 | United States |
| KK technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715059 | $ | - | recruiter3@kktechs.com | 2377 Gold Meadow Way, Sui#100 | Gold River | California | 95670 | United States |
| Lamar University | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714960 | $ | - | ashley.salazar@lamar.edu | 4400 Mlk Blvd. Po Box 10009 | Beaumont | Texas | 77710-0009 | United States |
| LGL Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714905 | $ | - | srini@lgltechnologies.com | 2219 Sawdust RD | The woodlands | Texas | 77380 | United States |
| LL Engineering PC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695978 | $ | - | llee@llengineeringpc.com | 42-40 Suite 412 | Bayside | New York | 11361 | United States |
| Logistic Solutions, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701615 | $ | - | priti.mody@logistic-solutions.com | 216 STELTON RD STE C2 | Piscataway | New Jersey | 08854 | United States |
| Lumicity LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701834 | $ | - | daniel.gaughan@lumicity.io | 7901 Santa Monica Blvd, ST 205 | Los Angeles | California | 90046 | United States |
| Mahadev Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715065 | $ | - | jwala.kompalli@hire10x.ai | 10176 W Avenida Del Rey | Peoria | Arizona | 85383 | United States |
| MANGO ANALYTICS, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714977 | $ | - | aman.karki@mangoanalytics.ai | 220 E. Main Street | Branford | Connecticut | 06405 | United States |
| MapOut Digital Solutions Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708728 | $ | - | kiran@mapoutinc.com | 111 North Market Street, Suite 300 | San Jose | California | 95113 | United States |
| Martin's on Duval LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714741 | $ | - | | 917 Duval Street | Key West | Florida | 33040 | United States |
| Mason Investment Advisory Service | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706116 | $ | - | rpylypko@masoncompanies.com | 11921 Freedom Drive, Suite 1000 | Reston | Virginia | 20190 | United States |
| Masters Gallery Foods Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707873 | $ | - | nkim@mastersgalleryfoods.com | 411 County Road PP, PO Box 170 | Plymouth | Wisconsin | 53073 | United States |
| Menands School District | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714898 | $ | - | dhess@timesunion.com | 19 Wards Ln | Albany | New York | 12204 | United States |
| Mentis Systems | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08700416 | $ | - | kumar@mentissystems.com | 14205 SE 36th street suite 100 | Bellevue | Washington | 98006 | United States |
| METAQ TECHNOLOGIES CO LTD | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714884 | $ | - | recruit@metaq.tech | 7703 N LAMAR BLVD STE 305 | AUSTIN | Texas | 78752-1027 | United States |
| Metrolink | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712857 | $ | - | cousartm@scrra.net | 900 Wilshire Blvd. Suite 1500 | Los Angeles | California | 90017 | United States |
| Mid-American Research Chemical | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705313 | $ | - | hoffman@marc1.com | 2470 14th Ave | Columbus | Nebraska | 68601 | United States |
| Minisoft Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713077 | $ | - | ram@minisofttech.com | 10333 Harwin Dr Ste 375E | Houston | Texas | 77036 | United States |
| Msys Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08686361 | $ | - | bw@msysinc.com | 1025 Connecticut Ave, NW, Suite 1000 | Washington | Virginia | 20036 | United States |
| MYK Global Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704673 | $ | - | tarun@mykglobalsolutions.com | 663 Claridad Loop | San Jose | California | 95035 | United States |
| NAAS Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714902 | $ | - | sudheer@naas-tech.com | 10000 N 31st Ave, Suite D406C2 | Phoenix | Arizona | 85051 | United States |
| National Express | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08696882 | $ | - | yvonne.valdez@nellc.com | 2601 Navistar Drive | Lisle | Illinois | 60532 | United States |
| National Express | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705347 | $ | - | yvonne.valdez@nellc.com | 2601 Navistar Drive | Lisle | Illinois | 60532 | United States |
| Nesco Resource | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712585 | $ | - | dcollins@nescoresource.com | 12708 Dupont Cir. | Tampa | Florida | 33626 | United States |
| NetVision Resources Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702241 | $ | - | rpeechara@netvisionresources.com | 4229 Lafayette center Dr 1750 | Chantilly | Virginia | 20151 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | | Cure | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Networking For Future (NFF) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707727 | $ | - | mmasta@nffinc.com | 700 12th street, NW - Suite 700 | Washington, DC | | 20705 | United States |
