**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------- x
                                                  :
In re:                                            :  Chapter 11
                                                  :
ZEN JV, LLC, et al.,¹                             :  Case No. 25-11195 (JKS)
                                                  :
         Debtors.                                 :  (Jointly Administered)
                                                  :
                                                  :  Re: Docket Nos. 335, 336, 388 & 408
------------------------------------------------- x
```

**NOTICE OF FILING OF AMENDED PLAN SUPPLEMENT
IN CONNECTION WITH DEBTORS' SECOND AMENDED COMBINED
DISCLOSURE STATEMENT AND JOINT CHAPTER 11 PLAN OF LIQUIDATION**

**PLEASE TAKE NOTICE THAT:**

1. On June 24, 2025, Zen JV, LLC and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**") commenced with the United States Bankruptcy Court for the District of Delaware (the "**Court**") voluntary cases (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2. On September 4, 2025, the Debtors filed the *Debtors' Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation* [Docket No. 336] (as may be amended, modified and/or supplemented, the "**Combined Plan and Disclosure Statement**").² That same date, the Court entered an order [Docket No. 335] (the "**Conditional Approval and Procedures**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein or in the Plan Supplement (as defined below) have the meanings ascribed to such terms in the Combined Plan and Disclosure Statement.

RLF1 33901655V.2

**Order**"), among other things, conditionally approving the Combined Plan and Disclosure Statement for solicitation purposes only.

3. On September 24, 2025, the Debtors filed the *Notice of Filing of Plan Supplement in Connection with Debtors' Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 388] (the "**Initial Plan Supplement**"). Attached to the Initial Plan Supplement as Exhibit B thereto was the Assumption Schedule.

4. On October 3, 2025, the Debtors filed the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408].

5. The Debtors hereby file the revised version of the following document that was included in the Initial Plan Supplement (the "**Amended Plan Supplement**," and together with the Initial Plan Supplement, as may be amended, modified, or supplemented from time to time, the "**Plan Supplement**"):

| **Exhibit B** | **Assumption Schedule**[3] |
|---|---|

6. The documents contained in the Plan Supplement are integral to, and are considered part of, the Combined Plan and Disclosure Statement. These documents have not yet been approved by the Court. If the Combined Plan and Disclosure Statement is approved, the documents contained in the Plan Supplement will be approved by the Court pursuant to the order confirming the Combined Plan and Disclosure Statement.

7. A hearing to consider final approval of the Combined Plan and Disclosure Statement as containing adequate information within the meaning of section 1125 of the Bankruptcy Code and confirmation of the Combined Plan and Disclosure will be held on **October**

---

[3] A blackline comparison of the revised Assumption Schedule marked against the version filed with the Initial Plan Supplement is attached hereto as **Exhibit B-1**.

**7, 2025 at 1:00 p.m. (prevailing Eastern Time)** before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, DE 19801.

8. The documents, schedules, and other information contained in the Plan Supplement are not final and remain subject to change. The Debtors reserve all of their respective rights to amend, modify, or supplement the Plan Supplement, and the document filed herewith.

9. Copies of the Combined Plan and Disclosure Statement, the Conditional Approval and Procedures Order, the Plan Supplement and all documents filed in the Chapter 11 Cases are available free of charge by visiting https://omniagentsolutions.com/CareerBuilderMonster.

10. In addition, a copy of the Plan Supplement may also be obtained by emailing the Debtors' Claims and Noticing Agent, Omni Agent Solutions, Inc., at CareerBuilderMonsterInquiries@OmniAgnt.com. You may also obtain copies of the documents by visiting the Court's website at https://www.deb.uscourts.gov/ in accordance with the procedures and fees set forth therein.

Dated: October 3, 2025
       Wilmington, Delaware

*/s/ Huiqi Liu*

**LATHAM & WATKINS LLP**

**RICHARDS, LAYTON & FINGER, P.A.**

Ray C. Schrock (admitted *pro hac vice*)
Candace M. Arthur (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: ray.schrock@lw.com
       candace.arthur@lw.com

  - and -

Jonathan C. Gordon (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767
Email: jonathan.gordon@lw.com

Daniel J. DeFranceschi (No. 2732)
Zachary I. Shapiro (No. 5103)
Huiqi Liu (No. 6850)
Clint M. Carlisle (No. 7313)
Colin A. Meehan (No. 7237)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
       shapiro@rlf.com
       liu@rlf.com
       carlisle@rlf.com
       meehan@rlf.com

*Co-Counsel for Debtors and Debtors in Possession*