# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 358** |

## CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTHLY FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL TO THE COMMITTEE, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025
### [NO ORDER REQUIRED]

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Second Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 Through August 31, 2025* [Docket No. 358] (the "Application") filed on September 12, 2025. Objections to the Application were to be filed and served no later than October 3, 2025, at 4:00 p.m. (prevailing Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, or $217,908.40, and 100% of the expenses, or $865.29, requested in the Application upon the filing of this certification and without the need for entry of

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

a Court order approving the Application.

Dated: October 6, 2025
Wilmington, Delaware

        **COLE SCHOTZ P.C.**
        */s/ Justin R. Alberto*
        Justin R. Alberto (No. 5126)
        Melissa M. Hartlipp (No. 7063)
        Elazar A. Kosman (No. 7077)
        500 Delaware Avenue, Suite 600
        Wilmington, Delaware 19801
        Telephone: (302) 652-3131
        jalberto@coleschotz.com
        mhartlipp@coleschotz.com
        ekosman@coleschotz.com

        -and-

        Seth Van Aalten (admitted *pro hac vice*)
        Sarah A. Carnes (admitted *pro hac vice*)
        1325 Avenue of the Americas, 19th Floor
        New York, NY 10019
        Telephone: (212) 752-8000
        svanaalten@coleschotz.com
        scarnes@coleschotz.com

        *Counsel to the Official*
        *Committee of Unsecured Creditors*