IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry am employed in the county of Los Angeles, State of California. I hereby certify that on September 30, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be (i) served via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) served via the method set forth on the Service List attached hereto as **Exhibit B**:

- **First Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 24, 2025 Through August 31, 2025 [Docket No. 401]**

Pursuant to Local Rule 5005-4(c) (ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit C** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: October 6, 2025

/s/ Randy Lowry
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 6th day of October, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

/s/ Carolyn K. Cashman
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

**Exhibit A**
Master Service List

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Acoustic LP | Attn: Kelly Gesselman<br>1125 Oak St, Ste 201<br>Conway, AR 72032 | kelly.gesselman@acoustic.com | Email<br>First Class Mail |
| 30 Largest | Adworks Ltd | Attn: Dan Gorlitsky<br>Ha-Yetzira 31<br>Ramat Gan, 5252173<br>Israel | dan@botson.ai | Email<br>First Class Mail |
| 30 Largest | Ahead Inc | Attn: Chris Dagg, Jordan Price<br>444 W Lake St, Ste 3000<br>Chicago, IL 60606 | chris.dagg@ahead.com;<br>jordan.price@ahead.com | Email<br>First Class Mail |
| 30 Largest | Aimwel BV | Attn: Dennis Van Allemeersch<br>Capellalaan 65<br>Hoofddorp, 2132 JL<br>Netherlands | dennis.van.allemeersch@persgroep.net | Email<br>First Class Mail |
| 30 Largest | Akin Gump Strauss Hauer & Feld | Attn: Eli Miller<br>Bank of America Tower<br>1 Bryant Park<br>New York, NY 10036 | alanderson@akingump.com;<br>emiller@akingump.com | Email<br>First Class Mail |
| 30 Largest | Amplitude Inc | Attn: Ken Barrette<br>201 3rd St, Ste 200<br>San Francisco, CA 94103 | ken.barrette@amplitude.com;<br>billing@amplitude.com;<br>legal@amplitude.com | Email<br>First Class Mail |
| 30 Largest | Appcast Inc | Attn: Tod Dillon<br>10 Water St, Ste 150<br>Lebanon, NH 03766-1657 | tod.dillon@appcast.io | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Appcast, Inc | Attn: Stacie Yamaguchi<br>10 Water St, Ste 150<br>Lebanon, NH 03766 | legal@appcast.io | Email |
| *NOA - Counsel for Hidden Talent LLC | Ashford – Schael LLC | Attn: Courtney A Schael<br>100 Quimby St, Ste 1<br>Westfield, NJ 07090 | cschael@AshfordNJLaw.com | Email |
| *NOA - Counsel to Verinext Corp | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Jennifer R Hoover<br>1313 N Market St, Ste 1201<br>Wilmington, DE 19801 | jhoover@beneschlaw.com | Email |
| *NOA - Counsel to Verinext Corp | Benesch, Friedlander, Coplan & Aronoff LLP | Attn: Sven T Nylen/Mary V Gilmore<br>71 S Wacker Dr, Ste 1600<br>Chicago, IL 60606 | snylen@beneschlaw.com;<br>mgilmore@beneschlaw.com | Email |
| 30 Largest | Brazen Technologies Inc | Attn: Ashley O'Connor<br>3033 Wilson Blvd, Ste 470<br>Arlington, VA 22201 | mike.mattner@radancy.com;<br>ashley@brazen.com | Email<br>First Class Mail |
| *NOA - Counsel for Oracle America, Inc. | Buchalter, A Professional Corporation | Attn: Shawn M Christianson<br>425 Market St, Ste 2900<br>San Francisco, CA 94105-3493 | schristianson@buchalter.com | Email |
| 30 Largest | Camelot Communications Ltd | Attn: Jennifer Hooper<br>2845 W 7th St<br>Ft Worth, TX 76107 | jennifer.hooper@pmg.com;<br>AR@pmg.com | Email<br>First Class Mail |
| *NOA - Counsel for Iron Corp US Inc. and VBS Group, Inc | Chipman Brown Cicero & Cole, LLP | Attn: William E Chipman, Jr/Mark D Olivere<br>1313 N Market St, Ste 5400<br>Wilmington, DE 19801 | chipman@chipmanbrown.com;<br>olivere@chipmanbrown.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Justin R Alberto/Melissa M Hartlipp<br>Attn: Elazar A Kosman<br>500 Delaware Ave, Ste 600<br>Wilmington, DE 19801 | jalberto@coleschotz.com;<br>mhartlipp@coleschotz.com;<br>ekosman@coleschotz.com | Email |
