## SIGN-IN SHEET

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11195 JKS | DATE:  10/7/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Daniel Merrett | Jones Day | Randstad |
| Matthew Harvey | Morris Nichols Arsht & Tunnell | Randstad |
| Andrew Ehrmann | Potter Anderson | Wilmington Trust |
| Zachary Shapiro | Richards, Layton & Finger | Debtors |
| Candace Arthur | Latham & Watkin | Debtors |
| Jesse Del Conte | AlixPartners | Debtors . |
| Timothy J. Fox, Jr. | Office of U.S. Trustee | U.S. Trustee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

## SIGN-IN SHEET

| CASE NAME   Zen JV, LLC | COURTROOM #5 |
|---|---|
| CASE NUMBER:  25-11195 JKS | DATE:  10/7/2025 |

| NAME | LAW FIRM or COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stacy Newman | Cole Schtz | Committee |
| Jonathan Friedman | Cole Schtz | Committee |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

<u>1:00 PM</u>

**25-11195-JKS Zen JV, LLC**

| Party | Firm | Representing | Time | Via | Participant |
|---|---|---|---|---|---|
| Rick Archer | Law360 | | 1:00 PM | Audio Only | no |
| Candace Arthur | candace.arthur@lw.com | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| John Ashmead | Seward & Kissel LLP | | 1:00 PM | Zoom(Video and Audio) | yes |
| Patrick S. Baldwin | Jones Day | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Carl E. Black | Jones Day | Party in Interest | 1:00 PM | Zoom(Video and Audio) | yes |
| Jessica Bonteque | Duane Morris LLP | Chubb Companies | 1:00 PM | Zoom(Video and Audio) | yes |
| Clint Michael Carlisle | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom(Video and Audio) | yes |
| Sarah A. Carnes | Cole Schotz P.C. | Committee | 1:00 PM | Zoom(Video and Audio) | yes |

| | | | | | |
|---|---|---|---|---|---|
| Steven Church | | | 1:00 PM | Audio Only | no |
| Catherine Corey | catherine@9fin.com | catherine@9fin.com | 1:00 PM | Audio Only | no |
| Daniel J. DeFranceschi | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom( Video and Audio) | yes |
| Robert J. Dehney | Morris, Nichols, Arsht & Tunnell | | 1:00 PM | Zoom( Video and Audio) | yes |
| Brenna Anne Dolphin | Morris Nichols Arsht and Tunnell | | 1:00 PM | Zoom( Video and Audio) | yes |
| Andrew Ehrmann | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom( Video and Audio) | yes |
| Scott Flaherty | LevFin Insights/press | | 1:00 PM | Audio Only | no |
| Vlad Gorbaty | Prospect Capital | Prospect Capital | 1:00 PM | Zoom( Video and Audio) | yes |
| Jonathan Gordon | jonathan.gordon@lw.com | Debtors | 1:00 PM | Zoom( Video and Audio) | yes |
| Uday Gorrepati | | | 1:00 PM | Audio Only | no |

| | | | | | |
|---|---|---|---|---|---|
| Adam Harris | Schulte Roth & Zabel | | 1:00 PM | Zoom( Video and Audio) | yes |
| Taylor Harrison | | | 1:00 PM | Audio Only | no |
| Melissa M. Hartlipp | Cole Schotz P.C. | Committee | 1:00 PM | Zoom( Video and Audio) | yes |
| Matthew B. Harvey | Morris Nichols Arsht & Tunnell, LLP | | 1:00 PM | Zoom( Video and Audio) | yes |
| Ronald Hewitt | Seward & Kissel LLP | Wilmington Trust, as Prepetition Term Agent | 1:00 PM | Zoom( Video and Audio) | yes |
| Huiqi Liu | Richards, Layton & Finger | Debtors | 1:00 PM | Zoom( Video and Audio) | yes |
| Catherine LoTempio | Seward & Kissel LLP | | 1:00 PM | Zoom( Video and Audio) | yes |
| Kristin McCloskey | kmccloskey@potteranderson.com | kmccloskey@potteranderson.com | 1:00 PM | Zoom( Video and Audio) | yes |
| Daniel J. Merrett | Jones Day | Party in Interest | 1:00 PM | Zoom( Video and Audio) | yes |
| Jeriad Paul | Omni Agent Solutions | Debtors | 1:00 PM | Zoom( Video | yes |

| | | | | | |
|---|---|---|---|---|---|
| | | | | and Audio) | |
| Amy Pellegrino | Morris Nichols Arsht & Tunnell | | 1:00 PM | Zoom( Video and Audio) | yes |
| Echo Yi Qian | Morris Nichols Arsht and Tunnell | | 1:00 PM | Zoom( Video and Audio) | yes |
| Christopher M. Samis | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom( Video and Audio) | yes |
| James Shen | AlixPartners | Debtors | 1:00 PM | Zoom( Video and Audio) | yes |
| Aaron H. Stulman | Potter Anderson & Corroon LLP | | 1:00 PM | Zoom( Video and Audio) | yes |
| Vince Sullivan | Law360 | | 1:00 PM | Audio Only | no |
| Michael Tomback | | | 1:00 PM | Audio Only | no |
| Lucian Wang | Paul, Weiss | Sponsor | 1:00 PM | Audio Only | yes |
| Alex Wittenberg | Law360 | | 1:00 PM | Audio Only | no |
| Ben Zigterman | Law360 | | 1:00 PM | Audio Only | no |