# EXHIBIT B

## Effective Date Notice

RLF1 33958347v.3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                     : Chapter 11

In re:                                      :
                                                    : Case No. 25-11195 (JKS)

ZEN JV, LLC, *et al.*,[1]                 :
                                                    : (Jointly Administered)
                Debtors.                :
                                                    : **Re: Docket No. [•]**
------------------------------------------------------- x

**NOTICE OF (A) FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER (I) APPROVING THE ADEQUACY OF THE DEBTORS' SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION ON A FINAL BASIS AND (II) CONFIRMING THE DEBTORS' SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION AND (B) EFFECTIVE DATE**

       **PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408], dated October 3, 2025 (as may be amended, modified and/or supplemented and collectively with the exhibits thereto, the "**Combined Plan and Disclosure Statement**")[2] was entered on [•], 2025 [Docket No. [•]].

       **PLEASE TAKE FURTHER NOTICE** that all conditions precedent to effectiveness pursuant to Article XIV.A of the Combined Plan and Disclosure Statement have been satisfied or waived and that the Debtors have determined that, [•], 2025, is the Effective Date of the Combined Plan and Disclosure Statement.

       **PLEASE TAKE FURTHER NOTICE** that the terms of the Combined Plan and Disclosure Statement and Plan Supplement shall be immediately effective and enforceable and deemed binding upon the Debtors, the Liquidation Trust, any and all the Holders of Claims or Equity Interests (irrespective of whether their Claims or Equity Interests are deemed to have accepted the Combined Plan and Disclosure Statement), all Persons and Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Combined Plan and Disclosure Statement, each Person and Entity acquiring property under the Combined

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Combined Plan and Disclosure Statement.

RLF1 33958347v.3

Plan and Disclosure Statement, any and all non-Debtor parties to Executory Contracts with the Debtors, and the respective heirs, executors, administrators, successors or assigns, affiliates, officers, directors, agents, representatives, attorneys, beneficiaries, or guardians, if any, with respect to the foregoing.

**PLEASE TAKE FURTHER NOTICE** that claimants asserting Claims resulting from the Debtors' rejection of an executory contract or unexpired lease pursuant to the Combined Plan and Disclosure Statement must file Proofs of Claim for damages arising from such rejection by **[_____] at [__]:[__] [a/p].m. (prevailing Eastern Time)**.  Any Proofs of Claim not Filed and served within such time period will be a Disputed Claim and if disallowed will be forever barred from assertion against each of the Debtors, the Liquidation Trust, the Estates, and their respective property. .

**PLEASE TAKE FURTHER NOTICE** that, other than a Professional Fee Claim or any Statutory Fees, requests for Administrative Expense Claims must be Filed by no later than **[_____] at [__]:[__] [a/p].m. (prevailing Eastern Time)**.  Holders of Administrative Expense Claims that fail to timely file a Proof of Claim may not be treated as a creditor with respect to such Administrative Expense Claims for the purposes of distribution in the Chapter 11 Cases on account of such Administrative Expense Claims; and may be forever barred, estopped, and enjoined from asserting such Administrative Expense Claims against each of the Debtors, the Liquidation Trust, their estates, and their property (or filing a Proof of Claim with respect thereto).

**PLEASE TAKE FURTHER NOTICE** that, after the Effective Date, all notices previously provided to the Debtors shall be addressed to the Liquidation Trustee at the following addresses:

> Steven Balasiano
> c/o MHR Advisory Group, LLC
> 6701 Bay Parkway, Suite 300
> Brooklyn, New York 11204
> Attn.: Steven Balasiano (steven@mhradvisory.com)
>
> With a copy to its counsel:
> Cole Schotz P.C.
> 500 Delaware Avenue, Suite 600
> Wilmington, DE 19801
> Telephone: (302) 652-3131
> Attn: Justin R. Alberto (jalberto@coleschotz.com)

**PLEASE TAKE FURTHER NOTICE** that the copies of the Confirmation Order and the Combined Plan and Disclosure Statement may be obtained and/or are available for review <u>without charge</u> at the website of Omni Agent Solutions, Inc., https://omniagentsolutions.com/CareerBuilderMonster, or by contacting the Claims and Noticing Agent by email, at <u>CareerBuilderMonsterInquiries@OmniAgnt.com</u>.

Dated: [•], 2025  
Wilmington, Delaware                                         /s/ _____

| | |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|        candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |        shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |        liu@rlf.com |
| Chicago, Illinois 60611 |        carlisle@rlf.com |
| Telephone: (312) 876-7700 |        meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*

3