**Exhibit C**

**Evans Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
In re:                                                       :   Chapter 11
                                                             :
ZEN JV, LLC, et al.,[1]                                      :   Case No. 25-11195 (JKS)
                                                             :
       Debtors.                                             :   (Jointly Administered)
                                                             :
------------------------------------------------------------ x

**DECLARATION OF TIMOTHY EVANS IN
SUPPORT OF APPLICATION OF DEBTORS FOR ENTRY
OF AN ORDER (I) AUTHORIZING THE RETENTION AND
EMPLOYMENT OF FORVIS MAZARS, LLP AS TAX SERVICES PROVIDER TO
THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF
SEPTEMBER 11, 2025, (II) WAIVING CERTAIN INFORMATION REQUIREMENTS
PURSUANT TO LOCAL RULE 2016-1, AND (III) GRANTING RELATED RELIEF**

I, Timothy Evans, being duly sworn, state the following under penalty of perjury:

1. I am Principal at Forvis Mazars LLP ("**Forvis Mazars**"). I am duly authorized to make this declaration (the "**Declaration**") on behalf of Forvis Mazars and submit this Declaration in accordance with sections 327(a) and 328(a) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "**Bankruptcy Code**") and rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") in connection with the application (the "**Application**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), seeking an order approving the retention of Forvis Mazars as their tax services provider, pursuant to sections 327 and 328(a) of the Bankruptcy Code, effective as of September 11, 2025.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

2.      Except as otherwise indicated, all statements in this Declaration are based on my personal knowledge of Forvis Mazars' engagement with the Debtors, my discussions with other members of the Forvis Mazars team and the Debtors' other advisors, my review of relevant documents, and/or my opinion based upon my experience.  If called to testify, I could and would testify to each of the statements set forth herein based on such personal knowledge, discussions, review of documents, and/or opinion.  To the extent that any information disclosed herein requires subsequent amendment or modification upon Forvis Mazars' completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted to the court reflecting the same.

## FORVIS MAZARS' QUALIFICATIONS

3.      Forvis Mazars is a national advisory firm that provides a range of services including, as relevant here, tax compliance services.  Forvis Mazars professionals have extensive experience working with companies to provide tax compliance services.  The Debtors have selected Forvis Mazars as their tax compliance professional based upon their experience and, among other things, (i) the Debtors' need to file tax returns in a timely manner and meet tax regulatory requirements, and (ii) Forvis Mazars' experience and excellent reputation in providing tax compliance services.

## SERVICES PROVIDED BY FORVIS MAZARS

4.      Subject to further order of the Court, and consistent with the terms of the Engagement Letter,[2] Forvis Mazars' will perform tax compliance services focused on the

---

[2] The summary of the Engagement Letter contained herein is qualified in its entirety by reference to the provisions of the Engagement Letter.  To the extent there is any discrepancy between the summary contained herein and the terms set forth in the Engagement Letter, the terms of the Engagement Letter shall govern.

2

preparation of tax return documents for the periods ended in 2024 in the relevant, federal, state, and international jurisdictions.

## **PROFESSIONAL COMPENSATION**

5. Forvis Mazars' decision to advise and assist the Debtors in connection with the Chapter 11 Cases is subject to its ability to be retained in accordance with the terms of the Engagement Letter pursuant to section 328(a), and not section 330, of the Bankruptcy Code.

6. In consideration of the services to be provided by Forvis Mazars, and as more fully described in the Engagement Letter, subject to the Court's approval, the Debtors and Forvis Mazars have agreed that Forvis Mazars shall, in respect of its services, be compensated under the Fee Structure.

7. Forvis Mazars intends to apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Chapter 11 Cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, and any other applicable procedures and orders of the Court, including any order approving the Application and consistent with the proposed compensation set forth in the Engagement Letter.

