IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | **Re: Docket Nos. 433 - 442** |

---

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, I caused the *Chapter 11 Monthly Operating Reports for the Month Ending 08/31/2025* [Docket Nos. 433 - 442] to be served upon the following parties as indicated:

**Via Email:**

Linda J. Casey
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2307
Lockbox 35
Wilmington, DE 19801
linda.casey@usdoj.gov

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Huiqi Liu*
　　　　　　　　　　　　　　　　　　　　　　　　Huiqi Liu (No. 6850)

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 33979760v.1