**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re: : Chapter 11
:
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
:
        Debtors. : (Jointly Administered)
:
---------------------------------------------------------- x  **Re: Docket No. 367**

**CERTIFICATE OF NO OBJECTION REGARDING FIRST
AND FINAL APPLICATION OF ALAN CHAPELL, CONSUMER
PRIVACY OMBUDSMAN, APPOINTED PURSUANT TO SECTION 332
OF THE BANKRUPTCY CODE FOR APPROVAL AND ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED DURING THE
PERIOD FROM JULY 8, 2025 THROUGH AND INCLUDING JULY 28, 2025**

    The undersigned hereby certifies that, as of the date hereof, the above-captioned debtors and debtors in possession (collectively, the "Debtors") have received no answer, objection, or any other responsive pleading with respect to the *First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code for Approval and Allowance of Compensation for Services Rendered During the Period from July 8, 2025 through and including July 28, 2025* [Docket No. 367] (the "Application") filed by Alan Chapell, Consumer Privacy Ombudsman with the United States Bankruptcy Court for the District of Delaware (the "Court") on September 16, 2025.

    The undersigned further certifies that they have reviewed the Court's docket in this case and no answer, objection, or other pleading to the Application appears thereon. Pursuant to the

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 34017795v.1

*Notice of Final Fee Application* filed with the Application, any objections or responses to the Application were to be filed no later than October 7, 2025 at 4:00 p.m. (prevailing Eastern Time).

WHEREFORE, the Debtors respectfully request that the proposed form of order attached hereto as Exhibit A be entered at the earliest convenience of the Court.

Dated: October 14, 2025
Wilmington, Delaware

/s/ Huiqi Liu

| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
| candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) | shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 | liu@rlf.com |
| Chicago, Illinois 60611 | carlisle@rlf.com |
| Telephone: (312) 876-7700 | meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*