**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ------------------------------------------------------- x | |
| in re: | : Chapter 11 |
| | : |
| ZEN JV, LLC, *et al.*,[1] | : Case No. 25-11195 (JKS) |
| | : |
| Debtors. | : (Jointly Administered) |
| | : |
| | **Re: Docket No. 368** |
| ------------------------------------------------------- x | |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF PJT PARTNERS LP AS INVESTMENT BANKER TO THE DEBTORS AND DEBTORS-IN-POSSESSION FOR ALLOWANCE (AND FINAL APPROVAL) OF COMPENSATION FOR SERVICES RENDERED AND FOR THE REIMBURSEMENT OF ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE PERIOD FROM JUNE 24, 2025 THROUGH AUGUST 19, 2025**

The undersigned hereby certifies as follows:

1. In accordance with the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**"), PJT Partners LP (the "**Applicant**") filed their final fee application [Docket No. 368] (the "**Final Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the *Notice of Final Fee Application* that was attached to the Final Application, objections to the Final Application, if any, were to be filed and served no later than October 7, 2025 at 4:00 p.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). the Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 34017602v.1

2

3. The undersigned certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading with respect to the Final Application. The undersigned further certifies that they have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Final Application appears thereon.

4. Given the lack of objection to the approval of the Final Application, counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") prepared a proposed form of order (the "**Proposed Order**") approving the Final Application. A copy of the Proposed Order is attached hereto as **Exhibit A**. The Proposed Order has been circulated to the Applicant. The Applicant has agreed to the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: October 14, 2025
      Wilmington, Delaware

| | /s/ Huiqi Liu |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*