UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al,.*[1] | Case 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: November 13, 2025 at 1:00 p.m. (ET) |
|  | Objection Deadline: October 30, 2025 at 4:00 p.m. (ET) |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING AND DIRECTING THE IMMEDIATE PAYMENT OF THE ADMINISTRATIVE CLAIM OF MARK NELSON PURSUANT TO 11 U.S.C §§ 503(b)(1)(A) and 507(a)(2)**

Mark Nelson ("Mr. Nelson") filed the *Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Mark Nelson Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* (the "Motion").

You are required to file a response to the Motion on or before **October 30, 2025 at 4:00 p.m. (Eastern Time)**.

At the same time, you must also serve a copy of the response upon Mr. Nelson's attorneys:

| | |
|---|---|
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Email: dklauder@bk-legal.com | Patrick M. Sneed, Esquire<br>Davis, Pickren, Seydel & Sneed LLP<br>2300 Marquis Two Tower<br>285 Peachtree Center Ave NE<br>Atlanta, Georgia 30303<br>Phone: (404) 588-0505<br>Email: psneed@dpsslegal.com |

Hearing on the Motion will be held on **November 13, 2025 at 1:00 p.m. (Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington DE 19801 in Courtroom Number 6.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508) (collectively, the "Debtors"). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

|  |  |
|---|---|
| | **BIELLI & KLAUDER, LLC** |
| Dated: October 14, 2025<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>Email: dklauder@bk-legal.com |

OF COUNSEL:

Patrick M. Sneed, Esq.
Davis, Pickren, Seydel & Sneed LLP
2300 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, Georgia 30303
(404) 588-0505
psneed@dpsslegal.com

*Counsel to Mark Nelson*