# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | : Chapter 11 |
|   | : |
| ZEN JV, LLC, *et al,*.[1] | : Case 25-11195 (JKS) |
|   | : |
| Debtors. | : (Jointly Administered) |
|   | : |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on October 14, 2025, I caused a true and correct copy of the *Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Mark Nelson Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* to be served via ECF Noticing or electronic mail upon the parties on the attached Service List.

|   |   |
|---|---|
|   | **BIELLI & KLAUDER, LLC** |
| Dated: October 14, 2025 | */s/ David M. Klauder* |
| Wilmington, Delaware | David M. Klauder (No. 5769) |
|   | 1204 N. King Street |
|   | Wilmington, DE 19801 |
|   | Phone: (302) 803-4600 |
|   | Email: dklauder@bk-legal.com |
|   |   |
|   | *Counsel to Mark Nelson* |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508) (collectively, the "Debtors"). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

**SERVICE LIST**

Candace M. Arthur
Ray C. Schrock
Latham & Watkins LLP
1271 Avenue of the Americas
New York, NY 10020
candace.arthur@lw.com
ray.schrock@lw.com

Daniel J. DeFranceschi
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
defranceschi@rlf.com

Jonathan Gordon
Latham & Watkins LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
jonathan.gordon@lw.com

Huiqi Liu
Colin Meehan
Clint Michael Carlisle
Zachary I. Shapiro
Richards, Layton & Finger
920 N King St
Wilmington, DE 19801
liu@rlf.com
meehan@rlf.com
carlisle@rlf.com
shapiro@rlf.com

Linda J. Casey
Office of United States Trustee
844 King Street. Suite 2207
Wilmington, DE 19801
Linda.Casey@usdoj.gov

Justin R. Alberto
Melissa M. Hartlipp
Elazar A. Kosman
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801

jalberto@coleschotz.com
mhartlipp@coleschotz.com
ekosman@coleschotz.com

Sarah A. Carnes
Jonathan R. Friedman
Seth Van Aalten
Cole Schotz P.C.
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
scarnes@coleschotz.com
jfriedman@coleschotz.com
svanaalten@coleschotz.com