# UNITED STATES BANKRUPTCY COURT FOR THE
# DISTRICT OF DELAWARE

|  |  |
|---|---|
| **In re:** | **Chapter 11** |
| **ZEN JV, LLC,** *et al,.*[1] | **Case 25-11195 (JKS)** |
| Debtors. | (Jointly Administered) |
|  | Hearing Date: November 13, 2025 at 1:00 p.m. (ET) |
|  | Objection Deadline: October 30, 2025 at 4:00 p.m. (ET) |

## NOTICE OF MOTION FOR AN ORDER AUTHORIZING AND DIRECTING THE IMMEDIATE PAYMENT OF THE ADMINISTRATIVE CLAIM OF SARAH BLANSETT PURSUANT TO 11 U.S.C §§ 503(b)(1)(A) and 507(a)(2)

Sarah Blansett ("Ms. Blansett") filed the *Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Sarah Blansett Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* (the "Motion").

You are required to file a response to the Motion on or before **October 30, 2025 at 4:00 p.m. (Eastern Time)**.

At the same time, you must also serve a copy of the response upon Ms. Blansett's attorneys:

| David M. Klauder, Esquire | Patrick M. Sneed, Esquire |
|---|---|
| Bielli & Klauder, LLC | Davis, Pickren, Seydel & Sneed LLP |
| 1204 N. King Street | 2300 Marquis Two Tower |
| Wilmington, DE 19801 | 285 Peachtree Center Ave NE |
| Phone: (302) 803-4600 | Atlanta, Georgia 30303 |
| Email: dklauder@bk-legal.com | Phone: (404) 588-0505 |
|  | Email: psneed@dpsslegal.com |

Hearing on the Motion will be held on **November 13, 2025 at 1:00 p.m. (Eastern Time)** before the Honorable J. Kate Stickles at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Wilmington DE 19801 in Courtroom Number 6.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508) (collectively, the "Debtors"). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**BIELLI & KLAUDER, LLC**

Dated: October 14, 2025
Wilmington, Delaware

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

OF COUNSEL:

Patrick M. Sneed, Esq.
Davis, Pickren, Seydel & Sneed LLP
2300 Marquis Two Tower
285 Peachtree Center Ave NE
Atlanta, Georgia 30303
(404) 588-0505
psneed@dpsslegal.com

*Counsel to Sarah Blansett*