# Exhibit A

Fee Statement

# LATHAM&WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

October 13, 2025

Zen JV, LLC
200 N La Salle Dr #900
Chicago, IL 60601
Attn: Jeffrey Furman

Please identify your payment with the following:

Invoice No. 2500616139
Matter Number 080356-1000

For professional services rendered through September 30, 2025

|  | Services | Costs | Total |
|---|---|---|---|
| Asset Disposition/Asset Sales | 46,451.50 |  | $ 46,451.50 |
| Case Administration (Docket, WIP and Calendar Updates) | 1,627.50 |  | 1,627.50 |
| Employee Matters (including Benefits/Pensions) | 12,063.00 |  | 12,063.00 |
| General Case Strategy (WIP Calls, Team and Client Calls) | 1,308.00 |  | 1,308.00 |
| Hearings | 3,796.50 |  | 3,796.50 |
| International / Foreign Matters | 628.50 |  | 628.50 |
| Meetings and Communications with Creditors | 327.00 |  | 327.00 |
| Plan and Disclosure Statement/Confirmation/Implementation/Pl | 13,203.50 |  | 13,203.50 |
| Retention/Fee Matters (L&W) | 8,616.00 |  | 8,616.00 |
| Total Services and Costs | 88,021.50 | 0.00 | $ 88,021.50 |

**Total Due**                                                                                          **$ 88,021.50**

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025

---

| | | | | |
|---|---:|---|---:|---:|
| C M Arthur | 7.40 | Hrs. @ | $ 2,095.00/hr. | $ 15,503.00 |
| B Kaplan | 2.60 | Hrs. @ | $ 1,980.00/hr. | $ 5,148.00 |
| L M Waller | 5.30 | Hrs. @ | $ 1,875.00/hr. | $ 9,937.50 |
| J Gordon | 7.20 | Hrs. @ | $ 1,635.00/hr. | $ 11,772.00 |
| C W Lim | 13.20 | Hrs. @ | $ 1,635.00/hr. | $ 21,582.00 |
| J Savelski | 2.30 | Hrs. @ | $ 1,320.00/hr. | $ 3,036.00 |
| A Han | 15.50 | Hrs. @ | $ 975.00/hr. | $ 15,112.50 |
| C M Tarrant | 4.20 | Hrs. @ | $ 650.00/hr. | $ 2,730.00 |
| J K Bajada-Bartlett | 2.60 | Hrs. @ | $ 605.00/hr. | $ 1,573.00 |
| E M Jaman | 3.10 | Hrs. @ | $ 525.00/hr. | $ 1,627.50 |
| | 63.40 | | | $ 88,021.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Asset Disposition/Asset Sales

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/25 | A Han | 1.20 | 1,170.00 | Cross-check new contracts to be assumed by Bold were not already assumed by the other two entity buyers |
| 09/08/25 | C W Lim | .60 | 981.00 | Review contract list (0.4); respond to A. Han regarding same (0.2) |
| 09/08/25 | A Han | .60 | 585.00 | Emails with Latham team regarding a new patent to assume by the buyer |
| 09/08/25 | J Savelski | .20 | 264.00 | Reply to question from Latham team regarding transferred patents |
| 09/09/25 | B Kaplan | 1.00 | 1,980.00 | Review and analyze queries regarding missing IP and missing contracts (0.5); video conferences with A. Han regarding same (0.4); follow up with Debtors regarding same (0.1) |
| 09/09/25 | A Han | .60 | 585.00 | Review new contracts for assumption (0.4); discuss next steps with Latham team (0.2) |
| 09/09/25 | J Savelski | .60 | 792.00 | Correspond with Latham team regarding patent schedules |
| 09/12/25 | B Kaplan | .70 | 1,386.00 | Review and revise IP assignment agreement (0.3); review and revise schedules (0.4) |
| 09/12/25 | A Han | .40 | 390.00 | Emails with Latham team regarding execution of a new supplemental IP agreement |
| 09/15/25 | A Han | .20 | 195.00 | Update closing set with the latest supplemental agreement for intellectual property |
| 09/22/25 | C W Lim | .90 | 1,471.50 | Review email from Cooley (0.5); correspondence with B. Kaplan and J. Gordon regarding IP assignments (0.4) |
| 09/22/25 | A Han | 2.30 | 2,242.50 | Draft document to track new trademark recording |
| 09/22/25 | J Savelski | .60 | 792.00 | Analyze trademark assignment documentation |
| 09/23/25 | C W Lim | 3.40 | 5,559.00 | Review trademarks tracker and assignment agreements (2.2); correspondence with Cooley regarding same (0.7); attend call with Latham team regarding same (0.5) |
| 09/23/25 | A Han | 2.20 | 2,145.00 | Emails and calls with other counsel and Debtors regarding new trademark assignment filings (0.9); review proposed assignment filings (1.3) |
| 09/23/25 | J Savelski | .50 | 660.00 | Discuss with M. Brubaker and Latham team regarding trademark assignments |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM & WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Asset Disposition/Asset Sales

