IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | x | |
|---|---|---|
| | : | |
| in re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | | **Re: Docket No. 368** |
| | x | |

**ORDER APPROVING FIRST AND FINAL FEE
APPLICATION OF PJT PARTNERS LP AS INVESTMENT
BANKER TO THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR ALLOWANCE (AND FINAL APPROVAL) OF COMPENSATION
FOR SERVICES RENDERED AND FOR THE REIMBURSEMENT OF
ALL ACTUAL AND NECESSARY EXPENSES INCURRED FOR THE
PERIOD FROM JUNE 24, 2025 THROUGH AUGUST 19, 2025**

Upon consideration of the final fee application of PJT Partners LP (the "**Applicant**"), as investment banker to the above-captioned debtors and debtors-in-possession, for allowance of compensation and reimbursement of expenses (the "**Application**") for the period from June 24, 2025 through August 19, 2025 (the "**Fee Period**"); and finding that all of the requirements, as applicable, of sections 327, 328, 330 and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-1 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and that notice of the Application was appropriate, and that no other or further notice need to be provided; and after due deliberation and sufficient good cause appearing therefor:

**IT IS HEREBY ORDERED THAT**:

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). the Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

1. The Application is hereby GRANTED as stated herein.

2. The Applicant is allowed, on a final basis, compensation in the amount of $4,587,300.00 for professional services rendered during the Fee Period.

3. The Applicant is allowed, on a final basis, the reimbursement of actual, reasonable and necessary expenses in the amount of $778.17 incurred during the Fee Period.

4. The Debtors are authorized to pay to the Applicant all compensation and expense reimbursement allowed pursuant to this Order less all amounts previously paid on account of such fees and expenses.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

**Dated: October 20th, 2025**
**Wilmington, Delaware**

*J. KATE STICKLES*
**UNITED STATES BANKRUPTCY JUDGE**