# **<u>Exhibit B</u>**

| Matter Name: Restructuring Advice | Invoice Date: | October 20, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3035592 |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/01/25 | PACER | 3.00 | 0.30 |
| 08/01/25 | PACER | 6.00 | 0.60 |
| 08/01/25 | PACER | 1.00 | 0.10 |
| 08/01/25 | PACER | 5.00 | 0.50 |
| 08/01/25 | PACER | 30.00 | 3.00 |
| 08/01/25 | PACER | 29.00 | 2.90 |
| 08/01/25 | PACER | 7.00 | 0.70 |
| 08/01/25 | PACER | 29.00 | 2.90 |
| 08/01/25 | PACER | 8.00 | 0.80 |
| 08/01/25 | PACER | 29.00 | 2.90 |
| 08/01/25 | PACER | 30.00 | 3.00 |
| 08/01/25 | PACER | 15.00 | 1.50 |
| 08/01/25 | PACER | 4.00 | 0.40 |
| 08/01/25 | PACER | 24.00 | 2.40 |
| 08/01/25 | PACER | 30.00 | 3.00 |
| 08/01/25 | PACER | 30.00 | 3.00 |
| 08/04/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 8.00 | 0.80 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 4.00 | 0.40 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 23.00 | 2.30 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 4.00 | 0.40 |
| 08/05/25 | PACER | 28.00 | 2.80 |
| 08/05/25 | PACER | 2.00 | 0.20 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 7.00 | 0.70 |
| 08/05/25 | PACER | 9.00 | 0.90 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 23.00 | 2.30 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 11.00 | 1.10 |
| 08/05/25 | PACER | 1.00 | 0.10 |
| 08/05/25 | PACER | 30.00 | 3.00 |
| 08/05/25 | PACER | 7.00 | 0.70 |
| 08/05/25 | PACER | 3.00 | 0.30 |
| 08/07/25 | PACER | 7.00 | 0.70 |
| 08/07/25 | PACER | 9.00 | 0.90 |
| 08/07/25 | PACER | 2.00 | 0.20 |
| 08/07/25 | PACER | 2.00 | 0.20 |
| 08/07/25 | PACER | 30.00 | 3.00 |
| 08/08/25 | PACER | 30.00 | 3.00 |
| 08/08/25 | PACER | 4.00 | 0.40 |
| 08/08/25 | PACER | 3.00 | 0.30 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | October 20, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3035592 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/08/25 | PACER | 30.00 | 3.00 |
| 08/10/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/10/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/11/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 2.60 |
| 08/11/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/12/25 | PACER | 6.00 | 0.60 |
| 08/12/25 | PACER | 30.00 | 3.00 |
| 08/12/25 | PACER | 29.00 | 2.90 |
| 08/12/25 | PACER | 1.00 | 0.10 |
| 08/12/25 | PACER | 2.00 | 0.20 |
| 08/12/25 | PACER | 2.00 | 0.20 |
| 08/12/25 | PACER | 6.00 | 0.60 |
| 08/14/25 | PACER | 30.00 | 3.00 |
| 08/15/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/15/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/15/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/15/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 0.20 |
| 08/15/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 0.30 |
| 08/18/25 | PACER | 2.00 | 0.20 |
| 08/18/25 | PACER | 30.00 | 3.00 |
| 08/18/25 | PACER | 30.00 | 3.00 |
| 08/18/25 | PACER | 16.00 | 1.60 |
| 08/19/25 | PACER | 30.00 | 3.00 |
| 08/20/25 | PACER | 2.00 | 0.20 |
| 08/20/25 | PACER | 2.00 | 0.20 |
| 08/20/25 | PACER | 30.00 | 3.00 |
| 08/20/25 | PACER | 30.00 | 3.00 |
| 08/20/25 | PACER | 24.00 | 2.40 |
| 08/20/25 | PACER | 3.00 | 0.30 |
| 08/21/25 | PACER | 3.00 | 0.30 |
