# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Randy Lowry am employed in the county of Los Angeles, State of California. I hereby certify that on October 20, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors In Possession for the Period From September 1, 2025 Through September 30, 2025 [Docket No. 471]**

Pursuant to Local Rule 5005-4(c) (ii) of the United States Bankruptcy Court – District of Delaware, notice of these filings was served on the following parties attached hereto as **Exhibit B** through the Court's Electronic Case Filing System and also received courtesy copies via e-mail. Parties may access this filing through the Court's system.

Dated: October 23, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California      }
{                         } ss.
{County of Los Angeles    }

Subscribed and sworn to (or affirmed) before me on this 23rd day of October, 20 25, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2396732
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **<u>EXHIBIT A</u>**

**Exhibit A**
**Service List**

| Name | Address | | | Email | Method of Service |
|------|---------|---|---|-------|-------------------|
| Cole Schotz P.C | Justin Alberto | | | jalberto@coleschotz.com | Email |
| Cole Schotz P.C | Melissa Hartlipp | | | mhartlipp@coleschotz.com | Email |
| Cole Schotz P.C | Elazar Kosman | | | ekosman@coleschotz.com | Email |
| Cole Schotz P.C | Seth Van Aalten | | | svanaalten@coleschotz.com | Email |
| Cole Schotz P.C | Sarah Carnes | | | scarnes@coleschotz.com | Email |
| Latham & Watkins LLP | Ray C. Schrock | | | ray.schrock@lw.com | Email |
| Latham & Watkins LLP | Candace M. Arthur | | | candace.arthur@lw.com | Email |
| Latham & Watkins LLP | Jonathan Gordon | | | jonathan.gordon@lw.com | Email |
| Norton Rose Fulbright US LLP | Robert M. Hirsh | | | robert.hirsh@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | James Copeland | | | james.copeland@nortonrosefulbright.com | Email |
| Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | | | defranceschi@rlf.com | Email |
| Richards, Layton & Finger, P.A. | Zachary I. Shapiro | | | shapiro@rlf.com | Email |
| The U.S. Trustee | Linda J. Casey | | | linda.casey@usdoj.gov | Email |
| Young Conaway Stargatt & Taylor, LLP | Matthew Lunn, Esq. | | | mlunn@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert Poppiti | | | rpoppiti@ycst.com | Email |
| Zen JV, LLC | Attn: Sheri D. Davis, General Counsel | 200 N. LaSalle Street, Ste 900 | Chicago, IL 60601 | sheri.davis@careerbuilder.com | Email First Class Mail |

# **EXHIBIT B**

# Mailing Information for Case 25-11195-JKS

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Justin R. Alberto**    jalberto@coleschotz.com, pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com
- **John R. Ashmead**    ashmead@sewkis.com, matott@sewkis.com;managinglerkoffice@sewkis.com
- **Jody C. Barillare**    jody.barillare@morganlewis.com, lori.gibson@morganlewis.com
- **Chelsea A Botsch**    cbotsch@mccarter.com
- **Robert Bruner**    bob.bruner@nortonrosefulbright.com
- **Kate R. Buck**    kbuck@mccarter.com
- **Clint Michael Carlisle**    carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Christopher L. Carter**    christopher.carter@morganlewis.com
- **Linda J. Casey**    Linda.Casey@usdoj.gov
- **William E. Chipman**    chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com
- **Shawn M. Christianson**    schristianson@buchalter.com, cmcintire@buchalter.com
- **James A. Copeland**    james.copeland@nortonrosefulbright.com
- **Daniel J. DeFranceschi**    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Robert J. Dehney**    rdehney@morrisnichols.com, robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com
- **Monique Bair DiSabatino**    monique.disabatino@saul.com, robyn.warren@saul.com
- **Turner Falk**    turner.falk@saul.com, tnfalk@recap.email
- **Melissa M. Hartlipp**    MHartlipp@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **William A. Hazeltine**    whazeltine@sha-llc.com
- **Robert M. Hirsh**    robert.hirsh@nortonrosefulbright.com, jrenert@lowenstein.com
- **Jennifer R. Hoover**    jhoover@beneschlaw.com, docket2@beneschlaw.com;lmolinaro@beneschlaw.com
- **James E. Huggett**    jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- **Courtney J Hull**    bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov
- **Michael Ingrassia**    ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com
- **David M. Klauder**    dklauder@bk-legal.com, DE17@ecfcbis.com
- **Elazar A. Kosman**    ekosman@coleschotz.com, pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com
- **Elazar A. Kosman**    ekosman@coleschotz.com
- **Maria Kotsiras**    mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com
- **Tara L. Lattomus**    delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com
- **Leah Victoria Lerman**    Leah.V.Lerman@usdoj.gov
- **Huiqi Liu**    liu@rlf.com, ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Brian Loughnane**    brian.loughnane@morganlewis.com
- **Matthew Barry Lunn**    mlunn@ycst.com, bankfilings@ycst.com
- **Kevin Scott Mann**    kmann@crosslaw.com, smacdonald@crosslaw.com,cgreen@crosslaw.com
- **Colin Meehan**    meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Lucian Borders Murley**    luke.murley@saul.com, robyn.warren@saul.com
- **Sven Thure Nylen**    snylen@beneschlaw.com
- **Robert F. Poppiti, Jr.**    rpoppiti@ycst.com, bankfilings@ycst.com
- **Echo Yi Qian**    eqian@morrisnichols.com
- **Reliable Companies**    gmatthews@reliable-co.com
- **Christopher M. Samis**    leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **Zachary I Shapiro**    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com
- **Aaron H. Stulman**    astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com
- **U.S. Trustee**    USTPRegion03.WL.ECF@USDOJ.GOV
- **Stephanie Slater Ward**    sslater@foxrothschild.com, rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com
- **Christopher M. Winter**    cmwinter@duanemorris.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**AlixPartners, LLP**
,

