IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: Docket Nos. 380, 397, 398, 401 & 403**
------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING FIRST OMNIBUS
ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. In accordance with the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief*, dated July 31, 2025 [Docket No. 258] (the "**Interim Compensation Order**"), Cole Schotz P.C., Latham & Watkins LLP, Richards, Layton & Finger, P.A., AlixPartners, LLP and M3 Advisory Partners, LP (the "**Applicants**") filed their interim fee applications [Docket Nos. 380, 397, 398, 401 & 403] (the "**Interim Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Interim Applications, objections to each of the Interim Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Interim Applications in accordance with the Interim Compensation Order, the last of

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 34059453v.1

which expired on October 21, 2025. The Professionals received no objections or other responses to the Interim Fee Applications.

3. Given the lack of objection to the approval of the Interim Applications, counsel to the above-captioned debtors and debtors-in-possession (the "**Debtors**") prepared a proposed form of omnibus order (the "**Proposed Order**") approving the Interim Applications. A copy of the Proposed Order is attached hereto as Exhibit A. The Proposed Order has been circulated to the Applicants, and the Applicants have agreed to the Proposed Order.

WHEREFORE, the Debtors respectfully request that the Proposed Order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated: October 24, 2025
       Wilmington, Delaware

| **LATHAM & WATKINS LLP** | /s/ Colin A. Meehan<br>**RICHARDS, LAYTON & FINGER, P.A.** |
|---|---|
| Ray C. Schrock (admitted *pro hac vice*)<br>Candace M. Arthur (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4864<br>Email: ray.schrock@lw.com<br>      candace.arthur@lw.com<br><br>- and -<br><br>Jonathan C. Gordon (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611<br>Telephone: (312) 876-7700<br>Facsimile: (312) 993-9767<br>Email: jonathan.gordon@lw.com | Daniel J. DeFranceschi (No. 2732)<br>Zachary I. Shapiro (No. 5103)<br>Huiqi Liu (No. 6850)<br>Clint M. Carlisle (No. 7313)<br>Colin A. Meehan (No. 7237)<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: defranceschi@rlf.com<br>      shapiro@rlf.com<br>      liu@rlf.com<br>      carlisle@rlf.com<br>      meehan@rlf.com |

*Co-Counsel for Debtors and Debtors in Possession*