# AFFIDAVIT

**STATE OF NEW JERSEY** )
                                 ) ss:
**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX** )

I, Wayne Sidor, being duly sworn, depose and say that I am the Advertising Clerk of the Publisher of THE WALL STREET JOURNAL, a daily national newspaper of general circulation throughout the United States, and that the notice attached to this Affidavit has been regularly published in THE WALL STREET JOURNAL for National distribution for

1 insertion(s) on the following date(s): 10/27/2025

ADVERTISER: Zen JV, LLC

and that the foregoing statements are true and correct to the best of my knowledge.

_Wayne Sidor_

Sworn to before me this 27th day of October 2025

_____
Notary Public



IAN C. MARTIN
NOTARY PUBLIC
ID # 50086494
COMMISSION EXPIRES 07/18/2028
STATE OF NEW JERSEY

# TECHNOLOGY

## Foreign Stocks Top S&P 500

Continued from page B1

countries grappling with stagnant economic growth and political instability. Argentina, which has been shut out of the international capital markets for years, is struggling with empty government coffers and thin hard-currency reserves while facing mounting debt payments next year.

One big factor behind international stocks' hot streak is a slump in the greenback. The WSJ Dollar Index has dropped 6.3% this year, weighed down by concern about Trump's tariffs, Federal Reserve independence and growing U.S. government debt. Dollar weakness can benefit international companies as profits in foreign countries translate into more dollars.

A resilient U.S. economy and investors' enthusiasm for the artificial-intelligence boom lifted the S&P 500's gains above its global peers last year. But more than half of the index's total return in 2024 came from just a handful of big tech stocks. By the start of 2025, some analysts were already wondering if the rally was wobbling.

That has helped make international stocks an attractive alternative, said Ken Ryan, a portfolio manager at Parnassus Investments. He handles an international equity fund, up around 9.7% since its launch in the spring. Its largest holdings as of September include shares of Singapore-based Sea Ltd., the British retailer **Tesco** and Spain's **CaixaBank**.

"This isn't only geographic diversification," said Ryan. "Investing in U.S. markets is almost becoming a one-way concentrated bet on the development and proliferation of AI."

Analysts also point out that stocks abroad look cheaper than pricey U.S. shares. Companies in the S&P 500 recently traded at 23 times projected earnings over the next 12 months, according to FactSet. In comparison, Japan's Nikkei 225 recently traded at 21 times and Hong Kong's Hang Seng multiple was about 12.

U.S. stocks still best their international counterparts over the long haul. The S&P 500 has climbed around 225% over the past decade, while the Nikkei 225 has gained about 158% and the FTSE 100 has added roughly 49%. While U.S. economic growth is expected to slow in 2025, estimates still put it above that of some other countries.

The International Monetary Fund said in its recent projections that U.S. economic growth is likely to slow to 1.9% this year, measured on a fourth quarter versus fourth quarter basis. That is above a 1.4% projection for the U.K., 0.2% for Japan and 0.3% for Germany.

Analysts expect 11% earnings growth for S&P 500 companies over the next year, the best growth rate since the beginning of the pandemic recovery in 2021, according to FactSet. Expectations for lower interest rates and tax cuts are also expected to bolster corporate coffers and keep the economy chugging along.

Many analysts also said that the U.S. remains ahead of the rest of the world in the AI race and that the blitz of multibillion-dollar deals between OpenAI and companies including **Nvidia**, **Oracle**, **Advanced Micro Devices** and **Broadcom** will provide fresh fuel for AI shares and other U.S. stocks to run further.

"The question is, do you want to underweight what is this primary driver of innovation, growth, profit margins?" said Josh Emanuel, chief investment officer at Wilshire. "From our perspective, the answer is no."



Index performance this year — Korea's Kospi +64%, Japan's Nikkei 225 +24%, Germany's DAX +22%, U.K.'s FTSE 100 +18%, S&P 500 +15%. Source: FactSet

Price/earnings ratio, next 12 months — S&P 500, Nikkei 225, Hang Seng

Index performance this year — MSCI All Country World ex USA, S&P 500

## Tech's Bet On AI Reaches Far

Continued from page B1

nation bank wants an American technology giant to store customer data and analyze it with AI, the bank must hire a company with domestically located servers.

