**EXHIBIT A**

**ZEN JV, LLC,** *et al.*

**SUMMARY OF BILLING BY PROFESSIONAL**
**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $1,150.00 | 19.1 | $21,965.00 |
| Steven L. Klepper | 1993 | Member (Litigation) | $1,035.00 | 1.7 | $1,759.50 |
| Seth Van Aalten | 2004 | Member (Bankruptcy) | $1,375.00 | 1.9 | $2,612.50 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $1,000.00 | 31.0 | $31,000.00 |
| Jonathan R. Friedman | 2019 | Associate (Bankruptcy) | $680.00 | 45.8 | $31,144.00 |
| Elazar A. Kosman | 2022 | Associate (Bankruptcy) | $485.00 | 22.4 | $10,864.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $485.00 | 1.3 | $630.50 |
| Larry S. Morton | N/A | Paralegal | $420.00 | 5.6 | $2,352.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $425.00 | 1.4 | $595.00 |
| **Blended Rate: $790.50** | | | | **130.2** | **$102,922.50** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2025).

## ZEN JV, LLC, *et al.*

### COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 2.1 | $1,153.00 |
| Cash Collateral and Dip Financing | 0.2 | $230.00 |
| Claims Analysis, Administration and Objections | 1.7 | $1,865.00 |
| Committee Matters and Creditor Meetings | 3.5 | $2,573.50 |
| Creditor Inquiries | 0.2 | $97.00 |
| Executory Contracts | 0.9 | $878.50 |
| Fee Application Matters/Objections | 23.4 | $12,115.00 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 0.2 | $230.00 |
| Preparation for and Attendance at Hearings | 7.8 | $5,859.50 |
| Reorganization Plan | 90.0 | $77,691.00 |
| Retention Matters | 0.2 | $230.00 |
| **TOTAL** | **130.2** | **$102,922.50** |

<u>**EXHIBIT B**</u>

**ZEN JV, LLC,** *et al.*

**EXPENSE SUMMARY**
<u>**SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**</u>

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| Court Fees | PACER | $69.70 |
| Travel | | $470.00 |
| Work Meals | | $9.96 |
| Data Host | Relativity | $252.00 |
| Photocopying/Printing/Scanning (42 pages @ $0.10/page) | | $4.20 |
| **TOTAL** | | **$805.86** |

# EXHIBIT C

## ZEN JV, LLC, *et al.*

### ITEMIZED TIME RECORDS
### SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025



**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

ZEN JV, LLC
C/O OMNI AGENT SOLUTIONS
1120 AVENUE OF THE AMERICAS, 4TH FLOOR
NEW YORK, NY 10136

| | |
|---|---|
| Invoice Date: | October 5, 2025 |
| Invoice Number: | 1017832 |
| Matter Number: | 69937-0001 |

**Re:**  OFFICIAL COMMITEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2025

### CASE ADMINISTRATION — 2.10 — 1,153.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/25 | EAK | EMAILS WITH CS TEAM RE FEE BUDGET. | 0.30 | 145.50 |
| 09/03/25 | EAK | CALL WITH M3 RE FEES AND BUDGET. | 0.10 | 48.50 |
| 09/04/25 | EAK | CALENDAR DATES IN ZEN JV CASES | 0.10 | 48.50 |
| 09/04/25 | EAK | FURTHER CALENDAR PLAN VOTING DEADLINE. | 0.10 | 48.50 |
| 09/09/25 | EAK | REVIEW ZEN JV DOCKET AND UPDATE CALENDAR ACCORDINGLY. | 0.20 | 97.00 |
| 09/11/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 09/12/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 126.00 |
| 09/15/25 | JRA | REVIEW JULY OPERATING REPORT | 0.30 | 345.00 |
| 09/18/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATE | 0.20 | 84.00 |
| 09/22/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION AND FILING DEADLINES | 0.30 | 126.00 |

### CASH COLLATERAL AND DIP FINANCING — 0.20 — 230.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/25 | JRA | EMAIL WITH E. KOSMAN RE BUDGET ISSUE | 0.10 | 115.00 |
| 09/17/25 | JRA | EMAIL WITH E. KOSMAN RE BUDGET ISSUES | 0.10 | 115.00 |

### CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS — 1.70 — 1,865.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/14/25 | JRA | EMAILS WITH S. CARNES AND E. KOSMAN RE BAR DATE | 0.20 | 230.00 |
| 09/15/25 | SYC | REVIEW EMAILS FROM E. KOSMAN RE: BAR DATE EMAIL AND PROVIDE COMMENTS TO SAME | 0.60 | 600.00 |
| 09/15/25 | JRA | FURTHER EMAILS WITH S. CARNES AND E. KOSMAN RE BAR DATE | 0.20 | 230.00 |
| 09/23/25 | JRA | RESEARCH RE CLAIM (.3) AND RESPOND TO CREDITOR RE SAME (.1) | 0.40 | 460.00 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITEE OF UNSECURED CREDITORS  Invoice Number  1017832
Client/Matter No. 69937-0001  October 5, 2025
Page 2

