UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number 25-11200-JKS

In re: CAREERBUILDER, LLC

Taxpayer number: XXXXXXX4957

WITHDRAWAL OF
1ST AMENDED CLAIM # 52
PRIORITY PROOF OF CLAIM

Name of Creditor: Texas Comptroller of Public Accounts

Send notices to: Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone: 512-463-2173

1. DATE OF CLAIM: 09/26/2025

2. TOTAL AMOUNT OF CLAIM: $ 2,000.00
   FRANCHISE TAX CH. 171

3. DATE DEBT WAS INCURRED: 01/01/2025

4. THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date: 10/30/2025

*Catherine L. Coy*
CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

10/30/2025

ZEN JV, LLC CLAIMS PROCESSING
C/O OMNI AGENT SOLUTIONS
5955 DE SOTO AVE STE 100
WOODLAND HILLS CA 91367 5100

Re:  Taxpayer # XXXXXXX9759
     Bankruptcy Case # 25-11195-JKS
     ZEN JV, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s). Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding. Please direct all notices and correspondence to:

> Office of the Attorney General
> Bankruptcy & Collections Division MC-008
> P.O. Box 12548
> Austin, TX 78711-2548

Please see the enclosed Addendum for Jointly Administered Cases.

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528 • Austin, TX 78711-3528

10/30/2025

Addendum for Jointly Administered Cases

Re: Lead Bankruptcy Case # 25-11195-JKS

Please be advised that the Texas Comptroller of Public Accounts asserts the same against each of the below referenced taxpayers:

| TAXPAYER NUMBER | ENTITY NAME | CASE NUMBER | CLAIM NUMBER |
|---|---|---|---|
| XXXXXXX4957 | CAREERBUILDER, LLC | 25-11200 | 52 |

Form 00-865 (Rev.8-19)

Align top of FedEx® shipping label here.

| ORIGIN ID:EFDA    (512) 463-4113 | SHIP DATE: 31OCT25 |
| --- | --- |
| TONY GARCIA | ACTWGT: 1.00 LB |
| TEXAS COMPTROLLER OF PUBLIC AC | CAD: 101332066/INET4535 |
| 111 E 17TH ST | |
| AUSTIN, TX 78701 | BILL SENDER |
| UNITED STATES US | |

TO  **C/O OMNI AGENT SOLUTIONS**
**ZEN JV LLC CLAIMS PROCESSING**
**5955 DE SOTO AVE**
**STE 100**
**WOODLAND HILLS CA 91367**
(000) 000-0000          REF: 2S
INV:
PO:                                 DEPT:

58HJ2/501C/59F2



FedEx Express

J254025092401uv

MON - 03 NOV 10:30A
PRIORITY OVERNIGHT

TRK# 0201   8856 5864 0356

**XA SFRA**               91367
                  CA-US    BUR





RECEIVED
NOV 03 2025
Omni Agent Solutions