IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry am employed in the county of Los Angeles, State of California. I hereby certify that on October 29, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following document to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Third Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Docket No. 480]**

Dated: October 31, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California         }
{                            } ss.
{County of Los Angeles       }

Subscribed and sworn to (or affirmed) before me on this 31st day of October, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

# **EXHIBIT A**

**Exhibit A**
**Service List**

| Name | Address | | | Email | Method of Service |
|---|---|---|---|---|---|
| Cole Schotz P.C | Justin Alberto | | | jalberto@coleschotz.com | Email |
| Cole Schotz P.C | Melissa Hartlipp | | | mhartlipp@coleschotz.com | Email |
| Cole Schotz P.C | Elazar Kosman | | | ekosman@coleschotz.com | Email |
| Cole Schotz P.C | Seth Van Aalten | | | svanaalten@coleschotz.com | Email |
| Cole Schotz P.C | Sarah Carnes | | | scarnes@coleschotz.com | Email |
| Latham & Watkins LLP | Ray C. Schrock | | | ray.schrock@lw.com | Email |
| Latham & Watkins LLP | Candace M. Arthur | | | candace.arthur@lw.com | Email |
| Latham & Watkins LLP | Jonathan Gordon | | | jonathan.gordon@lw.com | Email |
| Norton Rose Fulbright US LLP | Robert M. Hirsh | | | robert.hirsh@nortonrosefulbright.com | Email |
| Norton Rose Fulbright US LLP | James Copeland | | | james.copeland@nortonrosefulbright.com | Email |
| Richards, Layton & Finger, P.A. | Daniel J. DeFranceschi | | | defranceschi@rlf.com | Email |
| Richards, Layton & Finger, P.A. | Zachary I. Shapiro | | | shapiro@rlf.com | Email |
| The U.S. Trustee | Linda J. Casey | | | linda.casey@usdoj.gov | Email |
| Young Conaway Stargatt & Taylor, LLP | Matthew Lunn, Esq. | | | mlunn@ycst.com | Email |
| Young Conaway Stargatt & Taylor, LLP | Robert Poppiti | | | rpoppiti@ycst.com | Email |
| Zen JV, LLC | Attn: Sheri D. Davis, General Counsel | 200 N. LaSalle Street, Ste 900 | Chicago, IL 60601 | sheri.davis@careerbuilder.com | Email |
| | | | | | First Class Mail |

Zen JV, LLC, et al., (Case No. 25-11195)