**Exhibit B**

**Summary and Detailed Description of AlixPartners' Expenses**

Case 25-11195-JKS    Doc 486-3    Filed 11/10/25    Page 1 of 3

# AlixPartners

Zen JV, LLC
Attn: Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Re:   Expenses
Code: 20010759PA0003.1.34

| DATE | DESCRIPTION OF SERVICES | AMOUNT |
|---|---|---|
| 10/06/2025 | Train Jesse DelConte - Wilmington, DE | $ 426.00 |
| 10/07/2025 | Train Jesse DelConte - New York, NY | 42.00 |
| **Total Expenses** | | **$ 468.00** |

**AlixPartners**

Zen JV, LLC
Attn:  Jeff Furman, Chief Executive Officer
200 N. LaSalle Street
Chicago, IL 60601

Client: 20010759Pa0003

| **Expenses** | | **Amount** |
|---|---|---:|
| Ground Transportation | $ | 468.00 |
| **Total Expenses** | **USD** | **468.00** |