**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 13, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Stickles' Chambers Procedures (https://www.deb.uscourts.gov/judge-j-kate-stickles) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Stickles' expectations of remote participants, and the advance registration requirements.**
>
> **Registration is required by 4:00 p.m. (Prevailing Eastern Time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**ADJOURNED MATTERS**

1. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Susan Fallon Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 457]

   Related Documents: None.

   Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

   Responses Received: None.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

      Status: This matter is adjourned to the next omnibus hearing date to be scheduled in accordance with the Court's availability. This matter will not be going forward.

2. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Allison Wagner Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 459]

    Related Documents: None.

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status: This matter is adjourned to the next omnibus hearing date to be scheduled in accordance with the Court's availability. This matter will not be going forward.

3. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Mark Nelson Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 460]

    Related Documents: None.

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status: This matter is adjourned to the next omnibus hearing date to be scheduled in accordance with the Court's availability. This matter will not be going forward.

4. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Sarah Blansett Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 461]

    Related Documents: None.

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

Status: This matter is adjourned to the next omnibus hearing date to be scheduled in accordance with the Court's availability. This matter will not be going forward.

**MATTERS SUBMITTED UNDER CERTIFICATION OF COUNSEL**

5. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed October 3, 2025) [Docket No. 414]

   Related Documents:

   a. Certification of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed November 10, 2025) [Docket No. 487]

   Objection Deadline: October 17, 2025 at 4:00 p.m. (ET)

   Responses Received:

   a. Informal objection from Bullhorn Inc.

   Status: The informal objection is resolved and a Certification of Counsel for this motion was filed on November 10, 2025. Accordingly, no hearing is necessary unless the Court has questions.

6. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed October 3, 2025) [Docket No. 415]

   Related Documents:

   a. Certification of Counsel Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed November 10, 2025) [Docket No. 488]

   Objection Deadline: October 17, 2025 at 4:00 p.m. (ET)

   Responses Received:

   a. Informal objection from ASM Tech Solutions LLC

   Status: The informal objection is resolved and a Certification of Counsel for this motion was filed on November 10, 2025. Accordingly, no hearing is necessary unless the Court has questions.

**FEE APPLICATIONS**

7. Final Fee Applications

    Related Documents:

    a. Index of Final Fee Applications and Certificates of No Objection (Attached as **Exhibit A**)

    Objection Deadline:  See Respective Fee Applications.

    Responses Received: None.

    Status:    The Debtors intend to submit a Certification of Counsel for the fee applications listed on Exhibit A prior to the hearing.  Accordingly, no hearing will be necessary unless the Court has questions.

8. Fee Applications for First Interim Compensation Period

    Related Documents:

    a. Index of First Interim Fee Applications and Certificates of No Objection with Respect to the First Interim Compensation Period (Attached as **Exhibit B**)

    Objection Deadline:  See Respective Fee Applications.

    Responses Received:

    a. Informal comments from the Court.

    Status:    The parties expect that all informal comments will be resolved prior to the hearing, and the Debtors intend to submit a Certification of Counsel for the fee applications listed on Exhibit B prior to the hearing.  Accordingly, no hearing will be necessary unless the Court has questions.

*[Remainder of page intentionally left blank]*

Dated: November 10, 2025
      Wilmington, Delaware

                                      **COLE SCHOTZ P.C.**
                                */s/ Justin R. Alberto*
                                    Justin R. Alberto (No. 5126)
                                    Melissa M. Hartlipp (No. 7063)
                                    500 Delaware Avenue, Suite 600
                                    Wilmington, Delaware 19801
                                    Telephone: (302) 652-3131
                                    jalberto@coleschotz.com
                                    mhartlipp@coleschotz.com

                                    -and-

                                    Seth Van Aalten (admitted *pro hac vice*)
                                    Sarah A. Carnes (admitted *pro hac vice*)
                                    1325 Avenue of the Americas, 19th Floor
                                    New York, NY 10019
                                    Telephone: (212) 752-8000
                                    svanaalten@coleschotz.com
                                    scarnes@coleschotz.com

                                  *Counsel to the Liquidation Trustee*