# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| in re: | : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| Debtors. | : | (Jointly Administered) |

## *AMENDED*[2] INDEX OF FINAL FEE APPLICATIONS SCHEDULED FOR HEARING ON NOVEMBER 13, 2025 AT 1:00 P.M. (ET)

1. First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code for Approval and Allowance of Compensation for Services Rendered During the Period from July 8, 2025 through and including July 28, 2025 [Docket No. 367; filed September 16, 2025]

    Objection / Response Deadline:       October 7, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i.  Certificate of No Objection Regarding First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code for Approval and Allowance of Compensation for Services Rendered During the Period from July 8, 2025 through and including July 28, 2025 [Docket No. 455; filed October 14, 2025]

    ii. **Order Granting First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code tor Approval and Allowance of Compensation for Services Rendered During the Period from July 8, 2025 through and including July 28, 2025 [Docket No. 470; entered October 20, 2025]**

2. First and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  the Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] **Amended items appear in bold.**

`
RLF1 34072233v.2

...

Incurred for the Period from June 24, 2025 through August 19, 2025 [Docket No. 368; filed September 16, 2025]

Objection / Response Deadline:     October 7, 2025 at 4:00 p.m. (ET)

Related Documents:

i.  Certification of Counsel Regarding Order Approving First and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-in-Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the period from June 24, 2025 to August 19, 2025 [Docket No. 456; filed October 14, 2025]

ii. **Order Approving First and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-In-Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period from June 24, 2025 through August 19, 2025 [Docket No. 469; entered October 20, 2025]**

# **Exhibit B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                       :
in re:                                            :    Chapter 11
                                                       :
ZEN JV, LLC, *et al.*,[1]                :    Case No. 25-11195 (JKS)
                                                       :
        Debtors.                   :    (Jointly Administered)
                                                       :
------------------------------------------------------------ x

### *AMENDED*[2] INDEX OF INTERIM FEE APPLICATIONS SCHEDULED FOR HEARING ON NOVEMBER 13, 2025 AT 1:00 P.M. (ET)

1. First Interim Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 through August 31, 2025 [Docket No. 380; filed September 22, 2025]

    Objection / Response Deadline:      October 13, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i. First Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 through July 31, 2025 [Docket No. 316; filed August 26, 2025]

    ii. Certificate of No Objection Regarding First Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 through July 31, 2025 [No Order Required] [Docket No. 373; filed September 17, 2025]

    iii. Second Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [Docket No. 358; filed September 12, 2025]

    iv. Certificate of No Objection Regarding Second Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). the Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] **Amended items appear in bold.**

`
RLF1 34071206v.1

Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [No Order Required] [Docket No. 423; filed October 6, 2025]

v. **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 478; filed October 24, 2025]**

2. First Interim Fee Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from June 24, 2025 through August 31, 2025 [Docket No. 397; filed September 30, 2025]

   Objection / Response Deadline:   October 21, 2025 at 4:00 p.m. (ET)

   Related Documents:

   i. First Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from June 24, 2025 through July 31, 2025 [Docket No. 313; filed August 25, 2025]

   ii. Certificate of No Objection Regarding First Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from June 24, 2025 through July 31, 2025 (No Order Required) [Docket No. 364; filed September 16, 2025]

   iii. Second Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from August 1, 2025 through August 31, 2025 [Docket No. 359; filed September 12, 2025]

   iv. Certificate of No Objection Regarding Second Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 422; filed October 6, 2025]

   v. **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 478; filed October 24, 2025]**

3. Notice of First Interim Fee Application Request of Richards, Layton & Finger, P.A., Co-Counsel to Debtors [Docket No. 398; filed September 30, 2025]

   Objection / Response Deadline:   October 21, 2025 at 4:00 p.m. (ET)

Related Documents:

i. First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 24, 2025 through July 31, 2025 [Docket No. 314; filed August 25, 2025]

ii. Certificate of No Objection Regarding First Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from June 24, 2025 through July 31, 2025 (No Order Required) [Docket No. 371; filed September 17, 2025]

iii. Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 [Docket No. 362; filed September 16, 2025]

iv. Certificate of No Objection Regarding Second Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 444; filed October 8, 2025]

v. **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 478; filed October 24, 2025]**

4. First Interim Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 24, 2025 through August 31, 2025 [Docket No. 401; filed September 30, 2025]

Objection / Response Deadline:    October 21, 2025 at 4:00 p.m. (ET)

Related Documents:

i. First Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 24, 2025 through July 31, 2025 [Docket No. 322; filed August 29, 2025]

ii. Certificate of No Objection Regarding First Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from June 24, 2025 through July 31, 2025 (No Order Required) [Docket No. 390; filed September 25, 2025]

      iii.    Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2025 through August 31, 2025 [Docket No. 393; filed September 29, 2025]

      iv.    **Certificate of No Objection Regarding Second Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 1, 2025 through August 31, 2025 (No Order Required) [Docket No. 473; filed October 21, 2025]**

      v.    **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 478; filed October 24, 2025]**

5.    First Interim Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 through August 31, 2025 [Docket No. 403; filed September 30, 2025]

    Objection / Response Deadline:    October 21, 2025 at 4:00 p.m. (ET)

    Related Documents:

      i.    Combined First Monthly Fee Statement of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from July 2, 2025 through August 31, 2025 [Docket No. 402; filed September 30, 2025]

      ii.    **Certification of Counsel Regarding First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 478; filed October 24, 2025]**

RLF1 34071206v.1