**Exhibit 1**

**Revised Assumed Contracts**

| Counterparty | Debtor Party | Agreement Name/Description | Order ID | Cure Amount | Contact Email | Address | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08690779 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695896 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708283 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711973 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 10 Bits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713570 | $ - | bala@10bits.com | 9901 Valley Ranch Parkway East Suite 2010 | Irving | Texas | 75063 | United States |
| 73rd Solution | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715068 | $ - | skhan@73rdsolution.com | 43 Milestone Dr. | Ringoes | New Jersey | 08551 | United States |
| A & D Home Health Care | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715069 | $ - | sbivins@a-dhomecare.com | 3150 ENTERPRISE DR | SAGINAW | Michigan | 48603 | United States |
| A P R Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715070 | $ - | billing@alphaprotemps.com | 685 Cochran St., Suite 222 | Simi Valley | California | 93065 | United States |
| Acro Service Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713301 | $ - | sdodson@acrocorp.com | 39209 W. Six Mile Road, Suite #160 | Livonia | Michigan | 48152 | United States |
| ADAEQUARE | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713659 | $ - | vkpnimma@adaequare.com | 14100 Parke-Long Ct Ste J | Chantilly | Virginia | 20151 | United States |
| ADP, Inc. (on behalf of Administrative Controls Management, Inc. ADP RPO) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715015 | $ - | amw@acmpm.com | 525 Avis Drive, Suite 2 | Ann Arbor | Michigan | 48108 | United States |
| ADP, Inc. (on behalf of ADP RPO) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703972 | $ - | heather.howard@adp.com | 3401 Technology Dr | Findlay | Ohio | 45840 | United States |
| Aims5Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714964 | $ - | (blank) | 143 Northlight passe , | Lake In the Hills | Illinois | 60156 | United States |
| AKAASA Technologies Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711876 | $ - | anuj@akaasa.com | 3741 Terrasol Trl SW | Lilburn | Georgia | 30047 | United States |
| Albany Times Union | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705089 | $ - | cfinnegan@timesunion.com | 645 Albany Shaker Rd | Albany | New York | 12211-1158 | United States |
| Alchemy Software Solutions LLC, | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711013 | $ - | ram.v@alchemysolutions.us | 1000 North West Street | Wilmington | Delaware | 19801 | United States |
| ALITE HEALTHCARE SERVICES INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705540 | $ - | ravi@alitehs.com | 856 RT 206, Building C, Suite 15 | Hillsborough | New Jersey | 08844 | United States |
| Alpha Silicon LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705405 | $ - | anish@alphasilicon.com | 2010 El Camino Real # 1047 | Santa Clara | California | 95050 | United States |
| Altezzasys Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710276 | $ - | logisticsusa@altezzasys.com | 450 S Abel St | Milpitas | California | 95036 | United States |
| American Contract Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713152 | $ - | kevin@americancontractgroup.com | 50 High St Suite 46 | North Andover | Massachusetts | 01845 | United States |
| American Panel Solutions LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08698583 | $ - | hr@jasolaraz.com | 1975 S 99th Ave | Tolleson | Arizona | 85353 | United States |
| American Vulkan Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708505 | $ - | tking@vulkanusa.com | 2525 Dundee Road | Winter Haven | Florida | 33884 | United States |
| AMSYS Innovative Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703865 | $ - | vvazquez@amsysis.com | 10101 Southwest Freeway, Suite 570 | Houston | Texas | 77074 | United States |
| ApplicantPro Holdings, dba JobMatch | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715049 | $ - | mchristensen@isolvedhcm.com | 3688 Campus Drive #150 | Eagle Mountain | Utah | 84005 | United States |
| Arbeit IT Consulting Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08678867 | $ - | himabinduchevooru@arbeitconsultancy.com | 16192 Costal Highway | Lewes | Delaware | 19958 | United States |
| Arcus Technologies Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695291 | $ - | lakuma@kattechsystems.com | 11095 Viking Dr | Eden Prairie | Minnesota | 55344 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| ARK InfotechSpectrum | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709830 | $ - | abhik@arkinfotechspectrum.com | 7924 Preston Rd Ste 350 | Plano | Texas | 75024 | United States |
| ARKA TECH IT INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715063 | $ - | info@arkatechit.com | 310w, 9th street, | Wilmington | Delaware | 19801 | United States |
| Arrow Strategies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708436 | $ - | tiffanym@arrowstrategies.com | 2533 NORWOOD RD | Bloomfield Hills | Michigan | 48302-1158 | United States |
| Arrowcore Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703768 | $ - | rpandey@arrowcore.com | 24 Sloan St. | Roswell | Georgia | 30075 | United States |
