IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                       :

In re:                                        :    Chapter 11

ZEN JV, LLC, *et al.*,[1]              :    Case No. 25-11195 (JKS)

          Debtors.          :    (Jointly Administered)

                                        :    **Re: Docket No. 414**

---------------------------------------------------------- x

**ORDER (I) AUTHORIZING ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") for entry of an (this "**Order**") (i) authorizing assumption and assignment of the executory contracts with the counterparties listed on the chart attached hereto as **Exhibit 1** (the "**Assumed Contracts**") and (ii) granting related relief , all as more fully set forth in the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and that this Court may enter a final order consistent with Article III of the United States Constitution and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to such terms in the Motion.

RLF1 34099553v.1

notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and this Court having determined that there is good and sufficient cause for the relief granted in this Order, therefore, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. All objections to the entry of this Order, to the extent not withdrawn or settled, are overruled.

3. The Assumed Contracts are hereby assumed and assigned to BOLD in their entirety pursuant to sections 105(a), 363 and 365 of the Bankruptcy Code, on the terms and conditions therein, effective as of the Closing. The Assumed Contracts shall constitute Assumed Agreements under the Job Board APA.

4. The Debtors have provided adequate assurance of future performance and have satisfied the requirements set forth in section 365(b)(1) of the Bankruptcy Code.

5. BOLD shall promptly cure existing defaults under the Assumed Contracts as required by section 365(b)(1)(A) in the amounts identified in **Exhibit 1** to this Order.

6. Under the circumstances, the notice requirement set forth in Bankruptcy Rule 6004(a) is satisfied.

7. Notwithstanding Bankruptcy Rules 6004(h) and 6006(d), to the extent applicable, this Order shall be effective and enforceable immediately upon entry hereof.

8. The requirements of Bankruptcy Rule 6006(f)(6) are waived.

9. The Debtors or their successors and assigns are hereby authorized to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

10. This Order shall bind the Debtors, their successors in interest and assigns, and **BOLD.**

11. The Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: November 10th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE

3

RLF1 34099553v.1