# EXHIBIT A

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 380, 397, 398, 401 & 403** |

---

**FIRST OMNIBUS ORDER AWARDING INTERIM**
**ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

Upon consideration of the interim applications (each, an "**Interim Application**" and, collectively, the "**Interim Applications**") of those professionals listed on Exhibit A attached hereto (each, an "**Applicant**" and, collectively, the "**Applicants**") for the interim allowance of certain fees, including all holdbacks, and expenses for the period set forth on each of the Interim Applications listed on the attached Exhibit A (the "**Compensation Period**"), filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**"); and the Court having reviewed the Interim Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Interim Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 34059214v.1

opportunity to be heard on the Interim Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Interim Application is granted and approved as set forth herein.

2. Each of the Applicants is allowed compensation for services rendered during the Compensation Period and reimbursement for actual and necessary expenses incurred during the Compensation Period in the amounts set forth on Exhibit A hereto, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Applicants shall be paid one hundred percent (100%) of the fees and one hundred percent (100%) of the expenses listed on Exhibit A hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Compensation Period.

4. This Order shall be deemed a separate order with respect to each of the Interim Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

5. This Court retains jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# Exhibit A

**In re: Zen JV, LLC, *et al*.**
**Case No. 25-11195 (JKS)**
**First Interim Fee Period**

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Voluntary Fee Reductions (Interim Period) | Amounts of Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Cole Schotz P.C. / Docket No. 380** | Counsel for the Official Committee of Unsecured Creditors | 7/2/25 – 8/31/25 | $650,879.50 | $5,845.20 | $272.50 | $0.00 | **$650,607.00** | **$5,845.20** |
| **Latham & Watkins LLP / Docket No. 397** | Counsel for the Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $3,297,197.25 | $16,526.93 | $0.00 | $0.00 | **$3,297,197.25** | **$16,526.93** |
| **Richards, Layton & Finger, P.A. / Docket No. 398** | Co-Counsel for the Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $1,420,887.50 | $35,512.52 | $42.50 | $0.00 | **$1,420,845.00** | **$35,512.52** |
| **AlixPartners, LLP / Docket No. 401** | Financial Advisor for Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $1,373,115.00 | $569.55 | $0.00 | $0.00 | **$1,373,115.00** | **$569.55** |
| **M3 Advisory Partners, LP / Docket No. 403** | Financial Advisor for the Official Committee of Unsecured Creditors | 7/2/25 – 8/31/25 | $458,108.50 | $209.30 | $0.00 | $0.00 | **$458,108.50** | **$209.30** |