**Exhibit A**

**In re: Zen JV, LLC, *et al.***
**Case No. 25-11195 (JKS)**
**First Interim Fee Period**

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Interim Period) | Fees Requested (Interim Period) | Expenses Requested (Interim Period) | Amounts of Voluntary Fee Reductions (Interim Period) | Amounts of Voluntary Expense Reductions (Interim Period) | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Cole Schotz P.C. / Docket No. 380** | Counsel for the Official Committee of Unsecured Creditors | 7/2/25 – 8/31/25 | $650,879.50 | $5,845.20 | $272.50 | $0.00 | **$650,607.00** | **$5,845.20** |
| **Latham & Watkins LLP / Docket No. 397** | Counsel for the Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $3,297,197.25 | $16,526.93 | $0.00 | $0.00 | **$3,297,197.25** | **$16,526.93** |
| **Richards, Layton & Finger, P.A. / Docket No. 398** | Co-Counsel for the Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $1,420,887.50 | $35,512.52 | $42.50 | $0.00 | **$1,420,845.00** | **$35,512.52** |
| **AlixPartners, LLP / Docket No. 401** | Financial Advisor for Debtors and Debtors in Possession | 6/24/25 – 8/31/25 | $1,373,115.00 | $569.55 | $0.00 | $0.00 | **$1,373,115.00** | **$569.55** |
| **M3 Advisory Partners, LP / Docket No. 403** | Financial Advisor for the Official Committee of Unsecured Creditors | 7/2/25 – 8/31/25 | $458,108.50 | $209.30 | $0.00 | $0.00 | **$458,108.50** | **$209.30** |

RLF1 34059214v.1