**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>                       Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING
ON NOVEMBER 13, 2025 AT 1:00 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**ADJOURNED MATTERS**

1. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Susan Fallon Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 457]

    Related Documents: None.

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status: This matter is adjourned to the **omnibus hearing on January 27, 2026 at 2:30 p.m. (ET)**. This matter will not be going forward.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] **Amended items appear in bold.**

2.  Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Allison Wagner Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 459]

    Related Documents: None.

    Objection Deadline:  October 30, 2025 at 4:00 p.m. (ET).  On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status:    This matter is adjourned to the **omnibus hearing on January 27, 2026 at 2:30 p.m. (ET)**.  This matter will not be going forward.

3.  Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Mark Nelson Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 460]

    Related Documents: None.

    Objection Deadline:  October 30, 2025 at 4:00 p.m. (ET).  On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status:    This matter is adjourned to the **omnibus hearing on January 27, 2026 at 2:30 p.m. (ET)**.  This matter will not be going forward.

4.  Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Sarah Blansett Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 461]

    Related Documents: None.

    Objection Deadline:  October 30, 2025 at 4:00 p.m. (ET).  On consent of the parties, the Objection Deadline is extended until a date to be determined in December 2025 for the Liquidation Trustee.

    Responses Received: None.

    Status:    This matter is adjourned to the **omnibus hearing on January 27, 2026 at 2:30 p.m. (ET)**.  This matter will not be going forward.

**RESOLVED MATTERS**

5. Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed October 3, 2025) [Docket No. 414]

    Related Documents:

    a. Certification of Counsel Regarding Debtors' First Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed November 10, 2025) [Docket No. 487]

    b. **Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Entered November 10, 2025) [Docket No. 491]**

    Objection Deadline: October 17, 2025 at 4:00 p.m. (ET)

    Responses Received:

    a. Informal objection from Bullhorn Inc.

    Status:  **On November 10, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

6. Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed October 3, 2025) [Docket No. 415]

    Related Documents:

    a. Certification of Counsel Regarding Debtors' Second Omnibus Motion for Entry of an Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Filed November 10, 2025) [Docket No. 488]

    b. **Order (I) Authorizing Assumption and Assignment of Certain Executory Contracts and (II) Granting Related Relief (Entered November 10, 2025) [Docket No. 490]**

    Objection Deadline: October 17, 2025 at 4:00 p.m. (ET)

    Responses Received:

    a. Informal objection from ASM Tech Solutions LLC

Status: **On November 10, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

7. **Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Forvis Mazars, LLP as Tax Services Provider to the Debtors and Debtors in Possession Effective as of September 11, 2025, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief [Docket No. 430]**

    **Related Documents:**

    a. **Certificate of No Objection Regarding Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Forvis Mazars, LLP as Tax Services Provider to the Debtors and Debtors in Possession Effective as of September 11, 2025, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, and (III) Granting Related Relief (Filed November 11, 2025) [Docket No. 493]**

    b. **Order (I) Authorizing the Retention and Employment of Forvis Mazars, LLP as Tax Services Provider to the Debtors and Debtors in Possession Effective as of September 11, 2025, (II) Waiving Certain Information Requirements Pursuant to Local Rule 2016-1, And (III) Granting Related Relief (Entered November 12, 2025) [Docket No. 497]**

    **Objection Deadline: October 21, 2025 at 4:00 p.m. (ET)**

    **Responses Received: None.**

    Status: **On November 12, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.**

## FEE APPLICATIONS

8. Final Fee Applications

    Related Documents:

    a. Index of Final Fee Applications and Certificates of No Objection (Attached as **Exhibit A**)

    b. **Order Approving First and Final Fee Application of PJT Partners LP as Investment Banker to the Debtors and Debtors-In-Possession for Allowance (and Final Approval) of Compensation for Services Rendered and for the Reimbursement of All Actual and Necessary Expenses Incurred for the Period from June 24, 2025 through August 19, 2025 (Entered October 20, 2025) [Docket No. 469]**

    c. **Order Granting First and Final Application of Alan Chapell, Consumer Privacy Ombudsman, Appointed Pursuant to Section 332 of the Bankruptcy Code tor Approval and Allowance of Compensation for Services Rendered During the Period from July 8, 2025 through and including July 28, 2025 (Entered October 20, 2025) [Docket No. 470]**

Objection Deadline:  See Respective Fee Applications.

Responses Received: None.

Status:    **On October 20, 2025, the Court entered orders regarding these Fee Applications.  Accordingly, a hearing on this matter is no longer necessary.**

9. Fee Applications for First Interim Compensation Period

    Related Documents:

    a. Index of First Interim Fee Applications and Certificates of No Objection with Respect to the First Interim Compensation Period (Attached as **Exhibit B**)

    b. **Certification of Counsel Regarding Revised First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Filed November 12, 2025) [Docket No. 494]**

    c. **First Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Entered November 12, 2025) [Docket No. 495]**

    Objection Deadline:  See Respective Fee Applications.

    Responses Received:

    a. Informal comments from the Court.

    Status:    **On November 12, 2025, the Court entered an order regarding this matter.  Accordingly, a hearing on this matter is no longer necessary.**

*[Remainder of page intentionally left blank]*

Dated: November 12, 2025
      Wilmington, Delaware

**COLE SCHOTZ P.C.**
*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
mhartlipp@coleschotz.com

-and-

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
svanaalten@coleschotz.com
scarnes@coleschotz.com

*Counsel to the Liquidation Trustee*