IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Objection Deadline:**<br>April 13, 2026 at 4:00 p.m. (ET)<br><br>**Hearing Date:**<br>To be determined. |

### NOTICE OF GOOGLE LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that on November 13, 2025, Google, LLC ("Google") filed the *Google LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code* (the "Administrative Expense Request").

**PLEASE TAKE FURTHER NOTICE** that any objections or responses to the Administrative Expense Request must be (i) in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **4:00 p.m. (prevailing Eastern Time) on April 13, 2026,** (the "Objection Deadline") and (ii) served on, so as to be received by, the undersigned counsel to Google on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that if an objection is properly filed and served, a hearing will be held before the Honorable J. Kate Stickles, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801 on **a date to be determined.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS OR RESPONSES TO THE ADMINISTRATIVE EXPENSE REQUEST ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

32493283v.2

                Respectfully submitted,

Date: November 13, 2024        **WHITE AND WILLIAMS LLP**

        By:  */s/ Michael A. Ingrassia*
            Michael A. Ingrassia (No. 7068)
            600 N. King Street, Suite 800
            Wilmington, DE 19801
            Telephone: (302) 467-4503
            Facsimile: (302) 467-4550
            ingrassiam@whiteandwilliams.com

*Counsel to Google LLC*