**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**ORDER GRANTING GOOGLE LLC'S MOTION FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM <u>PURSUANT TO SECTION 503(b) OF THE BANKRUPTCY CODE</u>**

Upon consideration of *Google LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code* (the "**Motion**");[2] and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U.S.B. § 157(b); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and sufficient notice of the Motion having been given under the particular circumstances; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as provided herein.

2. Google LLC is hereby allowed an administrative expense claim pursuant to 11 U.S.C. § 503(b) in the amount of $1,707,274.12 (the **"Administrative Expense Claim"**).

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

32493283v.2

3.      The Debtors shall pay the Administrative Expense Claim within five (5) business days after the entry of this Order.

4.      The Reservation of Rights (as defined in the Motion) is approved.

5.      This Order is without prejudice to the right of Google LLC to assert a claim for any further administrative expenses for amounts owed by the Debtors and arising after the Petition Date.

6.      This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

32493283v.2