**<u>Exhibit B</u>**

**Account Statement**

**Zen JV, LLC et al. - Account Statement**
**Chapter 11 Bankruptcy Filing - 06.24.2025**

| Customer | CustomerBillTo | CustomerID | CustomerExternalID | Country | PDFInvoiceNumb | InvoiceDate | DueDate | Currency | OriginalAmountLocal | OpenAmountLocal | PrePetitionLocal | PostPetitionLocal | ConvAccToUSD | OpenAmountUsd | PrePetitionUSD | PostPetitionUSD | Entity | AccountType |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zen JV, LLC | Careerbuilder, LLC | 8872-7817-4205-4708 | 7902-5156-4365 | US | 5409674399 | Oct 31, 2025 | Nov 30, 2025 | USD | 0.77 | 0.77 | 0.00 | 0.77 | 1.00 | 0.77 | 0.00 | 0.77 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 8872-7817-4205-4708 | 7902-5156-4365 | US | 5383959953 | Sep 30, 2025 | Oct 30, 2025 | USD | 0.76 | 0.76 | 0.00 | 0.76 | 1.00 | 0.76 | 0.00 | 0.76 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 8872-7817-4205-4708 | 7902-5156-4365 | US | 5356908584 | Aug 31, 2025 | Sep 30, 2025 | USD | 0.77 | 0.77 | 0.00 | 0.77 | 1.00 | 0.77 | 0.00 | 0.77 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 8872-7817-4205-4708 | 7902-5156-4365 | US | 5325937447 | Jul 31, 2025 | Aug 30, 2025 | USD | 1,390.51 | 1,390.51 | 0.00 | 1,390.51 | 1.00 | 1,390.51 | 0.00 | 1,390.51 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 8872-7817-4205-4708 | 7902-5156-4365 | US | 5305804698 | Jun 30, 2025 | Jul 30, 2025 | USD | 7,567.27 | 7,567.27 | 5,801.57 | 1,765.70 | 1.00 | 7,567.27 | 5,801.57 | 1,765.70 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 7082-9920-6602-9067 | 7902-5156-4365 | US | 5301499585 | Jun 30, 2025 | Jul 30, 2025 | USD | 11,723.64 | 11,723.64 | 11,723.64 | 0.00 | 1.00 | 11,723.64 | 11,723.64 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 8148-5304-3799-9613 | 7902-5156-4365 | US | 5300373538 | Jun 30, 2025 | Jul 30, 2025 | USD | 35,138.66 | 21,075.98 | 21,075.98 | 0.00 | 1.00 | 21,075.98 | 21,075.98 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 7082-9920-6602-9067 | 7902-5156-4365 | US | 5274344556 | May 31, 2025 | Jun 30, 2025 | USD | 40,748.72 | 40,748.72 | 40,748.72 | 0.00 | 1.00 | 40,748.72 | 40,748.72 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 8148-5304-3799-9613 | 7902-5156-4365 | US | 5274193649 | May 31, 2025 | Jun 30, 2025 | USD | 126,555.87 | 126,555.87 | 126,555.87 | 0.00 | 1.00 | 126,555.87 | 126,555.87 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 7082-9920-6602-9067 | 7902-5156-4365 | US | 5246763451 | Apr 30, 2025 | May 30, 2025 | USD | 40,550.29 | 40,550.29 | 40,550.29 | 0.00 | 1.00 | 40,550.29 | 40,550.29 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 8148-5304-3799-9613 | 7902-5156-4365 | US | 5246116454 | Apr 30, 2025 | May 30, 2025 | USD | 146,706.12 | 146,706.12 | 146,706.12 | 0.00 | 1.00 | 146,706.12 | 146,706.12 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 8148-5304-3799-9613 | 7902-5156-4365 | US | 5218338145 | Mar 31, 2025 | Apr 30, 2025 | USD | 169,079.01 | 56,359.67 | 56,359.67 | 0.00 | 1.00 | 56,359.67 | 56,359.67 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3905809550 | Apr 30, 2021 | May 30, 2021 | USD | 27,308.98 | 27,308.98 | 27,308.98 | 0.00 | 1.00 | 27,308.98 | 27,308.98 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3878329932 | Mar 31, 2021 | Apr 30, 2021 | USD | 163,500.00 | 163,500.00 | 163,500.00 | 0.00 | 1.00 | 163,500.00 | 163,500.00 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3863171169 | Feb 28, 2021 | Mar 30, 2021 | USD | 163,500.00 | 163,500.00 | 163,500.00 | 0.00 | 1.00 | 163,500.00 | 163,500.00 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3862786601 | Jan 31, 2021 | Mar 2, 2021 | USD | 163,500.00 | 163,500.00 | 163,500.00 | 0.00 | 1.00 | 163,500.00 | 163,500.00 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3833432400 | Dec 31, 2020 | Jan 30, 2021 | USD | 160,875.00 | 160,875.00 | 160,875.00 | 0.00 | 1.00 | 160,875.00 | 160,875.00 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Careerbuilder, LLC | 0923-3825-0410-5489 | 7902-5156-4365 | US | 3818396267 | Nov 30, 2020 | Dec 30, 2020 | USD | 160,875.00 | 117,851.32 | 117,851.32 | 0.00 | 1.00 | 117,851.32 | 117,851.32 | 0.00 | Google LLC f/k/a Google Inc. | Google Cloud |
| Zen JV, LLC | Monster Worldwide, Inc | 8713-9828-2312-0951 | 9057-6833-0460 | US | 5406916500 | Oct 31, 2025 | Nov 30, 2025 | USD | 55.44 | 55.44 | 0.00 | 55.44 | 1.00 | 55.44 | 0.00 | 55.44 | Google LLC f/k/a Google Inc. | Google Ad Manager |
| Zen JV, LLC | Monster Worldwide, Inc | 5062-8588-9352-2961 | 9057-6833-0460 | US | 5406341957 | Oct 31, 2025 | Nov 30, 2025 | USD | 33.89 | 33.89 | 0.00 | 33.89 | 1.00 | 33.89 | 0.00 | 33.89 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 4971-5144-8969-4671 | 9057-6833-0460 | US | 5403511272 | Oct 31, 2025 | Nov 30, 2025 | USD | 399,548.21 | 399,548.21 | 0.00 | 399,548.21 | 1.00 | 399,548.21 | 0.00 | 399,548.21 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 4971-5144-8969-4671 | 9057-6833-0460 | US | 5381372449 | Sep 30, 2025 | Oct 30, 2025 | USD | 1,115,740.81 | 1,115,740.81 | 0.00 | 1,115,740.81 | 1.00 | 1,115,740.81 | 0.00 | 1,115,740.81 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8713-9828-2312-0951 | 9057-6833-0460 | US | 5381272899 | Sep 30, 2025 | Oct 30, 2025 | USD | 78.19 | 78.19 | 0.00 | 78.19 | 1.00 | 78.19 | 0.00 | 78.19 | Google LLC f/k/a Google Inc. | Google Ad Manager |
| Zen JV, LLC | Monster Worldwide, Inc | 5062-8588-9352-2961 | 9057-6833-0460 | US | 5378207970 | Sep 30, 2025 | Oct 30, 2025 | USD | 150.04 | 150.04 | 0.00 | 150.04 | 1.00 | 150.04 | 0.00 | 150.04 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8713-9828-2312-0951 | 9057-6833-0460 | US | 5355158354 | Aug 31, 2025 | Sep 30, 2025 | USD | 79.98 | 79.98 | 0.00 | 79.98 | 1.00 | 79.98 | 0.00 | 79.98 | Google LLC f/k/a Google Inc. | Google Ad Manager |
| Zen JV, LLC | Monster Worldwide, Inc | 0070-9555-0574-5222 | 9057-6833-0460 | US | 5354628815 | Aug 31, 2025 | Sep 30, 2025 | USD | 7,511.90 | 7,511.90 | 0.00 | 7,511.90 | 1.00 | 7,511.90 | 0.00 | 7,511.90 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 5062-8588-9352-2961 | 9057-6833-0460 | US | 5352839350 | Aug 31, 2025 | Sep 30, 2025 | USD | 221.94 | 221.94 | 0.00 | 221.94 | 1.00 | 221.94 | 0.00 | 221.94 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 5062-8588-9352-2961 | 9057-6833-0460 | US | 5303364686 | Jun 30, 2025 | Jul 30, 2025 | USD | 764.21 | 585.89 | 585.89 | 0.00 | 1.00 | 585.89 | 585.89 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 0070-9555-0574-5222 | 9057-6833-0460 | US | 5300348460 | Jun 30, 2025 | Jul 30, 2025 | USD | 76,531.56 | 58,674.20 | 58,674.20 | 0.00 | 1.00 | 58,674.20 | 58,674.20 