IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

ZEN JV, LLC, *et al.*,[1]

                  Debtors.

Chapter 11

Case No. 25-11195 (JKS)

(Jointly Administered)

## CERTIFICATE OF SERVICE

    I, Michael A. Ingrassia, certify that the *Google LLC's Motion for Allowance and Payment of Administrative Expense Claim Pursuant to Section 503(b) of the Bankruptcy Code* was served on November 13, 2025 by CM/ECF, upon the parties who have registered for CM/ECF service of notices and pleadings in this case.

                              Respectfully submitted,

Date: November 13, 2025          WHITE AND WILLIAMS LLP

                            By:  */s/ Michael A. Ingrassia*
                                   Michael A. Ingrassia (No. 7068)
                                   600 N. King Street, Suite 800
                                   Wilmington, DE 19801
                                   Telephone: (302) 467-4503
                                   Facsimile: (302) 467-4550
                                   ingrassiam@whiteandwilliams.com

                                   *Counsel to Google LLC*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

32493283v.2