# EXHIBIT A

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 127,500.00 | 07-NOV-2025 | **102170393** |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 08-OCT-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract ID** | 31059204 |
| **Agreement** | US-OMA-CPQ-3274684 |
| **End User** | Monster Worldwide Inc |
| **Subtotal** | **120,000.00** |
| **Tax** | 7,500.00 |
| **Total** | **127,500.00 USD** |

## Payment Instructions

Reference Invoice Number: **102170393**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▇▇▇▇0841
SWIFT Code: WFBIUS6S
ABA: ▇▇▇▇0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**View Invoices and Pay Online**

🔗 customercenter.oracle.com

**Bill To**

**Monster Worldwide Inc**
Accounts Payable
PO Box 3104
Milwaukee, WI 53201
United States

**Ship To**

**Monster Worldwide Inc**
Beth Zukowsky
133 Boston Post Road, BLdg 15
Weston, MA 02493
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B88206 : Oracle PaaS and IaaS Universal Credits : 01-Oct-2025 - 31-Dec-2025<br>Quantity : 1280000 Quote: CPQ-3274684 Order: 41390916 | 1 | Y | **120,000.00** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.



| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 392,164.22 | 08-OCT-2025 | 102119755 |

| | |
|---|---|
| **PO Number** | MWUS047221 |
| **Invoice Date** | 08-SEP-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 4762254 |
| **End User** | Monster Worldwide Inc |

| | |
|---|---|
| **Subtotal** | 380,280.45 |
| **Tax** | 11,883.77 |
| **Total** | **392,164.22 USD** |

### Payment Instructions

Reference Invoice Number: **102119755**

**Wire Funds To**

Wells Fargo Bank
ACCT: ▮▮▮▮▮▮▮0841
SWIFT Code: WFBIUS6S
ABA: ▮▮▮▮▮0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Special Instructions**

**Bill To**

**Monster Worldwide Inc**
Accounts Payable
PO Box 3104
Milwaukee, Wisconsin 53201
United States

**Ship To**

**Monster Worldwide Inc**
133 Boston Post Road, BLdg 15
Weston, MA 02493
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 32; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 10,785.20 |
| 2 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 128; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 1,318.04 |
| 3 | Software Update License & Support - Oracle Time and Labor - Employee Perpetual - Covered Product Qty: 1125; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 13,533.84 |
| 4 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 48; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 14,928.34 |
| 5 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 16; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 1,649.29 |
| 6 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 72; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 2,091.19 |
| 7 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 144; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 2,418.58 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 8 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 62; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 26,288.43 |
| 9 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 52; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 2,680.26 |
| 10 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 61; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 2,820.14 |
| 11 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 48; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 2,857.78 |
| 12 | Software Update License & Support - Oracle Identity and Access Management Suite - Nonstandard User - Covered Product Qty: 1125; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 30,478.43 |
| 13 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 68; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 30,813.38 |
| 14 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 32; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 3,332.78 |
| 15 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 72; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 36,789.58 |
| 16 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 16; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 405.06 |
| 17 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 32; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 405.06 |
| 18 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 72; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 4,286.54 |
| 19 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 149; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 44,023.26 |
| 20 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 176; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 44,237.79 |
| 21 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 325; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 4,490.71 |
| 22 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 96; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 5,715.64 |
| 23 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 64; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 6,011.54 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 24 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 12; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 6,127.86 |
| 25 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 149; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 80,943.28 |
| 26 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 48; 01-OCT-2025 - 31-DEC-2025 | 1 | Y | 848.45 |



Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 120,000.00 | 02-AUG-2025 | 102022203 |

| | |
|---|---|
| **PO Number** | |
| **Invoice Date** | 03-JUL-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Plan Number** | 31059204 |
| **Agreement** | US-OMA-CPQ-3274684 |
| **End User** | Monster Worldwide Inc |
| **Subtotal** | 120,000.00 |
| **Tax** | 0.00 |
| **Total** | **120,000.00 USD** |

### Payment Instructions

Reference Invoice Number: **102022203**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████0841
SWIFT Code: WFBIUS6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Bill To**

