**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**ZEN JV, LLC,** *et al.*,<br><br>                    Debtors. | ) **Chapter 11**<br>)<br>) **Case No. 25-11195 (JKS)**<br>)<br>) **Jointly Administered**<br>)<br>) Hearing Date:  January 27, 2026 at 2:30 P.M.<br>) Objection Date: January 22, 2026 at 4:00 P.M.<br>)<br>) **Docket Nos. 429, 458**<br>) |

**NOTICE OF HEARING ON ORACLE AMERICA, INC.'S REQUEST FOR
<u>ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSES</u>**

**TO ALL PARTIES ON THE ATTACHED SERVICE LIST:**

      **PLEASE TAKE NOTICE** that on November 12, 2025, Oracle America, Inc. ("Oracle"), by and through its undersigned counsel, filed *Oracle America Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses* ("<u>Application</u>").

      You are required to file a response to the Application on or before **January 22, 2026 at 4:00 P.M.**  At the same time, you must also serve a copy of the response upon the following:

James E. Huggett, Esq.
**MARGOLIS EDELSTEIN, LLP**
300 Delaware Avenue, Suite 800
Wilmington, Delaware 19801

-AND-

Mark F. Magnozzi, Esq.
Benjamin Rachelson, Esq.
**THE MAGNOZZI LAW FIRM P.C.**
23 Green Street, Suite 302
Huntington, New York 11743
Telephone: (631) 923-2858

      PLEASE TAKE FURTHER NOTICE that a hearing on the Application will be held on **January 27, 2026 at 2:30 P.M**. before The Honorable J. Kate Stickles, United States

Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801**.**

| | |
|---|---|
| Dated: November 13, 2025<br>Wilmington, Delaware | **MARGOLIS EDELSTEIN**<br><br>By:  /s/ James E. Huggett  <br>       James E. Huggett, Esq. (#3956)<br>300 Delaware Avenue, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:    (302) 888-1112<br>E-mail:       jhuggett@margolisedelstein.com<br><br>Mark F. Magnozzi, Esq.<br>Benjamin Rachelson, Esq.<br>**THE MAGNOZZI LAW FIRM P.C.**<br>23 Green Street, Suite 302<br>Huntington, New York 11743<br>Telephone: (631) 923-2858<br>E-mail: mmagnozzi@magnozzilaw.com<br><br>Shawn M. Christianson, Esq.<br>BUCHALTER, A Professional Corporation<br>A Professional Corporation<br>425 Market Street, Suite 2900<br>San Francisco, California 94105<br>Telephone: (415) 227-0900<br>E-mail: schristianson@buchalter.com<br><br>Peggy Bruggman, Esq.<br>Colin Farrell, Esq.<br>ORACLE AMERICA, INC.<br>500 Oracle Parkway<br>Redwood City CA  94065<br>Telephone: (650) 506-5200<br><br>**Attorneys for Oracle America, Inc.** |