**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**Zen JV, LLC, *et al.*,**<br><br>Debtors. | **Chapter 11**<br><br>**Case No. 25-11195 (JKS)**<br><br>**Jointly Administered** |

**ORDER**

Upon consideration of Oracle America Inc.'s ("Oracle") Request for Allowance and Payment of Chapter 11 Administrative Expenses (the "Application"); and it appearing that this Court has jurisdiction over the Application and this matter is a core matter pursuant to sections 503(a) and (b) of the Bankruptcy Code; and it appearing that appropriate notice of the Application was provided to parties in interest and was sufficient under the circumstances; and the Court further determining that the legal and factual basis set forth in the Application establish just cause for the relief granted herein; IT IS HEREBY ORDERED, as follows:

1. The Application is GRANTED.

2. Oracle is hereby GRANTED an allowed chapter 11 administrative- expense claim in this case, in the amount of $573,711.42, for Oracle's post-petition services provided to the Debtor/its estate through the Effective Date. The Debtor shall pay this amount to Oracle in a manner consistent with the Plan of Liquidation approved by this Court at docket no. 429 (and per docket no. 458).

3. All parties' rights are reserved for additional amounts due the filing date of the Application.

4. The Court retains jurisdiction with respect to all matters relating to this

Order.

5. The Order is binding on the Parties and any successors.