| UNITED STATES BANKRUPTCY COURT | DISTRICT OF DELAWARE | **ADMINISTRATIVE EXPENSE CLAIM REQUEST** |
|---|---|---|
| **Name of Debtor:** Zen JV LLC – Monster Worldwide, LLC | **Case Number:** 25-11195 | |

| **Name of Creditor** (The person or other entity to whom the debtor owes money or property): Iron Mountain Information Management, LLC | ☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| **Name and Address Where Notices Should be Sent:** Joseph P. Corrigan, Esq. Iron Mountain Information Management, LLC 1101 Enterprise Drive Royersford, PA 19468 Tel. 617.535.4744   Fax 617.451.0409 joseph.corrigan@ironmountain.com | ☐ Check box if you have never received any notices from the bankruptcy court in this case. ☐ Check box if this address differs from the address on the envelope sent to you by the court. | THIS SPACE IS FOR COURT USE ONLY |

**Account or other number by which creditor identifies debtor:** 02003.0BRE2C

Check here if this claim ☐ replaces ☐ amends a previously filed claim, dated _____

**1. Basis For Claim**
☐ Goods sold                                     ☐ Other
☒ Services performed **(post-petition)**        ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)
☐ Money loaned                                   ☐ Wages, salaries, and compensation (Fill out below)
☐ Personal injury/wrongful death                 Last four digits of social security number: _____
☐ Taxes                                          Unpaid compensation for services performed from _____ to _____

**2. Date Debt Was Incurred:** 6/24/25-10/14/25

**3. If Court Judgment, Date Obtained:**

**4. Total Amount Of Administrative Priority Claim:** $ ___165,020.54___

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
Brief Description of Collateral:
☐ Real Estate  ☐ Motor Vehicle
☒ Other ___personal property in storage & any and all other stored property.___
Value of Collateral $ _____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any $ _____

**6. Unsecured Nonpriority Claim** $ _____
☐ Check this box if a) there is no collateral or lien securing your claim, or b) your claim exceeds the value of the property securing it, or c) none or only part of your claim is entitled to priority.

**7. Unsecured Priority Claim**
☐ Check this box if you have an unsecured priority claim. Amount entitled to priority $_____ Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $10,000),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 USC § 507(a)(3)
☐ Contributions to an employee benefit plan - 11 USC § 507(a)(4)
☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6)
☐ Alimony, maintenance or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to gov't units - 11 U.S.C. 507(a)(8).
☐ Other - specify applicable paragraph of 11 U.S.C. § 507(a____)
*Amounts are subject to adjustment on 4/1/07 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** <u>Attach copies of supporting documents</u> such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped self-addressed envelope and copy of this proof of claim.

THIS SPACE IS FOR COURT USE ONLY

| Date: 11/13/25 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): /s/ Jacqueline M. Doyle      **Jacqueline M. Doyle**      Counsel | |
|---|---|---|

<u>Penalty for presenting fraudulent claim</u>: Fine of up to $500,000 or imprisonment for up to 5 years, or both, 18 U.S.C. §§ 152 and 3571.