## ADDENDUM

### Administrative Expense Claim Request
### Iron Mountain Information Management, LLC

Iron Mountain Information Management, LLC ("Iron Mountain") asserts that the amounts set forth herein (including any amounts that may no longer be contingent going forward or may be liquidated in the future) are administrative expense claims under 11 U.S.C. § 503(b).  Iron Mountain is entitled to such claims by virtue of its post-petition storage of vital records of the Debtor and by virtue of the post-petition use and occupancy of Iron Mountain's facilities by the Debtor's records.

Outstanding post-petition amounts for storage and services (including interest) through October 14, 2025 equal $165,020.54.  A listing of these amounts due is attached hereto.

**TOTAL ADMINISTRATIVE EXPENSE CLAIM REQUEST        $165,020.54**

Iron Mountain continues to provide post-petition storage services relating to vital company records of the Debtor.  Thus, Iron Mountain also asserts a contingent and unliquidated administrative expense claim for any future storage and other charges, including interest on past-due post-petition amounts, attorneys' fees and expenses and collection costs.  Furthermore, Iron Mountain reserves the right to increase the rate for any services provided to the Debtor after the date of filing this claim.

Iron Mountain reserves the right to amend this Administrative Expense Claim Request as necessary with the passage of time to liquidate any unliquidated amounts set forth herein or reflect additional sums to be owed or any applicable credits or duplicated information, and further reserves the right to assert and amend additional claims against the Debtor, including, but not limited to, pre-petition claims, rights of set-off and other claims or rights that have arisen or may arise in the future.  Iron Mountain further reserves any rights and claims it had or may have against third parties concerning the transactions and occurrences which gave rise to the instant claim.  By filing this Administrative Expense Claim Request, Iron Mountain does not waive any other claims that it has filed or may file in the Debtor's bankruptcy case.