| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 55243.13069 | 203008193 | 6/30/2025 | 7/30/2025 | 18,141.22USD | $ 18,141.22 | Delinquent | 106 |
| 55243.13069 | 203026159 | 8/31/2025 | 9/30/2025 | 18,087.67USD | $ 18,087.67 | Delinquent | 44 |
| 55243.13069 | 203034285 | 9/30/2025 | 10/30/2025 | 20,837.37USD | $ 20,837.37 | Delinquent | 14 |
| | | | | | $ 57,066.26 | | |

| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 04221.0352IS | KPKD657 | 7/31/2025 | 9/29/2025 | 264.81USD | $ 264.81 | Delinquent | 45 |
| 04221.0352IS | KRLT522 | 8/31/2025 | 10/30/2025 | 264.81USD | $ 264.81 | Delinquent | 14 |
| | | | | | $ 529.62 | | |

| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 99129.MONST001 | INV-00086385 | 7/29/2025 | 8/28/2025 | 12,436.36USD | $ 12,436.36 | Delinquent | 77 |
| 99129.MONST001 | INV-00086829 | 8/9/2025 | 9/8/2025 | 28,387.50USD | $ 28,387.50 | Delinquent | 66 |
| 99129.MONST001 | INV-00087640 | 8/26/2025 | 9/25/2025 | 15,749.85USD | $ 15,749.85 | Delinquent | 49 |
| 99129.MONST001 | INV-00088388 | 9/10/2025 | 10/10/2025 | 28,387.50USD | $ 28,387.50 | Delinquent | 34 |
| 99129.MONST001 | INV-00089702 | 9/29/2025 | 10/29/2025 | 12,610.52USD | $ 12,610.52 | Delinquent | 15 |
| | | | | | $ 97,571.73 | | |

| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 03137.0PFI29 | JNPW399 | 6/30/2024 | 7/30/2024 | 333.14USD | $ 333.14 | Delinquent | 471 |
| 03137.0PFI29 | JRBX879 | 7/31/2024 | 8/30/2024 | 314.47USD | $ 314.47 | Delinquent | 440 |
| 03137.0PFI29 | JSMB212 | 8/31/2024 | 9/30/2024 | 314.47USD | $ 314.47 | Delinquent | 409 |
| 03137.0PFI29 | JTZJ798 | 9/30/2024 | 10/30/2024 | 314.47USD | $ 314.47 | Delinquent | 379 |
| | | | | | $ 1,276.55 | | |

| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 03121.0G1995 | KMMR276 | 6/30/2025 | 8/14/2025 | 936.43USD | $ 936.43 | Delinquent | 91 |
| 03121.0G1995 | KNXC607 | 7/31/2025 | 9/14/2025 | 836.11USD | $ 836.11 | Delinquent | 60 |

| Account Number | Transaction | Transaction Date | Due Date or Receipt Date | Original Amount | Current Amount | Status | Days Late |
|---|---|---|---|---|---|---|---|
| 22153.09615 | 203010699 | 6/30/2025 | 7/30/2025 | 1,914.27USD | $ 1,914.27 | Delinquent | 106 |
| 22153.09615 | 5.10E+13 | 9/26/2025 | 9/26/2025 | 3,674.97USD | $ - | Cleared | |
| 22153.09615 | 203023856 | 8/31/2025 | 9/30/2025 | 1,967.82USD | $ 1,967.82 | Delinquent | 44 |
| 22153.09615 | 203033631 | 9/30/2025 | 10/30/2025 | 2,142.47USD | $ 2,142.47 | Delinquent | 14 |
| | | | | | $ 6,024.56 | | |