# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**  
Zen JV, LLC

**Case No.:** 25−11195−JKS

**Chapter:** 11

### ADMINISTRATIVE CLAIM NOTICE

Your administrative expense claim has been received, and has been added to the docket and the claims register in this bankruptcy case. Your claim will not be noticed for a hearing at this time. You will receive written notice in the future when your administrative expense claim will be scheduled for a hearing.

BY THE COURT

Date: 11/14/25

Stephen L Grant, Clerk of Court

(VAN−439)

United States Bankruptcy Court
District of Delaware

| | |
|---|---|
| In re: | Case No. 25-11195-JKS |
| Zen JV, LLC | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 1 of 6 |
| Date Rcvd: Nov 14, 2025 | Form ID: van439 | Total Noticed: 40 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zen JV, LLC, 200 N. LaSalle Street, #900, Chicago, Il 60601-1094 |
| aty | + | Adam C. Harris, Schulte Roth & Zabel LLP, 919 Third Avenue, New York, NY 10022-3921 |
| aty | + | Benjamin Rachelson, Adams and Reese LLP, 3455 Peachtree Road NE, Suite 1750, Altanta, GA 30326-4350 |
| aty | + | Brett A. Axelrod, FOX ROTHSCHILD LLP, 1980 Festival Plaza Drive, Suite 700, Las Vegas, NV 89135-2961 |
| aty | + | Bryan T. Glover, Stoel Rives LLP, 600 University Street, Suite 3600, Seattle, WA 98101-3197 |
| aty | + | Candace M. Arthur, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Carl E. Black, JONES DAY, North Point, 901 Lakeside Avenue, Cleveland, OH 44114-1163 |
| aty | + | Carl E. Black, Jones,Day,Reavis & Pogue, North Point, 901 Lakeside Avenue, Cleveland, OH 44114-1163 |
| aty | + | Catherine V. LoTempio, Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004-1485 |
| aty | + | Courtney A. Schael, ASHFORD SCHAEL LLC, 100 Quimby Street, Suite 1, Westfield, NJ 07090-5107 |
| aty | + | Daniel J. Merrett, 1221 Peachtree Street, N.E., Suite 400, Atlanta, GA 30361-3580 |
| aty | + | Daniel J. Merrett, JONES DAY, 1221 Peachtree Street, N.E., Suite 400, Atlanta, GA 30361-3580 |
| aty | + | David K. Shim, Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110-2012 |
| aty | + | James H. Billingsley, Duane Morris LLP, 100 Crescent Court, Suite 1200, Dallas, TX 75201-7860 |
| aty | + | Jeffrey T. Testa, McCarter & English, LLP, Four Gateway Center, 100 Mulberry Street, Newark, NJ 07102-4056 |
| aty | + | Jonathan Gordon, Latham & Watkins LLP, 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611-3695 |
| aty | + | Jonathan R. Friedman, COLE SCHOTZ P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6066 |
| aty | + | Mary V Gilmore, Benesch Friedlander Coplan & Aronoff LLP, 71 South Wacker Drive, Suite 1600, Chicago, IL 60606-4637 |
| aty | + | Patrick S. Baldwin, JONES DAY, 1221 Peachtree Street, N.E., Suite 400, Atlanta, GA 30361-3580 |
| aty | + | Ray C. Schrock, LATHAM & WATKINS LLP, 1271 Avenue of the Americas, New York, NY 10020-1300 |
| aty | + | Ronald A. Hewitt, Seward & Kissel LLP, One Battery Park Plaza, New York, NY 10004-1485 |
| aty | + | Sarah A. Carnes, Cole Schotz P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6066 |
| aty | + | Seth Van Aalten, Cole Schotz, P.C., 1325 Avenue of the Americas, 19th Floor, New York, NY 10019-6066 |
| crcmch | + | Appcast, Inc., Attn: Stacie Yamaguchi, 10 Water Street, Suite 150, Lebanon, NH 03766-1657 |
| cr | + | CBM Acquisition, LLC, c/o Duane Morris LLP, Attention: Christopher Winter, 1201 N.Market Street, Suite 501, Wilmington, DE 19801-1160 |
| intp | + | EHJOB LLC, C/O Brett A. Axelrod, Esq., Fox Rothschild LLP, 1980 Festival Plaza Drive, Suite 700 Las Vegas, NV 89135-2961 |
| cr | + | Google LLC, White and Williams LLP, 600 N. King Street, Suite 800, Wilmington, DE 19801-3778 |
| cr | + | JobGet, Inc., c/o Duane Morris LLP, Attention: Christopher Winter, 1201 N. Market Street, Suite 501, Wilmington, DE 19801-1160 |
| crcmch | + | Jobcase, Inc., Timothy Johnson, 201 Broadway St., 7th Floor, Cambridge, MA 02139-1955 |
| crcmch | | Jobverse, Inc., Attn: Kevin McCarthy, 1913 Champion Blvd., Franklin, TN 37064 |
| cr | + | Salesforce, Inc., White and Williams LLP, c/o Michael Ingrassia, 600 North King Street, Suite 800, Wilmington, DE 19801-3778 |
| crcmch | + | Talroo, Inc., Attn: Brian Henson, 6433 Champion Grandview Way, Bldg 2, Suite 100, Austin, TX 78750-8588 |
| crcmch | + | Textkernel B.V., c/o Bullhorn Inc. Attn: Chad Yohn, 100 Summer Street, Boston, MA 02110-2106 |
| crcmch | + | Verinext Inc., Attn: Oscar Romero, 510 Township Line Road, Blue Bell, PA 19422-2721 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| crcmch | | Email/Text: bankruptcygroup@equinix.com | Nov 14 2025 19:57:00 | Equinix, Inc., Attn: Liz Vazquez, 1133 Avenue of the America, 16th Floor, New York, NY 10036 |
| cr | + | Email/Text: bankruptcy2@ironmountain.com | Nov 14 2025 19:58:00 | Iron Mountain Information Management, LLC, 1101 Enterprise Drive, Royersford, PA 19468-4201 |

