**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: Jan. 27, 2026 at 2:30 p.m. (ET)**<br>**Objection Deadline: Dec. 10, 2025 at 4:00 p.m. (ET)** |

**NOTICE OF COMBINED FOURTH MONTHLY AND FINAL FEE
APPLICATION OF COLE SCHOTZ P.C., COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE
MONTHLY PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025
AND THE FINAL PERIOD FROM JULY 2, 2025 THROUGH OCTOBER 14, 2025**

**PLEASE TAKE NOTICE** that on November 19, 2025, Cole Schotz P.C. filed the *Combined Fourth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from October 1, 2025 through October 14, 2025 and the Final Period from July 2, 2025 through October 14, 2025* (the "Application"), which seeks: (i) approval of monthly compensation for professional services rendered to the Official Committee of Unsecured Creditors (the "Committee") in the amount of $35,842.40 (80% of $44,803.00), together with reimbursement of expenses in the amount of $0.00 for the monthly period from October 1, 2025 through October 14, 2025 (the "Monthly Period") and (ii) approval of final compensation for professional services rendered to the Committee in the amount of $798,332.50, together with reimbursement of final expenses in the amount of $6,651.06 for the final period from July 2, 2025 through October 14, 2025 (the "Final Period").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application are required to be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the following, so as to be **received no later than 4:00 p.m. (ET) on December 10, 2025 (the "Objection Deadline"**): (a) the Debtors, c/o Zen JV, LLC, 200 N. LaSalle Street #900, Chicago, Illinois 60601, Attn: Sheri D. Davis, General Counsel (Sheri.Davis@careerbuilder.com); (b) counsel to the Debtors, (i) Latham & Watkins LLP, (a) 1271 Avenue of the Americas, New York, New York 10020, Attn: Ray C. Schrock (ray.schrock@lw.com) and Candace M. Arthur (candace.arthur@lw.com) and (b) 330 North Wabash Avenue, Suite 2800, Chicago, IL 60611,

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

69937/0001-51618836

Attn: Jonathan Gordon (jonathan.gordon@lw.com) and (ii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi (defranceschi@rlf.com) and Zachary I. Shapiro (shapiro@rlf.com); (c) counsel to the DIP Lender, (i) Norton Rose Fulbright US LLP, 1301 Avenue of the Americas, New York, New York 10019, Attn: Robert M. Hirsh (robert.hirsh@nortonrosefulbright.com) and James Copeland (james.copeland@nortonrosefulbright.com) and (ii) Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street Wilmington, Delaware 19801, Attn: Matthew Lunn, Esq. (mlunn@ycst.com) and Robert Poppiti (rpoppiti@ycst.com); (d) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801, Attn: Linda J. Casey (Linda.Casey@usdoj.gov); and (e) counsel to the Creditors' Committee, Cole Schotz P.C., (i) 500 Delaware Avenue, Suite 600, Attn: Justin Alberto (jalberto@coleschotz.com), Melissa Hartlipp (mhartlipp@coleschotz.com), and Elazar Kosman (ekosman@coleschotz.com) and (ii) 1325 Avenue of the Americas, 19th Floor, Attn: Seth Van Aalten (svanaalten@coleschotz.com) and Sarah Carnes (scarnes@coleschotz.com).

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held on **January 27, 2026 at 2:30 p.m. (ET) (the "Hearing")** before The Honorable J. Kate Stickles, United States Bankruptcy Judge of the United States Bankrutpcy Court for the District of Delaware, 5th Floor, Courtroom No. 6, 824 North Market Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE APPLICATION WITHOUT FURTHER NOTICE.**

[*Remainder of Page Intentionally Left Blank*]

| | |
|---|---|
| Dated: November 19, 2025<br>Wilmington, Delaware | **COLE SCHOTZ P.C.**<br><br>*/s/ Justin R. Alberto*<br>Justin R. Alberto (No. 5126)<br>Melissa M. Hartlipp (No. 7063)<br>Elazar A. Kosman (No. 7077)<br>500 Delaware Avenue, Suite 600<br>Wilmington, DE 19801<br>Telephone:   (302) 652-3131<br>Facsimile:   (302) 652-3117<br>Email:   jalberto@coleschotz.com<br>   mhartlipp@coleschotz.com<br>   ekosman@coleschotz.com<br><br>– and –<br><br>Seth Van Aalten (admitted *pro hac vice*)<br>Sarah A. Carnes (admitted *pro hac vice*)<br>1325 Avenue of the Americas, 19th Floor<br>New York, NY 10019<br>Telephone:   (212) 752-8000<br>Facsimile:   (212) 752-8393<br>Email:   svanaalten@coleschotz.com<br>   scarnes@coleschotz.com<br><br>*Counsel to the Official Committee of Unsecured Creditors* |