**Exhibit A**

**ZEN JV, LLC, *ET AL.***

**SUMMARY OF BILLING BY PROFESSIONAL
FOR THE MONTHLY PERIOD FROM
OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025**

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $1,150.00 | 12.0 | $13,800.00 |
| Steven L. Klepper | 1993 | Member (Litigation) | $1,035.00 | 2.1 | $2,173.50 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $1,000.00 | 16.1 | $16,100.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $875.00 | 1.9 | $1,662.50 |
| Jonathan R. Friedman | 2019 | Associate (Bankruptcy) | $680.00 | 7.9 | $5,372.00 |
|  |  |  | $340.00[2] | 1.3 | $442.00 |
| Elazar A. Kosman | 2022 | Associate (Bankruptcy) | $485.00 | 5.3 | $2,570.50 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $485.00 | 2.5 | $1,212.50 |
| Larry S. Morton | N/A | Paralegal | $420.00 | 3.5 | $1,470.00 |
|  |  |  | **TOTAL** | **52.6** | **$44,803.00** |

---

[1] This rate is Cole Schotz P.C.'s regular hourly rate for legal services. All hourly rates are adjusted by Cole Schotz P.C. on a periodic basis (the last such adjustment occurred on September 1, 2025).

[2] Consistent with Local Rule 2016-1(d)(ix), this application describes non-working travel time separately and bills travel time at no more than half of Cole Schotz's regularly hourly rates.

## ZEN JV, LLC, *ET AL.*

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025

| Project Category | Actual Hours | Actual Fees |
|---|---|---|
| Case Administration | 2.4 | $1,060.00 |
| Claims Analysis | 0.7 | $700.00 |
| Committee Matters and Creditor Meetings | 1.1 | $1,115.00 |
| Executory Contracts | 1.2 | $1,153.00 |
| Fee Application Matters/Objections | 5.9 | $2,895.50 |
| Non-Working Travel Time | 1.3 | $442.00 |
| Preparation for and Attendance at Hearings | 6.0 | $4,584.50 |
| Reorganization Plan | 31.1 | $29,759.50 |
| Retention Matters | 0.8 | $920.00 |
| General | 2.1 | $2,173.50 |
| **TOTAL** | **52.6** | **$44,803.00** |



**COLE SCHOTZ P.C.**

Cole Schotz P.C.
500 Delaware Avenue
Suite 600
Wilmington, DE  19801

FEDERAL ID# 22-2113414

NJ — NY — DE — MD — DC — FL — TX

ZEN JV, LLC
C/O OMNI AGENT SOLUTIONS
1120 AVENUE OF THE AMERICAS, 4TH FLOOR
NEW YORK, NY 10136

| | |
|---|---|
| Invoice Date: | October 17, 2025 |
| Invoice Number: | 1019100 |
| Matter Number: | 69937-0001 |

**Re:**  OFFICIAL COMMITEE OF UNSECURED CREDITORS

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 14, 2025

| **CASE ADMINISTRATION** | | | **2.40** | **1,060.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 10/03/25 | EAK | DOCKET REVIEW (.1); ORGANIZE WORKSTERAMS (.1) | 0.20 | 97.00 |
| 10/03/25 | LSM | UPDATE BANKRUPTCY CASE CALENDAR WITH OBJECTION/FILING DEADLINES AND HEARING DATES | 0.40 | 168.00 |
| 10/06/25 | JF | EMAILS WITH L. MORTON RE: PRO HAC VICE MOTION FOR J. FRIEDMAN | 0.10 | 68.00 |
| 10/06/25 | LSM | COMPILE, REVIEW AND FORWARD TO J. FRIEDMAN THE SIGNED PRO HAC VICE ORDER | 0.10 | 42.00 |
| 10/06/25 | LSM | DRAFT PRO HAC VICE MOTION FOR J. FRIEDMAN | 0.30 | 126.00 |
| 10/06/25 | LSM | UPDATE, FILE AND UPLOAD ORDER TO PRO HAC VICE MOTION FOR J. FRIEDMAN | 0.40 | 168.00 |
| 10/06/25 | LSM | PROCESS PAYMENT FOR FILING FEES FOR PRO HAC VICE MOTION FOR J. FRIEDMAN | 0.20 | 84.00 |
| 10/13/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET FOR CRITICAL DATES | 0.20 | 84.00 |
| 10/14/25 | MMH | CALENDAR UPCOMING DEADLINES | 0.20 | 97.00 |
| 10/14/25 | LSM | REVIEW NOTICE OF EFFECTIVE DATE AND RELATED EMAILS | 0.30 | 126.00 |

