**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 480** |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE**
**APPLICATION OF COLE SCHOTZ P.C., COUNSEL TO THE COMMITTEE, FOR**
**ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**FOR THE PERIOD FROM SEPTEMBER 1, 2025 THROUGH SEPTEMBER 30, 2025**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the *Third Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 Through September 30, 2025* [Docket No. 480] (the "Application") filed on October 29, 2025. Objections to the Application were to be filed and served no later than November 19, 2025 at 4:00 p.m. (prevailing Eastern Time). The undersigned further certifies that he has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees, or $82,338.00, and 100% of the expenses, or $805.86, requested in the Application upon the filing of this certification and without the need for entry of a Court order approving the Application.

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Dated:  November 20, 2025
       Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
Elazar A. Kosman (No. 7077)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
mhartlipp@coleschotz.com
ekosman@coleschotz.com

-and-

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
svanaalten@coleschotz.com
scarnes@coleschotz.com

*Counsel to the Official*
*Committee of Unsecured Creditors*

69937/0001-51841953v1