# UNITED STATES BANKRUPTCY COURT

IN THE   DISTRICT OF   DELAWARE

In Re. Luceo Solutions, LLC §

§

§

§

Debtor(s)

Case No.  25-11202

Lead Case No.   25-11195

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/14/2025

Petition Date: 06/24/2025

Months Pending: 4

Industry Classification: | 5 | 6 | 1 | 3 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

## Supporting Documentation  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☐ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Melissa M. Hartlipp

Signature of Responsible Party

11/25/2025

Date

Melissa M. Hartlipp

Printed Name of Responsible Party

500 Delaware Avenue Suite 600
Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Luceo Solutions, LLC

Case No.  25-11202

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $0 | |
| b.  Total receipts (net of transfers between accounts) | $0 | $0 |
| c.  Total disbursements (net of transfers between accounts) | $0 | $250 |
| d.  Cash balance end of month (a+b-c) | $0 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $0 | $250 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ◉  Market ○   Other ○   (attach explanation)) | $0 |
| d  Total current assets | $310,043 |
| e.  Total assets | $7,823,305 |
| f.  Postpetition payables (excluding taxes) | $0 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $0 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $-285 |
| n.  Total liabilities (debt) (j+k+l+m) | $-285 |
| o.  Ending equity/net worth (e-n) | $7,823,590 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $0 | $-3,050 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name Luceo Solutions, LLC                                    Case No.  25-11202

| Part 5:  Professional Fees and Expenses | | | | | |
|---|---|---|---|---|---|
| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |

Debtor's Name  Luceo Solutions, LLC                        Case No.  25-11202

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  Luceo Solutions, LLC                                     Case No.  25-11202

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Luceo Solutions, LLC                                    Case No.  25-11202

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  Luceo Solutions, LLC                                                    Case No.  25-11202

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | xcix | | | | | | |
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | $0 | $0 | $0 | $0 |

## Part 6:  Postpetition Taxes

| | | Current Month | Cumulative |
|---|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $0 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

## Part 7: Questionnaire - During this reporting period:

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ⦿ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ⦿ | |
| d. | Are you current on postpetition tax return filings? | Yes ⦿  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ⦿  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ⦿  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ⦿ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ⦿ | |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| | General liability insurance? | Yes ○  No ⦿ | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ⦿ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ⦿  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ⦿  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ⦿  No ○ | |

Debtor's Name  Luceo Solutions, LLC                                      Case No.   25-11202

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○   No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○   No ○   N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Steven Balasiano | Steven Balasiano |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Liquidation Trustee | 11/25/2025 |
| Title | Date |

Debtor's Name Luceo Solutions, LLC

Case No. 25-11202



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Luceo Solutions, LLC

Case No.  25-11202



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name Luceo Solutions, LLC

Case No. 25-11202



PageThree



PageFour

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

**Case Name**: ZEN JV, LLC, *et al.* [1]        **Petition Date**: June 24, 2025
**Case Number**: 25-11195 (JKS)

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING MONTHLY OPERATING REPORT**

On June 24, 2025 (the "**Petition Date**"), the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") each filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), thereby commencing these chapter 11 cases (the "**Chapter 11 Cases**"). On June 27, 2025, the Bankruptcy Court entered an order authorizing the joint administration and procedural consolidation of these Chapter 11 Cases pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure.

On October 7, 2025, the Court entered an order [Docket No. 429] confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408], dated October 3, 2025 (together with all exhibits, supplements, and amendments thereto, the "**Plan**").[2] The Plan became effective on October 14, 2025 (the "**Effective Date**") [Docket No. 458]. On the Effective Date, in accordance with the Plan and Liquidation Trust Agreement (the "**LTA**"), the Zen JV Liquidation Trust (the "**Trust**") was established and Steven Balasiano, by and through MHR Advisory Group, LLC, was appointed as liquidation trustee of the Trust (the "**Trustee**") and the duly appointed representative of the Debtors' estates with all rights and powers of the Debtors' authorized representative.

