## Exhibit A

**Certification of Jesse DelConte**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Reorganized Debtors. | (Jointly Administered) |

**CERTIFICATION OF JESSE DELCONTE**

I, Jesse DelConte, declare under the penalty of perjury as follows:

1. I am a Partner and Managing Director at AlixPartners, LLP ("AlixPartners"), with offices located at 909 Third Avenue, New York, New York 10022. AlixPartners serves as financial advisor to the above-captioned debtors and reorganized debtors (collectively, the "Debtors" or the "Reorganized Debtors").

2. I have reviewed the *AlixPartners, LLP's Combined (i) Second Interim Fee Application for the Period from September 1, 2025 through October 14, 2025 and (ii) Final Fee Application for the Period from June 24, 2025 through October 14, 2025 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred* (the "Application").

3. I have reviewed Delaware Bankruptcy Rule 2016-2 (the "Local Rule") and submit

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

that the Application substantially complies with such Local Rule.

4.  To the best of my knowledge, information and belief formed after reasonable inquiry, the Application complies with the *United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330*, adopted June 11, 2013 (the "U.S. Trustee Guidelines").

5.  AlixPartners' fees and out-of-pocket expenses are billed in accordance with the billing practices described below, and, except as otherwise indicated therein, fall within the U.S. Trustee Guidelines. Except to the extent prohibited by the U.S. Trustee Guidelines, the fees and out-of-pocket expenses sought herein have been billed in accordance with practices customarily employed by AlixPartners and accepted by AlixPartners' clients.

6.  With respect to expenses and reimbursable services incurred for which reimbursement is sought, AlixPartners:

   1. Does not make a profit;
   2. Does not include in the amount for which reimbursement is sought the amortization of the cost of any investment, equipment or capital outlay; and
   3. Seeks reimbursement of services purchased from or contracted for with a third-party vendor only in the amount billed to AlixPartners by, and paid or to be paid by AlixPartners to, the vendor.

I certify, under penalty of perjury, that the foregoing statements made by me are true to the best of my knowledge, information and belief.

Dated: November 26, 2025

*/s/ Jesse DelConte*
By: Jesse DelConte
    Partner & Managing Director

2