IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline: December 17, 2025 at 4:00 p.m. (ET) |
| | Hearing Date: January 27, 2026 at 2:30 p.m. (ET) |

**SUMMARY SHEET FOR FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS FOR THE PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025**

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions, Inc. |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | August 1, 2025 *nunc pro tunc* to June 24, 2025 |
| Final Compensation Period for which compensation and reimbursement is sought: | June 24, 2025 through October 14, 2025 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $30,388.50 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): ____ monthly   ____ interim   _X_   final application

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Summary of previous fee applications for the interim compensation period: N/A

Prior Applications Filed: N/A

**FINAL COMPENSATION BY PROFESSIONAL**
**JUNE 24, 2025 THROUGH OCTOBER 14, 2025**

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Brittney Whitaker | 5.7 | $275.00 | $1,567.50 |
| Carolyn Cashman | 0.8 | $200.00 | $160.00 |
| Carrie Hernandez | 3.1 | $200.00 | $620.00 |
| Cassie Weatherspoon | 1.3 | $200.00 | $260.00 |
| Colin Linebaugh | 0.4 | $200.00 | $80.00 |
| Darleen Sahagun | 2.2 | $200.00 | $440.00 |
| David Neece | 0.1 | $175.00 | $17.50 |
| Emma Guandique | 6.4 | $230.00 | $1,472.00 |
| Jamila Le Grand | 0.2 | $110.00 | $22.00 |
| Jasmin Menendez | 1.1 | $110.00 | $121.00 |
| Javon Couch | 2.0 | $180.00 | $360.00 |
| Jazmin Booth | 2.7 | $120.00 | $324.00 |
| Jeriad Paul | 13.5 | $295.00 | $3,982.50 |
| Katie Nownes | 0.2 | $275.00 | $55.00 |
| Laurel Hein | 8.6 | $240.00 | $2,064.00 |
| Luis Solorzano | 14.8 | $275.00 | $4,070.00 |
| Madelene Bermudez | 2.2 | $240.00 | $528.00 |
| Marjan Neuman | 8.1 | $200.00 | $1,620.00 |
| Mark Bishay | 0.3 | $175.00 | $52.50 |
| Mauricio Azucena | 0.9 | $160.00 | $144.00 |
| Michelle Ignacio | 10.8 | $175.00 | $1,890.00 |
| Nathan Panameno | 58.1 | $200.00 | $11,620.00 |
| Randy Lowry | 2.7 | $180.00 | $486.00 |
| Ryan Spaulding | 7.7 | $135.00 | $1,039.50 |
| Sierra Aust | 1.5 | $165.00 | $247.50 |
| Tanya Hughes | 1.5 | $180.00 | $270.00 |
| Tara Saldajeno | 1.4 | $180.00 | $252.00 |
| **SUBTOTAL** | **158.3** | ---- | **$33,765.00** |
| **DISCOUNT** | ---- | ---- | **($3,376.50)** |
| **ADJ. TOTAL** | **158.3** | ---- | **$30,388.50** |

Blended Rate  $191.97

**FINAL COMPENSATION BY PROJECT CATEGORY**
**JUNE 24, 2025 THROUGH OCTOBER 14, 2025**

| Category | Hours | Total |
|---|---|---|
| Balloting | 158.3 | $33,765.00 |
| **SUBTOTAL** | **158.3** | **$33,765.00** |
| **DISCOUNT** | ---- | **($3,376.50)** |
| **ADJ. TOTAL** | **158.3** | **$30,388.50** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |
| | : | Objection Deadline: December 17, 2025 at 4:00 p.m. (ET) |
| | : | Hearing Date: January 27, 2026 at 2:30 p.m. (ET) |

---

**FINAL FEE APPLICATION OF OMNI AGENT SOLUTIONS, INC. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT TO THE DEBTORS FOR THE PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**"), the Plan (as defined below) and the Confirmation Order (as defined below), Omni Agent Solutions, Inc. ("**Omni**") hereby files this *Final Fee Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors for the Period from June 24, 2025 through October 14, 2025* (the "**Application**").

