**<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
------------------------------------------------------------- x

### DECLARATION OF PAUL H. DEUTCH

I, Paul H. Deutch, declare under the penalty of perjury that:

1. I am the Executive Vice President of Omni Agent Solutions ("Omni"), which serves as administrative agent to the debtors and debtors-in-possession (the "**Debtors**").

2. I am familiar with the work performed by Omni on behalf of the Debtors.

3. I have reviewed the foregoing *Final Fee Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors for the Period from June 24, 2025 through October 14, 2025* (the "**Application**"). The facts set forth in the Application are true and correct to the best of my knowledge, information, and belief. Moreover, I have reviewed Local Rule 2016-1 and submit that the Application complies with such Rule.

Dated: November 26, 2025

*/s/ Paul H. Deutch*
PAUL H. DEUTCH

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.