## Exhibit B



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

September 17, 2025

327 -Zen JV, LLC (Career Builder - Monster)

**Invoice Number: 14339**
Invoice Period: 08-01-2025 - 08-31-2025

Payment Terms: Upon Receipt

**RE: Solicitation**

## Solicitation

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-12-2025 | Mark Bishay | Prepare/create plan class report | 0.30 | 175.00 | 52.50 |
| 08-15-2025 | Nathan Panameno | Verify Solicitation Memo | 1.00 | 200.00 | 200.00 |
| 08-15-2025 | Nathan Panameno | Verify and update DS Motion | 0.90 | 200.00 | 180.00 |
| 08-15-2025 | Laurel Hein | Prepare Solicitation Memo | 0.50 | 240.00 | 120.00 |
| 08-15-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Procedures Motion | 0.20 | 200.00 | 40.00 |
| 08-15-2025 | Nathan Panameno | Prepare solicitation ballot data file folders | 0.20 | 200.00 | 40.00 |
| 08-15-2025 | Javon Couch | Review and document request received from C. Carlisle @ RLF re draft solicitation procedures motion for Omni review | 0.20 | 180.00 | 36.00 |
| 08-18-2025 | Javon Couch | Review and document request received from C. Carlisle @ RLF re Soliciation Procedures Motion | 0.20 | 180.00 | 36.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | responses to Omni's comments | | | |
| 08-18-2025 | Javon Couch | Review and document request sent from N. Panameno @ Omni re Omni comments to solicitation procedures motion | 0.20 | 180.00 | 36.00 |
| 08-19-2025 | Laurel Hein | Call with J. Paul, B. Whitaker, N. Panameno @ Omni; C. Carlisle, V. Liu, Z. Shapiro @ RLF re solicitation service | 0.30 | 240.00 | 72.00 |
| 08-19-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re Solicitation Procedures Motion Set up Call | 0.40 | 200.00 | 80.00 |
| 08-19-2025 | Nathan Panameno | Call with J. Paul, B. Whitaker, L. Hein @ Omni; C. Carlisle, V. Liu, Z. Shapiro @ RLF re solicitation service | 0.30 | 200.00 | 60.00 |
| 08-19-2025 | Nathan Panameno | Review and comment on Solicitation Motion | 1.80 | 200.00 | 360.00 |
| 08-19-2025 | Nathan Panameno | Emails (2) with M. Ignacio @ Omni re QR Code Creation | 0.20 | 200.00 | 40.00 |
| 08-19-2025 | Nathan Panameno | Emails (2) with IT Support @ Omni re Balloting Site Creation | 0.20 | 200.00 | 40.00 |
| 08-19-2025 | Jeriad Paul | Call with N. Panameno, B. Whitaker, L. Hein @ Omni; C. Carlisle, V. Liu, Z. Shapiro @ RLF re solicitation service | 0.30 | 295.00 | 88.50 |
| 08-19-2025 | Nathan Panameno | Email with C. Carlise @ RLF re DS Motion Comments | 0.20 | 200.00 | 40.00 |
| 08-19-2025 | Michelle Ignacio | Prepare/create plan class report | 1.20 | 175.00 | 210.00 |
| 08-19-2025 | Brittney Whitaker | Review and analyze solicitation materials and solicitation procedures | 0.40 | 275.00 | 110.00 |
| 08-19-2025 | Michelle Ignacio | Prepare custom request for QR Code | 0.20 | 175.00 | 35.00 |
| 08-19-2025 | Jeriad Paul | Email with M. Ignacio @ Omni re updates to Plan Class Report | 0.20 | 295.00 | 59.00 |
| 08-19-2025 | Jeriad Paul | Perform quality assurance on comments to Solicitation Motion | 1.80 | 295.00 | 531.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-19-2025 | Jeriad Paul | Review email received and respond to C. Carlisle @ RLF re comments and edits to Solicitation Procedures Motion | 0.20 | 295.00 | 59.00 |
| 08-20-2025 | Nathan Panameno | Email with C. Carlise @ RLF re cost estimate for solicitation | 0.20 | 200.00 | 40.00 |
| 08-20-2025 | Javon Couch | Review and document request sent from J. Paul @ Omni re Omni's comments to revised Solicitation Procedures Motion | 0.20 | 180.00 | 36.00 |
| 08-20-2025 | Michelle Ignacio | Prepare custom report of estimated solicitation service counts | 0.50 | 175.00 | 87.50 |
| 08-20-2025 | Brittney Whitaker | Review and analyze solicitation materials and solicitation procedures | 0.40 | 275.00 | 110.00 |
| 08-22-2025 | Michelle Ignacio | Prepare custom request(s) for draft ballots for review | 1.00 | 175.00 | 175.00 |
