**Exhibit A**



**Richards, Layton & Finger, P.A.**
920 North King Street
Wilmington, DE 19801
T: (302) 651-7700
AR@rlf.com
Tax ID 51-0226371

| | |
|---|---|
| Invoice Date: | November 26, 2025 |
| Invoice Number: | 3038107 |
| Client Number: | 773612 |

Zen JV, LLC
Attn: Sheri Davis
200 North LaSalle Street, Suite 900
Chicago, IL 60601

Client:              Monster Worldwide LLC

For professional services rendered through October 14, 2025

| | | |
|---|---|---|
| Fees | $ | 165,385.00 |
| Costs | | 8,747.44 |
| **Total Amount Due** | **$** | **174,132.44** |

**INVOICE DUE AND PAYABLE UPON RECEIPT**

**Please reference invoice number(s) on your remittance.**

**Please send your remittance to remit@rlf.com.**

| | |
|---|---|
| Financial Institution: **Wells Fargo** | For Check Payments: |
| Account Name: Richards, Layton and Finger, P.A. Operating Account | Richards, Layton & Finger, P. A. |
| Wire ABA No.: 121000248 | PO Box 782503 |
| ACH ABA No.: 031100869 | Philadelphia, PA 19178-2503 |
| Account Number: 1020591465 | |
| Bank SWIFT/BIC code: WFBIUS6S | For Overnight Check Payments: |
| | Lockbox Services 782503 |
| | Richards, Layton & Finger, P. A. |
| | 2005 Market Street, 5th Floor |
| | Philadelphia, PA 19103-7042 |

| | | | | | |
|---|---|---|---|---|---|
| Client Name: Monster Worldwide LLC | | | Invoice Date: | | November 26, 2025 |
| Matter: Monster Worldwide LLC | | | Invoice Number: | | 3038107 |

**Group Bill Summary**

| Matter | Description | Fees | Costs | Charges | Taxes | Total |
|---|---|---|---|---|---|---|
| 773612-237571 | Restructuring Advice | 0.00 | 8,747.44 | 0.00 | 0.00 | 8,747.44 |
| 773612-237571A | Case Administration | 4,130.00 | 0.00 | 0.00 | 0.00 | 4,130.00 |
| 773612-237571C | Meetings | 3,170.00 | 0.00 | 0.00 | 0.00 | 3,170.00 |
| 773612-237571D | Executory Contracts/Unexpired Leases | 5,157.50 | 0.00 | 0.00 | 0.00 | 5,157.50 |
| 773612-237571F | Plan of Reorganization/Disclosure Statement | 78,375.00 | 0.00 | 0.00 | 0.00 | 78,375.00 |
| 773612-237571G | Use, Sale of Assets | 315.00 | 0.00 | 0.00 | 0.00 | 315.00 |
| 773612-237571H | Cash Collateral/DIP Financing | 117.50 | 0.00 | 0.00 | 0.00 | 117.50 |
| 773612-237571I | Claims Administration | 4,172.50 | 0.00 | 0.00 | 0.00 | 4,172.50 |
| 773612-237571J | Court Hearings | 21,452.50 | 0.00 | 0.00 | 0.00 | 21,452.50 |
| 773612-237571K | General Corporate/Real Estate | 4,935.00 | 0.00 | 0.00 | 0.00 | 4,935.00 |
| 773612-237571L | Schedules/SOFA/U.S. Trustee Reports | 4,105.00 | 0.00 | 0.00 | 0.00 | 4,105.00 |
| 773612-237571P | Litigation/Adversary Proceedings | 3,240.00 | 0.00 | 0.00 | 0.00 | 3,240.00 |
| 773612-237571Q-2 | Retention of Others | 6,622.50 | 0.00 | 0.00 | 0.00 | 6,622.50 |
| 773612-237571R-1 | RLF Fee Applications | 9,035.00 | 0.00 | 0.00 | 0.00 | 9,035.00 |
| 773612-237571R-2 | Fee Applications of Others | 20,557.50 | 0.00 | 0.00 | 0.00 | 20,557.50 |
| | | 165,385.00 | 8,747.44 | 0.00 | 0.00 | $174,132.44 |

**Total Amount Due**    $174,132.44

Matter Name: Case Administration

Matter Number: 773612-237571A

Invoice Date:      November 26, 2025

Invoice Number:      3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/22/25 | H. V. Liu | Review critical dates calendar | 0.1 | 800.00 | 80.00 |
| 10/02/25 | C. M. Carlisle | Correspondence with Z. Shapiro and C. Meehan re: signatories | 0.1 | 800.00 | 80.00 |
| 10/03/25 | H. V. Liu | Update WIP report | 0.1 | 800.00 | 80.00 |
| 10/06/25 | R. V. Speaker | Revise case calendar | 0.1 | 425.00 | 42.50 |
| 10/08/25 | H. V. Liu | Prepare critical dates calendar for liquidation trust (.7); Email to R. Speaker re: same (.1); Call with R. Speaker re: same (.1) | 0.9 | 800.00 | 720.00 |
| 10/08/25 | C. M. Carlisle | Review critical dates calendar | 0.2 | 800.00 | 160.00 |
| 10/08/25 | Z. I. Shapiro | Prepare for and attend update call | 0.5 | 1,175.00 | 587.50 |
| 10/09/25 | Z. I. Shapiro | Correspondence with C. Carlisle re: update call (.1); Prepare for and attend update call (.5) | 0.6 | 1,175.00 | 705.00 |
| 10/10/25 | C. M. Carlisle | Review correspondence from Z. Shapiro, H. Liu and Omni re: escrow account | 0.2 | 800.00 | 160.00 |
| 10/10/25 | H. V. Liu | Update WIP report | 0.1 | 800.00 | 80.00 |
| 10/13/25 | R. V. Speaker | Revise and circulate calendar | 0.2 | 425.00 | 85.00 |
| 10/14/25 | H. V. Liu | Revise post effective date critical dates for transition to liquidation trust (.4); Call with R. Speaker re: case status (.1) | 0.5 | 800.00 | 400.00 |
| 10/14/25 | R. V. Speaker | Email to Z. Shapiro re: case status (.1); Revise calendar with fee deadlines (.2) | 0.3 | 425.00 | 127.50 |
| 10/14/25 | Z. I. Shapiro | Correspondence with H. Liu re: dates calendar (.1); Review and comment on same (.4); Correspondence with H. Liu re: same (.2) | 0.7 | 1,175.00 | 822.50 |
| **Total** | | | **4.6** | | **$4,130.00** |

| | | | | | |
|---|---|---|---|---|---|
| Matter Name: Meetings | | | Invoice Date: | | November 26, 2025 |
| Matter Number: 773612-237571C | | | Invoice Number: | | 3038107 |

