**Exhibit B**

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

**Detail of Costs and Other Charges Incurred on Your Behalf**

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 06/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Document Retrieval (Electronic) | 3.00 | 14.90 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Update | 1.00 | 0.10 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Document Retrieval (Electronic) | 3.00 | 14.90 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Update | 1.00 | 0.10 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/06/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/07/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/07/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/08/25 | Bloomberg - Docket Update | 1.00 | 1.20 |
| 07/08/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 07/08/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 5.40 |
| 07/08/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 5.40 |
| 07/08/25 | PACER | 30.00 | 3.00 |
| 07/08/25 | PACER | 18.00 | 1.80 |
| 07/08/25 | Bloomberg - Docket Search | 2.00 | 50.00 |

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

| Date | Description | Quantity | Amount |
|---|---|---|---|
| 07/08/25 | PACER | 12.00 | 1.20 |
| 07/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/08/25 | Bloomberg - Docket Update | 1.00 | 1.20 |
| 07/08/25 | Bloomberg - Docket Update | 1.00 | 1.20 |
| 07/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 07/08/25 | PACER | 4.00 | 0.40 |
| 07/08/25 | Bloomberg - Docket Update | 1.00 | 1.20 |
| 07/09/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 3.00 |
| 07/09/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 3.00 |
| 09/02/25 | PACER | 30.00 | 3.00 |
| 09/02/25 | PACER | 5.00 | 0.50 |
| 09/02/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/02/25 | PACER | 3.00 | 0.30 |
| 09/02/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 3.00 |
| 09/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/03/25 | PACER | 30.00 | 3.00 |
| 09/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/03/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/03/25 | PACER | 30.00 | 3.00 |
| 09/03/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 8.00 | 0.80 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 3.00 | 0.30 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/04/25 | PACER | 30.00 | 3.00 |
| 09/05/25 | PACER | 30.00 | 3.00 |
| 09/05/25 | PACER | 28.00 | 2.80 |
| 09/05/25 | PACER | 18.00 | 1.80 |
| 09/05/25 | PACER | 30.00 | 3.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 09/08/25 | PACER | 28.00 | 2.80 |
| 09/08/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 1.70 |
| 09/08/25 | PACER | 28.00 | 2.80 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |

| | | | |
|---|---|---|---|
| Matter Name: Restructuring Advice | | Invoice Date: | November 26, 2025 |
| Matter Number: 773612-237571 | | Invoice Number: | 3038107 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 09/08/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 0.40 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Law Search | 1.00 | 25.00 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/08/25 | PACER | 28.00 | 2.80 |
| 09/08/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/09/25 | PACER | 27.00 | 2.70 |
| 09/09/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/12/25 | PACER | 28.00 | 2.80 |
| 09/12/25 | PACER | 23.00 | 2.30 |
| 09/17/25 | PACER | 30.00 | 3.00 |
| 09/18/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/19/25 | PACER | 30.00 | 3.00 |
| 09/22/25 | PACER | 25.00 | 2.50 |
| 09/22/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/22/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/22/25 | PACER | 17.00 | 1.70 |
| 09/22/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/22/25 | PACER | 22.00 | 2.20 |
| 09/22/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/22/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/23/25 | PACER | 2.00 | 0.20 |
| 09/23/25 | PACER | 22.00 | 2.20 |
| 09/23/25 | PACER | 11.00 | 1.10 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 5.00 | 0.50 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/23/25 | PACER | 30.00 | 3.00 |
| 09/24/25 | PACER | 23.00 | 2.30 |
| 09/25/25 | PACER | 30.00 | 3.00 |
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/26/25 | Bloomberg - Docket Search | 3.00 | 75.00 |

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

| **Date** | **Description** | **Quantity** | **Amount** |
|---|---|---:|---:|
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/26/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 09/29/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 5.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 3.00 | 12.60 |
| 09/29/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 3.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 10.30 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 09/29/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 09/29/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 09/30/25 | PLUSNXT LLC - 13573 - Services re: database for discovery coordinated by R. Maddox and K. Mowery | 1.00 | 4,494.68 |
| 09/30/25 | Bloomberg - Docket Search | 2.00 | 50.00 |
| 09/30/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 10/01/25 | Printing | 20.00 | 2.00 |
| 10/01/25 | PACER | 30.00 | 3.00 |
| 10/01/25 | PACER | 30.00 | 3.00 |
| 10/01/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 4.60 |
| 10/01/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 10/01/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 10/01/25 | PACER | 30.00 | 3.00 |
| 10/01/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 10/01/25 | Bloomberg - Document Retrieval (Electronic) | 2.00 | 12.00 |
| 10/01/25 | Bloomberg - Document Retrieval (Electronic) | 1.00 | 6.00 |
| 10/01/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 10/01/25 | Bloomberg - Docket Search | 1.00 | 25.00 |
| 10/02/25 | Printing | 5.00 | 0.50 |
| 10/02/25 | Printing | 40.00 | 4.00 |
| 10/02/25 | Printing | 5.00 | 0.50 |
| 10/02/25 | PARCELS INC - Duplicating | 1.00 | 131.85 |
| 10/02/25 | RELIABLE COPY SERVICE-DE - WL126225 | 1.00 | 44.95 |
| 10/02/25 | Printing | 40.00 | 4.00 |

