**Exhibit C**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
           Debtors. : (Jointly Administered)
------------------------------------------------------- x

**CERTIFICATION REGARDING FOURTH MONTHLY, SECOND INTERIM AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR (I) THE MONTHLY PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025; (II) THE INTERIM PERIOD FROM SEPTEMBER 1, 2025 THROUGH OCTOBER 14, 2025; AND (III) THE FINAL PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025**

      1.      I am an attorney admitted to practice in the State of Delaware and before this Court, and a director with the law firm of Richards, Layton & Finger, P.A. ("**RL&F**"). RL&F is a Delaware law firm with an office at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

      2.      I make this certification regarding the *Fourth Monthly, Second Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for (I) the Monthly Period from October 1, 2025 through October 14, 2025; (II) the Interim Period from September 1, 2025 through October 14, 2025 and (III) the Final Period from June 24, 2025 through October 14, 2025* (the "**Application**") to certify to certain matters addressed in the *Order Pursuant to*

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

*11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**").[2]

3.       Specifically, I have reviewed the Application, including each Monthly Fee Application relating to the Interim Compensation Period covered by the Application, and I hereby certify that such applications comply with the Interim Compensation Order and the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules.  In addition, I hereby certify that, in accordance with the Interim Compensation Order, and in connection with preparing the Application, RL&F has made a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013 (the "**U.S. Trustee Guidelines**").  To that end, RL&F specifically responds to certain questions identified in the U.S. Trustee Guidelines as follows:

> Question 1:    Did RL&F agree to any variations from, or alternatives to, RL&F's standard or customary billing rates, fees or terms for services pertaining to this engagement that were provided during the Interim Compensation Period?  If so, please explain.
>
> Answer:    No.
>
> Question 2:    If the fees sought in the Application with respect to the Interim Compensation Period as compared to the fees budgeted for the Interim Compensation Period covered by the Application are higher by 10% or more, did RL&F discuss the reasons for the variation with the client?
>
> Answer:    The fees sought in the Application with respect to the Interim Compensation Period are less than the fees budgeted for the Interim Compensation Period.

---

[2]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Application or the Interim Compensation Order, as applicable.

2

Question 3:  Have any of the professionals included in the Application varied their hourly rate based on geographic location of the bankruptcy case?

    Answer:  No.

Question 4:  Does the Application include time or fees related to reviewing or revising time records or preparing, reviewing or revising invoices with respect to the Interim Compensation Period?

    Answer:  All time included in project category R-1 during the Interim Compensation Period by RL&F professionals was on account of reviewing and revising RL&F's Monthly Fee Applications for such period, which may include reviewing and revising the relevant time detail attached to each such application.

Question 5:  Does the Application include time for fees for reviewing time records to redact any privileged or other confidential information during the Interim Compensation Period?  If so, please quantify hours and fees.

    Answer:  No.

Question 6:  Did the Application include any rate increases since retention in these cases:

    Answer:  No.

    /s/ Zachary I. Shapiro
    Zachary I. Shapiro (No. 5103)