# EXHIBIT A

**Summary of Total Hours and Fees**

**September 1, 2025 through October 14, 2025**

**EXHIBIT A**
**SUMMARY OF TIME DETAIL BY TASK**

| Task Code | Matter Category | Total Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Claims/Liabilities Subject to Compromise | 5.0 | $3,075.00 |
| 2 | Court Attendance/Participation | 0.5 | $560.00 |
| 3 | Diligence | 2.5 | $2,800.00 |
| 4 | Fee Application | 8.9 | $7,078.50 |
| 5 | Financial and Operational Matters | 59.0 | $44,864.00 |
| 6 | Financing Matters (Cash Budget, Exit, Other) | 40.5 | $29,450.50 |
| 7 | General Correspondence with Debtor & Debtors' Professionals | 13.6 | $11,796.50 |
| 8 | General Correspondence with UCC & UCC Counsel | 3.9 | $4,115.50 |
| 9 | Plan of Reorganization/Disclosure Statement | 30.7 | $27,965.00 |
| **Total** | | **164.6** | **$131,705.00** |

**EXHIBIT B**

**Summary of Compensation by Professional**

**September 1, 2025 through October 14, 2025**

**EXHIBIT B**
**SUMMARY OF TIME DETAIL BY PROFESSIONAL**

| Professional | Position | Billing Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290.00 | 6.7 | $8,643.00 |
| William Murphy | Senior Director | $1,120.00 | 40.6 | $45,472.00 |
| Brett Joshpe | Director | $1,060.00 | 7.7 | $8,162.00 |
| Matthew Altman | Senior Associate | $725.00 | 18.4 | $13,340.00 |
| Nathaniel Repko | Associate | $615.00 | 91.2 | $56,088.00 |
| **Total** | | | **164.6** | **$131,705.00** |

**Blended Rate:** **$800.15**

# **EXHIBIT C**

**Summary of Total Fees**

**September 1, 2025 through October 14, 2025**

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

*Claims/Liabilities Subject to Compromise*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | 5.0 | $3,075.00 |
| | | | **5.0** | **$3,075.00** |
| | Average Billing Rate | | | **$615.00** |

*Court Attendance/Participation*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 0.5 | $560.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **0.5** | **$560.00** |
| | Average Billing Rate | | | **$1,120.00** |

*Diligence*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 2.5 | $2,800.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | – | – |
| | | | **2.5** | **$2,800.00** |
| | Average Billing Rate | | | **$1,120.00** |

*Fee Application*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 1.4 | $1,806.00 |
| William Murphy | Senior Director | $1,120 | – | – |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | 6.0 | $4,350.00 |
| Nathaniel Repko | Associate | $615 | 1.5 | $922.50 |
| | | | **8.9** | **$7,078.50** |
| | Average Billing Rate | | | **$795.34** |

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

*Financial and Operational Matters*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 16.9 | $18,928.00 |
| Brett Joshpe | Director | $1,060 | 0.1 | $106.00 |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | 42.0 | $25,830.00 |
|  |  |  | **59.0** | **$44,864.00** |
|  | Average Billing Rate |  |  | **$760.41** |

*Financing Matters (Cash Budget, Exit, Other)*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 6.8 | $7,616.00 |
| Brett Joshpe | Director | $1,060 | 1.8 | $1,908.00 |
| Matthew Altman | Senior Associate | $725 | 2.8 | $2,030.00 |
| Nathaniel Repko | Associate | $615 | 29.1 | $17,896.50 |
|  |  |  | **40.5** | **$29,450.50** |
|  | Average Billing Rate |  |  | **$727.17** |

*General Correspondence with Debtor & Debtors' Professionals*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 5.9 | $6,608.00 |
| Brett Joshpe | Director | $1,060 | 0.4 | $424.00 |
| Matthew Altman | Senior Associate | $725 | 2.5 | $1,812.50 |
| Nathaniel Repko | Associate | $615 | 4.8 | $2,952.00 |
|  |  |  | **13.6** | **$11,796.50** |
|  | Average Billing Rate |  |  | **$867.39** |

