**Exhibit A**

**Fee Statement for Monthly Fee Period**

# LATHAM & WATKINS LLP

1271 Avenue of the Americas
New York, New York 10020-1303
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**INVOICE**

November 7, 2025

Zen JV, LLC
200 N La Salle Dr #900
Chicago, IL 60601
Attn: Jeffrey Furman

Please identify your payment with the following:

Invoice No. 2500617680
Matter Number 080356-1000

For professional services rendered through October 14, 2025

|  | Services | Costs | Total |
|---|---:|---:|---:|
| Asset Disposition/Asset Sales | 43,542.00 |  | $ 43,542.00 |
| Employee Matters (including Benefits/Pensions) | 817.50 |  | 817.50 |
| Hearings | 3,960.00 |  | 3,960.00 |
| Non-Working Travel Time | 5,237.50 |  | 5,237.50 |
| Plan and Disclosure Statement/Confirmation/Implementation/Pl | 11,502.00 |  | 11,502.00 |
| Retention/Fee Matters (L&W) | 2,931.00 |  | 2,931.00 |
| Total Services and Costs | 67,990.00 | 0.00 | $ 67,990.00 |

**Total Due**     **$ 67,990.00**

**LATHAM&WATKINS**LLP

Invoice No. 2500617680
November 7, 2025

| | | | | |
|---|---|---|---|---|
| C M Arthur  | 6.60  | Hrs. @ | $ 2,095.00/hr. | $ 13,827.00 |
| C M Arthur  | 5.00  | Hrs. @ | $ 1,047.50/hr. | $ 5,237.50 |
| J Gordon    | 3.20  | Hrs. @ | $ 1,635.00/hr. | $ 5,232.00 |
| C W Lim     | 24.10 | Hrs. @ | $ 1,635.00/hr. | $ 39,403.50 |
| A Han       | 2.40  | Hrs. @ | $ 975.00/hr.   | $ 2,340.00 |
| C M Tarrant | 3.00  | Hrs. @ | $ 650.00/hr.   | $ 1,950.00 |
|             | 44.30 |        |                | $ 67,990.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

2

**LATHAM&WATKINS**LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Asset Disposition/Asset Sales

---

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/25 | C W Lim | 1.40 | 2,289.00 | Correspondence with Cooley regarding foreign processes (0.6); review trademark agreements and discuss with J. Bajada-Bartlett and A. Han (0.8) |
| 10/01/25 | A Han | .20 | 195.00 | Review approach on trademark assignments |
| 10/02/25 | C W Lim | 6.10 | 9,973.50 | Review trademark application documents (2.9); email Katten comments to trademark documents ( 0.4); review updated form of documents (1.6); emails with parties regarding printing and mailing of signature pack (0.4) |
| 10/03/25 | C W Lim | 4.10 | 6,703.50 | Review supplemental IP assignment from Cooley (1.7); review trademark assignment agreements (2.1); emails with Latham team regarding mailing of signing pack to J. Furman (0.3) |
| 10/05/25 | C W Lim | 1.20 | 1,962.00 | Draft execution emails to CEO (0.6); prepare email responding to Cooley regarding patents (0.6) |
| 10/06/25 | C W Lim | 2.00 | 3,270.00 | Review supplemental IP assignment agreement (1.7); correspondence with J. Savelski and Cooley regarding the same (0.3) |
| 10/06/25 | A Han | 1.20 | 1,170.00 | Review the patent assignment related matters |
| 10/07/25 | J Gordon | .50 | 817.50 | Analyze issues related to IP assignment (0.2); conference with C. Arthur and Z. Shapiro regarding same (0.3) |
| 10/07/25 | C W Lim | 1.10 | 1,798.50 | Attend call with J. Gordon regarding trademark assignments (0.3); respond to J. Furman email regarding trademark assignments (0.8) |
| 10/08/25 | J Gordon | .60 | 981.00 | Conference with C. Lim and B. Kaplan regarding IP signature issues (0.3); correspondence with C. Arthur and Z. Shapiro regarding same (0.3) |
| 10/08/25 | C W Lim | 2.30 | 3,760.50 | Review and analyze trademark assignment agreements |
| 10/09/25 | C W Lim | 1.10 | 1,798.50 | Attend call with B. Kaplan and J. Gordon regarding execution plan |
| 10/10/25 | C W Lim | 1.00 | 1,635.00 | Coordinate execution of filings (0.3); discuss IP assignments with IP team (0.7) |
| 10/13/25 | C W Lim | 3.30 | 5,395.50 | Coordinate execution of Bold assignment agreements with J. Furman, Katten and notaries |
| 10/13/25 | A Han | 1.00 | 975.00 | Review updated plan on obtaining trademark assignments signed |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR  PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

