**Exhibit B**

**[Reserved]**