# Exhibit D

## Budgets & Staffing Plans

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
In re:                                : Chapter 11
                                      :
ZEN JV, LLC, *et al.*,[1]             : Case No. 25-11195 (JKS)
                                      :
      Debtors.             : (Jointly Administered)
                                      :
---------------------------------------------------------------- x

### BUDGET FOR LATHAM & WATKINS LLP, COUNSEL TO THE DEBTORS, FOR THE PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025[2]

Date Retention Approved:  August 11, 2025, effective as of June 24, 2025

Date Budget Approved by Client:  This budget reflects an aggregation of budgets there were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the Interim Period.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Asset Disposition/Asset Sales | 2,250.00 | $2,958,750.00 |
| Automatic Stay Issues/Motions for Relief From Stay | 5.00 | $6,575.00 |
| Business Operations/Strategic Planning | 25.00 | $32,875.00 |
| Case Administration (Docket, WIP & Calendar Updates) | 50.00 | $65,750.00 |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] This budget may be amended to reflect changed circumstances or unexpected developments.  Any such amended budget will be provided to the Debtors.

[3] The estimated fees for each project category were calculated by multiplying the estimated number of hours by $1,315, which is the approximate average hourly rate for L&W attorneys expected to work on the matter during the budget period.

| PROJECT CATEGORY | ESTIMATED HOURS | ESTIMATED FEES[3] |
|---|---|---|
| Claims Administration and Objections | 5.00 | $6,575.00 |
| Corporate Governance and Board Matters | 50.00 | $65,750.00 |
| Creditors Committee Matters | 50.00 | $65,750.00 |
| Employee Matters (including Benefits/Pensions) | 75.00 | $98,625.00 |
| Financing and Cash Collateral | 300.00 | $394,500.00 |
| General Case Strategy (WIP Calls, Team and Client Calls) | 75.00 | $98,625.00 |
| Hearings | 100.00 | $131,500.00 |
| Insurance | 10.00 | $13,150.00 |
| International / Foreign Matters | 75.00 | $98,625.00 |
| Leases and Contracts | 15.00 | $19,725.00 |
| Litigation Matters | 50.00 | $65,750.00 |
| Meetings and Communications with Creditors | 20.00 | $26,300.00 |
| Non-Working Travel Time[4] | 50.00 | $32,875.00 |
| Plan and Disclosure Statement / Confirmation | 200.00 | $263,000.00 |
| Regulatory Matters | 100.00 | $131,500.00 |
| Reports and Schedules | 15.00 | $19,725.00 |
| Retention/Fee Matters (L&W) | 75.00 | $98,625.00 |
| Retention/Fee Matters/Objections (Others) | 25.00 | $32,875.00 |
| Tax Matters | 30.00 | $39,450.00 |
| U.S. Trustee Matters | 15.00 | $19,725.00 |
| **TOTAL** | **3,665.00** | **$4,820,000.00** |

---

[4] The fees associated with non-working travel are reduced by 50%.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- x
In re:                                                        : Chapter 11
                                                              :
ZEN JV, LLC, *et al.*,[1]                                     : Case No. 25-11195 (JKS)
                                                              :
       Debtors.              : (Jointly Administered)
                                                              :
------------------------------------------------------------- x

### STAFFING PLAN FOR LATHAM & WATKINS LLP, COUNSEL TO THE DEBTORS, FOR THE PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025[2]

<u>Date Retention Approved</u>:  August 11, 2025, effective as of June 24, 2025

<u>Date Staffing Plan Approved by Client</u>:  This staffing plan reflects an aggregation of staffing plans there were provided to, and approved by, the Debtors and certain other estate professionals on a rolling basis throughout the Interim Period.

| CATEGORY OF TIMEKEEPER | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER[3] | APPROXIMATE HOURLY RATE |
|---|---|---|
| Partners | 7 | $2,210 |
| Counsel | 5 | $1,860 |
| Associates | 15 | $1,330 |
| Professional Staff | 1 | $723 |
| Paralegals | 2 | $590 |

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] This staffing plan may be amended to reflect changed circumstances or unexpected developments.  Any such amended staffing plan will be provided to the Debtors.

[3] These totals reflect the attorneys expected to bill at least 50 hours to these chapter 11 cases.