## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Randy Lowry am employed in the county of Los Angeles, State of California. I hereby certify that on November 25, 2025, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Chapter 11 Monthly Operating Report for the Month Ending: 09/30/2025 [Docket No. 511]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11196 for the Month Ending: 09/30/2025 [Docket No. 512]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11204 for the Month Ending: 09/30/2025 [Docket No. 513]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11197 for the Month Ending: 09/30/2025 [Docket No. 514]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11198 for the Month Ending: 09/30/2025 [Docket No. 515]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11199 for the Month Ending: 09/30/2025 [Docket No. 516]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11200 for the Month Ending: 09/30/2025 [Docket No. 517]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11203 for the Month Ending: 09/30/2025 [Docket No. 518]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11201 for the Month Ending: 09/30/2025 [Docket No. 519]**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

- **Chapter 11 Monthly Operating Report for Case Number 25-11202 for the Month Ending: 09/30/2025 [Docket No. 520]**

- **Chapter 11 Monthly Operating Report for the Month Ending: 10/14/2025 [Docket No. 521]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11196 for the Month Ending: 10/14/2025 [Docket No. 522]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11204 for the Month Ending: 10/14/2025 [Docket No. 523]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11197 for the Month Ending: 10/14/2025 [Docket No. 524]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11198 for the Month Ending: 10/14/2025 [Docket No. 525]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11199 for the Month Ending: 10/14/2025 [Docket No. 526]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11200 for the Month Ending: 10/14/2025 [Docket No. 527]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11203 for the Month Ending: 10/14/2025 [Docket No. 528]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11201 for the Month Ending: 10/14/2025 [Docket No. 529]**

- **Chapter 11 Monthly Operating Report for Case Number 25-11202 for the Month Ending: 10/14/2025 [Docket No. 530]**

Dated: December 2, 2025

Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California    }
{                       } ss.
{County of Los Angeles  }

Subscribed and sworn to (or affirmed) before me on this 2ʳᵈ day of December, 2025, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# EXHIBIT A

**Exhibit A**
Service List

| Creditor | Address | | | | Email | Method of Service |
|---|---|---|---|---|---|---|
| Office of the US Trustee | District of Delaware | Attn: Linda J Casey | 844 King St, Ste 2207 | Wilmington, DE 19801 | Linda.Casey@usdoj.gov | Email |

Zen JV, LLC, et al., (Case No. 25-11195)