IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------- x
                                                        :
In re:                                                  :    Chapter 11
                                                        :
ZEN JV, LLC, et al.,¹                                   :    Case No. 25-11195 (JKS)
                                                        :
         Debtors.                                       :    (Jointly Administered)
                                                        :
                                                        :    Objection Deadline: December 26, 2025 at 4:00 p.m. (ET)
                                                        :    Hearing Date: January 27, 2026 at 2:30 p.m. (ET)
------------------------------------------------------- x
```

**SUMMARY SHEET FOR FINAL FEE APPLICATION OF FORVIS MAZARS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TAX SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 11, 2025 THROUGH OCTOBER 14, 2025**

| | |
|---|---|
| Name of Applicant: | Forvis Mazars LLP |
| Authorized to Provide Professional Services to: | the above-captioned debtors and debtors-in-possession |
| Date of Retention: | September 11, 2025 |
| Final Compensation Period for which compensation and reimbursement is sought: | September 11, 2025 – October 14, 2025 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $165,000 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n): ____ monthly ___ interim  X   final application

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Summary of previous fee applications for the interim compensation period: N/A

Prior Applications Filed: N/A

### FINAL COMPENSATION BY PROFESSIONAL
### SEPTEMBER 11, 2025 THROUGH OCTOBER 14, 2025

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Evans, Timothy | 16.75 | $800 | $13,400.00 |
| Sipior, Patryk | 28.75 | $575 | $16,531.25 |
| Phillippi, Rebecca | 2.25 | $250 | $562.50 |
| Tan, Xuhui | 104.5 | $695 | $72,627.50 |
| Muley, Vighnesh | 50 | $310 | $15,500.00 |
| Kang, Bryan | 86.5 | $360 | $31,140.00 |
| Jordan, Jaxon | 75.5 | $290 | $21,895.00 |
| Nofsinger, Stuart | 1.2 | $840 | $1,008.00 |
| Waleska, Meadow | 0.25 | $310 | $77.50 |
| Shearer, Jose | 0.25 | $305 | $76.25 |
| Moeller, Thomas | 14.25 | $435 | $6,198.75 |
| Gupta, Sankalp | 40 | 220 | $8,800.00 |
| Baratta, John | 27.25 | $305 | $8,311.25 |
| Montrone, Julie | 6 | $670 | $4,020.00 |
| Weng, Shirley | 14.5 | $305 | $4,422.50 |
| Johnson, Harry | 0.75 | $750 | $562.50 |
| **Subtotal** | | | $205,133.00 |
| **Discount** | | | ($40,133.00) |
| **Adj. Total** | | | $165,000.00 |

Blended Rate   $352.04

### FINAL COMPENSATION BY PROJECT CATEGORY
### SEPTEMBER 11, 2025 THROUGH OCTOBER 14, 2025

| Category | Hours | Total |
|---|---|---|
| Federal & State Income Tax Compliance | 468.7 | $205,133 |
| **SUBTOTAL** | | **$205,133** |
| **DISCOUNT** | ---- | **($40,133)** |
| **ADJ. TOTAL** | **468.7** | **$165,000** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | : | Case No. 25-11195 (JKS) |
| Debtors. | : | (Jointly Administered) |
| | : | Objection Deadline: December 26, 2025 at 4:00 p.m. (ET) |
| | : | Hearing Date: January 27, 2026 at 2:30 p.m. (ET) |

**FINAL FEE APPLICATION OF FORVIS MAZARS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS TAX SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 11, 2025 THROUGH OCTOBER 14, 2025**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**"), the Plan (as defined below) and the Confirmation Order (as defined below), Forvis Mazars LLP ("**Forvis Mazars**") hereby files this *Final Fee Application of Forvis Mazars for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Provider to the Debtors for the Period from September 11, 2025 through October 14, 2025* (the "**Application**"). By this

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:   Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Application, Forvis Mazars seeks final allowance pursuant to the Interim Compensation Order and Confirmation Order with respect to the sums of $165,000 as compensation and $0.00 for reimbursement of actual and necessary expenses, for a total of $165,000 for the period from September 11, 2025 through October 14, 2025 (the "**Final Compensation Period**").  In support of this Application, Forvis Mazars submits the Declaration of Timothy Evans attached hereto as **Exhibit A** (the "**Evans Declaration**").  In further support of this Application, Forvis Mazars respectfully represents as follows:

## Background

1. On June 24, 2025 (the "**Petition Date**"), the debtors and debtors in possession in the above-captioned cases (collectively, the "**Debtors**") each filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. An official committee of unsecured creditors (the "**Creditors' Committee**") was appointed in these chapter 11 cases on July 2, 2025 [Docket No. 65].

2. Forvis Mazars was retained as Tax Services Provider to the Debtors, effective as of September 11, 2025, pursuant to the *Order Authorizing the Employment and Retention of Forvis Mazars, LLP, as Tax Services Provider* entered on November 12, 2025 [Docket No. 497] (the "**Retention Order**"). The Retention Order authorized Forvis Mazars to be compensated as set forth in the Engagement Letter and to be reimbursed for actual and necessary out-of-pocket expenses. On October 7, 2025, this Court entered an order [Docket No. 429] (the "**Confirmation Order**") confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* (the "**Plan**"), which was attached to the Confirmation Order as

**Exhibit A** thereto.  On October 14, 2025, the effective date of the Plan occurred.  *See* Docket No. 458.

### Compensation Paid and Its Source

3. All services for which compensation is requested by Forvis Mazars were performed for or on behalf of the Debtors.

4. Forvis Mazars has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application.  There is no agreement or understanding between Forvis Mazars and any other person other than the partners of Forvis Mazars for the sharing of compensation to be received for services rendered in these cases.

### Fee Statements

5. The detailed fee statements for the Final Compensation Period are attached hereto as **Exhibit B**.  These statements contain daily time logs describing the time spent by each professional during the Final Compensation Period.  To the best of Forvis Mazars' knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, Local Rule 2016-1, applicable Third Circuit law, and the Interim Compensation Order.

### Actual and Necessary Expenses

6. Forvis Mazars incurred no expenses during the Final Compensation Period.

### Summary of Services By Project

7. The services rendered by Forvis Mazars during the Final Compensation Period can be grouped into the categories set forth below.  These categories are generally described below.

A. **Federal & State Income Tax Compliance for the 2024 Tax Year**

**Final Compensation Period:  Fees: $165,000      Total Hours: 468.7**

This category includes all services provided by Forvis Mazars with respect to the preparation, review, and filing of the 2024 Federal and State tax returns for Zen JV and its Debtor Affiliates.

WHEREFORE, Forvis Mazars respectfully requests that the Court authorize, for the Final Compensation Period, a final allowance be made to Forvis Mazars pursuant to the terms of the Interim Compensation Order, the Plan, and the Confirmation Order, with respect to the sum of $165,000 as final compensation for necessary professional services rendered and the sum of $0.00 as final reimbursement of actual necessary costs and expenses, for a total of $165,000 and that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

| | |
|---|---|
| Dated:   December 5, 2025<br>           New York, New York | Respectfully submitted,<br><br>*/s/ Timothy D. Evans*<br>**Forvis Mazars LLP**<br>Timothy Evans<br>135 W. 50th Street<br>New York, NY 10020<br>Telephone: (646)435-1580<br>Email: timothy.evans@us.forvismazars.com<br><br>*Tax Services Provider for the Debtors and Debtors in Possession* |

4