**Exhibit B**

| Date | Client | Eng | Rate | Units | Transaction Amt | Staff Name | Service Code | Detail |
|---|---|---|---|---|---|---|---|---|
| 8/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | intl wbs |
| 8/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.25 | 143.75 | Sipior, Patryk | Detailed Review | |
| 8/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 250 | 1.25 | 312.5 | Phillippi, Rebecca | Deliverable - Admin P | Prepared drafts for client review - ZEN JV LLC and Camaro Parent |
| 8/14/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Detailed Review | |
| 8/15/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | MWW |
| 8/18/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.25 | 200 | Evans, Timothy | Project Management/ | info requests/emails to client |
| 8/19/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.25 | 200 | Evans, Timothy | Project Management/ | discuss foreign reporting structure |
| 8/19/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Project Management/ | |
| 8/21/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1 | 575 | Sipior, Patryk | Project Management/ | Kick-off call |
| 8/21/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | call with compliance team |
| 8/21/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1.25 | 718.75 | Sipior, Patryk | Out of Scope | PaintJet time - move out |
| 8/21/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2.5 | 1737.5 | Tan, Xuhui | Project Management/ | PY Info and info request |
| 8/22/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Project Management/ | review open items |
| 8/22/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 11 | 3410 | Muley, Vighnesh | International Assign | Meeting with manager, principal, and other preparer to go over structure, tasks. Creating and updating control log for foreign forms progress. Created 5471's in locator and started prepping |
| 8/22/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 1.5 | 1042.5 | Tan, Xuhui | Project Management/ | info request and portal |
| 8/26/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.25 | 143.75 | Sipior, Patryk | Project Management/ | Supervision |
| 8/26/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 11 | 3410 | Muley, Vighnesh | International Assign | Updating 5471's based on WP, documenting changes made to client FS. Creating open items list |
| 8/26/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 8.5 | 3060 | Kang, Bryan | Prep Of Tax Returns | |
| 8/27/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Project Management/ | catch-up |
| 8/27/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 2.5 | 775 | Muley, Vighnesh | International Assign | Updating 5471's based on WP, documenting changes made to client FS. Creating open items list. Self-reviewing inputs, send to manager for review. |
| 8/27/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 1 | 360 | Kang, Bryan | Prep Of Tax Returns | |
| 8/27/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 1 | 695 | Tan, Xuhui | Detailed Review | return |
| 8/28/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | workpaper |
| 8/29/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3.5 | 1260 | Kang, Bryan | Prep Of Tax Returns | |
| 8/29/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | workpaper |
| 8/31/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 24 | 6960 | Jordan, Jaxon | Prep Of Tax Returns | 5471s |
| 8/31/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 1 | 290 | Jordan, Jaxon | Out of Scope | Time reversal - Call with Viggy and Patryk |
| 8/31/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 10 | 6950 | Tan, Xuhui | Detailed Review | workpaper and return |
| 9/1/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 3.5 | 1015 | Jordan, Jaxon | Prep Of Tax Returns | Time reversal - 5471s |
| 9/1/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 5 | 1550 | Muley, Vighnesh | International Assign | Going through 2021 Randstad engagement binder to pull as many PY 5471's as I could find. Responding to director's email, updating control for entities I found. Updating my portion of returns based on PY forms. |
| 9/1/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | return, workpaper |
| 9/2/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 2.75 | 797.5 | Jordan, Jaxon | Prep Of Tax Returns | Finish remaining 5471s and send updated excels to Patryk |
