IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>                  Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 457, 459, 460, 461 & 504** |

**ORDER APPROVING SETTLEMENT STIPULATION REGARDING THE REQUESTS OF SUSAN FALLON, ALLISON WAGNER, MARK NELSON, SARAH BLANSETT, AND ERIC BOUDIN FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIMS PURSUANT TO 11 U.S.C. §§ 503(b)(1)(A) AND 507(a)(2)**

Upon consideration of the Requests[2] of the Employee Claimants for payment of administrative expense claims pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket Nos. 457, 459, 460, 461 & 504], and the *Stipulation Between the Liquidation Trustee and Employee Claimants Regarding the Requests of the Employee Claimants for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)* (the "Stipulation"), attached hereto as **Exhibit 1**; and this Court having jurisdiction to consider the Requests pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue of these Chapter 11 cases and the Requests in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the *Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2)*.

§ 157(b); and this Court having reviewed the Stipulation; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

2. The Liquidation Trustee is authorized to take any and all actions reasonably necessary to effectuate the terms of this Order and the Stipulation.

3. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

**Dated: December 5th, 2025**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE