IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 507** |

**CERTIFICATE OF NO OBJECTION REGARDING COMBINED FOURTH MONTHLY AND FINAL FEE APPLICATION OF COLE SCHOTZ P.C., COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE MONTHLY PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025 AND THE FINAL PERIOD FROM JULY 2, 2025 THROUGH OCTOBER 14, 2025**
**[NO ORDER REQUIRED]**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Combined Fourth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from October 1, 2025 through October 14, 2025 and the Final Period from July 2, 2025 through October 14, 2025* [Docket No. 507] (the "Application") filed on November 19, 2025. The undersigned further certifies that she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Monthly Period[2] of the Application were to be filed and served no later than December 10, 2025 at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

In accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 258], the Debtors are authorized to pay Cole Schotz P.C. 80% of the fees and 100% of the expenses requested in the Application for the Monthly Period upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated: December 17, 2025
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
Elazar A. Kosman (No. 7077)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
mhartlipp@coleschotz.com
ekosman@coleschotz.com

-and-

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
svanaalten@coleschotz.com
scarnes@coleschotz.com

*Counsel to the Official
Committee of Unsecured Creditors*