IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                                                  :
In re:                                                 :    Chapter 11
                                                            :
ZEN JV, LLC, *et al.*,[1]                          :    Case No. 25-11195 (JKS)
                                                            :
             Debtors.                      :    (Jointly Administered)
                                                            :
------------------------------------------------------- x    **Re: Docket No. 533**

**CERTIFICATE OF NO OBJECTION REGARDING MONTHLY PORTION OF FOURTH MONTHLY, SECOND INTERIM AND FINAL APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR (I) THE MONTHLY PERIOD FROM OCTOBER 1, 2025 THROUGH OCTOBER 14, 2025; (II) THE INTERIM PERIOD FROM SEPTEMBER 1, 2025 THROUGH OCTOBER 14, 2025 AND (III) THE FINAL PERIOD FROM JUNE 24, 2025 THROUGH OCTOBER 14, 2025 (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, they have received no answer, objection or other responsive pleading with respect to the fourth monthly fee application for compensation and reimbursement of expenses (the "**Application**") of Richards, Layton & Finger, P.A. (the "**Applicant**"). The Application was filed with the United States Bankruptcy Court for the District of Delaware (the "**Court**") on November 26, 2025. The undersigned further certifies that they have reviewed the Court's docket in these cases and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the *Notice of Fee Application* that was attached to the Application, objections to the Application were to be filed and served no later than December 17, 2025 at 4:00 p.m. (ET).

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

RLF1 34423530v.1

The Application was filed and served in accordance with the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief* [Docket No. 258] (the "**Interim Compensation Order**").  Pursuant to the Interim Compensation Order, the Applicant shall be paid an amount equal to eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by the Applicant is annexed hereto as **Exhibit A**.

Dated: December 18, 2025
      Wilmington, Delaware

| | */s/ Colin A. Meehan* |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone: (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile: (212) 751-4864 | One Rodney Square |
| Email: ray.schrock@lw.com | 920 North King Street |
|       candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 651-7700 |
| - and - | Facsimile: (302) 651-7701 |
| | Email: defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |       shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |       liu@rlf.com |
| Chicago, Illinois 60611 |       carlisle@rlf.com |
| Telephone: (312) 876-7700 |       meehan@rlf.com |
| Facsimile: (312) 993-9767 | |
| Email: jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*

# EXHIBIT A

Professional Fees and Expenses
Monthly Fee Application

| Applicant | Fee Application Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid @ 80% | Amount of Expenses Authorized to be Paid @ 100% | Amount of Holdback Fees |
|---|---|---|---|---|---|---|---|
| Richards, Layton & Finger, P.A.<br><br>Co-Counsel for the Debtors | 10/1/25 – 10/14/25<br><br>11/26/25<br><br>Docket No. 533 | $165,385.00 | $8,747.44 | 12/17/25 | $132,308.00 | $8,747.44 | $33,077.00 |