**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re:                                                    :   Chapter 11
:
ZEN JV, LLC, *et al.*,[1]                                 :   Case No. 25-11195 (JKS)
:
       Debtors.            :   (Jointly Administered)
:
:   **Re: Docket Nos. 507, 531, 532, 533, 535, 536 & 542**
---------------------------------------------------------- x

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS**
**ORDER AWARDING FINAL ALLOWANCE OF COMPENSATION**
**FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

    The undersigned hereby certifies as follows:

    1.    In accordance with the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief*, dated July 31, 2025 [Docket No. 258] (the "**Interim Compensation Order**"), the *Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation on a Final Basis and (II) Confirming the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, dated October 7, 2025 [Docket No. 429] (the "**Confirmation Order**"), and the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, attached as Exhibit A to the Confirmation Order, Cole Schotz P.C., AlixPartners LLP, Omni Agent Solutions, Inc., Richards, Layton & Finger, P.A., M3 Advisory Partners, LP, Latham & Watkins LLP and

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Forvis Mazars LLP (the "**Applicants**") filed their final fee applications [Docket Nos. 507, 531, 532, 533, 535, 536 & 542] (the "**Final Applications**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

2. Pursuant to the Final Applications, objections to each of the Final Applications, if any, were to be filed and served no later than the objection deadline set forth on each of the Final Applications in accordance with the Interim Compensation Order, the last of which expired on December 26, 2025. The Applicants received no objections or other responses to the Final Applications.

3. Given the lack of objection to the approval of the Final Applications, counsel to the above-captioned debtors (the "**Debtors**") prepared a proposed form of omnibus order (the "**Proposed Order**") approving the Final Applications. A copy of the Proposed Order is attached hereto as Exhibit A. The Proposed Order has been circulated to the Applicants, and the Applicants have agreed to the entry of the Proposed Order.

WHEREFORE, the Debtors respectfully requests that the Proposed Order, substantially in the form attached hereto as Exhibit A, be entered at the earliest convenience of the Court.

Dated:  December 30, 2025
       Wilmington, Delaware

| | /s/ Colin A. Meehan |
|---|---|
| **LATHAM & WATKINS LLP** | **RICHARDS, LAYTON & FINGER, P.A.** |
| Ray C. Schrock (admitted *pro hac vice*) | Daniel J. DeFranceschi (No. 2732) |
| Candace M. Arthur (admitted *pro hac vice*) | Zachary I. Shapiro (No. 5103) |
| 1271 Avenue of the Americas | Huiqi Liu (No. 6850) |
| New York, New York 10020 | Clint M. Carlisle (No. 7313) |
| Telephone:  (212) 906-1200 | Colin A. Meehan (No. 7237) |
| Facsimile:  (212) 751-4864 | One Rodney Square |
| Email:  ray.schrock@lw.com | 920 North King Street |
|     candace.arthur@lw.com | Wilmington, Delaware 19801 |
| | Telephone:  (302) 651-7700 |
| - and - | Facsimile:  (302) 651-7701 |
| | Email:  defranceschi@rlf.com |
| Jonathan C. Gordon (admitted *pro hac vice*) |     shapiro@rlf.com |
| 330 North Wabash Avenue, Suite 2800 |     liu@rlf.com |
| Chicago, Illinois 60611 |     carlisle@rlf.com |
| Telephone:  (312) 876-7700 |     meehan@rlf.com |
| Facsimile:  (312) 993-9767 | |
| Email:  jonathan.gordon@lw.com | |

*Co-Counsel for Debtors and Debtors in Possession*

RLF1 34426532v.1