# EXHIBIT A

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ZEN JV, LLC, *et al.*,[1] : Case No. 25-11195 (JKS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: Docket Nos. 507, 531, 532, 533, 535, 536 & 542**
---------------------------------------------------------- x

**REVISED OMNIBUS ORDER AWARDING FINAL
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

Upon consideration of the final applications (each, a "**Final Application**" and, collectively, the "**Final Applications**") of those professionals listed on Exhibit A attached hereto (each, an "**Applicant**" and, collectively, the "**Applicants**") for the final allowance of certain fees, including all holdbacks, and expenses for the final period set forth on each of the Final Applications listed on the attached Exhibit A (the "**Final Period**"), filed pursuant to the *Order Pursuant to 11 U.S.C. §§ 331, 330, and 105(a) and Fed. R. Bankr. P. 2016 (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals, and (II) Granting Related Relief*, dated July 31, 2025 [Docket No. 258] (the "**Interim Compensation Order**"), the *Findings of Fact, Conclusions of Law and Order (I) Approving the Adequacy of the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation on a Final Basis and (II) Confirming the Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation*, dated October 7, 2025 [Docket

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

No. 429] (the "**Confirmation Order**"), and the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* (the "**Plan**"), attached as Exhibit A to the Confirmation Order; and the Court having reviewed the Final Applications; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Final Applications was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the Final Applications; and upon the full record of all proceedings in these cases; and sufficient cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

1. Each Final Application is granted and approved as set forth herein.

2. Each of the Applicants is allowed compensation for services rendered during the Final Period and reimbursement for actual and necessary expenses incurred during the Final Period in the amounts set forth on Exhibit A hereto, including any and all holdbacks.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Applicants shall be paid one-hundred percent (100%) of the fees and one-hundred percent (100%) of the expenses listed on Exhibit A hereto that have not yet been paid in satisfaction of the allowed fees for services rendered and expenses incurred during the Final Period.

4. This Order shall be deemed a separate order with respect to each of the Final Applications. Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal, and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

5. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Order.

# Exhibit A

**In re: Zen JV, LLC, *et al*.**
**Case No. 25-11195 (JKS)**
**Final Period**

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Final Period) | Fees Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Voluntary Fee Reductions (Final Period) | Amounts of Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Cole Schotz P.C. / Docket No. 507** | Counsel for the Official Committee of Unsecured Creditors | 7/2/25 – 10/14/25 | $798,332.50 | $6,651.06 | $0.00 | $0.00 | **$798,332.50** | **$6,651.06** |
| **AlixPartners, LLP / Docket No. 531** | Financial Advisor for Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $2,005,297.00 | $1,037.55 | $0.00 | $0.00 | **$2,005,297.00** | **$1,037.55** |
| **Omni Agent Solutions, Inc. / Docket No. 532** | Administrative Advisor for Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $30,388.50 | $0.00 | $0.00 | $0.00 | **$30,388.50** | **$0.00** |
| **Richards, Layton & Finger, P.A. / Docket No. 533** | Co-Counsel for the Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $2,058,653.00 | $45,769.59 | $1,370.00 | $0.00 | **$1,957,283.00[1]** | **$45,769.59** |

---

[1] This amount excludes any voluntary reductions and the Estimated Fees and Expenses (as defined in Final Application (Docket No. 533)). While the Court is not approving the Estimated Fees and Expenses pursuant to this Order, the Estimated Fees and Expenses may be paid to the Applicant from the Professional Fee Reserve (as defined in the Plan) in accordance with paragraph 14 of the Confirmation Order.

RLF1 34625338v.2

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Final Period) | Fees Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Voluntary Fee Reductions (Final Period) | Amounts of Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **M3 Advisory Partners, LP / Docket No. 535** | Financial Advisor for the Official Committee of Unsecured Creditors | 7/2/25 – 10/14/25 | $589,813.50 | $209.30 | $0.00 | $0.00 | **$589,813.50** | **$209.30** |
| **Latham & Watkins LLP / Docket No. 536** | Counsel for the Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $3,553,208.75 | $16,526.93 | $19,609.00 | $0.00 | **$3,433,599.75[2]** | **$16,526.93** |
| **Forvis Mazars LLP / Docket No. 542** | Tax Service Provider for the Debtors and Debtors in Possession | 9/11/25 – 10/14/25 | $165,000.00 | $0.00 | $0.00 | $0.00 | **$165,000.00** | **$0.00** |

---

[2] This amount excludes any voluntary reductions and the Estimated Fees and Expenses (as defined in the Final Application (Docket No. 536)). While the Court is not approving the Estimated Fees and Expenses pursuant to this Order, the Estimated Fees and Expenses may be paid to the Applicant from the Professional Fee Reserve (as defined in the Plan) in accordance with paragraph 14 of the Confirmation Order.