**Exhibit A**

**In re: Zen JV, LLC, *et al*.**
**Case No. 25-11195 (JKS)**
**Final Period**

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Final Period) | Fees Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Voluntary Fee Reductions (Final Period) | Amounts of Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| **Cole Schotz P.C. / Docket No. 507** | Counsel for the Official Committee of Unsecured Creditors | 7/2/25 – 10/14/25 | $798,332.50 | $6,651.06 | $0.00 | $0.00 | **$798,332.50** | **$6,651.06** |
| **AlixPartners, LLP / Docket No. 531** | Financial Advisor for Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $2,005,297.00 | $1,037.55 | $0.00 | $0.00 | **$2,005,297.00** | **$1,037.55** |
| **Omni Agent Solutions, Inc. / Docket No. 532** | Administrative Advisor for Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $30,388.50 | $0.00 | $0.00 | $0.00 | **$30,388.50** | **$0.00** |
| **Richards, Layton & Finger, P.A. / Docket No. 533** | Co-Counsel for the Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $2,058,653.00 | $45,769.59 | $1,370.00 | $0.00 | **$1,957,283.00**[1] | **$45,769.59** |

---

[1] This amount excludes any voluntary reductions and the Estimated Fees and Expenses (as defined in Final Application (Docket No. 533)). While the Court is not approving the Estimated Fees and Expenses pursuant to this Order, the Estimated Fees and Expenses may be paid to the Applicant from the Professional Fee Reserve (as defined in the Plan) in accordance with paragraph 14 of the Confirmation Order.

RLF1 34625338v.2

| Name of Professional / Docket No. of Interim Application | Firm's Role in Case | Compensation Period (Final Period) | Fees Requested (Final Period) | Expenses Requested (Final Period) | Amounts of Voluntary Fee Reductions (Final Period) | Amounts of Voluntary Expense Reductions (Final Period) | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| M3 Advisory Partners, LP / Docket No. 535 | Financial Advisor for the Official Committee of Unsecured Creditors | 7/2/25 – 10/14/25 | $589,813.50 | $209.30 | $0.00 | $0.00 | **$589,813.50** | **$209.30** |
| Latham & Watkins LLP / Docket No. 536 | Counsel for the Debtors and Debtors in Possession | 6/24/25 – 10/14/25 | $3,553,208.75 | $16,526.93 | $19,609.00 | $0.00 | **$3,433,599.75[2]** | **$16,526.93** |
| Forvis Mazars LLP / Docket No. 542 | Tax Service Provider for the Debtors and Debtors in Possession | 9/11/25 – 10/14/25 | $165,000.00 | $0.00 | $0.00 | $0.00 | **$165,000.00** | **$0.00** |

---

[2] This amount excludes any voluntary reductions and the Estimated Fees and Expenses (as defined in the Final Application (Docket No. 536)). While the Court is not approving the Estimated Fees and Expenses pursuant to this Order, the Estimated Fees and Expenses may be paid to the Applicant from the Professional Fee Reserve (as defined in the Plan) in accordance with paragraph 14 of the Confirmation Order.