**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>                      Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON JANUARY 27, 2026 AT 2:30 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

**ADJOURNED MATTERS**

1. Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses (Filed November 13, 2025) [Docket No. 501]

    Related Documents: None.

    Objection Deadline: January 22, 2026, at 4:00 p.m. (ET). The parties agree the Objection Deadline is extended to April 13, 2026, for the Liquidation Trustee.

    Responses Received: None.

    Status: This matter is adjourned to a future date and time to be determined. This matter will not be going forward.

**RESOLVED MATTERS**

2. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Susan Fallon Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 457]

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Related Documents:

    a. Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 541]

    b. Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 543]

Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). Extended to a date to be later determined for the Liquidation Trustee.

Responses Received: None.

Status: On December 5, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

3. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Allison Wagner Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 459]

Related Documents:

    a. Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 541]

    b. Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 543]

Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). Extended to a date to be later determined for the Liquidation Trustee.

Responses Received: None.

Status: On December 5, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

4.     Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Mark Nelson Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 460]

    Related Documents:

    a. Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 541]

    b. Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 543]

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). Extended to a date to be later determined for the Liquidation Trustee.

    Responses Received: None.

    Status: On December 5, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

5.     Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Sarah Blansett Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed October 14, 2025) [Docket No. 461]

    Related Documents:

    a. Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 541]

    b. Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 543]

    Objection Deadline: October 30, 2025 at 4:00 p.m. (ET). Extended to a date to be later determined for the Liquidation Trustee.

    Responses Received: None.

Status: On December 5, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

6. Motion for an Order Authorizing and Directing the Immediate Payment of the Administrative Claim of Eric Boudin Pursuant 11 U.S.C. §§ 503(B)(1)(A) and 507(A)(2) (Filed November 17, 2025) [Docket No. 504]

   Related Documents:

   a. Certification of Counsel Regarding Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 541]

   b. Order Approving Settlement Stipulation Regarding the Requests of Susan Fallon, Allison Wagner, Mark Nelson, Sarah Blansett, and Eric Boudin for Payment of Administrative Expense Claims Pursuant to 11 U.S.C. §§ 503(b)(1)(A) and 507(a)(2) [Docket No. 543]

   Objection Deadline: To be determined.

   Responses Received: None.

   Status: On December 5, 2025, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

**FEE APPLICATIONS**

7. Final Fee Applications

   Related Documents:

   a. Second Amended Index of Final Fee Applications Scheduled for Hearing on January 27, 2026 at 2:30 P.M. (ET) (Attached as **Exhibit A**)

   b. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Filed December 30, 2025) [Docket No. 551]

   c. Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Filed January 22, 2026) [Docket No. 552]

   d. Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses (Entered January 22, 2026) [Docket No. 553]

Objection Deadline:  See Respective Fee Applications.

Responses Received:

    a. Informal comments from the Court.

Status:    On January 22, 2026, the Court entered an order regarding this matter. Accordingly, a hearing on this matter is no longer necessary.

*[Remainder of page intentionally left blank]*

Dated: January 23, 2026
      Wilmington, Delaware

                                **COLE SCHOTZ P.C.**
                                */s/ Melissa M. Hartlipp*
                                Justin R. Alberto (No. 5126)
                                Melissa M. Hartlipp (No. 7063)
                                500 Delaware Avenue, Suite 600
                                Wilmington, Delaware 19801
                                Telephone: (302) 652-3131
                                jalberto@coleschotz.com
                                mhartlipp@coleschotz.com

                                -and-

                                Seth Van Aalten (admitted *pro hac vice*)
                                Sarah A. Carnes (admitted *pro hac vice*)
                                1325 Avenue of the Americas, 19th Floor
                                New York, NY 10019
                                Telephone: (212) 752-8000
                                svanaalten@coleschotz.com
                                scarnes@coleschotz.com

                              *Counsel to the Liquidation Trustee*