# **<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
in re:                                                     :  Chapter 11
                                                           :
ZEN JV, LLC, *et al.*,[1]                                  :  Case No. 25-11195 (JKS)
                                                           :
           Debtors.                                        :  (Jointly Administered)
                                                           :
---------------------------------------------------------- x

*SECOND AMENDED*[2] **INDEX OF FINAL FEE APPLICATIONS SCHEDULED
FOR HEARING ON JANUARY 27, 2026 AT 2:30 P.M. (ET)**

I.   **FINAL FEE APPLICATIONS:**

1.   Combined Fourth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from October 1, 2025 through October 14, 2025 and the Final Period from July 2, 2025 through October 14, 2025 [Docket No. 507; filed November 19, 2025]

     Objection / Response Deadline:    December 10, 2025 at 4:00 p.m. (ET)

     Related Documents:

     i.   Third Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Docket No. 480; filed October 29, 2025]

     ii.  Certificate of No Objection Regarding Third Monthly Fee Application of Cole Schotz P.C., Counsel to the Committee, for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [No Order Required] [Docket No. 509; filed November 20, 2025]

     iii. Certificate of No Objection Regarding Combined Fourth Monthly and Final Fee Application of Cole Schotz P.C., Counsel to the Official Committee of Unsecured

---

[1]  The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are:  Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).  the Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]  **Amended items appear in bold.**

`
RLF1 34674184v.1

       Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from October 1, 2025 through October 14, 2025 and the Final Period from July 2, 2025 through October 14, 2025 [No Order Required] [Docket No. 547; filed December 17, 2025]

   iv.   Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

   v.   **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

2. AlixPartners, LLP's Combined (I) Second Interim Fee Application for the Period from September 1, 2025 through October 14, 2025 and (II) Final Fee Application for the Period from June 24, 2025 through October 14, 2025 for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred as Financial Advisor to the Chapter 11 Debtors [Docket No. 531; filed November 26, 2025]

   Objection / Response Deadline:   December 17, 2025 at 4:00 p.m. (ET)

   Related Documents:

   i.   Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2025 through October 14, 2025 [Docket No. 486; filed November 10, 2025]

   ii.   Certificate of No Objection Regarding Third Monthly Application of AlixPartners, LLP, Financial Advisor to the Chapter 11 Debtors, for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2025 through October 14, 2025 (No Order Required) [Docket No. 537; filed December 2, 2025]

   iii.   Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

   iv.   **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

3. Final Fee Application of Omni Agent Solutions, Inc. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Administrative Agent to the Debtors for the Period from June 24, 2025 through October 14, 2025 [Docket No. 532; November 26, 2025]

   Objection / Response Deadline:   December 17, 2025 at 4:00 p.m. (ET)

2

Related Document:

i. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

ii. **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

4. Fourth Monthly, Second Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for (I) the Monthly Period from October 1, 2025 through October 14, 2025; (II) the Interim Period from September 1, 2025 through October 14, 2025; and (III) the Final Period from June 24, 2025 through October 14, 2025 [Docket No. 533; filed November 26, 2025]

    Objection / Response Deadline:    December 17, 2025 at 4:00 p.m. (ET)

    Related Documents:

i. Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 [Docket No. 471; filed October 20, 2025]

ii. Certificate of No Objection Regarding Third Monthly Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 499; filed November 12, 2025]

iii. Certificate of No Objection Regarding Monthly Portion of Fourth Monthly, Second Interim and Final Application of Richards, Layton & Finger, P.A. for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors for (I) the Monthly Period from October 1, 2025 through October 14, 2025; (II) the Interim Period from September 1, 2025 through October 14, 2025; and (III) the Final Period from June 24, 2025 through October 14, 2025 [Docket No. 548; filed December 18, 2025]

iv. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

3

      v.    **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

5. Final Fee Application of M3 Advisory Partners, LP, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses for the Period from July 2, 2025 through October 14, 2025 [Docket No. 535; filed November 26, 2025]

    Objection / Response Deadline:    December 17, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i. Combined Second Monthly Fee Statement of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2025 through October 14, 2025 [Docket No. 534; filed November 26, 2025]

    ii. Certificate of No Objection Regarding Combined Second Monthly Fee Statement of M3 Advisory Partners, LP, as Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from September 1, 2025 through October 14, 2025 [No Order Required] [Docket No. 550; filed December 19, 2025]

    iii. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

    iv. **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

6. Fourth Monthly and Final Fee Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel to the Debtors for (I) the Monthly Period from October 1, 2025 through October 14, 2025 and (II) the Final Period from June 24, 2025 through October 14, 2025 [Docket No. 536; filed November 26, 2025]

    Objection / Response Deadline:    December 17, 2025 at 4:00 p.m. (ET)

    Related Documents:

    i. Third Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from September 1, 2025 through September 30, 2025 [Docket No. 465; filed October 15, 2025]

4

ii. Certificate of No Objection Regarding Third Monthly Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel for the Period from September 1, 2025 through September 30, 2025 (No Order Required) [Docket No. 485; filed November 6, 2025]

iii. Certificate of No Objection Regarding Monthly Portion of Fourth Monthly and Final Fee Application of Latham & Watkins LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Bankruptcy Counsel to the Debtors for (I) the Monthly Period from October 1, 2025 through October 14, 2025 and (II) the Final Period from June 24, 2025 through October 14, 2025 [Docket No. 549; filed December 18, 2025]

iv. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

v. **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**

7. Final Fee Application of Forvis Mazars LLP for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Tax Services Provider to the Debtors for the Period from September 11, 2025 through October 14, 2025 [Docket No. 542; filed December 5, 2025]

Objection / Response Deadline:   December 26, 2025 at 4:00 p.m. (ET)

Related Document:

i. Certification of Counsel Regarding Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 551; filed December 30, 2025]

ii. **Certification of Counsel Regarding Revised Omnibus Order Awarding Final Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [Docket No. 552; filed January 22, 2026]**