#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>                     Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 235 & 266** |

### CERTIFICATION OF COUNSEL REGARDING STIPULATION AND AGREED ORDER REGARDING THE ASSUMPTION AND ASSIGNMENT OF <u>BLUEPAY MSA TO BOLD HOLDINGS, LLC</u>

The undersigned counsel to Steven Balasiano, solely in his capacity as the Liquidation Trustee (the "<u>Liquidation Trustee</u>") of the Zen JV Liquidation Trust (the "<u>Liquidation Trust</u>"), hereby certifies as follows:

1.       On July 28, 2025, the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") entered the *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with BOLD Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 235] (the "<u>Sale Order</u>"),[2] which authorized, among other things, the sale of substantially all of the Debtors' Job Board Business assets to BOLD Holdings, LLC (including any permitted assignee, the "<u>Buyer</u>")

---

[1]     The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]     Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order or the *Declaration of Michael Suhajda, Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 36], as applicable.

in accordance with that certain Asset Purchase Agreement (the "APA") attached to the Sale Order as Exhibit 1.

2. As set forth in Paragraph 16 of the Sale Order and Section 2.5 of the APA, all executory contracts identified on Section 2.1(c) of the Seller Disclosure Schedule (as defined in the APA) were to be assumed and assigned to Buyer effective as of the Closing Date (the "Assigned Contracts List").

3. On August 1, 2025, the Debtors filed the *Notice of Closing of Sale of Job Board Business to Bold Holdings, LLC* [Docket No. 266] (the "Notice of Sale Closing") which provided notice that the sale of certain of the Debtors' assets to Buyer pursuant to the APA closed on July 31, 2025 (the "Closing Date"). The Notice of Sale Closing attached as its Exhibit 1 the Assigned Contracts List.

4. The Assigned Contracts List did not include that certain Merchant Processing Application and Agreement (the "BluePay MSA") among and between the Debtor CareerBuilder, LLC and BluePay Processing LLC (and together with its affiliates, "BluePay").

5. On October 7, 2025, the Court entered an order [Docket No. 429] confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408], dated October 3, 2025 (together with all exhibits, supplements, and amendments thereto, the "Plan"). The Plan became effective on October 14, 2025 (the "Plan Effective Date") [Docket No. 458]. On the Plan Effective Date, in accordance with the Plan and Liquidation Trust Agreement (the "LTA"), the Liquidation Trustee was appointed as the Debtors' authorized representative for all purposes, with the power and authority to perform the acts described in the LTA in addition to any powers granted by law. *See* Plan Section IX.G.1

6.      Following good-faith negotiations, the Liquidation Trustee, Buyer, and BluePay (collectively, the "Stipulating Parties") have entered into a stipulation and agreed order (the "Stipulation and Agreed Order"), which provides for the assumption and assignment of the BluePay MSA to Buyer effective as of the Closing Date. The Stipulation and Agreed Order is attached hereto as **Exhibit A**.

**WHEREFORE**, counsel for the Liquidation Trustee, on behalf of the Stipulating Parties, respectfully requests that this Court enter the Stipulation and Agreed Order, substantially in the form attached hereto as **Exhibit A**, at the earliest convenience of the Court.

Dated: March 4, 2026
     Wilmington, Delaware

                          **COLE SCHOTZ P.C.**
                          */s/ Melissa M. Hartlipp*
                          Justin R. Alberto (No. 5126)
                          Melissa M. Hartlipp (No. 7063)
                          500 Delaware Avenue, Suite 600
                          Wilmington, Delaware 19801
                          Telephone: (302) 652-3131
                          jalberto@coleschotz.com
                          mhartlipp@coleschotz.com

                          -and-

                          Seth Van Aalten (admitted *pro hac vice*)
                          Sarah A. Carnes (admitted *pro hac vice*)
                          1325 Avenue of the Americas, 19th Floor
                          New York, NY 10019
                          Telephone: (212) 752-8000
                          svanaalten@coleschotz.com
                          scarnes@coleschotz.com

                        *Counsel to the Liquidation Trustee*
                        *of the Zen JV Liquidation Trust*