IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 235 & 266** |

### ORDER APPROVING STIPULATION REGARDING THE ASSUMPTION AND ASSIGNMENT OF BLUEPAY MSA TO BOLD HOLDINGS, LLC

Upon consideration of the Liquidation Trustee's *Revised Certification of Counsel Regarding Stipulation Regarding the Assumption and Assignment of BluePay MSA to Bold Holdings, LLC* (the "Revised COC"),[2] and the *Stipulation Approving the Assumption and Assignment of Blue MSA to Bold Holdings, LLC* (the "Stipulation"), attached hereto as **Exhibit 1**; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having reviewed the Stipulation; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is approved in its entirety.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed in the Revised COC.

2. The Liquidation Trustee is authorized to take any and all actions reasonably necessary to effectuate the terms of this Order and the Stipulation.

3. Upon entry of this Order and subject to the Liquidation Trust's receipt of the Pre-Closing Reserve as set forth in section 4 of the Stipulation (i) the BluePay MSA is deemed assumed and assigned by the Debtors to the Buyer effective as of the Closing Date; and (ii) the APA and any and all schedules or lists attached or related thereto regarding assumed and assigned contracts among and between the Debtors and the Buyer, including, but not limited to, the Assigned Contracts List, are deemed amended to include the BluePay MSA.

4. This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

Dated: March 10th, 2026  
Wilmington, Delaware

J. KATE STICKLES  
UNITED STATES BANKRUPTCY JUDGE