UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DELAWARE
DELAWARE DIVISION

Case number  25-11200-JKS

In re:  CAREERBUILDER, LLC

Taxpayer number:  XXXXXXX4957

WITHDRAWAL OF
1ST AMENDED CLAIM # 60
PRIORITY PROOF OF CLAIM

Name of Creditor:  Texas Comptroller of Public Accounts
on behalf of the State of Texas
and local sales tax jurisdictions.

Send notices to:  Office of the Attorney General
Bankruptcy & Collections Division MC-008
P.O. Box 12548
Austin, TX 78711-2548
Phone:  512-463-2173

1.  DATE OF CLAIM:  11/03/2025

2.  TOTAL AMOUNT OF CLAIM:  $ 570,459.22
SALES AND USE TAX CH. 151,(321,322,323)

3.  DATE DEBT WAS INCURRED:  05/01/2019 to 06/24/2025

4.  THE CLAIM REFERENCED ABOVE IS HEREBY WITHDRAWN

Date:  03/26/2026

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Revenue Accounting Division
Texas Comptroller of Public Accounts
512-463-4510

Penalty for presenting fraudulent claim: fine of up to $500,000 or imprisonment for up to 5
years, or both.  18 U.S.C. secs. 152 and 3571

Form 00-359 (Rev.8-19/7)



## TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

P.O. Box 13528  •  Austin, TX 78711-3528

03/26/2026

ZEN JV, LLC CLAIMS PROCESSING
C/O OMNI AGENT SOLUTIONS
5955 DE SOTO AVE STE 100
WOODLAND HILLS CA 91367 5100

Re: Taxpayer # XXXXXXX4957
    Bankruptcy Case # 25-11200-JKS
    CAREERBUILDER, LLC

Enclosed is the State of Texas' notice(s) of withdrawal for a Pre-petition tax claim in the above-referenced proceeding.

Enclosed is a second copy of the withdrawal(s).  Please stamp this copy with the date filed and return it in the enclosed self-addressed envelope.

The Office of the Attorney General is representing the Comptroller of Public Accounts in this proceeding.  Please direct all notices and correspondence to:

        Office of the Attorney General
        Bankruptcy & Collections Division MC-008
        P.O. Box 12548
        Austin, TX 78711-2548

Thank you for your cooperation in this matter.

Sincerely,

*Catherine L. Coy*

CATHERINE LEDESMA COY
Accounts Examiner
Bankruptcy and Liens Section
Revenue Accounting Division

Enclosure

Form VT-360 (Rev.8-19/7)

Comptroller of Public Accounts - LBJ
111 E 17th St
Austin TX 78701

2S
41

## USPS CERTIFIED MAIL



9214 8901 9403 8364 0195 04

ZEN JV LLC CLAIMS PROCESSING
C/O: OMNI AGENT SOLUTIONS
5955 DE SOTO AVE STE 100
STE 100
WOODLAND HILLS CA 91367-5100

**CERTIFIED MAIL**™

OFFICIAL BUSINESS
STATE OF TEXAS

US POSTAGE with PITNEY BOWES

ZIP 78701   $ 009.15⁰
02 7W
0008034838 MAR 30 2026

RECEIVED
APR 03 2026
Omni Agent Solutions

9136785100 C007