**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING
SCHEDULING OF OMNIBUS HEARING DATE**

The undersigned counsel to Steven Balasiano, solely in his capacity as the Liquidation Trustee (the "Liquidation Trustee") of the Zen JV Liquidation Trust, hereby certifies that the Court has provided the hearing date set forth on the proposed order, attached hereto, for the above-captioned chapter 11 cases.

WHEREFORE, counsel for the Liquidation Trustee respectfully requests that the Court enter the proposed order, attached hereto, at its earliest convenience.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Dated: April 7, 2026
      Wilmington, Delaware

                                **COLE SCHOTZ P.C.**
                                */s/ Melissa M. Hartlipp*

                                  Justin R. Alberto (No. 5126)
                                  Melissa M. Hartlipp (No. 7063)
                                  500 Delaware Avenue, Suite 600
                                  Wilmington, Delaware 19801
                                  Telephone: (302) 652-3131
                                  jalberto@coleschotz.com
                                  mhartlipp@coleschotz.com

                                  -and-

                                  Seth Van Aalten (admitted *pro hac vice*)
                                  Sarah A. Carnes (admitted *pro hac vice*)
                                  1325 Avenue of the Americas, 19th Floor
                                  New York, NY 10019
                                  Telephone: (212) 752-8000
                                  svanaalten@coleschotz.com
                                  scarnes@coleschotz.com

                                *Counsel to the Liquidation Trustee*