**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATE**

Pursuant to Del. Bankr. L.R. 2002-1(a), the Court has scheduled the following hearing date

in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| May 20, 2026 at 3:00 p.m. (ET) | U.S. Bankruptcy Court for the District of Delaware<br>824 North Market Street, 5th Floor, Courtroom 6<br>Wilmington, Delaware 19801 |

**Dated: April 7th, 2026**
**Wilmington, Delaware**

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE