# UNITED STATES BANKRUPTCY COURT

## IN THE  DISTRICT OF    DELAWARE

In re:  FastWeb, LLC

§
§
§
§
§

Debtor(s)

Case No.    25-11197

Lead Case No.    25-11195

☒ Jointly Administered

# Post-confirmation Report

Chapter 11

Quarter Ending Date: 03/31/2026

Petition Date: 06/24/2025

Plan Confirmed Date: 10/07/2025

Plan Effective Date: 10/14/2025

This Post-confirmation Report relates to: ◯ Reorganized Debtor

◉ Other Authorized Party or Entity: FastWeb, LLC

Name of Authorized Party or
Entity

/s/ Melissa M. Hartlipp

Signature of Responsible Party

04/21/2026

Date

Melissa M. Hartlipp

Printed Name of Responsible Party

500 Delaware Avenue Suite 600
Wilmington, DE 19801

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. §
1320.4(a)(2) applies.

UST Form 11-PCR (12/01/2021)

1

Debtor's Name FastWeb, LLC                                   Case No.  25-11197

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---|---|
| a. Total cash disbursements | $0 | $0 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $0 | $0 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | Aggregate Total | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

UST Form 11-PCR (12/01/2021)                    2

Debtor's Name FastWeb, LLC                                                    Case No.  25-11197

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

UST Form 11-PCR (12/01/2021)                                   3

Debtor's Name FastWeb, LLC                                             Case No.  25-11197

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxvii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | | Approved Current | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor            *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name FastWeb, LLC                                                    Case No. 25-11197

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxviii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)                            5

Debtor's Name FastWeb, LLC                                          Case No.  25-11197

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021)                    6

Debtor's Name FastWeb, LLC                                                        Case No.  25-11197

| | | | | | |
|---|---|---|---|---|---|
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $0 | $0 | $0 | $0 | 0% |
| b. Secured claims | $0 | $0 | $0 | $0 | 0% |
| c. Priority claims | $0 | $0 | $0 | $0 | 0% |
| d. General unsecured claims | $0 | $0 | $0 | $0 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?                                                          Yes ◯     No ⦿

   If yes, give date Final Decree was entered:                        _____

   If no, give date when the application for Final Decree is anticipated:     12/31/2027

b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?     Yes ⦿     No ◯

Debtor's Name FastWeb, LLC                                                                   Case No.  25-11197

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan.  Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes.  For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

/s/ Steven Balasiano                                         Steven Balasiano
Signature of Responsible Party                              Printed Name of Responsible Party

Zen JV Liquidation Trustee                                   04/21/2026
Title                                                        Date

Debtor's Name FastWeb, LLC                                      Case No.  25-11197



Page 1



Other Page 1



Page 2 Minus Tables



Bankruptcy Table 1-50

UST Form 11-PCR (12/01/2021)                    9

Debtor's Name FastWeb, LLC                                         Case No.  25-11197



Bankruptcy Table 51-100



Non-Bankruptcy Table 1-50



Non-Bankruptcy Table 51-100



Part 3, Part 4, Last Page

UST Form 11-PCR (12/01/2021)                    10

**Specific PCR Disclosures:**

**Notes to Part 1: Summary of Post-confirmation Transfers**

1) This PCR covers the period from January 1, 2026 through March 31, 2026.
2) The previous Q4 2025 PCR considered the remaining bank balance of the Debtor as of October 14 as a disbursement to the Liquidation Trust. In Q1 2026, only two disbursements were made from the Debtors' accounts to the Trust as reported on Zen JV, LLC and CareerBuilder, LLC's PCRs. The Trust made all other disbursements.
3) As reported in the Q4 2025 PCR, all payments to the professionals were through the Professional Fee escrow account with the disbursing agent. The weekly funding of the Professional Fee escrow account is reported as disbursements in MORs under Zen JV, LLC. The Professional Fee escrow account was overfunded as of 10/14/2025 by $2,723,706. The overfunding is reported as a reduction to the Q4 2025 disbursements in the PCR submitted for Zen JV, LLC to account for the US Trustee fees already paid on the Professional Fee funding through the 3rd Quarter 2025.
4) In addition, Part 1 excludes intercompany transfers between Debtor entities and accounts.
5) The Debtors have endeavored to allocate disbursements and purchaser collections to the appropriate legal entity based on the underlying transaction, even if the associated cash flow occurred through a different Debtor's bank account.

**Notes to Part 2: Preconfirmation Professional Fees and Expenses**

1) The professional fees and expenses reflected in Part 2 of the PCR submitted for Zen JV, LLC represent amounts paid from the Professional Fee escrow account.

**Notes to Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

1) For reporting purposes, claims are presented on a consolidated basis in the PCR submitted for Zen JV, LLC.
2) Anticipated payments reflected in Part 3 represent amounts that have been reserved or otherwise set aside in the Debtors' post-confirmation cash forecasts. Administrative and priority claim amounts reflect reserves established for known or anticipated obligations, including amounts classified as contingency reserves. Administrative claim amount also includes claims that have been settled.
3) Secured claims include only payments made or expected to be made with respect to the two note claims to Randstad and Wilmington Trust.

**Notes to Part 4: Questionnaire**

1) The inclusion of "December 31, 2027" as the date in Part 4.a. is a placeholder. At the present time, the Liquidation Trustee cannot currently anticipate, with any degree of certainty, when the application for a Final Decree closing the Chapter 11 Cases may be filed.