**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*, | Case No. 25-11195 (JKS) |
| Reorganized Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF IRON MOUNTAIN INFORMATION MANAGEMENT, LLC'S MOTION FOR PAYMENT OF ADMINISTRATIVE EXPENSES/CLAIMS**

PLEASE TAKE NOTICE that Iron Mountain Information Management, LLC hereby withdraws its *Motion for Payment of Administrative Expenses/Claims* [Docket No. 502] (Claim No. 96), which was filed on November 13, 2025, without prejudice, and hereby authorizes the Claims Agent to reflect this withdrawal on the official claims register for Debtor Zen JV, LLC.

Respectfully submitted,
Iron Mountain Information Management, LLC
By its attorney,

Dated:  April 23, 2026          */s/ Jacqueline M. Doyle*
Jacqueline M. Doyle (MA BBO# 707618)
Hackett Feinberg P.C.
155 Federal Street, 9th Floor
Boston, MA  02110
Tel. (617) 422-0200
Fax. (617) 422-0383
jmp@bostonbusinesslaw.com

## **CERTIFICATE OF SERVICE**

I, Jacqueline M. Doyle, hereby certify that a copy of the foregoing document was filed on April 23, 2026, and served through the Court's CM/ECF system upon all registered electronic filers appearing in this case.

*/s/ Jacqueline M. Doyle*
Jacqueline M. Doyle