**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Related Docket No. 576** |

**CERTIFICATE OF NO OBJECTION REGARDING LIQUIDATION TRUSTEE'S
MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME
TO FILE OBJECTIONS TO CLAIMS**

The undersigned counsel to Steven Balasiano, solely in his capacity as the Liquidation Trustee (the "Liquidation Trustee") of the Zen JV Liquidation Trust hereby certifies as follows:

1. On April 8, 2026, the Liquidation Trustee filed the *Liquidation Trustee's Motion for Entry of an Order Extending the Time to File Objections to Claims* [Docket No. 576] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

2. The undersigned further certifies that she has reviewed the Court's docket in these cases and no objections or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served no later than April 22, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

3. It is hereby respectfully requested that the proposed order attached to the Motion be entered at the convenience of the Court.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).

Dated: April 23, 2026
      Wilmington, Delaware

                **COLE SCHOTZ P.C.**
                */s/ Melissa M. Hartlipp*
                  Justin R. Alberto (No. 5126)
                  Melissa M. Hartlipp (No. 7063)
                  500 Delaware Avenue, Suite 600
                  Wilmington, Delaware 19801
                  Telephone: (302) 652-3131
                  jalberto@coleschotz.com
                  mhartlipp@coleschotz.com

                  -and-

                  Seth Van Aalten (admitted *pro hac vice*)
                  Sarah A. Carnes (admitted *pro hac vice*)
                  1325 Avenue of the Americas, 19th Floor
                  New York, NY 10019
                  Telephone: (212) 752-8000
                  svanaalten@coleschotz.com
                  scarnes@coleschotz.com

                *Counsel to the Liquidation Trustee*