**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. 576** |

**ORDER APPROVING THE LIQUIDATION TRUSTEE'S FIRST MOTION TO EXTENDTHE CLAIMS OBJECTION DEADLINE**

Upon the motion (the "Motion")[2] of the Liquidation Trustee for entry of an order (this "Order") extending the Claims Objection Deadline through and including October 12, 2026, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Motion and the requested relief being a core proceeding pursuant to 28 U. S. C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having held a hearing, if necessary, to consider the relief requested in the Motion (the "Hearing"); and upon the record of the Hearing, if any; and this Court having determined that the

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and

it appearing that the relief requested in the Motion is in the best interests of the Debtors, their

estates, their creditors and all parties in interest; and upon all of the proceedings had before this

Court and after due deliberation and sufficient cause appearing therefore;

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is granted to the extent set forth herein.

2.      The Claims Objection Deadline is hereby extended through and including

October 12, 2026, without prejudice to the right of the Liquidation Trustee to seek further

extensions of the Claims Objection Deadline.

3.      The terms and conditions of this Order shall be immediately effective and

enforceable upon its entry.

4.      The Court shall retain jurisdiction to hear and determine all matters arising from or

relating to the interpretation, implementation, or enforcement of this Order.

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: April 23rd, 2026**
**Wilmington, Delaware**

2