**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING
ON MAY 20, 2026 AT 3:00 P.M. (ET), BEFORE THE HONORABLE
J. KATE STICKLES, AT THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE, 5th FLOOR, COURTROOM 6**

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN
CANCELLED WITH PERMISSION FROM THE COURT*

## RESOLVED MATTER

1.  Liquidation Trustee's Motion for Entry of an Order Extending the Time to File Objections to Claims (Filed April 8, 2026) [Docket No. 576]

    Related Document:

    a.  Order Approving the Liquidation Trustee's First Motion to Extend the Claims Objection Deadline (Entered April 23, 2026) [Docket No. 591]

    Objection Deadline:  April 22, 2026, at 4:00 p.m. (ET).

    Responses Received: None.

    Status:    On April 23, 2026, the Court entered an order regarding this matter. Accordingly, no hearing is necessary.

---

[1]   The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Dated: May 18, 2026
        Wilmington, Delaware

                              **COLE SCHOTZ P.C.**
                              */s/ Melissa M. Hartlipp*
                                Justin R. Alberto (No. 5126)
                                Melissa M. Hartlipp (No. 7063)
                                500 Delaware Avenue, Suite 600
                                Wilmington, Delaware 19801
                                Telephone: (302) 652-3131
                                jalberto@coleschotz.com
                                mhartlipp@coleschotz.com

                                -and-

                                Seth Van Aalten (admitted *pro hac vice*)
                                Sarah A. Carnes (admitted *pro hac vice*)
                                1325 Avenue of the Americas, 19th Floor
                                New York, NY 10019
                                Telephone: (212) 752-8000
                                svanaalten@coleschotz.com
                                scarnes@coleschotz.com

                              *Counsel to the Liquidation Trustee*