**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                     Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 236** |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION REGARDING
MAINTENANCE OF BANK ACCOUNTS AND PAYMENT OBLIGATION**

The undersigned counsel to Steven Balasiano, solely in his capacity as the Liquidation Trustee (the "Liquidation Trustee") of the Zen JV Liquidation Trust (the "Liquidation Trust"), hereby certifies as follows:

1.      On July 28, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with Sherrill-Lubinski, LLC and ETI-NET Inc., (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 236] (the "Sale Order"),[2] which authorized, among other things, the sale of certain of the Debtors' Monster Government Solutions business assets to Sherrill-Lubinski, LLC and ETI-NET Inc. (collectively, including any permitted assignee, the "Buyer") in accordance with that certain Asset Purchase Agreement (the "APA") attached to the Sale Order as Exhibit 1.

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order.

2.      As set forth in Section 7.11(e) of the APA, following the Closing and until the transactions have been completed (including any transition under any Transition Services Agreements, the novation of any Government Contracts, and the transfer of the FedRAMP Authorization), each Selling Entity is required to "maintain the legal existence and good standing of each Selling Entity and such Selling Entities' insurance policies, accounts, letters of credit and other arrangements with financial institutions" and to cooperate with the Buyer in consummating the transfer or replacement of the Selling Entities' accounts and other arrangements with financial institutions to the Buyer or its designees.

3.      The sale of certain of the Debtors' assets to Buyer pursuant to the APA closed on July 31, 2025 (the "Closing Date"). Certain Government Contract novations contemplated under the APA have not yet been completed, requiring the continued maintenance of certain bank accounts associated with the Monster Government Solutions business (the "Bank Accounts").

4.      On October 7, 2025, the Court entered an order [Docket No. 429] confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408], dated October 3, 2025 (together with all exhibits, supplements, and amendments thereto, the "Plan"). The Plan became effective on October 14, 2025 (the "Plan Effective Date") [Docket No. 458]. On the Plan Effective Date, in accordance with the Plan and Liquidation Trust Agreement (the "LTA"), the Liquidation Trustee was appointed as the Debtors' authorized representative for all purposes, with the power and authority to perform the acts described in the LTA in addition to any powers granted by law. *See* Plan Section IX.G.1.

5.      Following good-faith negotiations regarding the costs associated with maintaining the Bank Accounts, the Liquidation Trustee and Buyer (collectively, the "Stipulating Parties") have entered into a stipulation (the "Stipulation"), which provides for, among other things, the

2

Buyer's payment of Thirty Thousand Dollars ($30,000) (the "Settlement Payment") to the Liquidation Trust in consideration for the Liquidation Trustee's continued maintenance of the Bank Accounts through and including July 31, 2026.

6.      Counsel for the Liquidation Trustee, on behalf of the Stipulating Parties, submits the proposed order (the "Proposed Order") attached hereto as **Exhibit A**, approving the Stipulation. The Stipulation is attached as **Exhibit 1** to the Proposed Order.

WHEREFORE, counsel for the Liquidation Trustee, on behalf of the Stipulating Parties, respectfully requests that this Court enter the Proposed Order at the earliest convenience of the Court.

Dated: July 8, 2026
     Wilmington, Delaware

**COLE SCHOTZ P.C.**
*/s/ Melissa M. Hartlipp*
  Justin R. Alberto (No. 5126)
  Melissa M. Hartlipp (No. 7063)
  500 Delaware Avenue, Suite 600
  Wilmington, Delaware 19801
  Telephone: (302) 652-3131
  jalberto@coleschotz.com
  mhartlipp@coleschotz.com

  -and-

  Seth Van Aalten (admitted *pro hac vice*)
  Sarah A. Carnes (admitted *pro hac vice*)
  1325 Avenue of the Americas, 19th Floor
  New York, NY 10019
  Telephone: (212) 752-8000
  svanaalten@coleschotz.com
  scarnes@coleschotz.com

  *Counsel to the Liquidation Trustee*
  *of the Zen JV Liquidation Trust*
