**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**ORDER APPROVING STIPULATION REGARDING MAINTENANCE OF**
**BANK ACCOUNTS AND PAYMENT OBLIGATION**

Upon consideration of the Liquidation Trustee's *Certification of Counsel Regarding Stipulation Regarding Maintenance of Bank Accounts and Payment Obligation* (the "Certification"), and the *Stipulation Regarding Maintenance of Bank Accounts and Payment Obligation*[2] (the "Stipulation"), attached hereto as **Exhibit 1**; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having reviewed the Stipulation; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

1.     The Stipulation is approved in its entirety.

2.     The Liquidation Trustee is authorized to take any and all actions reasonably necessary to effectuate the terms of this Order and the Stipulation.

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed in the Certification.

2

3.      Upon entry of this Order: (i) the Liquidation Trustee shall maintain the Bank Accounts through at least July 31, 2026 and continue to cooperate with the Buyer in connection with the transfer or replacement of the Bank Accounts and the novation of the Government Contracts; (ii) the Buyer shall pay the Settlement Payment to the Liquidation Trust within seven (7) business days after entry of this Order in accordance with the terms of the Stipulation; and (iii) the Parties may extend the Bank Account maintenance period beyond July 31, 2026 by mutual written agreement (for which email shall suffice) upon payment of Thirty Thousand Dollars ($30,000) per month for each month of extension.

4.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

**Dated: July 9th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**

2