**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 25-11195 (JKS) |
| ZEN JV, LLC, *et al.*,[1] | (Jointly Administered) |
| Debtors. | |

**CERTIFICATION OF COUNSEL REGARDING
ORDER APPROVING THE STIPULATION RELATED TO THE
WITHDRAWAL OF THE PROOF OF CLAIM OF THE CHUBB COMPANIES**

The undersigned counsel for the Liquidation Trustee[2] of the Zen JV Liquidation Trust hereby certifies as follows:

1.     Certain of the Chubb Companies timely filed a Proof of Claim, as more particularly described in the Stipulation.

2.     The Liquidation Trustee and the Chubb Companies have conferred regarding the Proof of Claim and have entered into the *Stipulation Related to the Withdrawal of the Proof of Claim of the Chubb Companies* (the "Stipulation") in order to resolve the Proof of Claim.

3.     A proposed form of order approving the Stipulation (the "Proposed Order") is attached hereto as **Exhibit A**.  A copy of the Stipulation is attached to the Proposed Order as Exhibit 1.

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]     Capitalized terms used but not defined herein shall have the meanings attributed to them in the Stipulation (as defined herein).

4.      The Stipulation and Proposed Order have been reviewed and approved by the Parties.

WHEREFORE, the Liquidation Trustee respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A** at its earliest convenience.

Dated: July 9, 2026
      Wilmington, Delaware

Respectfully submitted,

**COLE SCHOTZ P.C.**

*/s/    Melissa M. Hartlipp*
Justin R. Alberto (DE 5126
Melissa M. Hartlipp (DE 7063)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
Email: jalberto@coleschotz.com
      mhartlipp@coleschotz.com

-and-

Sarah A. Carnes (admitted pro hac vice)
Jonathan R. Friedman (admitted pro hac vice)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
Email: scarnes@coleschotz.com
      jfriedman@coleschotz.com

*Counsel for the Liquidation Trustee*
*of the Zen JV Liquidation Trust*

2