**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*, | Case No. 25-11195 (JKS) |
|  | (Jointly Administered) |
| Debtors. | **Re: Docket No. 599** |

**ORDER APPROVING THE STIPULATION RELATED TO THE**
**WITHDRAWAL OF THE PROOF OF CLAIM OF THE CHUBB COMPANIES**

Upon consideration of the *Stipulation Related to the Withdrawal of the Proof of Claim of the Chubb Companies* (the "Stipulation"), a copy of which is attached to this order as **Exhibit 1**; and the Court having determined that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; (b) venue is proper in this district pursuant to 28 U.S.C. § 1409; (c) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and (d) notice of the Stipulation was sufficient under the circumstances; and after due deliberation, the Court, having determined that good and adequate cause exists for approval of the Stipulation:

**IT IS HEREBY ORDERED THAT:**

1.      The Stipulation is approved.

2.      This Court retains jurisdiction over any and all issues arising from or related to the implementation, interpretation, or enforcement of this order.

Dated: July 13th, 2026
Wilmington, Delaware

J. KATE STICKLES
UNITED STATES BANKRUPTCY JUDGE