**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |

**AFFIDAVIT OF SERVICE**

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on July 21, 2026, at my direction and under my supervision, employees of Omni Agent Solutions, Inc. caused true and correct copies of the following documents to be served via the method set forth on the Service List attached hereto as **Exhibit A**:

- **Chapter 11 Post-Confirmation Report for the Quarter Ending: 06/30/2026 [Docket No. 603]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11196 - Monster Worldwide LLC for the Quarter Ending: 06/30/2026 [Docket No. 604]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11197 - FastWeb, LLC for the Quarter Ending: 06/30/2026 [Docket No. 605]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11198 - Monster Government Solutions, LLC for the Quarter Ending: 06/30/2026 [Docket No. 606]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11199 - Camaro Acquisition, LLC for the Quarter Ending: 06/30/2026 [Docket No. 607]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11200 - CareerBuilder, LLC for the Quarter Ending: 06/30/2026 [Docket No. 608]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11201 - CareerBuilder Government Solutions, LLC for the Quarter Ending: 06/30/2026 [Docket No. 609]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11202 - Luceo Solutions, LLC for the Quarter Ending: 06/30/2026 [Docket No. 610]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11203 - CareerBuilder France Holding, LLC for the Quarter Ending: 06/30/2026 [Docket No. 611]**

- **Chapter 11 Post-Confirmation Report for Case Number 25-11204 - Military Advantage, LLC for the Quarter Ending: 06/30/2026 [Docket No. 612]**

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number, are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding LLC (9339); and Military Advantage LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Dated: July 22, 2026

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
{State of California          }          Woodland Hills, CA 91367
{                            } ss.       818-906-8300
{County of Los Angeles        }

Subscribed and sworn to (or affirmed) before me on this 22nd day of _____July_____, 2026, by
Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before
me.

_____
Notary Public

CAROLYN K. CASHMAN
Notary Public - California
Los Angeles County
Commission # 2547598
My Comm. Expires Mar 11, 2030

## **EXHIBIT A**

**Exhibit A**
**Service List**

| Description | Creditor | Address | Email | Method of Service |
|---|---|---|---|---|
| US Trustee | Office of the U.S. Trustee for the District of Delaware | Attn: Linda J Casey<br>J Caleb Boggs Federal Bldg<br>844 King St, Ste 2207<br>Wilmington, DE 19801 | Linda.Casey@usdoj.gov | Email |

**Zen JV, LLC, et al., (Case No. 25-11195)**