**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 235, 236, 266, 269 & 501** |

**CERTIFICATION OF COUNSEL REGARDING
STIPULATION REGARDING THE ASSUMPTION AND
ASSIGNMENT OF ORACLE AGREEMENTS TO MCB PUERTO RICO LLC
AND RESOLUTION OF ORACLE ADMINISTRATIVE CLAIM**

The undersigned counsel to Steven Balasiano, solely in his capacity as the Liquidation Trustee (the "Liquidation Trustee") of the Zen JV Liquidation Trust (the "Liquidation Trust"), hereby certifies as follows:

1.      On July 28, 2025, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (I) Authorizing and Approving the Debtors' Entry into an Asset Purchase Agreement with BOLD Holdings LLC, (II) Authorizing the Sale of the Purchased Assets Free and Clear of All Encumbrances, (III) Approving the Assumption and Assignment of the Selected Assigned Contracts, and (IV) Granting Related Relief* [Docket No. 235] (the "Job Board Sale Order"),[2] which authorized, among other things, the sale of substantially all of the Debtors' Job Board Business assets to BOLD Holdings, LLC (including any permitted assignee, the "Job

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Sale Order or the *Declaration of Michael Suhajda, Chief Financial Officer, in Support of Chapter 11 Petitions and First Day Pleadings* [Docket No. 36], as applicable.

Board Buyer") in accordance with that certain Asset Purchase Agreement (the "Job Board APA") attached to the Job Board Sale Order as Exhibit 1. On August 1, 2025, the Debtors filed the *Notice of Closing of Sale of Job Board Business to Bold Holdings, LLC* [Docket No. 266] (the "Notice of Job Board Sale Closing") which provided notice that the sale of certain of the Debtors' assets to the Job Board Buyer pursuant to the Job Board APA closed on July 31, 2025 (the "Closing Date").

2.        Prior to the Petition Date, Oracle America, Inc. ("Oracle") and the Debtors were parties to several agreements related to Oracle's licenses, products and services (the "Oracle Agreements"). Pursuant to paragraph 24 of the Job Board Sale Order, no Oracle Agreements would be assumed and/or assigned unless and until certain conditions are met, including Oracle's prior written consent and the execution of mutually agreeable assignment documentation.

3.        On October 7, 2025, the Court entered an order [Docket No. 429] confirming the *Debtors' Second Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Liquidation* [Docket No. 408], dated October 3, 2025 (together with all exhibits, supplements, and amendments thereto, the "Plan"). The Plan became effective on October 14, 2025 (the "Plan Effective Date") [Docket No. 458]. On the Plan Effective Date, in accordance with the Plan and Liquidation Trust Agreement (the "LTA"), the Liquidation Trustee was appointed as the Debtors' authorized representative for all purposes, with the power and authority to perform the acts described in the LTA in addition to any powers granted by law. *See* Plan Section IX.G.1

4.        On November 13, 2025, Oracle filed *Oracle America, Inc.'s Request for Allowance and Payment of Chapter 11 Administrative Expenses* [Docket No. 501] (the "Oracle Administrative Claim") seeking allowance of and payment of an administrative claim in the amount of $573,711.42.

5.      Following good-faith negotiations, the Liquidation Trustee, Oracle, and MCB Puerto Rico LLC ("MCB Puerto Rico"), as designee of the Job Board Buyer (each a "Stipulating Party" and collectively, the "Stipulating Parties") have entered into a stipulation (the "Stipulation"), which provides for (i) the assumption and assignment of certain Oracle Agreements (the "BOLD Oracle Agreements"), subject to certain agreed modifications, to MCB Puerto Rico effective as of the Closing Date, and (ii) the resolution of the Oracle Administrative Claim and satisfaction of other amounts due to Oracle.

**WHEREFORE**, counsel for the Liquidation Trustee, on behalf of the Stipulating Parties, respectfully requests that this Court enter an order (the "Proposed Order"), attached hereto as **Exhibit A,** approving the Stipulation substantially in the form attached to the Proposed Order as **Exhibit 1**, at the earliest convenience of the Court.

[*Remainder of Page Intentionally Left Blank*]

Dated: August 12, 2026
      Wilmington, Delaware

                **COLE SCHOTZ P.C.**
                */s/ Melissa M. Hartlipp*

                  Justin R. Alberto (No. 5126)
                  Melissa M. Hartlipp (No. 7063)
                  500 Delaware Avenue, Suite 600
                  Wilmington, Delaware 19801
                  Telephone: (302) 652-3131
                  jalberto@coleschotz.com
                  mhartlipp@coleschotz.com

                  -and-

                  Seth Van Aalten (admitted *pro hac vice*)
                  Sarah A. Carnes (admitted *pro hac vice*)
                  1325 Avenue of the Americas, 19th Floor
                  New York, NY 10019
                  Telephone: (212) 752-8000
                  svanaalten@coleschotz.com
                  scarnes@coleschotz.com

                *Counsel to the Liquidation Trustee*
                *of the Zen JV Liquidation Trust*

4