**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>          Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 235, 236, 266, 269, 501 & 614** |

**ORDER APPROVING STIPULATION REGARDING THE ASSUMPTION AND
ASSIGNMENT OF ORACLE AGREEMENTS TO MCB PUERTO RICO LLC AND
RESOLUTION OF ORACLE ADMINISTRATIVE CLAIM**

Upon consideration of the Liquidation Trustee's *Certification of Counsel Regarding Stipulation Regarding the Assumption and Assignment of Oracle Agreements to MCB Puerto Rico LLC and Resolution of Oracle Administrative Claim* (the "COC"),[2] and the *Stipulation Regarding the Assumption and Assignment of Oracle Agreements to MCB Puerto Rico LLC and Resolution of Oracle Administrative Claim* (the "Stipulation"), attached hereto as **Exhibit 1**; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having determined that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having reviewed the Stipulation; and upon the record herein; and after due deliberation thereon and good and sufficient cause appearing therefor,

    **IT IS HEREBY ORDERED THAT:**

    1.      The Stipulation is approved in its entirety.

---

[1]    The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed in the COC.

2.      The Liquidation Trustee is authorized to take any and all actions reasonably necessary to effectuate the terms of this Order and the Stipulation.

3.      Upon entry of this Order, (i) the BOLD Oracle Agreements, subject to the modifications set forth in the BOLD Assignment Documents, are deemed assumed and assigned by the Debtors to MCB Puerto Rico effective as of the Closing Date; and (ii) the Job Board APA and any and all schedules or lists attached or related thereto regarding assumed and assigned contracts among and between the Debtors and the Job Board Buyer are deemed amended to include the BOLD Oracle Agreements.

4.      Upon entry of this Order and subject to Oracle's receipt of (a) the BOLD Payment, and (b) the Estate Payment, the Oracle Administrative Claim, Claim 26 and Claim 95 are deemed satisfied and withdrawn.

5.      Upon entry of this Order, each of the Parties, the Debtors, their estates, and the Liquidation Trust and any and all of their current, former and future affiliates, subsidiaries, officers, directors, managers, members, equity holders, partners, principals, employees, representatives, agents and assigns are deemed to have released each other Party, the Debtors, their estates, and the Liquidation Trust from any and all obligations, claims and causes of action, arising under the Oracle Agreements prior to the Effective Date; provided that the releases contained in this Section 5 in favor of the Debtors and their estates shall be contingent on and effective as of the date of Oracle's receipt of the Estate Payment.

6.      This Court shall retain jurisdiction over all affected parties with respect to any matters, claims, or rights arising from or related to the implementation and interpretation of this Order.

**Dated: August 13th, 2026**
**Wilmington, Delaware**

**J. KATE STICKLES**
**UNITED STATES BANKRUPTCY JUDGE**