**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered)<br><br>**Hearing Date: November 19, 2026 at 11:00 a.m. (ET)**<br>**Objection Deadline: October 22, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF LIQUIDATION TRUSTEE'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE OBJECTIONS TO CLAIMS**

**PLEASE TAKE NOTICE** that on October 8, 2026, Steven Balasiano, solely in his capacity as the liquidation trustee (the "Liquidation Trustee") of the Zen JV Liquidation Trust, by and through his undersigned counsel, filed the *Liquidation Trustee's Second Motion for Entry of an Order Extending the Time to File Objections to Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 19, 2026 at 11:00 a.m. (ET)** before The Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order granting the relief sought in the Motion must be in writing and filed with the Court on or before **October 22, 2026 at 4:00 p.m. (ET) (the "Objection Deadline")**. At the same time, you must serve a copy of the response or objection upon the undersigned counsel to the Liquidation Trustee so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).

Dated: October 8, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**
*/s/ Melissa M. Hartlipp*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 600
Wilmington, Delaware 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
mhartlipp@coleschotz.com

-and-

Sarah A. Carnes (admitted *pro hac vice*)
Jonathan R. Friedman (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
scarnes@coleschotz.com
jfriedman@coleschotz.com

*Counsel to the Liquidation Trustee of the Zen JV Liquidation Trust*