# **Exhibit A**

## **Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| | (Jointly Administered) |
| Debtors. | **Re: Docket No. ________** |

**ORDER SUSTAINING LIQUIDATION TRUSTEE'S OBJECTION TO PROOF OF CLAIM FILED BY WISCONSIN DEPARTMENT OF REVENUE**

Upon the objection (the "Objection")[2] of the Liquidation Trustee for entry of an order (this "Order") disallowing certain portions of the Claim and reclassifying portions of the Claim as a nonpriority unsecured claim, all as more fully set forth in the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. §§ 157(a)-(b) and 1334(b), and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U. S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances; and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and this Court having held a hearing, if necessary, to consider the relief requested in the Objection (the "Hearing"); and upon the record

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

of the Hearing, if any; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained as set forth herein.

2. Any response to the Objection not otherwise withdrawn, resolved, or adjourned is hereby overruled on its merits.

3. The Claim is hereby reduced and reclassified as follows:

| | |
|---|---|
| Priority Unsecured Claim: | $336,601.92 |
| Nonpriority Unsecured Claim: | $1,585,928.35 |
| **Total:** | **$1,922,530.27** |

4. The Debtors' claims agent is hereby authorized and directed to update the official claims register to reflect the relief granted by this Order.

5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity of any prepetition claim against a Debtor; (b) a waiver of any party's right to dispute any prepetition claim on any grounds; or (c) a promise or requirement to pay any prepetition claim.

6. The Liquidation Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order.

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to the interpretation, implementation, or enforcement of this Order.