# <u>Exhibit B</u>

## Balasiano Declaration

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ZEN JV, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-11195 (JKS)<br><br>(Jointly Administered) |

**DECLARATION OF STEVEN BALASIANO IN SUPPORT OF LIQUIDATION TRUSTEE'S OBJECTION TO PROOF OF CLAIM FILED BY WISCONSIN DEPARTMENT OF REVENUE**

I, Steven Balasiano, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury:

1. I presently serve as the Liquidation Trustee for the above-captioned Debtors.[2] Unless otherwise indicated, I have personal knowledge of the facts set forth herein. I am authorized to execute this declaration in my capacity as the Liquidation Trustee.

2. I submit this Declaration in support of the *Liquidation Trustee's Objection to Proof of Claim Filed by Wisconsin Department of Revenue* (the "Objection") filed contemporaneously herewith. Through my review and/or with the assistance of the Liquidation Trustee's consultants or professionals, I am personally and generally familiar with, *inter alia*, the Debtors' liabilities and amounts owed to their creditors.

3. In making my statements, which are based on my review (or the review of persons under my supervision) of the available books and records, relevant documents, and other information prepared or collected by the Liquidation Trustee's consultants or professionals, I have

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions, LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508).

[2] Capitalized terms used but not defined in this declaration shall have the meaning ascribed to them in the Objection.

relied upon these parties accurately recording, preparing or collecting such documentation and other information.

4. If I were called to testify as a witness in this matter, I could and would competently testify to each of the facts set forth herein based upon my personal knowledge, review of documents and/or opinion based on such review of documents.

5. I state that the information contained in the Objection and the exhibits attached thereto is true and correct to the best of my knowledge and belief and based on the information and records available to me.

## I. Background

6. Prior to the Petition Date, CareerBuilder sold various services to its customers in several states. In connection therewith, CareerBuilder paid sales tax in several states and engaged third-party tax professionals to assist with analyzing its sales tax liabilities in each state that it operated. To the best of my knowledge and belief and based on the information and records available to me, CareerBuilder determined that its sales in Wisconsin were not taxable and thus did not pay Wisconsin Sales Tax for the period of 2010–2024.[3]

## II. The Alleged Tax Liability

7. In May 2017, at the request of Claimant, CareerBuilder filed sales tax returns in Wisconsin for the years 2010–2016 reporting no taxable sales for that period. Shortly thereafter, Claimant sent CareerBuilder an email, a true and correct copy of which is attached hereto as **Exhibit 1**, in which Claimant agreed to close CareerBuilder's Wisconsin Sales Tax account after CareerBuilder confirmed it had no liabilities for Wisconsin Sales Tax. Subsequent to the closing

[3] In November 2024, CareerBuilder determined that certain services it provided to customers were taxable under Wisconsin Sales Tax law. Accordingly, CareerBuilder filed Wisconsin Sales Tax returns on a monthly basis for such services from November 2024 through July 2025 and paid $31,832.50 in connection with those returns.

of CareerBuilder's Wisconsin Sales Tax account, CareerBuilder did not file Wisconsin Sales Tax returns again until November 2024.

8. In 2020, CareerBuilder, with the assistance of third-party tax professionals, analyzed its state sales tax liabilities for the years 2017–2019. To the best of my knowledge and belief and based on the information and records available to me, CareerBuilder determined it did not owe past due sales taxes in Wisconsin for the years 2017–2019.

9. In October 2022, Claimant initiated a sales tax audit for CareerBuilder for the period of 2017–2021 to assess its compliance with Wisconsin Sales Tax law. Claimant's audit was subsequently expanded to include the period of 2022–2024. To the best of my knowledge and belief and based on the information and records available to me, prior to the Petition Date, CareerBuilder fully cooperated with Claimant's audit and was making progress with Claimant toward consensually resolving CareerBuilder's purported Wisconsin Sales Tax liabilities, but the parties did not reach any agreement.

