**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ZEN JV, LLC, *et al.*,[1] | Case No. 25-11195 (JKS) |
| Debtors. | (Jointly Administered) |
| | **Related Docket No. 636** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM FOR THE LIQUIDATION TRUSTEE'S OBJECTION TO PROOF OF CLAIM FILED BY WISCONSIN DEPARTMENT OF REVENUE**

**PLEASE TAKE NOTICE** that Steven Balasiano, solely in his capacity as the liquidation trustee (the "Liquidation Trustee"), filed the *Liquidation Trustee's Objection to Proof of Claim Filed by Wisconsin Department of Revenue* [Docket No. 636] (the "Wisconsin Claim Objection") on November 4, 2026 with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801. A hearing to consider the Wisconsin Claim Objection is scheduled for December 10, 2026 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that a claims binder was hand delivered on November 24, 2026 to the Judge's Courtroom Deputy and Judicial Assistant, with copies of the proofs of claim (the "Proofs of Claim") that are the subject of the Wisconsin Claim Objection, along with all supporting documentation and copies of the Wisconsin Claim Objection, in accordance with Rule 3007-1(d)(vi) of the Local Rules of the United States Bankruptcy Court for the District of Delaware. Copies of the Proofs of Claim can be requested from counsel to the Liquidation Trustee.

---

[1] The Debtors in these cases, along with the last four digits of each debtor's federal tax identification number (to the extent applicable), are: Zen JV, LLC (0225); Monster Worldwide LLC (6555); FastWeb, LLC; Monster Government Solutions, LLC (5762); Camaro Acquisition, LLC; CareerBuilder, LLC (6495); CareerBuilder Government Solutions LLC (6426); Luceo Solutions, LLC (4426); CareerBuilder France Holding, LLC (9339); and Military Advantage, LLC (9508). The Debtors' address is 200 N LaSalle Street #900, Chicago, IL 60601.

Dated: November 24, 2026
Wilmington, Delaware

**COLE SCHOTZ P.C.**

*/s/ Melissa M. Hartlipp*
Justin R. Alberto (No. 5126)
Melissa M. Hartlipp (No. 7063)
500 Delaware Avenue, Suite 600
Wilmington, DE 19801
Telephone: (302) 652-3131
jalberto@coleschotz.com
mhartlipp@coleschotz.com

-and-

Seth Van Aalten (admitted *pro hac vice*)
Sarah A. Carnes (admitted *pro hac vice*)
1325 Avenue of the Americas, 19th Floor
New York, NY 10019
Telephone: (212) 752-8000
svanaalten@coleschotz.com
scarnes@coleschotz.com

*Counsel to p*