| New Era Technology | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710225 | $ | - | jessy.lillie@neweratech.com | 901 S. Bolmar St. Bldg 1, Ste G | West Chester | Pennsylvania | 19382 | United States |
| Nexo Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702397 | $ | - | accounts@nexoglobalinc.com | 7097 Fullerton Circle | Frisco | Texas | 75034 | United States |
| Nexo Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713306 | $ | - | accounts@nexoglobalinc.com | 7097 Fullerton Circle | Frisco | Texas | 75034 | United States |
| NextDeavor, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714336 | $ | - | mikkell@nextdeavor.com | 9442 North Capital of Texas Highway | Austin | Texas | 78759 | United States |
| Nous Infosystems Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714963 | $ | - | abhinavs@nousinfo.com | 200 Metroplex Drive, Suite 302 | Edison | California | 08817 | United States |
| OHM Benefits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715078 | $ | - | info@ohmbenefits.com | 19360 Rinaldi St # 505 | Northridge | California | 91326-1607 | United States |
| Okaya Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715062 | $ | - | abhishek.garg@okayainc.com | 418 Broadway #7195 | Albany | New York | 12207 | United States |
| ONI INFOTECH LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709888 | $ | - | sheshank@oniinfotech.com | 16192 Coastal Highway | Lewes | Delaware | 19958 | United States |
| Orangepeople LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08681511 | $ | - | jenny.alex@orangepeople.com | 300 Spectrum Center Drive, Suite 400 | Irvine | California | 92618 | United States |
| Oss Operating Systems Services | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08693714 | $ | - | nidhi@ossjobs.com | 481 North Frederick Avenue, Suite # 200 | Gaithersburg | Gaithersburg | 20877 | United States |
| Packet Fusion | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709250 | $ | - | sashley@packetfusion.com | 4305 Hacienda Drive, Ste 440 | Pleasanton | California | 94588 | United States |
| PCM CONSULTING | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714972 | $ | - | plogan@pcmconsulting-inc.com | 2 West Holw | Andover | Massachusetts | 01810-4872 | United States |
| PHARMA NORD ApS | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08697125 | $ | - | ezukanovic@pharmanord.com | Sadelmagervej 30-32 | Vejle | | 7100 | Denmark |
| Planned Systems International Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714877 | $ | - | gladue@plan-sys.com | 10632 Little Patuxent Pkwy | Columbia | Maryland | 21044-3273 | United States |
| PMAM Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715067 | $ | - | kedark@pmam.com | 5430 Lyndon B Johnson Fwy #370 | Dallas | Texas | 75240 | United States |
| Power Labor | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711778 | $ | - | atoth@powerlaborusa.com | 6320 Lamar Avenue, Suite 210 | Mission | Texas | 66202 | United States |
| Pozent | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714899 | $ | - | suna@pozent.com | 371 Hoes Lane, STE #200 | Piscataway | New Jersey | 08854 | United States |
| Praxis Consultants Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703473 | $ | - | pooja@praxisconsultantsinc.com | 33 Wood Avenue South, Suite #600 | Iselin | New Jersey | 8830 | United States |
| PRIMUS SOFTWARE CORPORATION | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714900 | $ | - | nbasandra@primussoft.com | 3061 Peachtree Industrial Blvd; Ste 110 | Duluth | Georgia | 30097 | United States |
| Prismagic Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712239 | $ | - | achandra@prismagicinc.com | 3325 Bunting Run | Cumming | Georgia | 30041 | United States |
| Prismagic Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715061 | $ | - | achandra@prismagicinc.com | 3325, Bunting Run | Cumming | Georgia | 30041 | United States |
| Purple Hires Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714696 | $ | - | george@purplehires.com | 1309 Coffeen Avenue | Sheridan | Wyoming | 82801 | United States |
| Quality IT Source | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714976 | $ | - | mshah@qualityitsource.com | 15 Pinehill Court | East Brunswick | New Jersey | 08816 | United States |
| Quantum Integrators Group LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714981 | $ | - | naren@quantumintegrators.com | 196 Princeton Hightstown Road, Ste#1B-7 | West Windsor | New Jersey | 08550 | United States |
| Queensland Technology LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713184 | $ | - | jim.dawson@earthmail1.com | 1111 N Orange ST 800 | Orlando | Florida | 32801 | United States |
| Quotient Sciences Philadelphia, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701185 | $ | - | kirsty.brown@quotientsciences.com | Trent House, Mere Way Ruddington | Nottingham | | NG11 6JS | United Kingdom |