| *NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Cole Schotz PC | Attn: Seth Van Aalten/Sarah A Carnes<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019 | svanaalten@coleschotz.com;<br>scarnes@coleschotz.com | Email |
| Governmental Agencies | Delaware State Treasury | 820 Silver Lake Blvd, Ste 100<br>Dover, DE 19904 | | First Class Mail |
| *NOA - Counsel to CBM Acquisition, LLC, and JobGet, Inc. | Duane Morris LLP | Attn: Christopher M Winter<br>1201 N Market St, Ste 501<br>Wilmington, DE 19801 | cmwinter@duanemorris.com | Email |
| *NOA - Counsel to CBM Acquisition, LLC, and JobGet, Inc. | Duane Morris LLP | Attn: James Billingsley<br>100 Crescent Ct, Ste 1200<br>Dallas, TX 75201 | jbillingsley@duanemorris.com | Email |
| 30 Largest | Equinix Inc | Attn: David Howes, Brian Decker<br>1 Lagoon Dr, 4th Fl<br>Redwood City, CA 94065 | bdecker@equinix.com | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Equinix, Inc | Attn: Liz Vazquez<br>1133 Ave of the America, 16th Fl<br>New York, NY 10036 | lvazquez@equinix.com | Email |
| 30 Largest | Everlong Media LLC | Attn: Chad Grohman, Amy Adams<br>4025 Spencer St, Ste 103<br>Torrance, CA 90503 | chad@everlongmedia.com;<br>amy@everlongmedia.com | Email<br>First Class Mail |
| *NOA - Counsel for EHJob LLC | Fox Rothschild LLP | Attn: Brett A Axelrod<br>1980 Festival Plz Dr, Ste 700<br>Las Vegas, NV 89135 | BAxelrod@FoxRothschild.com | Email |
| *NOA - Counsel for EHJob LLC | Fox Rothschild LLP | Attn: Stephanie Slater Ward<br>1201 N Market St, Ste 1200<br>Wilmington, DE 19801 | SWard@FoxRothschild.com | Email |
| 30 Largest | Google LLC | Attn: Ty Suwalski<br>1600 Amphitheatre Pkwy<br>Mountain View, CA 94043 | tysuwalski@google.com;<br>collections@google.com | Email<br>First Class Mail |
| 30 Largest | Ikokas Technologies Private Ltd | Attn: Parvinder Singh<br>1917/19 Govindpuri Extension<br>Kalkaji, New Delhi 110019<br>India | parvinder@ikokas.com | Email<br>First Class Mail |
| IRS | Internal Revenue Service | Attn: Scott Miller, Bankruptcy Specialist<br>Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| 30 Largest | Jobcase Inc | Attn: Samuel Torff<br>201 Broadway St, 7th Fl<br>Cambridge, MA 02139 | storff@jobcase.com | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Jobcase, Inc | Attn: Timothy Johnson<br>201 Broadway St, 7th Fl<br>Cambridge, MA 02139 | tjohnson@jobcase.com | Email |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Jobget Inc | Attn: Rachel Essenfeld<br>50 Milk St, 16th Fl<br>Boston, MA 02109 | rachel@jobget.com | Email<br>First Class Mail |
| 30 Largest | Jobverse Inc | Attn: Kevin McCarthy<br>1913 Championship<br>Franklin, TN 37064 | kevin@oneredcent.com | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Jobverse, Inc | Attn: Kevin McCarthy<br>1913 Champion Blvd<br>Franklin, TN 37064 | kevin@oneredcent.com | Email |
| Jones Day, as counsel to the Prepetition Noteholder | Jones Day | Attn: Carl Black<br>901 Lakeside Ave<br>Cleveland, OH 44114-1190 | ceblack@jonesday.com | Email<br>First Class Mail |
| Jones Day, as counsel to the Prepetition Noteholder | Jones Day | Attn: Dan Merrett<br>1221 Peachtree St, NE, Ste 400<br>Atlanta, GA 30361 | dmerrett@jonesday.com | Email<br>First Class Mail |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Jones Day | Attn: Daniel J Merrett/Patrick S Baldwin<br>1221 Peachtree St, NE, Ste 400<br>Atlanta, GA 30361 | dmerrett@jonesday.com;<br>pbaldwin@jonesday.com | Email |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Jones Day | Attn: Carl E Black<br>N Point 901 Lakeside Ave<br>Cleveland, OH 44114-1190 | ceblack@jonesday.com | Email |
| 30 Largest | Joveo Inc | Attn: Nirala Arun<br>101 Jefferson Dr, 1st Fl<br>Menlo Park, CA 94025 | nirala@joveo.com;<br>accounting@joveo.com | Email<br>First Class Mail |