8. Forvis Mazars will maintain records in support of any actual, necessary costs and expenses incurred in connection with the rendering of its services in the Chapter 11 Cases. However, because: (a) it is not the general practice of tax services providers such as Forvis Mazars to keep detailed time records similar to those customarily kept by attorneys; (b) Forvis Mazars does not ordinarily keep time records on a "project category" basis; and (c) Forvis Mazars' compensation is based solely on a flat fee, the Debtors are requesting that Forvis Mazars' professionals be required to maintain records (in summary format) of the services rendered for the Debtors, including summary descriptions of those services, the approximate time expended in

providing those services, and the identity of the professionals who provided those services. Forvis Mazars will present such records to the Court in its fee application(s). Moreover, the Debtors are requesting that Forvis Mazars' professionals not be required to keep time records on a "project category" basis, that its non-tax services professionals and personnel in administrative departments (including legal) not be required to maintain any time records, and that it not be required to provide or conform to any schedule of hourly rates. To the extent that Forvis Mazars would otherwise be required to submit more detailed time records for its professionals by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, the U.S. Trustee Guidelines, or other applicable procedures and orders of the Court, the Debtors are requesting that the Court waive such requirements.

9. I believe the Fee Structure is consistent with, and typical of, compensation arrangements entered into by Forvis Mazars and other comparable firms in connection with the rendering of similar services under similar circumstances, both in and out of bankruptcy proceedings. I also believe that the Fee Structure is very reasonable given that it is comprised entirely of flat fees. After discussions and arm's-length negotiations with the Debtors, I believe that the Fee Structure is in fact reasonable, market-based, and designed to compensate Forvis Mazars fairly for its work.

10. I understand that Forvis Mazars' time, skill, resources, and its proprietary information required to complete the tax services were important factors to the Debtors in determining the Fee Structure. I believe that the ultimate benefits of Forvis Mazars' services hereunder cannot be measured by reference to the number of hours to be expended by Forvis Mazars' professionals in the performance of such services. The Debtors and Forvis Mazars agreed upon the Fee Structure in anticipation that a substantial commitment of professional time and effort would be required of Forvis Mazars.

11. During the ninety (90)-day period before the Petition Date, the Debtors did not make any payments to Forvis Mazars.

## INDEMNIFICATION

12. As part of the overall compensation payable to Forvis Mazars under the terms of the Engagement Letter, the Debtors have agreed to certain indemnification obligations, set forth in the Engagement Letter. The indemnification provisions provide that the Debtors will indemnify, defend, and hold harmless Forvis Mazars and any of its partners, principals, shareholders, officers, directors, members, employees, agents, or assigns with respect to any and all claims arising from Forvis Mazars' engagement, except to the extent caused by the intentional or willful misconduct, gross negligence or bad faith of Forvis Mazars.

13. I believe that the indemnification provisions set forth in the Engagement Letter are customary and reasonable terms of consideration for tax services providers such as Forvis Mazars in connection with the Chapter 11 Cases. Forvis Mazars negotiated the Engagement Letter, including the indemnification provisions, with the Debtors at arm's length.

## NO DUPLICATION OF SERVICES

14. The services of Forvis Mazars are intended to complement and not duplicate the services rendered by any other professional retained in the Chapter 11 Cases. Forvis Mazars understands that the Debtors have retained and may retain additional professionals during the term of the engagement and agrees to work cooperatively with such professionals to integrate any respective work conducted by the professionals on behalf of the Debtors.

## FORVIS MAZARS' DISINTERESTEDNESS

15. In anticipation of this representation, Debtors' counsel provided Forvis Mazars with a list of potential parties in interest (the "**PII**") in the Chapter 11 Cases (the "**PII List**"). A copy of the PII List is attached hereto as **Schedule 1**.