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/24/25 | C W Lim | .50 | 817.50 | Review Katten responses regarding trademark assignments |
| 09/24/25 | A Han | .50 | 487.50 | Discuss with other counsel the requirements for trademark assignments |
| 09/25/25 | B Kaplan | .40 | 792.00 | Telephone conference with C. Lim and A. Han regarding post-closing IP documentation requested by Bold |
| 09/25/25 | C W Lim | .40 | 654.00 | Review additional assignment agreements |
| 09/25/25 | A Han | 1.00 | 975.00 | Review assignment documents |
| 09/26/25 | C W Lim | .70 | 1,144.50 | Provide comments to A. Han email to Katten regarding IP assignments (0.6); respond to Katten regarding same (0.1) |
| 09/26/25 | A Han | .90 | 877.50 | Review trademark assignment agreements |
| 09/28/25 | A Han | 1.30 | 1,267.50 | Review assignment agreements |
| 09/29/25 | C W Lim | 4.20 | 6,867.00 | Attend call with J. Gordon and B. Kaplan regarding IP assignments (0.5); correspondence with Katten and Cooley regarding IP Assignment Agreements (1.3); review power of attorney documents for scope of powers in connection with same (2.4) |
| 09/29/25 | A Han | 2.80 | 2,730.00 | Review assignment agreements |
| 09/29/25 | J Savelski | .40 | 528.00 | Answer question from Latham team regarding trademark |
| 09/30/25 | B Kaplan | .50 | 990.00 | Telephone conference with J. Gordon and C. Lim regarding post-closing transition and trustee (0.2); review and consider Core IP transfer issues (0.3) |
| 09/30/25 | C W Lim | 2.50 | 4,087.50 | Review assignment agreements (1.8); review Katten responses to comments to assignment agreements (0.3); correspondence with J. Bajada-Bartlett regarding IP assignment agreement comments (0.4) |
| 09/30/25 | A Han | 1.50 | 1,462.50 | Review new assignment agreements |
| 09/30/25 | J K Bajada-Bartlett | 2.60 | 1,573.00 | Review agreements to confirm IP disclosed and coverage of portfolio |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Asset Disposition/Asset Sales

---

| | | | | |
|---|---|---|---|---|
| B Kaplan | 2.60 | Hrs. @ | $ 1,980.00/hr. | $ 5,148.00 |
| C W Lim | 13.20 | Hrs. @ | $ 1,635.00/hr. | $ 21,582.00 |
| J Savelski | 2.30 | Hrs. @ | $ 1,320.00/hr. | $ 3,036.00 |
| A Han | 15.50 | Hrs. @ | $ 975.00/hr. | $ 15,112.50 |
| J K Bajada-Bartlett | 2.60 | Hrs. @ | $ 605.00/hr. | $ 1,573.00 |
| | 36.20 | | | $ 46,451.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

5

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Case Administration (Docket, WIP and Calendar Updates)