| 08/21/25 | PACER | 4.00 | 0.40 |
| 08/21/25 | PACER | 30.00 | 3.00 |
| 08/21/25 | PACER | 13.00 | 1.30 |
| 08/25/25 | PACER | 30.00 | 3.00 |
| 08/25/25 | PACER | 73.00 | 7.30 |
| 08/25/25 | PACER | 88.00 | 8.80 |
| 08/25/25 | PACER | 99.00 | 9.90 |
| 08/25/25 | PACER | 58.00 | 5.80 |
| 08/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/26/25 | PACER | 1.00 | 0.10 |
| 08/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/26/25 | PACER | 30.00 | 3.00 |
| 08/26/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 1.70 |
| 08/27/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/27/25 | PACER | 2.00 | 0.20 |
| 08/27/25 | PACER | 1.00 | 0.10 |
| 08/27/25 | PACER | 30.00 | 3.00 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | October 20, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3035592 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 08/27/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 08/29/25 | PACER | 30.00 | 3.00 |
| 09/03/25 | Printing | 6.00 | 0.60 |
| 09/03/25 | Blue Marble Messenger Service | 1.00 | 61.50 |
| 09/03/25 | Printing | 1.00 | 0.10 |
| 09/03/25 | Printing | 52.00 | 5.20 |
| 09/03/25 | Printing | 68.00 | 6.80 |
| 09/03/25 | Printing | 2.00 | 0.20 |
| 09/03/25 | PARCELS INC - Duplicating | 1.00 | 288.45 |
| 09/03/25 | ZACHARY I. SHAPIRO - Lunch for ZIS and C. Carlisle after hearing 9-3-25 | 1.00 | 36.00 |
| 09/03/25 | Printing | 68.00 | 6.80 |
| 09/03/25 | Printing | 3.00 | 0.30 |
| 09/03/25 | Printing | 1.00 | 0.10 |
| 09/03/25 | Printing | 2.00 | 0.20 |
| 09/03/25 | Printing | 4.00 | 0.40 |
| 09/03/25 | Blue Marble Messenger Service | 1.00 | 61.50 |
| 09/03/25 | ZACHARY I. SHAPIRO - Coffee after 9-3-25 hearing with associate | 1.00 | 18.48 |
| 09/03/25 | Printing | 2.00 | 0.20 |
| 09/03/25 | Printing | 51.00 | 5.10 |
| 09/03/25 | Printing | 4.00 | 0.40 |
| 09/03/25 | Printing | 73.00 | 7.30 |
| 09/03/25 | PARCELS INC - Duplicating | 1.00 | 374.40 |
| 09/05/25 | RELIABLE COPY SERVICE-DE - WL125749 | 1.00 | 191.40 |
| 09/09/25 | Printing | 54.00 | 5.40 |
| 09/09/25 | Printing | 1.00 | 0.10 |
| 09/18/25 | Printing | 38.00 | 3.80 |
| 09/18/25 | Printing | 4.00 | 0.40 |
| 09/18/25 | Printing | 3.00 | 0.30 |
| 09/18/25 | Printing | 16.00 | 1.60 |
| 09/18/25 | Printing | 4.00 | 0.40 |
| 09/18/25 | Printing | 38.00 | 3.80 |
| 09/29/25 | Printing | 4.00 | 0.40 |
| 09/29/25 | Printing | 4.00 | 0.40 |
| 09/29/25 | Printing | 38.00 | 3.80 |
| 09/29/25 | Printing | 4.00 | 0.40 |
| 09/29/25 | Printing | 4.00 | 0.40 |
| 09/29/25 | Printing | 23.00 | 2.30 |
| 09/29/25 | Printing | 38.00 | 3.80 |
| 09/29/25 | Printing | 38.00 | 3.80 |
| 09/30/25 | Printing | 17.00 | 1.70 |
| 09/30/25 | Printing | 2.00 | 0.20 |
| **Total** | | | **$1,509.63** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| Description | Amount |
|---|---:|
| Bloomberg | 254.80 |

| | |
|---|---|
| Matter Name: Restructuring Advice | Invoice Date: October 20, 2025 |
| Matter Number: 773612-237571 | Invoice Number: 3035592 |

| **Description** | **Amount** |
|---|---|
| Business Meals | 54.48 |
| Court Reporter | 191.40 |
| Duplicating | 662.85 |
| Messenger Service | 123.00 |
| PACER | 156.40 |
| Printing | 66.70 |
| **Total** | **$1,509.63** |