**Appcast, Inc.**
Attn: Stacie Yamaguchi
10 Water Street
Suite 150
Lebanon, NH 03766

**Candace M. Arthur**
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

**Brett A. Axelrod**
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, NV 89135

**Patrick S. Baldwin**
JONES DAY
1221 Peachtree Street, N.E., Suite 400
Atlanta, GA 30361

**James H. Billingsley**
Duane Morris LLP
100 Crescent Court, Suite 1200
Dallas, TX 75201

**Carl E. Black**
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114

**Sarah A. Carnes**
Cole Schotz P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Alan Chapell**
,

**Equinix, Inc.**
Attn: Liz Vazquez
1133 Avenue of the America
16th Floor
New York, NY 10036

**Jonathan R. Friedman**
COLE SCHOTZ P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Mary V Gilmore**
Benesch Friedlander Coplan & Aronoff LLP

71 South Wacker Drive
Suite 1600
Chicago, IL 60606

**Bryan T. Glover**
Stoel Rives LLP
600 University Street
Suite 3600
Seattle, WA 98101

**Jonathan Gordon**
Latham & Watkins LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611

**Adam C. Harris**
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022

**Ronald A. Hewitt**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Jobcase, Inc.**
Timothy Johnson
201 Broadway St., 7th Floor
Cambridge, MA 02139

**Jobverse, Inc.**
Attn: Kevin McCarthy
1913 Champion Blvd.
Franklin, TN 37064

**Latham & Watkins LLP**
,

**Catherine V. LoTempio**
Seward & Kissel LLP
One Battery Park Plaza
New York, NY 10004

**Daniel J. Merrett**
1221 Peachtree Street, N.E.
Suite 400
Atlanta, GA 30361

**Omni Agent Solutions, Inc.**
www.omniagentsolutions.com
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**PJT Partners LP**
,

**Benjamin Rachelson**
Adams and Reese LLP
3455 Peachtree Road NE
Suite 1750
Altanta, GA 30326

**Courtney A. Schael**
ASHFORD SCHAEL LLC

100 Quimby Street
Suite 1
Westfield, NJ 07090

**Ray C. Schrock**
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020

**David K. Shim**
Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110

**Talroo, Inc.**
Attn: Brian Henson
6433 Champion Grandview Way
Bldg 2, Suite 100
Austin, TX 78750

**Jeffrey T. Testa**
McCarter & English, LLP
Four Gateway Center
100 Mulberry Street
Newark, NJ 07102

**Textkernel B.V.**
c/o Bullhorn Inc. Attn: Chad Yohn
100 Summer Street
Boston, MA 02110

**Seth Van Aalten**
Cole Schotz, P.C.
1325 Avenue of the Americas
19th Floor
New York, NY 10019

**Verinext Inc.**
Attn: Oscar Romero
510 Township Line Road
Blue Bell, PA 19422

## Creditor List

Click the link above to produce a complete list of **creditors** only.

## List of Creditors

Click on the link above to produce a list of **all** creditors and **all** parties in the case. User may sort in columns or raw data format.