Combined with genuine business demand for AI computing, such regulations have made some less-wealthy nations beneficiaries of the AI boom, including in South and Southeast Asia.

Google recently committed $15 billion over five years to build an AI center in India. **Amazon** Web Services is investing $5 billion to increase infrastructure in Thailand.

Data centers in Indonesia earned $374 million in revenue last year, said research firm Mordor Intelligence, a figure estimated to sextuple by 2030.

Betting big on this new sector is Indosat, Indonesia's second-largest telecom provider. Its CEO, Sinha, was emboldened by Nvidia Chief Executive Jensen Huang, who championed "sovereign AI" during a visit to Jakarta last year.

"No country can afford to have its natural resource—the data of its people—be extracted, transformed into intelligence and then imported back into the country," Huang said at an Indosat event.

Sinha had a chance to ask Huang for advice during a dinner. He recalled the answer: "If you believe in something, go all in." To Sinha, that belief is AI.

Indosat plans to increase its AI-enabled server power to 500 megawatts by 2028 from 20 megawatts currently, in data centers with backup electricity. By comparison, said research firm DC Byte, the American hub of Virginia has about 38,000 megawatts of capacity live or in planning.

The industry rule of thumb is $10 million a megawatt—so a $5 billion investment for Sinha. He thinks Indosat's Indonesian economics can reduce the cost to 70% of that.

Potential clients include Indonesian customers and American tech giants, who outside the U.S. often use local partners instead of building their own facilities.

Sinha said Indonesia's data-center boom would supercharge the economy and boost the tech talent pool. Other experts are less certain.

After construction, each megawatt of a data center supports about only one permanent job, said James Murphy, Asia-Pacific managing director of DC Byte. And even if built in developing nations, many data centers remain foreign-owned.

"The ultimate beneficiaries are the large tech companies and their investors," said Govand Azeez, a political economist at Sydney's Macquarie University who researches tech sovereignty in Southeast Asia.



Above, the site of a data center in South Jakarta. Right, Indosat Ooredoo Hutchison's headquarters.



ADVERTISEMENT

### The Marketplace
To advertise: 800-366-3975 or WSJ.com/classifieds

**PUBLIC NOTICES**

CR-2025-004059

IN THE HIGH COURT OF JUSTICE
BUSINESS AND PROPERTY COURTS OF ENGLAND AND WALES
COMPANIES COURT (ChD)

IN THE MATTER OF RIVER RE LIMITED
- and -
IN THE MATTER OF RIVERSTONE INSURANCE (UK) LIMITED
- and -
IN THE MATTER OF THE FINANCIAL SERVICES AND MARKETS ACT 2000
LEGAL NOTICE

NOTICE IS HEREBY GIVEN that on 15 October 2025, River Re Limited (**River Re**) and Riverstone Insurance (UK) Limited (**RIUK**) applied to the High Court of England and Wales (the **Court**) for an Order under Section 111(1) of the Financial Services and Markets Act 2000 (**FSMA**) sanctioning a scheme (the **Scheme**) providing for the transfer of the general insurance and reinsurance business of River Re (the **Transferring Business**) to RIUK and making ancillary provisions in connection with the Scheme under Sections 112 and 112A of FSMA (the **Application**).

The Scheme will result in the Transferring Business which is currently being carried on by River Re being carried on by RIUK.

Copies of the report on the terms of the Scheme prepared by an Independent Expert in accordance with section 109(1) of FSMA and of a statement setting out the terms of the Scheme and containing a summary of the independent expert's report, and a copy of the full Scheme document, may be obtained free of charge on the dedicated website for the Scheme at https://river-re.info/. Supporting documents and any further items about the Scheme will be posted on this website so you may wish to check for updates. You can also request free copies of any of these documents by contacting River Re and RIUK using the telephone number or addresses set out below.