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/30/25 | JRA | REVIEW CORRESPONDENCE WITH JONES DAY, RLF AND CS RE CLAIMS AND ISSUES RE SAME | 0.30 | 345.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **3.50** | **2,573.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/25 | SYC | REVIEW AND REVISE UCC UPDATE EMAIL | 1.10 | 1,100.00 |
| 09/14/25 | EAK | PREPARE COMMITTEE EMAIL RE BAR DATE (.5) RESEARCH RE OUTSTANDING UNSECURED PROOFS OF CLAIM FILED (.4) EMAILS WITH CS TEAM RE THE SAME (.1) | 1.00 | 485.00 |
| 09/15/25 | EAK | EMAIL TO COMMITTEE RE BAR DATE AND COMMUNICATIONS WITH CS TEAM RE THE SAME. | 0.10 | 48.50 |
| 09/17/25 | SLK | VARIOUS CORRESPONDENCE RE: COMMITTEE UPDATE | 0.20 | 207.00 |
| 09/18/25 | EAK | COMMUNICATIONS WITH CS TEAM RE COMMITTEE (.3) REVIEW BYLAWS (.3) EMAIL TO US TRUSTEE RE THE SAME (.2) | 0.80 | 388.00 |
| 09/18/25 | JRA | EMAILS WITH UCC MEMBER AND CS RE UCC MEMBER RESIGNATION | 0.20 | 230.00 |
| 09/25/25 | JRA | EMAILS WITH CS RE UCC UPDATE EMAIL | 0.10 | 115.00 |

| **CREDITOR INQUIRIES** | | | **0.20** | **97.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/10/25 | MMH | CALL CREDITOR RE: VOTING PROCESS | 0.20 | 97.00 |

| **EXECUTORY CONTRACTS** | | | **0.90** | **878.50** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/05/25 | SYC | EMAILS AND CALLS WITH S. NYLAN AND Z. SHAPIRO RE: VERINEXT REJECTION | 0.60 | 600.00 |
| 09/24/25 | EAK | REVIEW DOCKET AND NOTICE OF ASSUMPTION. | 0.10 | 48.50 |
| 09/24/25 | JRA | REVIEW ASSUMPTION SCHEDULE | 0.20 | 230.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **23.40** | **12,115.00** |
|---|---|---|---|---|

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/25 | EAK | DRAFT SECOND MONTHLY FEE APPLICATION (1.0); DRAFT INTERIM FEE APPLICATION (.7) | 1.70 | 824.50 |
| 09/05/25 | EAK | DRAFT SECOND MONTHLY FEE APPLICATION. | 0.60 | 291.00 |
| 09/05/25 | JRA | EMAIL WITH S. CARNES RE FEE APP | 0.10 | 115.00 |
| 09/07/25 | EAK | DRAFT MONTHLY FEE APPLICATION (1.7); DRAFT INTERIM FEE APPLICATION (.8) REVIEW AND CALENDAR DATES RELEVANT TO INTERIM COMP ORDER (.3) | 2.80 | 1,358.00 |