| Atlantic Painting | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714930 | $ - | jobs@atlanticpainting.com | 12551 s mason | alsip | Illinois | 60803 | United States |
| ATR Arena Technical Resources | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08683713 | $ - | rtl@atr.com | 104 S Washington Street | Rockville | Maryland | 20850 | United States |
| Axis Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714876 | $ - | cbranch@axistec.com | 5904 Chapel Hill Blvd, Ste 205 | Plano | Texas | 75093 | United States |
| B and B Search Firm | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714973 | $ - | (blank) | 824 Heather Lane | Hamilton | Montana | 59840 | United States |
| BARBEY ELECTRONICS CORP. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714896 | $ - | kloudis@barbeyele.com | 110 CORPORATE DRIVE, | READING | Pennsylvania | 19605 | United States |
| BECKER'S SCHOOL SUPPLIES | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704635 | $ - | jacquelyn.bader@cjbinc.com | 1500 Melrose Highway | Pennsauken | New Jersey | 08110-1410 | United States |
| BECKER'S SCHOOL SUPPLIES | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711138 | $ - | jacquelyn.bader@cjbinc.com | 1500 Melrose Highway | Pennsauken | New Jersey | 08110-1410 | United States |
| Black Rock Solutions Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714958 | $ - | aditya.singh@blackrockgrps.com | 5900 Balcones Drive Suite 100 | Austin | Texas | 78731 | United States |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699924 | $ - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701554 | $ - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701852 | $ - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705482 | $ - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blu Ivy Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712104 | $ - | lharris@bluivygroup.com | 141 Borden st | Toronto | Ontario | M5s 2n2 | Canada |
| Blue Rose Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711021 | $ - | chandra.bajpai@bluerosetech.com | 7950 NW 53rd Street, Suite 337 | Miami | Florida | 33166 | United States |
| Blue Rose Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711533 | $ - | chandra.bajpai@bluerosetech.com | 7950 NW 53rd Street, Suite 337 | Miami | Florida | 33166 | United States |
| BLYK ENGINEERING SERVICES INC. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08693711 | $ - | lkumari@blykengineering.com | 521 S Francisca Avenue | Redondo Beach | California | 90277 | United States |
| BNS ECOM LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711039 | $ - | info@bnsecom.com | 115-07 115th St | Queens | New York | 11420 | United States |
| Booz Allen Hamilton | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08678116 | $ - | holdridge_aileen@bah.com | 8283 Greensboro Drive | McLean | Virginia | 22102 | United States |
| Bridges of Wisconsin | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715044 | $ - | billing@bridgesofwisconsin.com | 1530 Corporate Center Dr Ste 1 | West Bend | Wisconsin | 53095 | United States |
| BSL consulting LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702470 | $ - | arun@bslci.com | 701 Brazos St, Ste 720 | Austin | Texas | 78701 | United States |
| BTI Solutions Inc. dba Blue Telcom, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714966 | $ - | sean.kim@btisolutions.com | 801 E. Campbell Rd Suite 230 | Richardson | Texas | 75081 | United States |
| Burns Motor Company | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715075 | $ - | luxurycardealer@gmail.com | 700 Middle Country Rd | Saint James | New York | 11780-3222 | United States |
| Business Needs Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715076 | $ - | pmital@businessneedsinc.com | 1950 S. Brea Canyon Rd. Suite 5 | Diamond Bar | California | 91765 | United States |
| California SoftTech Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706866 | $ - | ashok@calisofttech.com | 6411 Inkster Rd., Suite 130 | Bloomfield Hills | Michigan | 48301 | United States |
| CANVIN TEK INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706742 | $ - | uday@canvintek.com | 431 Boulder Dr. | Morganville | New Jersey | 07751 | United States |
| CBM of America - Communications Technologies Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711516 | $ - | mhannam@cbmusa.com | 2270 NW 30th Pl | Pompano Beach | Florida | 33069 | United States |
| City Of Middletown | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704870 | $ - | chelseas@cityofmiddletown.org | 1 Donham Plaza | Middletown | Ohio | 45042 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Classic Performance Products, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715074 | $ - | jobs@classicperform.com | 378 E ORANGETHORPE AVE | PLACENTIA | California | 92870-6502 | United States |
| Cleantech Ventures, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710427 | $ - | kiranv@cleantechventures.com | 12 Roszel Road, Suite A-204 | Princeton | New Jersey | 08540 | United States |
| CloudIngest INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715048 | $ - | amar@cloudingest.com | 310 Maxwell Rd Suite 600 | Alpharetta | Georgia | 30009 | United States |