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8542-5415-0500-1412 | 9057-6833-0460 | US | 5300282226 | Jun 30, 2025 | Jul 30, 2025 | USD | 45,954.88 | 35,232.07 | 35,232.07 | 0.00 | 1.00 | 35,232.07 | 35,232.07 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7266-3742-5039-0932 | 9057-6833-0460 | US | 5298542836 | Jun 30, 2025 | Jul 30, 2025 | USD | 144,648.90 | 110,897.49 | 110,897.49 | 0.00 | 1.00 | 110,897.49 | 110,897.49 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 9705-7782-2152-5935 | 9057-6833-0460 | US | 5298457717 | Jun 30, 2025 | Jul 30, 2025 | CAD | 1,714.94 | 1,714.94 | 1,714.94 | 0.00 | 0.73 | 1,253.28 | 1,253.28 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8713-9828-2312-0951 | 9057-6833-0460 | US | 5297970145 | Jun 30, 2025 | Jul 30, 2025 | USD | 163.03 | 124.99 | 124.99 | 0.00 | 1.00 | 124.99 | 124.99 | 0.00 | Google LLC f/k/a Google Inc. | Google Ad Manager |
| Zen JV, LLC | Monster Worldwide, Inc | 5062-8588-9352-2961 | 9057-6833-0460 | US | 5274930322 | May 31, 2025 | Jun 30, 2025 | USD | 641.56 | 641.56 | 641.56 | 0.00 | 1.00 | 641.56 | 641.56 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7266-3742-5039-0932 | 9057-6833-0460 | US | 5274543994 | May 31, 2025 | Jun 30, 2025 | USD | 159,176.42 | 159,176.42 | 159,176.42 | 0.00 | 1.00 | 159,176.42 | 159,176.42 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8542-5415-0500-1412 | 9057-6833-0460 | US | 5273546078 | May 31, 2025 | Jun 30, 2025 | USD | 50,961.47 | 50,961.47 | 50,961.47 | 0.00 | 1.00 | 50,961.47 | 50,961.47 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 0070-9555-0574-5222 | 9057-6833-0460 | US | 5272226427 | May 31, 2025 | Jun 30, 2025 | USD | 125,897.89 | 125,897.89 | 125,897.89 | 0.00 | 1.00 | 125,897.89 | 125,897.89 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 8713-9828-2312-0951 | 9057-6833-0460 | US | 5272184264 | May 31, 2025 | Jun 30, 2025 | USD | 210.22 | 210.22 | 210.22 | 0.00 | 1.00 | 210.22 | 210.22 | 0.00 | Google LLC f/k/a Google Inc. | Google Ad Manager |
| Zen JV, LLC | Monster Worldwide, Inc | 7791-0046-5217-2865 | 6441-8642-7463 | US | 5406069769 | Oct 31, 2025 | Nov 30, 2025 | USD | 62,277.37 | 62,277.37 | 0.00 | 62,277.37 | 1.00 | 62,277.37 | 0.00 | 62,277.37 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7791-0046-5217-2865 | 6441-8642-7463 | US | 5377139194 | Sep 30, 2025 | Oct 30, 2025 | USD | 57,500.65 | 57,500.65 | 0.00 | 57,500.65 | 1.00 | 57,500.65 | 0.00 | 57,500.65 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7791-0046-5217-2865 | 6441-8642-7463 | US | 5350473218 | Aug 31, 2025 | Sep 30, 2025 | USD | 59,818.47 | 59,818.47 | 0.00 | 59,818.47 | 1.00 | 59,818.47 | 0.00 | 59,818.47 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7791-0046-5217-2865 | 6441-8642-7463 | US | 5302995742 | Jun 30, 2025 | Jul 30, 2025 | USD | 33,717.93 | 25,850.41 | 24,751.70 | 1,098.71 | 1.00 | 25,850.41 | 24,751.70 | 1,098.71 | Google LLC f/k/a Google Inc. | Google Ads |
| Zen JV, LLC | Monster Worldwide, Inc | 7791-0046-5217-2865 | 6441-8642-7463 | US | 5272270206 | May 31, 2025 | Jun 30, 2025 | USD | 49,684.68 | 49,684.68 | 49,684.68 | 0.00 | 1.00 | 49,684.68 | 49,684.68 | 0.00 | Google LLC f/k/a Google Inc. | Google Ads |
| **Total Outstanding** | | | | | | | | | 3,812,105.95 | 3,571,884.79 | 1,864,610.68 | 1,707,274.11 | | 3,571,423.13 | 1,864,149.02 | 1,707,274.12 | | |