**Monster Worldwide Inc**
Accounts Payable
PO Box 3104
Milwaukee, WI 53201
United States

**Ship To**

**Monster Worldwide Inc**
Beth Zukowsky
133 Boston Post Road, BLdg 15
Weston, MA 02493
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | B88206 : Oracle PaaS and IaaS Universal Credits : 01-Jul-2025 - 30-Sep-2025<br>Quantity : 1280000 Quote: CPQ-3274684 Order: 41390916 | 1 | N | **120,000.00** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.

| Total Amount | Due Date | Invoice Number |
|---|---|---|
| 380,280.61 | 05-JUL-2025 | **101979065** |

| | |
|---|---|
| **PO Number** | MWUS047221 |
| **Invoice Date** | 05-JUN-2025 |
| **Payment Terms** | Net Due in 30 Days |
| **Contract Number** | 4762254 |
| **End User** | Monster Worldwide Inc |

| | |
|---|---|
| **Subtotal** | 380,280.61 |
| **Tax** | 0.00 |
| **Total** | **380,280.61 USD** |

**Payment Instructions**

Reference Invoice Number: **101979065**

**Wire Funds To**

Wells Fargo Bank
ACCT: ████████0841
SWIFT Code: WFBIUS6S
ABA: ████0248
Beneficiary: Oracle America, Inc.

**Mail Checks To**

Oracle America, Inc.
PO Box 203448
Dallas, TX
75320-3448

**Credit card, PayPal, or eCheck Payments**

Visit shop.oracle.com

**Special Instructions**

**Bill To**

**Monster Worldwide Inc**
Accounts Payable
PO Box 3104
Milwaukee, Wisconsin 53201
United States

**Ship To**

**Monster Worldwide Inc**
133 Boston Post Road, BLdg 15
Weston, MA 02493
United States

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 1 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 32; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **10,785.20** |
| 2 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 128; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **1,318.04** |
| 3 | Software Update License & Support - Oracle Time and Labor - Employee Perpetual - Covered Product Qty: 1125; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **13,533.84** |
| 4 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 48; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **14,928.34** |
| 5 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 16; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **1,649.33** |
| 6 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 72; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **2,091.19** |
| 7 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 144; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **2,418.56** |


| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 8 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 62; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 26,288.45 |
| 9 | Software Update License & Support - Configuration Management Pack for Oracle Database - Processor Perpetual - Covered Product Qty: 52; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 2,680.26 |
| 10 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 61; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 2,820.14 |
| 11 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 48; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 2,857.82 |
| 12 | Software Update License & Support - Oracle Identity and Access Management Suite - Nonstandard User - Covered Product Qty: 1125; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 30,478.43 |
| 13 | Software Update License & Support - Oracle Advanced Security - Processor Perpetual - Covered Product Qty: 68; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 30,813.42 |
| 14 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 32; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 3,332.82 |
| 15 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 72; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 36,789.60 |
| 16 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 16; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 405.04 |
| 17 | Software Update License & Support - Provisioning and Patch Automation Pack for Database - Processor Perpetual - Covered Product Qty: 32; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 405.04 |
| 18 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 72; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 4,286.58 |
| 19 | Software Update License & Support - Oracle WebLogic Server Management Pack Enterprise Edition - Processor Perpetual - Covered Product Qty: 149; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 44,023.26 |
| 20 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 176; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 44,237.77 |
| 21 | Software Update License & Support - Oracle Tuning Pack - Processor Perpetual - Covered Product Qty: 325; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 4,490.73 |
| 22 | Software Update License & Support - Oracle Partitioning - Processor Perpetual - Covered Product Qty: 96; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 5,715.62 |
| 23 | Software Update License & Support - Oracle Diagnostics Pack - Processor Perpetual - Covered Product Qty: 64; 01-JUL-2025 - 30-SEP-2025 | 1 | N | 6,011.52 |

| No. | Description | Qty | Tax | Extended Amount |
|---|---|---|---|---|
| 24 | Software Update License & Support - Oracle Real Application Clusters - Processor Perpetual - Covered Product Qty: 12; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **6,127.90** |
| 25 | Software Update License & Support - Oracle Database Enterprise Edition - Processor Perpetual - Covered Product Qty: 149; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **80,943.26** |
| 26 | Software Update License & Support - Oracle WebLogic Suite - Processor Perpetual - Covered Product Qty: 48; 01-JUL-2025 - 30-SEP-2025 | 1 | N | **848.45** |

Please beware of phishing attempts. Should you have any questions or concerns about your invoice, please contact your Oracle collections department for assistance.