| District/off: 0311-1 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 14, 2025 | Form ID: van439 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| intp | | ^ MEBN | Nov 14 2025 19:52:30 | Omni Agent Solutions, Inc., www.omniagentsolutions.com, 5955 DeSoto Avenue, Suite #100, Woodland Hills, CA 91367-5100 |
| cr | + | Email/Text: schristianson@buchalter.com | Nov 14 2025 19:57:00 | Oracle America, Inc., Buchalter, a Professional Corporation, c/o Shawn M. Christianson, Esq., 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |
| cr | | ^ MEBN | Nov 14 2025 19:52:28 | Texas Comptroller of Public Accounts, Revenue Acco, Courtney J. Hull, PO Box 12548, Austin, TX 78711-2548 |
| 19894487 | + | Email/Text: schristianson@buchalter.com | Nov 14 2025 19:57:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 425 Market St., Suite 2900, San Francisco, CA 94105-2491 |

TOTAL: 6

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | | Latham & Watkins LLP |
| ombc | | Alan Chapell |
| fa | | AlixPartners, LLP |
| cr | | Equinix, Inc. |
| op | | PJT Partners LP |
| clagent | *+ | Omni Agent Solutions, Inc., www.omniagentsolutions.com, 5955 DeSoto Avenue, Suite #100, Woodland Hills, CA 91367-5100 |

TOTAL: 5 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Aaron H. Stulman | on behalf of Interested Party Cerberus Business Finance LLC astulman@potteranderson.com leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Aaron H. Stulman | on behalf of Interested Party Wilmington Trust  N.A. astulman@potteranderson.com, leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com;mromano@potteranderson.com |
| Brian Loughnane | on behalf of Interested Party Bullhorn  Inc. brian.loughnane@morganlewis.com |

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 3 of 6 |
| Date Rcvd: Nov 14, 2025 | Form ID: van439 | Total Noticed: 40 |

Chelsea A Botsch
    on behalf of Interested Party Rackspace U.S. Inc. cbotsch@mccarter.com

Chelsea A Botsch
    on behalf of Interested Party Hidden Talent LLC cbotsch@mccarter.com

Christopher L. Carter
    on behalf of Interested Party Bullhorn Inc. christopher.carter@morganlewis.com

Christopher M. Samis
    on behalf of Interested Party Cerberus Business Finance LLC leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Samis
    on behalf of Interested Party Wilmington Trust N.A. leastburn@potteranderson.com;bankruptcy@potteranderson.com;kmccloskey@potteranderson.com;tmistretta@potteranderson.com