| **CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS** | | | **0.70** | **700.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 10/14/25 | SYC | REVIEW EMAILS RE: EMPLOYEE CLAIMS AND EMAILS WITH M3 RE: SAME | 0.70 | 700.00 |

| **COMMITTEE MATTERS AND CREDITOR MEETINGS** | | | **1.10** | **1,115.00** |
|---|---|---|---|---|
| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
| 10/06/25 | SYC | REVISIONS TO DRAFT UCC EMAIL AND CORRES WITH J. FRIEDMAN RE: SAME | 0.60 | 600.00 |
| 10/07/25 | SYC | REVIEW EMAIL TO UCC RE: PLAN CONFIRMATION | 0.40 | 400.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number  1019100 |
| | Client/Matter No. 69937-0001 | | | October 17, 2025 |
| | | | | Page 2 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/08/25 | JRA | EMAIL WITH S. CARNES AND J. FRIEDMAN RE UCC UPDATE EMAIL | 0.10 | 115.00 |

| **EXECUTORY CONTRACTS** | | | **1.20** | **1,153.00** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 10/01/25 | JRA | REVIEW VERINEXT STIP | 0.20 | 230.00 |
| 10/06/25 | JF | REVIEW MOTION TO ASSUME AND ASSIGN EXECUTORY CONTRACTS | 0.20 | 136.00 |
| 10/06/25 | EAK | REVIEW EXECUTORY CONTRACTS (.1); AND EMAIL TO CS TEAM RE THE SAME (.1) | 0.20 | 97.00 |
| 10/06/25 | JRA | REVIEW ASSUMPTION MOTION | 0.60 | 690.00 |

| **FEE APPLICATION MATTERS/OBJECTIONS** | | | **5.90** | **2,895.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 10/03/25 | EAK | COMMUNICATIONS WITH CS TEAM RE FEES (.3) CORRESPONDENCE RE FEE APP CNO AND REVIEW THE SAME (.2) | 0.50 | 242.50 |
| 10/03/25 | LSM | REVIEW BANKRUPTCY COURT DOCKET AND DRAFT CNO REGARDING SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ AND FORWARD SAME TO E. KOSMAN | 0.30 | 126.00 |
| 10/05/25 | EAK | BEGIN DRAFTING THIRD MONTHLY FEE APPLICATION. | 0.70 | 339.50 |
| 10/06/25 | EAK | DRAFT FEE APPLICATION (.4) AND EMAILS TO CS TEAM RE FEE CNO (.1) | 0.50 | 242.50 |
| 10/06/25 | JRA | EMAIL WITH E. KOSMAN RE FEE APP | 0.10 | 115.00 |
| 10/06/25 | LSM | REVIEW AND FILE CNO REGARDING SECOND MONTHLY FEE APPLICATION FOR COLE SCHOTZ | 0.20 | 84.00 |
| 10/09/25 | EAK | CONTINUE DRAFTING FEE APPLICATION | 1.40 | 679.00 |
| 10/10/25 | MMH | CONFER WITH E. KOSMAN RE: FEE APP PREP | 0.10 | 48.50 |
| 10/13/25 | EAK | CONTINUE DRAFTING FEE APPLICATION. | 1.80 | 873.00 |
| 10/13/25 | MMH | REVIEW AND REVISE THIRD MONTHLY FEE APP | 0.20 | 97.00 |
| 10/13/25 | MMH | CORRESPONDENCE WITH E. KOSMAN RE: COMMENTS TO FEE APP | 0.10 | 48.50 |

| **GENERAL** | | | **2.10** | **2,173.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 10/01/25 | SLK | REVIEW PLAN SUPPLEMENT | 0.10 | 103.50 |
| 10/03/25 | SLK | REVIEW AGENDA FOR HEARING | 0.20 | 207.00 |
| 10/06/25 | SLK | REVIEW AGENDA | 0.20 | 207.00 |
| 10/06/25 | SLK | VARIOUS CORRESPONDENCE RE: CONFIRMATION HEARING; REVIEW PROPOSED ORDER AND MOTION | 0.50 | 517.50 |

**COLE SCHOTZ P.C.**

Re:  OFFICIAL COMMITEE OF UNSECURED CREDITORS  Invoice Number  1019100
Client/Matter No. 69937-0001  October 17, 2025
Page 3