This Statement of Limitations and Disclaimer pertains to, is incorporated by reference in, and comprises an integral part of, each of the Debtors' Monthly Operating Reports for October 2025 (the "**Reports**"). The Reports were prepared by the Debtors' pre-Effective Date professionals in accordance with the Plan. In authorizing the Reports following the Effective Date, the Trustee relied in good faith upon the efforts, statements and representations of, and information provided by, the Debtors' pre-Effective Date professionals.

The following notes, statements, and limitations should be referred to, and referenced in connection with, any review of the MOR (as defined below).

1. **General Methodology**. The Debtors are filing this monthly operating report ("**MOR**") solely for the purpose of complying with the monthly reporting requirements applicable in

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed in the Plan.

the Chapter 11 Cases. The financial and supplemental information contained herein is unaudited, limited in scope, and is not prepared in accordance with accounting principles generally accepted in the United States of America ("**U.S. GAAP**") nor in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder, nor is it intended to fully reconcile to the consolidated financial statements prepared by the Debtors.

2. **Basis of Presentation**. In preparing the MOR, the Debtors relied on financial data available from the books and records available to them at the time of such preparation, but the MOR and financial data do not reflect in all circumstances presentation for U.S. GAAP. Although the Debtors made commercially reasonable efforts to ensure the accuracy and completeness of the MOR, inadvertent errors or omissions may exist. The results of operations contained herein are not necessarily indicative of results which may be expected from any other period or for the full year and may not necessarily reflect the results of operations, financial position and cash flows of the Debtors in the future. Each signatory to the MOR has necessarily relied upon the efforts, statements, advice and representations of personnel of the Debtors and the Debtors' advisors and professionals. Each signatory has not (and could not have) personally verified the accuracy of each such statement, representation, and answer contained in the MOR.

3. **Reporting Period**. Unless otherwise noted herein, the MOR generally reflects the Debtors' books and records and financial activity occurring during the applicable reporting period. Except as otherwise noted, no adjustments have been made for activity occurring after the close of the reporting period.

4. **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

5. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Bankruptcy Court entered orders (the "**First Day Orders**") authorizing, but not directing, the Debtors to, among other things, pay certain liabilities related to the use of the Debtors' cash collateral and continued use of their cash management system and employee wages, salaries, other compensation, and reimbursable expenses. If any payments were made following the commencement of the Chapter 11 Cases pursuant to the authority granted to the Debtors by the Bankruptcy Court under the First Day Orders, such payments have been included in this MOR unless otherwise noted.

6. **Liabilities Subject to Compromise.** The amounts currently classified as liabilities subject to compromise reflect the accounting impact of ASC 852, Reorganizations, effective from the Petition Date. Following adoption of this accounting standard, certain prepetition

liabilities have been reclassified and collated as a liability subject to compromise. The amounts currently classified as subject to compromise do not reflect the claimant value but reflects the best estimate as at the reporting date. When claims are received and reconciled, adjustments will be made prospectively.

7. **Reservation of Rights**. The Debtors reserve all rights to amend or supplement the MOR in all respects, as may be necessary or appropriate, but shall be under no obligation to do so. Nothing contained in this MOR shall constitute a waiver of any of the Debtors' rights or an admission with respect to their Chapter 11 Cases.

8. **Insiders**. The Debtors reserve all rights to dispute whether someone treated as an "insider" for purposes of the MOR is, in fact, an "insider" as defined in section 101(31) of the Bankruptcy Code.

9. **Specific MOR Disclosures**.