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

By this Application, Omni seeks final allowance pursuant to the Interim Compensation Order and Confirmation Order with respect to the sums of $30,388.50 as compensation and $0.00 for reimbursement of actual and necessary expenses, for a total of $30,388.50 for the period from June 24, 2025 through October 14, 2025 (the "**Final Compensation Period**").  In support of this Application, Omni submits the Declaration of Paul H. Deutch attached hereto as **Exhibit A** (the "**Deutch Declaration**").  In further support of this Application, Omni respectfully represents as follows:

## Background

1. On June 24, 2025 (the "**Petition Date**"), the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") each filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. An official committee of unsecured creditors (the "**Creditors' Committee**") was appointed in these chapter 11 cases on July 2, 2025 [Docket No. 65].

2. Omni was retained as Administrative Agent to the Debtors, effective as of the Petition Date, pursuant to the *Order Authorizing the Employment and Retention of Omni Agent Solutions, Inc. as Administrative Agent to the Debtors and Debtors in Possession Effective as of Petition Date*, entered on August 1, 2025 [Docket No. 265] (the "**Retention Order**").  The Retention Order authorized Omni to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. On October 7, 2025, this Court entered an order [Docket No. 429] (the "**Confirmation Order**") confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* (the "**Plan**"), which was attached to the

2

Confirmation Order as **Exhibit A** thereto. On October 14, 2025, the effective date of the Plan occurred. *See* Docket No. 458.

### Compensation Paid and Its Source

4. All services for which compensation is requested by Omni were performed for or on behalf of the Debtors.

5. Except to the extent of the retainer paid to Omni as described in the application seeking approval of Omni's employment by the Debtors, during the period covered by this Application, Omni has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application. There is no agreement or understanding between Omni and any other person other than the directors of Omni for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

6. The detailed fee statements for the Final Compensation Period are attached hereto as **Exhibit B**. These statements contain daily time logs describing the time spent by each professional during the Final Compensation Period. To the best of Omni's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-1, applicable Third Circuit law, and the Interim Compensation Order.

### Actual and Necessary Expenses

7. Omni incurred no expenses during the Final Compensation Period.

### Summary of Services By Project

8. The services rendered by Omni during the Final Compensation Period can be

3

grouped into the categories set forth below.  These categories are generally described below, with a more detailed identification of the actual services provided set forth on **Exhibit B** attached hereto.

    A.    **Balloting**

    **Final Compensation Period:  Fees: $30,388.50     Total Hours: 158.3**

This category includes all services provided by Omni with respect to the preparation, solicitation, and tabulation of ballots relating to the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation. This category further includes the preparation of the Amended Declaration of Jeriad R. Paul Regarding the Solicitation and Tabulation of Votes on the Second Amended Joint Chapter 11 Plan of Zen JV, LLC and its Debtor Affiliates.

**Valuation of Services**

9.    Omni's professionals expended a total of 158.3 hours in connection with this matter during the Final Compensation Period. The nature of the work performed by these professionals is fully set forth in **Exhibit B** attached hereto. The reasonable value of the services rendered by Omni to the Debtors during the Final Compensation Period is $30,388.50.

10.    In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by Omni are fair and reasonable given (a) the complexity of these cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title.  Moreover, Omni has reviewed the requirements of Local Rule 2016-1 and believes that this Application complies with such rule.

    WHEREFORE, Omni respectfully requests that the Court authorize, for the Final Compensation Period, a final allowance be made to Omni pursuant to the terms of the Interim

Compensation Order, the Plan, and the Confirmation Order, with respect to the sum of $30,388.50 as final compensation for necessary professional services rendered and the sum of $0.00 as final reimbursement of actual necessary costs and expenses, for a total of $30,388.50 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

Dated:  November 26, 2025
        New York, New York

Respectfully submitted,

*/s/ Paul H. Deutch*
**OMNI AGENT SOLUTIONS, INC.**
Paul H. Deutch
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone: (212) 302-3580
Email: pdeutch@omniagnt.com

*Administrative Agent for the Debtors and Debtors in Possession*