| 08-22-2025 | Nathan Panameno | Review and format plan class report | 0.80 | 200.00 | 160.00 |
| 08-25-2025 | Nathan Panameno | Update Solicitation Memo | 0.60 | 200.00 | 120.00 |
| 08-25-2025 | Nathan Panameno | Review draft ballots | 0.40 | 200.00 | 80.00 |
| 08-25-2025 | Nathan Panameno | Review sample ballots in preparation of solicitation | 0.40 | 200.00 | 80.00 |
| 08-25-2025 | Nathan Panameno | Review DS Motion for updates | 0.30 | 200.00 | 60.00 |
| 08-25-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Plan Class Report | 0.20 | 200.00 | 40.00 |
| 08-25-2025 | Nathan Panameno | Meet with J. Paul @ Omni re solicitation next steps | 0.30 | 200.00 | 60.00 |
| 08-25-2025 | Jeriad Paul | Meet with N. Panameno @ Omni re solicitation next steps | 0.30 | 295.00 | 88.50 |
| 08-25-2025 | Nathan | Review and format plan class report | 2.60 | 200.00 | 520.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|------:|-----:|-------:|
| | Panameno | | | | |
| 08-25-2025 | Michelle Ignacio | Prepare/create plan class report | 1.00 | 175.00 | 175.00 |
| 08-25-2025 | Tara Saldajeno | Prepare and setup solicitation online balloting portal | 1.00 | 180.00 | 180.00 |
| 08-25-2025 | Jeriad Paul | Perform quality assurance on Plan Class Report | 1.70 | 295.00 | 501.50 |
| 08-25-2025 | Jeriad Paul | Review DS Motion re solicitation service | 0.60 | 295.00 | 177.00 |
| 08-25-2025 | Jeriad Paul | Review DS Motion re tabulation procedures | 0.40 | 295.00 | 118.00 |
| 08-25-2025 | Nathan Panameno | Email with C. Carlise @ RLF re PCR review and comments | 0.20 | 200.00 | 40.00 |
| 08-25-2025 | Jeriad Paul | Perform quality assurance on updates to Solicitation Memo | 0.40 | 295.00 | 118.00 |
| 08-27-2025 | Nathan Panameno | Emails (3) with C. Carlise @ RLF re Plan Class Report and Touchbase call | 0.60 | 200.00 | 120.00 |
| 08-28-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re Plan Class Report and Touchbase call | 0.40 | 200.00 | 80.00 |
| 08-28-2025 | Nathan Panameno | Call with J. Paul, B. Whitaker, @ Omni; C. Carlise, Z. Shapiro @ RLF re upcoming solicitation | 0.40 | 200.00 | 80.00 |
| 08-28-2025 | Brittney Whitaker | Call with J. Paul, N. Panameno @ Omni; C. Carlise, Z. Shapiro @ RLF re upcoming solicitation | 0.40 | 275.00 | 110.00 |
| 08-28-2025 | Jeriad Paul | Call with N. Panameno, B. Whitaker @ Omni; C. Carlise, Z. Shapiro @ RLF re upcoming solicitation | 0.40 | 295.00 | 118.00 |
| 08-28-2025 | Nathan Panameno | Review Plan Class Report for potential duplicates | 0.50 | 200.00 | 100.00 |
| 08-28-2025 | Nathan Panameno | Email with C. Carlise @ RLF re PCR duplicates | 0.20 | 200.00 | 40.00 |
| 08-29-2025 | Jeriad Paul | Email to C. Carlisle @ RLF re revised Plan Class Report and remaining solicitation items | 0.20 | 295.00 | 59.00 |
| 08-29-2025 | Nathan Panameno | Email with IT Dept @ Omni re updated PCR | 0.10 | 200.00 | 20.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 08-29-2025 | Nathan Panameno | Email with J. Lizakowski @ Omni re updated PCR | 0.10 | 200.00 | 20.00 |
| 08-29-2025 | Nathan Panameno | Email with C. Carlise @ RLF re lender lists | 0.20 | 200.00 | 40.00 |
| 08-29-2025 | Michelle Ignacio | Prepare/create plan class report | 1.00 | 175.00 | 175.00 |
| | | | | **Total** | 6,453.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|--------------|-------|------|--------|
| Brittney Whitaker | 1.20 | 275.00 | 330.00 |
| Javon Couch | 0.80 | 180.00 | 144.00 |
| Jeriad Paul | 6.50 | 295.00 | 1,917.50 |
| Laurel Hein | 0.80 | 240.00 | 192.00 |
| Mark Bishay | 0.30 | 175.00 | 52.50 |
| Michelle Ignacio | 4.90 | 175.00 | 857.50 |
| Nathan Panameno | 13.90 | 200.00 | 2,780.00 |
| Tara Saldajeno | 1.00 | 180.00 | 180.00 |
| **Total** | | | 6,453.50 |

| | |
|---|---|
| **Subtotal for this Invoice** | 6,453.50 |
| **Discount** | (645.35) |
| **Total for this Invoice** | 5,808.15 |
| **Previous Balance** | 0.00 |
| **Total Amount to Pay** | 5,808.15 |