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 09/22/25 | H. V. Liu | Attend RLF WIP call | 0.4 | 800.00 | 320.00 |
| 10/01/25 | C. M. Carlisle | Call with AlixPartners, Z. Shapiro, and H. Liu re: claims reserve (.5); Call with Jones Day, AlixPArtners, and Z. Shapiro re: same (.5) | 1 | 800.00 | 800.00 |
| 10/06/25 | H. V. Liu | Update WIP report | 0.1 | 800.00 | 80.00 |
| 10/08/25 | H. V. Liu | Update WIP report and review relevant deadlines after effective date (.5); Attend WIP call with AlixPartners (.4) | 0.9 | 800.00 | 720.00 |
| 10/08/25 | C. M. Carlisle | Conference call with Z. Shapiro, H. Liu, Latham & Watkins, and AlixPartners | 0.4 | 800.00 | 320.00 |
| 10/09/25 | C. M. Carlisle | Conference call with all professionals re: steps to effective date (.5); Correspondence with Z. Shapiro re: same (.1) | 0.6 | 800.00 | 480.00 |
| 10/13/25 | H. V. Liu | Update WIP report (.1); Circulate same (.1); Attend RLF WIP call (.1) | 0.3 | 800.00 | 240.00 |
| 10/13/25 | C. M. Carlisle | Conference call with Z. Shapiro, H. Liu, and C. Meehan re: WIP | 0.1 | 800.00 | 80.00 |
| 10/13/25 | C. A. Meehan | WIP call with Z. Shapiro, C. Carlisle, H. Liu | 0.2 | 650.00 | 130.00 |
| **Total** | | | **4** | | **$3,170.00** |

Matter Name: Executory Contracts/Unexpired Leases

Matter Number: 773612-237571D

Invoice Date:                November 26, 2025

Invoice Number:              3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/25 | R. V. Speaker | Retrieve and circulate Verinext order (.1); Coordinate service of same (.1) | 0.2 | 425.00 | 85.00 |
| 10/03/25 | H. V. Liu | Update assumption motions (.2); Prepare schedules for same (.4); Coordinate with E. Weyl re: filing of same (.3) | 0.9 | 800.00 | 720.00 |
| 10/03/25 | E. N. Weyl | Review email from H. Liu re: Debtors' first and second omnibus motion to assume contracts (.1); Draft notice x2 (.3); Assemble motions, notices, exhibits, and email to H. Liu re: same (.5); Finalize and file re: same (.3); Email to Omni re: service of same (.1); Circulate same (.1); Email to H. Liu re: same (.1) | 1.5 | 425.00 | 637.50 |
| 10/03/25 | Z. I. Shapiro | Review assumption motions (.2); Correspondence with H. Liu re: same (.1) | 0.3 | 1,175.00 | 352.50 |
| 10/04/25 | Z. I. Shapiro | Correspondence with H. Liu re: assumption motion | 0.2 | 1,175.00 | 235.00 |
| 10/06/25 | H. V. Liu | Email to B. Thomson re: Textkernel contracts | 0.1 | 800.00 | 80.00 |
| 10/09/25 | H. V. Liu | Prepare cancellation agreement re: Tegus letter of credit (.3); Email to J. Furman re: same (.2); Email to R. Speaker re: same (.1); Email to Z. Esposito re: same (.1) | 0.7 | 800.00 | 560.00 |
| 10/12/25 | H. V. Liu | Review objection to assumption motion (.1); Email to Cooley re: same (.1); Review assumption motions (.1) | 0.3 | 800.00 | 240.00 |
| 10/12/25 | Z. I. Shapiro | Correspondence with C. Arthur re: contract objection issues (.2); Correspondence with H. Liu re: same (.1) | 0.3 | 1,175.00 | 352.50 |
| 10/13/25 | H. V. Liu | Prepare tracker of assumption objections | 0.4 | 800.00 | 320.00 |
| 10/13/25 | Z. I. Shapiro | Review amendment to TSA (.6); Correspondence with H. Liu re: same (.1) | 0.7 | 1,175.00 | 822.50 |
| 10/14/25 | H. V. Liu | Update assumption objection tracker (.4); Email same to Cole Schotz (.1) | 0.5 | 800.00 | 400.00 |
| 10/14/25 | Z. I. Shapiro | Review cure tracker (.2); Correspondence with H. Liu re: same (.1) | 0.3 | 1,175.00 | 352.50 |
| **Total** | | | **6.4** | | **$5,157.50** |

Matter Name: Plan of Reorganization/Disclosure Statement                    Invoice Date:              November 26, 2025

Matter Number: 773612-237571F                                               Invoice Number:            3038107