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
|---|---|---|
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

| Date | Description | Quantity | Amount |
|---|---|---:|---:|
| 10/03/25 | PACER | 26.00 | 2.60 |
| 10/03/25 | PACER | 2.00 | 0.20 |
| 10/03/25 | PACER | 3.00 | 0.30 |
| 10/03/25 | PACER | 3.00 | 0.30 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 2.00 | 0.20 |
| 10/03/25 | PACER | 1.00 | 0.10 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 4.00 | 0.40 |
| 10/03/25 | PACER | 2.00 | 0.20 |
| 10/03/25 | PACER | 14.00 | 1.40 |
| 10/03/25 | PACER | 6.00 | 0.60 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 11.00 | 1.10 |
| 10/03/25 | PACER | 13.00 | 1.30 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 30.00 | 3.00 |
| 10/03/25 | PACER | 21.00 | 2.10 |
| 10/03/25 | PACER | 4.00 | 0.40 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 1.00 | 0.10 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 11.00 | 1.10 |
| 10/03/25 | PACER | 1.00 | 0.10 |
| 10/03/25 | PACER | 4.00 | 0.40 |
| 10/03/25 | PACER | 15.00 | 1.50 |
| 10/03/25 | PACER | 3.00 | 0.30 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/03/25 | PACER | 19.00 | 1.90 |
| 10/03/25 | PACER | 7.00 | 0.70 |
| 10/03/25 | PACER | 30.00 | 3.00 |
| 10/03/25 | PACER | 18.00 | 1.80 |
| 10/06/25 | Printing | 42.00 | 4.20 |
| 10/06/25 | PACER | 17.00 | 1.70 |
| 10/06/25 | Printing | 5.00 | 0.50 |
| 10/06/25 | PARCELS INC - Duplicating | 1.00 | 423.15 |
| 10/06/25 | PARCELS INC - Duplicating | 1.00 | 67.60 |
| 10/07/25 | Blue Marble Messenger Services | 1.00 | 61.50 |
| 10/07/25 | PACER | 19.00 | 1.90 |
| 10/07/25 | Printing | 5.00 | 0.50 |
| 10/07/25 | Printing | 1.00 | 0.10 |
| 10/07/25 | Printing | 2.00 | 0.20 |
| 10/07/25 | MANHATTAN BAGEL (STORE #049C) - 40059 - Client Breakfast | 1.00 | 97.46 |

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
| --- | --- | --- |
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

| Date | Description | Quantity | Amount |
| --- | --- | --- | --- |
| 10/07/25 | Printing | 251.00 | 25.10 |
| 10/07/25 | Printing | 30.00 | 3.00 |
| 10/07/25 | Printing | 10.00 | 1.00 |
| 10/07/25 | PACER | 2.00 | 0.20 |
| 10/07/25 | Printing | 141.00 | 14.10 |
| 10/07/25 | Printing | 10.00 | 1.00 |
| 10/07/25 | Blue Marble Messenger Services | 1.00 | 61.50 |
| 10/07/25 | Printing | 1.00 | 0.10 |
| 10/07/25 | Blue Marble Messenger Services | 1.00 | 48.50 |
| 10/07/25 | Printing | 1.00 | 0.10 |
| 10/07/25 | Printing | 251.00 | 25.10 |
| 10/07/25 | PACER | 3.00 | 0.30 |
| 10/07/25 | ZACHARY I. SHAPIRO - Coffee with co-counsel | 1.00 | 12.75 |
| 10/08/25 | PACER | 3.00 | 0.30 |
| 10/08/25 | Printing | 39.00 | 3.90 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 19.00 | 1.90 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 2.00 | 0.20 |
| 10/08/25 | Printing | 13.00 | 1.30 |
| 10/08/25 | Printing | 13.00 | 1.30 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 2.00 | 0.20 |
| 10/08/25 | PACER | 19.00 | 1.90 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | PACER | 3.00 | 0.30 |
| 10/08/25 | Printing | 4.00 | 0.40 |
| 10/08/25 | Printing | 2.00 | 0.20 |
| 10/08/25 | Printing | 4.00 | 0.40 |
| 10/08/25 | Printing | 3.00 | 0.30 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 6.00 | 0.60 |
| 10/08/25 | Printing | 55.00 | 5.50 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 2.00 | 0.20 |
| 10/08/25 | Printing | 12.00 | 1.20 |
| 10/08/25 | Printing | 25.00 | 2.50 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/08/25 | Printing | 9.00 | 0.90 |
| 10/08/25 | PACER | 19.00 | 1.90 |
| 10/08/25 | Printing | 3.00 | 0.30 |
| 10/08/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 24.00 | 2.40 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 21.00 | 2.10 |
| 10/09/25 | Printing | 4.00 | 0.40 |