*General Correspondence with UCC & UCC Counsel*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | – | – |
| William Murphy | Senior Director | $1,120 | 3.4 | $3,808.00 |
| Brett Joshpe | Director | $1,060 | – | – |
| Matthew Altman | Senior Associate | $725 | – | – |
| Nathaniel Repko | Associate | $615 | 0.5 | $307.50 |
|  |  |  | **3.9** | **$4,115.50** |
|  | Average Billing Rate |  |  | **$1,055.26** |

**EXHIBIT C**
**TIME DETAIL BY TASK AND PROFESSIONAL**

*Plan of Reorganization/Disclosure Statement*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Robert Winning | Managing Director | $1,290 | 5.3 | $6,837.00 |
| William Murphy | Senior Director | $1,120 | 4.6 | $5,152.00 |
| Brett Joshpe | Director | $1,060 | 5.4 | $5,724.00 |
| Matthew Altman | Senior Associate | $725 | 7.1 | $5,147.50 |
| Nathaniel Repko | Associate | $615 | 8.3 | $5,104.50 |
| | | | **30.7** | **$27,965.00** |
| | | Average Billing Rate | | **$910.91** |

**EXHIBIT D**

**Time Detail by Project Category by Professional**

**September 1, 2025 through October 14, 2025**

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

*Claims/Liabilities Subject to Compromise*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/9/2025 | Nathaniel Repko | 1.7 | Prepare updated claims summary |
| 9/9/2025 | Nathaniel Repko | 1.8 | Review additional filed claims |
| 10/3/2025 | Nathaniel Repko | 1.5 | Continue analysis of claims reserve and related support |
| **Subtotal** | | **5.0** | |

*Court Attendance/Participation*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/7/2025 | William Murphy | 0.5 | Attend Plan Confirmation Hearing |
| **Subtotal** | | **0.5** | |

*Diligence*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/17/2025 | William Murphy | 1.6 | Update draft funds flow schedule; review documents re: same from Cole Schotz |
| 9/18/2025 | William Murphy | 0.9 | Read draft notes re calls with Debtors advisors, draft comments and share with M3 |
| **Subtotal** | | **2.5** | |

*Fee Application*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/29/2025 | Nathaniel Repko | 1.5 | Update fee application; prepare same for filing |
| 9/29/2025 | Matthew Altman | 1.3 | Review monthly and interim fee application |
| 9/30/2025 | Matthew Altman | 2.3 | Prepare interim and monthly fee applications |
| 9/30/2025 | Matthew Altman | 2.4 | Review Interim and monthly fee applications |
| 9/30/2025 | Robert Winning | 1.4 | Revise monthly and interim fee applications |
| **Subtotal** | | **8.9** | |