3

# LATHAM&WATKINS LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Asset Disposition/Asset Sales

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/14/25 | C W Lim | .50 | 817.50 | Coordinate signing of assignment agreements |

| Timekeeper | Hours | | Rate | Amount |
|---|---|---|---|---|
| J Gordon | 1.10 | Hrs. @ | $ 1,635.00/hr. | $ 1,798.50 |
| C W Lim | 24.10 | Hrs. @ | $ 1,635.00/hr. | $ 39,403.50 |
| A Han | 2.40 | Hrs. @ | $ 975.00/hr. | $ 2,340.00 |
| | 27.60 | | | $ 43,542.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

4

**LATHAM & WATKINS**LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Employee Matters (including Benefits/Pensions)

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/01/25 | J Gordon | .20 | 327.00 | Conference with L. Waller regarding employee transition issues |
| 10/02/25 | J Gordon | .30 | 490.50 | Conference with L. Waller and J. Creighton regarding employee wind down transition matters |

| | | | | |
|---|---|---|---|---|
| J Gordon | .50 | Hrs. @ | $ 1,635.00/hr. | $ 817.50 |
| | .50 | | | $ 817.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

# LATHAM&WATKINS LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Hearings

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/07/25 | C M Arthur | 1.50 | 3,142.50 | Attend confirmation hearing (0.5); meeting with RLF and AlixPartners in preparation of same (1.0) |
| 10/07/25 | J Gordon | .50 | 817.50 | Telephonically attend confirmation hearing |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 1.50 | Hrs. @ | $ 2,095.00/hr. | $ 3,142.50 |
| J Gordon | .50 | Hrs. @ | $ 1,635.00/hr. | $ 817.50 |
| | 2.00 | | | $ 3,960.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

6

**LATHAM & WATKINS LLP**

Invoice No. 2500617680
November 7, 2025
Matter Name: Non-Working Travel Time

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/07/25 | C M Arthur | 5.00 | 5,237.50 | Travel to confirmation hearing and return |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 5.00 | Hrs. @ | $ 1,047.50/hr. | $ 5,237.50 |
| | 5.00 | | | $ 5,237.50 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

7

**LATHAM&WATKINS**LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Plan and Disclosure Statement/Confirmation/Implementation/Plan Supplement

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/17/25 | C M Arthur | .90 | 1,885.50 | Several communications with Omni and certain creditors in connection with various ballot and claims related matters in connection with confirmation |
| 10/01/25 | C M Arthur | 1.80 | 3,771.00 | Several communications with RLF on claims reserve, plan related next steps, effective date conditions and upcoming confirmation hearing |
| 10/03/25 | C M Arthur | 1.20 | 2,514.00 | Prepare for upcoming confirmation hearing, including several calls with advisors of company and other stakeholders |
| 10/06/25 | J Gordon | .50 | 817.50 | Analysis regarding professional fee escrow amount |
| 10/09/25 | C M Arthur | 1.20 | 2,514.00 | Attend teleconference with trustee and advisors in connection with preparing for effective date (0.5); several communications with RLF and AlixPartners regarding effective date conditions (0.7) |

| | | | | |
|---|---|---|---|---|
| C M Arthur | 5.10 | Hrs. @ | $ 2,095.00/hr. | $ 10,684.50 |
| J Gordon | .50 | Hrs. @ | $ 1,635.00/hr. | $ 817.50 |
| | 5.60 | | | $ 11,502.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

8

**LATHAM&WATKINS**LLP

Invoice No. 2500617680
November 7, 2025
Matter Name: Retention/Fee Matters (L&W)

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/02/25 | C M Tarrant | .90 | 585.00 | Review and revise monthly fee materials |
| 10/08/25 | C M Tarrant | .80 | 520.00 | Review and revise monthly fee materials |
| 10/11/25 | J Gordon | .30 | 490.50 | Review and revise September invoice for privilege, confidentiality, and compliance with U.S. Trustee guidelines |
| 10/14/25 | J Gordon | .30 | 490.50 | Review and revise September monthly fee app |
| 10/14/25 | C M Tarrant | 1.30 | 845.00 | Review and revise monthly fee statement |

| | | | | |
|---|---|---|---|---|
| J Gordon | .60 | Hrs. @ | $ 1,635.00/hr. | $ 981.00 |
| C M Tarrant | 3.00 | Hrs. @ | $ 650.00/hr. | $ 1,950.00 |
| | 3.60 | | | $ 2,931.00 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
PLEASE REFERENCE INVOICE #2500617680 ON YOUR PAYMENT OR RETURN A COPY OF THIS INVOICE WITH YOUR CHECK.

9