| 9/2/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Detailed Review | |
| 9/2/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 7 | 2170 | Muley, Vighnesh | International Assign | Updating my portion of returns based on PY forms. Updating 5471's based on new client info |
| 9/3/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 1 | 800 | Evans, Timothy | Project Management/ | status |
| 9/3/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Detailed Review | |
| 9/3/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 0.5 | 145 | Jordan, Jaxon | Out of Scope | Catch up call |
| 9/3/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 3 | 930 | Muley, Vighnesh | International Assign | Updating my portion of returns based on PY forms. Updating 5471's based on new client info |
| 9/4/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 3.75 | 2156.25 | Sipior, Patryk | Detailed Review | |
| 9/4/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 1.5 | 465 | Muley, Vighnesh | International Assign | Updating my portion of returns based on PY forms. Updating 5471's based on new client info |
| 9/4/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | review |
| 9/5/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 3 | 870 | Jordan, Jaxon | Prep Of Tax Returns | Call with Viggy and Patryk, 5471 review comments |
| 9/5/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1 | 575 | Sipior, Patryk | Detailed Review | |
| 9/6/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 7 | 2030 | Jordan, Jaxon | Prep Of Tax Returns | 5471 review comments. Took quite a bit of time consolidating all of the 5471 schedule C and Fs, as well as having to delete a lot of the line items from the locator |
| 9/6/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 8 | 5560 | Tan, Xuhui | Detailed Review | workpaper |
| 9/7/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | review |
| 9/7/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 840 | 0.5 | 420 | Nofsinger, Stuart | Other Reqd Review/C | |
| 9/8/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | intl reporting issues |
| 9/8/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 7.5 | 2175 | Jordan, Jaxon | Prep Of Tax Returns | Call with Viggy and Patryk, finish addressing 5471 review comments, prep 8858s, call with Viggy about MWW Limited financials |
| 9/8/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.5 | 287.5 | Sipior, Patryk | Detailed Review | catch-up call |
| 9/8/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 840 | 0.7 | 588 | Nofsinger, Stuart | Other Reqd Review/C | |
| 9/8/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 310 | 0.25 | 77.5 | Waleska, Meadow | International Tax Cons | 5471 - assisting Jaxon with 163J adjustments |
| 9/9/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | EL |
| 9/9/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 4.25 | 1232.5 | Jordan, Jaxon | Prep Of Tax Returns | |
| 9/9/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 6.25 | 3593.75 | Sipior, Patryk | Detailed Review | |

| Date | Client | Matter | Rate | Hours | Amount | Timekeeper | Task | Description |
|---|---|---|---|---|---|---|---|---|
| 9/10/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 0.5 | 400 | Evans, Timothy | Project Management/ | intl reporting issues |
| 9/10/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 6.5 | 1885 | Jordan, Jaxon | Prep Of Tax Returns | Going through more detailed review comments for 5471s. Also went through the entities Viggy was working on addressed comments on those as well |
| 9/10/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1.25 | 718.75 | Sipior, Patryk | Detailed Review | |
| 9/10/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 4 | 1440 | Kang, Bryan | Prep Of Tax Returns | |
| 9/10/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 5 | 3475 | Tan, Xuhui | Detailed Review | review |
| 9/11/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 1 | 800 | Evans, Timothy | Project Management/ | intl reporting issues |
| 9/11/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 1.75 | 507.5 | Jordan, Jaxon | Prep Of Tax Returns | 5471 review comment updates, 8858 prep |
| 9/11/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 3 | 1725 | Sipior, Patryk | Detailed Review | |
| 9/11/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 250 | 0.75 | 187.5 | Phillippi, Rebecca | Deliverable - Admin P | CWF Setup; proof and finalize contract; sent to client via AdobeSign |