10. On December 5, 2025, Claimant filed the Claim against CareerBuilder in the total amount of $4,181,679.69 consisting of (i) a priority unsecured claim in the amount of $3,668,628.52 pursuant to section 507(a)(8) of the Bankruptcy Code for Wisconsin sales tax and related interest for the years 2017-2025 (the "<u>Priority Tax Claim</u>") and (ii) a nonpriority unsecured claim in the amount of $513,051.17 for related penalties (the "<u>General Unsecured Penalty Claim</u>"). A true and correct copy of the Claim is attached hereto as **<u>Exhibit 2</u>.**

11. To the best of my knowledge and belief and based on the information and records available to me, $1,385,699.67 of the Priority Tax Claim (the "<u>Non-Taxable Amount</u>") is for purported past due Wisconsin Sales Tax and related interest for certain advertising services

CareerBuilder provided to its customers, including CareerBuilder posting job listings, sending recruitment emails, and providing dynamic job recommendations.

12. Based on my review of relevant records and information provided by my advisors, $1,585,928.35 of the Priority Tax Claim is for purported past due sales taxes that last became due prior to June 24, 2022, three years prior to the commencement of the Chapter 11 Cases.

13. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts set forth in the foregoing declaration are true and correct to the best of my knowledge, information, and belief.

Dated: November 4, 2026

*/s/ Steven Balasiano*
Steven Balasiano
Liquidation Trustee of the Zen JV Liquidation Trust

**Exhibit 1**

**Stephanie Florey**

**From:** Tim Bennett
**Sent:** Thursday, May 18, 2017 8:31 AM
**To:** Stephanie Florey
**Subject:** FW: CareerBuilder, LLC - Sales and Use returns

FYI – can you please put this correspondence in the same folder you have the filed returns?

Thanks,
Tim

---

**From:** Handel, Margaret M - DOR [mailto:Margaret.Handel@wisconsin.gov]
**Sent:** Wednesday, May 17, 2017 3:04 PM
**To:** Tim Bennett <Tim.Bennett@careerbuilder.com>
**Subject:** RE: CareerBuilder, LLC - Sales and Use returns

Tim,

If there are no taxable sales to report, I will close the account and there will be nothing due. If your circumstances change please contact us for a new determination.

Let me know if you have any other questions.

Margaret M. Handel
Nexus Specialist
(608) 264-0972
Fax (608) 261-4902
P.O. Box 8906
Madison WI 53708
margaret.handel@wisconsin.gov

---

**From:** Tim Bennett [mailto:Tim.Bennett@careerbuilder.com]
**Sent:** Wednesday, May 17, 2017 2:52 PM
**To:** Handel, Margaret M - DOR <Margaret.Handel@wisconsin.gov>
**Subject:** RE: CareerBuilder, LLC - Sales and Use returns

Hello Ms. Handel –

I am following up on our phone call from last Friday and the below.

I can confirm that CareerBuilder does not have any separate telecommunications charges.

Regarding the below, can you please confirm whether or not CareerBuilder will be liable for the penalties for late filing of each return?

Thank you,
Tim

**From:** Tim Bennett
**Sent:** Thursday, May 11, 2017 2:05 PM
**To:** 'margaret.handel@wisconsin.gov' <margaret.handel@wisconsin.gov>
**Subject:** CareerBuilder, LLC - Sales and Use returns

Hello Ms. Handel –

We filed the seven outstanding CareerBuilder, LLC Sales and Use tax returns for Wisconsin. A $20 penalty has been imposed on each of the filings, for $140 total. Given that we were just recently alerted of our requirement to file and the fact that there is no liability on each of the return, is it possible to have the penalties waived?

Please let me know if you would like to further discuss.