| RamcoTek Consulting LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713734 | $ | - | ram.iyer@ramcotekconsulting.com | 9664 Deer Valley Drive | Tallahassee | Florida | 32312 | United States |
| RCG INFOSOFT INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714961 | $ | - | abhi@rcginfosoft.com | 1001 E Chicago Ave Ste 151 Unit B161 | Naperville | Illinois | 60540-5500 | United States |
| RCM Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702399 | $ | - | michelle.pearlstein@rcmt.com | 3 Enterprise Dr | Shelton | New Jersey | 07054 | United States |
| RMS Computer Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695197 | $ | - | carolee@rmscorp.com | 1185 Ave of the Americas, 32nd Floor | New York | New York | 10036 | United States |

| Counterparty | Debtor | Contract Type | Contract # | $ | - | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert Finke and Sons | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714965 | $ | - | jared.finke@finkeequipment.com | PO BOX 127 | SELKIRK | New York | 12158-0127 | United States |
| Robert Finke and Sons | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714969 | $ | - | jared.finke@finkeequipment.com | PO BOX 127 | SELKIRK | New York | 12158-0127 | United States |
| Rumsten LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709311 | $ | - | sales@rumsten.com | 30 N Gould St Ste R | Sheridan | Wyoming | 82801 | United States |
| Sand Cherry Associates Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713511 | $ | - | kreilly@sandcherryassociates.com | 8 Sand Cherry | Denver | Colorado | 80127 | United States |
| Saxon Global INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699861 | $ | - | srini@saxon-global.com | 11150 4th St N #3815 St. | Petersburg | Florida | 33716 | United States |
| Saz System, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695865 | $ | - | info@sazsystem.com | 255 US Highway 22 E, STE #1 | Green Brook | New Jersey | 08812 | United States |
| Search Tactics LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715077 | $ | - | ddsouza@search-tactics.com | 16192 Coastal Hwy | Lewes | Delaware | 19958 | United States |
| Select Jarvis LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714882 | $ | - | shiva@select-jarvis.com | 202 north walton Blvd.,suite 32 | Bentonville | Arkansas | 72712 | United States |
| Select Source | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710470 | $ | - | krishna@selectsourceintl.com | 11181 Balcones Dr | Frisco | Minnesota | 75033 | United States |
| Selsoft Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708963 | $ | - | pushban@selsoftinc.com | 303 S. Jupiter Rd. suit 110 | Allen | Texas | 75002 | United States |
| SGS Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712852 | $ | - | rajesh@sgstechnologies.net | 6817 Southpoint Parkway, Suite 2104 | Jacksonville | Florida | 32216 | United States |
| Sidram Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714968 | $ | - | hr@sidramtech.com | 5515 Breckinridge lane | Cumming | Georgia | 30040 | United States |
| Siena College | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714915 | $ | - | noemail@give.com | 515 Loudon Rd, Human Resources | Albany | New York | 12211-1462 | United States |
| Society of the Sisters of St. Joseph | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714921 | $ | - | tneedham@csjalbany.org | 385 Watervliet Shaker Road | Latham | New York | 12110 | United States |
| Society of the Sisters of St. Joseph | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714922 | $ | - | tneedham@csjalbany.org | 385 Watervliet Shaker Road | Latham | New York | 12110 | United States |
| Sphere Partners LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08697403 | $ | - | vsydorenko@sphereinc.com | 2-205 Kakuba Kolasa Str | Kiev | | 3148 | Ukraine |
| SSQUARESSOFT LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705403 | $ | - | frank@ssquaressoft.com | 8 The Green #17148 | Dover | Delaware | 19901 | United States |
| SSQUARESSOFT LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708960 | $ | - | frank@ssquaressoft.com | 8 The Green #17148 | Dover | Delaware | 19901 | United States |
| STAFFCAD INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705472 | $ | - | hr@staffcad.com | 5900 BALCONES DR STE 100 | Austin | Texas | 78731-4298 | United States |
| Staffing Partners | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713541 | $ | - | scottp@employs.com | 3476 S. 13th Street | Milwaukee | Wisconsin | 53221-4519 | United States |
| STAFFWORXS LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714807 | $ | - | naveenv@staffworxs.com | 4645 Avon Ln | Frisco | Texas | 75033 | United States |