| *NOA - Counsel for Hidden Talent LLC and Rackspace U.S. Inc | McCarter & English, LLP | Attn: Kate Roggio Buck/Chelsea A Botsch<br>405 N King St, 8th FL<br>Wilmington, DE 19801 | kbuck@mccarter.com;<br>cbotsch@mccarter.com | Email |
| *NOA - Counsel for Rackspace U.S. Inc | McCarter & English, LLP | Attn: Jeffrey Testa<br>4 Gateway Center<br>100 Mulberry St<br>Newark, NJ 07102 | jtesta@mccarter.com | Email |
| 30 Largest | Microsoft Online Inc | Attn: Ben Orndorff<br>6880 Sierra Ctr Pkwy<br>Reno, NV 89511 | naonlineadv@microsoft.com | Email<br>First Class Mail |
| *NOA - Counsel to Bullhorn, Inc | Morgan Lewis & Bockius LLP | Attn: Jody C Barillare/Brian Loughnane<br>1201 N Market St, Ste 2201<br>Wilmington, DE 19801 | jody.barillare@morganlewis.com;<br>brian.loughnane@morganlewis.com | Email |
| *NOA - Counsel to Bullhorn, Inc | Morgan Lewis & Bockius LLP | Attn: Christopher L Carter/David K Shim<br>1 Federal St<br>Boston, MA 02110-1726 | christopher.carter@morganlewis.com;<br>david.shim@morganlewis.com | Email |
| *NOA - Counsel for Randstad MWW Inc. and Randstad MWW Solutions Inc. | Morris, Nichols, Arsht & Tunnell LLP | Attn: Robert J Dehney, Sr/Echo Yi Qian<br>1201 N Market St, 16th Fl<br>Wilmington, DE 19801 | rdehney@morrisnichols.com;<br>eqian@morrisnichols.com | Email |
| 30 Largest | Nexxt Inc | Attn: David Brensilber<br>676 E Swedesford Rd<br>Wayne, PA 19087 | | First Class Mail |
| *NOA - Counsel to JMB Capital Partners Lending, LLC | Norton Rose Fulbright US LLP | Attn: Robert M Hirsh/James A Copeland<br>1301 Ave of the Americas<br>New York, NY 10019-6022 | robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com | Email |
| *NOA - Counsel for Rackspace U.S. Inc | Norton Rose Fulbright US LLP | Attn: Bob Bruner<br>1550 Lamar St, Ste 2000<br>Houston, TX 77010 | Bob.bruner@nortonrosefulbright.com | Email |
| Counsel to the DIP Lender | Norton Rose Fulbright US LLP | Attn: Robert M. Hirsh<br>Attn: James Copeland<br>1301 Avenue of the Americas | robert.hirsh@nortonrosefulbright.com;<br>james.copeland@nortonrosefulbright.com | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Bankruptcy & Collections Div<br>Attn: Courtney J Hull<br>PO Box 12548<br>Austin, TX 78711-2548 | bk-chull@oag.texas.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>Cadillac Place, 10th Fl<br>3030 W Grand Blvd<br>Detroit, MI | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capital<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email<br>First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | Contact@Virginia.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | AGWasden@ag.idaho.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | uag@agutah.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email<br>First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron Frey<br>State House, Stn 6<br>Augusta, ME 04333 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Alan Wilson<br>Rembert D Dennis Office Bldg<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>2311 Bloomfield St, Ste 106<br>Cape Girardeau, MO 63703 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>615 E 13th St, Ste 401<br>Kansas City, MO 64106 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>815 Olive St, Ste 200<br>St Louis, MO 63101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Andrew Bailey<br>Supreme Court Bldg<br>207 W High St<br>Jefferson City, MO 65101 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ashley Moody<br>The Capital, PL 01<br>Tallahassee, FL 32399-1050 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Brian Schwalb<br>400 6th St NW<br>Washington, DC 20001 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Bridget Hill<br>State Capitol Bldg<br>Cheyenne, WY 82002 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Chris Carr<br>40 Capital Sq SW<br>Atlanta, GA 30334-1300 