16. Forvis Mazars maintains information pertaining to (a) every active matter on which Forvis Mazars is currently engaged, (b) the entities represented by Forvis Mazars in such engagements, (c) the material parties involved in each current matter (inclusive of adverse and related parties, as identified to Forvis Mazars by the prospective client and/or its counsel in the case of a restructuring advisory assignment), and (d) the professional at Forvis Mazars that is knowledgeable about the matter. It is the policy of Forvis Mazars that no new matter may be accepted or opened within the firm without completing the necessary check of such matter for conflicts. The scope of the review is a function of the completeness and accuracy of the information submitted by the Forvis Mazars professional opening a new matter.

17. Forvis Mazars has undertaken a review of the PII to determine possible connections relating to the Debtors (the "**Conflict Check**") and such results for the Conflicts Check are disclosed on **Schedule 2** attached hereto. Subject to the foregoing limitations and the disclosures set forth in **Schedule 2**, no material connections have been found.

18. Certain of the PIIs or their affiliates may hold a passive equity interest (*i.e.*, less than 20%) in certain of the entities to whom Forvis Mazars and/or its affiliates have provided in the past or continue to provide advisory services. My understanding is that Forvis Mazars does not routinely track or maintain such information but is not aware of any such engagement that is related to the Debtors or the Chapter 11 Cases or, by virtue of which, the interests of the Debtors or their estates are adversely affected.

19. To the best of my knowledge and based on information provided by Forvis Mazars' legal and compliance department, none of Forvis Mazars, its affiliates, or any partner or employee of Forvis Mazars or its affiliates currently holds (other than potentially through mutual funds, ETFs

or professionally managed discretionary accounts) any interest in any debt or equity securities of the Debtors.

20. Moreover, my understanding is that Forvis Mazars professionals have searched all Forvis Mazars' affiliates, and, to the best of my knowledge, information, and belief, all connections between Forvis Mazars' affiliates and the PIIs are disclosed herein.

21. Based on the results of the Conflict Check, to the best of my knowledge, neither I, Forvis Mazars, nor any partner or employee thereof, insofar as Forvis Mazars' legal and compliance department has been able to ascertain, is an insider of the Debtors, nor has any connection with the Debtors, their creditors, or other parties in interest, except as otherwise described herein.

22. Forvis Mazars does not believe that its involvement with any of the parties included in the PII List will adversely affect the Debtors in any way. Forvis Mazars does not believe that any potential relationship it may have with any of the PII would interfere with or impair Forvis Mazars' representation of the Debtors.

23. Forvis Mazars and certain of its partners and employees may have in the past represented, may currently represent, and may in the future represent, entities that may be on the PII List or may otherwise be parties in interest in these Chapter 11 Cases in connection with matters unrelated to the Debtors and these Chapter 11 Cases.

24. As part of its diverse practice, Forvis Mazars appears in numerous cases, proceedings, and transactions involving many different professionals, including attorneys, accountants, investment bankers, and financial consultants, some of which may represent claimants and parties in interest in these Chapter 11 Cases. In addition, Forvis Mazars has in the past, is currently and will likely in the future be working with or against other professionals

involved in these Chapter 11 Cases in matters unrelated to these Chapter 11 Cases, including certain professionals that are PII. Further, Forvis Mazars and its affiliates engage attorneys and other service providers from time to time to provide legal advice and/or other services to Forvis Mazars and/or its affiliates, and certain of such service providers may be PII.

25. Based on my current knowledge of the professionals, vendors, and other parties involved in these Chapter 11 Cases, and to the best of my knowledge, none of these business relations constitute interests materially adverse to the Debtors or their estate, and none are in connection with these Chapter 11 Cases.

26. To the best of my knowledge, except as disclosed herein: (a) Forvis Mazars has no material connection with the Debtors or their estates, the Debtors' creditors, the U.S. Trustee, any person employed in the office of the U.S. Trustee, or any other party with an actual or potential interest in the Chapter 11 Cases or their respective attorneys or accountants; (b) Forvis Mazars (and Forvis Mazars' professionals) are not direct creditors, equity security holders, or insiders of the Debtors; (c) neither Forvis Mazars nor any of its professionals is or was, within two (2) years of the date of the Debtors' filing of these Chapter 11 Cases, a director, officer, or employee of the Debtors; and (d) neither Forvis Mazars nor its professionals holds or represents an interest materially adverse to the Debtors, their estates, or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in the Debtors, or for any other reason. Accordingly, I believe that Forvis Mazars is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, and Forvis Mazars' employment is permissible under sections 327(a) and 328(a) of the Bankruptcy Code.