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/04/25 | E M Jaman | .50 | 262.50 | Review docket and update case calendar |
| 09/05/25 | E M Jaman | .80 | 420.00 | Review docket for updates to hearings and deadlines (0.5); update case calendar regarding same (0.3) |
| 09/12/25 | E M Jaman | .70 | 367.50 | Review docket for updates to hearings and deadlines (0.4); update case calendar regarding same (0.3) |
| 09/17/25 | E M Jaman | .60 | 315.00 | Review docket for updates to hearing dates and objection deadlines (0.3); update case calendar (0.3) |
| 09/24/25 | E M Jaman | .50 | 262.50 | Review docket and update case calendar |

| | | | | |
|---|---|---|---|---|
| E M Jaman | 3.10 | Hrs. @ | $ 525.00/hr. | $ 1,627.50 |
| | 3.10 | | | $ 1,627.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Employee Matters (including Benefits/Pensions)

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/18/25 | L M Waller | .50 | 937.50 | Prepare form independent contractor agreement |
| 09/18/25 | J Gordon | .20 | 327.00 | Review independent contractor agreement |
| 09/19/25 | L M Waller | 1.10 | 2,062.50 | Finalize form independent contractor agreement (0.7); review applicable independent contractor agreement laws (0.4) |
| 09/19/25 | J Gordon | .20 | 327.00 | Review and revise contractor agreement |
| 09/22/25 | L M Waller | .50 | 937.50 | Confer with J. Creighton regarding independent contractor form (0.3); review J. Furman separation agreement and confer with J. Gordon regarding same (0.2) |
| 09/23/25 | L M Waller | 1.80 | 3,375.00 | Confer with J. Creighton and A. Chou regarding independent contractor agreement (0.3); update independent contractor agreement and separation agreement and confer with J. Creighton regarding same (1.1); update J. Furman separation agreement (0.4) |
| 09/24/25 | L M Waller | .60 | 1,125.00 | Update independent contractor agreement (0.4); confer with J. Creighton regarding same (0.2) |
| 09/24/25 | J Gordon | .20 | 327.00 | Correspondence with J. Creighton regarding independent contractor agreements |
| 09/25/25 | J Gordon | .50 | 817.50 | Conference with J. Creighton regarding employee winddown matters (0.2); correspondence with Latham, Alix, RLF regarding same (0.3) |
| 09/26/25 | J Gordon | .20 | 327.00 | Conference with C. Arthur regarding employee issues |
| 09/27/25 | L M Waller | .20 | 375.00 | Update independent contractor agreement |
| 09/29/25 | L M Waller | .20 | 375.00 | Confer with C. Arthur regarding J. Furman separation agreement (0.1); email J. Creighton regarding edits to independent contractor agreement (0.1) |
| 09/30/25 | L M Waller | .40 | 750.00 | Revise J. Furman separation agreement and confer with C. Arthur regarding same |

| | | | | |
|---|---|---|---|---|
| L M Waller | 5.30 | Hrs. @ | $ 1,875.00/hr. | $ 9,937.50 |
| J Gordon | 1.30 | Hrs. @ | $ 1,635.00/hr. | $ 2,125.50 |
| | 6.60 | | | $ 12,063.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: General Case Strategy (WIP Calls, Team and Client Calls)

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/17/25 | J Gordon | .40 | 654.00 | Conference with Latham, Alix, RLF regarding case workstreams and issues |
| 09/24/25 | J Gordon | .40 | 654.00 | Attend call with debtor advisors to discuss workstreams and issues |

| | | | | |
|---|---|---|---|---|
| J Gordon | .80 | Hrs. @ | $ 1,635.00/hr. | $ 1,308.00 |
| | .80 | | | $ 1,308.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Hearings

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/25 | C M Arthur | 1.50 | 3,142.50 | Prepare for (0.6) and participate in hearing on combined Disclosure statement and Plan (0.4); attend call with certain stakeholders in advance of hearing in connection with plan terms (0.5) |
| 09/03/25 | J Gordon | .40 | 654.00 | Telephonically attend disclosure statement hearing |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 1.50 | Hrs. @ | $ 2,095.00/hr. | $ 3,142.50 |
| J Gordon | .40 | Hrs. @ | $ 1,635.00/hr. | $ 654.00 |
| | 1.90 | | | $ 3,796.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: International / Foreign Matters