All questions or concerns relating to the Scheme should be referred to River Re and RIUK using the following telephone numbers, addresses or websites:
Telephone: 01273 792300 (RIUK) / 01473 526929 (River Re) within the UK, or, if calling from overseas, +44 1273 792300 (RIUK) / +44 1473 526929 (River Re). The lines are open from 9:00 am to 5:30 pm (UK time) for RIUK until and 4:00pm (UK time) for River Re on Monday to Friday.
Address: Riverstone Insurance (UK) Limited, Park Gate, 161 – 163 Preston Road, Brighton, United Kingdom, BN1 6AU (RIUK) or River Re Limited, c/o AXA Liabilities Managers, Brooke Lawrance House, 80 Civic Drive, Ipswich, IP1 2AN (River Re)
Email: PartVIItransfer@rsml.co.uk (RIUK) or riverrepart7@axa-lm.com (River Re)
Website: https://river-re.info/ (River Re) or https://www.rsml.co.uk/ (RIUK)

The Application is expected to be heard on 28 January 2026 by a Judge of the Chancery Division of the Court at The Rolls Building, Fetter Lane, London, EC4A 1NL.

If approved by the Court, it is expected that the Scheme will take effect on 31 January 2026. It is possible that the hearing may take place remotely via Microsoft Teams or another teleconferencing service. It is requested that if anyone intending to attend the hearing (whether in person or via a representative), informs River Re and RIUK in writing via the contact details sets out above as soon as possible and preferably before 14 January 2026 and set out the nature of any objection they may have. This will enable River Re and RIUK to provide notification of any changes to the hearing (including any details that are necessary to attend the hearing remotely) and, where possible, to address any concerns raised in advance of the hearing.

Any person (including any policyholder of River Re or RIUK) who believes that he or she would be adversely affected by the carrying out of the Scheme is entitled to either make written representations or be heard (either in person or by a legal representative) at the hearing of the Application on 28 January 2026. Anyone wishing to do so is asked to give notice of such intention as soon as possible and preferably by 14 January 2026, setting out the grounds of their objection or why they consider they may be adversely affected, by writing to the address or email address above.

If the Scheme is sanctioned by the Court, it will result in the transfer of all the contracts, property, assets and liabilities relating to part of the general insurance and reinsurance business of River Re to RIUK; notwithstanding that a person would otherwise be entitled to terminate, modify, acquire or claim an interest or right or to treat an interest or right as terminated or modified in respect thereof. Any such right will only be enforceable to the extent the order of the Court makes provision to that effect.

DLA Piper UK LLP
160 Aldersgate Street
London
EC1A 4HT
Ref: JC/PW/11012471/3
Solicitors to River Re Limited and Riverstone Insurance (UK) Limited.

**BANKRUPTCIES**

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re:                              Chapter 11
ZEN JV, LLC, et al.,[1]             Case No. 25-11195 (JKS)
         Debtors.                   (Jointly Administered)
                                    Re: Docket No. 429

**NOTICE OF (A) FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER (I) APPROVING THE ADEQUACY OF THE DEBTORS' SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION ON A FINAL BASIS AND (II) CONFIRMING THE DEBTORS' SECOND AMENDED COMBINED DISCLOSURE STATEMENT AND JOINT PLAN OF LIQUIDATION AND (B) EFFECTIVE DATE**

PLEASE TAKE NOTICE that an order (the "**Confirmation Order**") of the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408] (as may be amended, modified and/or supplemented and collectively with the exhibits thereto, the "**Combined Plan and Disclosure Statement**")[2] was entered on October 7, 2025 [Docket No. 429].

PLEASE TAKE FURTHER NOTICE that all conditions precedent to effectiveness pursuant to Article XIV.A of the Combined Plan and Disclosure Statement have been satisfied and the Debtors have determined that, October 14, 2025, is the Effective Date of the Combined Plan and Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that the terms of the Combined Plan and Disclosure Statement and Plan Supplement shall be immediately effective and enforceable and deemed binding upon the Debtors, the Liquidation Trust, any and all the Holders of Claims or Equity Interests (irrespective of whether their Claims or Equity Interests are deemed to have accepted the Combined Plan and Disclosure Statement), all Persons and Entities that are parties to or are subject to the settlements, compromises, releases, and injunctions described in the Combined Plan and Disclosure Statement, each Person and Entity acquiring property under the Combined Plan and Disclosure Statement, any and all non-Debtor parties to Executory Contracts with the Debtors, and the respective heirs, executors, administrators, successors or assigns, affiliates, officers, directors, agents, representatives, attorneys, beneficiaries, or guardians, if any, with respect to the foregoing.