**COLE SCHOTZ P.C.**

| | | | Invoice Number 1017832 |
|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | |
| | Client/Matter No. 69937-0001 | | October 5, 2025 |
| | | | Page 3 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/25 | EAK | DRAFT MONTHLY FEE APPLICATION (1.1); DRAFT INTERIM FEE APPLICATION (.4) | 1.50 | 727.50 |
| 09/09/25 | EAK | FINISH DRAFTING SECOND MONTHLY FEE APPLICATIONS. | 1.10 | 533.50 |
| 09/10/25 | JF | REVIEW DRAFT OF SECOND MONTHLY CS FEE APPLICATION (0.2); EMAILS WITH E. KOSMAN RE: SAME (0.1); CALL WITH E. KOSMAN RE: CS AND M3 FEE APPLICATIONS (0.2) | 0.50 | 340.00 |
| 09/10/25 | EAK | REVIEW INTERIM COMPENSATION ORDER (.2) EMAILS TO CS TEAM (.2) AND M3 TEAM (.3) RE FEE APPS AND CALL WITH J. FRIEDMAN RE THE SAME (.2). | 0.90 | 436.50 |
| 09/12/25 | EAK | FINALIZE FEE APPLICATION FOR FILING. | 0.30 | 145.50 |
| 09/12/25 | JRA | EMAILS WITH E. KOSMAN AND S. CARNES RE FEE APP | 0.10 | 115.00 |
| 09/12/25 | LSM | REVISE AND FORWARD TO E. KOSMAN THE SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.50 | 210.00 |
| 09/12/25 | LSM | REVIEW, FILE AND ORGANIZE SERVICE OF SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 168.00 |
| 09/16/25 | LSM | DRAFT CNO REGARDING COLE SCHOTZ FIRST MONTHLY FEE APPLICATION AND FORWARD SAME TO E. KOSMAN | 0.40 | 168.00 |
| 09/17/25 | EAK | DRAFT INTERIM FEE APPLICATION (2.2); DRAFT EXHIBITS TO THE SAME (1.1); REVIEW DOCKET AND CALENDAR FEE HEARING (.1) EMAILS RE BUDGET AND FEES (.2); EMAILS TO CS TEAM RE FILED CNO (.2) | 3.80 | 1,843.00 |
| 09/17/25 | JRA | EMAILS WITH S. CARNES RE FEE APP | 0.10 | 115.00 |
| 09/17/25 | LSM | UPDATE, FILE AND CIRCULATE TO E. KOSMAN THE CNO REGARDING FIRST MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.30 | 126.00 |
| 09/18/25 | EAK | FINISH DRAFTING INTERIM FEE APP; EMAILS WITH J. FRIEDMAN RE THE SAME. | 2.70 | 1,309.50 |
| 09/18/25 | JRA | FURTHER EMAILS WITH RLF AND CS RE FEE APPS | 0.20 | 230.00 |
| 09/19/25 | JF | REVIEW CS FIRST INTERIM FEE APPLICATION (0.4); EMAILS WITH E. KOSMAN RE: SAME (0.1) | 0.50 | 340.00 |
| 09/19/25 | EAK | EMAILS TO CS TEAM RE INTERIM FEE APPLICATION. | 0.20 | 97.00 |
| 09/22/25 | JRA | EMAILS WITH S. CARNES RE FEE APP | 0.10 | 115.00 |
| 09/22/25 | JRA | REVIEW AND COMMENT ON DRAFT INTERIM FEE APP | 0.40 | 460.00 |
| 09/22/25 | LSM | REVISE, FILE AND ORGANIZE SERVICE OF FIRST INTERIM FEE APPLICATION FOR COLE SCHOTZ | 0.40 | 168.00 |
| 09/25/25 | MMH | CORRESPONDENCE WITH S. CARNES RE: STATUS OF CS INTERIM FEE APP FILING | 0.10 | 48.50 |
| 09/25/25 | JRA | EMAILS WITH CS RE FEE APPS | 0.20 | 230.00 |
| 09/25/25 | LSM | EMAILS WITH CS TEAM REGARDING FIRST INTERIM FEE APPLICATION FILING STATUS | 0.20 | 84.00 |
| 09/29/25 | EAK | COMMUNICATIONS WITH M3 RE FEE APPLICATIONS. | 0.10 | 48.50 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number  1017832 |
| | Client/Matter No. 69937-0001 | | | October 5, 2025 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/30/25 | EAK | COMMUNICATIONS WITH M3 RE FEE APPLICATIONS. | 1.80 | 873.00 |
| 09/30/25 | PVR | EMAILS FROM AND TO E. KOSMAN AND REVIEW, REVISE AND PREPARE M3 ADVISORY COMBINED MONTHLY FEE APPLICATION, NOTICE OF FEE APPLICATION AND EXHIBITS A – F FOR FILING | 0.30 | 127.50 |
| 09/30/25 | PVR | EMAILS FROM AND TO E. KOSMAN AND REVIEW, REVISE AND PREPARE M3 ADVISORY PARTNERS INTERIM FEE APPLICATION AND NOTICE OF INTERIM FEE APPLICATION FOR FILING | 0.30 | 127.50 |
| 09/30/25 | PVR | EMAILS FROM AND TO E. KOSMAN AND EFILE AND COORDINATE SERVICE OF M3 ADVISORY COMBINED MONTHLY FEE APPLICATION | 0.40 | 170.00 |
| 09/30/25 | PVR | EMAILS FROM AND TO E. KOSMAN AND EFILE AND COORDINATE SERVICE OF M3 ADVISORY PARTNERS INTERIM FEE APPLICATION AND NOTICE OF INTERIM FEE APPLICATION | 0.40 | 170.00 |

**LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF)** — 0.20 — 230.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/23/25 | JRA | REVIEW REMOVAL MOTION | 0.20 | 230.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS** — 7.80 — 5,859.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/25 | EAK | PREPARE FOR ZEN JV HEARING. | 0.40 | 194.00 |
| 09/02/25 | JRA | CORRESPOND WITH S. CARNES AND E. KOSMAN RE TOMORROW'S HEARING | 0.20 | 230.00 |
| 09/02/25 | LSM | REVIEW AGENDA FOR SEPTEMBER 3, 2025 HEARING AND ASSEMBLE RELATED HEARING BINDERS AND FORWARD SAME TO E. KOSMAN. | 0.70 | 294.00 |
| 09/02/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR ADDITIONAL CRITICAL DATES | 0.30 | 126.00 |
| 09/02/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR SEPTEMBER 3, 2025 HEARING | 0.50 | 210.00 |
| 09/03/25 | SYC | ATTEND CONDITIONAL DS HEARING | 0.50 | 500.00 |
| 09/03/25 | EAK | PREPARE FOR AND ATTEND HEARING ON PLAN AND DS. | 1.70 | 824.50 |
| 09/03/25 | MMH | CORRESPONDENCE WITH E. KOSMAN AND J. FRIEDMAN RE: CONFIRMATION HEARING | 0.10 | 48.50 |
| 09/03/25 | JRA | T/C WITH S. CARNES RE PREP FOR TODAY'S HEARING | 0.20 | 230.00 |
| 09/03/25 | JRA | ATTEND HEARING | 1.40 | 1,610.00 |
| 09/03/25 | JRA | PREPARE FOR HEARING | 0.80 | 920.00 |
| 09/03/25 | SLK | ATTEND HEARING. | 0.40 | 414.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number 1017832 |
| | Client/Matter No. 69937-0001 | | | October 5, 2025 |
| | | | | Page 5 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/25 | LSM | ASSIST WITH UPDATES TO HEARING BINDERS FOR SEPTEMBER 3, 2025 HEARING | 0.50 | 210.00 |
| 09/05/25 | MMH | CORRESPONDENCE TO COMMITTEE RE: CONFIRMATION HEARING | 0.10 | 48.50 |