| CloudRay Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703627 | $ - | hr@cloudrayinc.com | 104 Interchange Plaza, Suite 100 | Monroe | New Jersey | 08831 | United States |
| Cognowiz | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707360 | $ - | reddyn@cognowiz.com | 23698 Heather Mews Dr | Ashburn | Virginia | 20148 | United States |
| Color Jewels Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714920 | $ - | nparekh@colorjewels.net | 36 W 44TH ST | NEW YORK | New York | 10036-8102 | United States |
| COMPUPLUS INTERNATIONAL, INC. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706459 | $ - | sam@cp-intl.com | 94 Lilac Lane | Paramus | New Jersey | 07652 | United States |
| Connections IT Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706977 | $ - | benica@connectionsitservices.com | 6440 N Central Expressway suite 620 | Dallas | Texas | 75206 | United States |
| Cortracker Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705057 | $ - | hr.india@cortracker360.com | 9555, Orchard Hill Place, Suite 600 | Novi | Michigan | 48375 | United States |
| Cunningham Stauring & Associates Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711873 | $ - | jstauring@cunninghamstauring.com | 327 Seneca Rd. | Hornell | New York | 14843 | United States |
| Cyber Elite | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714681 | $ - | namit@cyberelite.in | 36 Willocks Cir, | Somerset | New Jersey | 08873 | United States |
| Datalore Technologies Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711498 | $ - | shiva.reddy@dataloretech.com | 133 Keybridge Dr. Suite E | Morrisville | North Carolina | 27560 | United States |
| DB Holdings Shops LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710423 | $ - | angela.sampson@drybarshops.com | 125 Technology Dr Ste 150 | Irvine | California | 92618 | United States |
| Deseret News | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714911 | $ - | amanning@deseretnews.com | 55 N. 300 West, STE 40 | Salt Lake City | Utah | 84101 | United States |
| Dhruv Technology Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711805 | $ - | sudheerms@dhruvts.com | 35453-B Dumbarton Ct | Newark | California | 94560 | United States |
| Digital Intelligence Systems, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703600 | $ - | blake.harris@dexian.com | 8270 Greensboro Drive, Suite 1000 | McLean | Virginia | 22102 | United States |
| Digital Intelligence Systems, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714277 | $ - | blake.harris@dexian.com | 8270 Greensboro Drive, Suite 1000 | McLean | Virginia | 22102 | United States |
| DIGITAL TRANSFORMATION INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710110 | $ - | bev@digixforminc.com | 44330 Mercure Cir | Sterling | Virginia | 20166 | United States |
| Drawbridge Services, Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699201 | $ - | crodriguez@floridadrawbridges.com | 1901 E Atlantic Blvd | Pompano Beach | Florida | 33060 | United States |
| DVG Tech Solutions LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714897 | $ - | renukad@dvgts.com | 666 Plainsboro Rd , Suite 1010 | Plainsboro Township | New Jersey | 08536 | United States |
| Eclaro | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08675355 | $ - | paul.sheridan@eclaro.com | 450 Seventh Avenue, Suite 1102, | New York | New York | 10123 | United States |
| Eleven Recruiting | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714525 | $ - | maria@elevenrecruiting.com | 3435 Wilshire Blvd., Fl 14 | Los Angeles | California | 90010 | United States |
| Elite Staffing Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712192 | $ - | jon@elitestaffinginc.com | 1400 W HUBBARD ST | Chicago | Illinois | 60642-8195 | United States |
| EnableNow INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705086 | $ - | muneer.baig@enablenow.com | 414 Windward Drive | Murphy | Texas | 75094 | United States |
| Entravision | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708942 | $ - | tmeyer@entravision.com | 101 W Colfax Ave | Denver | Colorado | 80202-5167 | United States |
| Estes Express Lines | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710655 | $ - | greg.richardson@estesexpress.com | 3901 West Broad Street | Richmond | Virginia | 23230-3962 | United States |
| Euclid Innovation Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705549 | $ - | subha.dhanasekar@euclidinnovations.com | 15720 Brixham Hill avenue Suite 201 | Charlotte | North Carolina | 28277 | United States |
| First To Serve Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708616 | $ - | mcardenas@firsttoserve.org | 1017 W 50th Street | Los Angeles | California | 90037 | United States |
| Flexton Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711721 | $ - | rajdeep@flextoninc.com | 2590 N 1st St | San Jose | California | 95131 | United States |

| Counterparty | Debtor | Contract Description | Contract ID | Cure Amount | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Fluor Marine Propulsion, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08592014 | $ - | patricia.west@unnpp.gov | PO BOX 1072 | Schenectady | New York | 12301 | United States |
| Galaxy Infotech Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715055 | $ - | gurjant@galaxyinfotechinc.com | 4000 Legato Road, 11th Floor, Suite 69, | Fairfax | Virginia | 22033 | United States |