Christopher M. Winter
    on behalf of Creditor CBM Acquisition LLC cmwinter@duanemorris.com

Christopher M. Winter
    on behalf of Creditor JobGet Inc. cmwinter@duanemorris.com

Clint Michael Carlisle
    on behalf of Debtor Zen JV LLC carlisle@rlf.com, jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Colin Meehan
    on behalf of Debtor Zen JV LLC meehan@rlf.com, rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Courtney J Hull
    on behalf of Creditor Texas Comptroller of Public Accounts Revenue Accounting Division bk-chull@oag.texas.gov, sherri.simpson@oag.texas.gov

Daniel J. DeFranceschi
    on behalf of Debtor FastWeb LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor CareerBuilder LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Zen JV LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Monster Worldwide LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor CareerBuilder Government Solutions LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Monster Government Solutions LLC defranceschi@rlf.com RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Camaro Acquisition LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Luceo Solutions LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor Military Advantage LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Daniel J. DeFranceschi
    on behalf of Debtor CareerBuilder France Holding LLC defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

David M. Klauder
    on behalf of Interested Party Allison Wagner dklauder@bk-legal.com DE17@ecfcbis.com

David M. Klauder
    on behalf of Interested Party Susan Fallon dklauder@bk-legal.com DE17@ecfcbis.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Nov 14, 2025 | Form ID: van439 | Total Noticed: 40 |

David M. Klauder
    on behalf of Interested Party Mark Nelson dklauder@bk-legal.com  DE17@ecfcbis.com

David M. Klauder
    on behalf of Interested Party Sarah Blansett dklauder@bk-legal.com  DE17@ecfcbis.com

Elazar A. Kosman
    on behalf of Creditor Committee Official Committee of Unsecured Creditors ekosman@coleschotz.com

Huiqi Liu
    on behalf of Debtor Monster Government Solutions LLC liu@rlf.com
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor Luceo Solutions  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor CareerBuilder France Holding  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor CareerBuilder Government Solutions  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor CareerBuilder  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor Zen JV  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor Military Advantage  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor FastWeb  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor Monster Worldwide LLC liu@rlf.com
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Huiqi Liu
    on behalf of Debtor Camaro Acquisition  LLC liu@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com;rbgroup@rlf.com;rebecca--speaker-6328@ecf.pacerpro.com

Jacqueline Doyle
    on behalf of Creditor Iron Mountain Information Management  LLC jmp@bostonbusinesslaw.com

James A. Copeland
    on behalf of Interested Party JMB Capital Partners Lending  LLC james.copeland@nortonrosefulbright.com

James E. Huggett
    on behalf of Creditor Oracle America  Inc. jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com

Jennifer R. Hoover
    on behalf of Creditor Verinext Corp. jhoover@beneschlaw.com  docket2@beneschlaw.com;lmolinaro@beneschlaw.com

Jody C. Barillare
    on behalf of Interested Party Bullhorn  Inc. jody.barillare@morganlewis.com, lori.gibson@morganlewis.com

John R. Ashmead
    on behalf of Interested Party Wilmington Trust  N.A. ashmead@sewkis.com,
    matott@sewkis.com;managingclerkoffice@sewkis.com

Justin R. Alberto
    on behalf of Trustee Liquidation Trustee jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Justin R. Alberto
    on behalf of Creditor Committee Official Committee of Unsecured Creditors jalberto@coleschotz.com
    pratkowiak@coleschotz.com;jford@coleschotz.com;bankruptcy@coleschotz.com;lmorton@coleschotz.com

Kate R. Buck
    on behalf of Interested Party Hidden Talent LLC kbuck@mccarter.com

Kate R. Buck
    on behalf of Interested Party Rackspace U.S. Inc. kbuck@mccarter.com

Kevin Scott Mann

        on behalf of Creditor Ikokas Technologies Private Limited kmann@crosslaw.com smacdonald@crosslaw.com,cgreen@crosslaw.com

Leah Victoria Lerman
        on behalf of Interested Party United States of America Leah.V.Lerman@usdoj.gov

Linda J. Casey
        on behalf of U.S. Trustee U.S. Trustee Linda.Casey@usdoj.gov

Lucian Borders Murley
        on behalf of Creditor Equinix Inc. luke.murley@saul.com, robyn.warren@saul.com