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/07/25 | SLK | ATTEND CONFIRMATION HEARING | 0.60 | 621.00 |
| 10/07/25 | SLK | WORK ON DESTRUCTION OF DOCUMENTS ISSUES | 0.30 | 310.50 |
| 10/08/25 | SLK | REVIEW ORDER | 0.20 | 207.00 |

**NON-WORKING TRAVEL TIME**  1.30  884.00

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/07/25 | JF | TRAVEL TO/FROM DE FOR CONFIRMATION HEARING (BILLED AT 1/2 TIME) | 1.30 | 884.00 |

**PREPARATION FOR AND ATTENDANCE AT HEARINGS**  6.00  4,584.50

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/06/25 | SLN | CORRESPONDENCE WITH CS TEAM REGARDING CONFIRMATION HEARING (.2); | 0.20 | 175.00 |
| 10/06/25 | MMH | COORDINATE LOGISTICS FOR 10/7 HEARING | 0.10 | 48.50 |
| 10/06/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO CS TEAM THE AGENDA FOR THE OCTOBER 7, 2025 HEARING | 0.30 | 126.00 |
| 10/06/25 | LSM | ASSIST WITH HEARING PREPARATIONS FOR OCTOBER 7, 2025 HEARING | 0.50 | 210.00 |
| 10/06/25 | JRA | FURTHER CORRESPONDENCE WITH CS, RLF AND UCC MEMBERS RE CONFIRMATION HEARING | 0.80 | 920.00 |
| 10/06/25 | JRA | REVIEW OCTOBER 7 HEARING AGENDA | 0.10 | 115.00 |
| 10/06/25 | JRA | FURTHER CORRESPONDENCE WITH S. CARNES AND S. NEWMAN RE CONFIRMATION HEARING STRATEGY AND PREP FOR SAME | 0.40 | 460.00 |
| 10/07/25 | SLN | REVIEW AGENDA FOR CONFIRMATION HEARING (.1); PREPARE FOR AND ATTEND CONFIRMATION HEARING (.8); | 0.90 | 787.50 |
| 10/07/25 | SYC | ATTEND CONFIRMATION HEARING | 0.50 | 500.00 |
| 10/07/25 | MMH | ASSIST J. FRIEDMAN WITH HEARING PREP | 0.20 | 97.00 |
| 10/07/25 | MMH | REVIEW CONFIRMATION HEARING AGENDA | 0.10 | 48.50 |
| 10/07/25 | MMH | VIRTUALLY ATTEND AND RUN LISTEN-ONLY LINE FOR CONFIRMATION HEARING | 0.60 | 291.00 |
| 10/07/25 | JF | PREPARE FOR CONFIRMATION HEARING (0.6); ATTEND CONFIRMATION HEARING (0.4) | 1.00 | 680.00 |

**COLE SCHOTZ P.C.**

| | | | | |
|---|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | | Invoice Number 1019100 |
| | Client/Matter No. 69937-0001 | | | October 17, 2025 |
| | | | | Page 4 |

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/07/25 | LSM | COMPILE, REVIEW AND CIRCULATE TO S. NEWMAN THE AGENDA FOR THE OCTOBER 7, 2025 HEARING | 0.30 | 126.00 |