**Notes to Part 1: Cash Receipts and Disbursements**

- Receipts primarily reflect collections on refunds and credits from vendors and taxing authorities.
- The Debtors have endeavored to allocate receipts and disbursements to the appropriate legal entity based on the underlying transaction, even if the associated cash flow occurred through a different Debtor's bank account.
- On July 29, 2025, the Bankruptcy Court entered the *Order (I) Authorizing and Approving the Debtors' Entry Into An Asset Purchase Agreement With Bold Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 235] (the "**Job Board Sale Order**"), the *Order (I) Authorizing and Approving the Debtors' Entry Into An Asset Purchase Agreement With Sherrill-Lubinski, LLC and Eti-Net Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Liens, Encumbrances, Claims and Interests, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 236] (the "**Monster Government Sale Order**"), and the *Order (I) Authorizing and Approving the Debtors' Entry Into An Asset Purchase Agreement With Valnet US, Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 237] (the "**Monster Media Sale Order**" and, collectively with the Job Board Sale Order and the Monster Government Sale Order, the "**Sale Orders**"), which, among other things, authorized the Debtors to enter into the asset purchase agreements and consummate the transactions contemplated thereunder.
- On July 31, 2025, the Debtors closed the sale of substantially all of their assets to the purchasers under the asset purchase agreements that were authorized and approved by the Sale Orders. See *Notice of Closing of Sale of Job Board Business to Bold Holdings, LLC* [Docket No. 266]*, Notice of Closing of Sale of Monster Media Business to Iron*

*Corp US Inc.* [Docket No. 267], and *Notice of Closing of Sale of Monster Government Business to Sherrill-Lubinski, LLC and Eti-Net Inc.* [Docket No. 269].

- Part 1 of the MOR does not include any receipts and disbursements related to account receivables belonging to the purchasers of the Debtors' assets, pursuant to the asset purchase agreements that were authorized and approved by the Sale Orders.
- The October beginning cash balances have been adjusted for the Debtors' intercompany transactions in September.

**Notes to Part 2: Asset and Liability Status**

- The amounts identified in Part 2 of the MOR are derived from the Debtors' unaudited and estimated balance sheets. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.
- The Debtor Camaro Acquisition, LLC is a holding company with no assets other than its ownership in certain other Debtor and non-Debtor entities. This clarification is provided for the avoidance of doubt.
- Included within Part 2 of the MOR are certain account receivables and account payables that belong to or are the responsibility of the respective buyers of the assets, pursuant to the asset purchase agreements that were authorized and approved by the Sale Orders.

**Notes to Part 4: Income Statement (Statement of Operations)**

- The amounts identified in Part 4 of the MOR are derived from the Debtors' unaudited and estimated income statements. Please refer to the notes above for information about presentation and limitations that may exist in the MOR.
- Other expenses in Part 4 of the MOR primarily reflect the loss of revenue related to the sale of accounts receivable to the buyers of the assets, pursuant to the asset purchase agreements that were authorized and approved by the Sale Orders.
- Debtor Camaro Acquisition, LLC is a holding company with no activity other than its ownership in certain other Debtor and non-Debtor entities. This clarification is provided for the avoidance of doubt.

**Notes to Part 6: Postpetition Taxes**

- In the ordinary course of business, the Debtors are obligated to pay certain taxes, fees, assessments and other governmental charges (collectively, the "**Taxes and Fees**").
- The Debtors believe that they are current with respect to any postpetition Taxes and Fees that have come due.

United States Bankruptcy Court
District of DELAWARE

In re:
Zen JV, LLC, et al.
Debtors

**Case No. 25-11195 (JKS)**
Reporting period: October 1, 2025 through October 14, 2025

**Support Documentation to MOR - 1**
Cash Receipts and Disbursements by Legal Entity
For the period October 1, 2025 through October 14, 2025