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

October 15, 2025

327 -Zen JV, LLC (Career Builder - Monster)

**Invoice Number: 14477**
Invoice Period: 09-01-2025 - 09-30-2025

Payment Terms: Upon Receipt

**RE: Solicitation**

## Solicitation

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-02-2025 | Javon Couch | Review and document request sent from J. Paul @ Omni re updated plan class report for review and approval | 0.20 | 180.00 | 36.00 |
| 09-03-2025 | Katie Nownes | Email with Solicitation team re: order entered at docket no. 332 | 0.10 | 275.00 | 27.50 |
| 09-03-2025 | Nathan Panameno | Email to IT @ Omni re PCR updates | 0.10 | 200.00 | 20.00 |
| 09-03-2025 | Michelle Ignacio | Prepare plan class report | 0.50 | 175.00 | 87.50 |
| 09-03-2025 | Nathan Panameno | Email with C. Carlise @ RLF re final documents | 0.20 | 200.00 | 40.00 |
| 09-03-2025 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 0.50 | 275.00 | 137.50 |
| 09-03-2025 | Brittney Whitaker | Perform quality assurance on plan class report | 0.40 | 275.00 | 110.00 |
| 09-03-2025 | Brittney Whitaker | Review and analyze solicitation materials and | 0.50 | 275.00 | 137.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | | solicitation procedures | | | |
| 09-03-2025 | Nathan Panameno | Email with B. Muratov @ Alix Partners re Plan Class Review meeting | 0.20 | 200.00 | 40.00 |
| 09-03-2025 | Nathan Panameno | Update plan class report | 0.90 | 200.00 | 180.00 |
| 09-03-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re lender lists | 0.40 | 200.00 | 80.00 |
| 09-03-2025 | Tara Saldajeno | Review and prepare solicitation processing procedures | 0.40 | 180.00 | 72.00 |
| 09-03-2025 | Jeriad Paul | Perform quality assurance on updated plan class report | 0.90 | 295.00 | 265.50 |
| 09-04-2025 | Jeriad Paul | Review and analyze solicitation materials and solicitation procedures | 0.60 | 295.00 | 177.00 |
| 09-04-2025 | Brittney Whitaker | Email with Docket Management Team re docs for solicitation package | 0.10 | 275.00 | 27.50 |
| 09-04-2025 | Brittney Whitaker | Review email received and respond to V. Liu @ RLF re plan class report | 0.20 | 275.00 | 55.00 |
| 09-04-2025 | Brittney Whitaker | Review email received and respond to C. Carlise @ RLF re plan class report update | 0.20 | 275.00 | 55.00 |
| 09-04-2025 | Javon Couch | Review and document request received from C. Carlise @ RLF re draft solicitation procedures order for review | 0.20 | 180.00 | 36.00 |
| 09-04-2025 | Javon Couch | Review and document request received from C. Carlise @ RLF re revised plan class report for Omni review | 0.20 | 180.00 | 36.00 |
| 09-04-2025 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 1.60 | 275.00 | 440.00 |
| 09-04-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re final solicitation documents | 0.40 | 200.00 | 80.00 |
| 09-04-2025 | Nathan Panameno | Email with C. Carlise @ RLF re lender list | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-04-2025 | Luis Solorzano | Coordinate with Securities and Solicitations and Case Management Teams re Solicitation Services | 0.50 | 275.00 | 137.50 |
| 09-05-2025 | Michelle Ignacio | Prepare service list for Solicitation | 0.70 | 175.00 | 122.50 |
| 09-05-2025 | Michelle Ignacio | Prepare custom request(s) for individualized Class 5 ballots for solicitation service | 0.70 | 175.00 | 122.50 |
| 09-05-2025 | Katie Nownes | Email with M. Ignacio @ Omni re CSV Service lists and Ballots | 0.10 | 275.00 | 27.50 |
| 09-05-2025 | Brittney Whitaker | Review email received and respond to V. Liu @ RLF re solicitation package and ad proof for approval | 0.20 | 275.00 | 55.00 |
| 09-05-2025 | Brittney Whitaker | Review email received and respond to V. Liu @ RLF re notice to be published Monday | 0.20 | 275.00 | 55.00 |
| 09-05-2025 | Javon Couch | Review and document request received from V. Liu @ RLF re draft confirmation hearing notice and the solicitation procedures order for review | 0.20 | 180.00 | 36.00 |
| 09-05-2025 | Nathan Panameno | Update plan class report | 0.90 | 200.00 | 180.00 |
| 09-05-2025 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 0.20 | 275.00 | 55.00 |
| 09-05-2025 | Nathan Panameno | Email w K. Rivera @ Omni re sample ballots | 0.10 | 200.00 | 20.00 |