---

**Detail for Services Rendered**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/01/25 | H. V. Liu | Attend meeting with AlixPartners re: claims reserve (.5); Call with C. Carlisle re: voting declaration (.1); Draft notice of amended plan supplement (.3); Draft notice of confirmation order (.3); Attend call with AlixPartners and Jones Day re: claims reserve (.5); Revise confirmation order per comments from Z. Shapiro (.4); Emails with C. Carlisle re: same (.1); Circulate confirmation order to committee's counsel (.1); Email to Z. Esposito re: same (.1) | 2.4 | 800.00 | 1,920.00 |
| 10/01/25 | C. A. Meehan | Analysis of Judge Stickles precedent re: confirmation order (3.2); Email Z. Shapiro, H. Liu, C. Carlisle re: same (.2) | 3.4 | 650.00 | 2,210.00 |
| 10/01/25 | C. M. Carlisle | Correspondence with Omni re: outstanding ballots (.2); Review ballot report (.2); Correspondence with Z. Shapiro and Cole Schotz re: same (.1); Revise combined plan and disclosure statement (.8); Revise proposed Chubb confirmation order language (.1); Conference with Duane Morris, Jones Day, Cole Schotz, and Z. Shapiro re: same (.4); Revise confirmation order (.7); Correspondence with Cole Schotz and Jones Day re: revised US confirmation order language (.4); Revise confirmation brief (.4) | 3.3 | 800.00 | 2,640.00 |
| 10/01/25 | Z. I. Shapiro | Correspondence with S. Nylen re: ballot (.2); Correspondence with Omni re: voting declaration (.2); Review comments to confirmation order (.6); Correspondence with C. Meehan re: same (.3); Review DOJ comments (.2); Correspondence with D. Pavan re: same (.2); Draft and revise language resolving comments (1.0); Correspondence with C. Arthur re: same (.2); Call with C. Carlisle re: Chubb language (.2); Review revisions to same (.1); Correspondence with C. Carlisle re: same (.1); Correspondence with C. Carlisle re: plan comments (.2); Review plan (.3); Correspondence with C. Carlisle re: comments to plan (.2); Draft and revise confirmation order (1.5); Research re: same (.2); Review transcripts re: same (.2); Correspondence with J. Bonteque re: confirmation order (.1); Correspondence with H. Liu re: JPM language and voting report (.2) | 6.2 | 1,175.00 | 7,285.00 |
| 10/02/25 | H. V. Liu | Review research re: confirmation order | 0.3 | 800.00 | 240.00 |
| 10/02/25 | C. A. Meehan | Comments to and edit confirmation order (1.2); Email Z. Shapiro, C. Carlisle, H. Liu re: same (.1) | 1.3 | 650.00 | 845.00 |
| 10/02/25 | C. M. Carlisle | Revise AlixPartners declaration (.5); Correspondence with Z. Shapiro and R. Maddox re: same (.1); Revise confirmation order (.9); Correspondence with Jones Day, Cole Schotz, Z. Shapiro, and H. Liu re: same (.3); Correspondence with Omni and Cole Schotz re: class voting report (.2); Revise confirmation brief (.6) | 2.6 | 800.00 | 2,080.00 |
| 10/02/25 | Z. I. Shapiro | Review confirmation order and revise same (.6); Correspondence with D. Merrett re: same (.2); Correspondence with C. Carlisle re: same (.2) | 1 | 1,175.00 | 1,175.00 |
| 10/03/25 | H. V. Liu | Email to Omni re: voting declaration (.1); Update notice of confirmation order (.1); Email same to Z. Shapiro (.1); Review confirmation order (.1); Correspondence with C. Carlisle re: same (.1); Coordinate with B. Witters re: filing of same (.1); Review voting declaration (.3); Update notice of amended plan supplement per comments from Z. Shapiro (.2); Email to B. Muratov re: same (.1); Prepare revised assumption schedule and redline (.3); Coordinate with E. Weyl re: filing of same (.2) | 1.7 | 800.00 | 1,360.00 |
| 10/03/25 | B. J. Witters | Review e-mail from C. Carlisle re: second amended combined disclosure statement and plan (.1); Assemble and e-mail to C. Carlisle re: same (.1); Finalize and file re: same (.2); Review e-mail from C. Carlisle re: notice of filing second amended combined disclosure statement and plan - blackline (.1); Assemble and e-mail | 1.7 | 425.00 | 722.50 |

Matter Name: Plan of Reorganization/Disclosure Statement    Invoice Date:    November 26, 2025

Matter Number: 773612-237571F    Invoice Number:    3038107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | to C. Carlisle re: same (.1); Finalize and file re: same (.2); Review e-mail from H. Liu re: notice of filing proposed confirmation order (.1); Assemble and e-mail to C. Carlisle re: same (.1); Finalize and file re: same (.2); E-mail to Omni re: service of plan documents of same x3 (.1); Review e-mail from C. Carlisle re: voting declaration (.1); Assemble and e-mail to C. Carlisle re: same (.1); Finalize and file re: same (.1); E-mail to Omni re: service of same (.1) | | | |
| 10/03/25 | E. N. Weyl | Review email from C. Carlisle re: amended voting declaration (.1); Prepare and email to C. Carlisle re: same (.2); Finalize and file re: same (.2); Email to Omni re: service of same (.1); Circulate same (.1); Email to C. Carlisle re: same (.1); Review email from H. Liu re: notice of amended plan supplement (.1); Prepare and email to H. Liu re: same (.2); Finalize and file re: same (.2); Email to Omni re: service of same (.1); Circulate same (.1); Email to H. Liu re: same (.1) | 1.6 | 425.00 | 680.00 |
| 10/03/25 | C. M. Carlisle | Finalize AlixPartners declaration and combined plan and disclosure statement (.5); Correspondence with AlixPartners re: same (.1); Draft notice of filing (.3); Correspondence with B. Witters re: same (.1); Facilitate filing of declaration and combined plan and disclosure statement (.3); Correspondence with Cole Schotz and H. Liu re: confirmation order (.3); Review voting declaration (.4); Correspondence with Z. Shapiro and B. Witters re: same (.4); Correspondence with H. Liu re: hearing agenda (.1); Review correspondence from Z. Shapiro re: voting declaration (.4); Review amended voting declaration (.4); Facilitate fling re: same (.2); Revise combined plan and disclosure statement (.4) | 3.9 | 800.00 | 3,120.00 |
| 10/03/25 | Z. I. Shapiro | Review and revise DelConte declaration (2.6); Correspondence with RLF team re: voting declaration (.2); Correspondence with H. Liu re: same (.2); Review revised plan (.2); Review revised order (.1); Correspondence with C. Carlisle re: each of same (.2); Correspondence with C. Arthur re: voting declaration (.2); Review and comment on voting declaration (.8); Calls with C. Carlisle re: same (.1); Correspondence with C. Carlisle re: same (.2); Review hearing agenda and comment on same (.4); Review plan notices (.2); Correspondence with H. Liu re: same (.1); Correspondence with J. Paul re: voting declaration (.4); Review solicitation procedures re: same (.2); Further revisions to voting declaration (.3); Correspondence with J. Paul re: same (.1); Review and comment on plan supplement notice (.3); Correspondence with H. Liu re: same (.1); Correspondence with J. DelConte re: declaration (.2) | 7.1 | 1,175.00 | 8,342.50 |
| 10/04/25 | H. V. Liu | Email to Omni re: service of plan supplement | 0.1 | 800.00 | 80.00 |
| 10/04/25 | Z. I. Shapiro | Correspondence with C. Carlisle re: brief (.2); Review brief (.3) | 0.5 | 1,175.00 | 587.50 |
| 10/05/25 | Z. I. Shapiro | Draft and revise confirmation brief (5.4); Correspondence with C. Carlisle re: same (.2) | 5.6 | 1,175.00 | 6,580.00 |
| 10/06/25 | R. V. Speaker | Review email from C. Carlisle re: docusign request for SRC Resolutions (.1); Coordinate delivery of same to signatories (.3); Retrieve and email executed resolutions to C. Carlisle (.1); Call with C. Carlisle re: confirmation documents for filing (.1); Preparation of DelConte confirmation declaration for filing (.1); Finalize and file same (.2); Preparation of confirmation brief for filing (.2); Finalize and file same (.2); Coordinate service of brief and declaration (.1) | 1.4 | 425.00 | 595.00 |
| 10/06/25 | C. M. Carlisle | Facilitate execution of Board Resolution re: combined plan and disclosure statement (.2); Revise memorandum in support of combined plan and disclosure statement and related AlixPartners declaration (2.6); Review amended agenda (.3); Correspondence with R. Speaker and Chambers re: same (.1); Review comments to confirmation order (.2); Revise confirmation order (.4); Correspondence with Z. Shapiro and DOJ re: same (.3); Review | 4.3 | 800.00 | 3,440.00 |