| Matter Name: Restructuring Advice | Invoice Date: | November 26, 2025 |
| --- | --- | --- |
| Matter Number: 773612-237571 | Invoice Number: | 3038107 |

| Date | Description | Quantity | Amount |
| --- | --- | ---: | ---: |
| 10/09/25 | Printing | 8.00 | 0.80 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 15.00 | 1.50 |
| 10/09/25 | Printing | 18.00 | 1.80 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 15.00 | 1.50 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 19.00 | 1.90 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | PACER | 22.00 | 2.20 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | PACER | 3.00 | 0.30 |
| 10/09/25 | PACER | 22.00 | 2.20 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | PACER | 3.00 | 0.30 |
| 10/09/25 | Printing | 6.00 | 0.60 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 5.00 | 0.50 |
| 10/09/25 | Printing | 10.00 | 1.00 |
| 10/09/25 | Printing | 99.00 | 9.90 |
| 10/09/25 | PACER | 2.00 | 0.20 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 3.00 | 0.30 |
| 10/09/25 | Printing | 5.00 | 0.50 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 20.00 | 2.00 |
| 10/09/25 | Printing | 5.00 | 0.50 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 4.00 | 0.40 |
| 10/09/25 | Printing | 16.00 | 1.60 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | PACER | 2.00 | 0.20 |
| 10/09/25 | Printing | 52.00 | 5.20 |
| 10/09/25 | PACER | 19.00 | 1.90 |
| 10/09/25 | Printing | 27.00 | 2.70 |
| 10/09/25 | Printing | 57.00 | 5.70 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 33.00 | 3.30 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 57.00 | 5.70 |

| Matter Name: Restructuring Advice | | Invoice Date: | November 26, 2025 |
| --- | --- | --- | --- |
| Matter Number: 773612-237571 | | Invoice Number: | 3038107 |

| **Date** | **Description** | **Quantity** | **Amount** |
| --- | --- | ---: | ---: |
| 10/09/25 | Printing | 6.00 | 0.60 |
| 10/09/25 | PACER | 22.00 | 2.20 |
| 10/09/25 | Printing | 3.00 | 0.30 |
| 10/09/25 | Printing | 1.00 | 0.10 |
| 10/09/25 | Printing | 3.00 | 0.30 |
| 10/09/25 | Printing | 56.00 | 5.60 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 2.00 | 0.20 |
| 10/09/25 | Printing | 3.00 | 0.30 |
| 10/09/25 | Printing | 26.00 | 2.60 |
| 10/10/25 | RELIABLE COPY SERVICE-DE - WL126356 | 1.00 | 167.90 |
| 10/13/25 | Printing | 11.00 | 1.10 |
| 10/13/25 | Printing | 3.00 | 0.30 |
| 10/13/25 | Printing | 6.00 | 0.60 |
| 10/13/25 | Printing | 10.00 | 1.00 |
| 10/13/25 | Printing | 2.00 | 0.20 |
| 10/13/25 | Printing | 2.00 | 0.20 |
| 10/13/25 | Printing | 14.00 | 1.40 |
| 10/13/25 | Printing | 3.00 | 0.30 |
| 10/13/25 | Printing | 7.00 | 0.70 |
| 10/14/25 | Printing | 6.00 | 0.60 |
| 10/14/25 | Printing | 2.00 | 0.20 |
| 10/14/25 | Printing | 6.00 | 0.60 |
| **Total** | | | **$8,747.44** |

**Summary of Costs and Other Charges Incurred on Your Behalf**

| **Description** | **Amount** |
| --- | ---: |
| Bloomberg | 2,752.20 |
| Business Meals | 110.21 |
| Court Reporter | 212.85 |
| Data Hosting | 4,494.68 |
| Duplicating | 622.60 |
| Messenger Service | 171.50 |
| PACER | 200.70 |
| Printing | 182.70 |
| **Total** | **$8,747.44** |