*Financial and Operational Matters*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/17/2025 | Nathaniel Repko | 0.8 | Prepare summary binder of latest reporting; correspondence w/ W. Murphy (M3) re: same |
| 9/18/2025 | Nathaniel Repko | 1.2 | Prepare call notes and action items/next steps following meeting w/ AlixPartners regarding wind down/trust matters |
| 9/21/2025 | Brett Joshpe | 0.1 | Review contract assumption list from John Creighton |
| 9/23/2025 | Nathaniel Repko | 1.4 | Prepare overview materials re: liquidation trust setup |
| 9/23/2025 | Nathaniel Repko | 1.2 | Continue preparing overview materials re: liquidation trust setup |
| 9/24/2025 | Nathaniel Repko | 1.9 | Review Plan liquidation trust mechanics |
| 9/24/2025 | Nathaniel Repko | 1.4 | Review materials provided by Debtors re: wind down |
| 9/24/2025 | William Murphy | 1.3 | Coordinate with M3 and Cole Schotz regarding Debtor files, wind down estimates, and the appointment of the Liquidating Trustee |
| 9/25/2025 | Nathaniel Repko | 1.7 | Review plan supplement and related liquidation trust items |
| 9/26/2025 | Nathaniel Repko | 0.7 | Review draft independent contractor agreement |
| 9/29/2025 | William Murphy | 0.8 | Review wind down draft and updated Effective Date cash flow estimates |
| 9/30/2025 | Nathaniel Repko | 1.8 | Continue preparation of liquidating trust task list |
| 9/30/2025 | Nathaniel Repko | 2.2 | Continue preparation of liquidating trust task list |
| 9/30/2025 | Nathaniel Repko | 1.1 | Continue preparation of liquidating trust task list |
| 10/1/2025 | Nathaniel Repko | 0.5 | Prepare M3 fee forecast |
| 10/2/2025 | Nathaniel Repko | 2.1 | Analyze claims reserve and related support |
| 10/2/2025 | Nathaniel Repko | 1.6 | Continue analysis of claims reserve and related support |
| 10/2/2025 | Nathaniel Repko | 1.4 | Review Alix open items list; compare same to liquidating trust |
| 10/2/2025 | Nathaniel Repko | 1.8 | Continue analysis of claims reserve and related support |
| 10/2/2025 | Nathaniel Repko | 1.6 | Prepare revised open items list per discussions with the Company |
| 10/3/2025 | Nathaniel Repko | 1.5 | Review correspondence from the Company regarding liquidating trust and wind down matters |
| 10/3/2025 | Nathaniel Repko | 1.4 | Review filed MORs |
| 10/3/2025 | Nathaniel Repko | 2.1 | Review cash bridge and related wind down items received from AlixPartners |
| 10/3/2025 | Nathaniel Repko | 1.1 | Refine liquidating trust priority task list and related support |
| 10/7/2025 | William Murphy | 1.2 | Review Debtor wind down schedules and open items lists, determine next steps |
| 10/7/2025 | William Murphy | 0.6 | Review TSA agreement and correspondence regarding changes |
| 10/7/2025 | William Murphy | 0.8 | Read Liquidation Trust agreement, discuss comments and questions with M3 |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/7/2025 | Nathaniel Repko | 1.2 | Consolidate settlement and plan materials for W. Murphy (M3) |
| 10/9/2025 | William Murphy | 1.1 | Review and analysis of the Debtor wind down schedules and open items lists |
| 10/9/2025 | William Murphy | 0.3 | Call with Debtors, AlixPartners, Bold and M3 to discuss weekly reconciliation and payment |