| 9/11/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | |
| 9/12/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 8 | 2320 | Jordan, Jaxon | Prep Of Tax Returns | Additional 5471 comments, prorating Sch. I-1 and Q income items for all 5471s. Took quite a bit of extra time due to a miscommunication and having to go back through all 5471 excels to fix QBAI and avg asset values |
| 9/12/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1 | 575 | Sipior, Patryk | Detailed Review | |
| 9/12/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 250 | 0.25 | 62.5 | Phillippi, Rebecca | Deliverable - Admin P | Uploaded executed contract to Amelio; finalized CWF; uploaded contract and budgeting tool to STAR |
| 9/12/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 5 | 1800 | Kang, Bryan | Prep Of Tax Returns | |
| 9/12/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 5 | 3475 | Tan, Xuhui | Detailed Review | review |
| 9/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 4 | 3200 | Evans, Timothy | Project Management/ | 5471 review |
| 9/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 290 | 5.75 | 1667.5 | Jordan, Jaxon | Prep Of Tax Returns | Finish 5471 comments and self-review, send final list of notes/questions to Patryk, update a few entities that shoudn't have been prorated, Final updates to return |
| 9/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 1 | 575 | Sipior, Patryk | Detailed Review | |
| 9/13/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 2 | 620 | Muley, Vighnesh | International Assign | Prepping and updating K-2 WP and forms in return. |
| 9/13/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 5 | 3475 | Tan, Xuhui | Detailed Review | return |
| 9/14/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 4 | 3200 | Evans, Timothy | Detailed Review | intl review |
| 9/14/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 2 | 1150 | Sipior, Patryk | Detailed Review | |
| 9/14/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 2 | 620 | Muley, Vighnesh | International Assign | Updated K-2/K-3 Part VI and VIII to show all applicable 5471's. |
| 9/14/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | review |
| 9/15/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 2 | 1150 | Sipior, Patryk | Detailed Review | |
| 9/15/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 800 | 2 | 1600 | Evans, Timothy | Detailed Review | revised stmts |
| 9/15/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 310 | 5 | 1550 | Muley, Vighnesh | International Assign | Updating 5471 statements to show persons filed on behalf of. Meeting with manager to go over missing ones to send to client for review. |
| 9/15/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 1 | 695 | Tan, Xuhui | Detailed Review | review |
| 9/15/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 0.25 | 76.25 | Shearer, Jose | CaseWare Conversion | Fixing Amelio Queue issue |
| 9/16/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 4 | 1440 | Kang, Bryan | Prep Of Tax Returns | state work |
| 9/16/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | review |
| 9/17/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 1 | 435 | Moeller, Thomas | Project Management/ | Introduction meeting with team and going over the client and their structure and tax deadlines |
| 9/17/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 220 | 8 | 1760 | Gupta, Sankalp | Prep Of Tax Returns | Workpaper prep |
| 9/17/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 6.25 | 1906.25 | Baratta, John | Prep Of Tax Returns | amelio task creation and locator inputs for py |
| 9/17/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3 | 1080 | Kang, Bryan | Prep Of Tax Returns | call about zen + state wbs |
| 9/17/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | review |
| 9/18/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 1 | 435 | Moeller, Thomas | Project Management/ | Call with the preparer going over questions he had with the states and the PBC provided. Decided we need to go back to the client with more info and questions we have |
| 9/18/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 220 | 9 | 1980 | Gupta, Sankalp | Prep Of Tax Returns | Workpaper prep |
| 9/18/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 2 | 720 | Kang, Bryan | Prep Of Tax Returns | |