Thank you,
Tim

**Timothy Bennett, CPA**
Tax Manager
**CareerBuilder | Empowering Employment**
200 N. LaSalle Street, Suite 1100
Chicago, IL 60601
Direct: 312-698-1056
Email: tim.bennett@careerbuilder.com

CONFIDENTIALITY NOTICE: This electronic mail transmission and any accompanying documents contain information belonging to the sender which may be confidential and legally privileged. This information is only for the use of the individual or entity to whom this electronic mail transmission was intended. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this transmission is strictly prohibited. If you have received this transmission in error, please immediately contact the sender and delete the message. Thank you.

**Exhibit 2**

MI 18155

**Fill in this information to identify the case:**

Debtor 1 CAREERBUILDER, LLC

Debtor 2 (Spouse, if filing) ____

United States Bankruptcy Court for the: Delaware Bankruptcy Court - ECF

Case number 25-11200

**FILED**
Claim No. 68
**December 5, 2025**
By Omni Agent Solutions, Inc.
For U.S. Bankruptcy Court
District Of Delaware

Official Form 410

# Proof of Claim

**04/25**

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

## Part 1: Identify the Claim

**1. Who is the current creditor?**

Wisconsin Department of Revenue
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor ____

**2. Has this claim been acquired from someone else?**

☒ No
☐ Yes. From whom? ____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
|---|---|
| Name: Wisconsin Department of Revenue | Name: |
| Number Street: Special Procedures Unit - PO Box 8901 | Number Street: |
| City State ZIP Code: Madison, WI 53708-8901 | City State ZIP Code: |
| Contact phone: 608-267-0833 | Contact phone: |
| Contact email: | Contact email: |

Uniform claim identifier (if you use one): __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

**4. Does this claim amend one already filed?**

☒ No
☐ Yes. Claim number on court claims registry (if known) ____ Filed on ____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☒ No
☐ Yes. Who made the earlier filing? ____

**Part 2: Give Information About the Claim as of the Date the Case Was Filed**

**6. Do you have any number you use to identify the debtor?**

☐ No
☒ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 4 - 7 - 7 - 7

**7. How much is the claim?**

$ 4,181,679.69. **Does this amount include interest or other charges?**

☐ No
☒ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☒ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: ____________________

**Basis for perfection:** ____________________

Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property:** $ 0.00

**Amount of the claim that is secured:** $ 0.00

**Amount of the claim that is unsecured:** $ 4,181,679.69 (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $__________

**Annual Interest Rate** (when case was filed)_______%

☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☒ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $__________

**11. Is this claim subject to a right of setoff?**

☒ No
☐ Yes. Identify the property: ____________________

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

- ☐ No
- ☒ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $ |
| ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $ |
| ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $ |
| ☒ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $ 3,668,628.52 |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $ |

* Amounts are subject to adjustment on 4/01/28 and every 3 years after that for cases begun on or after the date of adjustment.

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

- ☒ I am the creditor.
- ☐ I am the creditor's attorney or authorized agent.
- ☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
- ☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date 12/01/2025
MM / DD / YYYY

/s/ Jill Ritchie, Bankruptcy Specialist
Signature

**Print the name of the person who is completing and signing this claim:**

Name: Jill (First name) | Middle name | Ritchie (Last name)

Title: Bankruptcy Specialist

Company: Wisconsin Department of Revenue
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address: Special Procedures Unit - PO Box 8901
Number Street

Madison (City) | WI (State) | 53708-8901 (ZIP Code)

Contact phone: (608)264-0332 | Email: DORBankruptcySpecialist@wisconsin.gov

Print | Save As... | Add Attachment | Reset

**State of Wisconsin** • DEPARTMENT OF REVENUE

# PROOF OF CLAIM FOR TAXES (Bankruptcy Code Cases)

In the matter of:
CAREERBUILDER, LLC

| Case Number | |
|---|---|
| 25-11200 | |
| Type of Bankruptcy: Chapter 11 | Date of Petition: 06/24/2025 |
| Social Security Number: | |
| Employer Identification: XX-XXX6495 | |