| Stellar IT Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714918 | $ | - | saravanan@stellarit.com | 9210 Corporate Blvd Suite# 390 | Rockville | Maryland | 20850 | United States |
| SYMANTEQ SOFTTECH LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715050 | $ | - | sandeep@symanteqsofttech.com | 8 THE GREEN, STE B | DOVER | Delaware | 19901 | United States |
| Talent Edge Group, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711349 | $ | - | nicole.oneill@tgg-accounting.com | 21750 Hardy Oak Blvd Ste 104 | San Antonio | Texas | 78258 | United States |
| Talentmovers Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705545 | $ | - | modassir@talentmoversinc.com | 8200, Greensboro Drive, Suite 900 | McLean | Virginia | 22102 | United States |
| Taps Sutton & Roshon, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715060 | $ | - | jessica@tapslaw.com | 400 S 5th St | Columbus | Ohio | 43215-5430 | United States |
| Telus International AI Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713699 | $ | - | marie.aquino01@telusinternational.com | 2251 South Decatur Blvd | Las Vegas | Nevada | 89102 | United States |
| Tharu Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711932 | $ | - | anu@tharutechnologies.com | 3746 Millpond ct | Fairfax | Virginia | 22033 | United States |
| The Heitmeyer Group, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710994 | $ | - | hluikart@heitmeyerconsulting.com | 501 W Schrock Rd Suite 410 | Westerville | Ohio | 43081 | United States |
| TRC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708937 | $ | - | robert.sharer@trctalent.com | 5909 PEACHTREE DUNWOODY RD | Atlanta | Georgia | 30328 | United States |
| TRS Staffing | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707606 | $ | - | allen.taylor@trsstaffing.com | 23 Kingsway, 8th Floor | London | | WC2B 6UJ | United Kingdom |
| Unicon Pharma | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701697 | $ | - | accounts@uniconpharma.com | 51 Cragwood Rd Suite 101 | South Plainfield | New Jersey | 07080 | United States |

| Counterparty | Debtor | Agreement Type | Contract ID | Amount | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Unicon Pharma | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701832 | $ - | accounts@uniconpharma.com | 51 Cragwood Rd Suite 101 | South Plainfield | New Jersey | 07080 | United States |
| UNICON SYSTEMS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705854 | $ - | lkc@uniconsys.com | 10006 N dale Mabry Hwy | Tampa | Florida | 33544 | United States |
| Vajrasoft, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715053 | $ - | lakshmiraj@vajrasoft.com | 920 Viridian Way | BIRMINGHAM | Alabama | 35226 | United States |
| Venteon | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712680 | $ - | rwinter@venteon.us.com | 3001 West Big Beaver Suite 220 | Troy | Michigan | 48084 | United States |
| Ventois Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707461 | $ - | prashanth@ventois.com | 382 Boston Turnpike | Shrewsbury | Massachusetts | 01545 | United States |
| Vertex Elite LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713047 | $ - | naga.ramisetti@vertexelites.com | 9950 Westpark Dr Suite 127 | Houston | Texas | 77063 | United States |
| VMANICO TECHNOLOGIES, INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708165 | $ - | contact@vmanico.com | 2 Whitehall Cir | Shrewsbury | Massachusetts | 01545 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08672936 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08674397 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08683340 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| Vsolvit llc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08683716 | $ - | stasi.washburn@vsolvit.com | 4171 Market Street Suite 2 | Ventura | California | 93003 | United States |
| W3Global, Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703371 | $ - | sridhar@w3global.com | 1701 Legacy Dr, suite 1000 | Frisco | Texas | 75034 | United States |
| Walkwater Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714875 | $ - | conrad@e-walkwater.com | 6040 Hellyer Avenue, Suite 100 | San Jose | California | 95138 | United States |
| Wellfleet Consulting, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714904 | $ - | hiltabidle@wellfleetinc.com | 888 Bestgate Road #315 | Annapolis | Maryland | 21401 | United States |
| YANTRAN LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714680 | $ - | contact@yantran.io | 825 Watters Creek Blvd., Bldg. M, Suite 250 | Allen | Texas | 75013 | United States |
| Zen Educate Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707306 | $ - | seb@zeneducate.com | Unit 3.12, Canterbury Court, 1-3 Brixton Rd, | London | | SW9 6DE | United Kingdom |
| Zion Cloud Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714974 | $ - | soaham@zionclouds.com | 111 S Pfingsten Rd Suite 450 | Deerfield | Illinois | 60015 | United States |