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Daniel Cameron<br>700 Capitol Ave, Ste 118<br>Capitol Bldg<br>Frankfort, KY 40601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Dave Yost<br>State Office Tower<br>30 E Broad St<br>Columbus, OH 43266-0410 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Domingo Emanuelli Hernandez<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Gentner Drummond<br>313 NE 21st St<br>Oklahoma City, OK 73105 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Hector Balderas<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Kaul<br>Wisconsin Dept of Justice<br>State Capital, Rm 114 E<br>P.O. Box 7857<br>Madison, WI 53707-7857 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Josh Stein<br>Dept of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Keith Ellison<br>State Capital<br>75 Dr Martin Luther King Jr Blvd, Ste 102<br>St Paul, MN 55155 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Ken Paxton<br>Capital Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kris Kobach<br>120 SW 10th Ave, 2nd Fl<br>Topeka, KS 66612-1597 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Lynn Fitch<br>Dept of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Marty Jackley<br>1302 E Hwy 14, Ste 1<br>Pierre, SD 57501-8501 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mathew J Platkin<br>Richard J Hughes Justice Complex<br>25 Market St<br>P.O. Box 080<br>Trenton, NJ 08625 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Michelle A Henry<br>Strawberry Sq, 16th Fl<br>Harrisburg, PA 17120 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Mike Hilgers<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Patrick Morrisey<br>State Capitol<br>1900 Kanawha Blvd E<br>Charleston, WV 25305 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Peter F Neronha<br>150 S Main St<br>Providence, RI 02903 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Phil Weiser<br>Ralph L Carr Colorado Judicial Ctr<br>1300 Broadway, 10th Fl<br>Denver, CO 80203 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | State of Alabama<br>Attn: Steve Marshall<br>501 Washington Ave<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | | First Class Mail |
| Attorney General | Office of the Attorney General | Supreme Court Bldg<br>P.O. Box 899<br>Jefferson City, MO 65102 | | First Class Mail |
| Attorney General | Office of the Attorney General | Walter Sillers Bldg<br>550 High St, Ste 1200<br>Jackson, MS 39201 | | First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| US Trustee | Office of the U.S. Trustee for the District of Delaware | Attn: Linda J Casey<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | Linda.Casey@usdoj.gov | Email |
| US Attorney | Office of the United States Attorney | For the District of Delaware<br>1313 N Market St<br>P.O. Box 2046<br>Wilmington, DE 19801 | | First Class Mail |
| 30 Largest | Oracle America Inc | Attn: Chad Ogiba, Delphine Oursaire<br>500 Oracle Pkwy<br>Redwood Shores, CA 94065 | chad.ogiba@oracle.com; delphine.oursaire@oracle.com | Email<br>First Class Mail |
| *NOA - Counsel for Wilmington Trust, N.A., the Term Loan Agent and Cerberus Business Finance LLC | Potter Anderson & Corroon LLP | Attn: Christopher M Samis/Aaron H Stulman<br>Attn: Maria Kotsiras<br>1313 N Market St, 6th Fl<br>Wilmington, DE 19801 | csamis@potteranderson.com;<br>astulman@potteranderson.com;<br>mkotsiras@potteranderson.com | Email |
| 30 Largest | PWC US Tax LLP | Attn: Robert Jensen<br>4040 W Boy Scout Blvd<br>Tampa, FL 33607 | robert.a.jensen@pwc.com | Email<br>First Class Mail |
| 30 Largest | Rackspace US Inc | Attn: Irene Ali<br>1 Fanatical Pl<br>San Antonio, TX 78218 | | First Class Mail |
| 30 Largest | Recruitics Inc | Attn: Kayla Sorice<br>230 East Ave, Ste 101<br>Norwalk, CT 06855 | billing@recruitics.com;<br>info@recruitics.com | Email<br>First Class Mail |