27. Given the large number of parties in interest in the Chapter 11 Cases, despite the efforts to identify and disclose Forvis Mazars' relationships with the PII, I am unable to state with absolute certainty that every client relationship or other connection has been disclosed in this Declaration. Forvis Mazars, therefore, will conduct an ongoing review of its files to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new material facts or relationships are discovered or arise, Forvis Mazars will promptly file a supplemental declaration with the Court.

*[Remainder of page left intentionally blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 7, 2025

Respectfully submitted,

 */s/ Timothy Evans*
Timothy Evans
Principal
Forvis Mazars, LLP

## Schedule 1

**Potential Parties in Interest**

**Agents**

Wilmington Trust, National Association

**Banks**

Bank of America

**Benefits**

| | |
|---|---|
| ADP Inc | Eyemed |
| Calm.Com Inc | Guardian |
| Cigna Group | Lincoln National Life Ins Co |
| Concur Technologies, Inc. | Metlife |
| Delta Dental of California | Schwab Retirement Plan Services |
| Delta Dental of Il | Telus Health (Us) Ltd |
| Empower Trust Company, LLC | United Healthcare Services Inc |

**Bankruptcy Professionals**

| | |
|---|---|
| AlixPartners | PJT Partners LP |
| Latham & Watkins LLP | Richards, Layton & Finger, P.A. |
| Omni Agent Solutions, Inc. | |

**Delaware Court Personnel**

| | |
|---|---|
| Al Lugano | Judge Mary F. Walrath |
| Amanda Hrycak | Judge Thomas M. Horan |
| Annamarie Martino | Laura Haney |
| Cacia Batts | Laurie Capp |
| Chief Judge Karen B. Owens | Lora Johnson |
| Claire Brady | Marquietta Lopez |
| Danielle Gadson | Nickita Barksdale |
| Demitra Yeager | Nikki Washington |
| Jill Walker | Paula Subda |
| Judge Brendan L. Shannon | Rachel Bello |
| Judge Craig T. Goldblatt | Stephen Grant |
| Judge J. Kate Stickles | Todd Kirk |
| Judge John T. Dorsey | Una O'boyle |
| Judge Laurie Selber Silverstein | Xavier Hurt |

**Delaware UST's office**

| | |
|---|---|
| Benjamin Hackman | Edith A. Serrano |
| Christine Green | Elizabeth Thomas |
| Dion Wynn | Hannah M. McCollum |

2

| | |
|---|---|
| Hawa Konde | Linda Casey |
| Holly Dice | Linda Richenderfer |
| James R. O'Malley | Malcolm M. Bates |
| Jane Leamy | Michael Girello |
| Jonathan Lipshie | Nyanquoi Jones |
| Jonathan Nyaku | Richard Schepacarter |
| Joseph Cudia | Shakima L. Dortch |
| Joseph McMahon | Timothy J. Fox, Jr. |
| Lauren Attix | |

**Debtors**

| | |
|---|---|
| Camaro Acquisition LLC | Luceo Solutions, LLC |
| CareerBuilder France Holding, LLC | Military Advantage LLC |
| CareerBuilder Government Solutions, LLC | Monster Government Solutions LLC |
| CareerBuilder, LLC | Monster Worldwide LLC |
| Fastweb, LLC | Zen, JV, LLC |

**Direct and Indirect Equity Holders**

| | |
|---|---|
| 2584172 Ontario Inc. | Camaro Holdings, LLC |
| AP Special Sits Camaro Holdings, LLC | Ontario Teacher's Pension Plan |
| Apollo Global Management, Inc. | Randstad N.V. |
| Apollo Special Situations Fund, L.P. | |