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/03/25 | C M Arthur | .30 | 628.50 | Respond to lender inquiries regarding Monster France (0.2); emails to Debtors on same (0.1) |

| | | | | |
|---|---|---|---|---|
| C M Arthur | .30 | Hrs. @ | $ 2,095.00/hr. | $ 628.50 |
| | .30 | | | $ 628.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

10

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Meetings and Communications with Creditors

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/04/25 | J Gordon | .20 | 327.00 | Correspondence regarding claimant invoices |

| | | | | |
|---|---|---|---|---|
| J Gordon | .20 | Hrs. @ | $ 1,635.00/hr. | $ 327.00 |
| | .20 | | | $ 327.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

11

**LATHAM&WATKINS**LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Plan and Disclosure Statement/Confirmation/Implementation/Plan Supplement

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/02/25 | C M Arthur | 3.10 | 6,494.50 | Review and revise combined disclosure statement and plan (2.1); research relevant precedent in connection with drafting same (1.0) |
| 09/03/25 | J Gordon | .30 | 490.50 | Conference with RLF and Alix regarding confirmation workstreams |
| 09/04/25 | C M Arthur | .40 | 838.00 | Review UCC draft statement in support of plan in connection with global settlement (0.2); call with RLF on same (0.2) |
| 09/05/25 | C M Arthur | 1.10 | 2,304.50 | Review draft documents to be incorporated in solicitation materials (0.7); confer with RLF and Cole Schotz on same (0.4) |
| 09/09/25 | C M Arthur | 1.00 | 2,095.00 | Review and address stakeholder comments and reservations of rights in connection with the chapter 11 plan (0.7); several emails with Richards Layton on same (0.3) |
| 09/30/25 | J Gordon | .60 | 981.00 | Conference with B. Kaplan and C. Lim regarding plan and winddown transition (0.4); review same (0.2) |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 5.60 | Hrs. @ | $ 2,095.00/hr. | $ 11,732.00 |
| J Gordon | .90 | Hrs. @ | $ 1,635.00/hr. | $ 1,471.50 |
| | 6.50 | | | $ 13,203.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

12

# LATHAM&WATKINS LLP

Invoice No. 2500616139
October 13, 2025
Matter Name: Retention/Fee Matters (L&W)

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/09/25 | J Gordon | 1.30 | 2,125.50 | Conference with C. Tarrant regarding supplemental retention declaration (0.1); draft same (0.5); Review and revise August fees for privilege, confidentiality, and compliance with U.S. Trustee guidelines (0.7) |
| 09/09/25 | C M Tarrant | 2.30 | 1,495.00 | Prepare draft first monthly fee statement (0.9); prepare draft interim fee application (1.1); emails with Latham team regarding same (0.3) |
| 09/10/25 | J Gordon | .50 | 817.50 | Review and revise August fee application |
| 09/10/25 | C M Tarrant | .80 | 520.00 | Review and revise monthly fee materials |
| 09/12/25 | J Gordon | .30 | 490.50 | Revise and finalize August monthly fee statement |
| 09/17/25 | C M Tarrant | 1.10 | 715.00 | Review and revise first interim fee application |
| 09/22/25 | J Gordon | .50 | 817.50 | Revise interim fee application |
| 09/23/25 | J Gordon | .60 | 981.00 | Revise interim fee application (0.4); conference with C. Tarrant regarding same (0.2) |
| 09/29/25 | J Gordon | .20 | 327.00 | Revise interim fee application |
| 09/30/25 | J Gordon | .20 | 327.00 | Finalize interim fee application for filing |

| | | | | |
|---|---|---|---|---|
| J Gordon | 3.60 | Hrs. @ | $ 1,635.00/hr. | $ 5,886.00 |
| C M Tarrant | 4.20 | Hrs. @ | $ 650.00/hr. | $ 2,730.00 |
| | 7.80 | | | $ 8,616.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500616139 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

13