PLEASE TAKE FURTHER NOTICE that claimants asserting Claims resulting from the Debtors' rejection of an executory contract or unexpired lease pursuant to the Combined Plan and Disclosure Statement must file Proofs of Claim for damages arising from such rejection by **November 13, 2025 at 5:00 p.m. (prevailing Eastern Time)**. Any Proofs of Claim not Filed and served within such time period will be a Disputed Claim and if disallowed will be forever barred from assertion against each of the Debtors, the Liquidation Trust, the Estates, and their respective property.

PLEASE TAKE FURTHER NOTICE that, other than a Professional Fee Claim or any Statutory Fees, requests for Administrative Expense Claims must be Filed by no later than **November 13, 2025 at 5:00 p.m. (prevailing Eastern Time)**. Holders of Administrative Expense Claims that fail to timely file an Administrative Expense Claim may not be treated as a creditor with respect to such Claim for the purposes of distribution in the Chapter 11 Cases on account of such Claim; and may be forever barred, estopped, and enjoined from asserting such Claim against each of the Debtors, the Liquidation Trust, their estates, and their property (or filing an Administrative Expense Claim with respect thereto).

PLEASE TAKE FURTHER NOTICE that, after the Effective Date, all notices previously provided to the Debtors shall be addressed to the Liquidation Trustee at the following addresses: Steven Balassiano, c/o MHR Advisory Group, LLC, 6701 Bay Parkway, Suite 300, Brooklyn, New York 11204, Attn.: Steven Balassiano (steven@mhradvisory. com); With a copy to its counsel: Cole Schotz P.C., 500 Delaware Avenue, Suite 600, Wilmington, DE 19801, Telephone: (302) 652-3131, Attn: Justin R. Alberto (jalberto@coleschotz.com).

PLEASE TAKE FURTHER NOTICE that the copies of the Confirmation Order and the Combined Plan and Disclosure Statement may be obtained and/or are available for review without charge at the website of Omni Agent Solutions, Inc., https://omniagentsolutions.com/CareerBuilderMonster, or by contacting the Claims and Noticing Agent by email at CareerBuilderMonsterInquiries@OmniAgent.com.

Dated: October 14, 2025, Wilmington, Delaware, /s/ Huigi Liu
**LATHAM & WATKINS LLP**, Ray C. Schrock (admitted *pro hac vice*), Candace M. Arthur (admitted *pro hac vice*), 1271 Avenue of the Americas, New York, New York 10020, Telephone: (212) 906-1200, Facsimile: (212) 751-4864, Email: ray.schrock@lw.com, candace. arthur@lw.com -and- Jonathan C. Gordon (admitted *pro hac vice*), 330 North Wabash Avenue, Suite 2800, Chicago, Illinois 60611, Telephone: (312) 876-7700, Facsimile: (312) 993-9767, Email: jonathan.gordon@lw.com -and- **RICHARDS, LAYTON & FINGER, P.A.**, Daniel J. DeFranceschi (No. 2732), Zachary I. Shapiro (No. 5103), Huiqi Liu (No. 6850), Clint M. Carlisle (No. 7311), Colin A. Meehan (No. 7237), One Rodney Square, 920 North King Street, Wilmington, Delaware 19801, Telephone: (302) 651-7700, Facsimile: (302) 651-7701, Email: defranceschi@rlf.com, shapiro@rlf.com, liu@rlf.com, carlisle@rlf.com, meehan@rlf.com

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.
[2] Capitalized terms used but not otherwise defined herein shall have the meaning given to them in the Combined Plan and Disclosure Statement.