**REORGANIZATION PLAN** — 90.00 — 77,691.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/25 | JF | REVIEW DRAFT OF AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN (0.8); EMAILS WITH S. CARNES RE: SAME (0.2); DRAFT AND REVISE ADDITIONAL LANGUAGE TO BE INCLUDED IN AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN (1.5); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.2) | 2.70 | 1,836.00 |
| 09/02/25 | JF | REVISE COMMITTEE VOTING RECOMMENDATION LETTER | 0.80 | 544.00 |
| 09/02/25 | SYC | REVIEW REVISED PLAN AND EMAILS WITH JONES DAY AND RLF RE: SAME | 2.10 | 2,100.00 |
| 09/02/25 | SYC | RESPOND TO UCC COMMENTS RE: PLAN | 0.30 | 300.00 |
| 09/02/25 | SYC | REVISIONS TO UCC INVESTIGATION INSERT FOR DISCLOSURE STATEMENT | 0.90 | 900.00 |
| 09/02/25 | JRA | CORRESPOND WITH S. CARNES, RLF AND UCC MEMBERS RE SETTLEMENT TERMS AND TOMORROW'S HEARING | 0.60 | 690.00 |
| 09/03/25 | JF | EMAILS WITH CS TEAM RE: CONFIRMATION TIMELINE AND DEADLINES | 0.60 | 408.00 |
| 09/03/25 | JF | REVIEW FILED VERSION OF AMENDED COMBINED DISCLOSURE STATEMENT AND PLAN (0.6); REVIEW FILED VERSION OF REVISED PROPOSED CONDITIONAL DS/PLAN APPROVAL ORDER (0.4); VIRTUALLY ATTEND HEARING RE: CONDITIONAL DS/PLAN APPROVAL (0.4); DRAFT AND SEND UPDATE EMAIL TO COMMITTEE RE: CONDITIONAL DS/PLAN APPROVAL AND PLAN VOTING (1.5) | 2.90 | 1,972.00 |
| 09/03/25 | JF | REVISE AND DRAFT ADDITIONAL SECTIONS OF COMMITTEE VOTING RECOMMENDATION LETTER (1.2); EMAILS WITH S. CARNES RE: SAME (0.1) | 1.30 | 884.00 |
| 09/03/25 | SLK | CORRESPONDENCE TO UCC RE: AMENDED PLAN; REVIEW SAME. | 0.30 | 310.50 |
| 09/03/25 | JRA | REVIEW EMAILS WITH RLF, CS AND JONES DAY RE SETTLEMENT AND AMENDED PLAN | 0.80 | 920.00 |
| 09/03/25 | JRA | REVIEW REVISED PLAN/DS DOCS IN ADVANCE OF HEARING | 1.60 | 1,840.00 |
| 09/04/25 | JF | INCORPORATE COMMENTS TO COMMITTEE VOTING RECOMMENDATION LETTER (0.7); EMAILS WITH CS AND M3 TEAMS RE: SAME (0.2); EMAILS WITH COMMITTEE RE: SAME (0.4); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.2) | 1.50 | 1,020.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITEE OF UNSECURED CREDITORS  Invoice Number  1017832
Client/Matter No. 69937-0001                                       October 5, 2025
                                                                         Page 6