| GE Vernova | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704779 | $ - | ge@nrl.co.uk | 58 Charles Street | Cambridge | Massachusetts | 02141 | United States |
| Generate Next Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714339 | $ - | hr@generatenextnc.com | 1026 Jay St | Charlotte | North Carolina | 28208 | United States |
| GeniePro Technologies Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714765 | $ - | nm@genieprotech.com | 475 Bayswater Way | Suwanee | Georgia | 30024 | United States |
| GHSL Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08666295 | $ - | sanjeeva@ghsltechnologies.com | 16192 Coastal Highway | Lewes | Delaware | 19958 | United States |
| GlobalLogic | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706964 | $ - | shruthi.ketepalle@globallogic.com | 2535 Augustine Drive, 5th Floor | Santa Clara | California | 95054 | United States |
| Google LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710279 | $ - | dianalouie@google.com | 1600 Amphitheather Pkwy | Mountain View | California | 94043 | United States |
| Granite Solutions Groupe | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08696056 | $ - | anilkumar@granitesolutionsgroupe.com | 235 Montgomery Street | San Francisco | California | 94104 | United States |
| Graystone Group | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714878 | $ - | elazowski@graystoneadv.com | 55 Merritt Blvd | Trumbull | Connecticut | 06611-5435 | United States |
| Hart Mechanical, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714943 | $ - | hr@hartmech.com | 293 Oakwood Dr | Glastonbury | Connecticut | 06033-5039 | United States |

| Counterparty | Debtor Party | Agreement Name/Description | Order ID | Cure Amount | Contact Email | Address | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710543 | $ - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711858 | $ - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hayden & Cunningham | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713572 | $ - | gbumpers@7750law.com | 7750 Broadway | San Antonio | Texas | 78209 | United States |
| Hays US | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715047 | $ - | mark.schultz@hays.com | 950 East Paces Ferry Suite 2150 | Atlanta | Georgia | 30326 | United States |
| HireQuotient Technologies Pte Ltd | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701325 | $ - | maitreyee.srivastava@hirequotient.com | Level 08, The Metropolis Tower 2, 11 North Buona Vista Drive | Singapore | | 138589 | Singapore |
| HIRESIGMA | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714872 | $ - | aviral@hiresigma.com | 3135 31st Street | Astoria | New York | 11106 | United States |
| Hoosic Valley Central School | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714975 | $ - | acardone@timesunion.com | 2 Pleasant Avenue | Schaghticoke | New York | 12154 | United States |
| iFlex Group Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714338 | $ - | milan.patel@iflexgroupinc.com | 321 Curricle run, | Fort Wayne | Indiana | 46845 | United States |
| Impetusit | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715073 | $ - | roy@synergisticit.com | 39141 civic center dr ste 201 | Fremont | California | 94582 | United States |
| Indium Software Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713559 | $ - | mahendran.dilli@indium.tech | 19925 Stevens Creek Blvd, Suite 100 | Cupertino | California | 95014 | United States |
| Infozic Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714982 | $ - | umesh@infozic.com | 1071 HOLLY HILL DR | San Jose | California | 95122 | United States |
| Interactive Resources LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711501 | $ - | mpuskar@irtalent.com | 4901 Belfort Rd Suite 130 | Jacksonville | Florida | 32256 | United States |
| Intratek Computer, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710649 | $ - | bghobbeh@intrapc.com | 9950 Irvinre Center Dr. | Irvine | California | 92618 | United States |
| IntVerse.io | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709999 | $ - | rajesh@intverse.io | 8936 N Pointe Executive Park Dr, Suite #185 | Huntersville | North Carolina | 28078 | United States |
| iStaff | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714808 | $ - | jeremy@istaff.com | 1325 Satellite Blvd NW, Suite 1305 | Suwanee | Georgia | 30024 | United States |
| IT Sutra | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714910 | $ - | billings@itsutra.com | 4425 W. Airport Fwy, STE 234 | Irving | Texas | 75062 | United States |
| ITG (Information Technology Group) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714907 | $ - | bhinkle@itglic.net | 140 Walnut St, Suite 205 | Kansas City | Missouri | 64106 | United States |
| Jefferson Community College | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715066 | $ - | acardone@timesunion.com | 1220 Coffeen St. | Watertown | New York | 13601 | United States |
| Jewish Family Service of Dallas | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705774 | $ - | mmickish@jfsdallas.org | 5402 Arapaho | Dallas | Texas | 75248 | United States |
| Jobot | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714840 | $ - | heidi@jobot.com | 3101 West Coast Hwy | Newport Beach | California | 92663 | United States |