Maria Kotsiras
        on behalf of Interested Party Wilmington Trust N.A. mkotsiras@potteranderson.com, kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com

Maria Kotsiras
        on behalf of Interested Party Cerberus Business Finance LLC mkotsiras@potteranderson.com kmccloskey@potteranderson.com;tmistretta@potteranderson.com;bankruptcy@potteranderson.com

Matthew Barry Lunn
        on behalf of Interested Party JMB Capital Partners Lending LLC mlunn@ycst.com, bankfilings@ycst.com

Melissa M. Hartlipp
        on behalf of Creditor Committee Official Committee of Unsecured Creditors MHartlipp@coleschotz.com pratkowiak@coleschotz.com;lmorton@coleschotz.com;bankruptcy@coleschotz.com

Michael Ingrassia
        on behalf of Creditor Salesforce Inc. ingrassiam@whiteandwilliams.com, michael-ingrassia-5108@ecf.pacerpro.com;rweidman@morrisnichols.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com

Monique Bair DiSabatino
        on behalf of Creditor The Morning Consult LLC monique.disabatino@saul.com robyn.warren@saul.com

Reliable Companies
        gmatthews@reliable-co.com

Robert Bruner
        on behalf of Interested Party Rackspace U.S. Inc. bob.bruner@nortonrosefulbright.com

Robert F. Poppiti, Jr.
        on behalf of Interested Party JMB Capital Partners Lending LLC rpoppiti@ycst.com, bankfilings@ycst.com

Robert J. Dehney
        on behalf of Interested Party Randstad MWW Inc. rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert J. Dehney
        on behalf of Interested Party Randstad MWW Solutions Inc. rdehney@morrisnichols.com robert-dehney-4464@ecf.pacerpro.com;jlawrence@morrisnichols.com;john-lawrence-0804@ecf.pacerpro.com;rchevli@morrisnichols.com;radha--chevli--2257@ecf.pacerpro.com

Robert M. Hirsh
        on behalf of Interested Party JMB Capital Partners Lending LLC robert.hirsh@nortonrosefulbright.com, jrenert@lowenstein.com

Shawn M. Christianson
        on behalf of Creditor Oracle America Inc. schristianson@buchalter.com, cmcintire@buchalter.com

Stephanie Slater Ward
        on behalf of Interested Party EHJOB LLC sslater@foxrothschild.com rsolomon@foxrothschild.com;msteen@foxrothschild.com;de.dkt@foxrothschild.com

Sven Thure Nylen, IV
        on behalf of Creditor Verinext Corp. snylen@beneschlaw.com

Tara L. Lattomus
        on behalf of Interested Party BEACON HILL SOLUTIONS GROUP LLC delawarebankruptcy@eckertseamans.com, tlattomus@eckertseamans.com;mrutkowski@eckertseamans.com

Turner Falk
        on behalf of Creditor The Morning Consult LLC turner.falk@saul.com tnfalk@recap.email

U.S. Trustee
        USTPRegion03.WL.ECF@USDOJ.GOV

William A. Hazeltine
        on behalf of Creditor SecureIT Consulting Group Inc. whazeltine@sha-llc.com

William E. Chipman, Jr.
        on behalf of Interested Party VBS Group Inc. chipman@chipmanbrown.com, fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

| | | |
|---|---|---|
| District/off: 0311-1 | User: admin | Page 6 of 6 |
| Date Rcvd: Nov 14, 2025 | Form ID: van439 | Total Noticed: 40 |

William E. Chipman, Jr.
    on behalf of Interested Party Iron Corp US Inc. chipman@chipmanbrown.com
    fusco@chipmanbrown.com;dero@chipmanbrown.com;whalen@chipmanbrown.com;hitchens@chipmanbrown.com

Zachary I Shapiro
    on behalf of Debtor Military Advantage  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Camaro Acquisition  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Monster Worldwide LLC shapiro@rlf.com
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Zen JV  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Attorney Richards  Layton & Finger, P.A. shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor FastWeb  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Monster Government Solutions LLC shapiro@rlf.com
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor Luceo Solutions  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor CareerBuilder  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor CareerBuilder Government Solutions  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

Zachary I Shapiro
    on behalf of Debtor CareerBuilder France Holding  LLC shapiro@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com;rebecca--speaker-6328@ecf.pacerpro.com

TOTAL: 84