| **REORGANIZATION PLAN** | | | **31.10** | **29,759.50** |
|---|---|---|---|---|
| DATE | INITIALS | Description | HOURS | AMOUNT |
| 10/01/25 | SYC | REVIEW TSA EXTENSION AND CORRES WITH M3 AND JRA RE: SAME | 1.10 | 1,100.00 |
| 10/01/25 | JF | EMAILS WITH COMMITTEE MEMBER RE: VOTING PROCESS (0.3); EMAILS WITH LIQUIDATION TRUSTEE RE: LIQUIDATING TRUST AGREEMENT (0.3); REVIEW ADDITIONAL REVISIONS TO PROPOSED CONFIRMATION ORDER (0.7); CALL WITH C. CARLISLE RE: SAME (0.1); EMAILS WITH CS TEAM AND DEBTORS COUNSEL RE SAME (0.1) | 1.50 | 1,020.00 |
| 10/01/25 | JRA | FURTHER CORRESPONDENCE WITH CS AND RLF RE PLAN SUPPLEMENT AND CONFIRMATION ORDER | 0.60 | 690.00 |
| 10/01/25 | JRA | CORRESPOND WITH S. CARNES RE TSA AMENDMENT | 0.20 | 230.00 |
| 10/01/25 | JRA | REVIEW ADDITIONAL CONFIRMATION ORDER LANGUAGE (.3); EMAILS WITH RLF RE SAME (.1) | 0.40 | 460.00 |
| 10/01/25 | JRA | EMAILS WITH J. FRIEDMAN AND S. BALASIANO RE LIQUIDATING TRUST AGREEMENT | 0.20 | 230.00 |
| 10/01/25 | JRA | REVIEW TSA AND AMENDMENT TO SAME (.6); EMAIL WITH D. MERRETT RE SAME (.1) | 0.70 | 805.00 |
| 10/02/25 | JRA | REVIEW VOTING REPORT | 0.20 | 230.00 |
| 10/02/25 | JRA | ANALYZE DRAFT CONFIRMATION ORDER | 0.90 | 1,035.00 |
| 10/03/25 | JF | REVIEW PROPOSED FILING VERSION OF PROPOSED CONFIRMATION ORDER (0.6); EMAILS WITH CS TEAM AND DEBTORS COUNSEL RE: SAME (0.2); DRAFT CONFIRMATION HEARING STATEMENT SCRIPT (0.8) | 1.60 | 1,088.00 |
| 10/03/25 | JRA | CORRESPOND WITH S. CARNES AND CS TEAM RE CONFIRMATION HEARING LOGISTICS | 0.40 | 460.00 |
| 10/03/25 | JRA | REVIEW AMENDED PLAN SUPPLEMENT | 0.20 | 230.00 |
| 10/06/25 | JF | CALL WITH S. CARNES RE: CONFIRMATION HEARING STATEMENT SCRIPT (0.3); REVISE AND INCORPORATE COMMENTS TO CONFIRMATION HEARING STATEMENT SCRIPT (1.1) | 1.40 | 952.00 |
| 10/06/25 | JF | DRAFT UCC UPDATE EMAIL RE: VOTING RESULTS AND PLAN CONFIRMATION (0.6); CALL WITH S. CARNES RE: SAME (0.1); REVISE AND SEND UCC UPDATE EMAIL (0.5) | 1.20 | 816.00 |
| 10/06/25 | SYC | REVIEW VOTING REPORT AND CONFIRMATION BRIEF | 2.80 | 2,800.00 |
| 10/06/25 | SYC | REVIEW TSA AMENDMENT AND CALLS WITH D. MERRETT AND M3 RE: SAME | 1.50 | 1,500.00 |