| | Zen JV, LLC | Monster Worldwide LLC | Military Advantage, LLC | FastWeb, LLC | Monster Government Solutions. LLC | Camaro Acquisition, LLC | CareerBuilder, LLC | CareerBuilder France Holding, LLC | CareerBuilder Government Solutions. LLC | Luceo Solutions, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. 25-11195 | Case No. 25-11196 | Case No. 25-11204 | Case No. 25-11197 | Case No. 25-11198 | Case No. 25-11199 | Case No. 25-11200 | Case No. 25-11203 | Case No. 25-11201 | Case No. 25-11202 |
| **Receipts** | | | | | | | | | | |
| Collections | - | - | - | - | - | - | - | - | - | - |
| Other | - | 2,018 | - | - | - | - | - | - | - | - |
| **Total Receipts** | **-** | **2,018** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Disbursements** | | | | | | | | | | |
| Operating Disbursements | (8,500) | (321,683) | (160,968) | (11,069) | (103,963) | - | (155,084) | - | - | - |
| **Total Operating Disbursements** | **(8,500)** | **(321,683)** | **(160,968)** | **(11,069)** | **(103,963)** | **-** | **(155,084)** | **-** | **-** | **-** |
| Other Non-Operating Disbursements | (31,598,959) | - | - | - | - | - | - | - | - | - |
| **Total Non-Operating Disbursements** | **(31,598,959)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Disbursements** | **(31,607,459)** | **(321,683)** | **(160,968)** | **(11,069)** | **(103,963)** | **-** | **(155,084)** | **-** | **-** | **-** |
| **Net Cash Flow (excl. Internal Transfers)** | **(31,607,459)** | **(319,665)** | **(160,968)** | **(11,069)** | **(103,963)** | **-** | **(155,084)** | **-** | **-** | **-** |
| Cash Balance Beginning of Month | 37,984,603 | 3,121,561 | - | - | - | - | 3,904,750 | - | - | - |
| Net Cash Flow | (31,607,459) | (319,665) | (160,968) | (11,069) | (103,963) | - | (155,084) | - | - | - |
| **MOR Part 1 d. Cash Balance** | $ 6,377,144 | $ 2,801,896 | $ (160,968) | $ (11,069) | $ (103,963) | $ - | $ 3,749,666 | $ - | $ - | $ - |
| Intercompany Transactions | 2,112,095 | (3,796) | 160,968 | 11,069 | 103,963 | - | (2,219,794) | - | - | - |
| **Cash Balance End of Period** | $ 8,489,239 | $ 2,798,100 | $ - | $ - | $ - | $ - | $ 1,529,872 | $ - | $ - | $ - |

**United States Bankruptcy Court**
**District of DELAWARE**

| In re: | | | | | | | | | **Case No. 25-11195 (JKS)** |
|---|---|---|---|---|---|---|---|---|---|
| Zen JV, LLC, et al. | | | | | | | | | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | | | | | | | | | |

**Support Documentation to MOR - 2**
**Balance Sheet by Legal Entity**
**For the period ended October 14, 2025**

| | Zen JV, LLC | Monster Worldwide LLC | Military Advantage, LLC | FastWeb, LLC | Monster Government Solutions, LLC | Camaro Acquisition, LLC | CareerBuilder, LLC | CareerBuilder France Holding, LLC | CareerBuilder Government Solutions, LLC | Luceo Solutions, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. 25-11195 | Case No. 25-11196 | Case No. 25-11204 | Case No. 25-11197 | Case No. 25-11198 | Case No. 25-11199 | Case No. 25-11200 | Case No. 25-11203 | Case No. 25-11201 | Case No. 25-11202 |
| **Current assets:** | | | | | | | | | | |
| Cash and cash equivalents | 8,489,239 | 2,798,100 | - | - | - | - | 1,529,872 | - | - | - |
| Accounts receivable, net of allowance | - | 1,681,385 | 2,183,697 | 332,930 | 673,724 | - | 250,717 | - | (606,030) | - |
| Intercompany accounts receivable | 57,286,106 | 178,819,542 | 109,877,160 | 6,453,055 | 59,405,304 | - | (5,853,795) | 8,903,009 | 235,243 | 310,043 |
| Prepaid expenses | 35,704 | 6,251,769 | 454,076 | - | 2,286,239 | - | 2,444,842 | - | - | - |
| Other current assets | - | 2,874,019 | 2,559 | - | 521,836 | - | 2,251,342 | - | - | - |
| **Total current assets** | 65,811,049 | 192,424,815 | 112,517,492 | 6,785,984 | 62,887,103 | - | 622,977 | 8,903,009 | (370,787) | 310,043 |
| | | | | | | | | | | |
| **Noncurrent assets:** | | | | | | | | | | |
| Property and equipment, net | - | 6,314,254 | 721,613 | (54,442) | 3,081,962 | - | 7,087,178 | - | - | - |
| Operating lease right-of-use assets | - | (0) | - | - | 0 | - | 11,374,501 | - | - | - |
| Goodwill | - | - | - | - | - | - | 9,018,302 | - | - | - |
| Intangible assets, net of accumulated amortization | - | 46,701,597 | 65,504,440 | - | 46,466,729 | - | 16,764,832 | - | - | - |
| Investments | - | 241,958,369 | 625,116 | (57,901) | - | - | 252,356,862 | 6,653,119 | - | 7,513,262 |
| Other noncurrent assets | 14,227 | 593,269 | - | - | - | - | 3,446,342 | - | - | - |
| **Total noncurrent assets** | 14,227 | 295,567,489 | 66,851,169 | (112,342) | 49,548,690 | - | 300,048,018 | 6,653,119 | - | 7,513,262 |
| **Total assets** | 65,825,276 | 487,992,303 | 179,368,661 | 6,673,642 | 112,435,793 | - | 300,670,995 | 15,556,128 | (370,787) | 7,823,305 |
| | | | | | | | | | | |
| **Liabilities** | | | | | | | | | | |
| *Current liabilities NSTC* | | | | | | | | | | |
| Accounts payable | - | 4,738,543 | - | - | - | - | 436,457 | - | - | - |
| Intercompany accounts payable | - | - | - | - | - | - | - | - | - | - |
| Short-term credit facility | - | - | - | - | - | - | - | - | - | - |
| **Total current liabilities NSTC** | - | 4,738,543 | - | - | - | - | 436,457 | - | - | - |
| *Noncurrent liabilities NSTC* | | | | | | | | | | |
| **Total noncurrent liabilities NSTC** | - | - | - | - | - | - | - | - | - | - |
| *Current liabilities STC* | | | | | | | | | | |
| Accounts payable | - | 10,966,123 | - | - | - | - | 20,119,643 | - | 28,376 | - |
| Intercompany accounts payable | - | 210,272,434 | 102,635,925 | 4,714,246 | 57,804,918 | - | 19,240,583 | - | - | - |
| Accrued expenses and other current liabilities | 50,683 | 10,525,379 | 2,308,367 | 32,013 | 1,124,387 | - | 34,337,505 | - | 142,961 | (285) |
| Short-term credit facility | - | - | - | - | - | - | - | - | - | - |
| Deferred revenue | - | 5,893,226 | 275,670 | 14,000 | 9,630,385 | - | 4,794,392 | - | 4,997 | - |
| Operating lease liabilities, current portion | - | - | - | - | - | - | 2,432,574 | - | - | - |
| Finance lease liabilities, current portion | - | - | - | - | - | - | 1,072,309 | - | - | - |
| **Total current liabilities STC** | 50,683 | 237,657,161 | 105,219,961 | 4,760,259 | 68,559,689 | - | 81,997,005 | - | 176,334 | (285) |
| *Noncurrent liabilities STC* | | | | | | | | | | |
| Long-term debt | 150,881,474 | - | - | - | - | - | 122,342,774 | - | - | - |
| Other noncurrent liabilities | - | 697,288 | 30,928 | - | 537,335 | - | 17 | - | - | - |
| Noncurrent operating lease liabilities | - | - | - | - | - | - | 18,712,554 | - | - | - |
| Noncurrent finance lease liabilities | - | - | - | - | - | - | 341,877 | - | - | - |
| **Total noncurrent liabilities STC** | 150,881,474 | 697,288 | 30,928 | - | 537,335 | - | 141,397,222 | - | - | - |
| **Total liabilities** | 150,932,157 | 243,092,992 | 105,250,890 | 4,760,259 | 69,097,024 | - | 223,830,684 | - | 176,334 | (285) |
| | | | | | | | | | | |
| **Stockholders' equity** | | | | | | | | | | |
| **Total stockholders' equity** | (85,106,881) | 244,899,311 | 74,117,772 | 1,913,383 | 43,338,769 | - | 76,840,311 | 15,556,128 | (547,121) | 7,823,590 |
| **Liabilities & stockholders' equity** | 65,825,276 | 487,992,303 | 179,368,661 | 6,673,642 | 112,435,793 | - | 300,670,995 | 15,556,128 | (370,787) | 7,823,305 |