| 09-05-2025 | Nathan Panameno | Emails (3) with C. Carlise @ RLF re final solicitation documents | 0.60 | 200.00 | 120.00 |
| 09-05-2025 | Nathan Panameno | Perform quality assurance on sample ballots for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-05-2025 | Luis Solorzano | Perform quality assurance on sample ballots for client review | 0.70 | 275.00 | 192.50 |
| 09-05-2025 | Michelle Ignacio | Prepare sample ballots for circulation to interested parties | 1.00 | 175.00 | 175.00 |
| 09-05-2025 | Brittney Whitaker | Perform quality assurance on plan class report | 2.10 | 275.00 | 577.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-05-2025 | Brittney Whitaker | Call with J. Creighton @ AP re solicitation preparations | 0.20 | 275.00 | 55.00 |
| 09-05-2025 | Brittney Whitaker | Coordinate with IT and Data Management re solicitation counts, ballots, and updates to plan class report | 0.40 | 275.00 | 110.00 |
| 09-08-2025 | Jeriad Paul | Prepare solicitation service instructions re Class 3 ballot packages | 0.40 | 295.00 | 118.00 |
| 09-08-2025 | Jeriad Paul | Prepare solicitation service instructions re Class 5 ballot packages | 0.20 | 295.00 | 59.00 |
| 09-08-2025 | Nathan Panameno | Prepare Solicitation Email re Class 3 | 2.60 | 200.00 | 520.00 |
| 09-08-2025 | Nathan Panameno | Prepare Solicitation Email re Class 4 | 1.00 | 200.00 | 200.00 |
| 09-08-2025 | Cassie Weatherspoon | Perform quality assurance on plan class report | 1.30 | 200.00 | 260.00 |
| 09-08-2025 | Nathan Panameno | Prepare Solicitation Email re Class 5 | 1.20 | 200.00 | 240.00 |
| 09-08-2025 | Nathan Panameno | Prepare Solicitation Email re Non-Voting Parties | 0.60 | 200.00 | 120.00 |
| 09-08-2025 | Nathan Panameno | Prepare Solicitation Email re MSL Non-Voting Parties | 0.60 | 200.00 | 120.00 |
| 09-08-2025 | Javon Couch | Review and document request received from V. Liu @ RLF re committee support letter for solicitation package for review | 0.20 | 180.00 | 36.00 |
| 09-08-2025 | Carolyn Cashman | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 0.80 | 200.00 | 160.00 |
| 09-08-2025 | Nathan Panameno | Update plan class report | 0.20 | 200.00 | 40.00 |
| 09-08-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re final solicitation documents | 0.40 | 200.00 | 80.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-08-2025 | Nathan Panameno | Email with QC Team @ Omni re upcoming solicitation | 0.10 | 200.00 | 20.00 |
| 09-08-2025 | Nathan Panameno | Email with L. Solarzano @ Omni re Plan Class Report updates | 0.10 | 200.00 | 20.00 |
| 09-08-2025 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 5.40 | 275.00 | 1,485.00 |
| 09-08-2025 | Nathan Panameno | Email with M. Ignacio @ Omni re Plan Class Report updates | 0.10 | 200.00 | 20.00 |
| 09-08-2025 | Michelle Ignacio | Prepare custom request(s) for solicitation service of Class 3, 4, 5 ballots | 1.50 | 175.00 | 262.50 |
| 09-08-2025 | Michelle Ignacio | Prepare service list for Docket No. Solicitation | 0.50 | 175.00 | 87.50 |
| 09-08-2025 | Michelle Ignacio | Prepare custom request(s) for solicitation data entry forms | 1.00 | 175.00 | 175.00 |
| 09-08-2025 | Sierra Aust | Process outgoing mail for Plan Solicitation | 1.00 | 165.00 | 165.00 |
| 09-08-2025 | Darleen Sahagun | Coordinate Hardcopy Service of Documents re Plan Solicitation | 1.00 | 200.00 | 200.00 |
| 09-08-2025 | Darleen Sahagun | Process outgoing mail for Plan Solicitation | 1.00 | 200.00 | 200.00 |
| 09-09-2025 | Marjan Neuman | Process incoming ballots | 0.30 | 200.00 | 60.00 |
| 09-09-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.20 | 275.00 | 55.00 |
| 09-09-2025 | Marjan Neuman | Verify preliminary voting report for circulation to interested parties | 0.20 | 200.00 | 40.00 |
| 09-09-2025 | Colin Linebaugh | Perform quality assurance on outgoing mail for Docket No. 353 and plan solicitation | 0.40 | 200.00 | 80.00 |
| 09-09-2025 | Jazmin Booth | Process outgoing mail for Plan solicitation | 2.50 | 120.00 | 300.00 |
| 09-09-2025 | Jamila Le Grand | Process outgoing mail for Plan Solicitation | 0.20 | 110.00 | 22.00 |