Matter Name: Plan of Reorganization/Disclosure Statement

Matter Number: 773612-237571F

Invoice Date:          November 26, 2025

Invoice Number:        3038107

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| | | correspondence from AlixPartners and Z. Shapiro re: claims reserve (.2) | | | |
| 10/06/25 | C. M. Carlisle | Review correspondence from Cole Schotz and Jones Day re: TSA | 0.3 | 800.00 | 240.00 |
| 10/06/25 | Z. I. Shapiro | Correspondence with H. Liu re: escrow agreement (.2); Review AP declaration (.2); Review brief (.2); Correspondence with C. Carlisle re: same (.1); Correspondence with L. Lerman re: plan comment (.3); Correspondence with C. Arthur re: same (.4); Correspondence with J. Creighton re: claims reserve (.2); Correspondence with C. Arthur re: same (.2); Correspondence with S. Carnes re: TSA (.2); Correspondence with C. Arthur re: same (.1); Draft and revise escrow agreement (.3); Review and revise confirmation order (.4); Correspondence with C. Carlisle re: same (.2) | 3 | 1,175.00 | 3,525.00 |
| 10/06/25 | D. J. DeFranceschi | Review emails from D. Pavan and from Z. Shapiro concerning plan issues | 0.2 | 1,500.00 | 300.00 |
| 10/07/25 | R. V. Speaker | Review email from C. Carlisle re: COC for confirmation order (.1); Revise and prepare same for filing (.3); Finalize and file same (.2); Upload proposed order re: same (.1); Circulate COC (.1); Retrieve and circulate confirmation order (.1); Coordinate service of same (.1) | 1 | 425.00 | 425.00 |
| 10/07/25 | H. V. Liu | Draft COC re: revised confirmation order | 0.3 | 800.00 | 240.00 |
| 10/07/25 | C. M. Carlisle | Revise confirmation order and draft related COC (.5); Correspondence with R. Speaker re: same (.1) | 0.6 | 800.00 | 480.00 |
| 10/07/25 | C. M. Carlisle | Review correspondence from Jones Day and Cole Schotz re: TSA | 0.2 | 800.00 | 160.00 |
| 10/07/25 | Z. I. Shapiro | Review and comment on distribution agreement (1.0); Correspondence with H. Liu re: escrow agreement (.1); Correspondence with C. Arthur re: effective date planning (.2); Call with C. Arthur and J. Gordon re: same (.2); Correspondence with C. Lim re: same (.2); Research re: same (.4) | 2.1 | 1,175.00 | 2,467.50 |
| 10/08/25 | H. V. Liu | Prepare notice of effective date | 0.1 | 800.00 | 80.00 |
| 10/08/25 | C. M. Carlisle | Draft summary of effective date for board (.7); Correspondence with Z. Shapiro re: same (.1) | 0.8 | 800.00 | 640.00 |
| 10/08/25 | Z. I. Shapiro | Correspondence with J. Shen re: effective date funds flow (.4); Correspondence with S. Carnes re: transition call (.1); Correspondence with H. Liu re: escrow agreement (.3); Review and comment on escrow agreement (1.9) | 2.7 | 1,175.00 | 3,172.50 |
| 10/09/25 | H. V. Liu | Revise effective date notice (.2); Attend transition call with Cole Schotz (.2) | 0.4 | 800.00 | 320.00 |
| 10/09/25 | C. M. Carlisle | Review correspondence from AlixPatners re: effective date (.1); Review correspondence from Jones Day re: TSA amendment (.2) | 0.3 | 800.00 | 240.00 |
| 10/09/25 | Z. I. Shapiro | Correspondence with J. Gordon re: effective date issues (.2); Correspondence with C. Arthur re: same (.2); Draft and revise escrow agreement (1.3); Correspondence with H. Liu re: same (.2); Correspondence with J. Shen re: funds flow (.2); Correspondence with H. Liu re: JPM letter (.2); Correspondence with H. Liu re: funds flow (.1); Call with C. Arthur re: claims pool (.2); Correspondence with C. Arthur re: same (.1); Calls with S. Carnes re: update (.2); Call with D. Merrett re: plan reserves (.4) | 3.3 | 1,175.00 | 3,877.50 |
| 10/10/25 | Z. I. Shapiro | Correspondence with J. Shen re: funds flow (.3); Correspondence with H. Liu re: same (.1); Research re: claims reserve (2.0) | 2.4 | 1,175.00 | 2,820.00 |
| 10/12/25 | Z. I. Shapiro | Research re: claims reserve | 1.8 | 1,175.00 | 2,115.00 |
| 10/13/25 | H. V. Liu | Email to J. Furman re: amendment to TSA (.1); Emails with R. Speaker re: signature page to same (.1); Email to Z. Shapiro re: same (.1); Email to S. Carnes re: liquidation trust agreement (.1) | 0.4 | 800.00 | 320.00 |
| 10/13/25 | Z. I. Shapiro | Review markup of escrow agreement (.3); Correspondence with S. Kelly re: same (.2); Call with B. Brook re: same (.2); | 5.5 | 1,175.00 | 6,462.50 |