| 10/9/2025 | Nathaniel Repko | 0.3 | Call with Debtors, AlixPartners, Bold and M3 to discuss weekly reconciliation and payment |
| 10/9/2025 | Nathaniel Repko | 0.4 | Call with Debtors, Monster staff, AlixPartners and M3 re MGS Payment Coordination |
| 10/9/2025 | Nathaniel Repko | 0.2 | Call with Debtors, AlixPartners, Iron Corp and M3 to discuss CareerBuilder Payment Coordination: Iron Corp (MMP) |
| 10/9/2025 | Nathaniel Repko | 0.5 | Call with Debtors, AlixPartners, Mazars and M3 to discuss CareerBuilder tax matters |
| 10/9/2025 | Nathaniel Repko | 0.5 | Call with Debtors, AlixPartners, UHC, Lockton and M3 to discuss CareerBuilder benefits plan termination |
| 10/9/2025 | William Murphy | 0.4 | Call with Debtors, Monster staff, AlixPartners and M3 re MGS Payment Coordination |
| 10/9/2025 | William Murphy | 0.2 | Call with Debtors, AlixPartners, Iron Corp and M3 to discuss CareerBuilder Payment Coordination: Iron Corp (MMP) |
| 10/9/2025 | William Murphy | 0.5 | Call with Debtors, AlixPartners, Mazars and M3 to discuss CareerBuilder tax matters |
| 10/9/2025 | William Murphy | 0.5 | Call with Debtors, AlixPartners, UHC, Lockton and M3 to discuss CareerBuilder benefits plan termination |
| 10/10/2025 | William Murphy | 0.6 | Correspondence w/ Debtors and AlixPartners re: 1099 contractors |
| 10/10/2025 | William Murphy | 0.8 | Review and analysis of the tax priority claims estimates |
| 10/10/2025 | Nathaniel Repko | 1.7 | Review correspondence from the Company regarding operations |
| 10/10/2025 | Nathaniel Repko | 1.1 | Organize liquidation trustee task list |
| 10/10/2025 | Nathaniel Repko | 0.6 | Call with Debtors, AlixPartners and M3 to review current priority tax claim estimates |
| 10/10/2025 | William Murphy | 0.7 | Call with AlixPartners and M3 to discuss detail supporting the current Effective Date funds flow schedule |
| 10/10/2025 | William Murphy | 0.6 | Call with Debtors, AlixPartners and M3 to review current priority tax claim estimates |
| 10/10/2025 | Nathaniel Repko | 0.7 | Call with AlixPartners and M3 to discuss detail supporting the current Effective Date funds flow schedule |
| 10/12/2025 | William Murphy | 1.4 | Review and analysis of the claim reserves and cash balance schedules |
| 10/13/2025 | William Murphy | 1.2 | Review revised funds flow schedule with M3 analysis, discuss changes and questions with M3 |
| 10/13/2025 | Nathaniel Repko | 2.2 | Prepare updated reserve analyses |
| 10/13/2025 | Nathaniel Repko | 1.4 | Continue reserve and other funds flow analyses |
| 10/13/2025 | Nathaniel Repko | 0.7 | Coordinate funds flow/professional fee items |
| 10/13/2025 | William Murphy | 1.7 | Review correspondence from AlixPartners and CareerBuilder contractors regarding transition questions and/or transition items |
| 10/14/2025 | William Murphy | 1.4 | Review correspondence from AlixPartners and CareerBuilder contractors regarding debtor wind down, buyer purchase price allocation and invoices |
| 10/14/2025 | William Murphy | 0.8 | Review correspondence re potential tax refunds for 2024 taxes |
| **Subtotal** | | **59.0** | |