| 9/18/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | review |
| 9/19/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 1 | 435 | Moeller, Thomas | Project Management/ | Reviewed through the rest of the PBC and workpapers that were prepared to make sure everything was being included. Also reviewed through org charts to get a better understanding of the client and all the state filings needed and went over the schedule making sure we have enough hours for everyone |
| 9/19/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3 | 1080 | Kang, Bryan | Prep Of Tax Returns | |
| 9/19/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 220 | 10 | 2200 | Gupta, Sankalp | Prep Of Tax Returns | Workpaper prep |
| 9/19/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | workpaper |
| 9/20/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | K-1s |
| 9/22/2025 | Zen JV LLC Zen JV LLC | TX2125 International Tax Compliance 4905537 | 575 | 0.25 | 143.75 | Sipior, Patryk | Project Management/Supervision | |
| 9/22/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3 | 1080 | Kang, Bryan | Prep Of Tax Returns | |
| 9/22/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 220 | 8 | 1760 | Gupta, Sankalp | Prep Of Tax Returns | prep |
| 9/23/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 0.5 | 217.5 | Moeller, Thomas | Project Management/ | Read up on emails and reviewed PBC with SALT manager about the best process for this client |
| 9/23/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3 | 1080 | Kang, Bryan | Prep Of Tax Returns | |
| 9/23/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 2 | 610 | Baratta, John | Prep Of Tax Returns | call to discuss task and payroll factor inputs |
| 9/24/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 3 | 1080 | Kang, Bryan | Prep Of Tax Returns | |
| 9/25/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 2 | 610 | Baratta, John | Prep Of Tax Returns | prop factor inputs and workbook |
| 9/25/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 2 | 720 | Kang, Bryan | Prep Of Tax Returns | |
| 9/25/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | state |

| Date | Client | Matter | Rate | Hours | Amount | Timekeeper | Task | Description |
|---|---|---|---|---|---|---|---|---|
| 9/26/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 5 | 1800 | Kang, Bryan | Prep Of Tax Returns | |
| 9/26/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 3 | 915 | Baratta, John | Prep Of Tax Returns | part sic and part eight CFC input data into gosystem |
| 9/26/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3.5 | 2432.5 | Tan, Xuhui | Detailed Review | review |
| 9/27/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 5 | 1800 | Kang, Bryan | Prep Of Tax Returns | |
| 9/30/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 2 | 610 | Baratta, John | Prep Of Tax Returns | |
| 9/30/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | return |
| 10/1/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | return |
| 10/1/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 670 | 1.5 | 1005 | Montrone, Julie | SALT Compliance | internal call; research (provide state matrices) |
| 10/2/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 3 | 915 | Weng, Shirley | Prep Of Tax Returns | clear diagnostics for state |
| 10/2/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 3 | 915 | Baratta, John | Prep Of Tax Returns | state review comments and attaching extensions in gors |
| 10/2/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | return |
| 10/2/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 3.25 | 1413.75 | Moeller, Thomas | Detailed Review | Started to review my share of the state returns and reviewed through the state workpaper |
| 10/2/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 8 | 2880 | Kang, Bryan | GoSystem Conversion | |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 0.5 | 217.5 | Moeller, Thomas | Project Management/ | Meeting with SALT specialist to go over our questions for state filings |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 2.5 | 762.5 | Weng, Shirley | Prep Of Tax Returns | clearing diagnostics |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 3 | 915 | Baratta, John | Prep Of Tax Returns | clearing review comments on state returns |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 6 | 2610 | Moeller, Thomas | Detailed Review | Detail reviewed the state returns and added my comments. Also helped with Gosystem issues |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 4 | 2780 | Tan, Xuhui | Detailed Review | review |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 750 | 0.75 | 562.5 | Johnson, Harry | SALT Consulting | SALT filing issues - discussion, email correspondence w/Noah Tan |