## Claim Amount Information

| | | |
|---|---|---|
| **A. Secured Claims** (Tax lien filed under Wisconsin law before petition date). | **Total secured claim $** | **0.00** |
| **B. Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code. | **Total unsecured priority claim $** | **3,668,628.52** |
| **C. Unsecured General Claims** | | |
| Penalty to date of petition on unsecured priority claims . . . . . . . . . . . . . . . . . . . . . . . . . $ 513,051.17 | | |
| | **Total unsecured general claim $** | **513,051.17** |
| **Total claim amount** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ | | **4,181,679.69** |

*** The 7/31/2017 Sales & Use Tax balance is a protective claim due to a pending audit of 1/1/2017 - 7/31/2017 ***

*** The 12/31/2021 Sales & Use Tax balance is a protective claim due to a pending audit of 8/1/2017 - 12/31/2021 ***

*** The 12/31/2024 Sales & Use Tax balance is a protective claim due to a pending audit of 1/1/2022 - 12/31/2024 ***

**State of Wisconsin** • DEPARTMENT OF REVENUE

# PROOF OF CLAIM FOR TAXES (Bankruptcy Code Cases)

In the matter of:
CAREERBUILDER, LLC

| Case Number | |
|---|---|
| 25-11200 | |
| Type of Bankruptcy: Chapter 11 | Date of Petition: 06/24/2025 |
| Social Security Number | |
| Employer Identification: XX-XXX6495 | |

**B. Unsecured Priority Claims** under section 507(a)(8) of the Bankruptcy Code.

| Tax Type | Period | Tax Due | Interest to Petition Date | Date Tax Assessed |
|---|---|---|---|---|
| Sales & Use | 07/31/2017 | $146,139.13 | $204,530.72 | 11/24/2025 |
| Sales & Use | 12/31/2021 | $1,536,806.40 | $1,301,873.71 | 11/24/2025 |
| Sales & Use | 12/31/2024 | $366,697.87 | $110,513.28 | 12/01/2025 |
| Sales & Use | 05/31/2025 | $1,110.44 | $0.00 | 07/24/2025 |
| Sales & Use | 06/30/2025 | $956.97 | $0.00 | 08/25/2025 |

**Total unsecured priority claim $ 3,668,628.52**

*** The 7/31/2017 Sales & Use Tax balance is a protective claim due to a pending audit of 1/1/2017 - 7/31/2017 ***

*** The 12/31/2021 Sales & Use Tax balance is a protective claim due to a pending audit of 8/1/2017 - 12/31/2021 ***

*** The 12/31/2024 Sales & Use Tax balance is a protective claim due to a pending audit of 1/1/2022 - 12/31/2024 ***

**State of Wisconsin** ❁ **DEPARTMENT OF REVENUE**

# PROOF OF CLAIM FOR TAXES (Bankruptcy Code Cases)

In the matter of:
CAREERBUILDER, LLC

| Case Number | |
|---|---|
| 25-11200 | |
| Type of Bankruptcy: Chapter 11 | Date of Petition: 06/24/2025 |
| Social Security Number | |
| Employer Identification: XX-XXX6495 | |

## C. Unsecured General Claims

| Tax Type | Period | Tax Due | Penalty to Petition Date | Interest to Petition Date | Date Tax Assessed |
|---|---|---|---|---|---|

Penalty to date of petition on unsecured priority claims . . . . . . . . . . . . . . . . . . . . . . . . . . $ 513,051.17

**Total unsecured general claim $ 513,051.17**

ENV0019 (R. 5-12)

WISCONSIN DEPARTMENT OF REVENUE
PO BOX 8901
MADISON WI 53708-8901

PRESORTED
FIRST CLASS

US POSTAGE
ZIP 53713
02 4W
$ 000.59³
0000386101 DEC 02 2025

RECEIVED
DEC 05 2025
Omni Agent Solutions

Omni Management Group, Inc.
5955 DeSoto Avenue
Suite 100
Woodland Hills, CA 91367

097 JRB-SSB 91367