| 30 Largest | Salesforce.Com Inc | Attn: Randi Farage<br>Salesforce Tower<br>415 Mission St, 3rd Fl<br>San Francisco, CA 94105 | mrozow@salesforce.com;<br>rfarage@salesforce.com | Email<br>First Class Mail |
| *NOA - Counsel for Equinix, Inc. | Saul Ewing LLP | Attn: Lucian B Murley<br>1201 N Market St, Ste 2300<br>PO Box 1266<br>Wilmington, DE 19899 | luke.murley@saul.com | Email |
| *NOA - Counsel for The Morning Consult LLC | Saul Ewing LLP | Attn: Monique B DiSabatino<br>1201 N Market St, Ste 2300<br>PO Box 1266<br>Wilmington, DE 19899 | monique.disabatino@saul.com | Email |
| *NOA - Counsel for The Morning Consult LLC | Saul Ewing LLP | Attn: Turner N Falk<br>Centre Sq W<br>1500 Market St, 38th FL<br>Philadelphia, PA 19102 | turner.falk@saul.com | Email |
| *NOA - Counsel for Cerberus Business Finance LLC | Schulte Roth & Zabel | Attn: Adam C Harris<br>919 3rd Ave<br>New York, NY 10022 | adam.harris@srz.com | Email |
| Counsel to the Required Prepetition Term Lenders | Schulte Roth & Zabel LLP | 919 Third Ave<br>New York, NY 10022 | daniel.shustock@srz.com | Email<br>First Class Mail |
| Governmental Agencies | Secretary of State | Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19904 | | First Class Mail |
| 30 Largest | Secureit Consulting Group Inc | Attn: Keli Colon, David Trout<br>12110 Sunset Hills Rd, Ste 600<br>Reston, VA 20190 | kcolon@secureit.com;<br>dtrout@secureit.com | Email<br>First Class Mail |
| SEC | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| SEC | Securities & Exchange Commission | Attn: Antonia Apps, Regional Director<br>100 Pearl St, Ste 20-100<br>New York, NY 10004-2616 | | First Class Mail |
| *NOA - Counsel for Wilmington Trust, N.A., the Term Loan Agent | Seward & Kissel LLP | Attn: John R Ashmead/Ronald A Hewitt<br>Attn: Catherine V LoTempio<br>1 Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com;<br>hewitt@sewkis.com;<br>lotempio@sewkis.com | Email |
| Counsel to the Prepetition Term Loan Agent | Seward & Kissel LLP | Attn: Ronald Hewitt<br>Attn: Michael Danenberg<br>One Battery Park Plaza<br>New York, NY 10004 | hewitt@sewkis.com;<br>danenberg@sewkis.com | Email<br>First Class Mail |
| *NOA - Counsel for Iron Corp US Inc. and VBS Group, Inc | Stoel Rives LLP | Attn: Bryan T Glover<br>600 University St, Ste 3600<br>Seattle, WA 98101 | bryan.glover@stoel.com | Email |
| 30 Largest | Talroo Inc | Attn: Allison Yager<br>6433 Champion Grandview Way<br>Bldg 2, Ste 100<br>Austin, TX 78750 | ayager@talroo.com;<br>accounting@talroo.com | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Talroo, Inc | Attn: Brian Henson<br>6433 Champion Grandview Way, Bldg 2, Ste 100<br>Austin, TX 78750 | bhenson@talroo.com | Email |
| *NOA - Committee of Unsecured Creditors | Textkernel B.V., c/o Bullhorn Inc | Attn: Chad Yohn<br>100 Summer St<br>Boston, MA 02110 | chad.yohn@bullhorn.com | Email |
| 30 Largest | Textkernel Bv | Attn: Joost Verschoor<br>Asterweg 15D<br>Amsterdam, 1031 HL<br>Netherlands | verschoor@textkernel.nl | Email<br>First Class Mail |
| *NOA - Counsel for United States of America | US Department of Justice, Civil Division | Attn: Leah V Lerman<br>P.O. Box 875 Ben Franklin Station<br>Washington, DC 20044-0875 | leah.v.lerman@usdoj.gov | Email |
| 30 Largest | Vedder Price PC | Attn: Juan A Cruz<br>222 N Lasalle St, Ste 2600<br>Chicago, IL 60601 | jcruz@vedderprice.com | Email<br>First Class Mail |
| 30 Largest | Verinext Corp | Attn: Brian Hull<br>510 Township Line Rd, Ste 120<br>Blue Bell, PA 19422 | brian.hull@verinext.com | Email<br>First Class Mail |
| *NOA - Committee of Unsecured Creditors | Verinext Inc. | Attn: Oscar Romero<br>510 Township Line Rd<br>Blue Bell, PA 19422 | Oscar.romero@verinext.com | Email |
| 30 Largest | Winston & Strawn LLP | Attn: Matt Stevens<br>35 W Wacker Dr<br>Chicago, IL 60601 | mstevens@winston.com | Email<br>First Class Mail |