**Directors and officers**

| | |
|---|---|
| Ahern Dull | Mark Pacioni |
| Anna Phillips | Maxwell David |
| Daniel Silvers | Michael Suhajda |
| Fiona van Lede | Rebecca Henderson |
| Gregory Binder | Sam Gallagher |
| Jarnail Badwal | Sheri Davis |
| Jeff Furman | Stef Leijdekkers |
| Kenneth Shea | |

**Insurers**

| | |
|---|---|
| ACE American Insurance Company | Berkley Professional Liability |
| Allianz Global Risks US Insurance Co. | Chubb National Ins Co |
| Allied World National Assurance Company | Federal Insurance Company |
| American International Companies (AIG) | Hartford Insurance Group |
| Aon UK Limited | Hiscox Insurance Company Inc. |
| Arch Insurance Company | Illinois National Insurance Co |
| AXIS Insurance Company | Lexington Insurance Company |
| Berkley Insurance Company | Liberty International Underwriters |

3

Liberty Surplus Insurance Corporation
Lloyd's Syndicate No. 3000
National Union Fire Ins Co of Pittsburgh
Risk Specialists Companies Ins Agcy,Inc.

Twin City Fire Insurance Company
XL Professional
XL Specialty Insurance Co
Zurich American Ins Co

**Litigation**

Jobget, Inc.
S Risius Ross, LLC

The New York City Commission on Human Rights

**LOC Beneficiary**

Dell Financial Services LLC

**LOC Guarantor**

Bank of America

**Non-Debtors**

CareerBuilder Brasil Atividades de Internete e Participacoes LTDA.
CareerBuilder Canada Co
CareerBuilder com India Private Limited
CareerBuilder Information Technology (Shanghai) Co., Ltd
CareerBuilder International Holdings B.V.
CareerBuilder ProfilSoft Dutch Holdings B.V.
CareerBuilder Romania S.R.L.
CareerBuilder UK Holdings Limited
CB Solutions Pty Ltd
Monster Belgium nv
Monster Luxembourg SA
Monster Technologies Malaysia Sdn. Bhd

Monster Worldwide Austria GmbH
Monster Worldwide Canada Operations Inc.
Monster Worldwide CZ s.r.o.
Monster Worldwide Germany GmbH
Monster Worldwide International Holding bv
Monster Worldwide Ireland Ltd
Monster Worldwide Italia Srl
Monster Worldwide Limited
Monster Worldwide Netherlands bv
Monster Worldwide S.L.
Monster Worldwide SAS
Monster Worldwide Sweden AB
Monster Worldwide Switzerland AG
Monster.com Asia Pacific Ltd.

**Notice of Appearance**

Bullhorn, Inc.
CBM Acquisition, LLC
EHJob LLC
Hidden Talent LLC
Iron Corp Us Inc.
Official Committee of Unsecured Creditors
The Morning Consult LLC
United States of America

VBS Group, Inc.

4

**Other Auction Parties**

BOLD Holdings, LLC
Cooley LLP
Duane Morris LLP
Eti-Net Inc.
Foley & Lardner LLP
Jones Day

Mayer Brown
Proskauer Rose, LLP
Sherrill-Lubinski, LLC
Stoel Rives LLP
Tributary Media, LLC

**Other Parties**

Blue Torch Capital
HIG Capital LLC
JMB Capital Partners Lending, LLC
Norton Rose Fulbright US LLP

Paul Hastings
Valnet
Valsoft
Young Conaway Stargatt & Taylor, LLP

**RE Lease**

622 Building Company LLC (Cohen Bros)
Equinix, Inc
Iron Mountain Data Centers LLC

Onni 200 LaSalle Limited Partnership
TMG 8280 Greensboro LLC
VEF V Atlanta office Two, LLC

**Seller Note**

Randstad MWW Inc.