## Condé Nast Focuses On Events

Continued from page B1

ing to be a growth engine for the business," CEO Roger Lynch said.

The company has turned to a new generation of editors to infuse the titles with fresh editorial takes and embrace the new realities of leading magazines, including ad strategy, video and events.

"The days of editors saying, 'I just think about what I'm going to put in a print magazine' are over," said Lynch.

Condé Nast last month named Chloe Malle head of editorial content for Vogue U.S. Malle, 39 years old, will steward the company's largest title by revenue and profit, filling the shoes of Anna Wintour. Wintour maintains her role as global editorial director of Vogue and Condé Nast's global chief content officer.

Vogue's digital-only traffic slipped 5% to 16.6 million visits in September from a year earlier, according to Similarweb. Traffic for Vanity Fair and Glamour tumbled nearly 40% to 6.5 million and 6.4 million, respectively, in the same period. Condé Nast also reaches audiences by posting content on social media and platforms such as YouTube, said Lynch.

With advertising making up the bulk of the company's overall revenue but posting only "modest growth" in the next five years, Lynch is looking to new ways of generating revenue, brand awareness and subscriptions.

Tentpole events, or "global cultural moments," as he calls them, are a bright spot.

Vogue World, a brainchild of Wintour, is now in its fourth year, with prior stops in New York, London and Paris. The event is expected to generate north of $30 million in revenue for Condé Nast this year, up 50% from 2024, Lynch said.

Mark Guiducci helped shape the event as creative editorial director at Vogue; Lynch said that work helped him secure his new job as Vanity Fair's top editor in June.

Vogue World is part of a playbook of creating content around a hot event that Condé Nast first mastered with the Met Gala. The museum fundraiser isn't owned by Condé Nast, but Wintour, a museum trustee, plays a big role in its execution.

Lynch said he pushed his senior team to embrace the event even more at a weekly meeting the morning after his first Met Gala in 2019. The company sells ads against content such as a YouTube series that features celebrities getting ready for the event, and the gala orbit generates millions of dollars in revenue for Condé Nast.

Condé Nast is still at its heart a company that gives priority to journalism, Lynch said, and he has been pushing hard to boost subscription revenue.

The company in recent years has added paywalls to GQ, Condé Nast Traveler and Vogue. The New Yorker has the largest paying subscriber base—its digital subscriptions have more than doubled since 2020, to upward of 631,000, according to figures from the Alliance for Audited Media. Wired has logged substantial growth as well.

Condé Nast's digital subscription revenue grew nearly 30% over the 12 months through September, Lynch said.

Six years into his role, Lynch also is trying to manage upheaval from AI. The company, like many of its rivals, has deals with OpenAI, Amazon and Perplexity that compensate it for the use of its content.

The Wall Street Journal's parent company, News Corp, has a content deal with OpenAI. Two of News Corp's subsidiaries have sued Perplexity.

Titles Lynch describes as smaller, such as beauty-focused Glamour, Allure and Self, are getting hit harder by AI and account for about 15% of the company's total revenue, he said.

"Everybody in the legacy media world needs to figure out how to evolve their brands in a way that makes them visible" in an AI-centric landscape, said Daniel Kurnos, an internet and media analyst at Benchmark.

Condé Nast plans to launch a separate commerce offering, called Vette, next year. Creators selected by the company will sell products from Condé Nast brand partners on their own web storefronts.

"The trick for us is to make sure that we are doing everything we can to mitigate traffic pressures," Lynch said.

But even affiliate content has come under pressure as Google tweaks its algorithm and changes the way sites appear in its search rankings.

And Lynch said revenue from AI licenses may have a shelf life.

"You have to be pushing yourselves to do new things," Lynch said. "When you do that, you make mistakes. It is a natural part of it. And you just course-correct. But the certain mistake is to not change."

Change in monthly traffic from Sept. 2020 — Vogue, GQ, New Yorker, Bon Appétit. Note: Traffic is for worldwide monthly desktop and mobile web visits. Source: Similarweb



CEO Roger Lynch is trying to manage upheaval from AI.