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/04/25 | JF | BEGIN DRAFTING LIQUIDATION TRUST AGREEMENT | 0.70 | 476.00 |
| 09/04/25 | SYC | REVIEW AND REVISE UCC SUPPORT LETTER AND CONFER WITH J. FRIEDMAN RE: SAME (2.3); REVIEW EMAILS FROM DEBTORS ON SAME (.3); REVIEW PLAN RE: VOTING (.4) | 3.00 | 3,000.00 |
| 09/04/25 | SLK | VARIOUS CORRESPONDENCE RE: COMMITTEE SUPPORT LETTER; REVIEW SAME. | 0.30 | 310.50 |
| 09/04/25 | JRA | FURTHER CORRESPONDENCE WITH M3, CS AND UCC MEMBERS RE SETTLEMENT AND PLAN | 0.70 | 805.00 |
| 09/04/25 | JRA | CORRESPOND WITH S. CARNES RE UCC UPDATE EMAIL | 0.10 | 115.00 |
| 09/04/25 | JRA | REVIEW REVISED SOLICTATION PACKAGE | 0.60 | 690.00 |
| 09/05/25 | JF | EMAILS WITH S. CARNES RE: COMMITTEE STATEMENT IN SUPPORT OF PLAN (0.2); BEGIN DRAFTING COMMITTEE STATEMENT IN SUPPORT OF PLAN (1.4) | 1.60 | 1,088.00 |
| 09/05/25 | JF | FINALIZE COMMITTEE VOTING RECOMMENDATION LETTER (0.3); EMAILS WITH S. CARNES RE: SAME (0.2); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.2) | 0.70 | 476.00 |
| 09/05/25 | SYC | CALL WITH Z. SHAPIRO RE: PLAN ISSUES (.4); AND EMAILS WITH J. FRIEDMAN RE: NEXT STEPS (.4) | 0.80 | 800.00 |
| 09/05/25 | SLK | MULTIPLE CORRESPONDENCE RE: COMMITTEE LETTER; REVIEW SAME | 0.30 | 310.50 |
| 09/05/25 | JRA | REVIEW ADDITIONAL REVISIONS TO SOLICITATION ORDER/PACKAGE | 0.40 | 460.00 |
| 09/08/25 | JF | EMAILS WITH S. CARNES AND J. ALBERTO RE: PLAN SUPPLEMENT (0.2); DRAFT ADDITIONAL SECTIONS OF COMMITTEE STATEMENT IN SUPPORT OF PLAN (1.6) | 1.80 | 1,224.00 |
| 09/08/25 | JRA | EMAILS WITH CS RE COMMITTEE SUPPORT LETTER | 0.20 | 230.00 |
| 09/09/25 | JF | REVISE COMMITTEE STATEMENT IN SUPPORT OF PLAN (0.7); EMAILS WITH S. CARNES RE: SAME (0.2) | 0.90 | 612.00 |
| 09/10/25 | JRA | FURTHER CORRESPONDENCE WITH CS AND RLF RE PLAN REVISIONS AND LTA | 0.20 | 230.00 |
| 09/10/25 | JRA | RESEARCH RE LTA STRUCTURE | 0.50 | 575.00 |
| 09/11/25 | SYC | REVIEW AND REVISE STATEMENT IN SUPPORT OF PLAN | 2.80 | 2,800.00 |
| 09/12/25 | SYC | REVISIONS TO UCC STATEMENT IN SUPPORT OF PLAN AND CORRES WITH J. FRIEDMAN RE: SAME | 1.40 | 1,400.00 |
| 09/15/25 | SYC | REVISIONS TO STATEMENT IN SUPPORT OF PLAN (2.1); EMAILS/CALLS WITH JRA RE: TRUST (.3) | 2.40 | 2,400.00 |
| 09/15/25 | JF | REVISE AND INCORPORATE COMMENTS TO COMMITTEE STATEMENT IN SUPPORT OF PLAN | 0.80 | 544.00 |
| 09/15/25 | JRA | CORRESPOND WITH D. MERRETT RE EFFECTIVE DATE ISSUES | 0.10 | 115.00 |
| 09/16/25 | SYC | REVISIONS TO STATEMENT IN SUPPORT OF PLAN AND CONFER WITH JRA AND J. FRIEDMAN RE: SAME | 1.40 | 1,400.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number  1017832 |
| | Client/Matter No. 69937-0001 | | | October 5, 2025 |
| | | | | Page 7 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/16/25 | JF | REVIEW POST-SOLICITATION VERSION OF PLAN/DS (0.4); REVISE AND INCORPORATE ADDITIONAL COMMENTS TO COMMITTEE STATEMENT IN SUPPORT OF PLAN (1.3); DRAFT COMMITTEE UPDATE EMAIL RE: PLAN SUPPLEMENT AND CASE DEADLINES AND DEVELOPMENTS (1.6); EMAILS WITH S. CARNES RE: SAME (0.2) | 3.50 | 2,380.00 |
| 09/16/25 | JRA | CORRESPOND WITH RLF AND CS RE EFFECTIVE DATE ISSUES AND PLAN MODIFICATIONS | 0.60 | 690.00 |
| 09/16/25 | JRA | FURTHER RESEARCH RE LTA (.9) AND CORRESPONDENCE WITH CS RE SAME (.3) | 1.20 | 1,380.00 |
| 09/16/25 | JRA | T/C WITH S. VAN AALTEN RE EFFECTIVE DATE MATTERS | 0.60 | 690.00 |
| 09/17/25 | JF | EMAILS WITH CS AND M3 TEAMS RE: COMMITTEE STATEMENT IN SUPPORT OF PLAN (0.3); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.2); REVISE AND SEND COMMITTEE UPDATE EMAIL RE: PLAN SUPPLEMENT AND CASE DEADLINES AND DEVELOPMENTS (1.2) | 1.70 | 1,156.00 |
| 09/17/25 | SYC | CORRES WITH J. FRIEDMAN, RLF, AND JONES DAY RE: PLAN AND LTA | 1.20 | 1,200.00 |
| 09/17/25 | JF | CONTINUE DRAFTING LIQUIDATION TRUST AGREEMENT | 3.40 | 2,312.00 |
| 09/17/25 | SLK | REVIEW STATEMENT IN SUPPORT OF PLAN | 0.20 | 207.00 |
| 09/17/25 | JRA | CORRESPOND WITH S. CARNES AND UCC MEMBERS RE LTA AND PLAN ISSUES | 0.80 | 920.00 |
| 09/17/25 | JRA | REVIEW DRAFT STATEMENT IM SUPPORT OF PLAN (.1) AND CORRESPONDENCE WITH CS RE SAME (.2) | 0.30 | 345.00 |
| 09/17/25 | JRA | CORRESPOND WITH S. CARNES AND JONES DAY RE LTA | 0.20 | 230.00 |
| 09/17/25 | SVA | REVIEW/COIMMENT ON UCC STATEMENT IN SUPPORT OF PLAN CONFIRMATION | 0.60 | 825.00 |
| 09/17/25 | SVA | CORRES W/ J. ALBERTO AND S. BALASIANO RE LIQUIDATING TRUST | 0.80 | 1,100.00 |
| 09/18/25 | JF | CONTINUE DRAFTING LIQUIDATION TRUST AGREEMENT | 2.40 | 1,632.00 |
| 09/18/25 | JF | DRAFT ADDITIONAL SECTIONS OF LIQUIDATION TRUST AGREEMENT | 1.80 | 1,224.00 |
| 09/19/25 | SYC | REVIEW AND REVISE LTA (1.6); REVIEW PLAN REVISIONS (.8); CORRES WITH J. FRIEDMAN RE: SAME (.6); REVIEW VOTING RESULTS (.3) | 3.30 | 3,300.00 |