| Kanha Services LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715045 | $ - | preeti.sambher@kanhaservices.com | 9221 RAINBOW FALLS DR | Bristow | Virginia | 20136 | United States |
| Kate Farrell Staffing | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714959 | $ - | katefarrellstaffing@gmail.com | 233 Roseland Avenue | ESSEX FELLS | New Jersey | 07021 | United States |
| Kelly Services Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710769 | $ - | alim161@kellyservices.com | 999 West Big Beaver Road | Troy | Michigan | 48084-4782 | United States |
| Ken's Foods | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707159 | $ - | dkeane@kensfoods.com | 1 D'Angelo Drive | Marlboro | Massachusetts | 01752 | United States |
| kesanweb | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714950 | $ - | amit@dashtechinc.com | 565 Metro Pl S Suite 400 | Dublin | Ohio | 43017 | United States |
| KHT Industry Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714895 | $ - | vincent.xgh@gmail.com | 11003 GALLANT FLAG DR | TOMBALL | Texas | 77375-7015 | United States |
| KK technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715059 | $ - | recruiter3@kktechs.com | 2377 Gold Meadow Way, Sui#100 | Gold River | California | 95670 | United States |
| Lamar University | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714960 | $ - | ashley.salazar@lamar.edu | 4400 Mlk Blvd. Po Box 10009 | Beaumont | Texas | 77710-0009 | United States |
| LGL Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714905 | $ - | srini@lgltechnologies.com | 2219 Sawdust RD | The woodlands | Texas | 77380 | United States |
| LL Engineering PC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695978 | $ - | llee@llengineeringpc.com | 42-40 Suite 412 | Bayside | New York | 11361 | United States |

| Vendor | Counterparty | Contract Type | Contract ID | Amount | Email | Address | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Logistic Solutions, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701615 | $ - | priti.mody@logistic-solutions.com | 216 STELTON RD STE C2 | Piscataway | New Jersey | 08854 | United States |
| Lumicity LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701834 | $ - | daniel.gaughan@lumicity.io | 7901 Santa Monica Blvd, ST 205 | Los Angeles | California | 90046 | United States |
| Mahadev Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715065 | $ - | jwala.kompalli@hire10x.ai | 10176 W Avenida Del Rey | Peoria | Arizona | 85383 | United States |
| MANGO ANALYTICS, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714977 | $ - | aman.karki@mangoanalytics.ai | 220 E. Main Street | Branford | Connecticut | 06405 | United States |
| MapOut Digital Solutions Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708728 | $ - | kiran@mapoutinc.com | 111 North Market Street, Suite 300 | San Jose | California | 95113 | United States |
| Martin's on Duval LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714741 | $ - | | 917 Duval Street | Key West | Florida | 33040 | United States |
| Mason Investment Advisory Service | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08706116 | $ - | rpylypko@masoncompanies.com | 11921 Freedom Drive, Suite 1000 | Reston | Virginia | 20190 | United States |
| Masters Gallery Foods Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707873 | $ - | nkim@mastersgalleryfoods.com | 411 County Road PP, PO Box 170 | Plymouth | Wisconsin | 53073 | United States |
| Menands School District | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714898 | $ - | dhess@timesunion.com | 19 Wards Ln | Albany | New York | 12204 | United States |
| Mentis Systems | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08700416 | $ - | kumar@mentissystems.com | 14205 SE 36th street suite 100 | Bellevue | Washington | 98006 | United States |
| METAQ TECHNOLOGIES CO LTD | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714884 | $ - | recruit@metaq.tech | 7703 N LAMAR BLVD STE 305 | AUSTIN | Texas | 78752-1027 | United States |
| Metrolink | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712857 | $ - | cousartm@scrra.net | 900 Wilshire Blvd. Suite 1500 | Los Angeles | California | 90017 | United States |
| Mid-American Research Chemical | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705313 | $ - | hoffman@marc1.com | 2470 14th Ave | Columbus | Nebraska | 68601 | United States |
| Minisoft Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713077 | $ - | ram@minisofttech.com | 10333 Harwin Dr Ste 375E | Houston | Texas | 77036 | United States |
| Msys Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08686361 | $ - | bw@msysinc.com | 1025 Connecticut Ave, NW, Suite 1000 | Washington | Virginia | 20036 | United States |
| MYK Global Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08704673 | $ - | tarun@mykglobalsolutions.com | 663 Claridad Loop | San Jose | California | 95035 | United States |
| NAAS Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714902 | $ - | sudheer@naas-tech.com | 10000 N 31st Ave, Suite D406C2 | Phoenix | Arizona | 85051 | United States |
| National Express | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08696882 | $ - | yvonne.valdez@nellc.com | 2601 Navistar Drive | Lisle | Illinois | 60532 | United States |