**COLE SCHOTZ P.C.**

Re: OFFICIAL COMMITEE OF UNSECURED CREDITORS  
Client/Matter No. 69937-0001

Invoice Number 1019100  
October 17, 2025  
Page 5

| DATE | INITIALS | Description | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/06/25 | MMH | CORRESPONDENCE WITH S. CARNES RE: PLAN ADMIN. TASKS | 0.10 | 48.50 |
| 10/06/25 | JRA | REVIEW ADDITIONAL CONFIRMATION DOCS INCLUDING VOTING DECLARATION AND SECOND AMENDED PLAN | 1.40 | 1,610.00 |
| 10/06/25 | JRA | CORRESPOND WITH S. CARNES RE RANDSTADT RESERVE AND EFFECTIVE DATE MATTERS | 0.30 | 345.00 |
| 10/06/25 | JRA | REVIEW CONFIRMATION BRIEF | 0.90 | 1,035.00 |
| 10/06/25 | JRA | REVIEW DELCONTE DECLARATION | 0.30 | 345.00 |
| 10/07/25 | SYC | EMAILS/CALLS WITH M3 AND JD RE: TSA | 1.10 | 1,100.00 |
| 10/07/25 | SYC | CALL WITH M3 RE: WIND-DOWN | 0.50 | 500.00 |
| 10/07/25 | SLN | REVIEW CONFIRMATION BRIEF (.8); | 0.80 | 700.00 |
| 10/07/25 | JF | CALL WITH S. CARNES RE: CONFIRMATION HEARING OUTCOME AND NEXT STEPS (0.1); DRAFT COMMITTEE UPDATE EMAIL RE: SAME (0.5) | 0.60 | 408.00 |
| 10/07/25 | MMH | CORRESPONDENCE WITH DEBTOR'S COUNSEL RE: PAYMENT INFORMATION | 0.20 | 97.00 |
| 10/07/25 | JRA | EMAIL WITH D. MERRETT RE LTA ISSUE | 0.10 | 115.00 |
| 10/07/25 | JRA | REVIEW REDLINED CONFIRMATION ORDER | 0.10 | 115.00 |
| 10/07/25 | JRA | CORRESPOND WITH S. CARNES, RLF AND UCC MEMBERS RE PLAN CONFIRMATION AND HEARING ON SAME | 0.60 | 690.00 |
| 10/07/25 | JRA | FURTHER CORRESPONDENCE WITH S. CARNES, S. NEWMAN AND UCC MEMBERS RE PLAN CONFIRMATION | 0.40 | 460.00 |
| 10/08/25 | JF | REVISE AND SEND COMMITTEE UPDATE EMAIL RE: PLAN CONFIRMATION AND NEXT STEPS | 0.30 | 204.00 |
| 10/08/25 | SYC | EMAILS/CALLS WITH CS, M3, JD, AND RLF TEAMS RE: PLAN AND TRANSITON | 1.30 | 1,300.00 |
| 10/08/25 | MMH | CORRESPONDENCE WITH DEBTORS' COUNSEL RE: PLAN ADMIN. LOGISTICS | 0.10 | 48.50 |
| 10/09/25 | SYC | CALLS AND EMAILS WITH DEBTORS, JD, AND M3 TEAMS RE: PLAN, EFFECTIVE DATE, AND TRANSITION | 2.10 | 2,100.00 |
| 10/09/25 | MMH | CORRESPONDENCE WITH S. BALASIANO RE: PLAN ADMIN TASKS | 0.10 | 48.50 |
| 10/10/25 | SYC | CALLS/EMAILS WITH M3 RE: EFFECTIVE DATE | 0.70 | 700.00 |
| 10/13/25 | SYC | REVISIONS TO LTA (.6); EMAILS/CALLS WITH RLF RE: SAME (.5) | 1.10 | 1,100.00 |
| 10/13/25 | MMH | CORRESPONDENCE WITH M. ALTMAN AND D. REPKO RE: PLAN ADMIN. DISBURSMENT INFO | 0.10 | 48.50 |
| 10/13/25 | JRA | EMAILS WITH M. HARTLIPP RE EFFECTIVE DATE TIMING | 0.20 | 230.00 |
| 10/13/25 | JRA | REVIEW EMAILS WITH CS AND RLF RE LTA AND EFFECTIVE DATE ISSUES | 0.30 | 345.00 |
| 10/14/25 | SYC | REVIEW FINAL VERSION OF LTA (.5) AND CRITICAL DATES CHART (.6) AND EMAIL TO UCC RE; EFFECTIVE DATE (.6) | 1.70 | 1,700.00 |

**COLE SCHOTZ P.C.**

| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | Invoice Number 1019100 |
|---|---|---|
| | Client/Matter No. 69937-0001 | October 17, 2025 |
| | | Page 6 |

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/14/25 | MMH | CONFER WITH J. FRIEDMAN RE: PLAN ADMIN. LOGISTICS | 0.20 | 97.00 |
| 10/14/25 | MMH | CORRESPONDENCE WITH RLF RE: PROFESSIONAL FEE RESERVE | 0.10 | 48.50 |
| 10/14/25 | JRA | EMAIL WITH J. FRIEDMAN RE EXECUTION VERSION OF LTA | 0.10 | 115.00 |
| 10/14/25 | JRA | FURTHER EMAILS WITH CS AND RLF RE EFFECTIVE DATE AND LTA ISSUES | 0.30 | 345.00 |
| 10/14/25 | JRA | REVIEW NOTICE OF EFFECTIVE DATE | 0.10 | 115.00 |

| **RETENTION MATTERS** | | | **0.80** | **920.00** |
|---|---|---|---|---|

| **DATE** | **INITIALS** | **Description** | **HOURS** | **AMOUNT** |
|---|---|---|---|---|
| 10/08/25 | JRA | REVIEW FORVIS RETENTION APP | 0.80 | 920.00 |

| | | TOTAL HOURS | 52.60 | |
|---|---|---|---|---|

PROFESSIONAL SERVICES: $45,245.00

**TIMEKEEPER SUMMARY**

| **NAME** | **TIMEKEEPER TITLE** | **HOURS** | **RATE** | **AMOUNT** |
|---|---|---|---|---|
| Elazar A. Kosman | Associate | 5.30 | 485.00 | 2,570.50 |
| Jonathan R. Friedman | Associate | 9.20 | 680.00 | 6,256.00 |
| Justin R. Alberto | Member | 12.00 | 1,150.00 | 13,800.00 |
| Larry S. Morton | Paralegal | 3.50 | 420.00 | 1,470.00 |
| Melissa M. Hartlipp | Associate | 2.50 | 485.00 | 1,212.50 |
| Sarah A. Carnes | Member | 16.10 | 1,000.00 | 16,100.00 |
| Stacy L. Newman | Member | 1.90 | 875.00 | 1,662.50 |
| Steven L. Klepper | Member | 2.10 | 1,035.00 | 2,173.50 |
| | **Total** | **52.60** | | **$45,245.00** |