United States Bankruptcy Court
District of DELAWARE

| In re: | Case No. 25-11195 (JKS) |
|---|---|
| **Zen JV, LLC, et al.** | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | |

Support Documentation to MOR - 4
Income Statement by Legal Entity
For the period October 1, 2025 through October 14, 2025

| | Zen JV, LLC | Monster Worldwide LLC | Military Advantage, LLC | FastWeb, LLC | Monster Government Solutions, LLC | Camaro Acquisition, LLC | CareerBuilder, LLC | CareerBuilder France Holding, LLC | CareerBuilder Government Solutions, LLC | Luceo Solutions, LLC |
|---|---|---|---|---|---|---|---|---|---|---|
| | Case No. 25-11195 | Case No. 25-11196 | Case No. 25-11204 | Case No. 25-11197 | Case No. 25-11198 | Case No. 25-11199 | Case No. 25-11200 | Case No. 25-11203 | Case No. 25-11201 | Case No. 25-11202 |
| **Total Revenue** | - | - | - | - | - | - | - | - | - | - |
| **Cost of Revenue** | - | - | - | - | - | - | - | - | - | - |
| **Gross Profit (Loss)** | - | - | - | - | - | - | - | - | - | - |
| **Operating Expenses** | | | | | | | | | | |
| Personnel costs | - | (84,805) | - | - | - | - | (54,261) | - | - | - |
| **Operating Expenses** | - | (84,805) | - | - | - | - | (54,261) | - | - | - |
| **EBITDA** | - | (84,805) | - | - | - | - | (54,261) | - | - | - |
| **Adjustment to EBITDA** | | | | | | | | | | |
| Restructuring costs | 2,000,000 | - | - | - | - | - | - | - | - | - |
| Other items | (8,500) | (318,079) | (743,724) | - | (398,062) | - | (85,661) | - | - | - |
| **Total Other Expense (Income)** | 1,991,500 | (318,079) | (743,724) | - | (398,062) | - | (85,661) | - | - | - |
| **Net Income (Loss)** | 1,991,500 | (402,884) | (743,724) | - | (398,062) | - | (139,922) | - | - | - |

**United States Bankruptcy Court**
**District of DELAWARE**

| | |
|---|---|
| In re: | **Case No. 25-11195 (JKS)** |
| **Zen JV, LLC, et al.** | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | |

**Support Documentation to MOR - 7.a.**
Schedule of Prepetition Payments
For the period October 1, 2025 through October 14, 2025

The Debtors hereby submit this attestation regarding prepetition payments during the period of October 1, 2025 through October 14, 2025.

All payments made by the Debtors on account of prepetition claims during the period of October 1, 2025 through October 14, 2025 (and included in the disbursements reported herein), were authorized under First Day Orders granted by the Bankruptcy Court.