| 09-09-2025 | Tanya Hughes | Process outgoing mail for Plan Solicitation | 1.50 | 180.00 | 270.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-09-2025 | Sierra Aust | Process outgoing mail for Plan Solicitation | 0.50 | 165.00 | 82.50 |
| 09-09-2025 | Emma Guandique | Verify processed incoming ballots | 0.20 | 230.00 | 46.00 |
| 09-09-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-09-2025 | Javon Couch | Review and document request sent from N. Panameno @ Omni re revised plan class report to counsel for review | 0.20 | 180.00 | 36.00 |
| 09-09-2025 | Randy Lowry | Process outgoing mail for Plan Solicitation | 2.70 | 180.00 | 486.00 |
| 09-09-2025 | David Neece | Configuration of/enabled ballot upload page within their case site and modified the voting deadline. | 0.10 | 175.00 | 17.50 |
| 09-09-2025 | Nathan Panameno | Coordinate with D. Green @ Omni re solicitation upload site | 0.20 | 200.00 | 40.00 |
| 09-09-2025 | Luis Solorzano | Perform quality assurance on noticing instruction, service list and service documents for Solicitation Services | 0.80 | 275.00 | 220.00 |
| 09-09-2025 | Ryan Spaulding | Process outgoing mail for Plan Solicitation | 7.70 | 135.00 | 1,039.50 |
| 09-11-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-11-2025 | Marjan Neuman | Review database notifications re Ballot submissions | 0.20 | 200.00 | 40.00 |
| 09-15-2025 | Emma Guandique | Verify processed incoming ballots | 0.20 | 230.00 | 46.00 |
| 09-15-2025 | Madelene Bermudez | Verify incoming ballots | 0.30 | 240.00 | 72.00 |
| 09-15-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-16-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.20 | 275.00 | 55.00 |
| 09-16-2025 | Nathan Panameno | Prepare affidavit/certificate of service for DKT Solicitation Supp | 1.00 | 200.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-16-2025 | Nathan Panameno | Prepare affidavit/certificate of service for AOS Plan Solicitation | 1.80 | 200.00 | 360.00 |
| 09-16-2025 | Jeriad Paul | Email with L. Seavey @ BM re voting deadline | 0.10 | 295.00 | 29.50 |
| 09-16-2025 | Jeriad Paul | Review email received and respond to K. Nownes @ Omni re web inquiry | 0.20 | 295.00 | 59.00 |
| 09-17-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-17-2025 | Nathan Panameno | Verify Class 5 report | 0.20 | 200.00 | 40.00 |
| 09-17-2025 | Nathan Panameno | Verify Opt-in report | 0.20 | 200.00 | 40.00 |
| 09-17-2025 | Nathan Panameno | Email with C. Carlise @ RLF re daily tabulation report | 0.20 | 200.00 | 40.00 |
| 09-17-2025 | Nathan Panameno | Research inquiry by C. Carlise @ RLF re Class 3 inquiries | 0.40 | 200.00 | 80.00 |
| 09-17-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re class 3 inquiries | 0.40 | 200.00 | 80.00 |
| 09-17-2025 | Nathan Panameno | Email with J. Mahon @ OFS Management re ballot request | 0.20 | 200.00 | 40.00 |
| 09-18-2025 | Carrie Hernandez | Perform quality assurance on affidavit/certificate of service for Plan Solicitation | 2.50 | 200.00 | 500.00 |
| 09-18-2025 | Luis Solorzano | Perform quality assurance on affidavit/certificate of service for Solicitation Services | 0.40 | 275.00 | 110.00 |
| 09-18-2025 | Nathan Panameno | Verify Class 5 report | 0.20 | 200.00 | 40.00 |
| 09-18-2025 | Nathan Panameno | Verify Opt-in report | 0.20 | 200.00 | 40.00 |
| 09-18-2025 | Nathan Panameno | Email with C. Carlise @ RLF re daily tabulation report | 0.20 | 200.00 | 40.00 |
| 09-18-2025 | Nathan | Email with C. Carlise @ RLF re Solicitation Tabulation | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | Panameno | Report | | | |
| 09-19-2025 | Nathan Panameno | Emails (2) with C. Carlise @ RLF re Solicitation Tabulation Report | 0.40 | 200.00 | 80.00 |
| 09-19-2025 | Carrie Hernandez | Perform quality assurance on affidavit/certificate of service for Plan Solicitation | 0.60 | 200.00 | 120.00 |
| 09-19-2025 | Emma Guandique | Verify processed incoming ballots | 0.20 | 230.00 | 46.00 |
| 09-19-2025 | Marjan Neuman | Process incoming ballots | 0.10 | 200.00 | 20.00 |
| 09-19-2025 | Nathan Panameno | Update affidavit/certificate of service for AOS DKT Plan Solicitation | 0.90 | 200.00 | 180.00 |
| 09-21-2025 | Darleen Sahagun | E-File service document(s) on CM/ECF re Plan Solicitation | 0.20 | 200.00 | 40.00 |
| 09-22-2025 | Jazmin Booth | Scan incoming ballots | 0.20 | 120.00 | 24.00 |