Matter Name: Plan of Reorganization/Disclosure Statement

Matter Number: 773612-237571F

Invoice Date:      November 26, 2025

Invoice Number:      3038107

| **Date** | **Name** | **Description** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|---|
| | | Correspondence with C. Arthur re: same (.2); Review and revise escrow agreement (2.4); Correspondence with H. Liu re: same (.3); Research re: claims reserve (1.2); Correspondence with J. Shen re: cash bridge (.3); Correspondence with D. Merrett re: trust agreement (.2); Correspondence with S. Carnes re: same (.1); Correspondence with RLF team re: same (.1) | | | |
| 10/14/25 | H. V. Liu | Revise effective date notice (.3); Revise same per comments from Z. Shapiro (.2); Coordinate with R. Speaker re: filing of same (.1); Compile executed version of amendment to TSA (.2); Circulate same (.1); Compile executed version of liquidation trust agreement (.3); Email to C. Carlisle re: signature page to same (.1); Circulate same (.1) | 1.4 | 800.00 | 1,120.00 |
| 10/14/25 | R. V. Speaker | Finalize and file notice of effective date (.2); Coordinate service of same (.1) | 0.3 | 425.00 | 127.50 |
| 10/14/25 | C. M. Carlisle | Correspondence with H. Liu re: trust agreement (.1); Review correspondence from Latham & Watkins, Z. Shapiro, AlixPartners, and H. Liu re: effective date conditions (.7) | 0.8 | 800.00 | 640.00 |
| 10/14/25 | Z. I. Shapiro | Correspondence with C. Arthur re: effective date status (.4); Correspondence with J. Gordon re: same (.2); Correspondence with C. Lim re: same (.3); Correspondence with H. Liu re: effective date notice (.2); Review and comment on same (.4); Further correspondence with H. Liu re: same (.1); Correspondence with J. Shen re: escrow agreement (.2); Correspondence with H. Liu re: same (.1); Review revised escrow agreement (.2); Draft and revise form escrow payment demand (.3); Correspondence with H. Liu re: same (.1); Correspondence with A. Chapell re: same (.1); Correspondence with K. Bostel re: update (.2); Correspondence with C. Arthur re: same (.2); Update Cole Schotz re: same (.2); Correspondence with H. Liu re: effective date notice (.1) | 3.3 | 1,175.00 | 3,877.50 |
| 10/14/25 | Z. I. Shapiro | Provide update to board re: effective date (.5); Correspondence with C. Arthur re: same (.1); Correspondence with S. Carnes re: dates calendar (.1) | 0.7 | 1,175.00 | 822.50 |
| **Total** | | | **80.3** | | **$78,375.00** |

Matter Name: Use, Sale of Assets

Matter Number: 773612-237571G

Invoice Date:               November 26, 2025

Invoice Number:                      3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/13/25 | C. M. Carlisle | Correspondence with Z. Shapiro re: purchase price allocation notice | 0.1 | 800.00 | 80.00 |
| 10/13/25 | Z. I. Shapiro | Correspondence with C. Carlisle re: purchase price allocation | 0.2 | 1,175.00 | 235.00 |
| **Total** | | | **0.3** | | **$315.00** |

Matter Name: Cash Collateral/DIP Financing

Matter Number: 773612-237571H

Invoice Date:                  November 26, 2025

Invoice Number:                      3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/03/25 | Z. I. Shapiro | Correspondence with H. Liu re: budget | 0.1 | 1,175.00 | 117.50 |
| **Total** | | | **0.1** | | **$117.50** |

| Matter Name: Claims Administration | Invoice Date: | November 26, 2025 |
|---|---|---|
| Matter Number: 773612-2375711 | Invoice Number: | 3038107 |

**Detail for Services Rendered**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/01/25 | H. V. Liu | Research re: employee claim issues (.8); Email to Z. Shapiro re: same (.2) | 1 | 800.00 | 800.00 |
| 10/01/25 | C. A. Meehan | Email from H. Liu, Z. Shapiro re: retention bonus issue (.2); Analysis re: application to sale bonus (.5); Email Z. Shapiro re: same (.3); Call with AP re: claims reserve (.6); Call with AP, Jones Day re: trust reserve (.5) | 2.1 | 650.00 | 1,365.00 |
| 10/01/25 | Z. I. Shapiro | Correspondence with H. Liu re: claims analysis (.1); Review research re: same (.2); Prepare for and attend call re: claims reserve (.6) | 0.9 | 1,175.00 | 1,057.50 |
| 10/02/25 | H. V. Liu | Draft omnibus claims objection | 0.5 | 800.00 | 400.00 |
| 10/09/25 | H. V. Liu | Review proofs of claim re: deal bonus | 0.1 | 800.00 | 80.00 |
| 10/14/25 | Z. I. Shapiro | Correspondence with C. Arthur re: claim demand (.2); Correspondence with J. Creighton re: same (.2) | 0.4 | 1,175.00 | 470.00 |
| **Total** | | | **5** | | **$4,172.50** |

| | | | | |
|---|---|---|---|---|
| Matter Name: Court Hearings | | | Invoice Date: | November 26, 2025 |
| Matter Number: 773612-237571J | | | Invoice Number: | 3038107 |

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/01/25 | R. V. Speaker | Revise draft agenda for 10/7/25 (.4); Call with H. Liu re: same (.1); Circulate same (.1) | 0.6 | 425.00 | 255.00 |
| 10/01/25 | H. V. Liu | Review and comment on October 7 hearing agenda (.5); Email to R. Speaker re: same (.1); Call with R. Speaker re: same (.1); Email to Z. Shapiro re: same (.1) | 0.8 | 800.00 | 640.00 |
| 10/02/25 | R. V. Speaker | Retrieve and organize pleadings for confirmation agenda (.7); Prepare binder cover / spine (.2); Draft email to Parcels re: hearing binders (.1) | 1 | 425.00 | 425.00 |
| 10/03/25 | H. V. Liu | Email to Z. Shapiro re: October 7 hearing agenda (.1); Email to chambers re: same (.1); Review same (.1); Update same per comments from Z. Shapiro (.2); Email to E. Weyl re: same (.1); Review updated agenda (.1); Coordinate with E. Weyl re: filing of same (.1); Email same to chambers (.1) | 0.9 | 800.00 | 720.00 |
| 10/03/25 | E. N. Weyl | Review email from H. Liu re: 10/7/25 agenda (.1); Revise and email to H. Liu re: same (.4); Finalize and file re: same (.2); Email to Omni re: service of same (.1); Circulate same (.1); Email to H. Liu re: same (.1); Retrieve pleadings for 10/7/25 hearing and email instructions to Parcels re: updating chambers binder (.3); Revise 10/7/25 agenda (.2) | 1.5 | 425.00 | 637.50 |
| 10/03/25 | Z. I. Shapiro | Correspondence with A. Lugano re: hearing update | 0.2 | 1,175.00 | 235.00 |
| 10/06/25 | R. V. Speaker | Review draft amended agenda for 10/7/25 hearing (.1); Call with H. Liu re: same (.1); Revise and circulate same (.5); Coordinate zoom registrations for D. DeFranceschi, H. Liu, C. Carlisle, J. Paul, C. Arthur and J. Gordon (.6); Retrieve and organize pleadings for hearing binders and supplemental hearing binders (.5); Draft cover sheet for supplemental hearing binders (.1); Coordinate zoom registration for J. Shen (.1); Revise amended agenda for 10/7/25 (.2); Preparation of same for filing (.1); Finalize and file same (.1); Coordinate service of same (.1); Coordinate hearing preparation, including supplemental binders for Court with Parcels (.3); Revise 11/13/25 agenda (.1) | 2.9 | 425.00 | 1,232.50 |
| 10/06/25 | H. V. Liu | Discussion with L. Morris re: confirmation hearing logistics (.2); Call with R. Speaker re: confirmation hearing agenda (.1) | 0.3 | 800.00 | 240.00 |
| 10/06/25 | C. M. Carlisle | Confer With Z. Shapiro, R. Speaker, and Chambers re: hearing logistics | 0.6 | 800.00 | 480.00 |
| 10/06/25 | Z. I. Shapiro | Correspondence with L. Morris re: hearing preparation (.1); Correspondence with J. Paul re: same (.1); Correspondence with R. Speaker re: hearing (.2); Prepare for hearing (1.8); Review script (.2); Correspondence with C. Carlisle re: same (.2) | 2.6 | 1,175.00 | 3,055.00 |
| 10/07/25 | R. V. Speaker | Assist with hearing preparation for 10/7/25 (1.5); Prepare e-binder for 10/7/25 hearing and email to D. DeFranceschi (.3) | 1.8 | 425.00 | 765.00 |
| 10/07/25 | H. V. Liu | Prepare for and assist co-counsel with confirmation hearing (2.5); Attend confirmation hearing (.5) | 3 | 800.00 | 2,400.00 |
| 10/07/25 | C. M. Carlisle | Prepare for hearing (3.5); Attend confirmation hearing (.5) | 4 | 800.00 | 3,200.00 |
| 10/07/25 | Z. I. Shapiro | Prepare for hearing (3.5); Meeting with J. Delconte and C. Arthur re: same (1.0); Further prepare for and attend hearing (.6); Meeting with C. Arthur re: same (.7); Correspondence with T. Fox re: hearing (.1); Correspondence with J. Creighton re: hearing (.2) | 6.1 | 1,175.00 | 7,167.50 |
| **Total** | | | **26.3** | | **$21,452.50** |