*Financing Matters (Cash Budget, Exit, Other)*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/4/2025 | Brett Joshpe | 0.3 | Review DIP budget and variance |
| 9/4/2025 | Matthew Altman | 1.0 | Meet with B. Joshpe (M3) to discuss wind down work, review budget and draft questions for Alix |
| 9/4/2025 | Matthew Altman | 0.7 | Analyze wind down budget |
| 9/4/2025 | Brett Joshpe | 1.0 | Meet with M. Atlman (M3) to discuss wind down work, review budget and draft questions for Alix |
| 9/11/2025 | Nathaniel Repko | 1.7 | Review wind down materials and budget |
| 9/16/2025 | William Murphy | 1.4 | Review and analysis of the proforma cash flow, DIP budget schedules and settlement term sheet |
| 9/17/2025 | Nathaniel Repko | 2.1 | Prepare preliminary cash flow budget to Effective Date |
| 9/17/2025 | Nathaniel Repko | 1.8 | Continue preliminary cash flow budget to Effective Date |
| 9/17/2025 | Nathaniel Repko | 1.1 | Review latest DIP budget and related reporting; incorporate same into Effective Date projections |
| 9/18/2025 | Brett Joshpe | 0.5 | Conference w/ AlixPartners team, W. Murphy, D. Repko (M3) to review latest budget |
| 9/18/2025 | Nathaniel Repko | 1.9 | Refine Effective Date budget |
| 9/18/2025 | Nathaniel Repko | 0.5 | Conference w/ AlixPartners team, W. Murphy, B. Joshpe (M3) to review latest budget |
| 9/18/2025 | William Murphy | 0.5 | Conference w/ AlixPartners team, B. Joshpe, D. Repko (M3) to review latest budget |
| 9/19/2025 | Matthew Altman | 1.1 | Review wind down budgets and AP forecast for emergence |
| 9/25/2025 | Nathaniel Repko | 0.7 | Review latest variance reporting |
| 9/25/2025 | Nathaniel Repko | 0.8 | Update effective date budget with latest variance reporting data |
| 9/29/2025 | Nathaniel Repko | 1.9 | Prepare updated wind down budget |
| 9/30/2025 | William Murphy | 1.3 | Review and analysis of variance report and funds flow |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 10/1/2025 | Nathaniel Repko | 1.1 | Update budget to reflect latest actuals and revised forecast |
| 10/1/2025 | Nathaniel Repko | 0.6 | Conference w/ W. Murphy (M3) to discuss budget and task list |
| 10/1/2025 | William Murphy | 0.6 | Conference w/ D. Repko (M3) to discuss budget and task list |
| 10/2/2025 | William Murphy | 1.1 | Review updated funds flow summary and supporting schedules; draft comments re: same |
| 10/3/2025 | Nathaniel Repko | 0.8 | Review latest variance reporting; prepare cumulative analysis of same |
| 10/3/2025 | Nathaniel Repko | 1.6 | Prepare updated budget and commentary per latest materials received from AlixPartners |
| 10/3/2025 | William Murphy | 0.6 | Conference w/ AlixPartners team, D. Repko (M3) to discuss budget |
| 10/3/2025 | Nathaniel Repko | 0.6 | Conference w/ AlixPartners team, W. Murphy (M3) to discuss budget |
| 10/6/2025 | William Murphy | 0.8 | Review Debtor wind down schedules and open items lists |
| 10/6/2025 | Nathaniel Repko | 0.9 | Prepare updated liquidation trust budget |
| 10/7/2025 | Nathaniel Repko | 1.1 | Prepare updated liquidation trust budget |
| 10/8/2025 | Nathaniel Repko | 1.6 | Prepare go-forward professional fee forecast |
| 10/9/2025 | William Murphy | 0.5 | Meet with D. Repko (M3) to discuss Emergence Date funds flow and estimates for reserves |
| 10/9/2025 | Nathaniel Repko | 0.5 | Meet with W. Murphy (M3) to discuss Emergence Date funds flow and estimates for reserves |
| 10/10/2025 | Nathaniel Repko | 1.4 | Review funds flow and reserves |
| 10/10/2025 | Nathaniel Repko | 1.1 | Continue reserves analysis |
| 10/10/2025 | Nathaniel Repko | 1.6 | Prepare reserves analysis |
| 10/11/2025 | Nathaniel Repko | 2.1 | Continue reserves analysis and review of tax analysis prepared by the Company |
| 10/11/2025 | Nathaniel Repko | 1.6 | Continue reserves analysis |
| **Subtotal** | | **40.5** | |