| 10/3/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 6 | 2160 | Kang, Bryan | GoSystem Conversion | |
| 10/4/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 4.5 | 1620 | Kang, Bryan | GoSystem Conversion | |
| 10/6/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | review |
| 10/6/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 670 | 4.5 | 3015 | Montrone, Julie | SALT Compliance | state return review |
| 10/6/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 4 | 1440 | Kang, Bryan | GoSystem Conversion | |
| 10/7/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 3 | 915 | Weng, Shirley | Prep Of Tax Returns | |
| 10/7/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | review |
| 10/7/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 4 | 1440 | Kang, Bryan | GoSystem Conversion | |
| 10/8/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 2.5 | 762.5 | Weng, Shirley | Prep Of Tax Returns | |
| 10/9/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 305 | 1.5 | 457.5 | Weng, Shirley | Prep Of Tax Returns | get signature pages and vouchers |
| 10/9/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 695 | 2 | 1390 | Tan, Xuhui | Detailed Review | review |
| 10/9/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 435 | 0.5 | 217.5 | Moeller, Thomas | GoSystem Conversion | Helped the preparers clear Gosystem diagnostics |
| 10/9/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 360 | 2 | 720 | Kang, Bryan | GoSystem Conversion | |
| 10/11/2025 | Zen JV LLC Zen JV LLC | TX8324 1065 Compliance 4907278 | 220 | 5 | 1100 | Gupta, Sankalp | Prep Of Tax Returns | Return rework |
| 10/9/2025 | CareerBuilder France Holdir | TX8124 1120 Compliance 4914451 | 435 | 0.5 | 217.5 | Moeller, Thomas | GoSystem Conversion | Helped the preparer with Gosystem questions |
| 10/11/2025 | CareerBuilder France Holdir | TX2125 International Tax Compliance 4914402 | 800 | 1 | 800 | Evans, Timothy | Detailed Review | intl review |
| 10/11/2025 | CareerBuilder France Holdir | TX8124 1120 Compliance 4914451 | 305 | 1.5 | 457.5 | Weng, Shirley | Prep Of Tax Returns | review comment corrections |
| 10/11/2025 | CareerBuilder France Holdir | TX8124 1120 Compliance 4914451 | 695 | 3 | 2085 | Tan, Xuhui | Detailed Review | review |
| 10/12/2025 | CareerBuilder France Holdir | TX8124 1120 Compliance 4914451 | 305 | 0.8 | 244 | Weng, Shirley | Prep Of Tax Returns | verify inputs in GS. clear diagnostic, send cali voucher to EL |
| 10/17/2025 | CareerBuilder France Holdir | TX8124 1120 Compliance 4914451 | 360 | 2 | 720 | Kang, Bryan | Prep Of Tax Returns | |
| 10/7/2025 | Luceo Solutions Luceo Solu | TX2125 International Tax Compliance 4914406 | 800 | 0.25 | 200 | Evans, Timothy | Detailed Review | intl filing reqs |
| 10/12/2025 | Luceo Solutions Luceo Solu | TX2125 International Tax Compliance 4914406 | 575 | 0.75 | 431.25 | Sipior, Patryk | Detailed Review | |
| 10/13/2025 | Luceo Solutions Luceo Solu | TX2125 International Tax Compliance 4914406 | 290 | 0.5 | 145 | Shaikh, Ammar | Prep Of Tax Returns | updating 5471 |
| 10/13/2025 | Luceo Solutions Luceo Solu | TX2125 International Tax Compliance 4914406 | 575 | 0.25 | 143.75 | Sipior, Patryk | Detailed Review | |
| 10/13/2025 | Luceo Solutions Luceo Solu | TX8124 1120 Compliance 4914453 | 265 | 0.1 | 26.5 | Weng, Shirley | Deliverable - Admin P | attach pdf to return. |
| 10/14/2025 | Luceo Solutions Luceo Solu | TX8124 1120 Compliance 4914453 | 265 | 0.5 | 132.5 | Weng, Shirley | Deliverable - Admin P | update return to included IL state, clear diagnostics and requalify |
| 10/15/2025 | Luceo Solutions Luceo Solu | TX8124 1120 Compliance 4914453 | 215 | 0.5 | 107.5 | Young, Lamia | Deliverable - Admin P | |
| 10/12/2025 | CareerBuilder LLC CareerBu | TX8324 1065 Compliance 4915154 | 305 | 6 | 1830 | Baratta, John | Prep Of Tax Returns | prep of CA TN and TX, and re prep, fist time was in 1120 locator |
| 10/12/2025 | CareerBuilder LLC CareerBu | TX8324 1065 Compliance 4915154 | 360 | 1 | 360 | Kang, Bryan | Prep Of Tax Returns | |