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel to the DIP Lender | Young Conaway Stargatt & Taylor LLP | 1000 N King St<br>Wilmington, DE 19801 | | First Class Mail |
| *NOA - Counsel to JMB Capital Partners Lending, LLC | Young Conaway Stargatt & Taylor, LLP | Attn: Matthew B Lunn/Robert F Poppiti<br>1000 N King St<br>Wilmington, DE 19801 | mlunn@ycst.com;<br>rpoppiti@ycst.com | Email |

# **EXHIBIT B**

**Exhibit B**
Service List

| Creditor | Attention | Email | Method of Service |
|---|---|---|---|
| Cole Schotz P.C | Justin Alberto | jalberto@coleschotz.com | Email |
| Cole Schotz P.C | Melissa Hartlipp | mhartlipp@coleschotz.com | Email |
| Cole Schotz P.C | Elazar Kosman | ekosman@coleschotz.com | Email |
| Cole Schotz P.C | Seth Van Aalten | svanaalten@coleschotz.com | Email |
| Cole Schotz P.C | Sarah Carnes | scarnes@coleschotz.com | Email |
| Latham & Watkins LLP | Ray C. Schrock | ray.schrock@lw.com | Email |
| Latham & Watkins LLP | Candace M. Arthur | candace.arthur@lw.com | Email |
| Latham & Watkins LLP | Jonathan Gordon | jonathan.gordon@lw.com | Email |
| Norton Rose Fulbright US LLP | Robert M. Hirsh | robert.hirsh@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | James Copeland | james.copeland@nortonrosefulbright.com | Email |
| Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | defranceschi@rlf.com | Email |
| Richards, Layton & Finger, P.A. | Zachary I. Shapiro | shapiro@rlf.com | Email |
| The U.S. Trustee | Linda J. Casey | linda.casey@usdoj.gov | Email |
| Young Conaway Stargatt & Taylor, LLP | Matthew Lunn, Esq. | mlunn@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert Poppiti | rpoppiti@ycst.com | Email |
| Zen JV, LLC | Attn: Sheri D. Davis, General Counsel<br>200 N. LaSalle Street #900<br>Chicago, Illinois 60601 | sheri.davis@careerbuilder.com | Email<br>First Class Mail |