**Tax Authorities**

Alabama Department of Revenue
Alaska Department of Revenue
Arizona Department of Revenue
California Franchise Tax Board
City of Philadelphia Department of Finance
Colorado Department of Revenue
Connecticut Department of Revenue
Delaware Division of Revenue
Department of the Treasury Internal Revenue Service Center
District of Columbia Department of Revenue
Florida Department of Revenue
Georgia Department of Revenue
Hawaii Department of Revenue
Idaho Department of Revenue
Illinois Department of Revenue

Indiana Department of Revenue
Iowa Department of Revenue
Kansas Department of Revenue
Kentucky Department of Revenue
Louisiana Department of Revenue
Maryland Department of Revenue
Massachusets Department of Revenue
Minnesota Department of Revenue
Mississippi Department of Revenue
Missouri Department of Revenue
Nebraska Department of Revenue
New Hampshire Department of Revenue
New Jersey Department of Revenue
New York City Deparment of Finance
New York Department of Revenue
North Carolina Department of Revenue
Okhlahoma Department of Revenue

5

Oregon Department of Revenue
Pennsylvania Department of Revenue
Philadelphia Department of Revenue
South Carolina Department of Revenue
Tennesse Department of Revenue

Texas Department of Revenue
Utah Department of Revenue
Virginia Department of Revenue
Wisconsin Department of Revenue

**Term Loan Lenders**

Arbour Lane
ArrowMark
Canaras
Cerberus
Constitution Capital
Crescent Capital
Ellington
Fortinbras Enterprise

FourSixThree
InvestCorp
Morgan Stanley
Nassau
OFS
Par Four / Benefit Street
Saratoga Partners
Zais Group

**Top Unsecured Creditors**

Acoustic LP
Adworks Ltd
Ahead Inc
Aimwel B.V.
Akin Gump Strauss Hauer & Feld
Amplitude Inc
Appcast Inc
Appian Corporation
Brazen Technologies Inc
Camelot Communications Ltd
Daymark Solutions Inc
Equinix Inc
Everlong Media LLC
Getty Images Inc
Google LLC
Ikokas Technologies Private Ltd
Iron Mountain Inc
Jobcase Inc
Jobget Inc
Jobverse Inc.

Joveo Inc
Microsoft Online Inc
Morgan Lewis & Bockius LLP
Nexxt Inc
Okta Inc
Oracle America Inc
Pwc Us Tax LLP
Quality Technology Services
Rackspace Us Inc
Recruitics Inc
Salesforce.Com Inc
Secureit Consulting Group Inc
Skadden Arps Slate Meagher Flom
Talroo Inc
Tanzilli Sociedade De Advogado
Textkernel BV
Vedder Price PC
Velaro Inc
Verinext Corp
Winston & Strawn LLP

**UCC Lien Search**

Dell Financial Services L,L,C.
Greatamerica Financial Services Corporation
Randstad MWW Solutions Inc., As Collateral Agent

Verinext Capital, LLC
Wells Fargo Financial Leasing, Inc.
Wilmington Trust, National Association, As Collateral Agent

**Unsecured Creditors Committee**

Cole Schotz P.C.
M3 Advisory Partners, LP

## Schedule 2

**Schedule of Potential Parties in Interest
As to Which Forvis Mazars Has a Connection**

**Banks**
Bank of America

**Direct and Indirect Equity Holders**
AP Special Sits Camaro Holdings, LLC

**Litigation**
S Risius Ross, LLC

**LOC Guarantor**
Bank of America

**Other Parties**
Norton Rose Fulbright US LLP
Valsoft

**RE Lease**
Equinix, Inc.

**Term Loan Lenders**
Saratoga Partners

**Top Unsecured Creditors**
Akin Gump Strauss Hauer & Feld
Appian Corporation

**Notice of Appearance**
The Morning Consult LLC

**Other Auction Parties**
Proskauer Rose, LLP