| 09/19/25 | JF | REVISE LIQUIDATION TRUST AGREEMENT (2.3); EMAILS WITH S. CARNES RE: SAME (0.1) | 2.40 | 1,632.00 |
| 09/19/25 | JRA | CORRESPOND WITH CS AND RLF RE PLAN SUPPLEMENT DOCS | 0.30 | 345.00 |
| 09/21/25 | SYC | EMAIL TO J. FRIEDMAN RE: LTA | 0.30 | 300.00 |
| 09/22/25 | SYC | CONTINUED REVISIONS TO PLAN AND LTA (2.1); CORRES WITH J. FRIEDMAN RE: SAME (.8) | 2.90 | 2,900.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | Invoice Number | 1017832 |
| | Client/Matter No. 69937-0001 | | | October 5, 2025 |
| | | | | Page 8 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 09/22/25 | JF | INCORPORATE COMMENTS TO LIQUIDATION TRUST AGREEMENT (0.8); 2X CALL WITH S. CARNES RE: SAME (0.3); REVISE AND INCORPORATE ADDITIONAL COMMENTS TO LIQUIDATION TRUST AGREEMENT (0.9); EMAILS WITH S. CARNES RE: SAME (0.5); EMAILS WITH DEBTORS COUNSEL RE: DRAFT OF LIQUIDATION TRUST AGREEMENT AND PROPOSED PLAN EDITS (0.1) | 2.60 | 1,768.00 |
| 09/22/25 | JRA | CORRESPOND WITH CS AND RLF RE BALLOTING | 0.40 | 460.00 |
| 09/23/25 | JRA | REVIEW DRAFT LIQUIDATING TRUST AGREEMENT | 0.70 | 805.00 |
| 09/24/25 | JF | FINALIZE STATEMENT IN SUPPORT OF PLAN (0.2); EMAILS WITH CS TEAM RE: FILING SAME (0.1); DRAFT UCC UPDATE EMAIL RE: PLAN SUPPLEMENT, STATEMENT IN SUPPORT OF PLAN, AND PLAN VOTING (0.4); EMAILS WITH COMMITTEE MEMBER RE: MISSING VOTING BALLOT (0.2) | 0.90 | 612.00 |
| 09/24/25 | JF | ANALYZE REVISED DRAFT OF AMENDED PLAN (0.4); ANALYZE REVISED LIQUIDATION TRUST AGREEMENT (1.7); EMAILS WITH S. CARNES RE: SAME (0.6); CALL WITH C. CARLISLE RE: SAME (0.1); CALL WITH S. CARNES RE: SAME (0.2); ANALYZE ADDITIONAL PROPOSED CHANGES TO LIQUIDATION TRUST AGREEMENT (0.2); EMAILS WITH DEBTORS AND RANDSTAD COUNSEL RE: SAME (0.2) | 3.40 | 2,312.00 |
| 09/24/25 | MMH | CORRESPONDENCE WITH M. ALTMAN RE: PLAN ADMIN. | 0.10 | 48.50 |
| 09/24/25 | SYC | REVISIONS TO LTA AND PLAN (2.1); CORRES WITH J. FRIEDMAN RE: SAME (.8) | 2.90 | 2,900.00 |
| 09/24/25 | JRA | REVIEW UPDATED BALLOT REPORT | 0.10 | 115.00 |
| 09/24/25 | SVA | REVIEWED BALLOT UPDATES | 0.20 | 275.00 |
| 09/24/25 | LSM | REVIEW, REVISE, FILE AND ORGANIZE SERVICE OF STATEMENT IN SUPPORT OF PLAN | 0.40 | 168.00 |
| 09/25/25 | SYC | REVIEW VOTING REPORT AND CORRES WITH J. FRIEDMAN RE: NEXT STEPS | 1.40 | 1,400.00 |
| 09/25/25 | JF | REVISE AND SEND UCC UPDATE EMAIL RE: PLAN SUPPLEMENT, STATEMENT IN SUPPORT OF PLAN, AND PLAN VOTING (0.5); CALLS WITH BALLOTING AGENT RE: MISSING VOTING BALLOTS (0.2); EMAILS WITH BALLOTING AGENT AND COMMITTEE MEMBER RE: SAME (0.2) | 0.90 | 612.00 |
| 09/25/25 | JRA | REVIEW STATEMENT IN SUPPORT OF PLAN AND PLAN SUPPLEMENT | 0.60 | 690.00 |
| 09/25/25 | SVA | REVIEWED PLAN SUPPLEMENT AND UCC STATEMENT IN SUPPORT OF CONFIRMATION | 0.30 | 412.50 |
| 09/25/25 | JRA | FURTHER CORRESPONDENCE WITH CS AND MORGAN LEWIS RE BALLOTING | 0.30 | 345.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number  1017832 |
| | Client/Matter No. 69937-0001 | | | October 5, 2025 |
| | | | | Page 9 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/25 | SYC | REVIEW EMAILS FROM RLF/CS AND CORRES WITH J. FRIEDMAN RE: SAME | 1.10 | 1,100.00 |
| 09/26/25 | JF | ANALYZE PROPOSED CONFIRMATION ORDER LANGUAGE (0.8); EMAILS WITH CS TEAM RE: SAME (0.2); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.1) | 1.10 | 748.00 |
| 09/26/25 | JF | REVIEW VOTING REPORTS (0.1); EMAILS WITH S. CARNES RE: SAME (0.2); CALL WITH BALLOTING AGENT RE: MISSING VOTING BALLOTS (0.1); EMAILS WITH BALLOTING AGENT AND COMMITTEE MEMBER RE: SAME (0.6) | 1.00 | 680.00 |
| 09/26/25 | JRA | REVIEW FURTHER CORRESPONDENCE WITH RLF AND CS RE PLAN ISSUES | 0.20 | 230.00 |
| 09/26/25 | JRA | EMAILS WITH J. FRIEDMAN AND C. CARLISLE RE CONFIRMATION ORDER LANGUAGE | 0.30 | 345.00 |
| 09/28/25 | JRA | EMAILS WITH RLF AND CS RE CONFIRMATION ORDER CHANGES (.2); REVIEW OF SAME (.2) | 0.40 | 460.00 |
| 09/29/25 | JF | CALL WITH M3 TEAM AND PLAN ADMIN RE: CASE TRANSITION (0.5); EMAILS WITH COMMITTEE CHAIRPERSON RE: LIQUIDATION TRUST AGREEMENT (0.4) | 0.90 | 612.00 |
| 09/29/25 | JF | EMAILS WITH DEBTORS COUNSEL RE: RESERVE AMOUNT CHANGES (0.2); EMAILS WITH M3 AND CS TEAMS RE: SAME (0.6) | 0.80 | 544.00 |
| 09/29/25 | JF | REVIEW ADDITIONAL PROPOSED CONFIRMATION ORDER LANGUAGE (0.8); EMAILS WITH CS TEAM RE: SAME (0.2); EMAILS WITH DEBTORS COUNSEL RE: SAME (0.1) | 1.10 | 748.00 |
| 09/29/25 | MMH | ATTEND CALL WITH M3 AND PLAN ADMINISTRATOR TEAM RE: TRANSITION | 0.60 | 291.00 |
| 09/30/25 | JF | EMAILS WITH COMMITTEE MEMBERS AND BALLOTING AGENT RE: MISSING VOTING BALLOTS (0.4); DRAFT EMAIL TO LIQUIDATION TRUSTEE RE: LIQUIDATING TRUST AGREEMENT (0.2) | 0.60 | 408.00 |
| 09/30/25 | MMH | ANALYZE US ROR RE: PLAN | 0.10 | 48.50 |