| National Express | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705347 | $ - | yvonne.valdez@nellc.com | 2601 Navistar Drive | Lisle | Illinois | 60532 | United States |
| Nesco Resource | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712585 | $ - | dcollins@nescoresource.com | 12708 Dupont Cir. | Tampa | Florida | 33626 | United States |
| NetVision Resources Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702241 | $ - | rpeechara@netvisionresources.com | 4229 Lafayette center Dr 1750 | Chantilly | Virginia | 20151 | United States |
| Networking For Future (NFF) | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707727 | $ - | mmasta@nffinc.com | 700 12th street, NW - Suite 700 | Washington, DC | | 20705 | United States |
| New Era Technology | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710225 | $ - | jessy.lillie@neweratech.com | 901 S. Bolmar St. Bldg 1, Ste G | West Chester | Pennsylvania | 19382 | United States |
| Nexo Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702397 | $ - | accounts@nexoglobalinc.com | 7097 Fullerton Circle | Frisco | Texas | 75034 | United States |
| Nexo Global Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713306 | $ - | accounts@nexoglobalinc.com | 7097 Fullerton Circle | Frisco | Texas | 75034 | United States |
| NextDeavor, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714336 | $ - | mikkell@nextdeavor.com | 9442 North Capital of Texas Highway | Austin | Texas | 78759 | United States |
| Nous Infosystems Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714963 | $ - | abhinavs@nousinfo.com | 200 Metroplex Drive, Suite 302 | Edison | California | 08817 | United States |
| OHM Benefits | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715078 | $ - | info@ohmbenefits.com | 19360 Rinaldi St # 505 | Northridge | California | 91326-1607 | United States |

| Counterparty | Debtor | Contract Type | Contract # | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| Okaya Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715062 | $ - | abhishek.garg@okayainc.com | 418 Broadway #7195 | Albany | New York | 12207 | United States |
| ONI INFOTECH LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709888 | $ - | sheshank@oniinfotech.com | 16192 Coastal Highway | Lewes | Delaware | 19958 | United States |
| Orangepeople LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08681511 | $ - | jenny.alex@orangepeople.com | 300 Spectrum Center Drive, Suite 400 | Irvine | California | 92618 | United States |
| Oss Operating Systems Services | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08693714 | $ - | nidhi@ossjobs.com | 481 North Frederick Avenue, Suite # 200 | Gaithersburg | Gaithersburg | 20877 | United States |
| Packet Fusion | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709250 | $ - | sashley@packetfusion.com | 4305 Hacienda Drive, Ste 440 | Pleasanton | California | 94588 | United States |
| PCM CONSULTING | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714972 | $ - | plogan@pcmconsulting-inc.com | 2 West Holw | Andover | Massachusetts | 01810-4872 | United States |
| PHARMA NORD ApS | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08697125 | $ - | ezukanovic@pharmanord.com | Sadelmagervej 30-32 | Vejle | | 7100 | Denmark |
| Planned Systems International Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714877 | $ - | gladue@plan-sys.com | 10632 Little Patuxent Pkwy | Columbia | Maryland | 21044-3273 | United States |
| PMAM Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715067 | $ - | kedark@pmam.com | 5430 Lyndon B Johnson Fwy #370 | Dallas | Texas | 75240 | United States |
| Power Labor | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711778 | $ - | atoth@powerlaborusa.com | 6320 Lamar Avenue, Suite 210 | Mission | Texas | 66202 | United States |
| Pozent | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714899 | $ - | suna@pozent.com | 371 Hoes Lane, STE #200 | Piscataway | New Jersey | 08854 | United States |
| Praxis Consultants Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703473 | $ - | pooja@praxisconsultantsinc.com | 33 Wood Avenue South, Suite #600 | Iselin | New Jersey | 8830 | United States |
| PRIMUS SOFTWARE CORPORATION | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714900 | $ - | nbasandra@primussoft.com | 3061 Peachtree Industrial Blvd; Ste 110 | Duluth | Georgia | 30097 | United States |
| Prismagic Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712239 | $ - | achandra@prismagicinc.com | 3325 Bunting Run | Cumming | Georgia | 30041 | United States |
| Prismagic Solutions Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715061 | $ - | achandra@prismagicinc.com | 3325, Bunting Run | Cumming | Georgia | 30041 | United States |
| Purple Hires Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714696 | $ - | george@purplehires.com | 1309 Coffeen Avenue | Sheridan | Wyoming | 82801 | United States |
| Quality IT Source | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714976 | $ - | mshah@qualityitsource.com | 15 Pinehill Court | East Brunswick | New Jersey | 08816 | United States |
| Quantum Integrators Group LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714981 | $ - | naren@quantumintegrators.com | 196 Princeton Hightstown Road, Ste#1B-7 | West Windsor | New Jersey | 08550 | United States |