TOTAL SERVICES: $ 45,245.00

**COLE SCHOTZ P.C.**

| | | | |
|---|---|---|---|
| Re: | OFFICIAL COMMITEE OF UNSECURED CREDITORS | | Invoice Number 1019100 |
| | Client/Matter No. 69937-0001 | | October 17, 2025 |
| | | | Page 7 |

## TASK SUMMARY

| TASK CODE | Description | HOURS | AMOUNT |
|---|---|---|---|
| DM00 | GENERAL | 2.10 | 2,173.50 |
| DM05 | CASE ADMINISTRATION | 2.40 | 1,060.00 |
| DM07 | CLAIMS ANALYSIS, ADMINISTRATION AND OBJECTIONS | 0.70 | 700.00 |
| DM08 | COMMITTEE MATTERS AND CREDITOR MEETINGS | 1.10 | 1,115.00 |
| DM13 | EXECUTORY CONTRACTS | 1.20 | 1,153.00 |
| DM15 | FEE APPLICATION MATTERS/OBJECTIONS | 5.90 | 2,895.50 |
| DM22 | NON-WORKING TRAVEL TIME | 1.30 | 884.00 |
| DM24 | PREPARATION FOR AND ATTENDANCE AT HEARINGS | 6.00 | 4,584.50 |
| DM27 | REORGANIZATION PLAN | 31.10 | 29,759.50 |
| DM29 | RETENTION MATTERS | 0.80 | 920.00 |
| | **Total** | **52.60** | **$45,245.00** |

## ZEN JV, LLC, *ET AL.*

## SUMMARY OF BILLING BY PROFESSIONAL
## JULY 2, 2025 THROUGH OCTOBER 14, 2025

| Attorney Name | Year Admitted | Position (Department) | Hourly Billing Rate[3] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Justin R. Alberto | 2008 | Member (Bankruptcy) | $1,150.00 | 31.1 | $35,765.00 |
| | | | $925.00 | 104.8 | $96,940.00 |
| Steven L. Klepper | 1993 | Member (Litigation) | $1,035.00 | 3.8 | $3,933.00 |
| | | | $960.00 | 32.4 | $31,104.00 |
| Seth Van Aalten | 2004 | Member (Bankruptcy) | $1,375.00 | 1.9 | $2,612.50 |
| | | | $1,150.00 | 37.2 | $42,780.00 |
| Sarah A. Carnes | 2015 | Member (Bankruptcy) | $1,000.00 | 47.1 | $47,100.00 |
| | | | $900.00 | 266.8 | $240,120.00 |
| | | | $450.00[4] | 2.5 | $1,125.00 |
| Stacy L. Newman | 2007 | Member (Bankruptcy) | $875.00 | 1.9 | $1,662.50 |
| Krista L. Kulp | 2013 | Special Counsel (Litigation) | $670.00 | 32.6 | $21,842.00 |
| Jonathan R. Friedman | 2019 | Associate (Bankruptcy) | $680.00 | 53.7 | $36,516.00 |
| | | | $340.00 | 1.3 | $442.00 |
| | | | $620.00 | 164.6 | $102,052.00 |
| Elazar A. Kosman | 2022 | Associate (Bankruptcy) | $485.00 | 27.7 | $13,434.50 |
| | | | $430.00 | 117.9 | $50,697.00 |
| Melissa M. Hartlipp | 2022 | Associate (Bankruptcy) | $485.00 | 3.8 | $1,843.00 |
| | | | $430.00 | 108.6 | $46,698.00 |
| | | | $215.00 | 2.9 | $623.50 |
| Kellen J. Sweeney | N/A | Law Clerk | $300.00 | 18.8 | $5,640.00 |
| Larry S. Morton | N/A | Paralegal | $420.00 | 9.1 | $3,822.00 |
| | | | $400.00 | 15.5 | $6,200.00 |
| Christopher D. Sindo | N/A | Lit. Support | $440.00 | 6.8 | $2,992.00 |
| Daniel N. Sullivan | N/A | Lit. Support | $475.00 | 1.2 | $570.00 |
| Bryan E. Navas | N/A | Lit. Support | $440.00 | 2.2 | $968.00 |
| Pauline Z. Ratkowiak | N/A | Paralegal | $425.00 | 1.4 | $595.00 |
| Jaya Gajjavelli | N/A | Lit. Support | $440.00 | 1.2 | $528.00 |
| | | | **TOTAL** | **1,098.8** | **$798,605.00** |
| | | | **TOTAL AFTER REDUCTION** | | **$798,332.50** |