_/s/ Steven Balasiano_
Signature of Authorized Individual

_11/25/2025_
Date

_Steven Balasiano_
Printed Name of Authorized Individual

_Liquidation Trustee_
Title of Authorized Individual

**United States Bankruptcy Court**
**District of DELAWARE**

| In re: | **Case No. 25-11195 (JKS)** |
|---|---|
| **Zen JV, LLC, et al.** | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | |

**Support Documentation to MOR - 7.c.**
Schedule of Payments to Insiders
For the period October 1, 2025 through October 14, 2025

The Debtors hereby submit this attestation regarding prepetition payments during the period of October 1, 2025 through October 14, 2025.

With respect to insiders, all cash payments made were on account of ordinary course salaries and authorized travel and expense reimbursements.


| /s/ Steven Balasiano | 11/25/2025 |
|---|---|
| Signature of Authorized Individual | Date |


| Steven Balasiano | Liquidation Trustee |
|---|---|
| Printed Name of Authorized Individual | Title of Authorized Individual |

**United States Bankruptcy Court**
**District of DELAWARE**

| In re: | **Case No. 25-11195 (JKS)** |
|---|---|
| **Zen JV, LLC, et al.** | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | |

**Support Documentation to MOR - 9**
Bank Statements and Bank Reconciliations
For the period October 1, 2025 through October 14, 2025

The Debtors hereby submit this attestation regarding bank account reconciliations in lieu of providing copies of bank statements, bank reconciliations, and journal entries.

The Debtors' standard practice is to ensure that bank reconciliations are completed as part of the month end close each reporting period. I attest that each of the Debtors' bank accounts has been reconciled in accordance with their standard practices.

| | |
|---|---|
| /s/ Steven Balasiano | 11/25/2025 |
| Signature of Authorized Individual | Date |
| | |
| Steven Balasiano | Liquidation Trustee |
| Printed Name of Authorized Individual | Title of Authorized Individual |

United States Bankruptcy Court
District of DELAWARE

| In re: | Case No. 25-11195 (JKS) |
|---|---|
| **Zen JV, LLC, et al.** | Reporting period: October 1, 2025 through October 14, 2025 |
| Debtors | |

**Support Documentation to MOR**
Bank Accounts
For the period October 1, 2025 through October 14, 2025

| Entity | Bank Name | Acct. Number (Last 4) | Type | Account Designation | Balance |
|---|---|---|---|---|---|
| Zen JV, LLC | Bank of America | 8169 | Operating | Operating Account | 8,486,804 |
| Camaro Acquisition, LLC | Bank of America | 5857 | Operating | Operating Account | - |
| CareerBuilder, LLC | Bank of America | 0084 | Operating | Disbursement | - |
| CareerBuilder, LLC | Bank of America | 9328 | Operating | Concentration | 1,787,278 |
| CareerBuilder, LLC | Bank of America | 5487 | Operating | Lockbox | - |
| CareerBuilder, LLC | Bank of America | 4558 | Restricted | Collateral | 299,043 |
| CareerBuilder Government Solutions, LLC | Bank of America | 7854 | Operating | Lockbox | - |
| Monster Worldwide LLC | Bank of America | 4923 | Operating | Concentration | 2,645,767 |
| Monster Worldwide LLC | Bank of America | 4829 | Operating | Disbursement - Payroll Account | - |
| Monster Worldwide LLC | Bank of America | 4824 | Operating | Disbursement | - |
| Monster Worldwide LLC | Bank of America | 6625 | Operating | Depository Accout | 28,676 |
| Monster Worldwide LLC | Bank of America | 2545 | Operating | Depository Account - card transactions | 67,295 |
| Monster Worldwide LLC | Bank of America | 2553 | Operating | Depository Account - non card transactions | - |

| | |
|---|---|
| Operating Accounts | 13,015,820 |
| Restricted Accounts | 299,043 |
| Total | 13,314,863 |