| 09-22-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-22-2025 | Laurel Hein | Process incoming ballots | 0.70 | 240.00 | 168.00 |
| 09-22-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.40 | 275.00 | 110.00 |
| 09-22-2025 | Marjan Neuman | Process incoming ballots | 0.60 | 200.00 | 120.00 |
| 09-22-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 0.50 | 200.00 | 100.00 |
| 09-22-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-23-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 0.80 | 200.00 | 160.00 |
| 09-23-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.40 | 200.00 | 80.00 |
| 09-23-2025 | Laurel Hein | Process incoming ballots | 1.20 | 240.00 | 288.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-23-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.50 | 275.00 | 137.50 |
| 09-23-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-23-2025 | Emma Guandique | Verify processed incoming ballots | 0.20 | 230.00 | 46.00 |
| 09-23-2025 | Marjan Neuman | Emails (2) with Client Support re defective ballot submissions | 0.30 | 200.00 | 60.00 |
| 09-23-2025 | Marjan Neuman | Process incoming ballots | 0.20 | 200.00 | 40.00 |
| 09-23-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-24-2025 | Laurel Hein | Process incoming ballots | 0.30 | 240.00 | 72.00 |
| 09-24-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-24-2025 | Marjan Neuman | Verify processed incoming ballots | 0.10 | 200.00 | 20.00 |
| 09-24-2025 | Jeriad Paul | Review emails (2) received and respond to T. Hamre @ Canaras re Class 3 Ballots | 0.20 | 295.00 | 59.00 |
| 09-24-2025 | Jeriad Paul | Email to C. Arthur @ LW re Term Loan Ballots | 0.10 | 295.00 | 29.50 |
| 09-25-2025 | Jeriad Paul | Perform quality assurance on processed incoming ballots | 0.40 | 295.00 | 118.00 |
| 09-25-2025 | Jeriad Paul | Review email received and respond to C. Aurther @ LW re Term Loan Ballot Inquiry | 0.10 | 295.00 | 29.50 |
| 09-25-2025 | Jeriad Paul | Review email received and respond to L. Solorzano @ Omni re Class 3 and 4 tabulation reports | 0.20 | 295.00 | 59.00 |
| 09-25-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-25-2025 | Laurel Hein | Process incoming ballots | 0.50 | 240.00 | 120.00 |
| 09-25-2025 | Emma Guandique | Verify processed incoming ballots | 0.80 | 230.00 | 184.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-25-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.40 | 275.00 | 110.00 |
| 09-25-2025 | Luis Solorzano | Coordinate with Solicitation Team @ Omni re comments and revisions to balloting reports | 0.20 | 275.00 | 55.00 |
| 09-25-2025 | Nathan Panameno | Research inquiry by creditor re ballot request | 0.30 | 200.00 | 60.00 |
| 09-25-2025 | Nathan Panameno | Email with B. Whitaker @ Omni re ballot request | 0.10 | 200.00 | 20.00 |
| 09-25-2025 | Nathan Panameno | Email with creditor re ballot request | 0.20 | 200.00 | 40.00 |
| 09-25-2025 | Nathan Panameno | Research inquiries by creditor re ballot requests | 0.40 | 200.00 | 80.00 |
| 09-25-2025 | Jasmin Menendez | Scan incoming ballots | 0.20 | 110.00 | 22.00 |
| 09-25-2025 | Marjan Neuman | Process incoming ballots | 0.70 | 200.00 | 140.00 |
| 09-25-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 0.60 | 200.00 | 120.00 |
| 09-25-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-26-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-26-2025 | Marjan Neuman | Review email/database notifications re Ballot submissions | 0.30 | 200.00 | 60.00 |
| 09-26-2025 | Nathan Panameno | Email with J. Friedman @ CS re Class 5 ballot request | 0.20 | 200.00 | 40.00 |
| 09-26-2025 | Nathan Panameno | Research inquiry by J Friedman @ CS re Class 5 ballot request | 0.30 | 200.00 | 60.00 |
| 09-26-2025 | Nathan Panameno | Research inquiry by D Shim @ ML re Class 5 ballot request | 0.30 | 200.00 | 60.00 |
| 09-26-2025 | Nathan | Email with D. Shim @ ML re Class 5 ballot request | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| | Panameno | | | | |
| 09-26-2025 | Nathan Panameno | Research inquiry by W. Milacci @ Blue Owl re Class 3 ballot request | 0.20 | 200.00 | 40.00 |
| 09-26-2025 | Nathan Panameno | Email with W. Milacci @ Blue Owl re Class 3 ballot request | 0.20 | 200.00 | 40.00 |