Matter Name: General Corporate/Real Estate

Matter Number: 773612-237571K

Invoice Date:          November 26, 2025

Invoice Number:          3038107

---

**Detail for Services Rendered**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/05/25 | Z. I. Shapiro | Correspondence with C. Arthur re: SRC resolutions (.1); Call with C. Arthur re: same (.3); Draft SRC resolutions (1.4); Call with C. Arthur re: same (.2); Draft and revise resolutions (.6); Correspondence with SRC re: same (.2) | 2.8 | 1,175.00 | 3,290.00 |
| 10/06/25 | Z. I. Shapiro | Correspondence with K. Shea re: SRC resolutions (.2); Correspondence with H. Liu re: same (.1) | 0.3 | 1,175.00 | 352.50 |
| 10/08/25 | Z. I. Shapiro | Correspondence with C. Arthur re: board update (.2); Correspondence with C. Carlisle re: same (.2); Draft and revise board update (.6); Correspondence with C. Arthur re: same (.1) | 1.1 | 1,175.00 | 1,292.50 |
| **Total** | | | **4.2** | | **$4,935.00** |

Matter Name: Schedules/SOFA/U.S. Trustee Reports                    Invoice Date:                    November 26, 2025

Matter Number: 773612-237571L                                       Invoice Number:                           3038107

---

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/06/25 | H. V. Liu | Review August MORs | 0.2 | 800.00 | 160.00 |
| 10/07/25 | R. V. Speaker | Preparation of August 2025 MORs for filing (.4); Finalize and file same (.7); Coordinate service of same (.1); Draft COS re: same (.1) | 1.3 | 425.00 | 552.50 |
| 10/07/25 | H. V. Liu | Review August MORs | 3.4 | 800.00 | 2,720.00 |
| 10/07/25 | Z. I. Shapiro | Review MOR (.2); Review comments to same (.2); Correspondence with H. Liu re: same (.1) | 0.5 | 1,175.00 | 587.50 |
| 10/08/25 | R. V. Speaker | Finalize and file COS re: monthly operating reports | 0.2 | 425.00 | 85.00 |
| **Total** | | | **5.6** | | **$4,105.00** |

Matter Name: Litigation/Adversary Proceedings    Invoice Date:    November 26, 2025
Matter Number: 773612-237571P    Invoice Number:    3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/25 | R. C. Maddox | Research re: special committee (.4); Research and draft resolutions (1.4) | 1.8 | 1,000.00 | 1,800.00 |
| 10/02/25 | R. C. Maddox | Revise board resolutions (.5); Email Z. Shapiro re: same (.2) | 0.7 | 1,000.00 | 700.00 |
| 10/07/25 | R. V. Speaker | Draft CNO re: removal extension motion (.3); Email to H. Liu and C. Carlisle re: same (.1); Finalize and file CNO (.2); Upload order re: same (.1) | 0.7 | 425.00 | 297.50 |
| 10/07/25 | H. V. Liu | Review CNO re: removal extension motion (.1); Email to Z. Shapiro re: same (.1); Coordinate with R. Speaker re: filing of same (.1) | 0.3 | 800.00 | 240.00 |
| 10/07/25 | Z. I. Shapiro | Correspondence with H. Liu re: removal motion | 0.1 | 1,175.00 | 117.50 |
| 10/08/25 | R. V. Speaker | Retrieve and circulate removal extension order (.1); Coordinate service re: same (.1) | 0.2 | 425.00 | 85.00 |
| **Total** | | | **3.8** | | **$3,240.00** |