*General Correspondence with Debtor & Debtors' Professionals*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/16/2025 | Matthew Altman | 0.4 | Conference with B. Joshpe, D. Repko (M3), the Company, and Alix re: wind down |
| 9/16/2025 | Brett Joshpe | 0.4 | Conference with M. Altman, D. Repko (M3), the Company, and Alix re: wind down |
| 9/16/2025 | Nathaniel Repko | 0.4 | Conference with B. Joshpe, M. Altman (M3), the Company, and Alix re: wind down |
| 9/16/2025 | Matthew Altman | 1.1 | Continued correspondence with Alix re: wind down |
| 9/17/2025 | William Murphy | 1.0 | Conference w/ AlixPartners team, M. Altman, D. Repko (M3) to discuss Liquidation Trust and transition items |
| 9/17/2025 | Matthew Altman | 1.0 | Conference w/ AlixPartners team, W. Murphy, D. Repko (M3) to discuss Liquidation Trust and transition items |
| 9/17/2025 | Nathaniel Repko | 1.0 | Conference w/ AlixPartners team, W. Murphy, M. Altman (M3) to discuss Liquidation Trust and transition items |
| 9/30/2025 | William Murphy | 0.7 | Call with AlixPartners and D. Repko (M3) to wind down steps and estimates for costs |
| 9/30/2025 | Nathaniel Repko | 0.7 | Call with AlixPartners and W. Murphy (M3) to wind down steps and estimates for costs |
| 10/1/2025 | William Murphy | 0.8 | Review and analysis of wind down schedules; correspondence w/ AlixPartners re: same |
| 10/2/2025 | Nathaniel Repko | 1.0 | Conference w/ the Company, AlixPartners team, W. Murphy (M3) to discuss wind down items and claims |
| 10/2/2025 | William Murphy | 1.0 | Conference w/ the Company, AlixPartners team, D. Repko (M3) to discuss wind down items and claims |
| 10/6/2025 | William Murphy | 1.0 | Call with AlixPartners and D. Repko (M3) to discuss buyer receipts reconciliaiton and payment process |
| 10/6/2025 | William Murphy | 0.2 | Prep for call with AlixPartners re buyer reconciliaiton process |
| 10/6/2025 | Nathaniel Repko | 1.0 | Call with AlixPartners and W. Murphy (M3) to discuss buyer receipts reconciliation and payment process |
| 10/8/2025 | William Murphy | 0.5 | Corresponence with Alixpartners re estimated fees and follow up with M3 |
| 10/8/2025 | William Murphy | 0.7 | Conference w/ the Company, AlixPartners team, D. Repko (M3) to discuss weekly payables |
| 10/8/2025 | Nathaniel Repko | 0.7 | Conference w/ the Company, AlixPartners team, W. Murphy (M3) to discuss weekly payables |
| **Subtotal** | | **13.6** | |