# **EXHIBIT C**

# Mailing Information for Case 25-11195-JKS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Justin R. Alberto**    jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead**    ashmead@sewkis.com, matott@sewkis.com;managingclerkoffice@sewkis.com
- **Jody C. Barillare**    jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Chelsea A Botsch**    cbotsch@mccarter.com
- **Robert Bruner**    bob.bruner@nortonrosefulbright.com
- **Kate R. Buck**    kbuck@mccarter.com
- **Clint Michael Carlisle**    carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Christopher L. Carter**    christopher.carter@morganlewis.com
- **Linda J. Casey**    Linda.Casey@usdoj.gov
- **William E. Chipman**    chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **James A. Copeland**    james.copeland@nortonrosefulbright.com
- **Daniel J. DeFranceschi**    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Robert J. Dehney**    rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Monique Bair DiSabatino**    monique.disabatino@saul.com, robyn.warren@saul.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Melissa M. Hartlipp**    MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **William A. Hazeltine**    whazeltine@sha-llc.com
- **Robert M. Hirsh**    robert.hirsh@nortonrosefulbright.com, jrenert@lowenstein.com
- **Jennifer R. Hoover**    jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **James E. Huggett**    jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Michael Ingrassia**    ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **Elazar A. Kosman**    ekosman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Elazar A. Kosman**    ekosman@coleschotz.com
- **Maria Kotsiras**    mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com
- **Tara L. Lattomus**    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Leah Victoria Lerman**    Leah.V.Lerman@usdoj.gov
- **Huiqi Liu**    liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Brian Loughnane**    brian.loughnane@morganlewis.com
- **Matthew Barry Lunn**    mlunn@ycst.com, bankfilings@ycst.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com
- **Colin Meehan**    meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Lucian Borders Murley**    luke.murley@saul.com, robyn.warren@saul.com
- **Sven Thure Nylen**    snylen@beneschlaw.com
- **Robert F. Poppiti, Jr.**    rpoppiti@ycst.com, bankfilings@ycst.com
- **Echo Yi Qian**    eqian@morrisnichols.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Christopher M. Samis**    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Aaron H. Stulman**    astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Stephanie Slater Ward**    sslater@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com
- **Christopher M. Winter**    cmwinter@duanemorris.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**AlixPartners, LLP**
,

**Appcast, Inc.**
Attn: Stacie Yamaguchi
10 Water Street
Suite 150
Lebanon, NH 03766

**Candace M. Arthur**
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

**Brett A. Axelrod**
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, NV 89135

**Patrick S. Baldwin**
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361

**James H. Billingsley**
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201

**Carl E. Black**
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

**Sarah A. Carnes**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Alan Chapell**
,

**Equinix, Inc.**
Attn: Liz Vazquez
1133 Avenue of the America
16th Floor
New York, NY 10036

**Mary V Gilmore**
Benesch Friedlander Coplan & Aronoff LLP
71 South Wacker Drive
Suite 1600
Chicago, IL 60606

**Bryan T. Glover**
Stoel Rives LLP

600 University Street
Suite 3600
Seattle, WA 98101

**Jonathan Gordon**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

**Adam C. Harris**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Ronald A. Hewitt**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Jobcase, Inc.**
Timothy Johnson
201 Broadway St., 7th Floor
Cambridge, MA 02139

**Jobverse, Inc.**
Attn: Kevin McCarthy
1913 Champion Blvd.
Franklin, TN 37064

**Latham & Watkins LLP**
,

**Catherine V. LoTempio**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Daniel J. Merrett**
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**PJT Partners LP**
,

**Benjamin Rachelson**
Adams and Reese LLP
3455 Peachtree Road NE
Suite 1750
Altanta, GA 30326

**Courtney A. Schael**
ASHFORD SCHAEL LLC
100 Quimby Street
Suite 1
Westfield, NJ 07090

**Ray C. Schrock**
LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, NY 10020

**David K. Shim**
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110

**Talroo, Inc.**
Attn: Brian Henson
6433 Champion Grandview Way
Bldg 2, Suite 100
Austin, TX 78750

**Jeffrey T. Testa**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Textkernel B.V.**
c/o Bullhorn Inc. Attn: Chad Yohn
100 Summer Street
Boston, MA 02110

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Verinext Inc.**
Attn: Oscar Romero
510 Township Line Road
Blue Bell, PA 19422

## [Creditor List](#)

Click the link above to produce a complete list of **creditors** only.

## [List of Creditors](#)

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.