| **RETENTION MATTERS** | | | **0.20** | **230.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 09/15/25 | JRA | REVIEW FIRST SUPPLEMENTAL SHROCK DECLARATION | 0.10 | 115.00 |
| 09/16/25 | JRA | REVIEW SUPPLEMENTAL DELCONTE DECLARATION | 0.10 | 115.00 |
| | | TOTAL HOURS | 130.20 | |

PROFESSIONAL SERVICES:                                                                                         $102,922.50

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | Invoice Number 1017832 |
| --- | --- | --- |
| | Client/Matter No. 69937-0001 | October 5, 2025 |
| | | Page 10 |

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
| --- | --- | ---: | ---: | ---: |
| Elazar A. Kosman | Associate | 22.40 | 485.00 | 10,864.00 |
| Jonathan R. Friedman | Associate | 45.80 | 680.00 | 31,144.00 |
| Justin R. Alberto | Member | 19.10 | 1,150.00 | 21,965.00 |
| Larry S. Morton | Paralegal | 5.60 | 420.00 | 2,352.00 |
| Melissa M. Hartlipp | Associate | 1.30 | 485.00 | 630.50 |
| Pauline Z. Ratkowiak | Paralegal | 1.40 | 425.00 | 595.00 |
| Sarah A. Carnes | Member | 31.00 | 1,000.00 | 31,000.00 |
| Seth Van Aalten | Member | 1.90 | 1,375.00 | 2,612.50 |
| Steven L. Klepper | Member | 1.70 | 1,035.00 | 1,759.50 |
| | **Total** | **130.20** | | **$102,922.50** |

**COST DETAIL**

| **DATE** | **Description** | **QUANTITY** | **AMOUNT** |
| --- | --- | ---: | ---: |
| 08/06/25 | COURT FEES | 12.00 | 1.20 |
| 08/06/25 | COURT FEES | 5.00 | 0.50 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 15.00 | 1.50 |
| 08/06/25 | COURT FEES | 6.00 | 0.60 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 30.00 | 3.00 |
| 08/06/25 | COURT FEES | 2.00 | 0.20 |
| 08/08/25 | COURT FEES | 2.00 | 0.20 |
| 08/08/25 | COURT FEES | 30.00 | 3.00 |
| 08/08/25 | COURT FEES | 2.00 | 0.20 |
| 08/08/25 | COURT FEES | 2.00 | 0.20 |
| 08/08/25 | COURT FEES | 3.00 | 0.30 |
| 08/08/25 | COURT FEES | 5.00 | 0.50 |
| 08/08/25 | COURT FEES | 7.00 | 0.70 |
| 08/28/25 | COURT FEES | 25.00 | 2.50 |
| 08/28/25 | COURT FEES | 4.00 | 0.40 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |

**COLE SCHOTZ P.C.**

| | | Invoice Number 1017832 |
|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | |
| | Client/Matter No. 69937-0001 | October 5, 2025 |
| | | Page 11 |