| Queensland Technology LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713184 | $ - | jim.dawson@earthmail1.com | 1111 N Orange ST 800 | Orlando | Florida | 32801 | United States |
| Quotient Sciences Philadelphia, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701185 | $ - | kirsty.brown@quotientsciences.com | Trent House, Mere Way Ruddington | Nottingham | | NG11 6JS | United Kingdom |
| RamcoTek Consulting LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713734 | $ - | ram.iyer@ramcotekconsulting.com | 9664 Deer Valley Drive | Tallahassee | Florida | 32312 | United States |
| RCG INFOSOFT INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714961 | $ - | abhi@rcginfosoft.com | 1001 E Chicago Ave Ste 151 Unit B161 | Naperville | Illinois | 60540-5500 | United States |
| RCM Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08702399 | $ - | michelle.pearlstein@rcmt.com | 3 Enterprise Dr | Shelton | New Jersey | 07054 | United States |
| RMS Computer Corporation | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695197 | $ - | carolee@rmscorp.com | 1185 Ave of the Americas, 32nd Floor | New York | New York | 10036 | United States |
| Robert Finke and Sons | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714965 | $ - | jared.finke@finkeequipment.com | PO BOX 127 | SELKIRK | New York | 12158-0127 | United States |
| Robert Finke and Sons | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714969 | $ - | jared.finke@finkeequipment.com | PO BOX 127 | SELKIRK | New York | 12158-0127 | United States |
| Rumsten LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08709311 | $ - | sales@rumsten.com | 30 N Gould St Ste R | Sheridan | Wyoming | 82801 | United States |
| Sand Cherry Associates Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713511 | $ - | kreilly@sandcherryassociates.com | 8 Sand Cherry | Denver | Colorado | 80127 | United States |
| Saxon Global INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08699861 | $ - | srini@saxon-global.com | 11150 4th St N #3815 St. Petersburg | Petersburg | Florida | 33716 | United States |
| Saz System, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08695865 | $ - | info@sazsystem.com | 255 US Highway 22 E, STE #1 | Green Brook | New Jersey | 08812 | United States |

| Counterparty | Debtor | Contract Type | Contract # | | | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Search Tactics LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715077 | $ | - | ddsouza@search-tactics.com | 16192 Coastal Hwy | Lewes | Delaware | 19958 | United States |
| Select Jarvis LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714882 | $ | - | shiva@select-jarvis.com | 202 north walton Blvd.,suite 32 | Bentonville | Arkansas | 72712 | United States |
| Select Source | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710470 | | | krishna@selectsourceintl.com | 11181 Balcones Dr | Frisco | Minnesota | 75033 | United States |
| Selsoft Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708963 | $ | - | pushban@selsoftinc.com | 303 S. Jupiter Rd. suit 110 | Allen | Texas | 75002 | United States |
| SGS Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712852 | $ | - | rajesh@sgstechnologies.net | 6817 Southpoint Parkway, Suite 2104 | Jacksonville | Florida | 32216 | United States |
| Sidram Technologies LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714968 | $ | - | hr@sidramtech.com | 5515 Breckinridge lane | Cumming | Georgia | 30040 | United States |
| Siena College | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714915 | $ | - | noemail@give.com | 515 Loudon Rd, Human Resources | Albany | New York | 12211-1462 | United States |
| Society of the Sisters of St. Joseph | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714921 | $ | - | tneedham@csjalbany.org | 385 Watervliet Shaker Road | Latham | New York | 12110 | United States |
| Society of the Sisters of St. Joseph | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714922 | $ | - | tneedham@csjalbany.org | 385 Watervliet Shaker Road | Latham | New York | 12110 | United States |
| Sphere Partners LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08697403 | $ | - | vsydorenko@sphereinc.com | 2-205 Kakuba Kolasa Str | Kiev | | 3148 | Ukraine |

| Counterparty | Debtor Party | Agreement Name/Description | Order ID | Cure Amount | Contact Email | Address | City | State/Province | Zip/Postal Code | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| SSQUARESSOFT LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705403 | $ - | frank@ssquaressoft.com | 8 The Green #17148 | Dover | Delaware | 19901 | United States |
| SSQUARESSOFT LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708960 | $ - | frank@ssquaressoft.com | 8 The Green #17148 | Dover | Delaware | 19901 | United States |
| STAFFCAD INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705472 | $ - | hr@staffcad.com | 5900 BALCONES DR STE 100 | Austin | Texas | 78731-4298 | United States |
| Staffing Partners | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713541 | $ - | scottp@employs.com | 3476 S. 13th Street | Milwaukee | Wisconsin | 53221-4519 | United States |
| STAFFWORXS LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714807 | $ - | naveen@staffworxs.com | 4645 Avon Ln | Frisco | Texas | 75033 | United States |