**Total Requested Compensation:** $798,332.50
**Total Attorney Compensation:** $777,290.00
**Blended Rate All Attorneys:** $745.53
**Blended Rate All Timekeepers:** $726.80

---

[3] Cole Schotz adjusted its hourly rates on September 1, 2025. This application describes the amounts accrued using pre-adjustment rates separate from amounts accrued using post-adjustment rates.

[4] Consistent with Local Rule 2016-1(d)(ix), this application describes non-working travel time separately and bills travel time at no more than half of Cole Schotz's regularly hourly rates.

4

69937/0001-51618836

**ZEN JV, LLC, *ET AL.***

**COMPENSATION BY PROJECT CATEGORY**
**JULY 2, 2025 THROUGH OCTOBER 14, 2025**

| Project Category | Actual Hours | Actual Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 179.1 | $138,304.50 |
| Case Administration | 61.0 | $30,679.50 |
| Cash Collateral and DIP Financing | 133.6 | $93,066.50 |
| Claims Analysis | 6.6 | $6,012.50 |
| Committee Matters and Creditor Meetings | 113.6 | $80,436.50 |
| Creditor Inquiries | 0.9 | $546.50 |
| Disclosure Statement/Voting Issues | 0.5 | $215.00 |
| Employee Matters | 1.4 | $602.00 |
| Executory Contracts | 10.1 | $6,315.50 |
| Fee Application Matters/Objections | 44.2 | $21,981.00 |
| Non-Working Travel Time | 6.7 | $2,190.50 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 4.0 | $2,096.00 |
| Preparation for and Attendance at Hearings | 31.9 | $21,522.50 |
| Reorganization Plan | 172.2 | $152,488.50 |
| Reports; Statements and Schedules | 0.9 | $770.50 |
| Retention Matters | 27.4 | $15,377.00 |
| U.S. Trustee Matters and Meetings | 0.1 | $92.50 |
| Budgeting (Case) | 1.1 | $644.00 |
| Business Operations | 4.3 | $3,066.00 |
| Document Review/ Committee Investigation | 297.1 | $220,024.50 |
| General | 2.1 | $2,173.50 |
| **TOTAL** | **1,098.8** | **$798,605.00** |
| **TOTAL AFTER REDUCTION** | | **$798,332.50** |

2

<u>**Exhibit B**</u>

**ZEN JV, LLC, *ET AL.***

**EXPENSE SUMMARY
FOR THE MONTHLY PERIOD FROM
<u>OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025</u>**

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---:|
| N/A | | $0.00 |
| **TOTAL** | | **$0.00** |

## ZEN JV, LLC, *ET AL.*

### EXPENSE SUMMARY
### JULY 2, 2025 THROUGH OCTOBER 14, 2025

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Photocopying/Printing/Scanning (7,352 pages @ $0.10/page) | | $735.20 |
| Court Fees | PACER | $83.90 |
| Discovery/Exhibits Preparation | | $952.70 |
| Filing Fees | PACER | $100.00 |
| Online Research | Westlaw/LEXIS | $2,346.63 |
| Transcripts | Reliable | $79.75 |
| Couriers | Parcels/Reliable | $427.11 |
| Travel | | $1,525.49 |
| Data Host | | $252.00 |
| Working Meals | | $148.28 |
| **TOTAL** | | **$6,651.06** |

# Exhibit C

**Customary and Comparable Compensation Disclosures,
Budget and Staffing Plan and Summary Cover Sheet of Final Fee Application**

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES

The aggregate hourly rate for all Cole Schotz Delaware, New Jersey and New York non-bankruptcy timekeepers (including both attorneys and paralegals) (the "Non-Bankruptcy Blended Rate") for the year ending December 31, 2024 (the "Comparable Period") was $592.88 per hour, and the aggregate hourly rate for all Cole Schotz Delaware, New Jersey and New York bankruptcy timekeepers (including both attorneys and paralegals) (the "Bankruptcy Blended Rate") for the Comparable Period was $714.98 per hour.