| 09-26-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-26-2025 | Laurel Hein | Process incoming ballots | 0.30 | 240.00 | 72.00 |
| 09-29-2025 | Emma Guandique | Verify processed incoming ballots | 0.40 | 230.00 | 92.00 |
| 09-29-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.30 | 275.00 | 82.50 |
| 09-29-2025 | Marjan Neuman | Emails with Client Support and IT Support re defective ballot submissions | 0.10 | 200.00 | 20.00 |
| 09-29-2025 | Marjan Neuman | Process incoming ballots | 0.50 | 200.00 | 100.00 |
| 09-29-2025 | Nathan Panameno | Email with A. Roy @ Infinity Solutions re ballot request | 0.20 | 200.00 | 40.00 |
| 09-29-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-29-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-29-2025 | Nathan Panameno | Research inquiry by A. Roy @ Infinity Solutions re ballot request | 0.30 | 200.00 | 60.00 |
| 09-29-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-29-2025 | Jeriad Paul | Review email received and respond to C. Aurthur @ LW re draft tabulation reports | 0.20 | 295.00 | 59.00 |
| 09-29-2025 | Jeriad Paul | Review emails (2) received and respond to C. Aurthur @ LW re Class 3 Term Loan portfolio managers | 0.30 | 295.00 | 88.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-30-2025 | Jeriad Paul | Review email received and respond to J. DelConte @ AP re Class 3 Term Loan contacts | 0.10 | 295.00 | 29.50 |
| 09-30-2025 | Marjan Neuman | Process incoming ballots | 0.60 | 200.00 | 120.00 |
| 09-30-2025 | Nathan Panameno | Verify preliminary voting report for circulation to interested parties | 0.50 | 200.00 | 100.00 |
| 09-30-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Emma Guandique | Verify processed incoming ballots | 1.10 | 230.00 | 253.00 |
| 09-30-2025 | Nathan Panameno | Email with J. Weiss @ Ellington re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with M. Vanderwilt @ Crescent Cap re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with A. Bruger @ NFG re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with J. Crawford @ Saratoga Partners re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with L. Dean @ Zais Group re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 0.80 | 275.00 | 220.00 |
| 09-30-2025 | Nathan Panameno | Email with M. Wotanowski @ Morgan Stanley re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with K. Vandam @ ALCM LP re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with E. Coy @ ALCM LP re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with R. Song @ AM Partners re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with A. Heller @ Canaras re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 09-30-2025 | Nathan Panameno | Email with B. Isca @ Fortinbras re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with S. Shekane @ Concp re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with K. Jang @ Benefit St Partners re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with T. Hamre @ Saratoga Partners re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Research inquiry by J. Friedman @ CS re Class 5 ballot request | 0.30 | 200.00 | 60.00 |
| 09-30-2025 | Nathan Panameno | Email with Legal @ Appcast re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Laurel Hein | Process incoming ballots | 1.00 | 240.00 | 240.00 |
| 09-30-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 1.00 | 200.00 | 200.00 |
| 09-30-2025 | Nathan Panameno | Research inquiry by A. Harris @ SRZ re Class 3 ballot request | 0.80 | 200.00 | 160.00 |
| 09-30-2025 | Emma Guandique | Verify preliminary voting report for circulation to interested parties | 0.20 | 230.00 | 46.00 |
| 09-30-2025 | Nathan Panameno | Email with ArrowMark re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Nathan Panameno | Email with Beach Point Partner re Voting Class 3 - Prepetition Term Loan Claims | 0.20 | 200.00 | 40.00 |
| 09-30-2025 | Madelene Bermudez | Review email received and respond to R. Hewitt @ Seward & Kissell re Class 3 ballots for Cerberus | 0.20 | 240.00 | 48.00 |
| 09-30-2025 | Madelene Bermudez | Research inquiry by R. Hewitt @ Seward & Kissell re Class 3 ballots for Cerberus | 1.00 | 240.00 | 240.00 |
| | | | **Total** | | 21,113.00 |