Matter Name: Retention of Others

Matter Number: 773612-237571Q-2

Invoice Date:          November 26, 2025

Invoice Number:          3038107

**Detail for Services Rendered**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|---|---|
| 10/02/25 | C. A. Meehan | Emails with J. Oeltjen re: Forvis retention application (.1); Edit same (.7); Emails with Z. Shapiro, C. Carlisle, H. Liu re: same (.1); Email J. Furman re: same (.1) | 1 | 650.00 | 650.00 |
| 10/02/25 | Z. I. Shapiro | Correspondence with C. Meehan re: tax application (.1); Review application (.2) | 0.3 | 1,175.00 | 352.50 |
| 10/03/25 | H. V. Liu | Review Forvis Mazars' retention application | 0.4 | 800.00 | 320.00 |
| 10/03/25 | Z. I. Shapiro | Correspondence with C. Meehan re: tax application (.2); Comment on same (.3) | 0.5 | 1,175.00 | 587.50 |
| 10/04/25 | Z. I. Shapiro | Correspondence with C. Meehan re: tax retention app. (.1); Review draft app. (.2) | 0.3 | 1,175.00 | 352.50 |
| 10/05/25 | Z. I. Shapiro | Correspondence with C. Meehan re: tax advisor app (.1); Review draft (.2) | 0.3 | 1,175.00 | 352.50 |
| 10/06/25 | H. V. Liu | Revise Forvis Mazars retention application per comments from Z. Shapiro (1.0); Email to Z. Shapiro re: same (.1); Email same to J. Oeltjen re: same (.1); Email to AlixPartners re: parties in interest list (.1); Email to J. Creighton re: Forvis Mazars engagement letter (.1); Call with A. Brown re: same (.1) | 1.5 | 800.00 | 1,200.00 |
| 10/06/25 | Z. I. Shapiro | Review and comment on Forvis application (1.3); Correspondence with C. Meehan re: same (.1); Correspondence with H. Liu re: same (.2) | 1.6 | 1,175.00 | 1,880.00 |
| 10/07/25 | R. V. Speaker | Draft notice for Forvis retention application (.1); Preparation of same for filing (.1); Finalize and file same (.1); Coordinate service of same (.1); Circulate same (.1) | 0.5 | 425.00 | 212.50 |
| 10/07/25 | H. V. Liu | Email to Forvis Mazars re: retention application (.1); Update same (.3); Email to Z. Shapiro re: same (.1); Coordinate with R. Speaker re: filing of same (.1) | 0.6 | 800.00 | 480.00 |
| 10/07/25 | Z. I. Shapiro | Correspondence with H. Liu re: tax retention app. | 0.2 | 1,175.00 | 235.00 |
| **Total** | | | **7.2** | | **$6,622.50** |

| Matter Name: RLF Fee Applications | Invoice Date: | November 26, 2025 |
|---|---|---|
| Matter Number: 773612-237571R-1 | Invoice Number: | 3038107 |

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/15/25 | C. A. Meehan | Emails with H. Liu re: budget and staffing plan (.1); Draft same (1.6) | 1.7 | 650.00 | 1,105.00 |
| 10/01/25 | C. M. Carlisle | Correspondence with Chambers and R. Speaker re: fee applications | 0.1 | 800.00 | 80.00 |
| 10/03/25 | H. V. Liu | Email to Z. Shapiro re: RLF weekly fees (.1); Email to J. Shen re: same (.1) | 0.2 | 800.00 | 160.00 |
| 10/08/25 | R. V. Speaker | Review email from H. Liu re: CNO for second fee application (.1); Draft CNO for second fee application (.2); Email to H. Liu re: same (.1); Review and revise September 2025 proformas (.8); Preparation of CNO for RLF 2nd fee application for filing (.1); Finalize and file same (.1); Circulate same (.1); Revise fee chart re: same (.1) | 1.6 | 425.00 | 680.00 |
| 10/08/25 | H. V. Liu | Email to R. Speaker re: CNO re RLF August fee application (.1); Review same (.1); Coordinate with R. Speaker re: filing of same (.1); Email to J. Shen re: same (.1) | 0.4 | 800.00 | 320.00 |
| 10/08/25 | Z. I. Shapiro | Correspondence with RLF team re: CNO | 0.1 | 1,175.00 | 117.50 |
| 10/09/25 | J. T. Kolb | Draft RLF's September 2025 monthly fee application | 0.5 | 325.00 | 162.50 |
| 10/09/25 | H. V. Liu | Prepare professional fee estimates (.1); Review September fee application (3.6) | 3.7 | 800.00 | 2,960.00 |
| 10/09/25 | R. V. Speaker | Review and revise September 2025 proforma (1.2); Email same to H. Liu (.1) | 1.3 | 425.00 | 552.50 |
| 10/10/25 | H. V. Liu | Email to Z. Shapiro re: RLF professional fee estimate (.1); Email to J. Shen re: same (.1); Review updated September proforma (.3); Email to J. Kolb re: same (.1) | 0.6 | 800.00 | 480.00 |
| 10/10/25 | J. T. Kolb | Review and revise detail for RLF's September 2025 monthly fee application | 0.7 | 325.00 | 227.50 |
| 10/13/25 | H. V. Liu | Email to Z. Shapiro re: September proforma (.1); Email to J. Kolb, R. Speaker re: same (.1) | 0.2 | 800.00 | 160.00 |
| 10/13/25 | J. T. Kolb | Prepare RLF's third monthly fee application for period September 2025 | 1.4 | 325.00 | 455.00 |
| 10/13/25 | C. M. Carlisle | Correspondence with R. Speaker re: fee application binders | 0.1 | 800.00 | 80.00 |
| 10/13/25 | Z. I. Shapiro | Correspondence with H. Liu re: RLF fee app. (.1); Review fee app. (.3); Further correspondence with H. Liu re: same (.1) | 0.5 | 1,175.00 | 587.50 |
| 10/14/25 | J. T. Kolb | Prepare RLF's third monthly fee application for period September 2025 | 2.3 | 325.00 | 747.50 |
| 10/14/25 | C. M. Carlisle | Confer with R. Speaker re: fee binders | 0.2 | 800.00 | 160.00 |
| **Total** | | | **15.6** | | **$9,035.00** |