*General Correspondence with UCC & UCC Counsel*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/18/2025 | William Murphy | 0.7 | Draft topic and question list for discussion with Cole Schotz |
| 9/30/2025 | William Murphy | 0.6 | Review wind down status, update proposed trustee, Cole Schotz, and M3 to UCC team |
| 10/1/2025 | William Murphy | 1.3 | Read current Randstad TSA, draft comments and correspondence re same |
| 10/6/2025 | William Murphy | 0.1 | Call with S. Carnes (Cole Schotz) re: TSA agreement |
| 10/9/2025 | William Murphy | 0.2 | Follow up call with Cole Schotz re Effective Date actions |
| 10/10/2025 | William Murphy | 0.5 | Call with Cole Schotz and M3 to discuss current estimates for reserves and funds at Effective Date |
| 10/10/2025 | Nathaniel Repko | 0.5 | Call with Cole Schotz and M3 to discuss current estimates for reserves and funds at Effective Date |
| **Subtotal** | | **3.9** | |

**EXHIBIT D**
**TIME DETAIL BY ACTIVITY BY PROFESSIONAL**

*Plan of Reorganization/Disclosure Statement*

| Date | Professional | Hours | Activity |
|---|---|---|---|
| 9/2/2025 | Matthew Altman | 0.5 | Analyze TSA costs re: settlement |
| 9/2/2025 | Brett Joshpe | 0.7 | Review liquidation analysis and settlement items |
| 9/3/2025 | Matthew Altman | 1.0 | Calls with Debtor FA re: wind down |
| 9/3/2025 | Brett Joshpe | 0.5 | Review revised disclosure statement; correspondence w/ Cole Schotz re: same |
| 9/4/2025 | Robert Winning | 0.3 | Meet with B. Joshpe and M. Altman (M3) to discuss wind down preparation work |
| 9/4/2025 | Robert Winning | 0.2 | Meet with B. Joshpe (M3) to discuss workplan |
| 9/4/2025 | Brett Joshpe | 0.3 | Meet with R. Winning and M. Altman (M3) to discuss wind down preparation work |
| 9/4/2025 | Brett Joshpe | 0.2 | Meet with R. Winning (M3) to discuss workplan |
| 9/4/2025 | Matthew Altman | 0.3 | Meet with R. Winning and B. Joshpe (M3) to discuss wind down preparation work |
| 9/4/2025 | Brett Joshpe | 0.1 | Review solicitation letter from Cole Schotz |
| 9/5/2025 | Robert Winning | 0.7 | Analysis re: wind down issues |
| 9/5/2025 | Brett Joshpe | 0.5 | Call with J. Creighton and J. Shen (Alix) on wind down process |
| 9/10/2025 | Nathaniel Repko | 2.2 | Review and prepare summary of liquidation trust mechanics |
| 9/10/2025 | Nathaniel Repko | 2.1 | Continue reviewing and preparing summary of liquidation trust mechanics |
| 9/10/2025 | Nathaniel Repko | 0.7 | Continue reviewing and preparing summary of liquidation trust mechanics |
| 9/11/2025 | Robert Winning | 1.3 | Analysis re: transition matters |
| 9/15/2025 | Brett Joshpe | 0.2 | Correspond with W. Murphy and M. Altman about liquidating trust |
| 9/16/2025 | Brett Joshpe | 0.7 | Call with Alix, M. Altman, and D. Repko (M3) to discuss wind down process |
| 9/16/2025 | Brett Joshpe | 1.0 | Meet with W. Murphy, M. Altman and D. Repko (M3) to discuss liquidating trust |
| 9/16/2025 | William Murphy | 1.0 | Meet with B. Joshpe, M. Altman and D. Repko (M3) to discuss liquidating trust |
| 9/16/2025 | Brett Joshpe | 0.4 | Meet with M. Altman (M3) to discuss liquidating trustee |
| 9/16/2025 | Matthew Altman | 0.7 | Call with Alix, B. Joshpe, and D. Repko (M3) to discuss wind down process |
| 9/16/2025 | Nathaniel Repko | 0.7 | Call with Alix, B. Joshpe, and M. Altman (M3) to discuss wind down process |
| 9/16/2025 | Matthew Altman | 1.0 | Meet with W. Murphy, B. Joshpe and D. Repko (M3) to discuss liquidating trust |
| 9/16/2025 | Nathaniel Repko | 1.0 | Meet with W. Murphy, B. Joshpe and M. Altman (M3) to discuss liquidating trust |
| 9/16/2025 | Matthew Altman | 0.4 | Meet with B. Joshpe (M3) to discuss liquidating trustee |
| 9/16/2025 | Robert Winning | 0.7 | Attention to plan transition / wind down matterrs |
| 9/17/2025 | Brett Joshpe | 0.2 | Review cash flow materials from W. Murphy |
| 9/24/2025 | Matthew Altman | 0.6 | Meet with internal M3 team re: wind down planning |
| 9/24/2025 | Brett Joshpe | 0.6 | Meet with internal M3 team re: wind down planning |
| 9/24/2025 | William Murphy | 0.6 | Meet with internal M3 team re: wind down planning |
| 9/24/2025 | Nathaniel Repko | 0.6 | Meet with internal M3 team re: wind down planning |
| 9/26/2025 | Matthew Altman | 0.6 | Analysis and correspondence re: wind down planning |
| 9/29/2025 | Matthew Altman | 0.5 | Conference with M3, Cole Schotz, and Liquidating Trustee re: wind down |
| 9/29/2025 | William Murphy | 0.5 | Conference with M3, Cole Schotz, and Liquidating Trustee re: wind down |
| 9/29/2025 | Nathaniel Repko | 0.5 | Conference with M3, Cole Schotz, and Liquidating Trustee re: wind down |
| 9/29/2025 | Matthew Altman | 1.2 | Analysis re: wind down planning |
| 9/30/2025 | Matthew Altman | 0.3 | Draft correspondence re: wind down items |
| 10/2/2025 | Robert Winning | 0.8 | Attention to matters re: transition planning |
| 10/9/2025 | Nathaniel Repko | 0.5 | Attend all hands call with professionals to discuss steps and timing regarding Effective Date |
| 10/9/2025 | William Murphy | 0.5 | Attend all hands call with professionals to discuss steps and timing regarding Effective Date |
| 10/13/2025 | Robert Winning | 1.3 | Prepare for effective date transition |
| 10/13/2025 | William Murphy | 1.6 | Review and analysis of the Effective Date funds flow schedule provided by the Debtors |
| 10/14/2025 | William Murphy | 0.4 | Read Liquidation Trust agreement |
| **Subtotal** | | **30.7** | |
| | | | |
| **Total** | | **164.6** | |