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---:|---:|
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 29.00 | 2.90 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 25.00 | 2.50 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 9.00 | 0.90 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 1.00 | 0.10 |
| 08/28/25 | COURT FEES | 8.00 | 0.80 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/28/25 | COURT FEES | 14.00 | 1.40 |
| 08/28/25 | COURT FEES | 4.00 | 0.40 |
| 08/28/25 | COURT FEES | 30.00 | 3.00 |
| 08/28/25 | COURT FEES | 16.00 | 1.60 |
| 08/28/25 | COURT FEES | 17.00 | 1.70 |
| 08/28/25 | COURT FEES | 2.00 | 0.20 |
| 08/28/25 | COURT FEES | 3.00 | 0.30 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |
| 08/29/25 | COURT FEES | 17.00 | 1.70 |
| 08/29/25 | COURT FEES | 30.00 | 3.00 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |
| 08/29/25 | COURT FEES | 4.00 | 0.40 |
| 08/29/25 | COURT FEES | 16.00 | 1.60 |
| 08/29/25 | COURT FEES | 9.00 | 0.90 |
| 08/29/25 | COURT FEES | 7.00 | 0.70 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |
| 08/29/25 | COURT FEES | 9.00 | 0.90 |
| 08/29/25 | COURT FEES | 4.00 | 0.40 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |
| 08/29/25 | COURT FEES | 9.00 | 0.90 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |
| 08/29/25 | COURT FEES | 24.00 | 2.40 |
| 08/29/25 | COURT FEES | 2.00 | 0.20 |

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | Invoice Number  1017832 |
| | Client/Matter No. 69937-0001 | | October 5, 2025 |
| | | | Page 12 |

| DATE | Description | QUANTITY | AMOUNT |
|---|---|---|---|
| 08/29/25 | COURT FEES | 5.00 | 0.50 |
| 08/29/25 | COURT FEES | 1.00 | 0.10 |
| 08/29/25 | COURT FEES | 26.00 | 2.60 |
| 08/29/25 | COURT FEES | 3.00 | 0.30 |
| 09/05/25 | Taxi fare to/from 9/3 hearing | 1.00 | 17.00 |
| 09/05/25 | 9/3 hearing - meal | 1.00 | 4.79 |
| 09/05/25 | Train fare to/from 9/3 hearing | 1.00 | 414.00 |
| 09/05/25 | 9/3 Hearing - meal | 1.00 | 5.17 |
| 09/05/25 | Train fare to/from 9/3 hearing | 1.00 | 39.00 |
| 09/09/25 | PHOTOCOPY /PRINTING/ SCANNING | 19.00 | 1.90 |
| 09/18/25 | PHOTOCOPY /PRINTING/ SCANNING | 16.00 | 1.60 |
| 09/18/25 | PHOTOCOPY /PRINTING/ SCANNING | 6.00 | 0.60 |
| 09/29/25 | DATA HOST | 1.00 | 126.00 |
| 09/30/25 | DATA HOST | 1.00 | 126.00 |
| 09/30/25 | PHOTOCOPY/PRINTING /SCANNING | 1.00 | 0.10 |
| | **Total** | | **$805.86** |

TOTAL SERVICES AND COSTS:    $    103,728.36

**TASK SUMMARY**

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM05 | CASE ADMINISTRATION | 2.10 | 1,153.00 |
| DM06 | CASH COLLATERAL AND DIP FINANCING | 0.20 | 230.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 1.70 | 1,865.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 3.50 | 2,573.50 |
| DM09 | CREDITOR INQUIRIES | 0.20 | 97.00 |
| DM13 | EXECUTORY CONTRACTS | 0.90 | 878.50 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 23.40 | 12,115.00 |
| DM21 | LITIGATION/ GEN. (EXCEPT AUTOMATIC STAY RELIEF) | 0.20 | 230.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | Invoice Number 1017832 |
|---|---|---|
| | Client/Matter No. 69937-0001 | October 5, 2025 |
| | | Page 13 |

| **TASK CODE** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 7.80 | 5,859.50 |
| DM27 | REORGANIZATION PLAN | 90.00 | 77,691.00 |
| DM29 | RETENTION MATTERS | 0.20 | 230.00 |
| | Total | 130.20 | $102,922.50 |



**Cole Schotz P.C.**
**Court Plaza North**
**25 Main Street**
**Hackensack, NJ 07601**
**201-336-0018**
**FEDERAL ID# 22-2113414**

**NJ — NY — DE — MD — DC — FL — TX**

ZEN JV, LLC
C/O OMNI AGENT SOLUTIONS
1120 AVENUE OF THE AMERICAS, 4TH FLOOR
NEW YORK, NY 10136

| | |
|---|---|
| Invoice Date: | October 5, 2025 |
| Invoice Number: | 1017832 |
| Matter Number: | 69937-0001 |

## REMITTANCE PAGE

PROFESSIONAL SERVICES THROUGH SEPTEMBER 30, 2025

**Client:** ZEN JV, LLC, ET AL.
**Matter:** OFFICIAL COMMITEE OF UNSECURED CREDITORS

| | |
|---|---|
| TOTAL FEES: | $ 102,922.50 |
| TOTAL COSTS: | $ 805.86 |
| TOTAL DUE THIS INVOICE: | $ 103,728.36 |

## REMITTANCE PAGE

**PLEASE RETURN THIS COPY WITH YOUR PAYMENT**

**For payments via ACH (e-check) or Credit Card please visit**
http://payments.coleschotz.com

**or use the QR Code**



**For payments made via Wire**
Account Name: Cole Schotz P.C.
Bank of America, Account #4380000240
ABA #026009593

**Please call 201-336-0018 for assistance with payments**