| Stellar IT Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714918 | $ - | saravanan@stellarit.com | 9210 Corporate Blvd Suite# 390 | Rockville | Maryland | 20850 | United States |
| SYMANTEQ SOFTTECH LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715050 | $ - | sandeep@symanteqsofttech.com | 8 THE GREEN, STE B | DOVER | Delaware | 19901 | United States |
| Talent Edge Group, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711349 | $ - | nicole.oneill@tgg-accounting.com | 21750 Hardy Oak Blvd Ste 104 | San Antonio | Texas | 78258 | United States |
| Talentmovers Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705545 | $ - | modassir@talentmoversinc.com | 8200, Greensboro Drive, Suite 900 | McLean | Virginia | 22102 | United States |
| Taps Sutton & Roshon, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715060 | $ - | jessica@tapslaw.com | 400 S 5th St | Columbus | Ohio | 43215-5430 | United States |
| Telus International AI Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713699 | $ - | marie.aquino01@telusinternational.com | 2251 South Decatur Blvd | Las Vegas | Nevada | 89102 | United States |
| Tharu Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08711932 | $ - | anu@tharutechnologies.com | 3746 Millpond ct | Fairfax | Virginia | 22033 | United States |
| The Heitmeyer Group, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08710994 | $ - | hlukart@heitmeyerconsulting.com | 501 W Schrock Rd Suite 410 | Westerville | Ohio | 43081 | United States |
| TRC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708937 | $ - | robert.sharer@trctalent.com | 5909 PEACHTREE DUNWOODY RD | Atlanta | Georgia | 30328 | United States |
| TRS Staffing | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707606 | $ - | allen.taylor@trsstaffing.com | 23 Kingsway, 8th Floor | London | | WC2B 6UJ | United Kingdom |
| Unicon Pharma | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701697 | $ - | accounts@uniconpharma.com | 51 Cragwood Rd Suite 101 | South Plainfield | New Jersey | 07080 | United States |
| Unicon Pharma | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08701832 | $ - | accounts@uniconpharma.com | 51 Cragwood Rd Suite 101 | South Plainfield | New Jersey | 07080 | United States |
| UNICON SYSTEMS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08705854 | $ - | lkc@uniconsys.com | 10006 N dale Mabry Hwy | Tampa | Florida | 33544 | United States |
| Vajrasoft, LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08715053 | $ - | lakshmiraj@vajrasoft.com | 920 Viridian Way | BIRMINGHAM | Alabama | 35226 | United States |
| Venteon | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08712680 | $ - | rwinter@venteon.us.com | 3001 West Big Beaver Suite 220 | Troy | Michigan | 48084 | United States |
| Ventois Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707461 | $ - | prashanth@ventois.com | 382 Boston Turnpike | Shrewsbury | Massachusetts | 01545 | United States |
| Vertex Elite LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08713047 | $ - | naga.ramisetti@vertexelites.com | 9950 Westpark Dr Suite 127 | Houston | Texas | 77063 | United States |
| VMANICO TECHNOLOGIES, INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08708165 | $ - | contact@vmanico.com | 2 Whitehall Cir | Shrewsbury | Massachusetts | 01545 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08672936 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08674397 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| VR PI TECH SOLUTIONS INC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08683340 | $ - | sandeepkumar.pikili@vrpitechsolutions.com | 5 Greentree Centre, Dr 525, Route 73, STE 104 | Burlington City | New Jersey | 8053 | United States |
| Vsolvit llc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08663716 | $ - | stasi.washburn@vsolvit.com | 4171 Market Street Suite 2 | Ventura | California | 93003 | United States |
| W3Global, Inc | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08703371 | $ - | sridhar@w3global.com | 1701 Legacy Dr, suite 1000 | Frisco | Texas | 75034 | United States |
| Walkwater Technologies | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714875 | $ - | conrad@e-walkwater.com | 6040 Hellyer Avenue, Suite 100 | San Jose | California | 95138 | United States |
| Wellfleet Consulting, Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714904 | $ - | hiltabidle@wellfleetinc.com | 888 Bestgate Road #315 | Annapolis | Maryland | 21401 | United States |

| Counterparty | Debtor | Contract Type | Contract ID | Cure Amount | Email | Address | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|---|---|
| YANTRAN LLC | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714680 | $ - | contact@yantran.io | 825 Watters Creek Blvd., Bldg. M, Suite 250 | Allen | Texas | 75013 | United States |
| Zen Educate Inc. | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08707306 | $ - | seb@zeneducate.com | Unit 3.12, Canterbury Court, 1-3 Brixton Rd, | London | | SW9 6DE | United Kingdom |
| Zion Cloud Solutions | Monster Worldwide LLC | Master Services Agreement; Sales Order | OR-08714974 | $ - | soaham@zionclouds.com | 111 S Pfingsten Rd Suite 450 | Deerfield | Illinois | 60015 | United States |