The blended hourly rate for all Cole Schotz timekeepers (including both attorneys and paralegals) who provided services to the Committee during the Application Period was approximately $726.80 per hour.

| Category of Timekeeper | 2024 Bankruptcy Blended Rate | 2024 Non-Bankruptcy Blended Rate | Application Period Blended Rate |
|---|---:|---:|---:|
| Member | $852.79 | $720.58 | $950.22 |
| Special Counsel | $670.00 | $662.20 | $670.00 |
| Associate | $504.86 | $460.46 | $525.09 |
| Paralegal | $376.65 | $349.10 | $408.34 |
| **Aggregate** | **$714.98** | **$592.88** | **$726.80** |

**STAFFING PLAN FOR COLE SCHOTZ P.C. AS COUNSEL FOR
THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 2, 2025 THROUGH OCTOBER 14, 2025**

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Members | 4 | $1,060.00 |
| Associates | 3 | $520.00 |
| Special Counsel | 1 | $712.00 |
| Paralegals | 1 | $410.00 |
| | **Estimated Blended Hourly Rate** | **$730.00** |

69937/0001-51618836

**BUDGET FOR COLE SCHOTZ P.C. AS COUNSEL FOR THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS
FOR THE PERIOD FROM JULY 2, 2025 THROUGH OCTOBER 14, 2025**

| Project Category | Estimated Hours | Estimated Fees |
|---|---|---|
| Asset Dispositions, Sales, Uses and Leases (Section 363) | 190 | $150,000.00 |
| Case Administration | 65 | $35,000.00 |
| Cash Collateral and DIP Financing | 140 | $100,000.00 |
| Claims Analysis | 5 | $3,500.00 |
| Committee Matters and Creditor Meetings | 120 | $85,000.00 |
| Creditor Inquiries | 0 | $0.00 |
| Disclosure Statement/Voting Issues | 0 | $0.00 |
| Employee Matters | 0 | $0.00 |
| Executory Contracts | 10 | $7,600.00 |
| Fee Application Matters/Objections | 50 | $25,000.00 |
| Non-Working Travel Time | 5 | $2,500.00 |
| Litigation/ Gen. (Except Automatic Stay Relief) | 5 | $3,000.00 |
| Preparation for and Attendance at Hearings | 35 | $25,000.00 |
| Reorganization Plan | 180 | $150,000.00 |
| Reports; Statements and Schedules | 0 | $0.00 |
| Retention Matters | 30 | $15,000.00 |
| U.S. Trustee Matters and Meetings | 0 | $0.00 |
| Budgeting (Case) | 0 | $0.00 |
| Business Operations | 5 | $3,500.00 |
| Document Review/ Committee Investigation | 320 | $240,000.00 |
| General | 5 | $3,500.00 |
| **TOTAL** | **1,165** | **$848,600.00** |

| SUMMARY OF FINAL FEE APPLICATION | |
|---|---|
| Name of Applicant | Cole Schotz P.C. |
| Name of Client | Official Committee of Unsecured Creditors of Zen JV, LLC, *et al.* |
| Fee period covered by Final Fee Application | July 2, 2025 through October 14, 2025 |
| Total compensation sought during Final Period | $798,332.50 |
| Total expenses sought during Final Period | $6,651.06 |
| Petition Date | June 24, 2025 |
| Retention Date | August 8, 2025, effective as of July 2, 2025 |
| Date of order approving employment | August 8, 2025 |
| Total compensation approved by interim order to date | $650,879.50 |
| Total expenses approved by interim order to date | $5,845.20 |
| Total allowed compensation paid to date | $650,879.50 |
| Total allowed expenses paid to date | $5,845.20 |
| Blended rate in Final Fee Application for all Attorneys | $745.53 |
| Blended rate in Final Fee Application for all Timekeepers | $726.80 |
| Compensation sought in this Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Expenses sought in this Final Fee Application already paid pursuant to a monthly compensation order but not yet allowed | $0.00 |
| Number of professionals included in this Final Fee Application | 16 |
| If applicable, number of professionals in this Final Fee Application not included in staffing plan | 7 |
| If applicable, difference between fees budgeted and compensation sought for this Final Period | Budgeted: $850,000.00 Difference: ($51,395.00) |
| Number of professionals billing fewer than 15 hours to the case during this Final Period: | 6 |
| Are any rates higher than those approved or disclosed at retention? If yes, calculate and disclose the total compensation sought in this Final Fee Application using the rates originally disclosed in the retention application: | Yes. Cole Schotz last adjusted its hourly rates on September 1, 2025. Cole Schotz's total compensation, without the hourly rate adjustment, would have been $782,501.50. |

s