## Time Summary



**Omni Agent Solutions, Inc.**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

November 19, 2025

327 -Zen JV, LLC (Career Builder - Monster)

**Invoice Number: 14548**
Invoice Period: 10-01-2025 - 10-14-2025

Payment Terms: Upon Receipt

**RE: Solicitation**


## Solicitation

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-01-2025 | Luis Solorzano | Perform quality assurance on ballot tabulation reports | 1.50 | 275.00 | 412.50 |
| 10-01-2025 | Luis Solorzano | Coordinate with Solicitation Team re revisions to tabulation reports | 0.20 | 275.00 | 55.00 |
| 10-01-2025 | Emma Guandique | Verify processed incoming ballots | 2.10 | 230.00 | 483.00 |
| 10-01-2025 | Marjan Neuman | Prepare incoming ballots for processing | 1.20 | 200.00 | 240.00 |
| 10-01-2025 | Marjan Neuman | Process incoming ballots | 1.80 | 200.00 | 360.00 |
| 10-01-2025 | Marjan Neuman | Verify processed incoming ballots | 0.40 | 200.00 | 80.00 |
| 10-01-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with C. Arhtur @ LW re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 2.50 | 200.00 | 500.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|------|-------------|-------------|-------|------|--------|
| 10-01-2025 | Nathan Panameno | Research inquiry by S. Nylen @ BS Law re Class 5 ballot request | 0.30 | 200.00 | 60.00 |
| 10-01-2025 | Nathan Panameno | Email with S. Nylen @ BS Law re Class 5 ballot request | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with C. Carlise @ RLF re voting declaration | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with C. Carlise @ RLF re certificate of publication | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with Z. Shapiro @ RLF re voting declaration | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Laurel Hein | Process incoming ballots | 3.80 | 240.00 | 912.00 |
| 10-01-2025 | Jasmin Menendez | Scan incoming ballots | 0.90 | 110.00 | 99.00 |
| 10-01-2025 | Madelene Bermudez | Verify incoming ballots | 0.70 | 240.00 | 168.00 |
| 10-01-2025 | Nathan Panameno | Perform quality assurance on incoming ballots | 1.50 | 200.00 | 300.00 |
| 10-01-2025 | Mauricio Azucena | Process incoming ballots | 0.90 | 160.00 | 144.00 |
| 10-01-2025 | Nathan Panameno | Email with B. Bisca @ Fortinbras re Class 3 ballot request | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with SW. Milacci @ Blue Owl re Class 3 ballot submission | 0.20 | 200.00 | 40.00 |
| 10-01-2025 | Nathan Panameno | Email with M. Neuman @ Omni re Class 3 ballot submission | 0.10 | 200.00 | 20.00 |
| 10-02-2025 | Nathan Panameno | Prepare voting declaration draft | 2.50 | 200.00 | 500.00 |
| 10-02-2025 | Marjan Neuman | Process incoming ballots | 0.40 | 200.00 | 80.00 |
| 10-03-2025 | Nathan Panameno | Update voting declaration draft | 2.50 | 200.00 | 500.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10-03-2025 | Nathan Panameno | Email with C. Carlise @ RLF re Solicitation Tabulation Report | 0.20 | 200.00 | 40.00 |
| 10-03-2025 | Nathan Panameno | Email with A. Pacajoj @ Omni re USB solicitation link | 0.10 | 200.00 | 20.00 |
| 10-03-2025 | Jeriad Paul | Review emails (4) received and respond to Z. Shapiro @ RLF re voting declaration | 0.60 | 295.00 | 177.00 |
| 10-03-2025 | Jeriad Paul | Prepare Final voting declaration | 0.80 | 295.00 | 236.00 |
| 10-03-2025 | Marjan Neuman | Verify processed incoming ballots | 0.10 | 200.00 | 20.00 |
| 10-05-2025 | Jeriad Paul | Email with Z. Shapiro @ RLF re confirmation hearing registration | 0.20 | 295.00 | 59.00 |
| 10-06-2025 | Jeriad Paul | Email with V. Liu @ RLF re confirmation hearing registration | 0.10 | 295.00 | 29.50 |
| 10-07-2025 | Jeriad Paul | Prepare for and attend confirmation hearing | 1.30 | 295.00 | 383.50 |
| | | **Total** | | | 6,198.50 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Emma Guandique | 2.10 | 230.00 | 483.00 |
| Jasmin Menendez | 0.90 | 110.00 | 99.00 |
| Jeriad Paul | 3.00 | 295.00 | 885.00 |
| Laurel Hein | 3.80 | 240.00 | 912.00 |
| Luis Solorzano | 1.70 | 275.00 | 467.50 |
| Madelene Bermudez | 0.70 | 240.00 | 168.00 |
| Marjan Neuman | 3.90 | 200.00 | 780.00 |
| Mauricio Azucena | 0.90 | 160.00 | 144.00 |
| Nathan Panameno | 11.30 | 200.00 | 2,260.00 |
| **Total** | | | 6,198.50 |

| | |
|---|---|
| **Subtotal for this Invoice** | 6,198.50 |
| **Discount** | (619.85) |
| **Total for this Invoice** | 5,578.65 |
| **Previous Balance** | 24,809.85 |
| **Total Amount to Pay** | 30,388.50 |