Matter Name: Fee Applications of Others

Matter Number: 773612-237571R-2

Invoice Date: November 26, 2025

Invoice Number: 3038107

**Detail for Services Rendered**

| Date | Name | Description | Hours | Rate | Amount |
|------|------|-------------|-------|------|--------|
| 10/01/25 | R. V. Speaker | Review emails from H. Liu and C. Carlisle re: interim fee binders for Court (.1); Emails with C. Carlisle re: same (.1) | 0.2 | 425.00 | 85.00 |
| 10/01/25 | Z. I. Shapiro | Correspondence with PJT re: status of fee app. | 0.2 | 1,175.00 | 235.00 |
| 10/02/25 | H. V. Liu | Review and revise professional fee escrow agreement | 0.7 | 800.00 | 560.00 |
| 10/03/25 | H. V. Liu | Revise professional fee escrow agreement | 1 | 800.00 | 800.00 |
| 10/06/25 | R. V. Speaker | Draft CNO for L&W 2nd fee application (.1); Email same to H. Liu (.1) | 0.2 | 425.00 | 85.00 |
| 10/06/25 | H. V. Liu | Review CNO re: LW August fee application (.1); Email to J. Gordon re: same (.1); Email to Z. Shapiro re: professional fee escrow agreement (.1); Email to various professionals re: payment of professional fees (.2); Revise professional fee escrow agreement (5.5) | 6 | 800.00 | 4,800.00 |
| 10/06/25 | C. M. Carlisle | Correspondence with A. Chapell re: fee application | 0.1 | 800.00 | 80.00 |
| 10/06/25 | E. N. Weyl | Emails with H. Liu and R. Speaker re: certificate of no objection re: Latham second fee application (.1); Finalize and file re: same (.2); Circulate same (.1) | 0.4 | 425.00 | 170.00 |
| 10/07/25 | H. V. Liu | Revise professional fee escrow agreement (1.0); Call with R. Speaker re: signing same (.1); Email to J. Furman re: same (.1) | 1.2 | 800.00 | 960.00 |
| 10/08/25 | R. V. Speaker | Draft interim fee index for 11/13/25 hearing (1.9); Retrieve and organize fee applications for 11/13/25 interim fee hearing (.9); Email to H. Liu and C. Carlisle re: final fee applications and order (.1); Coordinate preparation of interim fee and final fee binders with T. Smith (.2) | 3.1 | 425.00 | 1,317.50 |
| 10/08/25 | H. V. Liu | Email to R. Speaker re: professional fee escrow agreement (.1); Review signature page to same (.1) | 0.2 | 800.00 | 160.00 |
| 10/08/25 | T. S. Smith | Prepare interim and final fee application binders | 2.3 | 325.00 | 747.50 |
| 10/09/25 | H. V. Liu | Revise professional fee escrow agreement per comments from Z. Shapiro (1.0); Email same to Omni (.1) | 1.1 | 800.00 | 880.00 |
| 10/09/25 | R. V. Speaker | Hyperlink final fee index and interim fee index for 11/13/25 hearing | 1.2 | 425.00 | 510.00 |
| 10/09/25 | T. S. Smith | Prepare interim and final fee application binders | 4.5 | 325.00 | 1,462.50 |
| 10/10/25 | H. V. Liu | Email to S. Kelley re: professional fee escrow account (.1); Call with R. Speaker re: interim fee index (.1); Call with S. Kelly re: same (.2); Email to AlixPartners re: same (.2) | 0.6 | 800.00 | 480.00 |
| 10/10/25 | H. V. Liu | Review first interim fee index | 0.4 | 800.00 | 320.00 |
| 10/13/25 | R. V. Speaker | Meeting with T. Smith re: interim and final fee binders for 11/13/25 (.1); Review and finalize interim and final fee binders for 11/13/25 hearing (.5); Email to C. Carlisle re: same (.1) | 0.7 | 425.00 | 297.50 |
| 10/13/25 | H. V. Liu | Email to M. Hartlipp re: professional fee escrow agreement (.1); Email to S. Kelley re: same (.1); Review Omni's comments to distribution agreement (.2); Update same per comments from Z. Shapiro (1.1); Email to Omni re: same (.1); Prepare executed version of same (.2); Email to Z. Shapiro re: fee index (.1); Review same (.1); Email to A. Chapell re: final fee order (.1) | 2.1 | 800.00 | 1,680.00 |
| 10/13/25 | Z. I. Shapiro | Correspondence with RLF team re: fee order and status of fee apps. | 0.3 | 1,175.00 | 352.50 |
| 10/13/25 | T. S. Smith | Prepare interim and final fee application binders for R. Speaker | 1.5 | 325.00 | 487.50 |
| 10/14/25 | H. V. Liu | Draft payment instructions for professionals (.3); Revise same per comments from Z. Shapiro (.2); Email to all professionals re: same (.7); Review CNO re: Chapell final fee application (.1); Coordinate with R. Speaker re: filing of same (.1); Review and revise final PJT fee order (.2); Emails with R. Speaker re: same (.1); Email to PJT re: same (.1); Review and revise COC re: same (.2); Coordinate with R. Speaker re: filing of same (.1); Emails with J. Shen re: professional | 3.7 | 800.00 | 2,960.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | fee escrow agreement (.2); Emails with Z. Shapiro re: same (.1); Email to Omni re: same (.1); Email to A. Chapell re: same (.1); Revise professional fee escrow agreement (.2); Compile executed distribution agreement (.2); Email to Omni re: executed version of same (.1); Review updated interim and final fee index (.2); Email to R. Speaker re: same (.1); Call with Z. Shapiro re: ombudsman fee request (.1); Email to A. Chapell re: same (.1); Call with A. Chapell re: same (.1) | | | |
| 10/14/25 | R. V. Speaker | Draft CNO for Chapell final fee application (.2); Draft proposed form of order for PJT final fee application (.2); Draft COC re: same (.2); Email draft CNO and COC to RLF team (.1); Revise PJT final fee order (.2); Email same to H. Liu (.1); Preparation of CNO for filing (.1); Finalize and file same (.1); Upload order re: same (.1); Preparation of COC for filing (.1); Finalize and file same (.1); Upload order re: same (.1); Revise final fee index for 11/13/25 and binders (.3); Coordinate delivery of binder to Chambers (.1); Email index to Chambers (.1) | 2.1 | 425.00 | 892.50 |
| 10/14/25 | Z. I. Shapiro | Correspondence with R. Speaker re: fee app. status | 0.2 | 1,175.00 | 235.00 |
| **Total** | | | **34** | | **$20,557.50** |

Client Name: Monster Worldwide LLC    Invoice Date:    November 26, 2025

Invoice Number:    3038107

**Summary for Services Rendered**

| **Name** | **Title** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|---|
| Kolb, Jeanne  T | Case Management Assistant | 4.9 | 325.00 | 1,592.50 |
| Smith, Tesia S | Case Management Assistant | 8.3 | 325.00 | 2,697.50 |
| Speaker, Rebecca V | Paralegal | 23.1 | 425.00 | 9,817.50 |
| Weyl, Erin | Paralegal | 5 | 425.00 | 2,125.00 |
| Witters, Barbara J | Paralegal | 1.7 | 425.00 | 722.50 |
| DeFranceschi, Daniel J | Director | 0.2 | 1,500.00 | 300.00 |
| Shapiro, Zachary I | Director | 68.6 | 1,175.00 | 80,605.00 |
| Maddox, Robert C | Counsel | 2.5 | 1,000.00 | 2,500.00 |
| Carlisle, Clint M. | Associate | 24.9 | 800.00 | 19,920.00 |
| Liu, Huiqi Vicky | Associate | 48.5 | 800.00 | 38,800.00 |
| Meehan, Colin A | Associate | 9.7 | 650.00 | 6,305.00 |
| **Total** | | **197.4** | | **$165,385.00** |

29